UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON LEON BASHAM

Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Florence |
| Originating Case Number | 4:02-cr-00992-JFA-2<br>4:11-cv-70079-JFA |
| Date notice of appeal filed in originating court: | 10/17/2013 |
| Appellant (s) | Brandon Leon Basham |
| Appellate Case Number | 13-9 |
| Case Manager | RJ Warren<br>804-916-2702 |