UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

BRANDON LEON BASHAM

   Defendant - Appellant

_____

O R D E R

_____

   The court appoints the Federal Defender for the District of Arizona to represent the appellant as co-counsel on appeal.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk