UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-9
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

UNITED STATES OF AMERICA,    )
                             )
              Appellee       )
                             )          **MOTION TO WITHDRAW**
       v.                    )          **AS COUNSEL**
                             )
BRANDON LEON BASHAM,         )
                             )
              Appellant.     )
_____ )

     **NOW COMES** undersigned attorney, Julia G. Mimms, and hereby moves that she be allowed to withdraw as counsel in the above-referenced matter. In support of this motion, the undersigned offers the following:

     1. Undersigned defense counsel was appointed as local counsel in the underlying district court case. Co-counsel in that case included Michael L. Burke and Sarah E. Stone from the Federal Defender's Office for the District of Arizona. Mr. Burke and Ms. Stone prepared Defendant's/Appellant's case in that matter and presented arguments on his behalf in court. The undersigned did not actively participate in the preparation and presentation of the case.

     2. The originating district court case has concluded, and undersigned counsel has had no further involvement in the representation of Mr. Basham since then. The undersigned has had no involvement in the instant appeal and was unaware of it until notice of appeal was filed with the court.

     3. Federal Defenders for the District of Arizona initiated the instant appeal without any anticipation or expectation that undersigned defense counsel would participate in the representation of Appellant in the above-referenced matter. The undersigned has been in contact with Assistant Federal Defender Michael L. Burke since the filing of this appeal and has confirmed that attorneys from his office intend to handle this appellate matter without the

assistance of undersigned defense counsel.  Mr. Burke is in agreement that defense counsel's withdrawal from this matter is appropriate.

4.  The undersigned was appointed as lead counsel and the Federal Defender's Office for the District of Arizona was appointed as co-counsel to this appeal on Monday, October 21, 2013. Undersigned defense counsel submits that her withdrawal in this matter is warranted and that the Federal Defender's Office for the District of Arizona should be designated as lead counsel.

5.  Undersigned counsel has conferred with counsel for the government, Thomas E. Booth, and he has no objection to this motion.

**WHEREFORE**, undersigned counsel respectfully requests that she be allowed to withdraw as counsel in the above-referenced matter.

This the 23rd day of October, 2013.

s/Julia Grace Mimms
Julia Grace Mimms, NC Bar #27978
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
(704) 333-1301  Telephone
(704) 333-1290  Facsimile
jgmassistant@bellsouth.net

**CERTIFICATE OF SERVICE**

I, Julia G. Mimms, do hereby certify that a copy of the foregoing Motion to Withdraw as Counsel was electronically filed and forwarded to:

Michael L. Burke
Sarah E. Stone
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue
Room 1511
Washington, DC 20530
thomas.booth@usdoj.gov

This the 23rd day of October, 2013.