No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

# MOTION FOR APPOINTMENT AS LEAD COUNSEL

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for Defendant Basham*

Defendant-Appellant Brandon Leon Basham, through undersigned counsel, hereby respectfully requests that the Court appoint the Office of the Federal Public Defender for the District of Arizona ("Arizona FPD") as lead counsel in this appeal, with Assistant Federal Public Defender Michael L. Burke as counsel of record.

Assistant Federal Public Defenders Michael Burke and Sarah Stone are assigned to the Capital Habeas Unit of the Arizona FPD. The Capital Habeas Unit specializes in the representation of state and federal death row prisoners in federal courts. It is currently comprised of 18 full-time attorneys and numerous support staff, including paralegals with experience in federal appellate practice. The Capital Habeas Unit is funded through the Arizona FPD by the Administrative Office of the United States Courts. Attorneys in the office have experience in appeals involving post-conviction proceedings in federal death penalty cases. *See, e.g.*, *Sinisterra v. United States*, 600 F.3d 900 (8th Cir. 2010).

Mr. Burke and Ms. Stone, both of whom have extensive experience representing capitally-sentenced defendants in federal habeas corpus proceedings both in district court and on appeal, are qualified for appointment pursuant to 18 U.S.C. § 3599(c). They have represented Mr. Basham throughout the entirety of his district court post-conviction proceedings pursuant to 28 U.S.C. § 2255 and are fully conversant with the legal and factual issues in this appeal. Although the

district court appointed local counsel below, the Arizona FPD assumed virtually complete responsibility for the investigation, preparation, and litigation of Mr. Basham's § 2255 proceeding.

For the foregoing reasons, Defendant-Appellant Brandon Leon Basham requests that the Court appoint the Arizona FPD as lead counsel in this appeal, with Michael L. Burke identified as counsel of record.

Respectfully submitted this 29th day of October, 2013.

<u>s/Michael L. Burke</u>
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2013, I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530

s/Stephanie Bame
Legal Assistant