UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON LEON BASHAM

Defendant - Appellant

_____

O R D E R

_____

The court rescinds the briefing schedule in this case. The parties will be

notified when a new briefing order is entered.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk