No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

## UNOPPOSED MOTION FOR AN EXTENSION OF 30 DAYS TO FILE OPENING BRIEF OF APPELLANT

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH E. STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for Defendant-Appellant*

Defendant-Appellant Brandon Leon Basham ("Appellant"), through undersigned counsel, respectfully requests that the Court grant an extension of time of 30 days in which to file his Opening Brief. Thomas E. Booth, counsel for Plaintiff-Appellee United States Government, consents to the granting of this motion. If this motion is granted by the Court, Appellant's Opening Brief, which is currently due on January 21, 2014, will be due on February 20, 2014. This motion is being filed more than 10 days prior to the due date for Appellant's Brief. In support, Appellant states the following:

1. The United States District Court for the District of South Carolina granted Appellant certificates of appealability on 30 of the claims raised in his petition for relief pursuant to 28 U.S.C. § 2255. Most of those 30 claims were the subject of an evidentiary hearing conducted before the district court in October and December 2012. Although counsel for Appellant will undoubtedly winnow down the claims ultimately presented to this Court in the Opening Brief, the very process of selecting the most meritorious of the 30 claims for inclusion in the brief requires significant analysis and research by counsel. Undersigned counsel submit that they cannot adequately conduct this winnowing process and complete the Opening Brief in the time currently allotted by this Court's scheduling order.

2. Appellant's ability to file a completed Opening Brief by January 21, 2014, is

further curtailed by his attorneys' obligations in other capital cases. Michael L. Burke is lead counsel for seven capitally-sentenced defendants in various stages of federal challenges to their convictions and sentences. Sarah E. Stone represents six capitally-sentenced defendants, two in the capacity of lead counsel and four as co-counsel. Among the on-going obligations in their other capital cases, Mr. Burke and Ms. Stone have immediate obligations in the following cases that prevent them from completing Appellant's Opening Brief by January 21, 2014:

A. *Newell v. Ryan*, 2:12-CV-02038-DGC (D. Ariz.): Ms. Stone, who is lead counsel, has a Motion for Evidentiary Development due on January 24, 2014.

B. *Poyson v. Ryan*, No. 10-99005 (9th Cir.): Mr. Burke, who is sole counsel for Mr. Poyson, has a petition for writ of certiorari due to the Supreme Court of the United States on February 5, 2014. Twelve judges issued a dissent from the court's failure to take Mr. Poyson's appeal en banc, indicating that the case involved unresolved conflicts of law concerning both the Eighth Amendment and the application of the Anti-terrorism and Effective Death Penalty Act of 1996.

C. *Rogovich v. Ryan*, No. 12-10225 (S. Ct.), and *Scott v. Ryan*, No.

12-10482 (S. Ct.): Ms. Stone and Mr. Burke, respectively, are lead counsel for two Arizona death row prisoners who were recently denied certiorari by the Supreme Court. The State of Arizona may now seek a warrant for the execution of these prisoners at any time, and based on state practice, counsel anticipate the State will seek a warrant in one or both of the cases in the immediate future. In anticipation of upcoming warrant litigation, lethal-injection litigation, and clemency proceedings in these two cases, undersigned counsel have been required to devote significant time to both cases.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for thirty (30) days from January 21, 2014, up to and including February 20, 2014, for Appellant to file his Opening Brief.

Respectfully submitted this 6th day of January, 2014.

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
T: (602) 382-2818; Fax: (602) 889-3960

Attorneys for Defendant-Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2014, I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530

s/Stephanie Bame
Legal Assistant