UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

BRANDON LEON BASHAM

       Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 02/20/2014

Opening brief due: 02/20/2014

Response brief due: 03/24/2014

Any reply brief: 14 days from service of response brief.

              For the Court--By Direction

              /s/ Patricia S. Connor, Clerk