No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

## SECOND UNOPPOSED MOTION FOR AN EXTENSION OF 30 DAYS TO FILE OPENING BRIEF OF APPELLANT

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH E. STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for Defendant-Appellant*

Defendant-Appellant Brandon Leon Basham ("Appellant"), through undersigned counsel, respectfully requests that the Court grant an extension of time of 30 days in which to file his Opening Brief. Thomas E. Booth, counsel for Plaintiff-Appellee United States Government, consents to the granting of this motion. If this motion is granted by the Court, Appellant's Opening Brief, which is currently due on February 20, 2014, will be due on Monday, March 24, 2014. This motion is being filed more than 10 days prior to the due date for Appellant's Brief. In support, Appellant states the following:

1. As Appellant noted in his prior motion for extension of time, the United States District Court for the District of South Carolina granted Appellant certificates of appealability on 30 of the claims raised in his petition for relief pursuant to 28 U.S.C. § 2255. Although counsel for Appellant has winnowed down the claims he intends to present to this Court in the Opening Brief, the winnowing process and the drafting of the multiple issues Appellant will present to this Court has been time consuming. Undersigned counsel submit that they cannot complete the Opening Brief in the time currently allotted by this Court's order of January 6, 2014.

2. Appellant's ability to file a completed Opening Brief by February 20, 2014, is also curtailed by counsel's need to deal with serious health-related matters concerning Appellant. In an attempt to facilitate appropriate and timely

treatment for Appellant's medical issues, counsel will be required to travel to the United States Penitentiary in Terre Haute, Indiana, on Sunday, February 9, and Monday, February 10, 2014, for meetings with Appellant and prison staff concerning Appellant's medical issues.

3. In addition, undersigned counsel Michael L. Burke was briefly hospitalized on January 26, 2014. That hospitalization has required follow-up medical consultations and will require further medical testing and consultation in the coming weeks.

4. Counsel Sarah E. Stone has been summoned to begin jury duty in Maricopa County Superior Court in Phoenix, Arizona, on Tuesday, February 18, 2014. Because Ms. Stone had previously gotten the summons extended because of a filing deadline in an unrelated case, she is obligated to appear on February 18.

5. Further, Michael L. Burke must file a petition for writ of certiorari in the Supreme Court of the United States in a complex capital case on March 7, 2014. *Poyson v. Ryan*, No. 13A780. Mr. Burke is sole counsel for Mr. Poyson.

6. Finally, as noted in Appellant's prior motion for extension of time, in addition to their other case load (totaling 11 capital cases between them), Ms. Stone and Mr. Burke are each lead counsel for two Arizona death row

prisoners who were recently denied certiorari by the Supreme Court. *Rogovich v. Ryan*, No. 12-10225 (S. Ct.), and *Scott v. Ryan*, No. 12-10482 (S. Ct.). The State of Arizona may now seek a warrant for the execution of these prisoners at any time. In anticipation of upcoming warrant litigation, lethal-injection litigation, and clemency proceedings in these two cases, undersigned counsel have been required to devote significant time to both cases.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for thirty (30) days from February 20, 2014, up to and including March 24, 2014, for Appellant to file his Opening Brief.

Respectfully submitted this 6th day of Feburary, 2014.

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
T: (602) 382-2818; Fax: (602) 889-3960

Attorneys for Defendant-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2014, I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530

s/Stephanie Bame
Legal Assistant