No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

# MOTION TO FILE UNDER SEAL UNOPPOSED MOTION FOR 60-DAY STAY
# OF BRIEFING SCHEDULE

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH E. STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for Defendant-Appellant*

Pursuant to Fourth Circuit Local Rule 25(c), Defendant-Appellant Brandon Leon Basham ("Appellant"), through undersigned counsel, respectfully requests that the Court issue an order sealing both his Unopposed Motion for 60-Day Stay of Briefing Schedule ("Unopposed Motion") and the Declaration of Sarah Stone ("Stone Declaration") attached to that motion. Those documents, which are filed contemporaneously with this Motion to Seal, contain confidential **[REDACTED]**. More specifically, both the Unopposed Motion and the Stone Declaration contain **[REDACTED]**.

Appellant requests that the Unopposed Motion and Stone Declaration be sealed because it is necessary to convey **[REDACTED]** in order to support the Unopposed Motion, which is in turn factually supported by the Stone Declaration. Because the information revealed in Unopposed Motion and Stone Declaration is central to Appellant's reasoning for requesting the briefing stay, counsel for Appellant are unaware of any less drastic alternative than to seal the motion. Moreover, the **[REDACTED]** that is set forth in the Unopposed Motion and the Stone Declaration pertains solely to issues surrounding the requested 60-day stay of the briefing schedule and not to substantive issues before this Court in this appeal from the district court's denial of relief in Appellant's post-conviction

proceedings pursuant to 28 U.S.C. § 2255. As a result, the public's right to information about the Government's prosecution of Appellant is not implicated by the pleadings Appellant seeks to seal. *See* Local Rule 25(c)(2)(B)(iii).

Further, pursuant to Local Rule 25(c)(2)(B)(iv), Appellant requests that the Unopposed Motion and Stone Declaration remain sealed during the pendency of this appeal. At this juncture, counsel for Appellant believe that the Unopposed Motion and Stone Declaration could be unsealed at the completion of this appeal.

For the foregoing reasons, Appellant respectfully requests that the Court order that his Unopposed Motion and the accompanying Stone Declaration be sealed until further order of this Court.

Respectfully submitted this 11th day of March, 2014.

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
T: (602) 382-2818; Fax: (602) 889-3960

Attorneys for Defendant-Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2014, I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530

s/Stephanie Bame
Legal Assistant