UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON LEON BASHAM

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to seal appellant's motion to suspend and declaration attached, the court grants the motion.

Upon consideration of the motion to suspend the briefing schedule, the court grants the motion. Appellant is directed to file a status report by May 5, 2014, addressing the appeal's status and if a briefing schedule can be resumed.

For the Court

/s/ Patricia S. Connor, Clerk