No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

# MOTION TO FILE UNDER SEAL DEFENDANT-APPELLANT'S
# STATUS REPORT

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH E. STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for Defendant-Appellant*

# SEALED

Pursuant to Fourth Circuit Local Rule 25(c), Defendant-Appellant Brandon Leon Basham ("Appellant"), through undersigned counsel, respectfully requests that the Court issue an order sealing both his Status Report and the Psychiatric Report of Donna Schwartz-Watts ("Schwartz-Watts Report") attached to that motion. Those documents, which are filed contemporaneously with this Motion to Seal, contain confidential [**REDACTED**]. More specifically, both documents contain [**REDACTED**].

Appellant requests that the Status Report and Schwartz-Watts Report be sealed because it is necessary to convey [**REDACTED**] in order to apprise the Court of Appellant's current [**REDACTED**]. Because the information revealed in both documents is central to Appellant's reasoning for requesting a 30-day briefing stay, counsel for Appellant are unaware of any less drastic alternative than to seal the motion. Moreover, the [**REDACTED**] that is set forth in the Status Report and Schwartz-Watts Report pertains solely to issues surrounding the requested 30-day stay of the briefing schedule and not to substantive issues before this Court in this appeal from the district court's denial of relief in Appellant's post-conviction proceedings pursuant to 28 U.S.C. § 2255. As a result, the public's right to information about the Government's prosecution of Appellant is not implicated by the documents Appellant seeks to seal. *See* Local Rule 25(c)(2)(B)(iii).

Further, pursuant to Local Rule 25(c)(2)(B)(iv), Appellant requests that the

Status Report and Schwartz-Watts Report remain sealed during the pendency of this appeal. At this juncture, counsel for Appellant believe that the documents could be unsealed at the completion of this appeal.

For the foregoing reasons, Appellant respectfully requests that the Court order that his Status Report and the accompanying Schwartz-Watts Report be sealed until further order of this Court.

Respectfully submitted this 5th day of May, 2014.

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
T: (602) 382-2818; Fax: (602) 889-3960

Attorneys for Defendant-Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2014, I electronically filed the attached

document with the clerk of Court using the CM/ECF System, and a copy will be

sent via U.S. mail and email to the following:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530
Email: Thomas.booth@usdoj.gov

Robert F. Daley, Jr.
Office of the United States Attorney
1441 Main Street
Suite 500
Columbia, South Carolina  29201-2692
Email: Bob.Daley@usdoj.gov

s/Stephanie Bame
Legal Assistant