UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

BRANDON LEON BASHAM

       Defendant - Appellant

_____

O R D E R

_____

By order entered March 20, 2014, the court granted appellant's motion to seal a motion to suspend and supporting declaration, granted the motion to suspend, and directed the filing of a status report by May 5, 2014. Appellant now moves to file the status report under seal. The court grants leave to file the status report under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk