No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

---

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

---

## MOTION FOR AN EXTENSION OF 30 DAYS TO FILE OPENING
## BRIEF OF APPELLANT

---

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH E. STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for Defendant-Appellant*

Defendant-Appellant Brandon Leon Basham ("Appellant"), through undersigned counsel, respectfully requests that the Court grant an extension of time of 30 days in which to file his Opening Brief. If this motion is granted by the Court, Appellant's Opening Brief, which is currently due on August 4, 2014, will be due on September 3, 2014. Attempts by undersigned counsel via telephone and email to contact Thomas E. Booth, counsel for Plaintiff-Appellee United States Government, to obtain his consents to the granting of this motion, have been unsuccessful. This motion is being filed more than 10 days prior to the due date for Appellant's Brief. In support, Appellant states the following:

1. This 30-day request for extension of time is necessitated by the emergency medical leave of a member of the legal time appointed to represent Appellant. Specifically, the paralegal at the Office of the Federal Public Defender who has been assigned to Appellant's case since 2009 and who is responsible for assembling the Joint Appendix due with Appellant's opening brief on August 4 underwent emergency surgery the week of July 7. At this time, undersigned counsel do not know how long the paralegal will be on medical leave. Counsel believe, however, that a 30-day extension of time will permit either sufficient time for the paralegal's recovery or, if necessary, adequate time for another paralegal to be assigned to the case and to assist counsel in preparing the Joint Appendix.

2. Counsel for Appellant have been working diligently on Appellant's opening brief and had anticipated a timely filing on August 4. The unforeseen event of a medical emergency by a critical member of the appellate team, however, makes the current due date impracticable.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion for thirty (30) days from August 4, 2014, up to and including September 3, 2014, for Appellant to file his Opening Brief.

Respectfully submitted this 15th day of July, 2014.

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
T: (602) 382-2818; Fax: (602) 889-3960

Attorneys for Defendant-Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2014, I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530

s/Stephanie Bame
Legal Assistant