July 16, 2014

_____

RESPONSE REQUESTED
_____

No. 13-9,       US v. Brandon Basham
                4:02-cr-00992-JFA-2, 4:11-cv-70079-JFA

TO:   Robert Frank Daley
      Thomas Ernest Booth

**RESPONSE DUE: 07/18/2014 by 12:00 p.m.**

Response is required to the motion to extend filing time. Response must be filed by the response due date shown in this notice.

RJ Warren, Deputy Clerk
804-916-2702