# IN THE UNITED STATES COURT OF APPEALS

## FOURTH CIRCUIT

UNITED STATES OF AMERICA,  )
                               )
             Appellee,        )          Appeal No. 13-9
     vs.                     )
                               )
BRANDON LEON BASHAM,     )
                               )
           Appellant.     )

## RESPONSE TO MOTION TO EXTEND FILING TIME

The Government does not oppose Appellant's request to extend the deadline to file his opening brief and the joint appendix.

Respectfully submitted,

WILLIAM N. NETTLES
United States Attorney


By: s/Robert F. Daley, Jr.
Robert F. Daley, Jr.
Assistant U.S. Attorney (#11386)
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000

**IN THE UNITED STATES COURT OF APPEALS**

**FOURTH CIRCUIT**

UNITED STATES OF AMERICA  )
                     )
                     )
        vs.           )         APPEAL NO. 13-9
                     )
BRANDON LEON BASHAM,    )

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, I electronically filed the attached

**RESPONSE TO MOTION TO EXTEND FILING TIME**

with the Clerk of Court using the CM/ECF System which will send notice of such

filing to the following registered CM/ECF users:


Michael L. Burke, Esquire
Sarah E. Stone, Esquire
Assistant Federal Public Defenders
Suite 201, 850 West Adams Street
Phoenix, AZ 85007


                             <u>s/Robert F. Daley, Jr.</u>
                              Robert F. Daley, Jr.
                             Assistant U.S. Attorney