No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

---

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

---

# UNOPPOSED MOTION OF DEFENDANT-APPELLANT TO FILE AN OVER-LENGTH BRIEF

---

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH E. STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for Defendant-Appellant*

Pursuant to Fed. R. App. P. 32(a)(7)(B) and Fourth Circuit Local Rule 32(b), Defendant-Appellant Brandon Leon Basham ("Appellant"), through undersigned counsel, respectfully requests leave to file an over-length Opening Brief in this capital case, not to exceed 21,000 words. Thomas E. Booth, counsel for Plaintiff-Appellee United States Government, consents to Appellant's filing of an over-length brief.

In support of this Motion, Defendant-Appellant submits that his appeal arises in the context of a 28 U.S.C. § 2255 proceeding in a complex federal death penalty case. Defendant-Appellant was convicted and sentenced to death following a 9-week guilt and penalty phase trial. The original district court proceedings in this case involved extensive pre-trial proceedings (including a lengthy hearing pursuant to *Jackson v. Denno*, 378 U.S. 368 (1964)), as well as a protracted, post-trial hearing addressing an issue of juror misconduct. In addition, the district court conducted an 8-day evidentiary hearing on the claims raised in Defendant-Appellant's section 2255 petition. The relevant transcripts in this case thus exceed over 100 volumes.[1]

---

[1] Moreover, the nature of many of the issues raised in Defendant-Appellant's section 2255 proceeding require counsel to reference the equally voluminous record in the case of Defendant-Appellant's co-defendant, Chadrick Fulks. *See United States v. Fulks*, No. 11-3 (4th Cir.).

Upon denying Defendant-Appellant relief in his section 2255 proceeding, the District Court granted certificates of appealability on no less than 30 claims. Although counsel for Defendant-Appellant, pursuant to their obligation to winnow the issues on appeal to the most meritorious, have elected to brief only a fraction of the 30 certified claims, each of the remaining claims requires significant references to the voluminous record in this case and involve complex legal issues.

Counsel for Defendant-Appellant are aware that this Court encourages short, concise briefs, *see* Fourth Circuit Local Rule 32(b), and they have endeavored to comply with this Court's directive in that regard. Nevertheless, adequate briefing of the limited issues raised in the Opening Brief necessitates a brief exceeding the 14,000 word limit. For that reason, Defendant-Appellant respectfully requests that the Court grant this unopposed motion for leave to file a brief not to exceed 21,000 words.

Respectfully submitted this 18th day of August, 2014.

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
T: (602) 382-2818; Fax: (602) 889-3960

Attorneys for Defendant-Appellant

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2014, I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530

s/Stephanie Bame
Legal Assistant