No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

## JOINT APPENDIX AND INDEX
## VOLUME 23

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for*
*Defendant-Appellant Basham*

AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT

DISTRICT OF _____ SOUTH CAROLINA _____

| UNITED STATES OF AMERICA | **EXHIBIT LIST** |
|---|---|
| V. | Case Number: 4:02-992 |
| **BRANDON BASHAM** | |

| PRESIDING JUDGE **Hon. Joseph F. Anderson, Jr.** | | RESPONDENT'S ATTORNEY **Robert F. Daley, Jr.** **William K. Witherspoon** **Jimmie Ewing** **Jeffrey M. Johnson** | PETITIONER'S ATTORNEY **Michael L. Burke** **Sarah Stone** |
|---|---|---|---|
| MOTION HEARING  DATE (S) **October 9 – 17, 2012    Dec. 3, 4, 2012** | | COURT REPORTER **Daniel Mayo** | COURTROOM DEPUTY **Mary Floyd** |

| Res. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 10-9-12 | | X | Jack B. Swerling Internet profile |
| 2 | | 10-9-12 | | X | Jack B. Swerling Representative South Carolina Cases from Internet |
| 3 | | 10-9-12 | | X | Greg Harris Internet profile |
| 4 | | 10-9-12 | | X | Photo of Swerling's office files |
| 5 | | 10-9-12 | | X | Photo of Swerling's office files |
| 6 | | 10-9-12 | | X | Photo of Swerling's office files |
| 7 | | 10-9-12 | | X | Photo of Swerling's office files |
| 8 | | 10-9-12 | | X | Defense Team List |
| 9 | | 10-9-12 | | X | Swerling E-mail requesting advice re: Jackson v. Denno hearing (2/21/04) |
| 10 | | 10-9-12 | | X | Swerling E-mail requesting advice re: Jackson v. Denno hearing (2/22-23/04) |
| 11 | | 10-9-12 | | X | Swerling E-mail response re: advice re: Jackson v. Denno hearing (2/23/04) |
| 12 | | 10-9-12 | | X | Harris 12/29/03 Memo re: McGuire/Hewlett/ Hughes interviews |
| 13 | | 10-9-12 | | X | Swerling 9/13/04 Memo re: Hughes and McGuire |
| 14 | | 10-9-12 | | X | Swerling-Meister Email exchange re: competency issue |
| 15 | | 10-9-12 | | X | DeBruin-Meister Email re: competency issue |
| 16 | | 10-9-12 | | X | Jenner-Block E-mails re: competency issue |
| 17 | | 10-9-12 | | X | Jenner-Block E-mails re: competency issue |
| 18 | | 10-9-12 | | X | Ex Parte Hearing #2 - 9/21/04 |
| 19 | | 10-9-12 | | X | Ex Parte Hearing #2 - 9/21/04 |
| 20 | | 10-9-12 | | X | Ex Parte Hearing 9/13/04 |
| 21 | | 10-9-12 | | X | Swerling-Strickland E-mail exchange re: relative culpability |
| 22 | | 10-9-12 | | X | Swerling/Thurschwell E-mail exchange re: relative culpability |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | EXHIBIT AND WITNESS LIST - CONTINUATION | | | |
|---|---|---|---|---|---|
| | USA          vs.       BASHAM | | | | 02-CR-992 |
| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 23 | | 10-9-12 | | X | Clifford Jay witness notes |
| 24 | | 10-9-12 | | X | Swerling memo re: interview with Clifford Jay 7/16/03 |
| 25 | | 10-9-12 | | X | Tarr memo re: interview with Clifford Jay 7/03 |
| 26 | | 10-9-12 | | X | FBI Investigation - Clifford Jay |
| 27 | | 10-9-12 | | X | Harris memo re: interview with Clifford Jay 8/5/04 |
| 28 | | 10-9-12 | | X | Swerling memo re: interview with Clifford Jay 8/18/04 |
| 29 | | 10-9-12 | | X | McNair memo re: telephone conversation with David Morris 9/20/04 |
| 30 | | 10-9-12 | | X | McNair memo re: telephone conversation with Detective Addison 9/20/04 |
| 31 | | 10-9-12 | | X | Swerling E-mail re: Basham master file |
| 32 | | 10-9-12 | | X | Swerling E-mail re: memo procedure |
| 33 | | 10-9-12 | | X | Swerling/Tarr E-mail re: doctors, schools, detention facilities and mental health facilities 9/23/03 |
| 34 | | 10-9-12 | | X | Swerling E-mail re: geographical chart 10/2/03 |
| 35 | | 10-9-12 | | X | Swerling E-mail re: Basham master file 10/1/03 |
| 36 | | 10-9-12 | | X | Swerling-Collias E-mail re: WV investigation 10/10/03 |
| 37 | | 10-9-12 | | X | Watson E-mail re: LW's efforts of 9/30/03 dated 10/7/03 |
| 38 | | 10-9-12 | | X | Swerling E-mail re: geographical chart 11/07/03 |
| 39 | | 10-9-12 | | X | Swerling-Tarr E-mail re: cast of characters and geographical areas 11/11/03 |
| 40 | | 10-9-12 | | X | Swerling E-mail re: Kentucky State police interviews and Veronica Evans 11/11/03 |
| 41 | | 10-9-12 | | X | Swerling-Tarr E-mail re: social worker and adaptability 11/17/03 |
| 42 | | 10-9-12 | | X | Swerling-Watson E-mails re: cast of characters and geographical areas |
| 43 | | 10-9-12 | | X | Strickler E-mail to Watson re: geographical chart 11/21/03 |
| 44 | | 10-9-12 | | X | Swerling E-mail re: witness information 12/02/03 |
| 45 | | 10-9-12 | | X | Swerling-Watson E-mail re: cast of characters 12/03/03 |
| 46 | | 10-9-12 | | X | Watson E-mail re: cast of characters 12/12/03 |
| 47 | | 10-9-12 | | X | Graham-Watson E-mail re: Basham meeting 12/18/03 |
| 48 | | 10-9-12 | | X | Swerling-Harris-Watson Memo to Cook re: list of job assignments in WV 12/30/03 |
| 49 | | | | | |
| 50 | | 10-9-12 | | X | Tarr- Master teacher list 1/7/04 |
| 51 | | 10-9-12 | | X | Watson E-mail re: persons contacted/to be contacted 1/19/04 |
| 52 | | 10-9-12 | | X | McNair/Swerling E-mail re: request for more time 1/24/04 |

| | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION |
|---|---|---|---|---|---|

| | | USA | vs. | BASHAM | | 02-CR-992 |

| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 53 | | 10-9-12 | | X | Swerling-Vogelsang E-mail re: memo and chronology 7/24/04 |
| 54 | | 10-9-12 | | X | Vogelsang-Swerling E-mail re: family interviews 7/26/04 |
| 55 | | 10-9-12 | | X | Swerling E-mail re: witnesses 7/24/04 |
| 56 | | 10-9-12 | | X | Swerling-Vogelsang E-mail re: witnesses 7/28/04 |
| 57 | | 10-9-12 | | X | Thierolf-Swerling E-mail re: Basham team communication 7/27/04 |
| 58 | | 10-9-12 | | X | Swerling E-mail re: cast of characters 8/15/04 |
| 59 | | 10-9-12 | | X | Swerling-Saunders E-mail re: Richland jail and Columbia Care interviews 8/10/04 |
| 60 | | 10-9-12 | | X | McNair memo re: route from Madisonville, KY to Evansville, IN 8/15/04 |
| 61 | | 10-9-12 | | X | McNair-Cook memo re: most direct route from Gyannotte River to Haney Branch Rd to Hollywood Motel 2/3/03 |
| 62 | | 10-9-12 | | X | McNair memo re: timeline discrepancies 10/1/03 |
| 63 | | 10-9-12 | | X | McNair memo re: trip to Myrtle Beach, SC with Harris and Watson 10/27/03 |
| 64 | | 10-9-12 | | X | McNair-Swerling E-mail re: SC interviews 10/07/03 |
| 65 | | 10-9-12 | | X | McNair E-mail re: law enforcement list 10/10/03 |
| 66 | | 10-9-12 | | X | McNair memo re: Conway Police Dept interviews 10/14/03 |
| 67 | | 10-9-12 | | X | Swerling-McNair E-mail re: Conway Police interviews 10/15/03 |
| 68 | | 10-9-12 | | X | Swerling-McNair E-mail re: law enforcement interviews 10/19/03 |
| 69 | | 10-9-12 | | X | McNair memo re: FBI agents (SC/NC) names and contact 10/21/03 |
| 70 | | 10-9-12 | | X | McNair memo re: SC/NC interviews conducted - Group 7, 10, 16   11/7/03 |
| 71 | | 10-9-12 | | X | McNair-Watson E-mail re: additions to cast of characters 10/5/03 |
| 72 | | 10-9-12 | | X | Swerling-McNair E-mail re: possible abuser 10/6/03 |
| 73 | | 10-9-12 | | X | McNair E-mail re: 2/1/04-2/6/04 activities    1/30/04 |
| 74 | | 10-9-12 | | X | McNair activity report week of 2/1/04-2/5/04 |
| 75 | | 10-9-12 | | X | McNair-Graham memo re: Fulks' address in Conway, SC    3/17/04 |
| 76 | | 10-9-12 | | X | McNair memo re: Huntington, WV investigation 7/27/04 |
| 77 | | 10-9-12 | | X | McNair memo re: incident in Z dorm at Alvin S. Glenn   9/9/04 |
| 78 | | 10-9-12 | | X | McNair memo re: Alvin S. Glenn interviews 10/5/04 |
| 79 | | 10-9-12 | | X | McNair memo re: Butner FMC interviews 10/5/04 |
| 80 | | 10-9-12 | | X | Swerling memo re: things to do 11/19/03 |
| 81 | | 10-9-12 | | X | Swerling E-mail Basham Memo #1 re: memo procedure 12/04/03 |
| 82 | | 10-9-12 | | X | Swerling-McNair E-mail Basham Memo #4 re: inmate interviews and WV investigation 12/06/03 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**JA 5369**

EXHIBIT AND WITNESS LIST - CONTINUATION

USA          vs.          BASHAM                                                    02-CR-992

| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 83 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham Memo #5 re: alleged assault by Tom Defatte 12/06/03 |
| 84 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham Memo #5 re: follow up to do list 12/6/03 |
| 85 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham Memo #6  re: Dr. Littleton 12/06/03 |
| 86 | | 10-9-12 | | X | Swerling-McNair E-mail Basham Memo #6 re: Dr. Littleton 12/07/03 |
| 87 | | 10-9-12 | | X | Swerling E-mail Basham Memo #7 re: people to interview and/or records to get 12/15/03 |
| 88 | | 10-9-12 | | X | Swerling Basham Memo #8 re: things to do 12/15/03 |
| 89 | | 10-9-12 | | X | Swerling E-mail Basham Memo #9 re: things to do 12/15/03 |
| 90 | | 10-9-12 | | X | Swerling E-mail Basham Memo #10 re: Regional Medical Center 12/15/03 |
| 91 | | 10-9-12 | | X | Swerling E-mail Basham Memo #12 re: things to do, Rivendell Psychiatric Center 12/16/03 |
| 92 | | 10-9-12 | | X | Swerling E-mail re: things to do #13    12/16/03 |
| 93 | | 10-9-12 | | X | Swerling E-mail re: things to do #13     12/16/03 |
| 94 | | 10-9-12 | | X | Swerling-McNair E-mail re: things to do #14   12/16/03 |
| 95 | | 10-9-12 | | X | Swerling E-mail re: things to do #15 12/15/03 |
| 96 | | 10-9-12 | | X | Swerling-McNair E-mail re: things to do #15   12/16/03 |
| 97 | | 10-9-12 | | X | Swerling-Tarr E-mail re: things to do #15 Tarr's responses    12/17/03 |
| 98 | | 10-9-12 | | X | Swerling E-mail Basham Memo #16 re: Department of Public Advocacy records 12/17/03 |
| 99 | | 10-9-12 | | X | Swerling-Tarr Email re: things to do #15/Tarr's responses 12/17/03 |
| 100 | | 10-9-12 | | X | Swerling E-mail re: things to do #17 12/17/03 |
| 101 | | 10-9-12 | | X | Swerling E-mail re: things to do list #18 12/17/03 |
| 102 | | 10-9-12 | | X | Swerling-Watson E-mail re: to do list #18-CHR 12/19/03 |
| 103 | | 10-9-12 | | X | Swerling-McNair E-mail re: things to do list #19   12/17/03 |
| 104 | | 10-9-12 | | X | Swerling E-mail re: updated things to do #25 1/8/04 |
| 105 | | 10-9-12 | | X | Swerling-McNair E-mail Basham To Do #26 re: Fulks' cellmates 1/31/04 |
| 106 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham To Do #27 re: James Aiken pharmacologist 1/29/04 |
| 107 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham To Do #28 re: Rivendell EEG and Dr. Brannon 1/29/04 |
| 108 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham To Do #28 re: Dr. Brannon's findings 1/30/04 |
| 109 | | 10-9-12 | | X | Swerling-Watson E-mail Basham To Do #29 re: Kathy Basham's military records 1/29/04 |
| 110 | | 10-9-12 | | X | Swerling-Watson E-mail Basham To Do #29 re: Medical and mitigation information 1/29/04 |
| 111 | | 10-9-12 | | X | Swerling-McNair E-mail Basham To Do #30 re: interview of Fulks' cellmates 1/29/04 |
| 112 | | 10-9-12 | | X | Swerling E-mail Basham To Do #31 re: Rivendell Psychiatric Hospital 1/29/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION |
|---|---|---|---|---|---|

USA        vs.        BASHAM                                          02-CR-992

| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 113 | | 10-9-12 | | X | Swerling-Watson E-mail Basham To Do #31 re: Rivendell Psychiatric Hospital 2/2/04 |
| 114 | | 10-9-12 | | X | Swerling E-mail Basham To Do #32 re: Kentucky Cabinet for Families and Children 1/29/04 |
| 115 | | 10-9-12 | | X | Swerling E-mail Basham To Do #33 re: Review of DJJ records 2/19/04 |
| 116 | | 10-9-12 | | X | Swerling E-mail Basham To Do #34 re: Review of records of Cardinal Center 2/19/04 |
| 117 | | 10-9-12 | | X | Swerling E-mail Basham To Do #35 re: Review of records of Cardinal Center 2/19/04 |
| 118 | | 10-9-12 | | X | Swerling E-mail Basham to do #36 re: Review of records of Columbia Care 2/19/04 |
| 119 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham to Do #36 re: Tarr's response 2/20/04 |
| 120 | | 10-9-12 | | X | Swerling E-mail Basham To Do #37 re: assignment of institutions 2/19/04 |
| 121 | | 10-9-12 | | X | Swerling E-mail Basham To Do #37 re: reminder of institution assignment 3/1/04 |
| 122 | | 10-9-12 | | X | Swerling E-mail Basham To Do #38 re: review of Trevor Clinic records 2/19/04 |
| 123 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham To Do #38 re: Tarr's response 2/20/04 |
| 124 | | 10-9-12 | | X | Brandon Basham things to do   7/8/04 |
| 125 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham To Do #41 re: Jim Aiken 7/14/04 |
| 126 | | 10-9-12 | | X | Watson Memo re: weekly report of case activities 10/13/03 |
| 127 | | 10-9-12 | | X | Watson Memo re: report of activities through date   11/18/03 |
| 128 | | 10-9-12 | | X | Watson Memo re: report of activities through date 5/31/04 |
| 129 | | 10-9-12 | | X | Watson Memo re: report of activities through date 12/12/03 |
| 130 | | 10-9-12 | | X | Watson Memo re: weekly reports 1/18/04 |
| 131 | | 10-9-12 | | X | Watson Memo re: report of activities through date 12/5/03 |
| 132 | | 10-9-12 | | X | Watson Memo re: report of activities through date 1/30/04 |
| 133 | | 10-9-12 | | X | Watson Memo re: report of activities through date 2/11/04 |
| 134 | | 10-9-12 | | X | Watson Memo re: report of activities through date 2/27/04 |
| 135 | | 10-9-12 | | X | Watson Memo re: report of activities through date 3/5/04 |
| 136 | | 10-9-12 | | X | Watson E-mail re: weekly activities 3/14/04 - 3/19/04 |
| 137 | | 10-9-12 | | X | Watson Memo re: report of activities through date 3/31/04 |
| 138 | | 10-9-12 | | X | Watson Memo re: report of activities through date 3/12/04 |
| 139 | | 10-9-12 | | X | Watson E-mail re: weekly report 4/26/04 |
| 140 | | 10-9-12 | | X | Watson Memo re: report of activities through date 4/30/04 |
| 141 | | 10-9-12 | | X | Watson Memo re: report of activities through date 5/31/04 |
| 142 | | 10-9-12 | | X | Watson Memo re: report of activities   6/28/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**JA 5371**

| | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION |
|---|---|---|---|---|---|
| | | USA | vs. | BASHAM | 02-CR-992 |
| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 143 | | 10-9-12 | | X | Watson Memo re: report of activities through date 7/12/04 |
| 144 | | 10-9-12 | | X | Watson Memo re: activities report 7/12/04 - 7/23/04 |
| 145 | | 10-9-12 | | X | Watson Memo re: activities report 7/25/04 -7/31/04 |
| 146 | | 10-9-12 | | X | McNair E-mail re: 10/5/03-10/10/03 |
| 147 | | 10-9-12 | | X | McNair re: activity report 10/20/03 - 10/24/03 |
| 148 | | 10-9-12 | | X | McNair weekly report 10/27/03 - 10/31/03 |
| 149 | | 10-9-12 | | X | McNair weekly report 11/12/03 - 11/19/03 |
| 150 | | 10-9-12 | | X | McNair E-mail re: Kentucky investigation 11/12/03 - 11/14/03 |
| 151 | | 10-9-12 | | X | McNair E-mail re: weekly report 12/1/03 - 12/04/03 |
| 152 | | 10-9-12 | | X | McNair E-mail re: weekly report 12/8/03 - 12/11/03 |
| 153 | | 10-9-12 | | X | McNair E-mail re: plans for 12/14/03 - 12/18/03 |
| 154 | | 10-9-12 | | X | McNair E-mail re: activities report 12/14/03 - 12/18/03 |
| 155 | | 10-9-12 | | X | McNair-Graham memo re: northern Indiana 1/11/04 - 1/15/04 |
| 156 | | 10-9-12 | | X | McNair E-mail re: WV 2/1/04 - 2/6/04 |
| 157 | | 10-9-12 | | X | McNair E-mail re: Western Kentucky interviews 8/09/04 - 8/13/04 |
| 158 | | 10-9-12 | | X | McNair report of activities 8/9/04 - 8/12/04 |
| 159 | | 10-9-12 | | X | McNair Memo re: interview of Lt. Eddie Ledford 9/15/04 |
| 160 | | 10-9-12 | | X | Summary of hours spent by Attorneys Swerling and Harris - Meeting with Basham investigators and experts |
| 161 | | 10-9-12 | | X | Greg Harris Timesheets |
| 162 | | 10-9-12 | | X | Jack Swerling Timesheets |
| 163 | | 10-9-12 | | X | Geographical Index dated 2/9/04 |
| 164 | | 10-9-12 | | X | Geographical Index dated 7/12/04 |
| 165 | | 10-9-12 | | X | Watson E-mail re: current to do list 7/24/04 |
| 166 | | 10-9-12 | | X | Geographical to do list 7/13/04 |
| 167 | | 10-9-12 | | X | Geographical to do list 7/26/04 |
| 168 | | 10-9-12 | | X | Geographical to do list 8/8/04 |
| 169 | | 10-9-12 | | X | Cast of Characters / Alphabetical 12/30/03 |
| 170 | | 10-9-12 | | X | Boland E-mail re: updated time line/chronologies 1/22/04 |
| 171 | | 10-9-12 | | X | Brandon Leon Basham timeline 10/24/03 |
| 172 | | 10-9-12 | | X | Brandon Leon Basham chronology 3/22/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**JA 5372**

| | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION |
|---|---|---|---|---|---|
| | | | | | |
| | USA | vs. | BASHAM | | 02-CR-992 |
| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 173 | | 10-9-12 | | X | Chronology after arrest |
| 174 | | 10-9-12 | | X | Medical/Psychiatric chronology of Brandon Basham   9/21/04 |
| 175 | | 10-9-12 | | X | Swerling interviews summary chart |
| 176 | | 10-9-12 | | X | Harris interviews summary chart |
| 177 | | 10-9-12 | | X | Tarr interviews summary chart |
| 178 | | 10-9-12 | | X | McNair interviews summary chart |
| 179 | | 10-9-12 | | X | Watson interviews summary chart |
| 180 | | 10-9-12 | | X | Graham interviews summary chart |
| 181 | | 10-9-12 | | X | Saunders interviews summary chart |
| 182 | | 10-9-12 | | X | Hisker interviews summary chart |
| 183 | | 10-9-12 | | X | Cook interviews summary chart |
| 184 | | 10-9-12 | | X | SC Department of Revenue Tax Lien - Cynthia Wilson |
| 185 | | 10-9-12 | | X | Department of Revenue Tax Penalty and Interest - Cynthia Wilson 9/1/95 |
| 186 | | 10-9-12 | | X | Letter from Sullivan giving notice of appellate appointment 1/14/08 |
| 187 | | 10-9-12 | | X | Court Order on access to Court records by Appellant counsel 1/14/08 |
| 188 | | 10-9-12 | | X | Consent motion for extension of time 4/18/08 |
| 189 | | 10-9-12 | | X | Swerling intra-office communication re: Melissa Meister |
| 190 | | 10-9-12 | | X | Swerling-Meister E-mail re: items needed for Basham appeal 3/26/08-3/27/08 |
| 191 | | 10-9-12 | | X | Meister-Swerling E-mail requesting written Order that disqualified Monckton and Littlejohn 3/31/08 |
| 192 | | 10-9-12 | | X | Meister-Swerling E-mail re: status of Basham requests 3/31/08 |
| 193 | | 10-9-12 | | X | Faxed letter from Meister to Swerling requesting trial files 4/1/08 |
| 194 | | 10-9-12 | | X | Meister-Swerling E-mail re: letter dated 4/1/08     4/1/08 |
| 195 | | 10-9-12 | | X | Meister-Swerling correspondence re: letter dated 4/1/08 |
| 196 | | 10-9-12 | | X | Meister-Swerling correspondence re: Meister looking at Swerling files 4/2/08 |
| 197 | | 10-9-12 | | X | Swerling letter to Meister re: CD/Basham court fight 4/2/08 |
| 198 | | 10-9-12 | | X | Swerling letter to Meister re: Motions and Orders regarding Basham and Motions regarding Fulks 4/2/08 |
| 199 | | 10-9-12 | | X | Swerling-Meister E-mail correspondence re: confirmation of document arrangements 4/3/04 - 4/4/04 |
| 200 | | 10-9-12 | | X | Meister-Swerling correspondence re: competency question 4/15/08 |
| 201 | | 10-9-12 | | X | Meister-Swerling correspondence re: competency question 4/15/08 |
| 202 | | 10-9-12 | | X | Meister E-mail re: statements made by Basham re: Burns case 4/16/08 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 7   ___         **JA 5373**

| | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION |
|---|---|---|---|---|---|

USA          vs.          BASHAM                                    02-CR-992

| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 203 | | 10-9-12 | | X | Meister-Swerling correspondence re: FBI statements in Basham file 4/17/08 |
| 204 | | 10-9-12 | | X | Meister-Swerling correspondence re: Statements made by Basham in Burns case 4/17/08 |
| 205 | | 10-9-12 | | X | Meister-Swerling correspondence re: Statements made by Basham in Burns case 4/18/08 |
| 206 | | 10-9-12 | | X | Meister-Swerling correspondence re: Statements made by Basham in Burns case 4/18/08 |
| 207 | | 10-9-12 | | X | Meister E-mail to Swerling re: missing 12/20/02 motion for disclosure of intent to use 404(b) evidence 4/23/08 |
| 208 | | 10-9-12 | | X | Meister E-mail to Swerling re: missing docket entries- "intrinsic act" ruling 4/25/08 |
| 209 | | 10-9-12 | | X | Meister E-mail to Swerling re: missing docket entries- "intrinsic act" ruling 4/25/08 |
| 210 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic act's issue and Eric Haren 4/30/08 |
| 211 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic act's issue   5/3/08 - 5/5/08 |
| 212 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic act's/transcripts 5/3/08 |
| 213 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: transcripts of hearings prior to severance 5/4/08 |
| 214 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic evidence issue 5/5/08 |
| 215 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic evidence issue - will check with Blume 5/5/08 |
| 216 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic evidence issue - Blume has no recollection. Contact 2255 attorneys 5/6/08 |
| 217 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: juror selection issues 5/6/08- 5/8/08 |
| 218 | | 10-9-12 | | X | Bruck E-mail re: US v. Basham - materials to Monckton and Littlejohn 12/12/02 |
| 219 | | 10-9-12 | | X | Special Verdict Form - Count 2 - Kidnapping resulting in Death 11/2/04 |
| 220 | | 10-9-12 | | X | Special Verdict Form - Count 1- Carjacking resulting in Death 11/2/04 |
| 221 | | 10-9-12 | | X | Monckton's notes regarding representation of Basham |
| 222 | | 10-9-12 | | X | Monckton's handwritten notes from 11/27/02 - 2/4/03 |
| 223 | | 10-9-12 | | X | E-mail from Watson's phone call conversation with Basham |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**JA 5374**

| | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION |
|---|---|---|---|---|---|
| | | USA | vs. | BASHAM | 02-CR-992 |
| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 224 | | 10/15/12 | | ✓ | Letter to 4th Circuit from DeBruin re: Support of CJA voucher Submission |
| 225 | | 10/15/12 | | ✓ | Swerling's handwritten trial note of 7/6/04 |
| 226 | | 10/16/12 | | ✓ | 12/16/03 Swerling email re: Penny Royal Hospital |
| 227 | | 10/16/12 | | ✓ | 12/16/03 Swerling email re: Hopkins County School records |
| 228 | | 10/16/12 | | ✓ | 1/8/04 Swerling email re: Review of Charter Ridge Records |
| 229 | | 10/16/12 | | ✓ | 1/8/04 Swerling re: Review of records from Ridge Behavioral Systems |
| 230 | | 10/16/12 | | ✓ | 1/29/04 Swerling email re: Review of Rivendale Psychiatric Records |
| 231 | | 10/16/12 | | ✓ | 2/19/04 Swerling email re: Review of Records of Cardinal Center |
| 232 | | 10/16/12 | | ✓ | 2/19/04 Swerling email re: Review of DJJ Records |
| 233 | | 10/16/12 | | ✓ | 11/11/03 Swerling email re: Ten Broeck Hospital |
| 234 | | 10/16/12 | | ✓ | 7/15/03 Swerling email re: Meeting with Dr. Sadiq |
| 235 | | 10/16/12 | | ✓ | Paige to Donna list re: Basham's behavior |
| 236 | | 10/16/12 | | ✓ | 3/17/04 Watson Memo re: Dr. Cheryl Rivard [Methodist Home] |
| 237 | | 10/16/12 | | ✓ | March 1999 Federal Death Penalty Resource Counsel Project- Materials Related to Litigating Mental Retardation in Federal Capital Prosecution from Swerling's files |
| 238 | | 10/16/12 | | ✓ | February 2000 Bruck Memo re: Materials on Mental Retardation and Federal Capital Sentencing from Swerling's file |
| 239 | | 10/16/12 | | ✓ | James W. Ellis Article Mental Retardation and Death Penalty: A Guide to State Legislative Issues from Swerling's files |
| 240 | | 10/16/12 | | ✓ | Atkins v. Virginia case from Swerling's files |
| 241 | | 10/16/12 | | ✓ | August 1998 Keyes Mental and Physical Disability Law Reporter article from Swerling's files |
| 242 | | 10/16/12 | | ✓ | Atkins brief from Swerling's files |
| 243 | | 10/16/12 | | ✓ | April 2003 Newsletter for Defense Counsel in Federal Capital Cases from Swerling's files |
| 244 | | 10/16/12 | | ✓ | May 2002 Article "Capital Cases" by John H. Blume from Swerling's files |
| 245 | | 12-3-12 | | ✓ | Stipulation of parties as to claim #27 |
| 247 | | 12-3-12 | | ✓ | Notes between Basham and attys |
| 248 | | 12-3-12 | | ✓ | transcript of GP & Sent in WVA |
| 249 | | 12-3-12 | | ✓ | BOP incident reports |
| 251 | | 12-3-12 | | ✓ | Dr. Frierson Report |
| 252 | | 12-3-12 | | ✓ | disk with phone calls from Basham |
| 253 | | 12-3-12 | | ✓ | Dr. Frierson CV |

JA 5375

FIRM OVERVIEW   ATTORNEY PROFILE   IN THE MEDIA   REPRESENTATIVE CASES   FAQ   PUBLICATIONS   NEWSLETTERS

Home | Our Offices | Contact Us

Jack Swerling has appeared on American Justice, Inside Edition, NBC's Today Show,
NBC Evening News, NBC Dateline, CNN, CNN International, ABC Nightline, Fox
News, Court TV, A&E, ETV, Ricki Lake, Rita Cosby, and Nancy Grace.

## PRACTICE AREAS

CRIMINAL LAW

FEDERAL CRIMINAL PRACTICE

GRAND JURY AND OTHER LAW
ENFORCEMENT INVESTIGATIONS

CRIMINAL FRAUD

SOUTH CAROLINA CRIMINAL
DEFENSE PRACTICE

APPELLATE PRACTICE

BENEFITS OF AN EXPERIENCED LAW
FIRM

MEETING WITH A CRIMINAL DEFENSE
ATTORNEY

SELECT CIVIL
LITIGATION PRACTICE

## CONTACT INFO

**Jack B. Swerling** - Attorney at Law
1720 Main Street, Suite 301
Columbia, SC 29201

**Phone:** 888.363.4981
**Fax:** 803.799.4059
**Email:** jacklaw@aol.com

**Web:** http://www.jackswerling.com

Name *

Email *

Phone *

Message *

     

## Criminal Lawyer Columbia, South Carolina

**JACK B. SWERLING**

**Contact Information:**

Phone: (888) 363-4981
Fax: (803) 799-4059
Email: jacklaw@aol.com

**Profile:**



Jack B. Swerling is an active **Columbia criminal attorney**, litigator, writer, and lecturer. He focuses his legal practice on criminal cases in state and federal courts and a select group of civil cases. Mr. Swerling has been a member of the South Carolina Bar and licensed to practice by the Supreme Court of South Carolina since 1973.

In recognition of his work, he has been honored by election to several prestigious organizations that only invite attorneys into their ranks who have been subjected to a rigorous investigation of the lawyer's experience, demonstrated skill, and character.

- He has been selected to be a Fellow in the prestigious **American College of Trial Lawyers**, the **American Academy of Appellate Lawyers**, the **American Board of Criminal Lawyers**, and **the International Academy of Trial Lawyers**.
- He was named a South Carolina **Super Lawyer** in criminal defense and is also listed in Naifeh and Smith's **The Best Lawyers in America** in the area of criminal defense.

Mr. Swerling is one of only 70, **South Carolina lawyers** who are Fellows in the American College of Trial Lawyers, which is limited to the top five percent of trial lawyers in the United States. He is one of only five lawyers in South Carolina in the American Academy of Appellate Lawyers, one of only three lawyers in South Carolina in the American Board of Criminal Lawyers and one of only five South Carolina Lawyers in the International Academy of Trial Lawyers. The International Academy is limited to 600 lawyers worldwide.

Mr. Swerling lectures frequently at continuing legal education programs for lawyers and judges, and speaks at schools, civic organizations, and professional groups. He has written several books on criminal practice. (For additional information on Mr. Swerling's publications **click here**.)



GOVERNMENT
EXHIBIT

1

**JA 5376**



**Captcha**

 

Type the two words:

[ SUBMIT ]

## Jack Swerling In The News >>

**Jack Swerling:**

South Carolina Supreme Court rules that security guard acted in self defense when he shot and killed a man that was attacking him. Conviction vacated. (October 2011)

Obtained dismissal of ten (10) driving under the influence charges. (April - June 2011)

In a Rule 35 Motion, defendant's sentence was lowered from a level 40 (292 months) to a level 32 (140 months). Defendant was released from custody on time served. (U.S.A. v. Gore) (June 2011)

Made a presentation on Money Laundering to a group of IRS Criminal Investigators at the National Advocacy Center. (June 6, 2011)

Guest lecturer on Criminal Trial Advocacy for Assistant United States Attorneys at the National Advocacy Center. (August 2011)

Listed in the 2011 Best Lawyers edition of Columbia Metropolitan Magazine under the categories of criminal defense, criminal defense white collar, and appellate practice.

Fairfield County Jury Finds Man Not Guilty In Shooting Case. (October, 2010)

Florida Man Found Not Guilty By Reason Of Insanity Of Assaulting A Police Officer And Resisting Arrest. (February 2011)

Selected by his peers for the 2011 Midlands Legal Elite edition of Columbia Business Monthly magazine under the criminal defense category.

Aiken County Sherrif'S Deputy Found Not Guilty On Misconduct In Office And Assault And Battery Charges. (August 11, 2010)

A Jury Acquits Chief Of Police In Voter Fraud Trial.

Guest lecturer on criminal law practice to the 2011 freshman class at the USC School of Law. (August 2011)

Coroner found not guilty in cocaine distribution and conspiracy trial.

Defendant receives 11 point departure from sentencing guidelines and receives probation instead of 3 year sentence.

## Previous Work

Prior to establishing his current law firm in 1991, Jack Swerling was a partner in the law firm of Swerling, Harpootlian and McCulloch. Prior to that he practiced law for ten years with his former partner and mentor, the late State Senator Isadore Lourie.

## Bar & Court Admissions

- South Carolina, 1973
- U.S. District Court, District of South Carolina, 1974
- U.S. Court of Appeals, Fourth Circuit, 1976
- U.S. Supreme Court 1976

## Professional Association Memberships & Activities

- Chief Justice's Commission on the Profession
- South Carolina Supreme Court Docketing Task Force
- Richland County Bar Association (Chairman, Criminal Law Committee, 1989-1991)
- American Bar Association (Member, Section of Criminal Justice)
- South Carolina Bar (Chairman, Criminal Law Section, 1985-1986)
- American Association for Justice
- South Carolina Trial Lawyers Association (Chairman, Criminal Law Section, 1981-1984)
- South Carolina Bar Foundation (Life Fellow and Past President)
- Permanent Member of the Fourth Circuit Judicial Conference
- South Carolina Criminal Trial Lawyers Association (a founding member)
- The National Association of Criminal Defense Lawyers
- American Judicature Society
- John Belton O'Neil Inn of Court
- South Carolina Supreme Court Board of Commissioners on Grievance and Discipline 1989-1993
- South Carolina Supreme Court's Rules Committee
- South Carolina Board of Law Examiners, 1987-1992
- South Carolina Pre-Trial Intervention Advisory Committee, 1980-1982
- South Carolina Legislative Committee on Indigent Defense, 1990-1995
- South Carolina Uniform Jury Charge Project, 1991-1994
- Chairman, South Carolina Criminal Docket Committee
- Advisory Committee, The Child Victim Court Notebook, 1987

## Faculty Positions

- University of South Carolina School of Law, Adjunct Faculty, 1985-1989
- University of South Carolina School of Medicine, Department of Neuropsychiatry, Adjunct Faculty, 1990 - present
- National Institute of Trial Advocacy, April 21-23, 2010

## Teaching, Presentations & Seminars

Throughout his years of practice as a **Columbia criminal attorney**, Jack Swerling has made more than 250 presentations in the areas of criminal practice and criminal law.

- Bridge The Gap is a program developed by the Supreme Court of South Carolina and the South Carolina Bar in the early 1980's. It was the first of its kind in the nation. The program is mandatory for every lawyer prior to admission to the Bar. The program lasts 3 days and is held twice each year. Over the course of the three days, the new lawyers are exposed to 25-30 experienced judges and lawyers who speak to them about various aspects of practicing law. Jack Swerling has participated in the program since its inception and speaks on criminal law. Since the early 1990s, he has been honored to be the coordinator and moderator of the entire program.

JA 5377

Was again selected to be listed in the 2011 Edition of Best Lawyers in America. He will be listed in the categories of criminal defense, both white collar and non-white collar crime and appellate practice. The law firm was also selected to be in the Best Law Firms category.

Selected by Best Lawyers in America as one of their 2012 Lawyers of the Year in Columbia.

Was again selected as a Super Lawyer by South Carolina Super Lawyer Magazine in the area of criminal defense.

Was selected to be a member of the faculty of an intensive trial advocacy program sponsored by the National Institute of Trial Advocacy. The program took place between April 21 - 23, 2010 at the United States District Court in Columbia.

Was selected by Corporate Counsel magazine as a Top Corporate Lawyer.

Was successful in having tax fraud charges against a client dismissed in the United States District Court.

Was successful in helping a client avoid money laundering charges in the United States District Court.

**DISCLAIMER:** THIS WEB SITE IS DESIGNED TO PROVIDE YOU WITH INFORMATION ABOUT JACK SWERLING.NONE OF THE INFORMATION PROVIDED OR THE CASES REFERRED TO SHOULD CREATE ANY EXPECTATION THAT MR.SWERLING WILL OR CAN ACHIEVE A SIMILIAR OR PARTICULAR RESULT IN YOUR CASE. NO TWO SITUATIONS ARE ALIKE AND THE OUTCOME OF YOUR CASE WILL DEPEND ON IT'S OWN SPECIFIC FACTUAL AND LEGAL CIRCUMSTANCES.

- For 25 years Jack Swerling has been honored to coordinate, moderate, and speak at the South Carolina Bar's Annual Criminal Law Update. The full-day legal education program is held in conjunction with the annual meeting of the South Carolina Bar and is the largest continuing legal education program put on by the Bar. This is also a mandatory judicial continuing legal education seminar. Each year Mr. Swerling also invites a nationally known lawyer to be the keynote speaker. Among his guests have been F. Lee Bailey, Barry Scheck, David Rudolph, Joel Hirschhorn, Mark Geragos, and in 2008, Joe Chesire and Wade Smith, the lawyers who defended the Duke LaCrosse players. At the 2010 meeting of the Bar at Kiawah Island, Mr. Swerling was recognized by the Chief Justice of the South Carolina Supreme Court for his 25 years of service to the Bench and Bar.

- Several times each year Mr. Swerling participates in other continuing legal education programs for the South Carolina Bar, speaking on either criminal law, procedure, or technique.

- Jack Swerling has spoken at continuing legal education programs for the South Carolina Solicitors Association and the South Carolina Public Defender Association.

- Mr. Swerling has spoken to various classes at the University of South Carolina School of Law and was a member of the Adjunct Faculty from 1985 to 1989.

- Since 1987, Mr. Swerling has served on the Adjunct Faculty at the University of South Carolina School of Medicine, Department of Neuropsychiatry. Each year he helps conduct a mock trial and delivers a lecture to the staff.

- Mr. Swerling has made presentations at classes designed for Assistant United States Attorneys by the National College of District Attorneys at the National Advocacy Center located in Columbia, South Carolina.

- He has made seminar presentations on criminal law and practice at conferences of United States Postal Inspectors and Criminal Investigators for the Internal Revenue Service as well as the Bureau of National Affairs seminars held in Vail, Colorado and Washington, DC.

- On several occasions, Mr. Swerling has been honored to address the South Carolina Judicial Conference on the subject of criminal law.

- Jack Swerling has been an annual speaker on criminal trial practice to Leadership Columbia, a group selected from the Columbia business community for their future leadership potential.

- Mr. Swerling makes regular presentations about criminal practice for civic organizations and various other non-legal groups.

- Jack Swerling was honored to be the commencement speaker at the University of South Carolina School of Law in December 2003.

## Publications

- Author, "The Right to Free Speech Versus the Right to a Fair Trial - Balancing Competing Interests," 42 S.C.L.R. 901 (1991)

- Author, "I Can't Believe I Asked That Question: A Look at Cross-Examination Techniques," 50 S.C.L.R. 3 (1999)

- "The Preliminary Hearing as a Discovery Device," Fall, 1982, The South Carolina Trial Lawyers Association Bulletin

- Inside Drug Law, "Handling the Preliminary Hearing in Drug Cases," Volume 1, Number 5, December, 1984

- South Carolina Lawyer, "Jury Charges for Self-Defense in Homicide Cases," September/October, 1989

- South Carolina Lawyer, "Defending the Battered Woman," December, 1990

- South Carolina Trial Notebook, Volumes I, II and III (S.C. Bar 1991)

- "On Being A Trial Lawyer," South Carolina Lawyer 1999 and The Champion 2000

- Contributing author: South Carolina Criminal Trial Techniques Handbook, South Carolina Bar, 1998

- Co-author My Little Rules Book - Criminal, Annotated Second Edition, South Carolina Bar 2004

**Click here to view Mr. Swerling's Publications**

## Recognition

- **AV rating** from Martindale-Hubbell

JA 5378

- Top Corporate Counsel, Corporate Counsel magazine - Criminal
- Listed in **Martindale-Hubbell Bar Register of Preeminent Lawyers**
- Who's Who in American Law
- **South Carolina Super Lawyer Magazine - Criminal**
- **Best Lawyers in America - Criminal** and Best Law Firms in America - Criminal
- Fellow, **American College of Trial Lawyers**
- Fellow, **American Academy of Appellate Lawyers**
- Fellow, **American Board of Criminal Lawyers**
- Fellow, **International Academy of Trial Lawyers**
- Fellow, **Litigation Counsel of America**
- Recognized as one of Midlands Legal Elite by Business Monthly Magazine
- Recognized in the Best Lawyers edition of Columbia Metropolitan Magazine under criminal law and appellate practice.
- Recognized by Best Lawyers in America as one of the 2012 Lawyers of the Year in Columbia, South Carolina.

## Education

- **University of South Carolina**, J.D., 1973
- Clemson University, B.A., 1968, Economics

## Contact Jack B. Swerling Criminal Lawyer Columbia, South Carolina Today

**Columbia criminal defense attorney** Jack Swerling has a reputation for vigorously defending the rights of the accused. He believes that no matter what the crime or who the accused, every person should be afforded the best legal representation possible. If you are facing criminal charges or learn you are the subject of a criminal investigation, you may call our law firm at **(888) 363-4981**. Our answering service will direct you to Mr. Swerling. You may also e-mail Jack Swerling at **jacklaw@aol.com**. E-mails are checked regularly.

Home | Firm Overview | Attorney Profile | Practice Areas | In the News | Newsletters | Our Offices | Contact Us

Jack B. Swerling is located in Columbia, SC and serves clients in and around Columbia, State Park, Eastover, Irmo, West Columbia, Blythewood, Hopkins, Gaston, Lexington, Ballentine, Cayce, White Rock, Swansea, Gadsden, Elgin, Pelion, Chapin, Saint Matthews, Gilbert, Ridgeway, Rion, Batesburg, Calhoun County, Lexington County, Richland County.



The hiring of a lawyer is an important decision that should not be based solely upon advertisements. Before you decide, ask us to send you free written information about our qualifications and experience. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship. [ **Site Map** ]

JA 5379

FIRM OVERVIEW   ATTORNEY PROFILE   IN THE MEDIA   REPRESENTATIVE CASES   FAQ   PUBLICATIONS   NEWSLETTERS

Home | Our Offices | Contact Us

Jack Swerling has appeared on American Justice, Inside Edition, NBC's Today Show, NBC Evening News, NBC Dateline, CNN, CNN International, ABC Nightline, Fox News, Court TV, A&E, ETV, Ricki Lake, Rita Cosby, and Nancy Grace.

## PRACTICE AREAS

CRIMINAL LAW

FEDERAL CRIMINAL PRACTICE

GRAND JURY AND OTHER LAW ENFORCEMENT INVESTIGATIONS

CRIMINAL FRAUD

SOUTH CAROLINA CRIMINAL DEFENSE PRACTICE

APPELLATE PRACTICE

BENEFITS OF AN EXPERIENCED LAW FIRM

MEETING WITH A CRIMINAL DEFENSE ATTORNEY

SELECT CIVIL LITIGATION PRACTICE

## CONTACT INFO

**Jack B. Swerling** - Attorney at Law
1720 Main Street, Suite 301
Columbia, SC 29201

**Phone:** 888.363.4981
**Fax:** 803.799.4059
**Email:** jacklaw@aol.com

**Web:** http://www.jackswerling.com

Name *

Email *

Phone *

Message *





Excerpt From Opening Statement in State v Mckown    Excerpt From Cross Examination in State v Mckown    Verdict in State v Mckown

## Representative South Carolina Criminal Cases

Jack Swerling is a veteran of many memorable courtroom battles. His reputation is grounded squarely in his record of defending the accused in South Carolina's state and federal courts. While no respectable lawyer would ever guarantee a result, Mr. Swerling does everything possible to avoid a prosecution, seek dismissal of pending prosecutions, or pursue diversion programs and other alternatives. If there is a prosecution, he seeks to negotiate as favorable a plea and sentence as possible or he will personally try the case in court.



His long time philosophy is that unless a lawyer is prepared to try a case, and has a reputation that he will in fact take a case to trial if necessary, the prosecution is less slikely to negotiate a favorable outcome for the client.

In recognition of his ability and character, **South Carolina criminal law attorney** Jack B. Swerling has been selected as a Fellow in the prestigious American College of Trial Lawyers (one of only 70 in the state and limited to five percent of all lawyers nationally), the American Board of Criminal Lawyers (one of only 3 in the state and some 300 nationally), and a Fellow in the International Academy of Trial Lawyers (one of only five in the state and 600 internationally). He is also listed in Naifeh and Smith's Best Lawyers in America and was named a South Carolina Super Lawyer in the South Carolina Super Lawyer magazine.

Mr. Swerling is also experienced in handling **South Carolina state appeals** and federal appeals if there is an unfavorable result from one of his trials. Not only does he handle appeals from his own cases, but he is often called on to handle the appeal of individuals in cases where

GOVERNMENT EXHIBIT 2   PENGAD 800-631-6989

**JA 5380**

he was not the original trial lawyer. In recognition of his ability and character he was selected as a Fellow in the American Academy of Appellate Lawyers (one of only five lawyers in the state). Below is only a selection of cases Jack Swerling has successfully handled.

**Pre Trial Dispositions**

- **STATE v. PETER, STEVE, LEVY, RICHARD, ROBERT, STEPHEN, MICHAEL P. (two times) and MICHAEL C.***
  Successfully obtained dismissal of ten (10) driving under the influence charges. (April - June 2011)

- **STATE v. JAMES***
  Successfully obtained dismissal of grand larceny and burglary charges against the defendant. (May 2011)

- **STATE v. KENDRA***

  Obtained dismissal and expungement of larceny charges after the defendant was accepted into and completed pre-trial intervention. (September 2011)

- **STATE v. THOMAS***
  Obtained dismissal and expungement of aggravated assault charge after the defendant was accepted into and completed pre-trial intervention. (September 2011)

- **STATE v. TERIONTA***
  Obtained dismissal and expungement of drug charges. (August 2011)

- **STATE v. JENNIFER***
  Obtained dismissal and expungement of drug charges after she was accepted into and completed pre-trial intervention. (July 2011)

- **STATE v. RODERICK***
  Obtained dismissal and expungement of criminal conspiracy and lynching charges. (September 2011)

- **STATE v. MICHAEL***
  Obtained dismissal of drug charges. (2011)

- **STATE v. STEVEN***
  Successfully obtained dismissal of armed robbery and possession of a weapon during a violent crime against the defendant. (May 2011)

- **STATE v. LOU***
  Successfully obtained dismissal of kidnapping and criminal sexual conduct charges against a businessman. (May 2011)

- **STATE v. AMANDA***
  Successfully obtained dismissal of assault and battery charges against the defendant. (April 2011)

- **STATE v. IAN***
  Successfully obtained dismissal of embezzlement charge against the defendant. (March 2011)

- **STATE v. MANDY***
  Successfully obtained permission to allow lawyer to participate in court diversion program on controlled substance charges. Charge dismissed and expunged. (March 2011)

- **STATE v. ABDELWAHAB***
  Successfully obtained dismissal of lewd act charge against the defendant. (February 2011)

- **STATE v. HARRY***
  Successfully obtained dismissal of lewd act charges against former police officer. (2011)

- **STATE v. JERRY***
  Successfully obtained dismissal of lewd act charges against a step-father. (2011)

- **STATE v. KYLE***
  Successfully obtained a dismissal of sexual assault charges against a physician. (2011)

- **U.S.A. v. DAVID***
  Successfully obtained diversion program for defendant with wire and mail fraud. (2011)

- **STATE v. SHEILAINA***

  Obtained dismissal of drug charges. (2011)



**Captcha**

Type the two words

SUBMIT

**Jack Swerling In The News >>**

**Jack Swerling:**

South Carolina Supreme Court rules that security guard acted in self defense when he shot and killed a man that was attacking him. Conviction vacated. (October 2011)

Obtained dismissal of ten (10) driving under the influence charges. (April - June 2011)

In a Rule 35 Motion, defendant's sentence was lowered from a level 40 (292 months) to a level 32 (140 months). Defendant was released from custody on time served. (U.S.A. v. Gore) (June 2011)

Made a presentation on Money Laundering to a group of IRS Criminal Investigators at the National Advocacy Center. (June 6, 2011)

Guest lecturer on Criminal Trial Advocacy for Assistant United States Attorneys at the National Advocacy Center. (August 2011)

Listed in the 2011 Best Lawyers edition of Columbia Metropolitan Magazine under the categories of criminal defense, criminal defense white collar, and appellate practice.

Fairfield County Jury Finds Man Not Guilty In Shooting Case. (October, 2010)

Florida Man Found Not Guilty By Reason Of Insanity Of Assaulting A Police Officer And Resisting Arrest. (February 2011)

Selected by his peers for the 2011 Midlands Legal Elite edition of Columbia Business Monthly magazine under the criminal defense category.

Aiken County Sherrif'S Deputy Found Not Guilty On Misconduct In Office And Assault And Battery Charges. (August 11, 2010)

A Jury Acquits Chief Of Police In Voter Fraud Trial.

Guest lecturer on criminal law practice to the 2011 freshman class at the USC School of Law. (August 2011)

Coroner found not guilty in cocaine distribution and conspiracy trial.

Defendant receives 11 point departure from sentencing guidelines and receives probation instead of 3 year sentence.

JA 5381

Was again selected to be listed in the 2011 Edition of Best Lawyers in America. He will be listed in the categories of criminal defense, both white collar and non-white collar crime and appellate practice. The law firm was also selected to be in the Best Law Firms category.

Selected by Best Lawyers in America as one of their 2012 Lawyers of the Year in Columbia.

Was again selected as a Super Lawyer by South Carolina Super Lawyer Magazine in the area of criminal defense.

Was selected to be a member of the faculty of an intensive trial advocacy program sponsored by the National Institute of Trial Advocacy. The program took place between April 21 - 23, 2010 at the United States District Court in Columbia.

Was selected by Corporate Counsel magazine as a Top Corporate Lawyer.

Was successful in having tax fraud charges against a client dismissed in the United States District Court.

Was successful in helping a client avoid money laundering charges in the United States District Court.

**DISCLAIMER:** THIS WEB SITE IS DESIGNED TO PROVIDE YOU WITH INFORMATION ABOUT JACK SWERLING. NONE OF THE INFORMATION PROVIDED OR THE CASES REFERRED TO SHOULD CREATE ANY EXPECTATION THAT MR. SWERLING WILL OR CAN ACHIEVE A SIMILIAR OR PARTICULAR RESULT IN YOUR CASE. NO TWO SITUATIONS ARE ALIKE AND THE OUTCOME OF YOUR CASE WILL DEPEND ON IT'S OWN SPECIFIC FACTUAL AND LEGAL CIRCUMSTANCES.

- **STATE v. CHRISTIAN\***
  Successfully obtained dismissal of assault and battery of a high and aggravated nature charge against the defendant. (2010)

- **STATE v. GERALD\***
  Successfully argued a motion to dismiss a lewd act case due to pre-indictment delay. (2010)

- **STATE v. GRADY\***
  Successfully obtained a dismissal at preliminary hearing of internet pornography charges brought against a minister. (2010)

- **STATE v. JOHN\***
  Successfully avoided prosecution of physician suspected of Medicaid fraud. (2010)

- **U.S.A. v. JULIA\***
  Successfully argued against federal charges in fraud case.

- **U.S.A. v. SANDRA\***
  Successfully obtained dismissal of an international warrant for investment fraud.

- **STATE v. PORKY\***
  Successfully obtained dismissal of murder charge where the State was seeking the death penalty.

- **U.S.A. v. JEANINE\***
  Successfully obtained a diversion program for defendant indicted for mortgage fraud.

- **STATE v. LUKE\***
  Successfully assisted a narcotics officer in avoiding prosecution for alleged misconduct in office.

- **STATE v. DAN\***
  Successfully obtained dismissal and expungement of assault charges against Deputy Sheriff after he was accepted into and completed pre-trial intervention. (December 2009)

- **STATE v. RUSS\***
  Successfully obtained a dismissal of sexual assault charges against a businessman and County Councilman.

- **U.S.A. v. SUSAN\***
  Successfully obtained a dismissal of federal tax fraud charges prior to case going to trial.

- **U.S.A. v. WAYNE\***
  Successfully negotiated a no prosecution agreement by the federal government.

- **STATE v. CLARENCE\***
  Successfully obtained dismissal of criminal sexual assault charges that had been brought against father of child.

- **STATE v. RUBIN\***
  Successfully obtained dismissal of sexual assault charges against grandfather of child.

- **STATE v. TESSIE\***
  Successfully obtained dismissal of murder charges against wife of deceased. Defendant had been charged with poisoning her husband.

- **STATE v. STEVE\***
  Successfully obtained dismissal of murder charges where defendant had been charged with shooting and killing the victim.

- **STATE v. WILLIAM\***
  Successfully obtained dismissal of criminal sexual assault charges against step-grandfather of young child.

- **STATE v. JOHN\***
  Successfully obtained dismissal of murder charges against defendant who acted in self-defense.

- **STATE v. MICHAEL\***
  Successfully obtained a dismissal of a murder charge against an Orangeburg, South Carolina man.

- **STATE v. GREEN\***
  Successfully argued motion to sever trials and obtained a dismissal of murder charges against client.

- **STATE v. NAPIER\***
  Successfully obtained dismissal of murder charge against defendant after strong alibi established.

- **STATE v. MICHAEL\***
  Successfully obtained dismissal of murder charge against the defendant after we established an ironclad alibi defense.

**JA 5382**

* The defendant's names are withheld to protect client's identity since all records are expunged. For further details of any case, contact Jack Swerling.

**Trials**

- **STATE v. JASON DICKEY***
  Defendant was convicted of voluntary manslaughter, but the Supreme Court ruled that the evidence showed that he acted in self defense, and his conviction was vacated. (October 2011)

- **STATE v. PAUL***
  Obtained a verdict of not guilty by reason of insanity in a case involving a defendant's assault on several police officers. (2011)

- **STATE v. JEFFREY**
  Aiken County Sherrif's deputy found not guilty on Misconduct in Office and Assault and Battery charges. (2010)

- **STATE v. TIMOTHY***
  In a jury trial, a Fairfield County man was found not guilty of assault and battery with intent to kill in shooting of another man. (2010)

- **STATE v. ANTONIO**
  The defendant was charged with murder allegedly arising out of a gang related incident. A York County jury returned a not guilty verdict.(2010)

- **STATE v. JOHN DOE***
  The defendant was charged with murder and accessory after the fact of murder. The case was called for trial and Mr. Swerling argued that his client's trial should be severed or separated from that of the co-defendant who, without provocation, shot an individual and then jumped into the defendant's car and told him to drop him off at his girlfriend's house. Out of fear, the defendant dropped him off and went home without calling the police. The judge granted Mr. Swerling's motion after which the state dismissed all charges against the defendant. The shooter went to trial, was convicted of murder, and sentenced to life without parole.

- **STATE v. JOHN DOE***
  Mr. Swerling was successful in persuading the state to dismiss lewd act charges against one of his clients prior to trial.

- **STATE v. McKOWN**
  The Coroner of York County, South Carolina was found not guilty by a jury of distribution of cocaine, conspiracy to distribute cocaine and possession of cocaine.

  Videos of the trial:

    - **Doug McKown drug trial**
    - **Erin Jenkins testifies in McKown trial**
    - **Mckown acquitted of cocaine charges**

- **U. S.A. v. COTE**
  The defendant was charged with possession of pornography from the Internet. Mr. Swerling was successful in arguing for an eleven-level variance from the guidelines, resulting in a guideline sentence of thirty-six months being reduced to probation.

- **STATE v. JOHN DOE***
  Chief of Police was found not guilty by a jury of election fraud, obstruction of justice, misconduct in office, and intimidation of a witness.

- **STATE v. JOHN DOE***
  The defendant, a deputy sheriff, was charged with murder arising out of the death of a suspect while deputies attempted to arrest him. The defendant was found not guilty after a jury trial.

- **STATE v. JOHN DOE***
  The defendant was found not guilty of murder by a jury, based on self-defense.

- **STATE v. JOHN DOE***
  Deputy sheriff found not guilty by a jury in a drug trafficking conspiracy.

- **STATE v. HOLLIS**
  The defendant was charged in a double homicide. Guilt was conceded and we argued for a life sentence as an alternative to the death penalty. The jury returned a life sentence. This was only the second time a jury returned a life sentence in a capital murder case in Lexington County, South Carolina.

- **STATE v. BECKHAM**
  The defendant was found guilty of murder. We presented excellent mitigating evidence

JA 5383

and persuasively argued for a life sentence as an alternative to the death penalty. The jury sentenced the defendant to life.

- **U. S.A. v. JOHN DOE***
  A prosecutor was tried for perjury and was found not guilty.

- **U.S.A. v. JOHN DOE***
  A prosecutor was charged with possession of drugs and we were successful in having the search warrant thrown out and the evidence suppressed. The case was later dismissed.

- **STATE v. ODOM**
  The defendant, a former prosecutor, was charged with solicitation of a minor over the Internet. We successfully argued that the evidence should be suppressed.

- **STATE v. JOHN DOE***
  The defendant, a police officer, was charged with murder after shooting a fleeing suspect. The defendant was found not guilty after a jury trial.

- **STATE v. JOHN DOE***
  The defendant was found not guilty of murder after the presentation of evidence that the shooting was accidental.

- **STATE v. JOHN DOE***
  A jury found the defendant not guilty of murder by a jury. The defendant was a motel owner and shot an intruder.

- **STATE v. JANE DOE***
  The defendant was charged with the murder of her boyfriend. We successfully argued self-defense using the Battered Wife Syndrome and the defendant was found not guilty after a jury trial.

- **STATE v. JANE DOE***
  The defendant was charged with the murder of her husband. We successfully argued self-defense using the Battered Wife Syndrome and the defendant was found not guilty after a jury trial.

- **STATE v. JANE DOE***
  The defendant was charged with the murder of her husband. We successfully argued self-defense using the Battered Wife Syndrome and the defendant was found not guilty after a jury trial.

- **STATE v. JANE DOE***
  The defendant was charged with the murder of her husband. We successfully argued self-defense using the Battered Wife Syndrome and the defendant was found not guilty after a jury trial.

- **STATE v. JANE DOE***
  The defendant was charged with the murder of her husband. We successfully argued self-defense using the Battered Wife Syndrome and the defendant was found not guilty after a jury trial.

- **STATE v. JANE DOE***
  The defendant was charged with the murder of her husband. We successfully argued self-defense using the Battered Wife Syndrome and the defendant was found not guilty after a jury trial.

- **STATE v. JANE DOE***
  The defendant was acquitted of murder by a jury based on the Battered Woman Syndrome and self-defense.

- **STATE v. JANE DOE***
  The defendant was found not guilty of murder by a jury based on self-defense.

- **STATE v. JANE DOE***
  The defendant was charged with the murder of her husband. We successfully argued self-defense using the Battered Wife Syndrome and the defendant was found not guilty after a jury trial.

- **STATE v. JOHN DOE***
  The defendant was charged with murder. We successfully presented a defense of self-defense and the defendant was found not guilty after a jury trial.

- **STATE v. JOHN DOE***
  The defendant was charged with murder. We successfully presented evidence and argued that the defendant did not kill the victim and the defendant was found not guilty after a jury trial.

- **STATE v. JOHN DOE***
  The defendant, the owner of a nightclub, was charged with the murder of a patron. We presented an alibi defense, and a defense relating to the time of death and the defendant was found not guilty after a jury trial.

JA 5384

- **STATE v. JOHN DOE***
  The defendant, a store owner, was charged with manslaughter, arising out of the sale of alcohol to a minor resulting in an auto fatality. We successfully presented evidence and argued that the alcohol was sold from another store. The defendant was found not guilty after a jury trial.

- **STATE v. JOHN DOE***
  Two individuals outside a nightclub attacked the defendant, a correction officer. After a high-speed chase, he was run off the road. The two individuals then approached him in an aggressive manner at which time he shot and killed both. The defendant was found not guilty after a jury trial. This is one of the seminal self-defense cases in South Carolina and is often cited in court opinions.

- **STATE v. JOHN DOE***
  The defendant was indicted for trafficking in marijuana after being discovered in a marijuana field containing hundreds of mature plants. The state contended the field was owned and cultivated by the defendant. The defendant was found not guilty of trafficking and found guilty of only simple possession of marijuana for a marijuana leaf that was discovered in his pocket. He claimed he innocently came upon the field, and took some. He received a $200 fine instead of a mandatory 25 years had he been convicted of trafficking.

- **STATE v. JOHN DOE***
  The defendant was found not guilty of murder based on the presentation of an alibi defense.

- **STATE v. JOHN DOE***
  The defendant was found not guilty of murder by a jury after presentation of self-defense evidence.

- **STATE v. JOHN DOE***
  The defendant was found not guilty of murder by a jury based on a presentation of self-defense.

- **U.S.A. v. JANE DOE***
  The defendant was charged with kidnapping her natural born son after her parental rights were terminated. We successfully argued that the federal kidnapping statute was inapplicable. The case was dismissed. Upheld on appeal.

- **U.S. A. v. JOHN DOE***
  The defendant was charged with possessing a weapon on school grounds during a shooting. We successfully argued that the federal statute was unconstitutional. The case was dismissed after the appellate courts also found the federal statute unconstitutional in a related case.

- **STATE v. JOHN DOE***
  DSS caseworker found not guilty of failing to report AIDS infection in a minor to protect the minor's identity as he was dying.

- **U.S.A. v. JOHN DOE***
  The defendant was indicted under the federal gambling laws. The defendant was the lead defendant in an indictment against video poker operators. We successfully argued that the defendants were not in violation of the federal gambling statute. The case was dismissed.

- **STATE v. JANE DOE***
  The defendant was found not guilty in the murder of her husband after a jury trial.

- **STATE v. JOHN DOE***
  The defendant was charged with three counts of vehicular homicide. The victims were highway construction workers and were struck by the defendant's vehicle. We presented a defense that the defendant had a seizure right before impact, and was therefore not criminally responsible. The defendant was found not guilty after a jury trial.

- **STATE v. JOHN DOE***
  A jury found the defendant not guilty of murder after shooting the victim in self-defense.

- **STATE v. JOHN DOE***
  An all white jury acquitted an African American defendant in a high profile interracial sexual assault case in Lexington, South Carolina.

\* The Defendant's name is withheld to protect the client's identity since all records were expunged. For further details on any case, contact Jack Swerling.

### Appeals

- **STATE v. FULLER**
  A murder conviction was reversed on faulty self-defense jury instructions. This is the leading self-defense case in South Carolina on self-defense jury instructions.

**JA 5385**

- **STATE v. SUMMERSETT**
  Defendant's murder conviction reversed due to the admission of improper evidence.

- **STATE v. DIAMOND**
  A drug conviction was reversed. The court held that the trial judge erred in failing to require the state to disclose a confidential informant. This was the first case in South Carolina where it was held the informant must be disclosed and the case is still cited for that principle.

- **STATE v. BLACKMON**
  The defendant's conviction for illegal gambling was reversed. The Supreme Court held that video poker was not unlawful, opening the way for the video poker industry to flourish for a number of years. This ruling allowed the video poker operators and in turn the South Carolina Department of Revenue to take in hundreds of millions of dollars in revenue until video poker was eventually made unlawful by the legislature.

- **STATE v. KIMBRELL**
  A cocaine trafficking conviction was reversed on faulty jury instructions on "mere presence." This is the seminal case in South Carolina on the mere presence defense.

- **STATE v. REESE**
  A murder conviction was reversed based on improper jury argument.

- **STATE v. DOUGLAS**
  A murder conviction was reversed on the introduction of improper insurance evidence. The Supreme Court later reversed the case.

- **STATE v. McCASKILL**
  A murder conviction was reversed on faulty self-defense/accident instructions.

- **STATE v. LEE**
  A conviction for knowingly avoiding, attempting to avoid, or causing another to avoid lawful charges for telephone service was reversed by the South Carolina Supreme Court. The Court held that conduct by the defendant did not constitute a crime and a motion for a directed verdict of acquittal should have been granted.

- **STATE v. CLIFTON**
  The South Carolina Supreme Court reversed a conviction for possession with intent to distribute a controlled substance.

- **STATE v. LEONARD**
  A conviction for reckless homicide arising out of an automobile collision was reversed by the South Carolina Supreme Court, with the Court holding that the jury should have been charged that the identity of the driver had to be first determined before attempting to determine the guilt of two defendants for reckless homicide, and the jury should not have been instructed on the doctrine of accomplice liability.

- **STATE v. WILLIAMS**
  The South Carolina Supreme Court reversed a conviction for two counts of felony driving under the influence on the grounds that the chain of custody for the defendant's blood test was fatally defective.

- **STATE v. CUNNINGHAM**
  The South Carolina Supreme Court reversed a conviction for assault and battery of a high and aggravated nature.

- **STATE v. LOGAN**
  The South Carolina Supreme Court reversed a conviction for various cocaine offenses on the grounds that the trial judge erroneously instructed the jury that a defendant's mere presence or mere association with people who possessed controlled substances was sufficient proof that the defendant himself possessed the controlled substance or was a member of the conspiracy. The Court further held that the traffic stop and subsequent pat-down search of the defendants was unlawful.

- **U.S.A. v. LONG**
  The United States Court of Appeals for the Fourth Circuit reversed a Hobbs Act conviction in connection with Operation Lost Trust based on a fatally defective jury instruction.

- **STATE v. GOODWIN AND FAIREY**
  This is the leading case in South Carolina setting forth what the responsibilities of a lawyer are when a client intends to commit perjury during the course of a legal proceeding.

- **U.S.A. v. SHEEK**
  The United States Court of Appeals for the Fourth Circuit upholds the district judge's favorable ruling dismissing a kidnapping indictment against Ms. Sheek.

- **U.S.A. v. LONG**
  In a second appeal arising out of the Operation Lost Trust sting operation against the South Carolina Legislature, the U. S. Court of Appeals for the Fourth Circuit affirms the district judge's ruling that the defendant Long was entitled to a new trial, where tapes

**JA 5386**

were taken into the jury room which had been conditionally admitted as evidence of a conspiracy. The tapes became impermissible hearsay when the Court granted an acquittal on the conspiracy count.

- **STATE v. CROSBY**
  The Court of Appeals of South Carolina reversed the defendant's conviction for criminal sexual conduct in the first degree and burglary in the first degree based upon the erroneous admission of improper character evidence and the improper admission of evidence of other bad acts.

- **CARTER v. TRAVIS MEDLOCK, ATTORNEY GENERAL OF SOUTH CAROLINA**
  The United States Court of Appeals for the Fourth Circuit decided that the Double Jeopardy Clause of the United States Constitution barred a retrial of the defendant Jimmy Carter in the South Carolina State Court.

- **STATE v. LEWIS**
  The defendant's conviction for molestation charges was reversed and remanded for a new trial on the grounds that the defendant's rights under the Sixth Amendment Confrontation Clause were violated.

- **STATE v. HUGGINS**
  The Supreme Court of South Carolina reversed the defendant's convictions for voluntary manslaughter and criminal conspiracy. The convictions were reversed due to the prosecutor's remarks made during closing arguments, and because an inadequate self-defense charge deprived the defendant of a fair trial.

- **STATE v. MULLINS**
  The state appealed a trial judge's favorable ruling suppressing evidence of the defendant's blood test. The Supreme Court of South Carolina affirmed the trial judge holding that the blood sample was improperly taken. The Court held that the coroner was not authorized to order blood from a live person after the defendant refused the blood test under the state's Implied Consent Statute.

- **STATE v. NELSON**
  The **Supreme Court of South Carolina** reversed the conviction of the defendant for criminal sexual conduct in the first degree based on the erroneous admission of certain physical evidence and the improper admission of certain post-arrest statements by the defendant.

- **STATE v. SALTZ**
  The defendant's conviction for murder was reversed based on the erroneous application of Rule 801 (d)(1)(B) of the South Carolina Rules of Evidence dealing with prior consistent statements.

- **STATE v. PARKER**
  The defendant's conviction for lewd act was reversed on the erroneous admission of other act evidence under Rule 404(b) of the South Carolina Rules of Evidence.

- **STATE v. McCLUNEY**
  The South Carolina Court of Appeals reverses the defendant's conviction for trafficking in cocaine on the basis that the court should have granted a directed verdict on the grounds that the substance was imitation cocaine. The South Carolina Supreme Court later reversed the case.

- **THE SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES v. ALMEIDA**
  The defendant successfully appealed a Family Court order permanently enjoining her child daycare facility from operating. The Family Court Judge's order, which imposed the permanent injunction, was vacated. This was collateral to a criminal proceeding arising out of the operation of the daycare facility.

Jack B. Swerling is located in Columbia, SC and serves clients in and around Columbia, State Park, Eastover, Irmo, West Columbia, Blythewood, Hopkins, Gaston, Lexington, Ballentine, Cayce, White Rock, Swansea, Gadsden, Elgin, Pelion, Chapin, Saint Matthews, Gilbert, Ridgeway, Rion, Batesburg, Calhoun County, Lexington County, Richland County.



The hiring of a lawyer is an important decision that should not be based solely upon advertisements. Before you decide, ask us to send you free written information about our qualifications and experience. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship. [ Site Map ]

**JA 5387**

# HARRIS & GASSER, LLC

## CRIMINAL DEFENSE ATTORNEYS

## PROTECT YOUR RIGHTS...

Serious legal problems require immediate intervention

CALL NOW: 803-779-7080
free initial consultation

1529 Laurel Street | Columbia, SC 29201

Phone: (803) 779-7080
E-mail: Email Me
Fax: (803) 746-0480
Web site: http://www.harrisgasserlaw.com

**Greg Harris** is an accomplished Columbia, South Carolina lawyer with a successful track record of resolving difficult criminal cases in courts throughout the Southeast. He is also a successful appellate advocate having successfully argued cases before the Supreme Court of South Carolina and the Fourth Circuit Court of Appeals. Greg's federal criminal defense practice extends beyond South Carolina to several other states where he has helped his clients successfully resolve complex federal prosecutions.

If he agrees to represent you, Greg will be personally responsible for your case. Unlike some law firms, he will not hand you over to a junior associate, paralegal or "case manager." While he has a very talented and capable staff, he believes it is important for Harris & Gasser lawyers to know exactly what is going on in each and every case they accept. Because he limits the number of clients he represents, he can afford to give those clients 100% of his attention when it is time to successfully resolve the case or go to trial.

His primary office is in downtown Columbia, but he has won criminal trials in every part of the state. He has successfully represented clients in federal and state courts in the metro areas of Greenville, Charleston, Florence, Sumter, Spartanburg, Aiken and in many smaller towns across South Carolina. He also accepts a limited number of federal criminal cases in other states. In cases outside of South Carolina, he usually associates highly qualified local counsel to assist him at no additional cost to the client.

## Prosecution Background

After his graduation from law school in 1986, Greg worked for Circuit Court Judge Marion H. Kinon as his law clerk. It was during this first year of his legal career that he decided trial work would be his primary focus in the practice of law. After his clerkship with Judge Kinon, Greg worked as an Assistant Solicitor in the 5th Judicial Circuit Solicitor's Office under Jim Anders. During his two years with the Solicitor's Office, he prosecuted cases ranging from driving under the influence to murder. During the last year of his tenure with the Solicitor's Office, Greg focused primarily on violent crime, prosecuting cases involving criminal sexual assault, felony driving under the influence, rape and murder.

In 1998, Greg became a federal prosecutor in the United States Attorneys Office for the District of South Carolina. After this appointment, he was named Deputy Chief of the Criminal Division by United States Attorney, E. Bart Daniel, a position that he held for over three years as a federal prosecutor.

As the Deputy Chief of the Criminal Division, Greg specialized in the prosecution of white collar crimes including a multimillion dollar bank fraud/money laundering case, a multi-district intrastate chop shop case, as well as multi-kilo narcotics violations. Greg views his tenure as a prosecutor as a life experience that now assists him in obtaining the best results possible for all of his state and federal clients.

The other side will have many resources at their disposal. So should you. Mr. Harris utilizes a number of top-notch experts to assist him. These include forensic accountants, and investigators who formerly worked in law enforcement. From the moment he takes a case, Mr. Harris and his staff conduct their own investigation. In some cases, he is able to interview witnesses before the government does. His goal is to obtain the information needed to convince the prosecution to drop the charges. If dropping the charges is not possible, he uses the information to zealously defend his clients.

Mr. Harris only takes a few select cases. He keeps his caseload down so that he can give each of his clients the personal attention that they deserve. He is always available to address questions and concerns and returns his telephone calls within 24 hours.

## Areas of Practice:

GOVERNMENT EXHIBIT 3

JA 5388

Primarily State and Federal White Collar Defense

**Bar Admissions:**
South Carolina, 1986

**Education:**
University of South Carolina School of Law, Columbia, South Carolina, 1986
J.D.

The Citadel, 1983
B.A.

**Classes/Seminars Taught:**
Frequent Lecturer, A Recent Developments in Federal Law, South Carolina Bar Convention in Charleston
Biannual Speech, Attorney-Client Relations, Gap program in Columbia
Federal Sentencing, South Carolina Trial Lawyers Association

**Professional Associations and Memberships:**
John Belton O'Neall Inn of Court

South Carolina Bar Criminal Law Section

South Carolina Judicial Invitational
Member

Richland County Bar Association
Member

South Carolina Bar
Member

Fourth Circuit Judicial Conference
Member

**Past Employment Positions:**
South Carolina State Ethics Commission, Chairman, 2000 - 2005
United States Attorney Office, Deputy Chief of Criminal Division, 1989 - 1993
Judge Marion Kinon, Circuit Court, Law Clerk, 1986 - 1987

**Birth Information:**
May 8, 1961, Asheville, North Carolina, United States of America

2012 by Harris & Gasser, LLC. All rights reserved. Disclaimer | Site Map
FirmSite® by FindLaw, a Thomson Reuters business.

JA 5389









# Basham Defense Team - Employee Summary

| Name | Expert? | Job/Role | Time Frame | # Hours Worked |
|---|---|---|---|---|
| James Aiken | Yes | Expert on Future Dangerousness and Adaptability. Reviewed BB's criminal and inmate records; conducted preliminary assessment of BB's possible adjustment to long-term confinement. Testified at trial. | 09/11/2004 through 10/27/2004 | 107 |
| Shealy Boland | No | Law Clerk - Responsible for creating various timelines to aid the defense team. Worked on vouchers. Reviewed government discovery, drafted memoranda | | |
| Dr. William Brannon, M.D. | Yes | Neurologiest. Testified that BB has brain damage, based on abnormal EEG and based on testing results and consultations w/ Dr. Brawley. | May-03 | |
| Tora Brawley, Ph.D. | Yes | Neuropsychologist - Administered various tests to Brandon on 5/20/2003. Also conducted records review; consulted w/ attorneys re: testing; participated in conference calls; conducted interviews. Testified that BB dx w/ dementia, has an low IQ based on abnormal psych testing and collateral information. | September 2003 through October 2004 | 130 |
| Gary Collias | No | Wva attorney for Basham. Communiticated w/ mitigation team on various matters, including W.Va. Interviews. Acted as an in-between for Greg Cook and SC lawyers. Key in helping locate Beth McGuffin. | | |
| Greg Cook | No | Investigator in WVa, KY, and Ohio, focusing on the Samantha Burns part of the case. Located documentation re: Fulks in the area. Responsible for locating Beth McGuffin and other persons who are known associates of Fulks on the Cast of Characters. Contacted Huntington FD, WV State Police, and Huntington PD. | | |
| Diane Follingstad, Ph.D. | Yes | Psychologist. Conducted research on case; reviewed juror questionnaires; reviewed records. | August - September 2004 | unknown |
| Daniel Goldberg | No.! | Reading clerk. Went to visit/read to BB in jail. | June 2003, March - June 2004 | 34.5 |



GOVERNMENT
EXHIBIT
8

PENGAD 800-631-6989

JA 5394

## Basham Defense Team - Employee Summary

| Name | Expert? | Job/Role | Time Frame | # Hours Worked |
|---|---|---|---|---|
| David Good | No. | Reading clerk. Read through discovery, worked on Cast of Characters, attended witness interviews. | August – September 2004 | 40.5 |
| Carolyn Graham | No. | Paralegal and investigator. Interviewed witnesses; reviewed/ organized/categorized discovery; updated master file; assisted attorneys with miscellaneous duties; general trial prep. | September 2003 through October 2004 | 1261 |
| Greg Harris | No | Trial attorney for Basham - reviewed records, conducted witness interviews, drafted motions, etc. Accompanied BB to Butner. | April 2003 through February 2005 | 2331.97 |
| Steve Hisker | No. | Associate attorney. Served subpoenas, conducted interviews, researched law. Contributed to compilation of cast of characters. Maintained lists of subpoenas and records received. | December 2003 through December 2004 | 663.3 |
| Adrian Kandare | No | Made scheduling arrangments, filed documents with the court, etc. Communicated with various doctors. | | |
| Lisa Kimbrough | No. | Interviewed witnesses. Obtained various records (Army, medical records, etc.). Updated med/psych chronology. Helped retain various experts. Scheduled witness interviews & travel; helped with examination prep. | January through October 2004 | 699.4 |
| Carlisle McNair | No | Identified relevant witnesses, located witnesses, conducted interviews, served subpoenas, obtained court records, jail records, and accompanied atorneys in interviewing crucial witneesses. Interviewed 40+ law enforcement officers covering 8 states. | September 2003 through October 2004 | 4444.3 |
| Dr. Donald Morgan | Yes | Treating Forensic Psychiatrist. Treated BB. Also reviewed records, conducted interviews, prepared reports, attended team conferences. | June 2003 through December 2004 | 159 |
| Christina Rampey | No. | Worked for Nelson Mullins, but conducted research re: limits of pathologist's testimony during sentencing. Drafted motions. | | |
| Anna Rawl | No. | Reviewed BB discovery. Synopsized chronologies. | | |

## Basham Defense Team - Employee Summary

| Name | Expert? | Job/Role | Time Frame | # Hours Worked |
|---|---|---|---|---|
| Harrison Saunders | No | Associated attorney. Conducted interviews, etc. | September 2003 through October 2004 | 444.8 |
| Dr. Donna Schwartz-Watts | Yes | Forensic Psychiatrist. Reviewed records; evaluated BB; prepped for testimony; testified as witness. Traveled to KY to conduct interviews. Interviewed BB. Testified that BB suffered from dementia, inhalant induced psychosis with hallucinations, anxiety disorder, and ADHD based on continued contact/consultations w/ BB. | January 2003 through October 2004 | 336.5 |
| Jean Strickler | No. | Paralegal for JBS. Fielded phone calls. Drafted subpoenas. Handled vouchers. Other admin tasks | | |
| Jack Swerling | No | Lead trial attorney for Basham - reviewed records, conducted witness interviews, researched legal issues, tried case. | April 2003 through February 2005 | 2203.2 |
| Paige Tarr | No. | Mitigation specialist - Performed numerous interviews with family, friends, neighbors, teachers, counselors, doctors, etc. | September 2003 through October 2004 | 1802 |
| Jan Vogelsang, MSW, BCD | Yes | Testified re: school records, Brandon's background and impairments, etc. Accompanied (primarily) Lesa Watson on interviews; reviewed materials; assisted attorneys with trial preparation; prepared visual aids for testimony. | January through October 2004 | 491.2 |
| Lesa Watson | No | Private mitigation investigator - interviewed various witnesses/potential witnesses primarily in Kentucky; compiled info on KY Juvenile Detention Centers; compiled location information for various witnesses. Created cast of characters. | September 2003 through October 2004 | 1606.8 |

JA 5396

Subj:     **Re: Fwd: jackson v denno/mitigation**
Date:     2/21/2004 10:08:20 AM Eastern Standard Time
From:     jniland@texasdefender.org
To:       lawemf@Mail1.Hofstra.edu
CC:       Jacklaw@aol.com

I think that this a good strategy and works very well in the Jackson v. Denno area because in the suppression hearing the cop will be anxious to tell how cooperative and willing the client was during the taking of the statement. He will not likely understand the goal at trial is to use the client cooperation as mitigating and with a good leading question examination you will likely be able to get him to spend hours describing how "they couldn't have done it without your client's cooperation".

John At 06:21 PM 2/19/2004, you wrote:
>-Be sure to copy Jack seperately on any replies. -E.
>
> >>> <Jacklaw@aol.com> 02/19/04 06:51PM >>>
>has anyone ever heard of this.?
>a lawyer challenges the voluntariness of a statement  in a jackson v
>denno- no allegation of coercion.the lawyer does not argue voluntariness
>before the jury. does anyone think that the defense would be estopped from
>arguing later in the trial that the defendant tried to help law
>enforcement in mitigation ?
>
>
>Jack B. Swerling
>803-765-2626-o
>803-730-9400-c
>803-799-4059 -f

GOVERNMENT EXHIBIT
9

JA 5397

42031

Subj: **Re: jackson v denno/mitigation**
Date: 2/23/2004 5:40:05 PM Eastern Standard Time
From: davidruhnke@ruhnkeandbarrett.com
To: kmcnally@dcr.net
CC: jacklaw@aol.com, gregharris@justice.com

Kevin--

Makes sense as well.

David

> ----- Original Message -----
> **From:** Kevin McNally
> **To:** Ruhnke, David
> **Cc:** jacklaw@aol.com ; Harris, Greg
> **Sent:** Monday, February 23, 2004 5:25 PM
> **Subject:** RE: jackson v denno/mitigation
>
> I talked with Jack about this and while the fact of an involuntariness pretrial claim by the lawyers might be admissible at penalty to rebut a claim of cooperation with the police, I don't think that would hurt so much given a finding of voluntariness by the judge. The tactical advantage of getting the police officers on record about the statements before trial argues for making the motion.
>
> ---
>
> **From:** David A. Ruhnke [mailto:davidruhnke@ruhnkeandbarrett.com]
> **Sent:** Sunday, February 22, 2004 12:35 PM
> **To:** habeas-l discussion list
> **Cc:** jacklaw@aol.com
> **Subject:** Re: jackson v denno/mitigation
>
> Jack--
>
> Unfortunately, I can see the argument that the defense can't have it both ways, i.e. that the statement was involuntary but the defendant was "voluntarily" trying to be helpful. Don't know enough about the facts to weigh in though, like whether the client actually said or signed anything in support of the motion. Best counter-argument is probably a Simmons vs.. United States analogy that raising the legal argument (or providing the factual basis for a legal argument) should not come at a price.
>
> Good luck.
>
> David
>
> > ----- Original Message -----
> > **From:** Eric M. Freedman
> > **To:** habeas-l discussion list
> > **Cc:** jacklaw@aol.com
> > **Sent:** Thursday, February 19, 2004 7:21 PM
> > **Subject:** Fwd: jackson v denno/mitigation



GOVERNMENT
EXHIBIT
10

Monday, February 23, 2004 America Online: Jacklaw

JA 5398   42015

-Be sure to copy Jack seperately on any replies. -E.

>>> <Jacklaw@aol.com> 02/19/04 06:51PM >>>

**has anyone ever heard of this.?**
**a lawyer challenges the voluntariness of a statement in a jackson v denno- no allegation of coercion.the lawyer does not argue voluntariness before the jury. does anyone think that the defense would be estopped from arguing later in the trial that the defendant tried to help law enforcement in mitigation ?**

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

CAUTION: The foregoing transmission is provided only for the confidential use of its addressees in the defense of capital cases, and may be legally privileged against disclosure. If you are not an authorized recipient, it is important that you effectually delete your copy and notify the sender. Thank you. To unsubscribe send a blank email to leave-habeas-l-30485R@ruckus.law.cornell.edu

CAUTION: The foregoing transmission is provided only for the confidential use of its addressees in the defense of capital cases, and may be legally privileged against disclosure. If you are not an authorized recipient, it is important that you effectually delete your copy and notify the sender. Thank you. To unsubscribe send a blank email to leave-habeas-l-30485R@ruckus.law.cornell.edu

JA 5399

42016

Subj:     **Re: jackson v denno/mitigation**
Date:     2/23/2004 12:47:55 PM Eastern Standard Time
From:     Jacklaw
To:       davidruhnke@ruhnkeandbarrett.com
CC:       Jacklaw

**thanks. client gave 11 statements. all but one were with miranda given. one or two involved other lawyers. i simply want the judge to make the necessary jackson v denno findings and not pursue issue with the jury**

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**



GOVERNMENT EXHIBIT
11
PENGAD 800-631-6989

JA 5400
42022

# M E M O R A N D U M

**To:**     Jack Swerling and Lesa Watson
**From:**   Greg Harris
**Date:**   12/29/03
**Subject:**    FOR YOUR EYES ONLY     McGuire/Hewlett/Hughes

As you know, Lesa Watson and I traveled to Ashland, Kentucky and Huntington, West Virginia the week of December 7, 2003 through December 11, 2003. During our week in Kentucky, we interviewed many of the officers involved in this matter, most of which refused to speak with us, and we interviewed various other individuals identified by our team as potential witnesses. This memorandum is to outline our interviews of three people who were involved in Branden's case from the beginning. As we have discussed, you and I need to decide how this information is used and to whom the memorandum should be distributed. The persons interviewed for the purposes of this memorandum are Barbara McGuire, a paralegal and investigator for the Polk County Defender's Office, Brian Hewlett, the head (and only) Public Defender for the county and Richard Hughes, counsel for Basham who was appointed by a federal judge two days after Basham's arrest. I have spoken with Lesa who is doing separate memorandums of these interviews.

1)      BARBARA MCGUIRE - Barbara McGuire is a paralegal and chief investigator at the Polk County Public Defender's Office. Barbara is approximately 50 years old and is married with children. Although during the day she is employed by the Public Defender's Office, at night she assists her husband who owns a towing company in and around Ashland, Kentucky. This matter is not unimportant in that Barbara's first contact with Basham came through the towing company.

On Tuesday, around 6:00 or 7:00 p.m. the night of Basham's arrest, while working the phones at the towing company, Barbara received a "lock out" request from the mall. Evidently, someone had locked their keys in their car outside the Wal-Mart and was contacting Barbara's company to assist them in reentering their vehicle. Barbara immediately dispatched a driver and contacted mall security. Later that evening, Barbara came to know through numerous reports on the television that there had been an incident at the mall and that someone had been apprehended after having participated in a shootout with police.

The following day, Wednesday, Barbara inquired as to the status of the person who had been arrested by law enforcement during the shootout with law enforcement. After going through the day without having been appointed to the case, Barbara went to the jail and demanded to


GOVERNMENT
EXHIBIT
12
PENGAD 800-631-6989

know the status of the prisoner who had been arrested the prior evening. She was told by jail personnel that the FBI "has" Branden Basham. She was further told that FBI was not allowing her access to Basham. After being told this, Barbara informed us that she "bullied her way in to talk to Basham." During her initial conference with Basham, which lasted three to four hours, she discussed the facts of the case, his identity, and his constitutional rights. She later learned that by 4:00 Branden had already confessed to the South Carolina and West Virginia murders.

During this conference, Basham indicated that the FBI wanted information about the South Carolina abduction. Basham allowed that the FBI believed that the victim in South Carolina may still be alive and that he could help himself if that were the case. She also determined during this time period that Branden had told the FBI several different stories and allowed that "he [Basham] was playing them" and that "Branden Basham is not stupid." McGuire advised Basham to shut up, however, she stated that he would not stop talking.

McGuire stated that although "jittery," Basham was calm and emotionless while relating several of the facts of the case to her. She further allowed that Basham "never assigned blame to Chad Fulks."

At this point of the discussion with Ms. McGuire, she paused for a moment vividly recalling her interview with Basham and stated that Basham was "one of the most cold-hearted heartless people I have ever met." He had no remorse. It was like they were expendable. The "they" she was referring to were his victims.

The following facts were elicited from Basham by McGuire during their interview:

*[handwritten in margin: Dick Hughes 8/0 urbane this]*

- Basham told McGuire that he approached Samantha Burns in a parking lot in front of JC Penney's and asked her for directions. After asking for directions, he abducted her after which she was raped repeatedly by Basham and Fulks. Basham indicated that if the body of Burns was found, they would not be able to identify him as having sexually assaulted her. McGuire believes this was because Basham had sex with Burns before Fulks and he did not think his body fluids could be detected after Fulks had sex with Burns. When told that DNA analysis could be performed on everyone who had sex with an individual if body fluids were available, McGuire indicated that Basham seemed concerned about law enforcement locating the body.

- Basham described how he and Fulks chose their victims. He told McGuire that they chose people that "looked like they would help."

- Basham initially told McGuire that Fulks showed up at the motel with Burns' car. He later changed his story to both of them committing the offense.

- Basham told McGuire that the Ashland women were the first victims that he had approached. (This was obviously inconsistent with his earlier confession that he had approached Samantha Burns outside of the JC Penney parking lot.) Basham stated that he was going to

2

switch cars with the women at the WalMart parking lot and abduct them. He informed McGuire that he fled after being alarmed by mall security who unbeknownst to him were responding to a "lock out" request at the mall at a car near the one that he was attempting to carjack. (You will recall that Barbara McGuire had called in a lock out request at the mall and had most likely put in motion the security cops response to the lock out in the parking lot.)

Although "jittery," McGuire described Basham as calm and emotionless during her four-hour interview. When asked whether or not he understood his rights, McGuire commented that "he [Basham] understood everything that I told him." She went so far as to having Basham sign in writing the fact that he was waiving his right to an attorney and that he understood his advice of rights. When McGuire left, Basham was on his way out to smoke a cigarette with the FBI. Before leaving, McGuire offered to get Basham a federal PD and he declined. McGuire relayed to us that it seemed to her that Basham was more interested in having a cigarette than his life. In fact, he commented to her at one point during the interview that he needed "to die" for some of the things that he had done. This was the only sign of remorse that McGuire saw from him during the four hours they spent together.

The following morning, McGuire went to a federal judge in Ashland to request that a lawyer be appointed to Basham to protect his interest because she believed this to be a federal case involving a multitude of federal offenses. She went to see Branden to inform him that he had been appointed a federal lawyer and Branden informed her that he "hadn't told the FBI anything." Of course, she later found out that he had provided the FBI with numerous versions of a confession.

In concluding our interview with McGuire, she brought out some disturbing references made by Basham to other murders. Specifically, Basham told McGuire at the initial meeting that "we've done this everywhere we went." Specifically referring to murders in three other states. Basham indicated that they had abducted and robbed a male Pennsylvania college student and a Michigan college student outside of a bar. Interestingly, around this same time, a Michigan college student disappeared from the face of the earth and no one heard or seen of him since. This information was obviously not provided to law enforcement and McGuire indicates that other than us and Brian Hewlett, she has not provided this information to anyone.

2)	BRIAN HEWLETT - On December 9, 2003, Lesa and I interviewed Brian Hewlett, the Chief Public Defender for Polk County. Hewlett's involvement in this case lasted for a period of three days. The first day being the day after Basham's arrest.

The day after Basham was arrested, Hewlett had been in court all day and was unable to go visit Basham. In his place, he sent Barbara McGuire, his lead investigator, to meet with Basham and interview him regarding his charges. That night, McGuire reported back to him that Basham was the subject of an intense federal investigation regarding a murder in South Carolina and potentially the West Virginia murder of Samantha Burns.

3

JA 5403 73151

The following day, Hewlett visited Branden Basham in the morning. At the detention center, Basham opened up to Hewlett and informed him of many of the facts of this case. During their initial interview, Basham told Hewlett that Chad Fulks was the "mastermind and was the reason that many of these crimes had occurred." He also told Hewlett that he, Basham, had interceded in Indiana and was the only reason that the man in Indiana was still alive. Hewlett requested that Basham stop talking to law enforcement and because he believed that Basham was entitled to some credit for any information that he provided to law enforcement. He informed Basham that he, under the circumstances, was not receiving any credit for these statements.

The following day, Hewlett went back to see Branden Basham. By this time, Hewlett had found out that Basham had given several statements regarding the murders. Hewlett asked Basham "why did you tell the cops about the murders?" Basham's answer was "they gave me cigarettes and food." Basham later recounted to Hewlett the facts regarding the murders in South Carolina and West Virginia. The following are some of these statements.

- Basham told Hewlett that Alice Donovan's body is near a rest stop under a pile of wood. Also, described as brush. He also relayed that the body is close to a state line.

- Basham told Hewlett that Fulks killed Samantha Burns. Hewlett and Basham had "very little discussion about the South Carolina case other than the hiding of the body." Hewlett stated that they never discussed a sexual assault or the murder.

- Basham made the following statements regarding the West Virginia case. Basham stated that Burns was shopping, looked isolated and vulnerable. Basham stated that he took Burns to a wooded area and sexually assaulted her. Basham stated that he burned the car with Fulks to hide evidence. Basham stated that Fulks strangled Burns with a book bag strap.

Hewlett stated that he saw true remorse regarding Burns because he believed Basham felt bad about her murder. Hewlett allowed however that he saw no remorse regarding the murder in South Carolina and he opined that Basham didn't have a full appreciation of his guilt in the murder because he had no active role in the murder. Of course, Hewlett and Basham never actually discussed the murder so Hewlett only has an opinion as to why Basham showed little remorse regarding the South Carolina case.

Hewlett's telephone number is 606-739-4161 and he is available for telephone conferences at any time. He currently has filed at the clerk of court's office, a motion to evaluate Branden and I have asked that he withdraw that motion so as to avoid any potential problems in South Carolina where we are objecting to any such evaluations. He also indicated that he would attempt to retrieve the WalMart video for us and will contact us upon receipt.

3) RICHARD (DICK) HUGHES - On or about November 21, 2002, Dick Hughes was appointed by federal judge Bunning to represent Branden Basham. He first met with Basham on Thursday, November 21, 2002 at 10:00. During the next 11 days, Dick Hughes "spent a lot of

4

JA 5404    73152

time with Branden Basham." Hughes' records indicate that he spent 26.8 hours interviewing and counseling Basham regarding his arrest in Ashland, Kentucky and the pending charges in South Carolina.

Hughes' impression of Basham was that Basham was not overly emotional about any of the allegations. Hughes commented that "for all the days I spoke with him, he was totally calm." He also observed that Basham was "far more concerned about the West Virginia case than the South Carolina deal."

Although Hughes advised Basham not to say anything, "Basham reached a point where he was going to spend the rest of his life in prison and he [Basham] decided to assist law enforcement in locating the body of Samantha Burns and Alice Donovan."

On November 25th or 26th, Hughes was present for an interview with the FBI which was taped by Hughes. Evidently, on this tape Hughes advises Basham against talking to the FBI and Basham indicates that he has decided not to accept Hughes' advice and wants to talk to agents Scott Veto and others. Although the statement Basham gave the FBI and law enforcement is incriminating and amounts to a confession to the murders of Alice Donovan and Samantha Burns, it is in no way "the whole story." The following are statements made by Hughes to us that he believes the FBI cannot possibly know.

- Basham told Hughes that he was driving a South Carolina woman around when she was killed. He also admitted raping her.

- Basham told Hughes that he participated in the murder in West Virginia. He stated that he had "reached an accord with Samantha Burns before killing her." Hughes stated that he was surprised at how calm Basham was while discussing the murder of Samantha Burns. Basham told Hughes that after abducting Burns, he and Fulks smoked marijuana with Burns that Burns provided from her pocketbook. He stated that over a period of hours they repeatedly had sex with her and Basham advised Hughes that he believed that the sex was consensual. He further advised Hughes that everyone was "getting along" and that Burns and Fulks had mutual friends. Basham went so far as to say that he believed that they were going to allow Burns to live and during their conversations they indicated to Burns that they would like to meet her and some other women when they came back through at a later date.

- Basham indicated to Hughes that Fulks talked him in to killing Burns. He stated that Fulks told him that Burns was a witness that could identify them and that she had to die. Basham stated that he grabbed one end of Samantha Burns' backpack strap and Fulks grabbed the other and they simultaneously strangled her. Basham later recounted that they took her lifeless body and rolled into the river.

- Basham told Hughes that they chose Alice Donovan at random. Evidently, Fulks wanted to ditch the car and Fulks drove them to the WalMart parking lot at the beach. Branden Basham

5

JA 5405 73153

did most of the driving after Alice Donovan was abducted. The murder and sexual assault occurred in the backseat of the car.

- As to the Ashland attempted abduction, Basham told Hughes that they needed a car and saw a lady and a young girl. Fulks stated to Basham "I'll fuck the old lady and you can fuck the young girl." At this point during their interview, Hughes asked Basham what were you [Basham] going to do with them. To which Basham responded, "fuck them and kill them."

As to Basham's demeanor, Hughes allowed that he observed diminished capacity from Branden stating "he was like a child, 10 or 12." He also stated that Branden Basham had significant remorse about the West Virginia case, but NOT the South Carolina case. He further stated that he had no remorse for acts in Ohio, Michigan or South Carolina.

Hughes stated that Basham didn't want Samantha Burns' family to think that she was alive through the holidays. Hughes stated that Basham was adamant about this. It was because of Basham's concern for the family that Basham ordered Hughes to make a statement to the FBI regarding the death of Samantha Burns. The statement he made has been turned over to us in discovery by way of FBI 302 from Veto.

As to Basham's understanding of his constitutional rights, Hughes' impression was that Branden understood all of his rights based on the numerous times Hughes discussed his constitutional rights with him. Hughes also discussed with him the manner in which these statements would be used and his concern that Basham wasn't getting anything in exchange for the many statements he was making about the murders.

In conclusion, when asked of his impressions of Branden as a person, Hughes stated that Branden was "definitely a follower" and "showed remorse over the West Virginia case." Hughes was also "impressed with the Indiana man," a reference to the abduction in Kentucky and where Branden told Fulks not to kill Hawkins after the car jacking.

Hughes indicated that he would try to locate the audiotape recording from the November 25th and forward it to us when he found it. He also indicated a willingness to turn over his entire file to us upon request.

6

JA 5406 73154



# M E M O R A N D U M

TO:      Branden Basham File
FROM:   Jack B. Swerling
DATE:    Monday, September 13, 2004
RE:      Richard Hughes and Barbara McGuire

---

On August 20, 2004, Greg and Jack visited with Richard Hughes at his office and then Barbara McGuire at her office regarding Branden Basham. Greg's memorandum of December 29, 2003 essentially sets forth what they said and what they reiterated to me.

As to Hughes, we discussed what would happen if he was called as a witness. We discussed the possible implications of privileged versus consent to testify. He passed on the description of the roads and Branden never went into the details of the offense with him other than what was said to Greg last year. The witness being familiar with the area realized that Branden had described the wrong town and went out and drove it and found what he considered was the road. According to Hughes, it seemed like Branden was trying to help. He seemed genuine. He viewed photos and he would recognize some of the photos, some he would not. The question is why would he say that if he was pulling their leg. Hughes emphasized that it was dark. Basham's attempts were to locate the bodies and assisting would be taken into account in seeking the death penalty. Branden claimed he did not kill the woman in South Carolina. Branden actually believed that he had a rapport with Samantha Burns. According to Hughes he seemed remorseful about the West Virginia case. He was torn all apart from that. In South Carolina all that was discussed was directions and he feels that Branden was making a genuine effort. He gave us the tape that was made during the conversation and we have that in our possession.

We then reviewed the memo that Greg had done with Barbara McGuire. She still believes that Branden is one of the most cold-hearted people she had ever met. He had no remorse. The description of what happened to Samantha Burns, according to McGuire, were something that she got from Dick Hughes, not personally. Barbara said he described how he and Fulks would sit and observe people and see who looked like they needed help. Barbara said that he never said that the South Carolina woman was dead, but he said don't bother to go to the judge, meaning the federal judge as she was suggesting because there was no need. He talked about the back pack and the straps and talked about the bridge and dumping the body. She said that he was not manic, he was coherent, he was using manipulation. He would not listen, but he understood everything. Branden used the word "expendable" as far as the women were concerned.

JBS:lhb

1

GOVERNMENT
EXHIBIT
13

PENGAD 800-631-6989

62329

From: Meister, Melissa A. <MMeister@jenner.com>
To: jacklaw@aol.com <jacklaw@aol.com>; greg@harrisgasserlaw.com <greg@harrisgasserlaw.com>
Subject: RE: Question on Competency
Date: Tue, 15 Apr 2008 6:39 pm

Thanks for the quick response.

Melissa

From: jacklaw@aol.com [mailto:jacklaw@aol.com]
Sent: Tuesday, April 15, 2008 5:58 PM
To: Meister, Melissa A.; Jacklaw@aol.com; greg@harrisgasserlaw.com
Subject: Re: Question on Competency

OUR OWN PSYCHIATRISTS SAID HE WAS COMPETENT.

-----Original Message-----
From: Meister, Melissa A. <MMeister@jenner.com>
To: jacklaw@aol.com <jacklaw@aol.com>
Sent: Tue, 15 Apr 2008 5:29 pm
Subject: RE: Question on Competency

Jack,

Sorry, but I didn't get any text in your message.

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Tuesday, April 15, 2008 5:27 PM
To: Meister, Melissa A.
Subject: Re: Question on Competency

------Original Message------
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 15, 2008 3:58 PM
Subject: Question on Competency

Jack,

Quick question...I noticed that Littlejohn and Monckton filed for a competency
hearing, and later, so did the Government, which was never granted because you
and Harris objected.  Just curious why you didn't want him assessed for
competency?  We're making some arguments regarding the Judge's ordering him to
Butner for the Government's rebuttal of mitigation testimony and understanding
the trial team's thinking on competency will help.  Thanks much.

Melissa

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805

GOVERNMENT
EXHIBIT
14
PENGAD 800-631-6989

JA 5408

63983

| From: | DeBruin, David W |
| Sent: | Thursday, May 08, 2008 8:25 PM |
| To: | Ascher, Stephen L.; Bracey, Kali N; Meister, Melissa A.; Cox, Melissa A.; Haren, Eric R.; Pulham, Thomas G |
| Subject: | Competency |

I have reviewed some of the competency materials in the trial court. The original motion of Littlejohn and Monckton was very bare bones -- there is nothing that provides independent support of a competency issue, which should have put the court on notice of an independent obligation to assess competency. And, separately, counsel requested and received funds from the court for the retention of a psychiatrist. It appears the psychiatrist later produced an affidavit claiming that Basham was mentally ill, but not questioning his competency. The government then moved on its own for a competency determination (presumably because it wanted to conduct its own psychiatric exam of Basham), and Basham's subsequent counsel opposed that motion. So the competency issue appears mixed and complex, and I am reluctant to go down that road without knowing more than I do about the record.

GOVERNMENT
EXHIBIT
15

PENGAD 800-631-6989

JENNER-BLOCK

JENNER-BLOCK_00842

JA 5409

I have the original competency motion. My recollection is that it sat until after new counsel was appointed and then it was withdrawn orally at hearing.

I'll get Dave a copy of the original competency motion. There is also reference in the record to one filed in Kentucky state court (where Basham was arrested), but we don't have that and it's not in the record...it's just referred to.

---

**From:** Haren, Eric R.
**Sent:** Tuesday, May 06, 2008 12:15 PM
**To:** DeBruin, David W
**Cc:** Ascher, Stephen L.; Bracey, Kali N; Meister, Melissa A.; Cox, Melissa A.; Pulham, Thomas G
**Subject:** RE: Competency

I don't have those motions. I worked on this issue with Melissa Meister and Tom. Has either of you seen those documents? My recollection was that the motion essentially sat on the docket forever and was never ruled upon.

---

**From:** DeBruin, David W
**Sent:** Tuesday, May 06, 2008 12:12 PM
**To:** Haren, Eric R.
**Cc:** Ascher, Stephen L.; Bracey, Kali N; Meister, Melissa A.; Cox, Melissa A.; Pulham, Thomas G
**Subject:** Competency

Eric, I don't mean to pile on you. I know that you prepared a draft of an argument that the district court should have independently assessed Basham's competency. We are thinking of including it. Do you have a copy of the motion to examine competency filed by original counsel? I am interested to see the basis asserted for the motion. Also, do you know how that motion was withdrawn? Did new counsel make a new filing, withdrawing the earlier motion? And if so, on what basis?

Thanks --
Dave

---

**David W. DeBruin**
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6015
Fax (202) 637-6375
DDeBruin@jenner.com
www.jenner.com

*Please note the Washington office of Jenner & Block will be moving. Effective May 24, 2008 our new address will be 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412. Our telephone numbers will remain unchanged.*

1



GOVERNMENT
EXHIBIT
16
PENGAD 800-631-6989

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

JENNER-BLOCK

JENNER-BLOCK_00862

**JA 5411_**

. . . .

**From:** Meister, Melissa A.
**Sent:** Tuesday, May 06, 2008 12:16 PM
**To:** Bracey, Kali N; Ascher, Stephen L.; DeBruin, David W
**Subject:** RE: Competency

Agreed. I don't think it's weaker than others, and it does flavor the DQ. There are things we can scour from the record, they're just few and far between.

---

**From:** Bracey, Kali N
**Sent:** Tuesday, May 06, 2008 11:35 AM
**To:** Ascher, Stephen L.; DeBruin, David W; Meister, Melissa A.
**Subject:** RE: Competency

Agreed. Melissa?

---

**From:** Ascher, Stephen L.
**Sent:** Tuesday, May 06, 2008 11:24 AM
**To:** DeBruin, David W; Bracey, Kali N
**Subject:** RE: Competency

Sorry for not responding to this earlier, Kali, your email has been on my "to do" pile for some time.... This argument doesn't seem to me to be much weaker than any of our others, which is a backhanded way of saying I think we should include it. Eric seems to have laid the law out fairly well already, so it should not take too much work for him to restructure it into an argument.

---

**From:** DeBruin, David W
**Sent:** Tuesday, May 06, 2008 11:05 AM
**To:** Ascher, Stephen L.; Bracey, Kali N
**Subject:** FW: Competency

Did we make an affirmative decision not to pursue this? Should we include a short argument following the DQ issue, in that the motion filed by previous counsel should have pursued by the court? (It also underscores the potential prejudice from the DQ ruling.) I'm not sure falling asleep renders one incompetent, but there may be a stronger basis in the motion that was filed by previous counsel.

---

**From:** Bracey, Kali N
**Sent:** Thursday, April 17, 2008 11:47 AM
**To:** Ascher, Stephen L.; DeBruin, David W
**Subject:** FW: Competency

Here is the argument on whether the judge should have ordered a competency evaluation of Basham sua sponte.

Kali

---

**From:** Meister, Melissa A.
**Sent:** Thursday, April 17, 2008 11:19 AM
**To:** Bracey, Kali N
**Subject:** FW: Competency

1

GOVERNMENT EXHIBIT

17

PENGAD 800-631-6989

JENNER_BLOCK

JENNER BLOCK_00866

JA 5412

Here's the competency draft.

**Melissa A. Meister**
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Eric Haren [mailto:ericharen@gmail.com]
**Sent:** Sunday, April 13, 2008 2:40 AM
**To:** Meister, Melissa A.
**Cc:** Haren, Eric R.
**Subject:** Competency

Melissa,

Here is a draft of something on competency. The second paragraph contains a bit of text I added at the end of my drafting. It relates to how the district court's actions here might have been an abuse of discretion. That text may be out of place – it may more properly go in a section applying law to fact, or may need more factual explanation – but I included it anyway just so you know what I think might get a win on the issue, if one is even possible.

The remainder of the draft contains the competency standard and the factors that relate to how questions of competency are resolved. Hopefully it'll help you.

-Eric

JENNER_BLOCK

JENNER-BLOCK_00867

**JA 5413**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA,   )   CR. NO. 4:02-992
                                )   COLUMBIA, SC
                                )   SEPTEMBER 21, 2004
                                )
    VERSUS                     )
                                )
BRANDON L. BASHAM,        )
     DEFENDANT.       )
_____)

BEFORE THE HONORABLE JOSEPH F. ANDERSON, JR.,
CHIEF UNITED STATES DISTRICT COURT JUDGE
JURY TRIAL
EX PARTE HEARING
SEALED

APPEARANCES:

FOR THE GOVERNMENT:           SCOTT SCHOOLS, FIRST AUSA
                            JONATHAN S. GASSER, AUSA
                            JOHN DUANE, AUSA
                            UNITED STATES ATTORNEY'S OFFICE
                            1441 MAIN STREET, SUITE 500
                            COLUMBIA, SC  29201

FOR THE DEFENDANT:            JACK SWERLING, ESQ.
                            1720 MAIN STREET
                            SUITE 301
                            COLUMBIA, SC  29201

                            GREG HARRIS, ESQ.
                            1720 MAIN STREET
                            SUITE 301
                            COLUMBIA, SC  29201

COURT REPORTER:              DEBRA R. JERNIGAN, RPR, CRR
                            UNITED STATES COURT REPORTER
                            901 RICHLAND STREET
                            COLUMBIA, SC 29201

STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
*** *** *** ***


GOVERNMENT EXHIBIT
18

JA 5414

(WHEREUPON, AN EX PARTE HEARING WAS HELD.)

THE COURT: LET THE RECORD REFLECT, THE ONLY PERSONS IN THE COURTROOM ARE THE COURT PERSONNEL AND DEFENSE TEAM, DR. WATTS, THE TWO LAWYERS REPRESENTING MR. BASHAM, AND UNITED STATES MARSHAL DEPUTIES. GO AHEAD.

MR. SWERLING: I WAS OVER HERE THIS MORNING ABOUT 8:35, AS I TOLD YOU I WOULD BE. DR. WATTS WAS ALREADY HERE. SHE WAS DISCUSSING WITH MR. BASHAM HIS CONDITION. I WALKED IN, WE HAVE BEEN DOWN THERE FOR THE LAST 25 MINUTES OR SO. APPARENTLY, DURING THAT CONVERSATION, AND WHEN I WALKED IN, MR. BASHAM REVEALED THE FACT THAT SOME TIME EARLIER THIS MORNING IN THE HOLDING CELL SOMEONE GAVE HIM SOME COCAINE. AND DR. WATTS FEELS THAT HE IS NOT RENDERED INCOMPETENT, IT IS ACTING AS A STIMULANT; SHE STILL FEELS HE IS COMPETENT. DR. WATTS, ON THE ONE HAND, AS A PSYCHIATRIST, AND, NUMBER TWO, MR. HARRIS AND I, AS ATTORNEYS, BECAUSE OF THE PROCEEDINGS THAT ARE TAKING PLACE, FELT THAT WE NEEDED TO ADVISE THE COURT ABOUT THIS. I DON'T NECESSARILY THINK IT IS A QUESTION OF HAVING TO STOP THE PROCEEDINGS.

THE COURT: I DON'T KNOW IF I CAN TRY SOMEBODY WHO IS HIGH ON COCAINE.

MR. SWERLING: PARDON?

THE COURT: I DON'T KNOW IF WE CAN CONDUCT A TRIAL WITH THE DEFENDANT UNDER THE EFFECT OF COCAINE.

MR. SWERLING: I WANTED YOU TO KNOW. SHE DOES NOT

JA 5415

FEEL IT AFFECTS HIS COMPETENCY.    SHE DID SUGGEST DOING A DRUG SCREEN.

THE COURT:    ARE WE CERTAIN?    HE SAYS HE GOT COCAINE IN THIS BUILDING DOWNSTAIRS?

MR. SWERLING:    NO, APPARENTLY DOWN AT RICHLAND COUNTY.    YOU CAN OBVIOUSLY SEE OUR DILEMMA.    EVEN MAKING THE REVELATION, THERE ARE SOME OBVIOUS COMPLICATIONS, JUST AS YOUR HONOR SAID WHETHER OR NOT WE CAN GO FORWARD OR NOT.    I WANTED YOU TO KNOW SHE DIDN'T FEEL HE WAS INCOMPETENT.

BUT WHAT MR. HARRIS AND I WERE TALKING ABOUT IS, WHAT HAPPENS IN 30 MINUTES IF IT WEARS OFF?    I DON'T KNOW WHAT THE, FRANKLY, THE DURATION OF THAT IS.    AND, OF COURSE, I AM RELUCTANT TO DISCLOSE THAT TO THE GOVERNMENT.    I DON'T WANT THAT USED AGAINST MR. BASHAM.    JUDGE, WHAT GOES ON DOWN AT THAT JAIL IS AMAZING, IT REALLY IS.

THE COURT:    DR. WATTS, DO YOU WANT TO ADD SOMETHING HERE?

DR. SCHWARTZ-WATTS:    YES, SIR.    I THINK THERE WAS TWO RECOMMENDATIONS I COULD MAKE TO THE COURT TO ASSIST YOU IN THIS MATTER.    BECAUSE OF THE BRAIN DAMAGE MR. BASHAM HAS, THE COCAINE WORKS LIKE RITALIN, IT SLOWS HIS BRAIN DOWN.

THE COURT:    COCAINE ACTS LIKE RITALIN?

DR. SCHWARTZ-WATTS:    IN HIS BRAIN.

THE COURT:    HELPS HIS CONDITION?

DR. SCHWARTZ-WATTS:    FOCUSES HIS THINKING.    IT IS A

JA 5416

STIMULANT LIKE RITALIN AND CONCERTA.   THE CONCERN I HAD WAS MR. SWERLING HAD WHEN IT LEAVES HIS SYSTEM.

I CONFRONTED MR. BASHAM AGAIN AND NOW HE TOLD ME HE WAS JOKING, HE DID NOT.  SO I WOULD RECOMMEND THAT THE COURT PERHAPS WE GET A URINE DRUG SCREEN.  IF HE HAD USED IT WITHIN THE PAST HOUR, THE URINE DRUG SCREEN WILL PICK IT.

THE COURT:   HOW QUICKLY CAN WE DO A URINE DRUG SCREEN?

COURT OFFICER:  YOUR HONOR, I DON'T HAVE ANY EXPERIENCE IN THIS.  I WOULD HAVE TO CHECK WITH MY SUPERVISOR.

THE COURT:   PROBATION CONTRACTS IT OUT.  IT WOULD BE LUNCHTIME BEFORE WE CAN GET --

DR. SCHWARTZ-WATTS:  HAVE DR. MORGAN OR IF THE COURT WANTED ME TO, I COULD WRITE A PRESCRIPTION, THE SAMPLE CAN BE TAKEN TO RICHLAND MEMORIAL HOSPITAL TO RUN THAT STAT.   BUT I AM NOT SURE HOW MUCH TIME IT WILL TAKE.

THE COURT:   CALL PROBATION.  SEE HOW QUICKLY THEY CAN HAVE ONE DONE.   CHECK WITH OUR PEOPLE FIRST.

DR. SCHWARTZ-WATTS:  METABOLISM OF COCAINE IS QUITE RAPID.   PROBABLY IN ABOUT 2 TO 3 HOURS.

THE COURT:   YOU SAY HE HAS SINCE RECANTED AND SAID HE DID NOT USE COCAINE?

DR. SCHWARTZ-WATTS:  YES, SIR.

THE DEFENDANT:   JUDGE.

THE COURT:   I WOULD RATHER YOU NOT SAY ANYTHING.

JA 5417

MR. SWERLING: SWEAR HER TO THE CONFIDENTIALITY. I WOULD ASK ANYBODY GETS INVOLVED --

THE COURT: CALL HER BACK AND TELL HER TO KEEP IT CONFIDENTIAL.

THE COURT: MS. MAKHULI, COME AROUND, IF YOU WOULD. AN ISSUE HAS ARISEN IN THIS CASE AS TO WHETHER THE DEFENDANT MIGHT HAVE INGESTED COCAINE AT THE RICHLAND COUNTY DETENTION CENTER. FIRST HE SAID HE DID, THEN HE SAID HE DIDN'T. I HAVE DECIDED TO DO A QUICK FIELD TEST TO SEE IF IT IS DETERMINED POSITIVE FOR COCAINE. MS. FLOYD HAS CALLED YOUR OFFICE. CAN YOU HELP US TURN SOME WHEELS RIGHT NOW?

THE CLERK: I SPOKE TO WANDA ELKINS.

PROBATION OFFICER: WE WILL TAKE HIM DOWNSTAIRS TO THE MARSHALS.

THE COURT: THIS IS CONFIDENTIAL. YOU CAN'T DISCUSS THIS WITH ANYBODY.

LET'S GO AHEAD AND BRING THE GOVERNMENT'S LAWYERS IN, TAKE UP WHATEVER MR. GASSER WANTED TO TAKE UP, IF WE COULD.

DR. SCHWARTZ-WATTS: YOUR HONOR, WOULD YOU LIKE ME ON STANDBY? IS THERE ANYTHING I CAN DO IN TERMS OF --

THE COURT: NO. I THINK UNLESS YOU HAVE SOMETHING ELSE YOU NEED TO TELL ME, I THINK YOU CAN BE EXCUSED, AT THIS TIME.

DR. SCHWARTZ-WATTS: IF ANYONE NEEDS ME, I WILL BE IN MY OFFICE.

JA 5418

(WHEREUPON, THE EX PARTE HEARING WAS CONCLUDED.)

*** END OF REQUESTED TRANSCRIPT ***

* * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF REPORTER

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM MY STENOGRAPHIC NOTES IN THE ABOVE-ENTITLED MATTER.

_____          _____

S/DEBRA R. JERNIGAN, RPR, CRR            DATE

JA 5419

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA,     )    CR. NO. 4:02-992
                                   )    COLUMBIA, SC
                                   )    SEPTEMBER 21, 2004
                                   )
    VERSUS                         )
                                   )
BRANDON L. BASHAM,           )
       DEFENDANT.          )
_____ )

BEFORE THE HONORABLE JOSEPH F. ANDERSON, JR.,
CHIEF UNITED STATES DISTRICT COURT JUDGE
JURY TRIAL
EX PARTE HEARING
SEALED

APPEARANCES:

FOR THE GOVERNMENT:          SCOTT SCHOOLS, FIRST AUSA
                              JONATHAN S. GASSER, AUSA
                              JOHN DUANE, AUSA
                              UNITED STATES ATTORNEY'S OFFICE
                              1441 MAIN STREET, SUITE 500
                              COLUMBIA, SC  29201

FOR THE DEFENDANT:           JACK SWERLING, ESQ.
                              1720 MAIN STREET
                              SUITE 301
                              COLUMBIA, SC  29201

                              GREG HARRIS, ESQ.
                              1720 MAIN STREET
                              SUITE 301
                              COLUMBIA, SC  29201

COURT REPORTER:             DEBRA R. JERNIGAN, RPR, CRR
                              UNITED STATES COURT REPORTER
                              901 RICHLAND STREET
                              COLUMBIA, SC 29201

STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
*** *** *** ***


GOVERNMENT
EXHIBIT
19
JA 5420

(WHEREUPON, AN EX PARTE HEARING WAS HELD.)

THE COURT: ALL RIGHT. THE PROBATION OFFICER THAT HELPED ADMINISTER THE DRUG SCREEN SAID IT WAS A NEGATIVE TEST, INDICATING NO DRUG PRESENCE OF ANY COCAINE.

MR. SWERLING: YES, SIR, WE HEARD.

THE COURT: I THOUGHT I SHOULD PUT THAT ON THE RECORD.

MR. SWERLING: I NEEDED TO BRING IT TO YOUR ATTENTION, I APOLOGIZE.

THE COURT: NO PROBLEM. BE IN RECESS.

(WHEREUPON, THE EX PARTE HEARING WAS CONCLUDED.)

*** END OF REQUESTED TRANSCRIPT ***

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF REPORTER

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM MY STENOGRAPHIC NOTES IN THE ABOVE-ENTITLED MATTER.

_____        _____
S/DEBRA R. JERNIGAN, RPR, CRR            DATE

JA 5421

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA,      )      CR. NO. 4:02-992
                               )      COLUMBIA, SC
                               )      SEPTEMBER 13, 2004
                               )
     VERSUS                    )
                               )
BRANDON L. BASHAM,             )
          DEFENDANT.           )
_____)

BEFORE THE HONORABLE JOSEPH F. ANDERSON, JR.,
CHIEF UNITED STATES DISTRICT COURT JUDGE
JURY TRIAL
EX PARTE HEARING
SEALED

APPEARANCES:
FOR THE GOVERNMENT:            SCOTT SCHOOLS, FIRST AUSA
                              JONATHAN S. GASSER, AUSA
                              JOHN DUANE, AUSA
                              UNITED STATES ATTORNEY'S OFFICE
                              1441 MAIN STREET, SUITE 500
                              COLUMBIA, SC  29201

FOR THE DEFENDANT:            JACK SWERLING, ESQ.
                              1720 MAIN STREET
                              SUITE 301
                              COLUMBIA, SC  29201

                              GREG HARRIS, ESQ.
                              1720 MAIN STREET
                              SUITE 301
                              COLUMBIA, SC  29201

COURT REPORTER:               DEBRA R. JERNIGAN, RPR, CRR
                              UNITED STATES COURT REPORTER
                              901 RICHLAND STREET
                              COLUMBIA, SC 29201

STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
*** *** *** ***


GOVERNMENT
EXHIBIT
20

**JA 5422**

(WHEREUPON, AN EX PARTE HEARING WAS HELD FOR THE DEFENSE.)

THE COURT: ALL RIGHT. LET THE RECORD REFLECT THE COURTROOM HAS NOW BEEN CLEARED. ASK THE COURT REPORTER TO SEAL THIS PART OF THE TRANSCRIPT. MR. SWERLING.

MR. SWERLING: I WANT THE RECORD TO REFLECT FOLLOWING THIS PROCEDURE THAT THERE IS NO QUESTION LATER ABOUT ANY STRATEGY THAT WE FOLLOW AND THAT I HAVE DISCUSSED THIS WITH MR. BASHAM. MR. HARRIS AND I DISCUSSED IT WITH HIM FRIDAY. ACTUALLY, DISCUSSED IT WITH HIM ON SEVERAL OCCASIONS PARTICULARLY AGAIN ON FRIDAY AND AGAIN THIS MORNING. MR. HARRIS WAS PRESENT ON FRIDAY, WAS PRESENT FOR A FEW MOMENTS THIS MORNING AS WELL AS DR. WATTS WHO WAS ALSO PRESENT THIS MORNING.

JUDGE, ESSENTIALLY WHAT I AM GOING TO DO WITH MR. BASHAM'S CONSENT IS, AS FAR AS THE ALLEGATIONS OF THE INDICTMENT, WE ARE GOING TO TELL THE JURY THAT MOST OF THE ALLEGATIONS IN THE INDICTMENT ARE NOT IN CONTROVERSY. MOST OF THE CHARGES IN THE INDICTMENT ARE NOT IN CONTROVERSY. WHAT WILL BE IN CONTROVERSY FOR THE JURY TO DECIDE WILL BE WITH RESPECT TO COUNT 1, AND I BELIEVE IT IS THE CONSPIRACY COUNT AS IT RELATES TO CARJACKING, AS WELL. THAT WOULD BE COUNT 4, PART OF THE CONSPIRACY COUNT THERE, CONSPIRACY TO CARJACK, THERE ARE OTHER CRIMES, AS WELL.

WHAT I AM PREPARED TO TELL THE JURY THAT IS UNDER CONTROVERSY UNDER THE CARJACKING STATUTE IS WHETHER THERE WAS

JA 5423

AN INTENT ON THE PART OF MR. BASHAM, AT THE TIME THE CAR WAS TAKEN, TO EITHER KILL MS. DONOVAN OR CAUSE HER SERIOUS BODILY HARM. MR. BASHAM HAS ALWAYS MAINTAINED, ALTHOUGH HE DID PARTICIPATE IN THE ABDUCTION OF MS. DONOVAN, THERE WAS NEVER ANY INTENT TO HURT HER OR KILL HER. SO, BASICALLY, WE ARE GOING TO BE CONCEDING MANY OF THE ISSUES IN THE OPENING STATEMENT THAT ARE IN THE INDICTMENT, AND I HAVE EXPLAINED THAT TO HIM. I HAVE EXPLAINED HIS RIGHT TO HAVE ALL OF IT CONTESTED. WE ARE PREPARED TO DO ALL OF IT IF THAT IS WHAT HE WANTS. BUT, AS A MATTER OF STRATEGY, WE THINK THIS IS THE BEST APPROACH.

THE COURT: WHAT ABOUT ALL OF THE OTHER COUNTS, NONCAPITAL COUNTS, FIREARM OFFENSES, AND SO FORTH?

MR. SWERLING: WE ARE BASICALLY GOING TO CONCEDE THOSE, JUDGE, IN OPENING STATEMENT. BASICALLY, I AM GOING TO TELL THE JURY THOSE ARE NOT IN CONTROVERSY.

THE COURT: IT IS STILL PROPER FOR ME TO TELL THE JURY HE HAS PLEADED NOT GUILTY TO THEM?

MR. SWERLING: YES, SIR. I THINK SO. I WANT TO BE ABLE TO EXPLAIN TO THEM THAT IS THE PROCESS WE ARE GOING THROUGH, THAT HE IS ENTITLED TO A JURY TRIAL, BUT I WANT THEM TO UNDERSTAND, AS A MATTER OF STRATEGY, IT IS NOT A MATTER OF CONTROVERSY.

THE COURT: I JUST DIDN'T KNOW IF I NEEDED TO CHANGE MY PRELIMINARY INSTRUCTIONS. I DON'T THINK I CAN. YOU

JA 5424

EITHER PLEAD GUILTY OR YOU PLEAD NOT GUILTY AND HAVE A JURY TRIAL. I WILL TELL THE JURY THAT HE PLEADS NOT GUILTY AND THEN YOU CAN TELL THEM WHAT HE DOES NOT REALLY CONTEST, WHATEVER YOU WANT TO TELL THEM.

MR. SWERLING: ACTUALLY, WHEN I WAS GOING THROUGH YOUR CHARGE, YOU SAID ON PAGE 2 OF THE PRELIMINARY CHARGE -- THIS IS ONE OF THE THINGS I WAS GOING TO ASK THE COURT -- ON PAGE 2 WHERE IT SAYS, "THE DEFENDANT, MR. BASHAM, PLEADS NOT GUILTY TO THE CHARGES," THAT IS FINE, NO OBJECTION. I WAS GOING TO ASK THE COURT TO JUST STRIKE "DENIES COMMITTING THE OFFENSES."

THE COURT: I WILL MAKE THAT CHANGE. DELETE THAT. I WILL JUST SAY HE HAS PLEADED NOT GUILTY TO THE CHARGES.

MR. SWERLING: JUDGE, THE ONLY OTHER THING I WOULD LIKE TO PUT ON THE RECORD WITH RESPECT TO THAT IS THAT, GENERALLY, I AM GOING TO PROBABLY CONCEDE TO THE JURY -- NOT PROBABLY, I WILL CONCEDE TO THE JURY THAT I FULLY EXPECT WE WILL BE GOING INTO A SENTENCING PHASE ON THIS TRIAL. AND EXPLAIN TO THEM WHAT IS GOING TO HAPPEN IN THAT PHASE, BUT NOT GO INTO ANY GREAT DETAIL, BUT AT LEAST CONCEDE THAT AS PROBABLY WHERE THIS CASE IS GOING.

THE COURT: I DON'T MIND YOU SAYING THAT. I DON'T THINK YOU NEED TO GO INTO DETAIL ABOUT THE PROCEDURES TO FOLLOW AND THINGS LIKE THAT.

MR. SWERLING: ACTUALLY, WHAT I WAS PLANNING ON

DOING, EXPLAINING TO THEM WHY WE SPENT SO MUCH TIME ASKING THEM THEIR OPINION ABOUT THE DEATH PENALTY.

THE COURT: THAT IS NO PROBLEM.

MR. BASHAM.

THE DEFENDANT: YES, SIR.

THE COURT: YOU HEARD WHAT YOUR LAWYER MR. SWERLING JUST TOLD ME, CORRECT?

THE DEFENDANT: YES, SIR.

THE COURT: HE BASICALLY SAYS, IN HIS OPENING STATEMENT TO THE JURY, HE IS GOING TO NOT CONTEST MANY OF THE ELEMENTS OF THE CHARGES AGAINST YOU. AND THAT MEANS THAT THE JURY WILL PROBABLY ASSUME THOSE MATTERS TO BE PROVED FROM THE VERY BEGINNING OF THIS CASE. APPARENTLY MR. SWERLING THINKS THAT, ON A STRATEGIC POINT OF VIEW, IT WILL GAIN YOU SOME GOODWILL WITH THE JURY TO NOT CONTEST CERTAIN MATTERS AND ONLY CONTEST AND FIGHT ABOUT THE THINGS THAT HE THINKS IS IMPORTANT TO US. THAT IS A STRATEGY MATTER. IT IS NOT MY BUSINESS. BUT I JUST WANT TO FIND OUT IF THAT MEETS WITH YOUR APPROVAL.

THE DEFENDANT: YES, SIR.

THE COURT: HAVE YOU DISCUSSED IT THOROUGHLY WITH MR. HARRIS AND MR. SWERLING?

THE DEFENDANT: YES.

THE COURT: YOU AGREE WITH MR. SWERLING ON WHAT HE PROPOSES HE TOLD ME HE WOULD DO?

THE DEFENDANT: YES, SIR.

JA 5426

THE COURT: ARE YOU SATISFIED THAT I HAVE MADE A PROPER RECORD, MR. SWERLING?

MR. SWERLING: YES, SIR.

THE COURT: ALL RIGHT. PLEASE BRING THE PARTICIPANTS BACK IN THE COURTROOM.

(WHEREUPON, THE EX PARTE HEARING CONCLUDED.)

*** END OF REQUESTED TRANSCRIPT ***

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF REPORTER

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM MY STENOGRAPHIC NOTES IN THE ABOVE-ENTITLED MATTER.

_____        _____
S/DEBRA R. JERNIGAN, RPR, CRR                DATE

**JA 5427**

Subj: **RE: Relative culpability**
Date: 8/13/2004 1:57:00 PM Eastern Standard Time
From: Stephen@rjaffelaw.com
To: Jacklaw@aol.com

look at Smith v. Grosse, 205 F.3d 1045 (8th Cir. 2000) (state cannot take a position at one trial and then take a different position at a co-defendant's trial). There are several other cases that take this position. In addition, mitigation is almost whatever the defendant feels is pertinent for the jury's consideration. Therefore, this should also be admissible as mitigation.


[Stephen Strickland]
-----Original Message-----
**From:** Jacklaw@aol.com [mailto:Jacklaw@aol.com]
**Sent:** Friday, August 13, 2004 12:48 PM
**To:** fedtrials-l@Hofstra.edu; captrials-l@Hofstra.edu; mitigation-l@Hofstra.edu
**Subject:** Relative culpability

**I am involved in a death penalty US v. Basham scheduled to begin in 3 weeks.**

**The co-defendant Fulks was just sentenced to death. We are looking for creative ways to introduce as mitigation the aggravating evidence that the government used against Fulks? For example to show relative culpability.**

**In Fulks trial, the government's closing argument refers to Basham as a puppet of Fulks. That Fulks had significantly more motive to escape. That Basham had a misdemeanor record while Fulks was a violent felon. That Fulks referred to Basham as "so stupid, he will do anything". Any suggestions how to bind the government to that position? Judicial estoppel?**

**Also, has anyone had any experience with Dr. Bruce Capehart, MD or Eugene Gourley, PHD. They are the governments psychiatrist and psychologist in Butner, NC. We are also looking for transcripts of their prior testimony.**

**Any suggestions would be appreciated.**

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**


GOVERNMENT
EXHIBIT
21

JA 5428  43205

Subj: **Re: Relative culpability**
Date: 8/13/2004 2:28:33 PM Eastern Standard Time
From: adam.thurschwell@law.csuohio.edu
To: Jacklaw@aol.com
CC: fedtrials-l@Hofstra.edu, captrials-l@Hofstra.edu, mitigation-l@Hofstra.edu

Jack, there used to be some pretty good law on this in the Second, and, I believe, other circuits as well -- whether the law is still good someone who's dealt with it more recently than me will hopefully say. The fount of this in the 2nd Cir. was McKeon v. U.S., 738 F.2d 26 (2d Cir. 1984), which held that the government could use a defense attorney's argument made in a first trial against the defendant in the re-trial, on the theory that it was an opposing party admission. The principle was applied against the government in U.S. v. GAF Corp. 928 F.2d 1253 (2d Cir. 1991) and U.S. v. Salerno, 937 F.2d 797 (2d Cir. 1991); Salerno ought to be particularly useful (although it was reversed on other grounds) since it involved the admissibility of a government jury argument that characterized the defendant in one case as a victim rather than perpetrator of the crime (the context there was bribery/extortion), 937 F.2d at 811 --

Hope this helps (and that the law is still good) --
Adam

Jacklaw@aol.com wrote:

> **I am involved in a death penalty US v. Basham scheduled to begin in 3 weeks.**
>
> **The co-defendant Fulks was just sentenced to death. We are looking for creative ways to introduce as mitigation the aggravating evidence that the government used against Fulks? For example to show relative culpability.**
>
> **In Fulks trial, the government's closing argument refers to Basham as a puppet of Fulks. That Fulks had significantly more motive to escape. That Basham had a misdemeanor record while Fulks was a violent felon. That Fulks referred to Basham as "so stupid, he will do anything". Any suggestions how to bind the government to that position? Judicial estoppel?**
>
> **Also, has anyone had any experience with Dr. Bruce Capehart, MD or Eugene Gourley, PHD. They are the governments psychiatrist and psychologist in Butner, NC. We are also looking for transcripts of their prior testimony.**
>
> **Any suggestions would be appreciated.**
>
> **Jack B. Swerling**
> **803-765-2626-o**
> **803-730-9400-c**
> **803-799-4059 -f**


GOVERNMENT
EXHIBIT
22

JA 5429    43206

90. **CLIFFORD JAY**, Earlington, KY

He was a former Basham school counselor, and he will testify that Basham
called him in December 2002 and advised him that "we" had killed "them."

Decided not to offer impeaching evidence
to keep him as potentially favorable
in penalty phase - if we impeached him
he would potentially become unfavorable


GOVERNMENT
EXHIBIT
23

# M E M O R A N D U M

TO:     Branden Basham File
FROM:   Jack B. Swerling                 DUPLICATE
DATE:   July 16, 2003
RE:     Interview with Clifford James

---

Greg, Paige and Jack met with Clifford James who is a former special ed teacher of Branden. The district always worried about money. James was trained in physical safe management. Had a deal with the kid if the kid acted out. Money was not being used. He complained about a lack of money for the defendant. Defendant was gone 2-3 days at a time; drinking; his parents drink. His parents gave him liquor when he was a child and stood him on the table. He saw the defendant bike 30 miles, no place to go. Has ADHD and possible fetal alcohol syndrome. Defendant got very angry once, very bad. He came up to him with a knife. He knocked him down hard. Defendant yelled out a racial slur. He recommended to the mother that he be put in a facility – she did – he went to see him.

Defendant admitted to coke since he was 12 years old and his habit was $150 week. He was stealing his father's tools and selling them. He had no chairs and no desks. He had the defendant for 3 years and he kept up with the defendant afterwards. Kids definitely picked on Branden because he was a small child and he didn't have much. He was kidding with one of his friends and the defendant came over where Mr. James was at a gas station and offered to help. Defendant tried to help others and would try and get money for them.

James has a high school GED degree. He served 6 years in the Air Force. He is a certified teachers aide. He still works for the Board of Education. He never saw the defendant get physical with anyone. The defendant jumped up in someone's face – just talk no action. Defendant was a protector, he would have cried not to do it. Defendant told him when he called on the phone from jail that "we killed her." Defendant has problems with anger.

JBS:lhb

1


GOVERNMENT EXHIBIT
24
PENGAD 800-631-6989

**JA 5431**   08025

Branden Basham
Paige Munn Tarr Mitigation Services
7/ /03 Interview with Clifford Jay - Certified Instructional Aid to Monte Mefford for many years in EBD classes

---

Home 301 S. Atkinson Ave, Earlington, KY (270)383-5259
Work Jesse Stuart Elementary, 1710 Anton Road, Madisonville (270) 825-6033

We drove out to CJ's house in Earlington after he didn't show up to meet us at Joe's Place. He had been warned by the Board of Education not to speak with us because we might be trying to help Branden sue them or hold them accountable in some way for the things that have happened to him. After convincing him on the phone that that was not our intention, he agreed to let us drive out to the house he shares with his mother in Earlington and speak with him there.

CJ, as he is called by everyone, always had a soft spot for Branden despite some of his behavior problems. CJ had been trained to use Safe Physical Management in the classroom to keep problem behavior contained without hurting a student that might have lost control. There were many occasions he had to resort to this with Branden, although CJ says he never felt personally threatened by Branden and knew that Branden loved him just as he loved Branden. In fact, one time a friend of CJ's was playing around at a convenience store and acted like he was going to attack CJ and Branden came running to his rescue. CJ had to convince Branden that they were just fooling around and that this guy wasn't going to try and harm CJ. This incident let CK know just how much Branden cared for him.

CJ assisted Monte Mefford, Branden's very favorite EBD teacher for many years. CJ and Monte worked together to keep Branden on an even keel (or as even as possible). On many occassions they had to hold Branden down to make him take his meds or bribe him with treats or special privileges to cooperate. They knew how difficult Branden's homelife was and that he was starting to go out a lot at night. This made him particularly sleepy and difficult to work with during the school day, but CJ knew that he and Monte were just about the only positive influences that Branden had going for him and that they were both going to try and do the best by him. CJ feels he knows Branden way better than his parents ever did because he spent 8 hours a day with him for years which amounted to a lot more time than anyone else in his life. CJ also heard the stories of how they would get him drunk as a little kid and have him dance naked on the table to entertain their friends or how they would give him illegal drugs, but not his prescribed medications.

Branden would spend a good bit of time in Time Out where CJ would go and check on him every 20 minutes to ensure his safety and see if he was ready to return to the classroom. Branden enjoyed the time outs and would stay there as long as he was allowed.

One very bad incident occurred on a day where Branden had obviously been out the night before and had not gotten any sleep. He was sleeping with his head on his desk in the classroom and CJ tapped him on the shoulder to wake him. Branden swung out with a blade (what CJ calls a 'One



GOVERNMENT
EXHIBIT
25

PENGAD 800-631-6989

JA 5432    08023

Man Knife', sort of like a boxcutter) at CJ and narrowly missed slashing him. CJ knew this was a learned behavior from home where there were people around almost all the time who might be dangerous and that this had been a sort of involuntary reaction, not a personal attack against CJ. However, Jimmie was called to come up to the school and get Branden, but all Jimmie wanted to do was get his knife back. Kathy came up to the school to complain that CJ had pulled his hair and had been too rough when handling him after he came out swinging a knife.
The only times they ever saw Kathy, she was complaining that they weren't doing something right. For the day to day dealings, Jimmie was the one they tried to communicate with.

CJ knew Branden had been using cocaine since he was 12 years of age and that Kathy had him dealing and trading it for her. He developed a drinking problem very young and one time when he was 13 ingested so much that it shocked CJ he wasn't killed by it.

CJ feels Branden and the other special needs kids that went through this program at that time were very much mistreated - CJ calls them atrocities. Other teachers would harshly abuse and neglect these kids and not give them the positive attention they so desperately craved and needed. Monte Mefford quit her job because of the red tape of dealing with the other teachers, the school district, the state, etc. The special ed kids were the lowest of the lowest and no one wanted to be responsible for anything that went on with this program. There was also a huge problem with funding and when the new school building was built, there was no furniture or supplies for the EBD classes.

CJ says that the Board of Education is terrified to give us any information or cooperate in any way until after Branden's birthday. According to him, the state is still responsible for Branden until after he turns 22 and he will be 22 on 9/14/03. After this, they should be a little less difficult to deal with.

CJ says that although he cannot say it as a professional, that if Branden had been his son, he would have fought to make sure that Branden was institutionalized for the rest of his life. He knew that Branden could never live and function in the world on his own and that he needed the structure of specially designed programs with people trained to deal with the serious problems Branden had.

**JA 5433**  08024



GOVERNMENT
EXHIBIT
26

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/04/2004

Clifford Eugene Jay was advised of the identity of the interviewing agent and the identity of Assistant United States Attorney Jonathan S. Gasser. Jay was advised of the purpose of the interview and then provided the following information:

Jay has spoken on two separate occasions with legal counsel representatives for Branden Basham and Chadrick Fulks. Jay recalled that one set of defense counsel representatives were from New York. Neither set of defense counsel representatives asked Jay about a telephone conversation Jay had with Basham on approximately December 24, 2002.

Because of his religious beliefs, Jay does not want to see Basham and Fulks sentenced to death if they are found guilty in South Carolina. Jay stressed that his personal beliefs on this issue would not prevent him from being truthful with defense counsel or with the government.

Jay has been a Certified Instructional Aid (CIA) for the past eleven years. The children under Jay's supervision commonly call Jay "Mr. C.J.". In approximately 1996, Jay was the CIA for Basham at James Madison Middle School, in Madisonville, KY. At this time, Basham was a seventh grade student in the Emotional Behaved Disturbed (EBD) program at James Madison. Basham was approximately two years behind in school because of his learning disabilities. Monte Mefford, was Basham's teacher at James Madison. Mefford has since retired in Madisonville, KY. Mefford's phone number is (270) 821-9518.

Jay was Basham's CIA for approximately two to three years. During this time, Jay was able to gain Basham's confidence by disciplining Basham and even restraining Basham for volatile behavior. Jay recalled an occasion where Basham was laying down and sleeping in class. Jay tapped Basham to awaken him and Basham pulled a "one man straight blade knife," which Jay characterized as a knife that was similar to a switch blade. Basham sprung to his feet and swung the knife at Jay's neck. Jay fell back and was able to avoid being cut. Jay was then able to forcibly take the knife away from Basham. The following day, Jimmy Basham, who is Basham's father, came to school with Basham and asked Jay to return the knife. Jay refused and told Jimmy Basham that he was lucky that Jay

---

Investigation on   2/4/04        at  Madisonville, KY

File #  7A-CO-27964                           Date dictated  2/4/04

by   SA Jeffrey J. Bruning

03841

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

7A-CO-27964

Continuation of FD-302 of ___Clifford Eugene Jay_____ , On _2/4/04_____ , Page ___2___

did not file a motion to have Branden Basham institutionalized for being out of control.

Jay characterized Basham as a small kid who had "little kid syndrome." Jay described Basham as a fighter who would easily get into a fight and as a person who would never back down from a fight. Basham was also someone who wanted to help and protect people as a young man, but at the same time, he was also someone who would get into fights with students who made him angry. Jay recalled an occasion a couple of years after Jay was no longer Basham's CIA, where Jay and a friend were in a convenience store teasing each other as if they were about to fight. Basham came into the convenience store and stood between them and asked Jay if he needed help. Jay noted that Basham intervened even though Jay's friend was a big person.

In approximately 1996, Basham was institutionalized at Rivendale Behavior Clinic by his parents for "out of control behavior." Connie Kirkwood was Basham's court designated child advocate. After Basham was institutionalized, Cathy (phonetic) Basham, who is Basham's mother, told Jay that Branden Basham wanted to see Jay. Jay was concerned about seeing Basham because Jay played a role in the petition that was filed to institutionalize Basham. In spite of his concerns, Jay agreed to visit Basham and went to Rivendale Behavior Clinic with Basham's parents. Jay visited Basham with Jimmy Basham. During the visit, Jay asked Basham if he had been on drugs during the past couple of years. Basham told Jay that he had been on drugs and had a $150-a-week cocaine habit. Basham then told Jimmy Basham that he had stolen tools from him. Basham would have been fourteen to fifteen years old at this time.

Approximately four to five years later, Basham was working at Tyson Foods in Hanson, KY. Jay recalled an occasion around this time where Basham asked Jay to give Basham gas money for the week. Jay noted that Basham's complexion appeared clear and that it did not appear that Basham was on drugs at this time.

Jay is aware that Basham's parents gave him alcohol as a child and had Basham dance on a table. Jay is unaware of any allegations that Basham's parents physically or sexually abused Basham. Jay surmises that Basham had fetal alcohol syndrome. Jay bases this statement on his observations of Basham. Jay has no information regarding whether Basham was incarcerated as a child.

03842

-302a (Rev. 10-6-95)

7A-CO-27964

Continuation of FD-302 of ___Clifford Eugene Jay___ , On _2/4/04_ , Page __3__

Jay learned that Basham escaped from the Hopkins County Jail by following the escape story in the newspaper. At this time, Jay became concerned that Basham may be coming to kill him. Jay already owned a gun, but after Basham's escape from jail and until his capture, Jay made sure he kept his gun loaded when he was at home because he was afraid Basham would kill him. Jay felt this way because Basham was so unpredictable, had attention deficit disorder, was hyperactive, might have fetal alcohol syndrome, and may have been on drugs.

Prior to receiving a telephone call from Basham around Christmas 2002, Jay had not spoken to Basham for at least several months, and perhaps as long as two years. On approximately the evening of December 24, 2002, Jay received a collect telephone call from Basham. Jay knows that the telephone call was collect, because when he reviewed a subsequent phone bill, Jay was charged for the telephone call. Jay's mother answered the telephone call from Basham and informed Jay that "Branden" was on the phone. Jay believes his mother may have approved the collect telephone call from Basham to his home telephone number (270) 383-5259. At this time, Jay had seen the newspaper reports that Basham had already been captured.

After taking the telephone from his mother, Jay asked Basham how he was doing. Basham told Jay that he was at the Columbia Care Center. Basham then told Jay, "I'm okay Mr. C.J., I'm okay, but you know I'm facing the death penalty." Jay then told Basham that we have all made mistakes and that Basham should be a man and admit it if he's done wrong. Jay told Basham that he needed to tell the truth. Jay then asked Basham if he had been "saved," to which Basham replied yes. Jay then asked Basham, "Did you do what they say you did?". Jay informed the interviewing agent that in asking this question, Jay was referring to the South Carolina murder because at this time, Jay was unaware of a second murder accusation against Basham. Basham responded to Jay, "Yes sir Mr. C.J., we killed them." Jay is 100 percent certain that Basham's exact response was "Yes sir Mr. C.J., we killed them." Jay found Basham's response upsetting because Jay did not believe that Basham was capable of killing someone, and because Basham's response indicated to Jay that Basham was involved in the killing of more than one person. Jay stated that he thought to himself, my goodness, who else did they kill? Jay characterized his telephone conversation with Basham as serious, and during the telephone call, Basham seemed clear and coherent. Basham was not in an excited or

03843

7A-CO-27964

Continuation of FD-302 of ___Clifford Eugene Jay_____ , On _2/4/04_____ , Page ___4___

agitated mood when Basham said, "Yes sir Mr. C. J., we killed them."

Jay then told Basham that it was not over, it was how Basham handled the situation, and all Basham had to do was to ask God for forgiveness and God would forgive him. Jay told Basham the biblical story about David having Uriah killed. Jay told Basham that after David had Uriah killed, he repented and confessed to God, and by doing so, David was still loved by God and was one of his people. Jay told Basham that all Basham had to do was to ask God for forgiveness and God would forgive Basham. Jay told Basham to be a man, to help "these people," and to tell them the truth. Basham replied, "Yes sir Mr. C.J."

Basham spoke to Jay about the location of "the woman from South Carolina." Basham told Jay, "We tied her up to a tree." Jay asked Basham where the woman was. Basham told Jay, "These woods, everything looks the same, I don't remember because everything looks the same." Jay is almost certain that at some point, Basham indicated that the missing South Carolina woman was tied to a tree in the woods of North Carolina.

During the telephone conversation, Jay thinks that Basham said he was afraid of Fulks. Jay is almost certain the telephone conversation with Basham ended with Jay telling Basham to always remember that Jay loved him, and with Basham responding, "I know that Mr. C.J." During the telephone conversation, Basham did not indicate how the missing woman from South Carolina was killed, or the roles that Fulks or Basham played in her death. Jay has not spoken with Basham since this telephone call.

Jay has known Deputy Sheriff David Morris, of the Hopkins County Kentucky Sheriff's Office, for a long time. After receiving Basham's telephone call, Jay telephoned the Hopkins County Sheriff's Office to report what Basham had told him. The Hopkins County Sheriff's Office then directed Jay's telephone call to Morris. Jay reported the information regarding his telephone call from Basham to Morris. SA Bruning showed Jay notes from Conway, South Carolina Police Department Detective Addison, and a Conway Police lead sheet associated with Addison obtaining information from the Hopkins County Sheriff's Office regarding Jays' conversation with Basham. Jay stated that he trusts Morris, and that if the notes indicate that Jay informed Morris that the missing woman from South Carolina was tied to a tree in North

03844

7A-CO-27964

Continuation of FD-302 of ___Clifford Eugene Jay___ , On _2/4/04_ , Page ___5___

Carolina, then Jay is certain that Basham indicated the missing South Carolina woman was tied to a tree in North Carolina.

Within a few weeks of his telephone conversation with Basham, someone, who Jay believes may have been in law enforcement in South Carolina, told Jay that they were considering having Jay travel to South Carolina to obtain information from Basham. Jay stated that this did not occur and Jay did not travel to South Carolina to speak with Basham. Jay believes that he did speak with someone in law enforcement in South Carolina.

The people or institutions that would be familiar with Basham's behavioral problems are the James Madison Middle School, Sheila Mills at the Hopkins County Board of Education, Rivendale Behavior Clinic, and Monte Mefford.

Jay stated that Basham had a lot of problems growing up "but you can't blame crime on a tough childhood, people just can't go around killing people."

The following is a description of Clifford Eugene Jay:

| | |
|---|---|
| DOB: | 10/6/53 |
| SSAN: | 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 |
| Address: | 301 S. Atkinson Ave Earlington, KY 42410 |
| Telephone: | (270) 383-5259 |
| Employment: | CIA - Jesse Stuart (Phonetic) Elementary 1710 Anton Road Madisonville, KY |
| Military: | Air Force - 6/73 to 1977 |

03845

# MEMORANDUM

To: Basham File
From: Greg Harris
Date: 08-05-04
Subject: Interview with ~~Clifford Jay~~

---

08/05/04 - 5:15 p.m.

### Clifford Jay

- Branden 12 or 13 when he met CJ at Anton School
- Branden didn't act out at Anton as much as he did later.
- CJ - Institutional Aide of Anton and James Madison
*1999 Special Ed Act provided for inclusion in the classroom
- every child had the right to be in school system without discrimination
EBD (Emotionally Behaved, Disturbed) program
- Branden was in EBD program
BB - * Never phased out of EBD. He suffered at home and in class.
- CJ always tried to probe into every child to find out what his issues were. This was for the benefit of the child.
- Branden was always a puzzling child.
- Saw ADD in Branden's file
- Always felt that Branden was fetal alcohol baby
- Later found out about Branden's hardships (family)
          - alcohol, drugs, abuse
* He didn't have a chance (Branden) because of all the problems he had growing up.
- Used to see Branden on bicycle with cigarette in mouth at age 10
- CJ filed an out of control petition on Branden for trying to kill CJ
          - Branden put knife to CJ's throat at school.
          - Told Jimmy that he (CJ) knew that Branden manipulated parents
- Branden admitted to $150 a week drug habit in front of Jimmy. CJ was visiting Branden at Rivendall.
- Branden was the Robin Hood of the neighborhood
- Branden took up for CJ at gas station
- Branden would give kids in classroom candy and other things
- Branden helped with other problem children



GOVERNMENT EXHIBIT 27
PENGAD 800-631-6989

JA 5439    08598

"He was a compassionate kid."
*These were the multiple personalities that he had because he didn't have a chance.
- His parents used to put whiskey in his milk. Made him dance naked on the table.
- The system let him down from the superintendent to the teachers.
*People were exhausted with trying to fix Branden. They improperly restrained him and didn't know how to deal with him.

- Branden resented women (Ms. Medford) back in the 5th grade.
- CJ knew about Branden's head injury.
- Branden was very protective of Chase Pentacost who was retarded. Branden took up for Chase when he was picked on.
- Saw Branden everyday for 2-3 years
        - only 1 incident
        - "I can remember the kids I used to fight and it wasn't him."
- Overall, Branden was a good kid. "We bonded."
- You won't hear a lot of people give you a good impression of this boy. But I had him more than his parents.
- CJ got petition because he was directing his aggression towards authority. He couldn't direct properly because of his (Branden) problems.
- CJ has superhero powers because he can tell what is wrong with people. It is a gift from God.
- Saw Branden cry a lot. In the beginning, it was ... "You don't know what I'm going through." Later, it was because of the lifestyle he was living.
- Branden told CJ that his mother was a drug addict.
- Branden was the most vulnerable child that CJ had ever seen. He couldn't believe that Branden had never been shown affection.
"I've never seen a child face what he faced."
"I've never seen a boy go through what he's gone through."
        -i.e. not ever bonding with mother
        - at 12 months, getting alcohol in bottle
        - exposed to cigarettes and party going

Q. Did he really have parents?
A. They did the best they could, but they had no parenting skills.
- Society has failed this child
- CJ was apppointed by GOD to help children
- CJ and Branden loved each other.

Q. Why were you afraid of Branden when he broke out?
A. Because I knew about his history.

2

JA 5440    08599

- 5 things a jury should know about Branden
    1) Branden is a loving, caring, giving individual
    2) Adorable kid
    3) Intelligent and bright-very perceptive

Q. Was Branden a racial person?
A. No. CJ never felt racism from Branden. Children act out and do what they are taught. "Jimmy never had a problem with me."

Q. "We killed her?"
A. "No, he said "We killed them."

Interview over at 6:40

3

JA 5441     08600

# M E M O R A N D U M

| | |
|---|---|
| TO: | Branden Basham File |
| FROM: | Jack B. Swerling |
| DATE: | Wednesday, August 18, 2004 |
| RE: | Interview of Clifford Jay |

DUPLICATE

---

On August 5, 2004, Lesa, Greg and I re-interviewed Clifford Jay. We have not spoken to him since the Fulks trial. Clifford Jay was the teacher's aide at James Madison. He has known Branden from his days at Anton. This is about 1996. Branden is a puzzling child. Branden was ADHD and hyperactive. He saw that in his folder. He also believes that Branden is suffering from fetal alcohol syndrome. The defendant was small and had small features. Branden had a hardship in his life and he had heard that from other sources. Among those problems were alcohol, drugs. He felt that Branden never had a chance to grow up. He saw no bonding with his mother. He saw Branden riding a bicycle by himself long distances. He filed an out of control petition on him after he put a knife to his throat. Jay describes this as a miniature switch blade. Branden admitted to using cocaine. Jay went to see him at Rivendell after he left school. Branden would come by his house periodically and would try and borrow money. One occasion, which is described in a previous memo, Branden came to his rescue. Branden grew up fast. He was the Robin Hood of the neighborhood. He had a big heart and shared with people. He helped kids who are less fortunate and he saw he was compassionate. He described a couple of people in the class who had difficulty and Branden sheltered them. He described the incident of mom putting alcohol in his bottle and Branden dancing naked on the table. Jay describes him as being angry against girls. He believe he was unnecessarily restrained in grades 1 through 4. One of the kids that Branden protected was a handicapped boy. Branden did get picked on because of his size. He said I remember kids who were a problem, not him. He was familiar with the head injury. He and Branden bonded together. I had a good impression of Branden. Branden directed his aggression toward authority. He and Branden hugged. He saw Branden cry a lot about his lifestyle experiences. The mother was a drug addict, not maternal. He described him as a vulnerable kid. He was actually the most vulnerable kid he had ever seen. Said he never saw a kid go through what he went through. That being a lack of bonding, alcohol in the bottle, no parenting skills, cigarette smoke and his parents had no skills in parenting. He cannot overemphasize how bad it was. We failed him. We loved each other. They had no interaction outside of school. Jay was aware that when Branden was not using drugs, he was not afraid of Branden per se, when he broke out he would have felt the same about his own brother. I asked him about 5 positive things that he could say about Branden, he said: loving, caring, giving, adorable, intelligent, perceptive, good heart, dealt with people less fortunate. The racial remark he made to him Jay never took as racial, just out of frustration. We would not be giving a death penalty to Branden, we would be giving it to all of us.

JBS:lhb

1

GOVERNMENT EXHIBIT 28

PENGAD 800-631-6989

**JA 5442**

<p style="text-align:center">*MEMORANDUM*
*ATTORNEY/CLIENT ONLY*</p>

| | |
|---|---|
| *TO:* | *Basham File* |
| *FROM:* | *Carlisle McNair* |
| *DATE:* | *September 20, 2004* |
| *RE:* | *Telephone conversation with David Morris*<br>*Hopkins Co. Ky. Sheriffs Department*<br>*270-825-6059* |

*On September 20, 2004, I spoke to David Morris. Morris advised he was no longer with Hopkins Co SO. Morris advised he remembers talking to Det. Addison, but doesn't remember everything he advised Addison. Morris advised he doesn't remember Clifford Jay telling him Basham making a statement, "we killed them." Morris advised he contacted Det. Addison Conway SC Police and gave him numbers to contact Clifford Jay. Morris advised he didn't write a report or ask Jay a lot of questions, that he just passed contact information for Clifford Jay to Addison so he (Addison) could get it first hand. Morris advised a lot of time third hand information gets screwed up.*



GOVERNMENT EXHIBIT 29

JA 5443  08649

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:            Basham File

FROM:       Carlisle McNair

DATE:        September 20, 2004

RE:           Telephone conversation with Det. Addison

               Conway SC Police Department

---

On September 20, 2004, I spoke to Det. Addison Conway Police Dept. Det. Addison advised he remembered talking to Clifford Jay and the lead sheet he generated from that conversation. Det. Addison was asked if Jay relayed to him any statements Basham made, such as, "we killed them" or if Basham made any statements to Jay about killing anybody? Addison advised his written report, dated December 24, 2002 at 1445hrs, lead # 72, records the conversation he had with Clifford Jay and what was stated. Nothing more to add.



GOVERNMENT EXHIBIT 30

PENGAD 800-631-6989

*SC Basham*

FindLaw | Legal Professionals | Students | Business | Public | News        Market Cei



**FindLaw.**
email @ Justice.com

**Thousands of Corporate Counsel
Attorneys Can't Be Wrong**
CORPORATE.FINDLAW.COM

Cases & Codes | Forms | Legal Subjects | Federal | State | Library | Boards      Law Firm FirmSites | L

**Lawyer Search**   City or ZIP     State ▼   Select a Practice Area ▼    Fir

jgs@justice.com                  **Inbox**   message 2 of 4    ◄ ►

| Check Mail | Reply | Reply all | Forward | Move to Trash ▼ |
|---|---|---|---|---|
| Write Mail | | | | |
| Log Out | | | | |

**Folders**
**Inbox**
Sent
Drafts
Trash
Filters
Addresses
Preferences
Help
Empty Trash

From:   Jacklaw@aol.com
Date:   23 Sep 09:32 (PDT)
To:    lindab@justice.com, CGRAHAMSC@aol.com,
       JGS@JUSTICE.COM, GREGHARRIS@JUSTICE.COM,
       PAIGE@BRUCKLAW.COM, ECR@NMRS.COM, Jacklaw@aol.com,
       TTHIEROLF@HOTMAIL.COM, SHEALYBOLAND@HOTMAIL,
       CJM0501@ALLTEL.NET, SHARRISON@JUSTICE.COM,
       YETTO@MIS.NET

Subject:   RE BASHAM

Save
Address
Print
View
Show
Headers
Show as
Text
Report
Junk Mail

**I HAVE PUT A BASKET NEXT TO CEVANS DESK DESIGNATED "BASHAM". PLEASE FOLLOW THE FOLLOWING PROCEDURE WITH REGARD TO THE CASE. WHENEVER ANY DOCUMENT OR DOCUMENTS HAS BEEN RECEIVED BY ANYONE, PLEASE MAKE A COPY. THIS WOULD ALSO APPLY TO ANY MEMOS GENERATED BY YOU AS WELL .PUT THE ORIGINAL DOCUMENT OR DOCUMENTS OR MEMO IN THE BASKET AND GIVE GREG A COPY. GREG AND I WILL BE MEETING DAILY TO DISCUSS THE DOCUMENTS AND / OR MEMOS. I WILL DESIGNATE WHERE THE ORIGINAL GOES. YOU OF COURSE MAY KEEP A COPY FOR YOURSELF AS NEEDED. I CHANGED THE ADDRESS ENTRY ON MY EMAIL AND WOULD APPRECIATE EACH OF YOU ACKNOWLEDGING RECEIPT OF THIS MEMO THIS TIME
THANK YOU
Jack B. Swerling
803-765-2626-o
803-730-9400-c
803-799-4059 -f**

Change message text width in Settings.        ◄ ►



**FindLaw**
RESOURCES

**LEGAL NEWS:** Top Headlines · Supreme Court · Commentary · Crime · Cyberspace · International
**US FEDERAL LAW:** Constitution · Codes · Supreme Court Opinions · Circuit Opinions
**US STATE LAW:** State Constitutions · State Codes · Case Law
**RESEARCH:** Lawyer Directory · Vendor Directory · Dictionary · Forms · LawCrawler · Library · Summaries of Law
**LEGAL SUBJECTS:** Constitutional · Intellectual Property · Criminal · Labor · more...
**GOVERNMENT RESOURCES:** US Federal · US State · Directories · more...
**INTERNATIONAL RESOURCES:** Country Guides · Trade · World Constitutions · more...



**GOVERNMENT EXHIBIT 31**

**JA 5445**   33368



FindLaw | Legal Professionals | Students | Business | Public | News          Market Cer

**FindLaw.**
email @ Justice.com

Looking for a Legal Investigator?

| City or Zip | State | Vendor Categories |

Cases & Codes | Forms | Legal Subjects | Federal | State | Library | Boards          Law Firm FirmSites | L

**Lawyer Search**  | City or ZIP | State | Select a Practice Area |  Fir

jgs@justice.com                                   **Inbox**   message 1 of 4

Check Mail   Reply   Reply all   Forward    Move to  Trash    >
Write Mail
Log Out

**Folders**
**Inbox**
Sent
Drafts
Trash

Filters

Addresses

Preferences

Help

Empty Trash

From:   Jacklaw@aol.com
Date:   23 Sep 09:56 (PDT)
To:     lindab@justice.com, CGRAHAMSC@aol.com,
        JGS@JUSTICE.COM, GREGHARRIS@JUSTICE.COM,
        PAIGE@BRUCKLAW.COM, ECR@NMRS.COM, Jacklaw@aol.com,
        TTHIEROLF@HOTMAIL.COM, SHEALYBOLAND@HOTMAIL,
        CJM0501@ALLTEL.NET, SHARRISON@JUSTICE.COM,
        YETTO@MIS.NET

Subject:   MEMOS

Save
Address
Print
View
Show
Headers
Show as
Text
Report
Junk Mail

PLEASE FOLLOW THE FOLLOWING PROCEDURE REGARDING
ACTIVITY ON THIS CASE. AS YOU GATHER INFORMATION AND
DO ACTIVITIES ON THIS CASE  IT IS OF NO USE TO ME OR GREG
IF WE ARE NOT INFORMED OF WHAT WAS DONE  AND HAVE
THE OPPORTUNITY TO RESPOND OR EVALUATE. IN ADDITION
WE NEED THE INFORMATION YOU DISCOVER SO THAT IT CAN
BE PROPERLY CATALOGUED. SO, STARTING TODAY, GREG
AND I ARE REQUIRING THAT AN  MEMO BE DONE SEPARATELY
REGARDING EVERY INTERVIEW, AS WELL AS EVERY ACTIVITY
IN THE CASE WHETHER SUCCESSFUL OR NOT-IN OTHER
WORDS IF WITNESS "A" WOULD NOT TALK, WE NEED A MEMO
TO THAT EFFECT. LIKEWISE IF YOU INTERVIEW A WITNESS WE
NEED A SEPARATE MEMO ON EACH WITNESS.  THIS CAN BE IN
THE FORM OF A HARD MEMO  WITH A COPY FOR GREG AND I
OR AN EMAIL SENT TO GREG AND I. I WOULD LIKE YOU  TO
SEND MEMOS TO US IN THE SAME MANNER AND FORMAT THAT
LESA WATSON IS DOING.THE MEMOS SHOULD BE SENT US
RIGHT AWAY BUT IN NO EVENT MORE THAN 5 DAYS.
FURTHERMORE, ON MONDAY OF EACH WEEK GREG AND I
WOULD LIKE A SUMMARY OF WHAT WAS DONE  BY YOU THE
WEEK BEFORE-JUST A SUMMARY!
AS FOR ACTIVITIES PRIOR TO TODAY WE WANT MEMOS ON
EACH INTERVIEW OR ACTIVITY BY NEXT TUES. THANK YOU

GOVERNMENT
EXHIBIT
3Q
PENGAD 800-631-6989

JA 5446   33366

| Subj: | **basham** |
|---|---|
| Date: | 9/23/2003 6:52:20 PM Eastern Standard Time |
| From: | Jacklaw |
| To: | PAIGE@BRUCKLAW.COM |
| CC: | gregharris@justice.com, Jacklaw |

**please get a email list of all the doctors**
**please get us a list as we discussed of all schools, detention facilities as well**
**as mental health facilities that branden is in. have a line for "requested" and**
**"received"-thanks**
**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**



JA 5447 33372



FindLaw | Legal Professionals | Students | Business | Public | News

Market Cer

**FindLaw**
email @ Justice.com

**LawQuote**
A FREE SERVICE
1-800-206-1495

**Have a Legal Ques**
Lawyers are waiting to help

Cases & Codes | Forms | Legal Subjects | Federal | State | Library | Boards

Law Firm FirmSites | L

**Lawyer Search** City or ZIP | State | Select a Practice Area | Fir

jgs@justice.com

**Inbox**    message 1 of 7

Check Mail | Reply | Reply all | Forward | Move to Trash | >
Write Mail
Log Out

Folders
**Inbox**
Sent
Drafts
Trash

Filters

Addresses

Preferences

Help

Empty Trash

From:  Jacklaw@aol.com
Date:  1 Oct 20:49 (PDT)
To:    lindab@justice.com, CGRAHAMSC@aol.com,
       JGS@JUSTICE.COM, GREGHARRIS@JUSTICE.COM,
       PAIGE@BRUCKLAW.COM, ECR@NMRS.COM, Jacklaw@aol.com,
       TTHIEROLF@HOTMAIL.COM, SHEALYBOLAND@HOTMAIL,
       CJM0501@ALLTEL.NET, SHARRISON@JUSTICE.COM,
       YETTO@MIS.NET, gacollias@citynet.net

Subject:  BASHAM

Save
Address
Print
View
Show
Headers
Show as
Text
Report
Junk Mail

WHEN I WAS IN KENTUCKY YESTERDAY, LESA AND I SAT
DOWN AND DID SOME ORGANIZATIONAL WORK.THE
FOLLOWING IS THE PROCEDURES THAT SHOULD BE
FOLLOWED

GEOGRAPHICAL CHART
WE HAVE WITNESSES WE KNOW OF IN 16 OR MORE
GEOGRAPHICAL AREAS. IN ORDER TO PLAN OUR TRAVEL  WE
ARE DIVIDING THE CASE UP ACCORDINGLY. LESA WILL BE
MAINTAINING A LIST WHICH SHE WILL UPDATE TO EVERYONE
REGULARLY. AT THE PRESENT TIME SHE AND I HAVE
IDENTIFIED 16 GROUPS AND THEY ARE:
GROUP 1-MADISONVILLE, KY
GROUP 2 - ASHLAND, KY
GROUP 3 - INDIANA
GROUP 4 - GOSHEN, INDIANA
GROUP 5 - SHIPSHAWANA
GROUP 6 - WESTVILLE
GROUP 7 - MYRTLE BEACH
GROUP 8 - WEST VIRGINIA
GROUP 9 - LOUISVILLE, KENTUCKY
GROUP 10-NORTH CAROLINA
GROUP 11 - MICHIGAN
GROUP 12 - OHIO

PENGAD 800-631-0989
GOVERNMENT
EXHIBIT
34

JA 5448   33356

GROUP 13-LEWISBURG, KENTUCKY
GROUP 14 - EVANSVILLE, IND.
GROUP 15- MIDDLEBURG. IND.
GROUP 16 - COLUMBIA, SC

WHAT WE NEED TO DO IS EMAIL LESA EVERYTIME YOU COME
ACROSS A NEW NAME EITHER THROUGH DISCOVERY OR
INTERVIEWS. SEND HER ONE LINE ABOUT WHO THE PERSON IS
AND A REFERENCE TO THE SOURCE. FOR EXAMPLE:

JOHN DOE IS FROM ASHLAND AND HE CAN TESTIFY THAT
HARRISON SAUNDERS IS A NO GOOD SOB. SOURCE OF INFO-
HARRISONS WIFE. OR PAGE 1349 OF DISCOVERY

LESA WILL THEN PUT THAT INFO UNDER GROUP2 SO THAT WE
CAN ARRANGE MULTIPLE INTERVIEWS IN THE SAME PLACE.

LESA WILL ALSO USE THE INFORMATION YOU SEND HER TO
MAINTAIN AN ALPHABETICAL LIST OF EVERY CONCEIVABLE
WITNESS WITH A BRIEF DESCRIPTION OF WHAT THEY KNOW
AND THE SOURCE OF THE INFO.

I WILL ALSO ASK EACH OF YOU TO ADVISE SHEALY OF ANY
ADDITIONS TO THE TIME LINE SO SHE CAN MAKE
AMENDMENTS, AGAIN ID THE SOURCE.

THIS TAKES EFFECT IMMEDIATELY
JACK SWERLING
803-765-2626-o
803-730-9400-c
803-799-4059 -f

Change message text width in Settings.

**LEGAL NEWS:** Top Headlines · Supreme Court · Commentary · Crime · Cyberspace · International
**US FEDERAL LAW:** Constitution · Codes · Supreme Court Opinions · Circuit Opinions
**US STATE LAW:** State Constitutions · State Codes · Case Law
**RESEARCH:** Lawyer Directory · Vendor Directory · Dictionary · Forms · LawCrawler · Library · Summaries of Law
**LEGAL SUBJECTS:** Constitutional · Intellectual Property · Criminal · Labor · more...
**GOVERNMENT RESOURCES:** US Federal · US State · Directories · more...
**INTERNATIONAL RESOURCES:** Country Guides · Trade · World Constitutions · more...
**COMMUNITY:** Message Boards · Newsletters · Greedy Associates Boards
**TOOLS:** Office · Calendar · CLE · West WorkSpace · FirmSite · Toolbar



Advertising Info · Add URL · Help · Comments

Company | Privacy Policy | Disclaimer

Jobs@FindLaw ⬜ Site Map

Copyright © 1994-2003 FindLaw

JA 5449   33357

Subj:  **RE: BASHAM**
Date:  10/2/2003 9:13:09 AM Eastern Standard Time
From:  sharrison@justice.com
To:    Jacklaw@aol.com
*Sent from the Internet (Details)*

On Wed, 1 Oct 2003 23:55:39 EDT, Jacklaw@aol.com wrote:

AGAIN I WANT TO REITERATE THAT I MUST GET A COPY OF
EVERYTHING THAT COMES IN ON THIS CASE SO I CAN KEEP A
MASTER FILE AND KEEP UP WITH EVERYTHING.  THERE IS A
BASKET NEAR CEVANS DESK- FILL IT. I NEED EVERYTHING

Jack B. Swerling
803-765-2626-o
803-730-9400-c
803-799-4059 -f
Okay.

_____

FindLaw - Free Case Law, Jobs, Library, Community
http://www.FindLaw.com
Get your FREE @JUSTICE.COM email!
http://mail.Justice.com


GOVERNMENT
EXHIBIT
35
PENGAD 800-631-6989

Subj: **Re: BASHAM**
Date: 10/10/2003 12:59:30 PM Eastern Standard Time
From: gacollias@citynet.net
To: Jacklaw@aol.com, lindab@justice.com, CGRAHAMSC@aol.com, JGS@justice.com, GREGHARRIS@justice.com, PAIGE@BRUCKLAW.COM, ECR@NMRS.COM, TTHIEROLF@HOTMAIL.COM, SHEALYBOLAND@HOTMAIL, CJM0501@ALLTEL.NET, SHARRISON@justice.com, YETTO@MIS.NET, wvcookpi@citynet.net
*Sent from the Internet (Details)*

The U. S. Dist. Ct. in Huntington, W. Va. has authorized Greg Cook to do investigation work on the Burns part of the case. He should be added to the email list. His email address is wvcookpi@citynet.net and his mailing address is 100 Rockford Lane, Huntington, WV 25705, Ph. 304-697-7633, Fax 304-697-7676.Contact him or me if you want him to do any work.

----- Original Message -----          Gary Collias
From: Jacklaw@aol.com
To: lindab@justice.com ; CGRAHAMSC@aol.com ; JGS@justice.com ; GREGHARRIS@justice.com ; PAIGE@BRUCKLAW.COM ; ECR@NMRS.COM ; Jacklaw@aol.com ; TTHIEROLF@HOTMAIL.COM ; SHEALYBOLAND@HOTMAIL ; CJM0501@ALLTEL.NET ; SHARRISON@justice.com ; YETTO@MIS.NET ; gacollias@citynet.net
Sent: Wednesday, October 01, 2003 8:37 PM
Subject: BASHAM

**THE ABOVE LIST IS UPDATED. ALL PEOPLE ON THIS LIST SHOULD BE COPIED ON ALL MEMOS TO MAKE SURE NO ONE MISSES ANYTHING.**

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**


GOVERNMENT EXHIBIT 36

JA 5451 32208

| Subj: | **REPORTS/MAPS** |
|---|---|
| Date: | 10/7/2003 12:28:19 PM Eastern Standard Time |
| From: | yetto@mis.net |
| To: | tthierolf@hotmail.com, shealyboland@hotmail.com, Paige@brucklaw.com, jacklaw@aol.com, gregharris@justice.com, cgraham@aol.com, cjm0501@alltel.net, jgs@justice.com |
| File: | **Hawkinsmemo93003.zip** (16288 bytes) DL Time (TCP/IP): < 1 minute |

*Sent from the Internet (Details)*

Attached are memos of JS/LW's efforts of 9/30/03. Jack please review and edit or add your recollections as you see fit based upon your notes.

My current assignments/status update:

1. Obtain affidavit from DPA counsel to BB, Lisa Claire.
   DPA is having training this week and I believe she will be out all week, but have emailed her regarding same.
2. Create/maintain master cast of characters.
   In the works.
3. Create map of the "Grand Tour" to facilitate witness location efforts.
   Maps are almost complete with cities identified. I will assign numbers to each area and cross reference to master cast of characters.
3. Maps for Hawkins and Blair residences.
   In the mail with the Grand Tour as soon as it is complete.
4. Meet with PT 10/8 and 10/9 in Evansville to do interviews/obtain records available.
5. Arrange as many appts. with jail staff and other witnesses for 10/20-10/23 for JS/LW.

Let me know if I left anything out.

Lesa F. Watson, C.C.D.I.
Paralegal/Investigator/Mitigation Specialist
Exec. Director/Asst. Secretary
Ky. Assoc. of Criminal Defense Lawyers
859.236.7088
859.583.1871 Cell
yetto@mis.net

*Carolyn*

GOVERNMENT
EXHIBIT
**37**
PENGAD 800-631-6989

JA 5452 32987

Subj:     **BASHAM**
Date:     11/7/2003 1:07:16 PM Eastern Standard Time
From:     Jacklaw
To:       lindab@justice.com, CGRAHAMSC, JGS@JUSTICE.COM, GREGHARRIS@JUSTICE.COM,
          PAIGE@BRUCKLAW.COM, ECR@NMRS.COM, Jacklaw, TTHIEROLF@HOTMAIL.COM,
          SHEALYBOLAND@HOTMAIL.COM, CJM0501@ALLTEL.NET, SHARRISON@JUSTICE.COM,
          YETTO@MIS.NET, gacollias@citynet.net

ON OCTOBER 1 2003, I SENT OUT A LIST OF 16 GEOGRAPHICAL GROUPS THAT LESA AND I WERE ABLE TO IDENTIFY IN THIS CASE. WE PUT INTO EACH GROUP ALL THE NAMES WE WERE ABLE TO PICK OUT SO FAR. I ASKED EVERYONE TO CONTINUE SUPPLEMENTING THAT LIST TO LESA WITH TWO PURPOSE IN MIND 1. SO WE WOULD HAVE A LIST OF WITNESSES AND GEOGRAPHICAL AREAS AND WE COULD DIVIDE UP THE WORK AND TRAVEL AND SO WE WOULD KNOW WHO HAS BEEN TALKED TO AND WHO NEEDS TO BE TALKED TO.  2. SO WE COULD HAVE AN ORGANIZATIONAL LIST OF EVERY WITNESS WITH A LINE AS TO WHAT THEY WOULD SAY FOR QUICK REFERENCE. I DON'T SEE WHERE THIS HAS BEEN DONE. IF WE DO NOT ORGANIZE GEOGRAPHICALLY THESE DOZENS OF WITNESSES AND WORK FROM THAT LIST WE ARE JUST MOVING FORWARD WITHOUT A PLAN.          Jack B. Swerling
803-765-2626-o
803-730-9400-c
803-799-4059 -f



GOVERNMENT EXHIBIT 38

JA 5453

33323

Subj: **Re: Cast of Characters & Geographical Areas**
Date: 11/11/2003 9:31:49 AM Eastern Standard Time
From: Jacklaw
To: paige@brucklaw.com
CC: Jacklaw

**very good. i am very pleased. we went over it last night and it will be a great organizational tool.**

**Jack Swerling**
**1720 Main Street, Suite 301**
**Columbia, South Carolina 29201**
**803-765-2626 (o)**
**803-730-9400 (c)**
**803-799-4059 (f)**



GOVERNMENT EXHIBIT

39

PENGAD 800-631-6989

JA 5454 33318

Subj: **BASHAM**
Date: 11/11/2003 8:53:00 PM Eastern Standard Time
From: Jacklaw
To: lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET, JGS@JUSTICE.COM, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, TTHIEROLF@HOTMAIL.COM, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, SHEALYBOLAND@HOTMAIL.COM

**LESA AND I ACCOMPLISHED SEVERAL THINGS TODAY . WE INTERVIEWED TWO DETECTIVES FROM KENTUCKY STATE POLICE, DETECTIVE BRAD STEVENSON AND DETECTIVE SCOTT SMITH. MEMOS WILL FOLLOW. SPENT GOOD PART OF DAY LOOKING FOR VERONICA EVANS-CHAD'S EX SPOUSE**

Jack Swerling
1720 Main Street, Suite 301
Columbia, South Carolina 29201
803-765-2626 (o)
803-730-9400 (c)
803-799-4059 (f)

GOVERNMENT EXHIBIT
40
PENGAD 800-631-6989

JA 5455 33319

Subj:     **RE: social worker and adaptability**
Date:     11/17/2003 8:42:59 PM Eastern Standard Time
From:     paige@brucklaw.com
To:       Jacklaw@aol.com

I spoke with Jan today about getting started as soon as possible. We discussed going to Kentucky the first 3 weeks of December = at least those are the weeks I plan to be there. Jim Aiken will not need nearly as much time as Jan will need, so I'll find a time in the next couple of weeks for him to come down and meet and get going (he'll mainly need records and the info from other experts, as well as the interview notes from the people at the jail in Madisonville). I'll get with y'all about a mutually agreeable time to meet with each of them ASAP. Paige

-----Original Message-----
From: Jacklaw@aol.com [mailto:Jacklaw@aol.com]
Sent: Mon 11/17/2003 3:23 PM
To: Paige Tarr
Cc: Jacklaw@aol.com; jeans@swerlinglaw.com; gregharris@justice.com
Subject: social worker and adaptability


we have been approved t o hire a social w worker and adaptability expert. please move forward as quickly as possible. jean will forward a copy of the original motions as well as the juge's stamp granting the motions


GOVERNMENT
EXHIBIT
41
PENGAD 800-631-6089

JA 5456    32638

Subj:     **Re: basham**
Date:     11/18/2003 11:46:56 PM Eastern Standard Time
From:     yetto@mis.net
To:       Jacklaw@aol.com

Okay.

----- Original Message -----
**From:** Jacklaw@aol.com
**To:** lindab@justice.com ; Jacklaw@aol.com ; CGRAHAMSC@aol.com ; ECR@NMRS.COM ;
YETTO@mis.net ; JGS@justice.com ; PAIGE@BRUCKLAW.COM ; CJM0501@ALLTEL.NET ;
TTHIEROLF@hotmail.com ; SHARRISON@justice.com ; gacollias@citynet.net ; GREGHARRIS@justice.com ;
SHEALYBOLAND@hotmail.com ; hisker@swerlinglaw.com
**Sent:** Tuesday, November 18, 2003 11:32 PM
**Subject:** basham

**please add steve hisker to email list**

**everyone needs to forward to lesa the names of all witneses and a one liner
about who they are. also any records that are identified need to be sent to
lesa and as to both please id geographical location.**

**pleae let lesa know when an interview has been concluded or refused and
any new witnesses developed.**

**lesa could you run out a copy of both lists with captions Geographical areas
and update once per week. thanks**

**Jack Swerling**
**1720 Main Street, Suite 301**
**Columbia, South Carolina 29201**
**803-765-2626 (o)**
**803-730-9400 (c)**
**803-799-4059 (f)**



GOVERNMENT
EXHIBIT
42
PENGAD 800-631-6989

Subj: **Geographical chart**
Date: 11/21/2003 2:52:50 PM Eastern Standard Time
From: jeans@swerlinglaw.com
To: Yetto@mis.net
CC: traci@swerlinglaw.com, shealyboland@hotmail.com, paige@brucklaw.com, Yetto@mis.net, jacklaw@aol.com, saunders@swerlinglaw.com, gregharris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com, cgrahamsc@aol.com, akandare@justice.com, linda@swerlinglaw.com

Lesa,

Pursuant to Jack's request, please update the geographical chart. I believe he will be trying to coordinate travel plans with everyone in the next few weeks and needs an updated chart in order to do so.

Thanks, and contact us if you have any questions.



GOVERNMENT
EXHIBIT
43

Monday, November 24, 2003 America Online: Jacklaw

JA 5458 32689

Subj: **WITNESSES**
Date: 12/2/2003 4:13:25 PM Eastern Standard Time
From: Jacklaw
To: lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, TTHIEROLF@HOTMAIL.COM, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com

**PLEASE PLEASE PLEASE**
**COPY ME ON EVERYTHING. INTERVIEWS, WITNESS CONTACTS ETC., AND WITNESSES TO BE ADDED OR INSTITUTIONS TO BE ADDED TO OUR LISTS, IE-CAST OF CHARACTERS, GEOGRAPHICAL LIST, AND TIMELINE. IF YOU GET THE LISTS FROM LESA, PLEASE REVIEW IMMEDIATELY AND COMPARE TO WHAT YOU HAVE DONE AND MAKE SURE THE LIST HAS BEEN UPDATED=COPY ME AND LESA AND(AND SHEALY IF IT INVOLVES THE TIMELINE)**

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

GOVERNMENT EXHIBIT
44

PENGAD 800-631-6989

JA 5459 33281

Subj:      Re: November Billing Statement
Date:      12/3/2003 10:18:25 AM Eastern Standard Time
From:      Jacklaw
To:        yetto@mis.net
CC:        Jacklaw, gregharris@justice.com

please get with everyone. carlisle and paige are saying the list of characters is not up to date based on the completed interviews they have done. please see where the disagreeement is-this list is the most important document in the case. thanks

Jack B. Swerling
803-765-2626-o
803-730-9400-c
803-799-4059 -f



GOVERNMENT
EXHIBIT
45

JA 5460   32929

Subj: **Cast of Characters**
Date: 12/12/2003 12:31:49 PM Eastern Standard Time
From: yetto@mis.net
To: traci@swerlinglaw.com, Shealyboland@hotmail.com, paige@brucklaw.com, jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com, GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com, cgrahamsc@aol.com, cjm0501@alltel.net, akandare@justice.com, steve@swerlinglaw.com

Here's the latest. We are now at 606 names/contacts. This is a beast to say the least. The margin for error is great. So please check this document carefully and let me know if anything is wrong. If this chart is off, it throws the other charts off as well. I am sure Jake and I are bound to have missed something, but I believe this includes everything received to date, including CMC's most recent, SH's most recent and GH/LW trip this week. We have instituted a double check system that we hope is working.

I will update the individual areas later today.


Lesa F. Watson, C.C.D.I.
Paralegal/Investigator/Mitigation Specialist
Exec. Director/Asst. Secretary
Ky. Assoc. of Criminal Defense Lawyers
859.236.7088
859.583.1871 Cell
yetto@mis.net



GOVERNMENT
EXHIBIT
46

JA 5461
32920

Subj: **Re: BASHAM MEETING/DECEMBER 23, 2003**
Date: 12/18/2003 4:28:26 PM Eastern Standard Time
From: yetto@mis.net
To: CGRAHAMSC@aol.com, ECR@NMRS.COM, JACKLAW@aol.com, PAIGE@BRUCKLAW.COM,
CJM0501@ALLTEL.NET, akandare@justice.com, gacollias@citynet.net, jeans@swerlinglaw.com,
steve@swerlinglaw.com, traci@swerlinglaw.com, GREGHARRIS@justice.com,
SHEALYBOLAND@hotmail.com, saunders@swerlinglaw.com

I will be available on 859.236.7088.
Just left the doctor's and am slowly coming back from the flu. I will do my
very best to have the Cast of Characters updated by meeting time.

----- Original Message -----
From: <CGRAHAMSC@aol.com>
To: <ECR@NMRS.COM>; <YETTO@mis.net>; <JACKLAW@aol.com>;
<PAIGE@BRUCKLAW.COM>; <CJM0501@ALLTEL.NET>; <akandare@justice.com>;
<gacollias@citynet.net>; <jeans@swerlinglaw.com>; <steve@swerlinglaw.com>;
<traci@swerlinglaw.com>; <GREGHARRIS@justice.com>;
<SHEALYBOLAND@hotmail.com>; <saunders@swerlinglaw.com>
Sent: Thursday, December 18, 2003 3:33 PM
Subject: BASHAM MEETING/DECEMBER 23, 2003


>
>
> JACK HAS CALLED A MEETING IN THE CONFERENCE ROOM NEXT DOOR FOR
DECEMBER
23, 2003.
>
> TIME: 2:30 - 5:30
>
> THE FOLLOWING PLEASE ATTEND:
>
> Paige Tarr
> Carlisle McNair
> Lisa Watson/ Via Phone Conference
> Steve Hisker
> Harrison Saunders
> Greg Harris
> Carolyn Graham
> Jack Swerling
>
>
>

Wednesday, December 24, 2003 America Online: Jacklaw


GOVERNMENT
EXHIBIT
47
PENGAD 800-631-6989

JA 5462 32902

# M E M O R A N D U M

**To:** Greg Cook, Investigator

**From:** Jack Swerling/Greg Harris/Lesa F. Watson

**Subject:** West Virginia Investigation Assignment

**Date:** December 30, 2003

**CC:** Gary Collias

The following is a list of job assignments for you to conduct in the Huntington, WV area as soon as possible. We need as much of this information as possible no later than the end of January. Lesa Watson can assist you if you need help. The primary focus of our investigation is to establish Chadrick Fulks' familiarity/contacts with the Huntington, WV area.

1. Refer to the Cast of Characters Geographical Area E for a listing of names of persons that we have identified in West Virginia relevant to this case. Because of the Tri State proximity of Kentucky, West Virginia and Ohio, also refer to Geographical Area B for Catlettsburg and Ashland, KY for any persons you may know or, need contacting and Geographical Area H which includes portions of Ohio which are just across the river from Huntington.

2. **MOST IMPORTANT**: Locate and obtain any and all documentation relating to Chadrick Fulks/Fulks' family and the Tri State area. Driver's licensing, motor vehicles, taxes, schools, state court records. State court records may be misdemeanors that were pled out in each county as a subpoena to the West Virginia Department of Corrections garnered no records of state incarceration. Counties that would of course, be important are: Cabell, Wayne and Logan. Also check over in Ohio around his mother's. A records check has already been conducted in Boyd County Kentucky.

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*



GOVERNMENT EXHIBIT 48

JA 5463 32186

3.  Fulks' PSI at discovery pp. 2413-2428 will be most helpful to you. It reflects his various charges and the important fact that, as a juvenile, he escaped from a detention facility and remained on the lam for one (1) year, prior to appearing at his mother's in Ohio. His mother turned him in and he was placed in a juvenile facility in West Virginia. Records from this juvenile facility are most important. If you have difficulty obtaining them, please let Greg Harris/Jack Swerling/Lesa Watson know and we will obtain a subpoena for you.

4.  Do not contact any of the Burns' family members.

5.  Hold off on contacting any of Fulks' family. Just verify contact info and any other relevant information. Like how long they have lived in the area, family tree type information.

6.  Locate Beth McGuffin. Her mother is a good possible contact/locator. She has children. They have to either be with a family member or in the state's custody. Birth records may reflect the father's of these children as possible leads to her.

7.  Locate persons who are known associates of Fulks on the Cast of Characters. Anyone that can establish if he lived there for any period of time, how often he visited the area, etc. Heather Goodman is supposed to have known Fulks since they were five (5) years of age. They may have gone to school together. May be school records/year books. We don't know your contacts with the less desirable element of Huntington, but if you could locate and interview any of the drug dealers mentioned that would be good as well.

8.  It has been agreed that we will schedule interviews with FBI agents through the prosecutor. GH/LW were told by Lavelette Fire Department that they had been instructed not to speak to anyone. Go ahead and check out the Huntington FD and see if they will talk to you. Also, you can try the West Virginia State Police and the Huntington Police Department. Obtain copies of any reports they may have available.

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE
and/or
ATTORNEY WORK PRODUCT

JA 5464 32187

Branden Basham File
Page 3
December 30, 2003

C:\Documents and Settings\Jack\Local Settings\Temp\Temporary Directory 1 for CASTOFCHARACTERSGEOINDEXED.zip\CookMemo123003.wpd

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

*Page 3 of 3 Pages*

FROM PAIGE TARR
REC. 1-7-04

# MASTER TEACHER LIST

Pamela Chandler (School Psychologist who was dismissed for being mentally unstable within months after testing Branden) Possibly in Henderson county or Calhoun area

Freida Hedges Conrad (EBD teacher) teacher in Greenville, KY, but still lives in Madisonville (270)825-1349 (12/03)

Lois Ann Cummings (Guidance Counselor) James Madison Middle School

Debbie Allen Haley (EBD teacher) Currently in Dalton, GA

Clifford Jay (Instructional Assistant under Monte Mefford at middle school) Instructional Assistant at Jesse Stuart Elementary 1710 Anton Road 42431 (270)825-6033 H(270) in Earlington, KY (7/03)

Susan Mayes (2nd grade teacher at Anton Elementary) Retired 1725 Grampian Drive Madisonville, KY (270)821-4120

Monte Mefford (EBD teacher) Director of Daycare at the Veteran's Center in Hanson, KY W(270)322-9557 ext. 251 H (270)   in Madisonville (10/03 and 12/03)

Shelia Mills (Head of Special Ed for the Hopkins County Board of Education both then and now) 320 S. Seminary Street, Madisonville, KY 42431  (270)825-6000 (11/03)

Douglas Ming, Ph.D. ( ) works in Muhlenberg county school district H(270)825-0329 W (270)338-2871

Peggy Phalen (Special Ed teacher in summer school) Developmental Therapist at James Madison Middle School 510 Brown Road, Madisonville, KY (270)825-6160 (11/03)

Lisa Pullman Rogers (EBD teacher)   Developmental Therapist at Jesse Stuart Elementary 1710 Anton Road, Madisonville, KY (270)825-6033 (12/03)

Natalie Semba Harrington, Ph.D. - ( ) living in SC now and married to Rob Harrington

Kerry Smith (Instructional Assistant under Debbie Allen at the middle school) LBD teacher at James Madison Middle School 510 Brown Road, Madisonville, KY (270)825-6160 (11/03)

Richard Stanley (Anton Elementary Principal) Earlington Elementary principal 229 W. Thompson Street Earlington, KY 42410 (270)825-6154 (11/03)

Brenda Tompkins (School Psychologist who tested Branden as a 2nd grader) Private Psychological Services 108 S. Main Street, Madisonville, KY (270)821-5644 (12/03)


GOVERNMENT EXHIBIT
50
PENGAD 800-631-6989

Sharon Watkins (1ˢᵗ grade Anton Elementary) Earlington Elementary 229 W. Thompson Street Earlington (270)825-6154 (11/14/03)

Wendy Watts (School Psychologist) Now in Slaughters, KY(270)884-7436

Subj:    **Contacted/To be Contacted**
Date:    1/19/2004 9:44:23 PM Eastern Standard Time
From:    yetto@mis.net
To:      traci@swerlinglaw.com, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
         SHARRISON@justice.com, PAIGE@BRUCKLAW.COM, linda@swerlinglaw.com,
         jeans@swerlinglaw.com, Jacklaw@aol.com, GREGHARRIS@justice.com, wvcookpi@citynet.net,
         gacollias@citynet.net, ECR@NMRS.COM, CJM0501@ALLTEL.NET, CGRAHAMSC@aol.com,
         akandare@justice.com, Lisajkimbrough@yahoo.com

*Sent from the Internet (Details)*

350 persons yet to be contacted or need to be recontacted for follow up interviews. This number will be lower by the end of the week because Carolyn/Carlisle will be getting done with Indiana/Ohio area. Then it will always fluctuate up based upon contacts that we find through future interviews.

339 persons contacted - includes those FBI and law enforcement agents that have to be scheduled through S. Schools.
Need to factor in that we have to obtain records that have been subpoenaed as well as obtain subpoenaed material.
Also, we do not have forensic testing results yet. Need sufficient time to analyze and determine if we want independent testing of exhibits.

Lesa F. Watson, C.C.D.I.
Paralegal/Mitigation Specialist
859.236.7088 Home
859.583.1871 Cell
yetto@mis.net

*Please make a copy of all This for me* Done 1/30/04


GOVERNMENT EXHIBIT 51
PENGAD 800-631-6989

Sunday, January 25, 2004    America Online: Jacklaw

JA 5468 33074

Subj:       **REQUEST FOR MORE TIME**
Date:       1/24/2004 11:29:18 PM Eastern Standard Time
From:      cjm0501@alltel.net
To:         Jacklaw@aol.com
*Sent from the Internet (Details)*

*An investigation of this type is very detailed & complex. A great deal of travel is required to cover an eight (8) state area, to locate & interview witnesses, some of which are in remote, hard to reach areas, others have moved, which makes it more difficult to locate them. Since this is a multi-state investigation, documentation via Forthwith Orders & Subpoenas is very time consuming. I have the task at hand to not only investigate & interview witnesses for the defendant, but also interviews & gathering information involving the co-defendant. The documentation of both our defendant and the co-defendant involves additional time & travel. Because of the broad geographical area, I am spending a great deal of time in location efforts & travel. On average, for every ten (10) people interviewed, four (4) new potential witnesses are developed, which broadens our scope & increases the time needed to travel & interview these new witnesses.*

*My scope of work has included, but not limited too, identifying relevant witnesses, locating these witnesses, interviewing, serving subpoenas, obtaining court records, jail records and accompanying attorneys in interviewing crucial witnesses. I am also responsible for interviewing 40+ law enforcement officers (local, county, state & federal) involved in this case. I am also responsible for dictating & preparing voluminous amounts of information in memorandums to the defense attorneys.*

*Our defense team is limited to three (3) investigators who have been assigned to do the work of 40+ law enforcement officers, covering eight (8) states, who have the tools & resources defense investigators are not privy too.*

*Carlisle McNair*
*Basham Defense Investigator*
*01/24/04*



GOVERNMENT
EXHIBIT
**52**

PENGAD 800-631-6989

Sunday, January 25, 2004     America Online: Jacklaw

**JA 5469** 32522

Subj: **Re: memo and chron**
Date: 7/24/2004 6:11:42 PM Eastern Standard Time
From: Jacklaw
To: Vog12
CC: Jacklaw

JAN, I WILL CHECK ON THIS MONDAY. I AM OUT OF TOWN. PLEASE TAKE A MOMENT AND GIVE ME A PARAGRAPH SUMMATION OF EACH WITNESS YOU HAVE INTERVIEWED HIGHLIGHTING THE PERTINENT PARTS. ALSO CAN YOU GIVE ME A LIST OF THE MOST IMPORTANT WITNESSES FOR ME TO REVISIT AND/OR WHO WE MUST STILL INTERVIEW. I HAVE MASSIVE MAN POWER BUT NEED TO GET THEM IN THE RIGHT DIRECTION. THANKS

Jack Swerling
1720 Main Street, Suite 301
Columbia, South Carolina 29201
803-765-2626 (o)
803-730-9400 (c)
803-799-4059 (f)

GOVERNMENT EXHIBIT
53
PENGAD 800-631-6989

JA 5470

33145

Subj:       **Basham**
Date:       7/26/2004 5:36:20 PM Eastern Standard Time
From:       Vog12
To:         Jacklaw

Jack,
  I finished the family interview notes for you today and will briefly summarize the rest.  Lisa will have the same thing in her notes that I have in mine.  If I can't get these finished and to you by the time you leave, I will attach them to Lesa tomorrow and she can print them out at the hotel.  Hope you have a productive trip.  Call me if you need anything.  I emailed Donna to get directions to her house for the meeting Sunday and Monday so I can make sure she has all the background info she would want to incorporate.  I may be late on Sunday but can stay on Monday.

  Jan



GOVERNMENT
EXHIBIT
54

PENGAD 800-631-6989

JA 5471  32766

Subj:       **WITNESSES**
Date:       7/24/2004 6:15:35 PM Eastern Standard Time
From:       Jacklaw
To:         lindab@justice.com, Vog12, Jacklaw, CGRAHAMSC, YETTO@MIS.NET,
            RAWLAE@YAHOO.COM, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
            akandare@justice.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
            STEVE@swerlinglaw.com, jeans@swerlinglaw.com, traci@swerlinglaw.com,
            GREGHARRIS@JUSTICE.COM, LisajKimbrough@yahoo.com

**WE HAVE MASSIVE MAN(WOMAN POWER) BUT WE NEED TO USE IT TO
OUR ADVANTAGE. PLEASE TAKE A MOMENT AND REVIEW EVERYTHING.
PLEASE ANSWER THESE QUESTION(1) who is a must to still locate and
interview and (2) who must greg and i revisit to prepare them for trial.
THANKS**

Jack Swerling
1720 Main Street, Suite 301
Columbia, South Carolina 29201
803-765-2626 (o)
803-730-9400 (c)
803-799-4059 (f)

GOVERNMENT
EXHIBIT
55

PENGAD 800-631-6989

JA 5472  33146

**From:** Jacklaw@aol.com <Jacklaw@aol.com>
**To:** Vog12@aol.com <Vog12@aol.com>
**Cc:** Jacklaw@aol.com <Jacklaw@aol.com>
**Date:** Wednesday, July 28, 2004 5:53 AM
**Subject:** Re: WITNESSES

---

In a message dated 7/26/2004 11:12:00 AM Eastern Daylight Time, Vog12 writes:

> Lesa and I are in touch about who I need to see. We are waiting to see who she can locate and when I need to come even if it is mid-August. I have two overnighters on other cases but am working on preparation of testimony and visuals at home. Lesa and I spoke today about some potential family interviews with people I have not seen. Also, I am working on the questions for Kathy.
>
> Jan

**excellent-thanks**

Jack Swerling
1720 Main Street, Suite 301
Columbia, South Carolina 29201
803-765-2626 (o)
803-730-9400 (c)
803-799-4059 (f)



GOVERNMENT
EXHIBIT
56

PENGAD 800-631-6989

**From:** Traci Thierolf <Traci@swerlinglaw.com>

**To:** Paige Tarr <Paige@brucklaw.com>; Lesa Watson <yetto@mis.net>; STEVE@swerlinglaw.com <STEVE@swerlinglaw.com>; Lisajkimbrough@yahoo.com <Lisajkimbrough@yahoo.com>; GREGHARRIS@justice.com <GREGHARRIS@justice.com>; CJM0501@ALLTEL.NET <CJM0501@ALLTEL.NET>; CGRAHAMSC@aol.com <CGRAHAMSC@aol.com>; saunders@swerlinglaw.com <saunders@SwerlingLaw.com>; Vog12@aol.com <Vog12@aol.com>

**Cc:** jeans@swerlinglaw.com <jeans@swerlinglaw.com>; Jacklaw@aol.com <Jacklaw@aol.com>

**Date:** Tuesday, July 27, 2004 10:10 AM

**Subject:** Basham Team Communication

---

We are 4 weeks away from selecting a jury. We have a lot going on and quite a few people working on the case. In order to coordinate through 1 person I would appreciate if each of you would call my cell phone every evening between 5:30 - 7:00pm to let me know what you have done on the case for the day and what you are planning to do in the next couple of days. This way I can communicate with everyone and fill in the gaps if needed....keep up the good work...I look forward to talking with all of you tonight.

Jack Swerling
(803)730-9400

7/29/2004


GOVERNMENT EXHIBIT
57
PENGAD 800-631-6989

JA 5474
33134

Subj: RE CAST OF CHARACTERS
Date: 8/15/2004 1:13:44 PM Eastern Standard Time
From: Jacklaw
To: linda@swerlinglaw.com
CC: Jacklaw

**FROM TEN BROECK HOSPITAL**
DR. NASIRUDDIN SIDDIQUI
DR. MIREN ASUMENDI

**FROM PENNYROYAL HOSPITAL**
DR. LANA HOUSTON
MNARGALO ALTMAN
DR. ARTHUR LOSSNER
DR. HASSMAIN SADIQ
DR.MANUEL DE LA ROCHA
DR. EDMUND CAVAZOS
DR. JAMES ROZELLE

**FROM RIVENDELL HOSP**
DR. SCOTT LITTLETON
OLLIE DENNIS
MELINDA PORTER

**FROM REGIONAL MEDICAL CENTER**
LISA WATTS
DR. SEAN MCGUIRE
DR. LAWRENCE SEUSS
DR. ROGER LAIRD
AMY MELTON
MARGALO ALTMAN

**FROM TROVER**
DR. LAWRENCE SEUSS
DR. ROGER LAIRD

Jack B. Swerling
803-765-2626-o
803-730-9400-c
803-799-4059 -f



PENGAD 800-631-6989 GOVERNMENT EXHIBIT 58

JA 5475 33127

Subj:    **RE: re-basham**
Date:    8/10/2004 11:24:06 AM Eastern Standard Time
From:    saunders@swerlinglaw.com
To:    Jacklaw@aol.com

Jack-
We have split Richland Jail and are very close to completing our chart. We are not duplicating because we have split the work into time periods. We will interview all officers. We are also both working on Columbia Care and are doing the same. You can send the list to me.
Steve's email is steve@swerlinglaw.com

-----Original Message-----
**From:** Jacklaw@aol.com [mailto:Jacklaw@aol.com]
**Sent:** Tuesday, August 10, 2004 8:21 AM
**To:** saunders@swerlinglaw.com; hisker@swerlinglaw.com
**Cc:** Jacklaw@aol.com
**Subject:** re-basham

**just want to make sure that we are on the same page. one of you is working on richland jail and one is working on columbia care. who is doing what? whoever is working on columbia care, please let me know. i will send list of names. whoever is working on jail must look at incident reports and go over them with defendant. also need to interview officers in incidents**

Jack Swerling
1720 Main Street, Suite 301
Columbia, South Carolina 29201
803-765-2626 (o)
803-730-9400 (c)
803-799-4059 (f)



GOVERNMENT EXHIBIT
59
PENGAD 800-631-6989

JA 5476  32559

Subj:    **Possible route taken: Madisonville, Ky to Evansville, In**
Date:    8/15/2004 10:14:54 AM Eastern Standard Time
From:    cjm0501@alltel.net
To:      Rawlae@yahoo.com, akandare@justice.com, cjm0501@alltel.net, cgrahamsc@aol.com, ecr@nmrs.com, gacollias@citynet.net, wvcookpi@citynet.net, GregHarris@justice.com, saunders@swerlinglaw.com, Jacklaw@aol.com, jeans@swerlinglaw.com, yetto@mis.net, lisajkimbrough@yahoo.com, paige@brucklaw.com, hisker@scbar.org

# MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:        *Basham File*
FROM:      *Carlisle McNair*
Date:      *August 6, 2004*
RE:        *Route from Madisonville, Ky to Evansville, Ind*

---

*Pennyrile Parkway runs north & south through western Kentucky and is a direct route from Madisonville, Ky. to Evansville, Ind. The road becomes Hwy 41 after crossing Ind. state line. Hwy 41N travels through Evansville, Ind., Vandanburgh Co, pass the county sheriff's department on the right; pass the Marriott and Evansville Airport, also on the right. Volkman Rd. turns right off Hwy 41, 8 miles north of the sheriff's department. Baseline Rd. & Peterson Rd. are two major intersection between the sheriff's department & Volkman Rd. Volkman Rd. is a rural road 1.5 miles south of I-64 & 1.5 miles north of Baseline Rd, a major intersection. Volkman Rd. intersects with Old State Rd. 1.2 miles from Hwy 41N. This is a four way stop in a rural/farmland area. Left on Old State Rd., .3 tenths a mile, is the Rossi Farm and the tree line James Hawkins was left tied to a tree.*

*Photos were taken of the area.*



GOVERNMENT
EXHIBIT
60

JA 5477 32479

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

| | |
|---|---|
| TO: | *Basham File* |
| FROM: | *Carlisle McNair* |
| | *Greg Cook* |
| DATE: | *February 3, 2003* |
| RE: | *Most direct route from Gyannotte River to Haney Branch Rd to Hollywood Motel* |

| *FROM* | *TO* | *MILEAGE* |
|---|---|---|
| *Gyannotte River Bridge* | *Cell tower on I-64* | *7. 5 miles* |
| *Cell tower on I-64* | *Exit 7/Hwy 152/Wayne Co. line* | *3. 6 miles* |
| *Wayne Co. line* | *German Ridge Rd (rt. turn)* | *.7 miles* |
| *German Ridge Rd* | *3560 Haney Branch Rd (Kilgore) & cemetery/location of Samantha's burnt vehicle* | *2. 0 miles* |
| | *TOTAL MILEAGE* | *13. 8 miles* |
| *Cemetery/Haney Branch Rd* | *Hwy 75* | *1. 8 miles* |
| *Hwy 75* | *I-64* | *7. 6 miles* |
| *I-64* | *Kenova, WVA city limits* | *.2 miles* |
| *Kenova City Limits* | *Hwy 60E (rt. turn) Hollywood Motel Hwy 60 & 9th St* | *.9 miles* |
| | *TOTAL MILEAGE* | *10. 5 miles* |
| | ***ROUND TRIP*** | *24. 3 miles* |

*Assuming this is the route Fulks & Basham traveled, it took us 25 minutes to drive from the Guyanotte River Bridge to the cemetery & location of Samantha's car on Haney Branch Rd. Continuing on Haney Branch Rd to Hwy 75, was the most direct route back to the Hollywood Motel.*



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
61

# MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:        Jack Swerling/Greg Harris

FROM:      Carlisle McNair

DATE:      October 1, 2003

RE:        Brandon Basham File

---

*On September 30, 2003, I started at Wal-Mart on Hwy 501 in Conway and drove to Shallotte, NC, which took approx. 1 hour, traffic & etc. I took the shortest route according to MapQuest. The timeline indicates Donovan was carjacked at 2:37pm, 11/14/02. ATM card was used in Shallotte at 3:05pm. Not possible. The ATM card use at 3:27pm @ Pantry Store #482 on Hwy 90 in N. Myrtle Beach is most likely accurate. The other ATM stops are also accurate. The first time the ATM card was used in Shallotte was at 4:00pm at Dodge City Amoco, right off the Hwy 17 by-pass. The drive from Shallotte to Bee Tree Farms Rd in Winnabow took 1 hour 10 minutes, using directions from MapQuest. This is an area known only to locals. The hunting club at the end of Bee Tree Farms Rd is not easy to fine. While in the area, I stopped and spoke to Mr. Little, Ronald Perdue's father-in-law. Mr. Little had been drinking a little bit, but told me he feels certain Donovan's body is not in the Bee Tree Farms area. He advised since November 14, 2002, there have been hundreds of hunters in and around the area. He feels certain that if Donovan's body was in the area, someone would have stumbled upon it.*

*Joe Ludlam's statement doesn't add up. He indicates he saw a dark colored BMW occupied by two white males on Punch Bowl Rd at the Pee Dee river boat landing on November 15, 2002 between 2pm and 4pm. According to the timeline, Fulks & Basham returned to Beach Walk at 6:30pm on 11/14/02, after being seen at Bee Tree Farms at 5:00pm 11/14/02, in the BMW. Punch Bowl Rd is approx 12 miles from Wal-Mart in the opposite direction from what the ATM timeline indicates. This rules out 11/14/02 as the day Ludlam may have seen the BMW on Punch Bowl Rd. On 11/15/02, timeline indicates Fulks & Basham were in Raleigh, NC, where ATM was used at 00:20am. Timeline also indicates they were at Beth McGuffin's house in Huntington at 1:00pm 11/15/02, driving the BMW. No way they could have been on Punch Bowl Rd on 11/15/02 as Ludlam indicates.*



GOVERNMENT EXHIBIT
62

PENGAD 800-631-6989

*This happened right after Daylight Savings Time ended, and we have assumed all the ATM machines, personal watches and etc. had been re-set. If Ludlam is not sure of the date he saw the BMW, and he actually saw it on 11/14/02, then the lost hour could be important and Fulks & Basham would have had time to be on Punch Bowl Rd which, according to Ludlam was very muddy, after carjacking Donovan. This would also justify getting the car washed in Shallotte. Otherwise, the BMW and people Ludlam saw were not Fulks & Basham. Also, if they were on Punch Bowl Rd, they didn't dump her body there. Timeline indicates she spoke to her daughter at 4:28pm 11/14/02, from her cell phone, using a Brunswick County, NC cell tower. These towers cover a 10 to 15 mile radius.*

*My plans are to interview Ronald Perdue, Don Watkins, Vincent Driggers and David Hall next week (October 6-10, 2003.)*

*Following individuals have been interviewed:*
*Helen Cook*
*Tonya Richardson*
*Carl Jordan*
*Mark Cooper*
*David Cooper*
*Billy Martini*
*Margaret Moore*
*Oleita Hyman*
*Brandy Davis*
*Joe Ludlam*

**JA 5480** 08160

Subj: **Re: Myrtle Beach /w Harris & Watson**
Date: 11/2/2003 4:02:11 PM Eastern Standard Time
From: yetto@mis.net
To: cjm0501@alltel.net, tthierolf@hotmail.com, Shealyboland@hotmail.com, paige@brucklaw.com, jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com, GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com, cgrahamsc@aol.com, hisker@aol.com

Only addendum to memo:

We obtained map of Brunswick County, North Carolina [Bee Tree Farm] from county geographical mapping service.

Also, contemplated video of area/trip for Branden's review and possible memory trigger.

---- Original Message ----
From: Carlisle McNair
To: Traci Thierolf ; Shealy Boland ; Paige Tarr ; Lesa Watson ; Jean Strickler ; Jack Swerling ; Harrison Saunders ; Greg Harris ; Greg Cook ; Gary Collias ; ecr ; Carolyn Graham ; Carlisle McNair ; Steve Hisker
Sent: Tuesday, October 28, 2003 10:45 PM
Subject: Trip: Myrtle Beach /w Harris & Watson

# MEMORANDUM
# ATTORNEY/CLIENT ONLY

TO: **Basham File**

FROM: **Carlisle McNair**

DATE: **October 27, 2003**

RE: **Trip to Myrtle Beach**
**Harris & Watson**

On October 23, 2003, Greg Harris & myself traveled to Myrtle Beach/Conway, SC, to meet with Lesa Watson to orientate her with the area and put her in perspective with the case concerning South Carolina. On October 24, 2003, we traveled the same route Fulks & Basham took, from the Wal-Mart in Conway; to Bee Tree Farms Rd, Winnabow, NC; to the address of Beach Walk Motel (unable to locate), following the time-line, stopping at all the locations described on the time-line. The times are pretty much on the mark, based on witness statements & ATM usage. For whatever it's worth, based on the fact that witnesses saw Fulks & Basham, with a woman on Bee Tree Rd (5pm 11/14/02) and the fact that Fulks & Basham arrived at the Beach Walk Motel at 6:30pm 11/14/02 (Severance); the fact that Bee Tree Rd area was relentlessly searched by law enforcement (11/28/02), with negative results and the fact that Fulks describes the Bombing Range Rd area as the location they dumped Donovan's body, we came to the conclusion that Alice Donovan's body may very well be in the Bombing Range Rd area off Hwy. 90, between Conway & Little River, SC. We are awaiting forensics report on Donovan's car to be more certain of our conclusion. The investigation will continue to focus on Fulks background in an attempt to



GOVERNMENT
EXHIBIT
**63**

JA 5481 32408

associate him with these locations.

Received from Lesa Watson, Hopkins County Detention Center Records on Basham (disc/hard copy) and maps.

JA 5482  32409

Subj:     **SC Interviews**
Date:     10/7/2003 8:42:41 PM Eastern Standard Time
From:     cjm0501@alltel.net
To:       Jacklaw@aol.com
*Sent from the Internet (Details)*

I have interviewed all witnesses in SC that I found in discovery. Do you want me to interview law enforcement?

Carlisle McNair
cjm0501@alltel.net
803-356-2324 h
803-608-5576 cell



JA 5483  32421

Subj:     **Law Enforcement list**
Date:     10/10/2003 5:25:47 PM Eastern Standard Time
From:     cjm0501@alltel.net
To:       tthierolf@hotmail.com, Shealyboland@hotmail.com, paige@brucklaw.com, lindab@justice.com,
          yetto@mis.net, jgs@justice.com, Jacklaw@aol.com, sharrison@justice.com,
          GregHarris@justice.com, cgrahamsc@aol.com, cjm0501@alltel.net, ecr@nmrs.com,
          gacollias@citynet.net

*Sent from the Internet (Details)*

## Law Enforcement Involved
## Fulks & Basham Case

**SOUTH CAROLINA - FBI**
SA Jeffery M. Long
SA Clyde Merryman
SA Marc E. Williamson
SA Jeffery C. Newton
SA Maurice Kelliher
SA Jacquelyn K. Hamelrych
SA Dwight M. Ellisor
SA Paul Cox
Wayne Matthews - Pilot
Van Safriet - Pilot

**SOUTH CAROLINA - HORRY COUNTY POLICE**
Allen Jones
Gary Ervin
Robert Carr
Todd Cox
Tony Collins
Catrina Hipp - VA
Dean Bishop
Randy Rizzo
Don Parker
Det. Addison
Jill Domogauer
Sgt. Perrit
Chief Sam Hendrick - Conway PD
Capt. Gary Schilling - Conway PD
Troy Wilkerson - Conway PD
Lt. Charles Sessions - Conway pd

**KENTUCKY - FBI**
SA Frank S. Vito
SA Carl Christensen
SA Patrick J. Maley

**INDIANA - FBI**
SA Christopher M. Favo
SA Timothy J. Therault
SA Dale Tipton
SA Robert J. Ramsey
SA Ronald M. Ryniak
SA Charles S. Porucznik
SA David E. Steele
SA Anthony T. Riedlinger
SA David A. Wintrode
Melissa L. Sims - Evidence Tech



GOVERNMENT
EXHIBIT
65

JA 5484
46725

*Susan M. Graff - Evidence Tech*
*SA Theodore R. May*
*SA Thomas L. VanWormer*
*SA Christopher E. Allen*
*Jeff Lontewshipe - Michigan City PD*

*If anyone knows of any more officers involved in the case, please add and let me know.*

*Carlisle McNair*
*cjm0501@alltel.net*
*803-356-2324 h*
*803-608-5576 cell*

JA 5485   46726

Subj: **Conway Police Interviews**
Date: 10/14/2003 12:06:39 PM Eastern Standard Time
From: cjm0501@alltel.net
To: tthierolf@hotmail.com, Shealyboland@hotmail.com, paige@brucklaw.com, lindab@justice.com, yetto@mis.net, jgs@justice.com, Jacklaw@aol.com, sharrison@justice.com, GregHarris@justice.com, gacollias@citynet.net, ecr@nmrs.com, cgrahamsc@aol.com, cjm0501@alltel.net, wvcookpi@citynet.net

*Sent from the Internet (Details)*

TO: *Basham File*

FROM: *Carlisle McNair*

DATE: *October 14, 2003*

RE: *Conway Police Department Interviews*

---

*On 10/13/03 & 10/14/03, the following list of police officers from Conway Police department, who worked on the Fulks/Basham case, were contacted either in person, by telephone or e-mail to schedule date & time for interview:*

*Det. Rizzo*
*Sgt. Parker*
*Sgt. Addison*
*Det. Domogauer*
*Sgt. Perrit*
*Capt. Schilling*
*Chief Hendrick*
*Sgt. Wilkerson*
*Lt. Sessions*
*Det. Staples*
*VAO Hipp*

*On 10/14/03, I received an e-mail from Chief Sam Hendrick indicating he had directed his officers not to discuss the case with anyone without the consent of the solicitor; pending state death penalty case in Horry County against Fulks & Basham.*



GOVERNMENT
EXHIBIT
66

JA 5486 32417

Subj: **Re: Conway Police Interviews**
Date: 10/15/2003 9:18:59 AM Eastern Standard Time
From: cjm0501@alltel.net
To: Jacklaw@aol.com
*Sent from the Internet (Details)*

Sorry. Would you call Hembree to get me permission to talk to those officers in Conway, Sled & Horry County Police?

Thanks, Carlisle

----- Original Message -----
From: Jacklaw@aol.com
To: cjm0501@alltel.net
Cc: Jacklaw@aol.com
Sent: Tuesday, October 14, 2003 7:21 PM
Subject: Re: Conway Police Interviews

**please remember to do separate memos for each interview or activity**

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**



GOVERNMENT
EXHIBIT
67

Saturday, October 18, 2003 America Online: Jacklaw

JA 5487   32415

Subj: **Re: carlisle-interviews**
Date: 10/19/2003 5:01:38 PM Eastern Standard Time
From: cjm0501@alltel.net
To: Jacklaw@aol.com
*Sent from the Internet (Details)*

I agree. Chief Hendrick has instructed his people not to talk to me without solicitor involvement, due to pending death penalty case in Horry Co. Will you contact Hembree and get the OK to talk to these officers? I have an appointment with FBI Agent Jeff Long Thursday morning 10/23/03, in Myrtle Beach. If you get the OK from Hembree, I can go sooner or stay longer.

Thanks,
Carlisle
608-5576 cell
356-2324 h
cjm0501@alltel.net

— Original Message —
**From:** Jacklaw@aol.com
**To:** lindab@justice.com ; CGRAHAMSC@aol.com ; JGS@JUSTICE.COM ; GREGHARRIS@JUSTICE.COM ; PAIGE@BRUCKLAW.COM ; ECR@NMRS.COM ; Jacklaw@aol.com ; TTHIEROLF@HOTMAIL.COM ; SHEALYBOLAND@HOTMAIL.COM ; CJM0501@ALLTEL.NET ; SHARRISON@JUSTICE.COM ; YETTO@MIS.NET ; gacollias@citynet.net
**Sent:** Sunday, October 19, 2003 10:22 AM
**Subject:** carlisle-interviews

**carlisle**
**i think with your background it would be helpful if you interview all law enforcement -those on your email of 10/10 as well as others to be discovered. to the extent possible someone should go with you.**
**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**



GOVERNMENT
EXHIBIT
68

JA 5488  32414

Subj: LE Interviews(names & contact numbers)
Date: 10/21/2003 7:06:39 PM Eastern Standard Time
From: cjm0501@alltel.net
To: tthierolf@hotmail.com, Shealyboland@hotmail.com, paige@brucklaw.com, yetto@mis.net, jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com, GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com, cgrahamsc@aol.com, cjm0501@alltel.net, hisker@aol.com

# MEMORANDUM
# ATTORNEY/CLIENT ONLY

**TO:**          Basham File

**FROM:**     Carlisle McNair

**DATE:**      October 21/ 2003

**RE:**          FBI Agents (SC/NC) names & contact numbers

---

On October 21, 2003, I left messages for the following FBI Agents to call me to set up appointment for interview:

**11:20AM**  Marc Williamson - FBI Charleston  843-722-9164
          Left Message on voicemail

**11:23AM**  Jeffery Newton - FBI Greenville  864-232-3808
          Left message on voicemail.
**1:15PM**    Received a return call

**11:25AM**  Maurice Kelliher - FBI Myrtle Beach  843-449-2266
          Left message on voicemail

**11:27AM**  Jacquelyn Hamelrych - FBI Florence  843-662-9363
          No answer.

**11:35AM**  Dwight Ellisor - FBI Columbia  803-551-4306
          Set up interview for 3pm 10/21/03
**1:00PM**    Received call from Ellisor canceling 3pm appointment

**11:52AM**  Paul Cox - FBI Wilmington  910-791-9393
          Left message on voicemail



GOVERNMENT
EXHIBIT
69

JA 5489  32411

Subj:   **SC/NC Interviews**
Date:   11/7/2003 5:01:30 PM Eastern Standard Time
From:   cjm0501@alltel.net
To:   tthierolf@hotmail.com, Shealyboland@hotmail.com, paige@brucklaw.com, yetto@mis.net,
jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com,
GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com,
cgrahamsc@aol.com, cjm0501@alltel.net, steve@swerlinglaw.com

# MEMORANDUM
# ATTORNEY/CLIENT ONLY

*TO:*     *Basham File*

*FROM:*   *Carlisle McNair*

*DATE:*   *November 7, 2003*

*RE:*     *SC/NC Interviews Conducted*
       *Group 7, 10 & 16*

---

1.  *SA Clyde Merryman (Retired)*    *FBISC*
2.  *Ronald Perdue*    *NC*
3.  *David Hall*    *NC*
4.  *Don Watkins*    *NC*
5.  *Vincent Driggers*    *NC*
6.  *Helen Cook*    *SC*
7.  *Tonya Richardson*    *SC*
8.  *Carl Jordan*    *SC*
9.  *Mark Cooper*    *SC*
10.  *David Cooper*    *SC*
11.  *Billy Martini*    *SC*
12.  *Margaret Moore*    *SC*
13.  *Oleita Hyman*    *SC*
14.  *Brandy Davis*    *NC*
15.  *Joe Ludlam*    *SC*
16.  *Det. Randy Rizzo*    *CPD SC*
17.  *Lt. Charles Sessions*    *CPD SC*
18.  *Chief Sam Hendricks*    *CPD SC*

*Awaiting the <u>OK</u> from Solicitor & US Attorney to interview:*

1.  *Sgt. Parker*    *CPD SC*
2.  *Sgt. Addison*    *CPD SC*
3.  *Det. Domogauer*    *CPD SC*
4.  *Sgt. Perrit*    *CPD SC*
5.  *Capt. Schilling*    *CPD SC*
6.  *Sgt. Wilkerson*    *CPD SC*
7.  *Det. Staples*    *CPD SC*
8.  *VAO Hipp*    *CPD SC*

GOVERNMENT
EXHIBIT
70
PENGAD 800-631-6989

JA 5490   32405

9. Sgt. Rodney Sarvis     *HCPD SC*
10. Det. Grey     *HCPD SC*
11. Sean Addison     *HCPD SC*
12. Cpl. Owen Rodmaker     *GCSO SC*
13. Off. Jones     *HCPD SC*
14. SA Jeff Long     *FBI SC*
15. SA Dwight Ellisor     *FBI SC*
16. SA Marc Williamson     *FBI SC*
17. SA Jeffery Newton     *FBI SC*
18. SA Maurice Kelliher     *FBI SC*
19. SA Jacquelyn Hamelrych     *FBI SC*
20. SA Paul Cox     *FBI NC*

JA 5491  32406

Subj:       **Add to list from Carlisle**
Date:       12/5/2003 1:43:28 AM Eastern Standard Time
From:       cjm0501@alltel.net
To:         tthierolf@hotmail.com, hisker@scbar.org, Shealyboland@hotmail.com, paige@brucklaw.com,
            yetto@mis.net, jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com,
            GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com,
            cgrahamsc@aol.com, cjm0501@alltel.net, akandare@justice.com

Lesa,
Please add the following to the witness list:
Carol Sharpe - knows Basham family
Alisha Sharpe - grew up with B. Basham
Donnie Durham - in jail with Basham & Fulks
Shawn Blanton - in jail with Basham & Fulks
Nancy Andrews - in jail with V. Evans
Lindsey Clan - in jail with V. Evans
Linda McVay - in jail with V. Evans
Deann Gardner - grew up with Charlotte & B. Basham
Ruth Watson - knows Cathy Basham & about her drug use
Summer Basham Ruley - cousin of B. Basham
Tommy Basham, Jr. - cousin of B. Basham. In detox.
Scott Basham - cousin of B. Basham
Bucky Emory - homosexual lover of B. Basham
Basil Jones - friend of B. Basham. Knows Basham family. Lives on Oakdale Dr.
Jerome McKecknie - cousin of B. Basham
All of which are in the Hopkinsville/Madisonville area.

Carlisle McNair
cjm0501@alltel.net



GOVERNMENT
EXHIBIT
**71**

JA 5492 32399

Subj: **Re: BASHAM**
Date: 12/6/2003 11:23:13 PM Eastern Standard Time
From: cjm0501@alltel.net
To: Jacklaw@aol.com

*I'll take care of this.*

*Carlisle*

----- Original Message -----
From: Jacklaw@aol.com
To: CJM0501@ALLTEL.NET
Cc: Jacklaw@aol.com ; gregharris@justice.com ; PAIGE@BRUCKLAW.COM
Sent: Saturday, December 06, 2003 10:52 AM
Subject: BASHAM

**PAIGE SAYS THE NAME OF GUY MAY HAVE ABUSED BRANDON AND OTHERS AND CONVICTED MAY TOM deFATTE. TALK TO PAIGE. LET SEE WHAT WE CAN FIND OUT**

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**



GOVERNMENT
EXHIBIT
**72**

JA 5493
32396

Subj: **02/01/04 - 02/06/04**
Date: 1/30/2004 9:59:40 AM Eastern Standard Time
From: cjm0501@alltel.net
To: traci@swerlinglaw.com, hisker@scbar.org, Shealyboland@hotmail.com, paige@brucklaw.com, yetto@mis.net, jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com, cgrahamsc@aol.com, cjm0501@alltel.net, akandare@justice.com, lisajkimbrough@yahoo.com

**02/01/04 - 02/06/04**
**Going to W. Virginia and work with Greg Cook.**

Carlisle

GOVERNMENT
EXHIBIT
**73**

JA 5494 32512

## WEEK OF 02/01/04 - 02/05/04

Travel to Huntington, Wva.
Meeting with Greg Cook
Conducted records search in Wayne Co. WVa (Fulks)
Obtained records from Cabell County Courthouse (Fulks)
Located Hollywood Motel
Located area Burns body was supposedly disposed
Located where Burns car was recovered
Photos taken by Cook
Interview: Amber Fowler
Interview: Mrs. Tomblin (McGuffin's grandmother)
Interview: Mack Kilgore
Interview: David Woodyard
Interview: Larry Tomblin
Interview: Jason Paynter
Interview: Che McCoy
Interview: Sonya Johnson
Interview: Sgt. A.H. Arnold
ATL: Beth McGuffin
ATL: Bobby McDaniels
ATL: Stacey Thacker Workman
ATL: Rob Holley (Perry)
ATL: Liz Johnson
ATL: Heather Goodman

Gary, Sorry you didn't get the 1st e-mail. I plan to be back in the very near future to help Greg locate these other people.

Carlisle McNair
cjm0501@alltel.net
803-356-2324 h
803-608-5576 c



GOVERNMENT EXHIBIT 74

JA 5495 32510

Subj:    **Chad Fulks & Amber Fowler**
Date:    3/17/2004 6:24:45 PM Eastern Standard Time
From:    cjm0501@alltel.net
To:      traci@swerlinglaw.com, hisker@scbar.org, Shealyboland@hotmail.com, paige@brucklaw.com, yetto@mis.net, jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com, GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com, cgrahamsc@aol.com, cjm0501@alltel.net, akandare@justice.com, lisajkimbrough@yahoo.com

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:      Basham File
FROM:    Carlisle McNair
         Carolyn Graham
DATE:    February 19, 2004
RE:      Chad Fulks address in Conway, SC

---

January 1997, Chad Fulks & Amber Fowler lived at 1253 Knotty Branch Rd. Conway, SC. They rented a mobilehome from Mrs. Richardson @ 1350 Knotty Branch Rd. Conway(843-397-3495). We spoke to Mr. Richardson who verified Chad & Amber lived at 1253 Knotty Branch Rd. for one month or less. The rental agreement was in Amber's name. We spoke to Tim Mitchell who currently rents 1253 Knotty Branch from the Richardson's. 843-333-7818 cell, 843-946-9821 work. Mitchell did not know Fulks or Fowler. Knotty Branch Rd is in the area of Juniper Bay Rd, Carl Jordan's residence, Moore's residence, Hyman residence, the area Chad & BB got caught breaking into Jordan's house. Chad knows this area, not BB.



GOVERNMENT EXHIBIT
75

JA 5496 32487

Subj:   **Investigation in Huntington, W.Va.**
Date:   8/14/2004 10:11:32 AM Eastern Standard Time
From:  cjm0501@alltel.net
To:    traci@swerlinglaw.com, hisker@scbar.org, paige@brucklaw.com, lisajkimbrough@yahoo.com,
       yetto@mis.net, jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com,
       GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com,
       cgrahamsc@aol.com, cjm0501@alltel.net, akandare@justice.com, Rawlae@yahoo.com

## MEMORANDUM
### ATTORNEY/CLIENT ONLY

TO:       *Basham File*
FROM:   *Carlisle McNair*
DATE:   *July 27, 2004*
RE:     *Huntington, W.Va. Investigation*

---

*On July 27, 2004, I traveled to Huntington, W.Va. to assist Greg Cook in with the Basham/Fulks investigation.*

*On July 28, 2004, we attempted to locate Christopher Pinkston 16733 Bear Creek Rd. Cattlesburg, Ky. No such address on Bear Creek Rd. The numbers start at 17000. No Pinkstons listed in the phone book on Bear Creek Rd. Pinkston's we contacted didn't know Christopher. Greg will continue follow-up.*

*According to courthouse records, Stacy Workman was residing at 4612 Camp Creek Rd. Huntington, W.Va. This was a wrong address. Stacy Edward Workman is a w/m charged with armed robbery. Not the right Stacy Workman. We later learned the Stacey Workman we are looking for is still in federal custody and scheduled to be returned to Huntington 07/30/04. Beth McGuffin is also in federal custody and will be returned at a later date. Greg Cook will follow-up.*

*Contacted Garnett Goodman in person, Heather Goodman's mother. She advised she would contact Heather & have her get in touch with Greg Cook. Greg will follow-up.*

*Cook has interviewed or attempted to interview the following individuals. Memos sent:*
*Ron Copley*
*-retired to Florida*
*-will not return phone calls*

*Ira Crockett*
*-never follow-up since Crockett was eliminated as a suspect*

*Diana Dailey*
*-no information*

*Chris Fleming*
*-interviewed by Greg Cook*

*Brad Fulks*
*-refused to talk to Cook*

*Charmen Gentry*
*-cadaver dog handler*
*-no information*

*Jean Glover*
*-interviewed by Cook*


GOVERNMENT
EXHIBIT
76

JA 5497  32480

*Huntington Fire Department*
*-instructed not to talk to anyone other than law enforcement*

*-Linda Hutchinson*
*-interviewed by Cook*

*Michelle Johnson*
*-not relevant to this case*

*-Ashley Lambert*
*-interviewed by Cook*

*Trey (LNU) & Phillip (LNU)*
*-Cook UTL*

*Bobby McDaniels*
*-Cook UTL*

*Officer Corder*
*-will not return phone calls*
*-Cook will follow-up*

*Rob Perry*
*-Cook UTL*

*Mark Pyles*
*-Cook has no idea where Pyles fits in to this case*
*-Cook ATL*

*John Rembert*
*-Cook ATL*

*Jim Terry*
*-Cook Interviewed*

*Karen Tomblin*
*-Cook interviewed*

JA 5498    32481

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:        Basham File
FROM:      Carlisle McNair
DATE:      September 9, 2004
RE:        Incident in Z-Dorm Alvin S. Glenn
           September 5, 2004

On September 9, 2004, I was allowed to view the video tape of the altercation between Basham & correctional staff at Alvin S. Glenn at 8pm on September 5, 2004. Video showed correctional officers at Basham's cell door for whatever reason. Other officers respond and enter Basham's cell. As many as eight (8) officers were in Basham's cell at one time. Officers were in the cell for less than three (3) minutes, before coming out of the cell with Basham in restraints. Basham was escorted out of the cell by one correctional officer, followed by the other officers. Video does not show more than one officer with his hands on Basham. Another inmate, who was identified as Williams, positioned himself across from Basham's cell to get a clear view of the altercation that took place inside the cell outside the view of the camera. At no time, in view of the camera, was there any indication that Basham was mistreated or manhandled in any way.



GOVERNMENT EXHIBIT 77
PENGAD 800-631-6989

Subj:  Alvin S. Glenn interviews
Date:  10/5/2004 12:03:58 AM Eastern Daylight Time
From:  "Carlisle McNair" <cjm0501@alltel.net>
To:    "Anna Rawl" <Rawlae@yahoo.com>,  "Adrian Kandare" <akandare@justice.com>,
       "Carlisle McNair" <cjm0501@alltel.net>,  "Carolyn Graham" <cgrahamsc@aol.com>,
       "ecr" <ecr@nmrs.com>,  "Gary Collias" <gacollias@citynet.net>,  "Greg Cook"
       <wvcookpi@citynet.net>,  "Greg Harris" <GregHarris@justice.com>,  "Harrison Saunders"
       <saunders@swerlinglaw.com>, &"Jack Swerling" <Jacklaw@aol.com>,  "Jean Strickler"
       <jeans@swerlinglaw.com>,  "Lesa Watson" <yetto@mis.net>,  "Lisa Kimbrough"
       <lisajkimbrough@yahoo.com>,  "Paige Tarr" <paige@brucklaw.com>,  "Steve Hisker"
       <hisker@scbar.org>
Sent from the Internet (Details)

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:        Basham File
FROM:      Carlisle McNair
DATE:      October 4, 2004
RE:        Alvin S. Glenn interviews

-----------------------------------------------------------------------------------

*The following correctional officers & nurses from Alvin S. Glenn, were located & interviewed:*

**09/07/04**

1. Joseph Garvin
2. Manwello Mack
3. Lee James
4. Jacie Weston
5. Ronald Hayes
6. Scott Woods
7. Markilo Anderson
8. Henry Sulton
9. Kenneth Scott
10. Beverly Burroughs
11. Christine Watkins

**09/08/04**

1. John Reid
2. Robert Waters
3. Eric Dash
4. Bruce Wright
5. Curtis Bufford
6. Jimmy White
7. Jimmy Kinsey
8. Paul Jarvis
9. Dean Morgan

**09/09/04**

GOVERNMENT
EXHIBIT
78

JA 5500   32449

1. *David Silliman*
2. *Kenneth Brown*
3. *Antwane Goldwire*
4. *Clarence Stutts*

**09/20/04**

1. *Costello Dobey*
2. *John Whittleton*
3. *Preston Moore*
4. *Jerome Wells*
5. *Sgt. Roy Johnson*
6. *David Riley*
7. *Doris Samuels*

**09/27/04**

1. *Micah Rogers*
2. *Mr. Gaston, RN*
3. *Cheryl Denny*
4. *Robin Terry*
5. *Volomac Hamilton*
6. *James Smith*
7. *Nicolas Daniels*
8. *Leon McMillian*
9. *Sgt. Keith Karn*

**09/28/04**

1. *Floyd Wilson*
2. *Travis Felder*
3. *Francis Kirkland*
4. *Ernest Simmons*
5. *Sgt. Walter Smith*
6. *Robert McEachern*
7. *Raymond Hilliard*
8. *Kimberly Spence*
9. *Teddie Waley*

*Following officers, who no longer work at Alvin S. Glenn, have not been interviewed:*

1. *Walter Hugley: No address found (Auto Track); left numerous messages on his cell phone; attempts to locate will continue*
2. *Ametra Hayward: Ms. Hayward contacted Swerlings office 09/30/04. Paige has a phone number; contact will be made*
3. *Terry Gilley: Numerous attempts to contact Gilley at home; messages left to contact; attempts to locate will continue*

JA 5501 32450

Subj: Butner FMC interviews
Date: 10/5/2004 12:12:24 AM Eastern Daylight Time
From: "Carlisle McNair" <cjm0501@alltel.net>
To: "Anna Rawl" <Rawlae@yahoo.com>, "Adrian Kandare" <akandare@justice.com>,
"Carlisle McNair" <cjm0501@alltel.net>, "Carolyn Graham" <cgrahamsc@aol.com>,
"ecr" <ecr@nmrs.com>, "Gary Collias" <gacollias@citynet.net>, "Greg Cook"
<wvcookpi@citynet.net>, "Greg Harris" <GregHarris@justice.com>, "Harrison Saunders"
<saunders@swerlinglaw.com>, "Jack Swerling" <Jacklaw@aol.com>, "Jean Strickler"
<jeans@swerlinglaw.com>, "Lesa Watson" <yetto@mis.net>, "Lisa Kimbrough"
<lisajkimbrough@yahoo.com>, "Paige Tarr" <paige@brucklaw.com>, "Steve Hisker"
<hisker@scbar.org>
Sent from the Internet (Details)

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:           Basham File
FROM:         Carlisle McNair
DATE:         October 4, 2004
RE:           Butner FMC interviews
--------------------------------------------------------------------------------

*Following officers & nurses were located & interviewed from Butner FMC:*

### 09/15/04

1. Denise Simmons
2. Jennifer Miosi
3. Lt. Eddie Ledford
4. Bronner Allen
5. Francis Elwood

### 09/20/04

1. Lee Etris

### 09/21/04

1. Roy Moore

JA 5502  32451

Subj:   Butner FMC interviews
Date:   10/5/2004 12:12:24 AM Eastern Daylight Time
From:   "Carlisle McNair" <cjm0501@alltel.net>
To:     "Anna Rawl" <Rawlae@yahoo.com>,   "Adrian Kandare" <akandare@justice.com>,
        "Carlisle McNair" <cjm0501@alltel.net>,   "Carolyn Graham" <cgrahamsc@aol.com>,
        "ecr" <ecr@nmrs.com>,   "Gary Collias" <gacollias@citynet.net>,   "Greg Cook"
        <wvcookpi@citynet.net>,   "Greg Harris" <GregHarris@justice.com>,   "Harrison Saunders"
        <saunders@swerlinglaw.com>, "Jack Swerling" <Jacklaw@aol.com>,   "Jean Strickler"
        <jeans@swerlinglaw.com>,   "Lesa Watson" <yetto@mis.net>,   "Lisa Kimbrough"
        <lisajkimbrough@yahoo.com>,   "Paige Tarr" <paige@brucklaw.com>,   "Steve Hisker"
        <hisker@scbar.org>

Sent from the Internet (Details)

# MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:         Basham File
FROM:       Carlisle McNair
DATE:       October 4, 2004
RE:         Butner FMC interviews

---

Following officers & nurses were located & interviewed from Butner FMC:

### 09/15/04

1. Denise Simmons
2. Jennifer Miosi
3. Lt. Eddie Ledford
4. Bronner Allen
5. Francis Elwood

### 09/20/04

1. Lee Etris

### 09/21/04

1. Roy Moore

GOVERNMENT
EXHIBIT
79

# M E M O R A N D U M

TO: Lesa, Paige and the Branden Basham File
FROM: Jack B. Swerling                    DUPLICATE
DATE: Wednesday, November 19, 2003
RE: Things To Do

---

Lesa, please note the following on our geographical charts and the cast of characters; Paige please list the following records on your list of records to be obtained. Please secure the records, check them off when received, and give them to me when received. Please keep a list of all records that we are seeking, if they have been requested, and if they have been received.

Please integrate all of the names from Carlisle McNair's list of November 17, 2003 which involves groups of 7, 10, and 16.

Please list the Ten Brook Hospital, DuPont and the two doctors. Dr. Siddiqui and Dr. Asumendi. Dr. Siddiqui's first name is Nasiruddin.

Please list in the appropriate list Charter Hospital in Evansville, Charter Hospital in Lexington, Cincinnati Psychiatric, Columbus Hospital, Methodist Group Home.

Also please list Basham's juvenile attorneys Tim Arnold and Umeka Foreman.

Please also note Detectives Scott Smith, Brad Stevenson and Devon Brewer on the appropriate list.

Also please list the counties in which we got court records and for whom.

Please also list the Kentucky State Police records for all charges relating to Basham, Fulks, and Veronica Evans.

Please list the Children's agency that has the records on the child that was abused by Chad Fulks.

Please list Trooper Bob Winters who has a drug charge on Chad Fulks.

Please list Webster State Hospital on the charts as well as the staff that we intend to interview. Dr. Emmanuel Nierva, Dr. Irene Pasquin, Dr. Richard Lunsford, Ken Gusetto, Paula Holcomb.

JBS:lhb

1


GOVERNMENT EXHIBIT 80

JA 5504   33122

Subj:   **RE-MEMO/ MEMO #1**
Date:   12/4/2003 8:53:59 PM Eastern Standard Time
From:   Jacklaw
To:     lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
        jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
        TTHIEROLF@HOTMAIL.COM, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
        GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
        akandare@justice.com

**AS I REVIEW THE RECORD S , MEMOS, AND DISCOVERY I WILL SEND
MEMOS OUT TO EVERYONE . THE EMAIL WILL BE NUMBERED AND WHEN
RESPONDING PLEASE REFER TO EMAIL NUMBER. LESA WILL ENTER ANY
WITNESSES IN HER LISTS, SHEALY WILL MAKE ENTRIES ON HER TIMELINS
AND PAIGE WILL MAKE ENTRIES ON HER CHART. THERE MAY BE SPECIFIC
INSTRUCTIONS ON WHAT TO DO OR IT MAY BE JUST LETTING YOU KNOW
WHAT TO LOOK FOR WHEN YOU ARE INTERVIEWING WITNESES. WE WILL
CONTINUE TO TALK ABOUT WHO WILL DO WHAT INVESTIGATION AND IF
THERE IS ANY QUESTION, PLEASE SEE ME. I GET ALL EMAILS, MEMOS,
RECORDS ETC SO I CAN RESPOND AND KEEP A PERMANENT FILE.  WE
HAVE FOUR MONTHS. MEMOS, MEMOS, MEMOS, MEMOS!!!!!!! PLEASE
PLEASE PLEASE!!!!!
Jack B. Swerling**

803-765-2626-o
803-730-9400-c
803-799-4059 -f



**GOVERNMENT
EXHIBIT
81**

JA 5505  33280

Subj: **Re: BASHAM MEMO 4**
Date: 12/6/2003 11:19:37 PM Eastern Standard Time
From: cjm0501@alltel.net
To: Jacklaw@aol.com

Jack,
*I'll take care of the inmate interviews. As far as W.Va. is concerned, I have done a lot of background on Fulks, as to where to go, who to see, friends & etc. I would like to be able to work with the W.Va investigator. I have the plan & things we need to do, he knows the area.*

*Thanks, Carlisle*

----- Original Message -----
From: Jacklaw@aol.com
To: lindab@justice.com ; Jacklaw@aol.com ; CGRAHAMSC@aol.com ; ECR@NMRS.COM ; YETTO@MIS.NET ; jeans@swerlinglaw.com ; PAIGE@BRUCKLAW.COM ; CJM0501@ALLTEL.NET ; TTHIEROLF@HOTMAIL.COM ; SHARRISON@JUSTICE.COM , gacollias@citynet.net ; GREGHARRIS@JUSTICE.COM ; STEVE@swerlinglaw.com ; SHEALYBOLAND@HOTMAIL.COM ; akandare@justice.com
Sent: Saturday, December 06, 2003 8:42 AM
Subject: BASHAM MEMO 4

CARLISLE
JUST LOOKING AT THE MEMOS OF THE INTERVIEWS OF THE JAIL.REMINDS ME THAT WHEN YOU ARE HERE WE NEED TO TRY AND INTERVIEW PEOPLE THAT WERE HOUSED WITH FULKS AT DIFFERENT JAILS, INCLUDING RICHLAND COUNTY. WE NEED TO FIND OUT FROM FELLOW INMATES, WHETHER STILL THERE OR MOVED ON, WHETHER FULKS MADE ANY INCRIMINATING STATEMENTS AT ALL

GARY
PLEASE HAVE OUR WEST VIRGINIA INVESTIGATOR GO AND INTERVIEW INMATES WHO WERE HOUSED WITH FULKS IN W. VA AND SEE WHAT THEY SAY. HE ALSO SHOULD BE TRYING TO FIND OUT AS MUCH SCOOP AS POSSIBLE ABOUT FULKS BACKGROUND. HAVE HIM CALL ME IF THERE ARE ANY QUESTIONS. GARY, JUST SO I KNOW YOU GOT THIS , PLEASE ACKNOWLEDGE RECEIPT

Jack B. Swerling
803-765-2626-o
803-730-9400-c
803-799-4059 -f



Subj: **RE: BASHAM MEMO#5**
Date: 12/6/2003 9:04:20 AM Eastern Standard Time
From: paige@brucklaw.com
To: Jacklaw@aol.com

Tom deFatte is the name I have been given repeatedly. He is now deceased, but has children who still live in the area. In the phone book there are: a Brad DeFatte and a P. DeFatte.

-----Original Message-----
From: Jacklaw@aol.com [mailto:Jacklaw@aol.com]
Sent: Sat 12/6/2003 8:59 AM
To: lindab@justice.com; Jacklaw@aol.com; CGRAHAMSC@aol.com; ECR@NMRS.COM; YETTO@MIS.NET; jeans@swerlinglaw.com; Paige Tarr; CJM0501@ALLTEL.NET; TTHIEROLF@HOTMAIL.COM; SHARRISON@JUSTICE.COM; gacollias@citynet.net; GREGHARRIS@JUSTICE.COM; STEVE@swerlinglaw.com; SHEALYBOLAND@HOTMAIL.COM; akandare@justice.com
Cc:
Subject: BASHAM MEMO#5


I KEEP READING IN THE HOSPITAL REPORTS THAT THE GUY BRANDON SAID ASSAULTED HIM AS A KID, WAS ARRESTED AND PROSECUTED AND CONVICTED FOR DOING THE SAME TO OTHER KIDS. WE HAVE NO NAME. PLEASE KEEP THIS IN MIND WHEN YOU ARE TALKING TO FOLKS IN MADISONVILLE AND LETS TRY AND FIND OUT WHO IT WAS

Jack B. Swerling
803-765-2626-o
803-730-9400-cBAS803-799-4059 -f


GOVERNMENT EXHIBIT
83

JA 5507   32632

Subj:      Re: BASHAM MEMO#5
Date:      12/6/2003 9:12:03 AM Eastern Standard Time
From:      Jacklaw
To:        paige@brucklaw.com
CC:        Jacklaw

**WILL YOU CHECK IT OUT. I ASSUME YOU WILL CHECK OUT AND FOLLOW YOUR "ADD TO MASTER LIST"**

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**



GOVERNMENT EXHIBIT
84

Subj: **RE: BASHAM mEMO #6**
Date: 12/6/2003 1:01:37 PM Eastern Standard Time
From: paige@brucklaw.com
To: Jacklaw@aol.com

He is in Bowling Green and I have spoken to him by phone. I tried to drive to him in July when you, me and Greg were in Madisonville, but didn't realize it was a 2 1/2 hour drive. He only vaguely remembers Branden, but does recall the bad EEG results. He was of course surprised to hear that nothing was ever done to follow up what appeared to be a seizure disorder in Branden. One problem is that subsequent EEG's were normal (which doesn't say the one Littleton did was incorrect, it just means nothing was caught during the one Bindu DeSai did or the one that was done at the Methodist Home.) Another example of how things with Branden always fell through the cracks. I called Littleton 3 weeks ago and left a message that I was going to try and get to him in the next couple of weeks. I will definitely try and take the records to him this week.

-----Original Message-----
From: Jacklaw@aol.com [mailto:Jacklaw@aol.com]
Sent: Sat 12/6/2003 11:51 AM
To: lindab@justice.com; Jacklaw@aol.com; CGRAHAMSC@aol.com; ECR@NMRS.COM; YETTO@MIS.NET; jeans@swerlinglaw.com; Paige Tarr; CJM0501@ALLTEL.NET; TTHIEROLF@HOTMAIL.COM; SHARRISON@JUSTICE.COM; gacollias@citynet.net; GREGHARRIS@JUSTICE.COM; STEVE@swerlinglaw.com; SHEALYBOLAND@HOTMAIL.COM; akandare@justice.com
Cc:
Subject: BASHAM mEMO #6


DONNA GREG AND I WENT OVER SOME IDEAS YESTERDAY. WE MUST FIND A DR SCOTT LITTLETON WHO WAS AT RIVENDALE HOSPITAL CIRCA 1991. HE DID SOME TEST ON OUR CLIENT AND DISCOVERED AN ABNORMAL EEG. WE MUST REVIEW THE RECORDS WITH HIM. WHOEVER IS UP THERE NEXT PLEASE TRY AND LOCATE

Jack B. Swerling
803-765-2626-o
803-730-9400-c
803-799-4059 -f



GOVERNMENT EXHIBIT 85

JA 5509  32631

Subj: **Fw: BASHAM mEMO #6**
Date: 12/7/2003 10:27:19 PM Eastern Standard Time
From: cjm0501@alltel.net
To: Jacklaw@aol.com

Paige sent me an e-mail that she had been in contact with Littleto and will do follow-up  Carlisle
—— Original Message ——
From: Carlisle McNair
To: Jacklaw@aol.com ; lindab@justice.com ; CGRAHAMSC@aol.com ; ECR@NMRS.COM ;
YETTO@MIS.NET ; jeans@swerlinglaw.com ; PAIGE@BRUCKLAW.COM ; TTHIEROLF@HOTMAIL.COM ;
SHARRISON@JUSTICE.COM ; gacollias@citynet.net ; GREGHARRIS@JUSTICE.COM ;
STEVE@swerlinglaw.com ;    SHEALYBOLAND@HOTMAIL.COM ; akandare@justice.com
Sent: Saturday, December 06, 2003 11:25 PM
Subject: Re: BASHAM mEMO #6

*I'll take care of this lead.*

*Carlisle*

—— Original Message ——
From: Jacklaw@aol.com
To: lindab@justice.com ; Jacklaw@aol.com ; CGRAHAMSC@aol.com ; ECR@NMRS.COM ;
YETTO@MIS.NET ; jeans@swerlinglaw.com ; PAIGE@BRUCKLAW.COM ; CJM0501@ALLTEL.NET ;
TTHIEROLF@HOTMAIL.COM ; SHARRISON@JUSTICE.COM ; gacollias@citynet.net ;
GREGHARRIS@JUSTICE.COM ; STEVE@swerlinglaw.com ; SHEALYBOLAND@HOTMAIL.COM ;
akandare@justice.com
Sent: Saturday, December 06, 2003 11:51 AM
Subject: BASHAM mEMO #6

**DONNA GREG AND I WENT OVER SOME IDEAS YESTERDAY. WE MUST
FIND A DR SCOTT LITTLETON WHO WAS AT RIVENDALE HOSPITAL CIRCA
1991. HE DID SOME TEST ON OUR CLIENT AND DISCOVERED AN
ABNORMAL EEG. WE MUST REVIEW THE RECORDS WITH HIM. WHOEVER
IS UP THERE NEXT PLEASE TRY AND LOCATE**

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**



GOVERNMENT EXHIBIT
86

JA 5510   32393

Subj:   Fwd: Basham memo # 7
Date:   12/15/2003 6:29:52 PM Eastern Standard Time
From:   Jacklaw
To:     lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
        jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
        traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
        GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
        akandare@justice.com

**PLEASE REVIEW THE FOLLOWING THINGS TO DO. LESA PLEASE PUT ON
OUR LISTS AND PAIGE AND HARRISON, PUT RECORDS ON RECORDS LIST.
THESE ARE RECORDS AND INTERVIEWS WE NEED TO CONDUCT IN THESE
RESPECTIVE PLACES. THANK YOU**
RE:     PEOPLE TO INTERVIEW AND/OR

RECORDS TO GET

DATE:   DECEMBER 15, 2003

1. We need to complete records from Rivendell Hospital.

2. We need to complete records from Methodist Home.

3. At the Methodist Home we need to interview a Peggy Wood, Julie Brown,
Connie Baker.

4. We need to interview Dr. Roger Laird a psychologist at the Methodist
Home who diagnosed Brandon with Attention Deficit Hyperactivity Disorder,
major depression and conduct disorder.

5. We need to get all Stoner Creek records in Paris, Kentucky and the
program in Cincinnati, Ohio. Also the records from Stoner - Columbia
Hospital if they are not the same.

6. We need to interview Dr. Chris Rinard or Rivard who is referred to from
the Methodist Home. He gives Brandon history of bipolar disorder, numerous
discipline reports and aggressive episodes.

7. We need to interview Dr. Daniel Cardona at Stoner Creek.



GOVERNMENT
EXHIBIT
87

8. We need to get all of the Bourbon General Hospital records and Stoner Creek Center.

9. We need to get the Columbia Hospital records from Paris, Kentucky and Stoner Creek Center.

10. We need to interview Dr. William G. Platz from Columbia Hospital.

11. We need to interview, Dr. Vincent Taormina, who performed an EEG at the
Methodist Home which was normal.

12. At the Methodist Home, we need to interview Monte Mefford who speaks of
a neurologist and psychiatrist a Paul Phillips who also has to be interviewed. Monte Mefford may be a summer school teacher that he had. Paul Phillips is a psychiatrist.

13. We also need to interview Wendy Watts who is a school psychologist who
felt that Brandon was past help int he classroom. This is either someone from the Methodist Home or his regular school psychologist. We need to determine -- that is important.

14. We need to interview special education director Sheila Mills from the Hopkins County Psycho Educational Program. This also refers to the Rivendell Childrens Program.

15. We need to interview Dr. DeSai Bindut who is a neurologist who showed no
neurological deficits. He apparently is with the Trover Clinic.

16. We need to interview Clifford Jay who is a classroom assistant in the same program.

17. We need to get the records from the Childrens Psychiatric Hospital of Norther Kentucky, Post Office Box 2680502 Fireall Road, Covington, Kentucky
41012-2680. The phone number is 606-331-1900. This concerns a November 20,
1996 admission.

JA 5512    47025

18. We need to interview Dr. Paul Gillingham from the Childrens Psychiatric
Hospital concerning an admission in November 1996.

19. We need to interview Connie Nolan who is a caseworker to whom the defendant reported abuse by two boys. She described Brandon as a walking
time bomb. Nolan also refers to racial remarks. She also refers to the defendant's abuser having been convicted.

20. We also need to interview Dr. Fred A. Stine who in a note in the Methodist Home records talks about the defendant being a homosexual and
volatile.

21. We need records from Bourbon General, Stoner Creek 1996, Columbia Hospital, Rivendell and Trover. Obviously many of these are repetitive but I am just going through the list.

22. Dr. Paul Phillips at Trover. Peggy Woods, M.D. and Roger Laird at Trover.

23. Interview Dewey Sanders who has a Ph.D. and did a psychological update
in 1996. According to him defendant has little or no control over his explosions. Defendant cries.

24. Interview Pamela Nichols, the family services supervisor for Madisonville DSS.

25. Interview Dr. Lowe and Dr. T. Desai from Trover. Dr. Desai reports no neurological deficit. Refers to the head injury being mild. Brandon was referred to Dr. Desai by the West Kentucky Cooperative Diagnostic Center. We need to get those records.

26. We need to interview Dr. James Rosell at Penny Royal.

27. We need to interview Dr. Arthut Lossner from Penny Royal.

28. We need to interview Dr. Wayne Low at Trover.

29. We need to interview Dr. Scott Littleton at Rivendell Psychiatric. Dr. Littleton refers to Brandon as having a Jekyll and Hyde personality.

JA 5513   47026

Diagnosed him with intermittent explosive disorder. Also notes that the mother discharged him against advice. Brandon was 10 years old at this time.

30. We also need to interview at Rivendell Ollie C. Dennis. Dennis has notes about defendant sniffing gas, smoking, shoplifting. Refers to mother's depression and father's alcohol.

31. At Methodist the following peoples names appear. We should try to interview as many as we can:

Lane Stonecypher
Mike Feber

Kristie Kirkwood
Mike May
Chrissie Ferber
Julie Brown
Daniel McFadden
Travis Crumb
Brenda Shaner
Kim Merriman
Kathleen Bush
Mike May
James Meadors
John Carroll
Angela Covell
Scott Bailey
Laurie Griffin
Rob Lemon
Carolyn Wallace

31. At United Methodist we need to interview the defendant's counselors Cecelia Russell and Peggy Woods.

32. We need to get the records from Charter Ridge Lexington.

33. Records from Childrens Psychiatric Hospital.

34. Interview Connie Knowland from Childrens Psychiatric Hospital who says
the defendant has not conscious and antisocial traits.

JA 5514   47027

35. Sheila Swartz from Stoner.

JBS:lhb

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

-------------------

**Forwarded Message:**
Subj:      **Basham**
Date:      12/15/2003 2:52:16 PM Eastern Standard Time
From:      Linda@swerlinglaw.com
To:        Jacklaw@aol.com
*Sent from the Internet (Details)*

MEMORANDUM:

TO:      JBS

RE:      PEOPLE TO INTERVIEW AND/OR RECORDS TO GET

DATE:   DECEMBER 15, 2003

1. We need to complete records from Rivendell Hospital.

2. We need to complete records from Methodist Home.

3. At the Methodist Home we need to interview a Peggy Wood, Julie Brown, Connie Baker.

4. We need to interview Dr. Roger Laird a psychologist at the Methodist

JA 5515   47028

Home who diagnosed Brandon with Attention Deficit Hyperactivity Disorder, major depression and conduct disorder.

5. We need to get all Stoner Creek records in Paris, Kentucky and the program in Cincinnati, Ohio. Also the records from Stoner - Columbia Hospital if they are not the same.

6. We need to interview Dr. Chris Rinard or Rivard who is referred to from the Methodist Home. He gives Brandon history of bipolar disorder, numerous discipline reports and aggressive episodes.

7. We need to interview Dr. Daniel Cardona at Stoner Creek.

8. We need to get all of the Bourbon General Hospital records and Stoner Creek Center.

9. We need to get the Columbia Hospital records from Paris, Kentucky and Stoner Creek Center.

10. We need to interview Dr. William G. Platz from Columbia Hospital.

11. We need to interview, Dr. Vincent Taormina, who performed an EEG at the Methodist Home which was normal.

12. At the Methodist Home, we need to interview Monte Mefford who speaks of a neurologist and psychiatrist a Paul Phillips who also has to be interviewed. Monte Mefford may be a summer school teacher that he had. Paul Phillips is a psychiatrist.

13. We also need to interview Wendy Watts who is a school psychologist who felt that Brandon was past help int he classroom. This is either someone from the Methodist Home or his regular school psychologist. We need to determine -- that is important.

14. We need to interview special education director Sheila Mills from the Hopkins County Psycho Educational Program. This also refers to the Rivendell Childrens Program.

15. We need to interview Dr. DeSai Bindut who is a neurologist who showed no neurological deficits. He apparently is with the Trover Clinic.

16. We need to interview Clifford Jay who is a classroom assistant in the same program.

JA 5516 47029

17. We need to get the records from the Childrens Psychiatric Hospital of Norther Kentucky, Post Office Box 2680502 Fireall Road, Covington, Kentucky 41012-2680. The phone number is 606-331-1900. This concerns a November 20, 1996 admission.

18. We need to interview Dr. Paul Gillingham from the Childrens Psychiatric Hospital concerning an admission in November 1996.

19. We need to interview Connie Nolan who is a caseworker to whom the defendant reported abuse by two boys. She described Brandon as a walking time bomb. Nolan also refers to racial remarks. She also refers to the defendant's abuser having been convicted.

20. We also need to interview Dr. Fred A. Stine who in a note in the Methodist Home records talks about the defendant being a homosexual and volatile.

21. We need records from Bourbon General, Stoner Creek 1996, Columbia Hospital, Rivendell and Trover. Obviously many of these are repetitive but I am just going through the list.

22. Dr. Paul Phillips at Trover. Peggy Woods, M.D. and Roger Laird at Trover.

23. Interview Dewey Sanders who has a Ph.D. and did a psychological update in 1996. According to him defendant has little or no control over his explosions. Defendant cries.

24. Interview Pamela Nichols, the family services supervisor for Madisonville DSS.

25. Interview Dr. Lowe and Dr. T. Desai from Trover. Dr. Desai reports no neurological deficit. Refers to the head injury being mild. Brandon was referred to Dr. Desai by the West Kentucky Cooperative Diagnostic Center. We need to get those records.

26. We need to interview Dr. James Rosell at Penny Royal.

27. We need to interview Dr. Arthut Lossner from Penny Royal.

28. We need to interview Dr. Wayne Low at Trover.

JA 5517    47030

29. We need to interview Dr. Scott Littleton at Rivendell Psychiatric. Dr. Littleton refers to Brandon as having a Jekyll and Hyde personality. Diagnosed him with intermittent explosive disorder. Also notes that the mother discharged him against advice. Brandon was 10 years old at this time.

30. We also need to interview at Rivendell Ollie C. Dennis. Dennis has notes about defendant sniffing gas, smoking, shoplifting. Refers to mother's depression and father's alcohol.

31. At Methodist the following peoples names appear. We should try to interview as many as we can:

James Meadors
Lane Stonecypher
Mike Feber
Brenda Shaner
Kristie Kirkwood
Mike May
Chrissie Ferber
Julie Brown
Daniel McFadden
Travis Crumb
Brenda Shaner
Kim Merriman
Kathleen Bush
Mike May
James Meadors
John Carroll
Angela Covell
Scott Bailey
Laurie Griffin
Rob Lemon
Carolyn Wallace
Laurie Griffin

31. At United Methodist we need to interview the defendant's counselors Cecelia Russell and Peggy Woods.

32. We need to get the records from Charter Ridge Lexington.

33. Records from Childrens Psychiatric Hospital.

JA 5518 47031

34.  Interview Connie Knowland from Childrens Psychiatric Hospital who says the defendant has not conscious and antisocial traits.

35. Sheila Swartz from Stoner.

JBS:lhb

JA 5519    47032

**Carlisle McNair**

| | |
|---|---|
| From: | <Jacklaw@aol.com> |
| To: | <lindab@justice.com>; <Jacklaw@aol.com>; <CGRAHAMSC@aol.com>; <ECR@NMRS.COM>; <YETTO@MIS.NET>; <jeans@swerlinglaw.com>; <PAIGE@BRUCKLAW.COM>; <CJM0501@ALLTEL.NET>; <traci@swerlinglaw.com>; <SHARRISON@JUSTICE.COM>; <gacollias@citynet.net>; <GREGHARRIS@JUSTICE.COM>; <STEVE@swerlinglaw.com>; <SHEALYBOLAND@HOTMAIL.COM>; <akandare@justice.com> |
| Sent: | Monday, December 15, 2003 6:56 PM |
| Attach: | ATT00038.eml |
| Subject: | Fwd: Basham MEMO #8 |

PLEASE NOTE ON LISTS AND FOLLOW:

MEMORANDUM:

FROM    JBS

RE:     THINGS TO DO

DATE:   DECEMBER 15, 2003

1. We need to obtain the records from Dr. William Platz at the Methodist Home or possibly the Bourbon Community Hospital that dealt with an abnormal
EEG.

2. We need to interview Dr. Daniel Cardona whose name appears in the records of Bourbon Community Hospital.

3. We need to interview Deanna Dunkin who is with DSS and apparently was in
charge of Brandon's records.  Her number is 502-824-7566. *Andrews  Done!*

4. We need to interview Lindsey Clan and Nancy ~~Clan~~ who are two women who
have been identified as having seen the letter that Chad Fulks wrote to Veronica Evans about the escape.

5. We need the incident report concerning Veronica Evans at Myrtle Beach
when Chad assaulted her.

6. There are some notes reflecting Chad, Phillip and Phillip's wife and a kidnaping report.

8/2003

GOVERNMENT EXHIBIT 88

JA 5520   35660

7. We need the incident reports for Veronica Evans and Chad Fulks from the
Lewisburg Sistercare.

8. We need the records from the Kentucky prison system.

9. We need to interview any witnesses that Brandon or Chad Fulks may have
spoke with who may have known of the escape and also who they have been in
contact with since their arrest in the various jails regarding the
possibility of statements they have made against their interest.

10. We need to obtain the juvenile documents on Brandon from Lisa Claire and
Tim Arnold. Lesa knows about these. *→ Done! C/M*

11. Carlisle needs to follow up on a Jessica Stokes who was living with
Scott and Trish Ford and follow up on defendant's cousin named Jerome
McKichnie.

*need to ✓ interview*

JBS:lhb

Jack B. Swerling
803-765-2626-o
803-730-9400-c
803-799-4059 -f

JA 5521    35661

Subj:     **Fwd: Basham memeo #9**
Date:     12/15/2003 7:32:04 PM Eastern Standard Time
From:     Jacklaw
To:       lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
          jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
          traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
          GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
          akandare@justice.com

In a message dated 12/15/2003 7:09:49 PM Eastern Standard Time, Jacklaw writes:

## PLEASE ADD TO LISTS AND INTERVIEW

FROM:   Jack B. Swerling

RE:       Things to do


1.  Lesa:  Please integrate all names from Carlisle McNair's memo of November 17, 2003 into the list.

2.  Lesa, Paige & Harrison:  Please note on the records chart that we need the records from:

    Charter Hospital in Evansville from 1997

    Charter Hospital in Lexington from 1997

    Cincinnati Psychiatric from 1995

    Columbus Hospital from 1994

    Methodist Group Home from 1993

    Kentucky State Police records on child abuse by Veronica Evans and Chad Fulks

    Childrens agency records

3.  We need to interview Dr. Siddiqui from Tenbrook Hospital in DuPont and Dr. Miren Asumendi.

4.  We need to interview juvenile attorneys for Brandon, Tim Arnold and Yumeka Foram.

5.  We need to interview Randy Rush fromt he Owensboro Police Department who handled the original escape.

6.  We need to interview Detective Devon Brewer and Trooper Bob Winters.

7.  At Webster State Hospital we need to interview Dr. Emmanuel Nierva, Dr. Irene Pasquin, Dr. Richard Lunsford, and Ken   Gusetto, and Paula Holcomb



GOVERNMENT EXHIBIT 89
PENGAD 800-631-6989

JBS:lhb

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

------------------

## Forwarded Message:

| | |
|---|---|
| Subj: | **Fwd: Basham** |
| Date: | 12/15/2003 7:09:49 PM Eastern Standard Time |
| From: | Jacklaw |
| To: | lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com |

## FOR REVIEW

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

------------------

## Forwarded Message:

| | |
|---|---|
| Subj: | **Basham** |
| Date: | 12/15/2003 11:45:53 AM Eastern Standard Time |
| From: | Linda@swerlinglaw.com |
| To: | Jacklaw@aol.com |

*Sent from the Internet (Details)*

MEMORANDUM:

TO:     Brandon Basham File

FROM:   Jack B. Swerling

JA 5523    47066

RE:    Things to do

1. Lesa: Please integrate all names from Carlisle McNair's memo of November 17, 2003 into the list.

2. Lesa, Paige & Harrison: Please note on the records chart that we need the records from:

Charter Hospital in Evansville from 1997

Charter Hospital in Lexington from 1997

Cincinnati Psychiatric from 1995

Columbus Hospital from 1994

Methodist Group Home from 1993

Kentucky State Police records on child abuse by Veronica Evans and Chad Fulks

Childrens agency records

3. We need to interview Dr. Siddiqui from Tenbrook Hospital in DuPont and Dr. Miren Asumendi.

4. We need to interview juvenile attorneys for Brandon, Tim Arnold and Yumeka Foram.

5. We need to interview Randy Rush fromt he Owensboro Police Department who handled the original escape.

6. We need to interview Detective Devon Brewer and Trooper Bob Winters.

7. At Webster State Hospital we need to interview Dr. Emmanuel Nierva, Dr. Irene Pasquin, Dr. Richard Lunsford, and Ken   Gusetto, and Paula Holcomb

JBS:lhb

JA 5524    47067

Subj:      **Fwd: Basham TO DO MEMO #10**
Date:      12/15/2003 7:36:52 PM Eastern Standard Time
From:      Jacklaw
To:        lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
           jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
           traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
           GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
           akandare@justice.com

In a message dated 12/15/2003 7:10:31 PM Eastern Standard Time, Jacklaw writes:

## PLEASE INTERVIEW
FROM:   Jack B. Swerling

RE:      Regional Medical Center


Basham was admitted to the Regional Medical Center on February 10, 2001, after he attempted to hang himself at the Hopkins County Jail. He was treated and the records reflect a nurse by the name of Lisa Watts. These records are contained in the Penny Royal Regional Medical Health Center records, and they are appropriately tabbed. There is also an admission on February 5th though one where he was admitted to the hospital from the jail for an overdose. There is a note that he wishes to die. There appears to be a signature of a nurse first name beginning with "B" and ending with "D" and second name beginning with "S." This is an ER admission. There is an Allen J. Thorner listed under Basham's name, but I have no idea who that is. It indiates it is the admitting provider, whatever that is.

There is a Dr. Peter Brill listed and a Dr. Sean Maguire. There also appears to be another admission on December 17, 2000 where he attempted to hang himself at the jail.

JBS:lhb


**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

--------------------

## Forwarded Message:

Subj:      **Fwd: Basham**
Date:      12/15/2003 7:10:31 PM Eastern Standard Time
From:      Jacklaw
To:        lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
           jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
           traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
           GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,

Monday, December 15, 2003 America Online: Jacklaw



GOVERNMENT
EXHIBIT
90

JA 5525 47068

Subj:     **Fwd: Basham MEMO #12**
Date:     12/16/2003 1:28:57 PM Eastern Standard Time
From:     Jacklaw
To:       lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
          jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
          traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
          GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
          akandare@justice.com

In a message dated 12/16/2003 11:31:41 AM Eastern Standard Time,
Linda@swerlinglaw.com writes:

MEMORANDUM:


FROM        JBS

RE:         THINGS TO DO - RIVENDELL PSYCHIATRIC CENTER

DATE:       DECEMBER 16, 2003


The following are items that need to be added to the list and need to be
done as soon as possible:

1. Interview Dr. Scott Littleton who is the only person so far who has
found an abnormal EEG. We need to lock that down.

2. We need to interview psychologist Ollie Dennis, re: his note of
September 25, 1991.

3. We need to interview Melinda Porter.

4. Ollie Dennis appears on our list of characters, but Dr. Littleton and
Melinda Porter do noT.

GOVERNMENT
EXHIBIT
91
PENGAD 800-631-6989

JA 5526   47069

FILE COPY

**jeans**

| | |
|---|---|
| **From:** | <Jacklaw@aol.com> |
| **To:** | <lindab@justice.com>; <Jacklaw@aol.com>; <CGRAHAMSC@aol.com>; <ECR@NMRS.COM>; <YETTO@MIS.NET>; <jeans@swerlinglaw.com>; <PAIGE@BRUCKLAW.COM>; <CJM0501@ALLTEL.NET>; <traci@swerlinglaw.com>; <SHARRISON@JUSTICE.COM>; <gacollias@citynet.net>; <GREGHARRIS@JUSTICE.COM>; <STEVE@swerlinglaw.com>; <SHEALYBOLAND@HOTMAIL.COM>; <akandare@justice.com> |
| **Sent:** | Tuesday, December 16, 2003 1:35 PM |
| **Attach:** | Basham.eml |
| **Subject:** | Fwd: Basham TO DO MEMO #13 |

FROM:     JBS

RE:     THINGS TO DO

DATE:     DECEMBER 16, 2003

1.  Please obtain the records of Basham's pediatrician and any other physician that he went to during his life.

2.  The following people are mentioned in the Penny Royal Hospital records and need to be added to our list and interviewed, in addition to the people that are already on the list:

Dean Richardson - who has a Master's in Social Work

Amy Melton - who has a Master's in Social Work and did an evaluation

Sherril Hopper

Laura Houston, Psychologist

We already have on our list an Arthur Lossner -- Lesa, please put under his description that he did an evaluation on May 18, 1993

There is a reference to Superintendent John McClellarn - he appears to be the school superintendent and had contact with Mrs. Basham over the years about Brandon

There is a reference to the Department of Social Services worker Jan Jennings who apparently monitored Basham's progress and needs to be



GOVERNMENT EXHIBIT 92

12/16/03

**JA 5527**   61027

interviewed.

There is a reference to a Dr. Bently who is treating Mrs. Basham and her records need to be obtained.

There is a reference to Emmanual DeLa Rocha whose name is already on our list, but under the description Lesa, please put down that he did an evaluation of Brandon on December 6, 1999.

There is a Wendy Vanness. We have her listed at Weston State Hospital, but she appears under the Penny Royal.

There is a Launa Houston who has a Ph.D. We have her on our list but under the description or contact information we need to put she is at Penny Royal.

There is a reference to a Donna Cromer who appears to be the director of the Big Brothers, Big Sisters program. She apparently had Brandon and we ought to interview her to see what her contact was.

There is a doctor Brewia.

There is also a reference of the Regional Medical Center which of course we need to get those records, but in there is a reference to Lisa Watts who is an RN, and a Dr. Sean MacGuire. There is also a reference to a Dr. Peter Brill who the list has as being at Trover Hospital, but I believe he is at the Regional Medical Center. We need to check that out.

JBS:lhb

**Jack B. Swerling**
803-765-2626-o
803-730-9400-c
803-799-4059 -f

12/16/03

JA 5528  61028

Subj: **Fwd: Basham TO DO MEMO #13**
Date: 12/16/2003 1:35:21 PM Eastern Standard Time
From: Jacklaw
To: lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com

FROM:      JBS

RE:        THINGS TO DO

DATE:      DECEMBER 16, 2003

1. Please obtain the records of Basham's pediatrician and any other physician that he went to during his life.

2. The following people are mentioned in the Penny Royal Hospital records and need to be added to our list and interviewed, in addition to the people that are already on the list:

Dean Richardson - who has a Master's in Social Work

Amy Melton - who has a Master's in Social Work and did an evaluation

Sherril Hopper

Laura Houston, Psychologist

We already have on our list an Arthur Lossner -- Lesa, please put under his description that he did an evaluation on May 18, 1993

There is a reference to Superintendent John McClellarn - he appears to be the school superintendent and had contact with Mrs. Basham over the years about Brandon

There is a reference to the Department of Social Services worker Jan Jennings who apparently monitored Basham's progress and needs to be interviewed.

GOVERNMENT EXHIBIT 93
PENGAD 800-631-6989

JA 5529    47070

There is a reference to a Dr. Bently who is treating Mrs. Basham and her records need to be obtained.

There is a reference to Emmanual DeLa Rocha whose name is already on our list, but under the description Lesa, please put down that he did an evaluation of Brandon on December 6, 1999.

There is a Wendy Vanness. We have her listed at Weston State Hospital, but she appears under the Penny Royal.

There is a Launa Houston who has a Ph.D. We have her on our list but under the description or contact information we need to put she is at Penny Royal.

There is a reference to a Donna Cromer who appears to be the director of the Big Brothers, Big Sisters program. She apparently had Brandon and we ought to interview her to see what her contact was.

There is a doctor Brewia.

There is also a reference of the Regional Medical Center which of course we need to get those records, but in there is a reference to Lisa Watts who is an RN, and a Dr. Sean MacGuire. There is also a reference to a Dr. Peter Brill who the list has as being at Trover Hospital, but I believe he is at the Regional Medical Center. We need to check that out.

JBS:lhb

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

------------------

Forwarded Message:

| | |
|---|---|
| Subj: | **Basham** |
| Date: | 12/16/2003 10:59:42 AM Eastern Standard Time |
| From: | Linda@swerlinglaw.com |
| To: | Jacklaw@aol.com |

*Sent from the Internet (Details)*

Tuesday, December 16, 2003 America Online: Jacklaw

JA 5530    47071

**Carlisle McNair**

| | |
|---|---|
| From: | <Jacklaw@aol.com> |
| To: | <lindab@justice.com>; <Jacklaw@aol.com>; <CGRAHAMSC@aol.com>; <ECR@NMRS.COM>; <YETTO@MIS.NET>; <jeans@swerlinglaw.com>; <PAIGE@BRUCKLAW.COM>; <CJM0501@ALLTEL.NET>; <traci@swerlinglaw.com>; <SHARRISON@JUSTICE.COM>; <gacollias@citynet.net>; <GREGHARRIS@JUSTICE.COM>; <STEVE@swerlinglaw.com>; <SHEALYBOLAND@HOTMAIL.COM>; <akandare@justice.com> |
| Sent: | Tuesday, December 16, 2003 2:35 PM |
| Attach: | ATT00137.eml |
| Subject: | Fwd: Basham TO DO MEMO #14 |

FROM:      JBS

RE:          THINGS TO DO

DATE:       DECEMBER 16, 2003


1. Roland Pomeroy is already listed on the sheet. He is the internal affairs officer at Westville Correctional Facility. He needs to be interviewed, specifically with regards to the relationship of Fulks with Tena Severance.

2. We need to subpoena the Westville Correctional Facility records for Tena Severance and for Chad Fulks.

3. Has anybody been identified as the user of the ATM card after the abduction in Myrtle Beach? — *Chad always wears hooded sweatshirt according to people who know him*

4. Add to the list an interview -- Mark Coper. He is a witness listed in the investigative reports on page 27 of the discovery. He saw the van on November 14, 2002 behind the Williamson house.

5. On page 35 of the discovery there is a person who supposedly Brandon called to pick up Hawkins.

6. Do background work on Fulks in Indiana and West Virginia and in Kentucky.

7. Obtain the records of Boyd County Detention Center. This is already

GOVERNMENT EXHIBIT 94

12/18/2003

JA 5531  35662

noted on the chart.

8. Add B. McGuire. He is the investigator from the Public Defender's Office from Boyd County who is familiar with the interrogation of the defendant. This can be found on page 62 of the discovery. Add to the list and interview.

9. Add to the list and interview Tonya Richardson from Conway who was with Helen Cook and saw and followed the van - see page 75 of the discovery.

10. Add to the list, Chad Fulks' mother Diana Thompson -- 740-886-0222. She can be found at page 104 and page 244 of the discovery. Also Fulks' sister at page 101 of the discovery.

11. Add to the list, Dwayne Fulks who I think is a brother. He can be found at pages 118 and page 238 of the discovery.

12. Add to the list an interview of Richard Hughes from Cattlesburg, Kentucky. This is Basham's attorney. His phone number is: 606-325-3399. References to him can be found on page 119 and page 505 of the discovery.

13. Add to and interview the Coopers from Conway who are found at page 131. They saw the van.

14. What is page 509 - 564?

15. What is page 565 - 570?

16. Autumn McElwain is listed in the cast of characters. Please put down under the description that she is the person that visited the defendants in Hopkinsville at the jail with Severance on October 31st. References to her can be found at page 243. We need to interview her. She may know a lot. Add to the list that she is also found at page 791. She lives next door to Donna Bunch at 316 S. 21st Street, Chesterton, Indiana. Her phone number is: 219-926-5772.

17. What is page 571 - 580?

18. What is page 583 - 588?

19. Interview Cam Littlejohn.

20. Interview William Mickton.

12/18/2003

JA 5532 35663

21. Put Mockton and Littlejohn on the list. Actually Mockton is on the list. Add Littlejohn.

22. What is page 591?

23. What is page 610 - 615?

24. What is page 637 - 645?

25. Interview all cellmates of Fulks at every institution he has been at since the escape.

26. What is page 1146 - 1182>

27. Lesa: You have a Jane Skipwell listed as Lewisburg, Kentucky. Please put in the description that she is the person that rented to Chad Fulks in Lewisburg, Kentucky. Also make a note that her name is Skipworth -- w-o-r-t-h -- rather than Skipwell.

28. Add to the list and interview Bryan Hewlett, the Public Defender from Cattlesburg, Kentucky, page 1227.

29. Add to the list and interview Richard Hughes who was Basham's lawyer on the federal case in Ashland, Kentucky, page 1227.

30. Add to the list and interview people with the GoshEn Police Department concerning the arrest of Chad Fulks on November 20, 2000. This can be found at page 1258 of the discovery.

31. Add to the list and interview Trooper Rush who is listed as having something to do with the escape at the Kentucky State Police Department in Frankfort, page 1303 of the discovery.

32. Add to the list and interview the following people from the jail in Hopkinsville: Diane Blair. I know we have looked for Diane Blair, but apparently she is not on the list.

33. Add to the list and interview Leonard Smith, Badge #827 who was involved in the investigation of the Hawkins case. He can be found at page 1349 of the discovery.

34. Add to the list and interview Detective Greg Jones, Kentucky State

12/18/2003

JA 5533  35664

Police, Hopkins District, Madisonville, Kentucky. Telephone number: 270-676-3313 at page 1375 of the discovery.

35. Interview Middleburg City Police involved with this case at 418 N. Main Street, Middleburg, Indiana -- 46540. Found at page 1410 of the discovery.

36. Add to the list and interview Robert Baker who is listed as looking for Fulks at page 1413 of the discovery.

37. Add to the list and interview FBI agent Warner from North Carolina. Found at page 1440 of the discovery.

38. Note on the list and interview the following people from Ohio who participated in the arrest of the co-defendant, at page 1477:

Trooper Brent Hunter
Ken Allen who is an auxillary cop
Sergeant P. D. Riley
Trooper Malo or Maco
Trooper Holly Caple

All at page 1477.

39. Please add to the list and interview people from the Travel Centers of America which is where Tena Severance worked. This can be found at page 1562 of the discovery.

40. Add to the list and interview the following Kentucky State Trooper detectives:

Deputy Hertweck or Hertwelk
B. Devon Brewer
C. Brad Stevens

All of which can be found at page 1649 of the discovery.

JA 5534   35665

Subj:    **Fwd: Basham TO DO MEMO#15**
Date:    12/16/2003 7:18:19 PM Eastern Standard Time
From:    Jacklaw
To:      lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
         jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
         traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
         GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
         akandare@justice.com

FROM:     JBS

RE:       THINGS TO DO

DATE:     DECEMBER 15, 2003

1.  interview Bryant Fleming who was an inmate at the Richland County Jail who befriended Chad Fulks. Fleming is now within the Department of Corrections.

2.  The following people are people that are listed in the Hopkins County School records and should be added to the list of people to be interviewed (as of this time, they do not appear on the list):

Sheila Jones
Pamela Chandler - who did an evaluation on April 24, 1989
Suzanne Mayes
Brenda Tompkins - who did an evaluation on September 26, 1989
Mr. Smith
Mrs. Offutt
Ms. Debbie (who may be Debbie Haley and to whom he wrote a very disgusting letter)
Wendy Watts - who did a psycho educational report on May 1, 2995
Charles Gant
Mrs. Pentecost

3.  There is also mention of a Dr. Bindutdessai who is with the Trover Clinic and who found no neurological defects.

GOVERNMENT
EXHIBIT
95

PENGAD 800-631-6989

JA 5535   47076

**Carlisle McNair**

| | |
|---|---|
| **From:** | <Jacklaw@aol.com> |
| **To:** | <lindab@justice.com>; <Jacklaw@aol.com>; <CGRAHAMSC@aol.com>; <ECR@NMRS.COM>; <YETTO@MIS.NET>; <jeans@swerlinglaw.com>; <PAIGE@BRUCKLAW.COM>; <CJM0501@ALLTEL.NET>; <traci@swerlinglaw.com>; <SHARRISON@JUSTICE.COM>; <gacollias@citynet.net>; <GREGHARRIS@JUSTICE.COM>; <STEVE@swerlinglaw.com>; <SHEALYBOLAND@HOTMAIL.COM>; <akandare@justice.com> |
| **Sent:** | Tuesday, December 16, 2003 7:18 PM |
| **Attach:** | ATT00141.eml |
| **Subject:** | Fwd: Basham TO DO MEMO#15 |

FROM:     JBS

RE:     THINGS TO DO

DATE:     DECEMBER 15, 2003

1.  interview Bryant Fleming who was an inmate at the Richland County Jail who befriended Chad Fulks. Fleming is now within the Department of Corrections

GOVERNMENT EXHIBIT 96
PENGAD 800-631-6989

12/18/2003

**JA 5536**   35666

**jeans**

| | |
|---|---|
| **From:** | "Paige Tarr" <paige@brucklaw.com> |
| **To:** | <Jacklaw@aol.com>; <lindab@justice.com>; <Jacklaw@aol.com>; <CGRAHAMSC@aol.com>; <ECR@NMRS.COM>; <YETTO@MIS.NET>; <jeans@swerlinglaw.com>; <CJM0501@ALLTEL.NET>; <traci@swerlinglaw.com>; <SHARRISON@JUSTICE.COM>; <gacollias@citynet.net>; <GREGHARRIS@JUSTICE.COM>; <STEVE@swerlinglaw.com>; <SHEALYBOLAND@HOTMAIL.COM>; <akandare@justice.com> |
| **Sent:** | Wednesday, December 17, 2003 10:47 AM |
| **Subject:** | RE: Basham TO DO MEMO#15 |

In response to memo:
Shelia Jones is Shelia Mills and was interviewed
Suzanne Mayes - interviewed with Steve Hiskar
Brenda Tompkins - interviewed
Annabelle Pentecost - interviewed
Wendy Watts - interviewed
Debbie Haley Allen - now in Dalton, GA and I will locate
Bindu deSai - now in Houston and I will find her
Pam Chandler - was fired right after testing Branden because she was insane and incompetent; whereabouts unknown, but will try to locate
I am supposed to get back with Shelia Mills about trying to track down others

I am home with the flu and will send memos out later today. Call me on cell phone if you need me. Piage

-----Original Message-----
From: Jacklaw@aol.com [mailto:Jacklaw@aol.com]
Sent: Tue 12/16/2003 7:18 PM
To: lindab@justice.com; Jacklaw@aol.com; CGRAHAMSC@aol.com; ECR@NMRS.COM; YETTO@MIS.NET; jeans@swerlinglaw.com; Paige Tarr; CJM0501@ALLTEL.NET; traci@swerlinglaw.com; SHARRISON@JUSTICE.COM; gacollias@citynet.net; GREGHARRIS@JUSTICE.COM; STEVE@swerlinglaw.com; SHEALYBOLAND@HOTMAIL.COM; akandare@justice.com
Cc:
Subject: Fwd: Basham TO DO MEMO#15


FROM:     JBS

RE:       THINGS TO DO

DATE:     DECEMBER 15, 2003

1. interview Bryant Fleming who was an inmate at the Richland County Jail who befriended Chad Fulks. Fleming is now within the Department of Corrections.

2. The following people are people that are listed in the Hopkins County School records and should be added to the list of people to be interviewed (as of this time, they do not appear on the list):

Sheila Jones
Pamela Chandler - who did an evaluation on April 24, 1989
Suzanne Mayes
Brenda Tompkins - who did an evaluation on September 26, 1989
Mr. Smith
Mrs. Offutt
Ms. Debbie (who may be Debbie Haley and to whom he wrote a very disgusting letter)
Wendy Watts - who did a psycho educational report on May 1, 2995
Charles Gant
Mrs. Pentecost

GOVERNMENT
EXHIBIT
97

PENGAD 800-631-6989

12/17/03

JA 5537  61010

3. There is also mention of a Dr. Bindutdessai who is with the Trover Clinic and who found no neurological defects.

JBS:lhb

Jack B. Swerling
803-765-2626-o
803-730-9400-c
803-799-4059 -f

JA 5538 61011

Subj:     **Fwd: Basham TO DO MEMO #16**
Date:     12/17/2003 12:03:21 PM Eastern Standard Time
From:    Jacklaw
To:       lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
           jeans@swerlinglaw.com. PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
           traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
           GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
           akandare@justice.com

FROM:       JBS

RE:         DEPARTMENT OF PUBLIC ADVOCACY RECORDS

DATE:      DECEMBER 17, 2003

1.  Add to the list and interview Danny Deese, Probation and Parole in Madisonville concerning Brandon Basham.

2.  Interview James Ruschell, Assistant Public Defender who represented Brandon Basham in Madisonville.  Telephone number:  270-824-7001.  Add him
to the list and interview.

3.  Add to the list and interview Assistant Public Defendant Umeka Foreman
who represented the defendant in June 1999 regarding a burglary, shoplifting
and criminal mischief charge.

4.  Check the records of Regional Medical Hospital for an admission on February 5, 2001 when the defendant was arrested he swallowed 9 Lortab and
was sent to Regional Medical

5.  Interview Joanne Lenahan, Youth Services Supervisor at Cardinal Treatment Center. She wrote  a letter to the court dated March 2, 1998 releasing the defendant from Cardinal Treatment Center back to his parents.



GOVERNMENT EXHIBIT 98

JA 5539 47077

Add to the list and interview.

6.  Obtain the records of Hall Street Adult Education Center. The defendant
attended Hall Street Adult Education Center from time to time. Add this to
the list. Harrison and Paige need to obtain the records.

7.  Add to the list and interview Cheryl Dunham. She is with Juvenile
Services at DJJ in Madisonville -- 502-824-7034. She did what we would
consider a presentence investigation which is in the file. She noted that
the defendant does not like to be told "no." She also noted in her report
that the parents did not want Brandon back.


**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**


------------------

Forwarded Message:
Subj:      **Basham**
Date:      12/17/2003 11:45:39 AM Eastern Standard Time
From:      Linda@swerlinglaw.com
To:        Jacklaw@aol.com
*Sent from the Internet (Details)*

MEMORANDUM:


TO:        JBS

RE:        DEPARTMENT OF PUBLIC ADVOCACY RECORDS

DATE:      DECEMBER 17, 2003


1.  Add to the list and interview Danny Deese, Probation and Parole in
Madisonville concerning Brandon Basham.

2.  Interview James Ruschell, Assistant Public Defender who represented
Brandon Basham in Madisonville. Telephone number: 270-824-7001. Add him

JA 5540  47078

to the list and interview.

3. Add to the list and interview Assistant Public Defendant Umeka Foreman who represented the defendant in June 1999 regarding a burglary, shoplifting and criminal mischief charge.

4. Check the records of Regional Medical Hospital for an admission on February 5, 2001 when the defendant was arrested he swallowed 9 Lortab and was sent to Regional Medical

5. Interview Joanne Lenahan, Youth Services Supervisor at Cardinal Treatment Center. She wrote a letter to the court dated March 2, 1998 releasing the defendant from Cardinal Treatment Center back to his parents. Add to the list and interview.

6. Obtain the records of Hall Street Adult Education Center. The defendant attended Hall Street Adult Education Center from time to time. Add this to the list. Harrison and Paige need to obtain the records.

7. Add to the list and interview Cheryl Dunham. She is with Juvenile Services at DJJ in Madisonville -- 502-824-7034. She did what we would consider a presentence investigation which is in the file. She noted that the defendant does not like to be told "no." She also noted in her report that the parents did not want Brandon back.

JBS:lhb

JA 5541  47079

Subj: **RE: Basham TO DO MEMO#15**
Date: 12/17/2003 10:52:23 AM Eastern Standard Time
From: paige@brucklaw.com
To: Jacklaw@aol.com, lindab@justice.com, Jacklaw@aol.com, CGRAHAMSC@aol.com, ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, CJM0501@ALLTEL.NET, traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com

In response to memo:
Shelia Jones is Shelia Mills and was interviewed
Suzanne Mayes - interviewed with Steve Hiskar
Brenda Tompkins - interviewed
Annabelle Pentecost - interviewed
Wendy Watts - interviewed
Debbie Haley Allen - now in Dalton, GA and I will locate
Bindu deSai - now in Houston and I will find her
Pam Chandler - was fired right after testing Branden because she was insane and incompetent; whereabouts unknown, but will try to locate
I am supposed to get back with Shelia Mills about trying to track down others

I am home with the flu and will send memos out later today. Call me on cell phone if you need me. Piage

-----Original Message-----
From: Jacklaw@aol.com [mailto:Jacklaw@aol.com]
Sent: Tue 12/16/2003 7:18 PM
To: lindab@justice.com; Jacklaw@aol.com; CGRAHAMSC@aol.com; ECR@NMRS.COM; YETTO@MIS.NET; jeans@swerlinglaw.com; Paige Tarr; CJM0501@ALLTEL.NET; traci@swerlinglaw.com; SHARRISON@JUSTICE.COM; gacollias@citynet.net; GREGHARRIS@JUSTICE.COM; STEVE@swerlinglaw.com; SHEALYBOLAND@HOTMAIL.COM; akandare@justice.com
Cc:
Subject: Fwd: Basham TO DO MEMO#15

FROM: JBS

RE: THINGS TO DO

DATE: DECEMBER 15, 2003

1. interview Bryant Fleming who was an inmate at the Richland County Jail who befriended Chad Fulks. Fleming is now within the Department of Corrections.

2. The following people are people that are listed in the Hopkins County

GOVERNMENT EXHIBIT 99
PENGAD 800-631-6989

School records and should be added to the list of people to be interviewed (as of this time, they do not appear on the list):

Sheila Jones
Pamela Chandler - who did an evaluation on April 24, 1989
Suzanne Mayes
Brenda Tompkins - who did an evaluation on September 26, 1989
Mr. Smith
Mrs. Offutt
Ms. Debbie (who may be Debbie Haley and to whom he wrote a very disgusting letter)
Wendy Watts - who did a psycho educational report on May 1, 2995
Charles Gant
Mrs. Pentecost

3. There is also mention of a Dr. Bindutdessai who is with the Trover Clinic and who found no neurological defects.

JBS:lhb

Jack B. Swerling
803-765-2626-o
803-730-9400-c
803-799-4059 -f

JA 5543    32629

Subj: **Fwd: Basham TO DO MEMO # 17**
Date: 12/17/2003 12:13:24 PM Eastern Standard Time
From: Jacklaw
To: lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
akandare@justice.com

FROM: JBS

RE: THINGS TO DO

DATE: DECEMBER 17, 2003

1. Add to the list and interview Bonnie Howard from Creedo, West Virginia. She ID'd the victim and co-defendant as the driver of the vehicle. This can be found at page 2054 of the discovery.

2. Interview Joanetta Straley from Kenova, West Virginia who also along with Bonnie Howard ID'd the victim and the co-defendant. This can be found at 2057 of the discovery. Joanetta Straley is actually on the list.

3. Joanetta Straley is on the list as a teller from West Virginia. In reading my notes it appears that Joanetta Staley identified the co-defendant as the driver of the vehicle and the victim Samantha Burns. Please type that into the description part.

4. The following people are relatives of Chad Fulks and they can be found starting on page 2126 of the outline:

Nancy Fulks, grandmother
Roger Fulks, father -- Shipshewana Indiana
Sherrie Lynn from Proctorville, Ohio
Edith Stace from West Hamlin, West Virginia - aunt
Netta McAllister of Scottstown, Ohio - aunt
Regina Atkins of East Lynn, West Virginia - aunt
Roy Fulks of Branchland, West Virginia
Mark Keith Fulks, uncle - telephone number: 260-768-9167



GOVERNMENT
EXHIBIT
100

All of these people need to be added to the list and interviewed.

5.  Add to the list and interview Heather Carter from Proctorville, Ohio who saw the co-defendant and a female.  This can be found at page 2134 of the discovery.

6.  Add to the list and interview Henry Hardy from the Richland County jail who talked to our client, Basham, and apparently has told the FBI something. He can be found at page 2299.

7.  Interview Frankie Rabon and add to the list.  He saw the vehicle in North Carolina -- at page 2300.

8.  Add to the list and interview Melvin Gore.

9.  Add to the list and interview Detective Jeffrey Cuma of the Michigan City Police Department.

10. Lesa:  Please go to the list -- just a couple of additions to the list. With respect to Detective Devon Brewer, his discovery reference is page 1649, could you type that in please.  Also with respect to Dr. DeLa Rocha, he is on the list, but type in on his contact info -- Penny Royal.

11. Darryl Fulks is on the list.  Please add to his discovery references page 238.

12. Shannon Fulks is on the list.  Please add to her contact information: 308 West Congress Street.

13. Laurie Houston is on the list.  Her contact information should be Penny Royal.

14. Carl Jordan, discovery page reference add page 129.

15. Lossner -- under description put evaluation May 18, 1983.

16. Autumn McAlwain, under description visited defendants on October 31st with Severance.  Page reference is 243.

17. Roland Pomeroy is on the list.  The discovery page reference would also be page 1.

**Jack B. Swerling**

JA 5545  47081

Subj: **Fwd: basham TO DO MEMO # 18**
Date: 12/17/2003 12:15:23 PM Eastern Standard Time
From: Jacklaw
To: lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com

FROM: JBS

RE: TO DO LIST

DATE: DECEMBER 17, 2003

This is to be added to the "To Do List"

1. Find out what is committed to CHR.

JBS:lhb

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**



Wednesday, December 17, 2003 America Online: Jacklaw

JA 5546 47037

FILE COPY
SC

**jeans**

From: "Lesa Watson" <yetto@mis.net>
To: <Jacklaw@aol.com>; <lindab@justice.com>; <CGRAHAMSC@aol.com>; <ECR@NMRS.COM>; <jeans@swerlinglaw.com>; <PAIGE@BRUCKLAW.COM>; <CJM0501@ALLTEL.NET>; <traci@swerlinglaw.com>; <SHARRISON@justice.com>; <gacollias@citynet.net>; <GREGHARRIS@justice.com>; <STEVE@swerlinglaw.com>; <SHEALYBOLAND@hotmail.com>; <akandare@justice.com>
Sent: Friday, December 19, 2003 12:08 PM
Subject: Re: basham TO DO MEMO # 18

CHR commits individuals who are endangered or a danger to themselves, ie., abused/neglected/abandoned children; adults [elderly] who cannot care for themselves, etc.

----- Original Message -----
From: Jacklaw@aol.com
To: lindab@justice.com ; Jacklaw@aol.com ; CGRAHAMSC@aol.com ; ECR@NMRS.COM ; YETTO@mis.net ; jeans@swerlinglaw.com ; PAIGE@BRUCKLAW.COM ; CJM0501@ALLTEL.NET ; traci@swerlinglaw.com ; SHARRISON@justice.com ; gacollias@citynet.net ; GREGHARRIS@justice.com ; STEVE@swerlinglaw.com ; SHEALYBOLAND@hotmail.com ; akandare@justice.com
Sent: Wednesday, December 17, 2003 12:15 PM
Subject: Fwd: basham TO DO MEMO # 18

FROM: JBS

RE: TO DO LIST

DATE: DECEMBER 17, 2003

This is to be added to the "To Do List"

1. Find out what is committed to CHR.


GOVERNMENT EXHIBIT
102
PENGAD 800-631-6989

12/19/03

JA 5547   60979

**Carlisle McNair**

From: &lt;Jacklaw@aol.com&gt;
To: &lt;lindab@justice.com&gt;; &lt;Jacklaw@aol.com&gt;; &lt;CGRAHAMSC@aol.com&gt;; &lt;ECR@NMRS.COM&gt;;
&lt;YETTO@MIS.NET&gt;; &lt;jeans@swerlinglaw.com&gt;; &lt;PAIGE@BRUCKLAW.COM&gt;;
&lt;CJM0501@ALLTEL.NET&gt;; &lt;traci@swerlinglaw.com&gt;; &lt;SHARRISON@JUSTICE.COM&gt;;
&lt;gacollias@citynet.net&gt;; &lt;GREGHARRIS@JUSTICE.COM&gt;; &lt;STEVE@swerlinglaw.com&gt;;
&lt;SHEALYBOLAND@HOTMAIL.COM&gt;; &lt;akandare@justice.com&gt;
Sent: Wednesday, December 17, 2003 1:15 PM
Attach: ATT00174.eml
Subject: Fwd: Basham TO DO MEMO #19

FROM         JBS

RE:          THINGS TO DO LIST

DATE:        DECEMBER 17, 2003

1. Add to the list and interview Tellie Rager or Rajer of the Madisonville Police Department who investigated the case involving the use of credit cards by Chad Fulks and Veronica Evans.

2. Try and obtain the pretrial services report of Chad Fulks that was done for those charges.

3. Add to the list and interview Patrolman Bryan McKinney of the Kentucky State Police who apparently was involved in this case with Chad Fulks and Veronica Evans.

4. Add to the list and interview Rebecca Stevens who was a public defender for Basham in Hopkins County.

GOVERNMENT EXHIBIT 103

PENGAD 800-631-6989

12/18/2003

JA 5548   35659

Subj:    **RE-UPDATED #25-DISREGARD OTHER**
Date:    1/8/2004 1:06:08 PM Eastern Standard Time
From:    Jacklaw
To:      lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com, DBTarr@msn.com

Jack, this is the updated e-mail -- disregard the first one you received.

MEMORANDUM:

FROM:    JBS

RE:      THINGS TO DO

DATE:    JANUARY 8, 2004

The following people need to be interviewed at Western State Hospital. PAGE REFERENCES ARE TO BATES NUMBER ON RECORDS:

1.  Aaron Carlos who is the public defender for the defendant on this admission.

2.  Dr. Irene Pasquin at p. 829.  Phone number:  270-886-4431.

3.  Paula Holcomb, Master's Social Work, p. 832.

4.  Dean Richards, Master's Social Work, p. 837.

5.  Dr. Richard Luncford, p. 861.

6.  Paula Holcomb is again listed at 910.

7.  Dr. Pasquin is noted again at 918.

8.  Dr. Emmanuel Nierva who changes diagnosis, p. 917.

9.  Paula Holcomb again at 931.



GOVERNMENT EXHIBIT
104
PENGAD 800-631-6989

JA 5549   47038

10. Nurse Skinner at 949.

11. Dr. Luncford again at 956.

12. Nurse Schiro at 963.

13. Psychologist Gisetto at 966.

14. OTS Kavanaugh at 967,

15. Nurse J. Kennerly at 968.

16. Janice Walker with her credentials are L.N.F.T. at 973.

17. Jill Sholar who is apparently a licensed social worker at p. 978.

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

JA 5550 47039

Subj:       **Re: BASHAM TO DO #26**
Date:       1/31/2004 10:23:17 PM Eastern Standard Time
From:       cjm0501@alltel.net
To:         Jacklaw@aol.com

According to Fulks booking sheet from Lexington County, he was supposed to he "housed alone & recreation alone." A lot of times that is not necessarily true. Sometimes if they get too crowed, these instructions are overlooked. I found out Fulks was a problem at Lexington County Jail. The jail staff requested he be moved to another facility. Fulks was a big problem. According to my source, who has many years at the jail, told me Fulks was the most problem of any inmate he has ever seen in the jail. Fulks complained about everything & would write Nettles, who in turn would write the Sheriff. Do we want this correspondence? Of course we would need a subpoena for these letters, which it is my understanding are in Fulks jail file. At the same time we need to ask for cellmates, jail records, disciplinary records & etc.


Carlisle

> ----- Original Message -----
> **From:** Jacklaw@aol.com
> **To:** CJM0501@ALLTEL.NET
> **Cc:** Jacklaw@aol.com ; gregharris@justice.com
> **Sent:** Thursday, January 29, 2004 12:25 PM
> **Subject:** BASHAM TO DO #26
>
> **TO CARLISLE**
>
>
> Please interview Fulks' cellmates who were in Hopkinsville, Richland County, and where he was arrested in November 2002. Greg Cook is attempting to locate cellmates in West Virginia.
>
> **Jack B. Swerling**
> **803-765-2626-o**
> **803-730-9400-c**
> **803-799-4059 -f**



GOVERNMENT
EXHIBIT
105

Subj:     **RE: BASHAM TO DO #27**
Date:     1/29/2004 5:51:27 PM Eastern Standard Time
From:     Paige@brucklaw.com
To:       Jacklaw@aol.com, gregharris@justice.com, Jacklaw@aol.com, DBTarr@msn.com

We have James Aiken already on board - he sent us his cv and info back a couple of months ago. I will call and get him to come down and meet asap, if that is OK? Paige

---

**From:** Jacklaw@aol.com [mailto:Jacklaw@aol.com]
**Sent:** Thu 1/29/2004 12:33 PM
**To:** gregharris@justice.com; Jacklaw@aol.com; DBTarr@msn.com; Paige Tarr
**Subject:** BASHAM TO DO #27

TO:   BRANDON BASHAM FILE

RE:   PHARMACOLOGIST

DATE:   JANUARY 29, 2004


I need to get with everybody concerning getting a pharmacologist. We also have to get an expert on future dangerousness and adaptability.


**Jack B. Swerling**
803-765-2626-o
803-730-9400-c
803-799-4059 -f



GOVERNMENT EXHIBIT
106

JA 5552
32626

Subj:   **RE: BASHAM TO DO #28**
Date:   1/29/2004 6:09:59 PM Eastern Standard Time
From:   Paige@brucklaw.com
To:     Jacklaw@aol.com, lindab@justice.com, Jacklaw@aol.com, CGRAHAMSC@aol.com,
        ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, CJM0501@ALLTEL.NET,
        traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
        GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
        akandare@justice.com, DBTarr@msn.com

Rivendell is in Bowling Green and whoever goes there to do the outstanding interviews next week can try and expedite that. I spoke earlier to an individual in medical records at Rivendell who said that there was a problem with some of the language in the release that I had sent to her, but after some discussion she said she will gather the test data that she can locate and try and get it back to us ASAP.
Dr. Brannon only works on Tuesdays - we need to have him read through his findings and write them down instead of asking him to type up a report. I can call on Tuesday and try and get that set up - all I have from him now is his ultimate finding of toxic encepholopathy.

---

**From:** Jacklaw@aol.com [mailto:Jacklaw@aol.com]
**Sent:** Thu 1/29/2004 12:35 PM
**To:** lindab@justice.com; Jacklaw@aol.com; CGRAHAMSC@aol.com; ECR@NMRS.COM; YETTO@MIS.NET; jeans@swerlinglaw.com; Paige Tarr; CJM0501@ALLTEL.NET; traci@swerlinglaw.com; SHARRISON@JUSTICE.COM; gacollias@citynet.net; GREGHARRIS@JUSTICE.COM; STEVE@swerlinglaw.com; SHEALYBOLAND@HOTMAIL.COM; akandare@justice.com; DBTarr@msn.com
**Subject:** BASHAM TO DO #28

MEMORANDUM:

TO:   BRANDON BASHAM FILE

RE:   THINGS TO DO

DATE:   JANUARY 29, 2004


We need to obtain the EEG from Rivendale Hospital that was run in 1991 by Scott Littleton.

We need to go ahead and videotape Cathy Basham.

We need to get Dr. Brannon's findings.


**Jack B. Swerling**
803-765-2626-o
803-730-9400-c
803-799-4059 -f



GOVERNMENT EXHIBIT 107

JA 5553 32623

Subj:    **RE: BASHAM TO DO #28**
Date:   1/30/2004 9:30:57 AM Eastern Standard Time
From:  Paige@brucklaw.com
To:     Jacklaw@aol.com

Will do

---

**From:** Jacklaw@aol.com [mailto:Jacklaw@aol.com]
**Sent:** Thu 1/29/2004 10:57 PM
**To:** Paige Tarr
**Cc:** Jacklaw@aol.com; gregharris@justice.com
**Subject:** Re: BASHAM TO DO #28

**yes. we need to definitely finish up on bowling green and get those records.
we need to notify our bu*tner doctors about the findings brannon made to
support the diagnosis*

Jack Swerling
1720 Main Street, Suite 301
Columbia, South Carolina 29201
803-765-2626 (o)
803-730-9400 (c)
803-799-4059 (f)


GOVERNMENT EXHIBIT
108
PENGAD 800-631-6989

JA 5554  32622

Subj: **Re: BASHAM TO DO # 29**
Date: 1/29/2004 7:41:37 PM Eastern Standard Time
From: yetto@mis.net
To: Jacklaw@AOL.COM, lindab@justice.com, CGRAHAMSC@AOL.COM, ECR@NMRS.COM, jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, traci@swerlinglaw.com, SHARRISON@justice.com, gacollias@citynet.net, GREGHARRIS@justice.com, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com, DBTarr@msn.com

Military records are on current list of subpoenas that are being obtained as well as medical records for Jimmy and Kathy.
Marriage records I'll see if I can't get from vial statistics in Frankfort.

----- Original Message -----
**From:** Jacklaw@AOL.COM
**To:** lindab@justice.com ; Jacklaw@AOL.COM ; CGRAHAMSC@AOL.COM ; ECR@NMRS.COM ; YETTO@mis.net ; jeans@swerlinglaw.com ; PAIGE@BRUCKLAW.COM ; CJM0501@ALLTEL.NET ; traci@swerlinglaw.com ; SHARRISON@justice.com ; gacollias@citynet.net ; GREGHARRIS@justice.com ; STEVE@swerlinglaw.com ; SHEALYBOLAND@HOTMAIL.COM ; akandare@justice.com ; DBTarr@msn.com
**Sent:** Thursday, January 29, 2004 12:38 PM
**Subject:** BASHAM TO DO # 29

TO:        BRANDON BASHAM FILE

RE:        CATHY BASHAM'S MILITARY RECORDS

DATE:      JANUARY 29, 2004


1.  Subpoena Cathy Basham's military records, the Big Brother records, and Jimmy Basham's medical records, as he had a suicide attempt.

2.  We also need to subpoena Cathy Basham's marriage records and her arrest records.


**Jack B. Swerling**
803-765-2626-o
803-730-9400-c
803-799-4059 -f

GOVERNMENT EXHIBIT
_109_
PENGAD 800-631-6989

JA 5555  33091

Subj: **Re: BASHAM TO DO # 29**
Date: 1/29/2004 11:41:24 PM Eastern Standard Time
From: yetto@mis.net
To: Jacklaw@aol.com

Yes. Need to run down some more local people. I enlisted Charlotte's aid in getting family mental health records. Seems no one ever explained to her how they could be helpful for Branden. She is supposed to be getting everybody to get theirs on their own or comply with release. I'll stay on top of her. Thought I would put her excess energy to good use. Also, spent about an hour with Kathy and Jimmy explaining that it's not their fault that they inherited a mental illness. And that genetic link can be helpful.

----- Original Message -----
From: Jacklaw@aol.com
To: yetto@mis.net
Cc: Jacklaw@aol.com ; gregharris@justice.com
Sent: Thursday, January 29, 2004 10:53 PM
Subject: Re: BASHAM TO DO # 29

**thanks. are you working next week. we need to concentrate on medical and other mitigation from here on out. steve and harrison will be there next week. ,**

Jack Swerling
1720 Main Street, Suite 301
Columbia, South Carolina 29201
803-765-2626 (o)
803-730-9400 (c)
803-799-4059 (f)



GOVERNMENT
EXHIBIT
*110*

JA 5556    33085

Subj: **basham to do #30**
Date: 1/29/2004 11:05:06 PM Eastern Standard Time
From: Jacklaw
To: CJM0501@ALLTEL.NET
CC: Jacklaw, gregharris@justice.com

Please interview Fulks' cellmates who were in Hopkinsville, Richland County, and where he was arrested in November 2002. Greg Cook is attempting to locate cellmates in West Virginia.

**Jack Swerling**
**1720 Main Street, Suite 301**
**Columbia, South Carolina 29201**
**803-765-2626 (o)**
**803-730-9400 (c)**
**803-799-4059 (f)**


GOVERNMENT EXHIBIT
///
PENGAD 800-631-6989

JA 5557 47044

Subj:    **basham to do #31**
Date:    1/29/2004 11:06:31 PM Eastern Standard Time
From:    Jacklaw
To:    lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
    DBTarr@msn.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, akandare@justice.com,
    SHARRISON@JUSTICE.COM, gacollias@citynet.net, STEVE@swerlinglaw.com,
    jeans@swerlinglaw.com, traci@swerlinglaw.com, GREGHARRIS@JUSTICE.COM,
    SHEALYBOLAND@HOTMAIL.COM, LisajKimbrough@yahoo.com

MEMORANDUM:


TO:    BRANDON BASHAM FILE
RE:    THINGS TO DO -- RIVENDALE PSYCHIATRIC HOSPITAL
DATE: JANUARY 29, 2004


The following things need to be done in connection with the Rivendale Psychiatric Hospital:

1. Obtain the EEG that was run by Dr. Littleton on September 17, 1991.

2. Interview Dr. Scott Littleton.

3. Interview Ollie C. Dennis, MA.

4. Interview Dr. Edmond Cavazos.

5. Interview Laurie Whitaker, RN.

6. Interview Holly Williams.

7. Interview Grant Menton.

8. Interview Tony Deering.

9. Interview Gaymon.

10. Interview Wilson.

11. Interview Eaton.

**Jack Swerling**
**1720 Main Street, Suite 301**
**Columbia, South Carolina 29201**
**803-765-2626 (o)**
**803-730-9400 (c)**
**803-799-4059 (f)**

GOVERNMENT
EXHIBIT
112
PENGAD 800-631-6989

JA 5558 47045

Subj:    **Fwd: basham to do #31**
Date:    2/2/2004 8:24:34 PM Eastern Standard Time
From:    Jacklaw
To:    CGraham, yetto@mis.net
CC:    Jacklaw, gregharris@justice.com

## please forward lessa a a copy of these records

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

-----------------

Forwarded Message:
Subj:    **Re: basham to do #31**
Date:    1/29/2004 11:43:56 PM Eastern Standard Time
From:    yetto@mis.net
To:    Jacklaw@aol.com
*Sent from the Internet (Details)*

I still have a subpoena for Rivendell. I'll go there next week and see what I can get done. I'll just extend the date, since they already have release and are supposed to be working on getting records. Maybe Paige will tell me who she talked to. I assume we have not heard anything from the Cabinet for Families and Children subpoena???
Do we have new subpoenas, yet??

---- Original Message ----
**From:** Jacklaw@aol.com
**To:** lindab@justice.com ; Jacklaw@aol.com ; CGRAHAMSC@aol.com ; ECR@NMRS.COM ;
YETTO@mis.net ; DBTarr@msn.com ; PAIGE@BRUCKLAW.COM ; CJM0501@ALLTEL.NET ;
akandare@justice.com ; SHARRISON@justice.com ; gacollias@citynet.net ; STEVE@swerlinglaw.com ;
jeans@swerlinglaw.com ; traci@swerlinglaw.com ; GREGHARRIS@justice.com ;
SHEALYBOLAND@hotmail.com ; LisajKimbrough@yahoo.com
**Sent:** Thursday, January 29, 2004 11:06 PM
**Subject:** basham to do #31

MEMORANDUM:

TO:    BRANDON BASHAM FILE
RE:    THINGS TO DO -- RIVENDALE PSYCHIATRIC HOSPITAL
DATE: JANUARY 29, 2004

The following things need to be done in connection with the Rivendale Psychiatric Hospital:

1. Obtain the EEG that was run by Dr. Littleton on September 17, 1991.

GOVERNMENT
EXHIBIT
113

JA 5559  33398

2. Interview Dr. Scott Littleton.

3. Interview Ollie C. Dennis, MA.

4. Interview Dr. Edmond Cavazos.

5. Interview Laurie Whitaker, RN.

6. Interview Holly Williams.

7. Interview Grant Menton.

8. Interview Tony Deering.

9. Interview Gaymon.

10. Interview Wilson.

11. Interview Eaton.

Jack Swerling
1720 Main Street, Suite 301
Columbia, South Carolina 29201
803-765-2626 (o)
803-730-9400 (c)
803-799-4059 (f)

JA 5560   33399

Subj:  **BASHAM TO DO #32**
Date:  1/29/2004 11:12:08 PM Eastern Standard Time
From:  Jacklaw
To:    lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
       DBTarr@msn.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, akandare@justice.com,
       SHARRISON@JUSTICE.COM, gacollias@citynet.net, STEVE@swerlinglaw.com,
       jeans@swerlinglaw.com, traci@swerlinglaw.com, GREGHARRIS@JUSTICE.COM,
       SHEALYBOLAND@HOTMAIL.COM, LisajKimbrough@yahoo.com

MEMORANDUM:


TO:    BRANDON BASHAM FILE
RE:    THINGS TO DO -- KENTUCKY CABINET FOR FAMILIES AND CHILDREN
DATE:  JANUARY 29, 2004


1.  Interview Pamela Nichols.

2.  Interview Janice Jennings.

3.  Interview Teresa King.

4.  Interview Jim Hill.

5.  Interview Mary Lynn Crice.

6.  Interview David Klenn.

7.  Interview Debbie Haley at Anton School.

8.  Interview Aide Kerry, Debbie Haley's aide.

9.  Interview a Dr. Johnson and a Joyce Salt at Mental Health.

10. Interview Jan Jennings.

11. Interview teacher Susan Harrelson.

12. Interview Pam Locke.


**Jack Swerling**
**1720 Main Street, Suite 301**
**Columbia, South Carolina 29201**
**803-765-2626 (o)**
**803-730-9400 (c)**
**803-799-4059 (f)**



Subj:       **Re: Branden Basham TO DO #33**
Date:       2/19/2004 4:51:16 PM Eastern Standard Time
From:       Jacklaw
To:         lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
            jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
            traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
            GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
            akandare@justice.com, LisajKimbrough@yahoo.com

TO:         BRANDEN BASHAM TEAM

FROM:       JBS

RE:         REVIEW OF DJJ RECORDS

In my review of the Department of Juvenile Justice records I found the following names affiliated with the following institutions. Each of you, please pick up the names and institutions designated to you and follow up with a review of the records and an interview: LESA: please go ahead and make sure these names are on the cast of characters.

1. Cheryl Durham - phone #:  502-824-7566 and 502-824-7034.

2. Jim Schuck - phone #:  502-889-6030.

3. Queensboro Detention Center - do we need subpoena?

4. Central Kentucky Treatment Center - last school attended - do we need subpoena?

5. Michael Eastman - Charter

6. Leon Farley -- Rice Audobon, 8711 LeGrange Road, Louisville, KY 40242; phone #:  502-425-7521 - do we need subpoena?

7. Lisa Potts, psychologist at Cardinal, did an MMPI.

8. Childrens' Psychiatric, Dr. Paul Gillingham - this fellow must be interviewed.

9. Childrens' Psychiatric, Connie Nelson, case worker and Fred Stine.



GOVERNMENT EXHIBIT 115

Thursday, February 19, 2004 America Online: Jacklaw

10. Columbia Hospital, Paris, KY, Daniel Cardona.

11. Sheila Schwartz.

12. Dr. Roger Laird, Ph.D.

13. Rice Audobon, Jennifer James.

14. Rice Audobon, Dr. Edwin Walker

15. Charter Behavior of Indiana, Michael Eatmon or Eastman, social worker. This person needs to be interviewed. Indicates defendant is power based.

16. Charter Behavioral of Indiana, a Christina Pinkston.

17. Charter Behavioral of Indiana, looks like a letter from Dr. Robert Aug to Peggy Wood.

18. Columbia Hospital, Dr. Williams Platts, Paris, KY.

19. Hopkins County Psycho Educational, Wendy Watts, psychologist.

20. Rice Audobon, Juvenile Counselor Maurice Williamson -- very important interview.

21. Peggy Young, also at the same instituion. She is a supervisor. Also Gail Hammond.

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

JA 5563 47049

Subj:    **Re: Branden Basham TO DO #34**
Date:    2/19/2004 4:54:00 PM Eastern Standard Time
From:    Jacklaw
To:     lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com, LisajKimbrough@yahoo.com

TO:       BRANDEN BASHAM TEAM
FROM:   JBS
RE:      REVIEW OF RECORDS OF CARDINAL CENTER

In my review of the Cardinal Center records, I noted that the following people need to be interviewed. LESA: Please check to make sure these are on the list and the people who are responsible for this institution need to contact the following people:

1. Dr. Lisa Ann Potts.

2. Counselor Danny Stringfield.

3. Cheryl Durham, DSS - 502-824-7566.

4. Dr. Gillingham at Childrens' Psychiatric.

5. Michael Eastman at Charter Evansville.


**Jack B. Swerling**
803-765-2626-o
803-730-9400-c
803-799-4059 -f


GOVERNMENT
EXHIBIT
116
PENGAD 800-631-6989

JA 5564   47050

Subj:     **BASHAM TO DO #35**
Date:     2/19/2004 4:55:22 PM Eastern Standard Time
From:     Jacklaw
To:       lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
          jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
          traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
          GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
          akandare@justice.com, LisajKimbrough@yahoo.com


TO:       BRANDEN BASHAM TEAM
FROM:     JBS
RE:       REVIEW OF RECORDS OF CARDINAL CENTER

In my review of the Cardinal Center records, I noted that the following
people need to be interviewed. LESA: Please check to make sure these are
on the list and the people who are responsible for this institution need to
contact the following people:

1. Dr. Lisa Ann Potts.

2. Counselor Danny Stringfield.

3. Cheryl Durham, DSS - 502-824-7566.

4. Dr. Gillingham at Childrens' Psychiatric.

5. Michael Eastman at Charter Evansville.


Jack B. Swerling
803-765-2626-o
803-730-9400-c
803-799-4059 -f


GOVERNMENT
EXHIBIT
117
PENGAD 800-631-6989

Friday, March 05, 2004 America Online: Jacklaw

JA 5565    07799

No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

# JOINT APPENDIX AND INDEX
# VOLUME 23
# PART B

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for*
*Defendant-Appellant Basham*

Subj: **BASHAM TO DO #36**
Date: 2/19/2004 4:56:49 PM Eastern Standard Time
From: Jacklaw
To: lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com, LisajKimbrough@yahoo.com

**TO: BASHAM TEAM**
**FROM: JBS**

**RE: REVIEW OF RECORDS OF [COLUMBIA CARE]**

**In my review of the Columbia Care records I noted the following people to be**
**interviewed. LESA: please make sure these are on the cast of characters,**
**and I believe Carolyn is to interview these people:**

**1. Christina Strickland, Social Worker**

**2. Cynthia McFadden, Social Worker**

**3. Celia Bowman**

**4. Hickman**

**5. Dr. Pratap Narayan.**

**6. Madeline Wood, Nurse**

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

Friday, March 05, 2004 America Online: Jacklaw



GOVERNMENT EXHIBIT 118 PENGAD 800-631-6989

**JA 5566** 07832

| | |
|---|---|
| Subj: | RE: BASHAM TO DO #36 |
| Date: | 2/20/2004 8:52:11 AM Eastern Standard Time |
| From: | Paige@brucklaw.com |
| To: | Jacklaw@aol.com, lindab@justice.com, Jacklaw@aol.com, CGRAHAMSC@aol.com, ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, CJM0501@ALLTEL.NET, traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com, LisajKimbrough@yahoo.com |

*Sent from the Internet (Details)*

Warning to whoever deals with Dr. Narayan - he is HORRIBLE. We have dealt with him on many cases at Hall. We need to let Donna provide some tips before speaking with him  Paige

---

**From:** Jacklaw@aol.com [mailto:Jacklaw@aol.com]
**Sent:** Thu 2/19/2004 4:56 PM
**To:** lindab@justice.com; Jacklaw@aol.com; CGRAHAMSC@aol.com; ECR@NMRS.COM; YETTO@MIS.NET; jeans@swerlinglaw.com; Paige Tarr; CJM0501@ALLTEL.NET; traci@swerlinglaw.com; SHARRISON@JUSTICE.COM; gacollias@citynet.net; GREGHARRIS@JUSTICE.COM; STEVE@swerlinglaw.com; SHEALYBOLAND@HOTMAIL.COM; akandare@justice.com; LisajKimbrough@yahoo.com
**Subject:** BASHAM TO DO #36

## TO:  BASHAM TEAM
## FROM:  JBS

## RE:  REVIEW OF RECORDS OF COLUMBIA CARE

In my review of the Columbia Care records I noted the following people to be
interviewed.  LESA:  please make sure these are on the cast of characters,
and I believe Carolyn is to interview these people:

1. Christina Strickland, Social Worker

2.  Cynthia McFadden, Social Worker

3. Celia Bowman

4. Hickman

5. Dr. Pratap Narayan.

6. Madeline Wood, Nurse

Saturday, March 13, 2004 America Online: Jacklaw


PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
119

Subj: **BASHAM TO DO #37**
Date: 2/19/2004 5:05:03 PM Eastern Standard Time
From: Jacklaw
To: lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
akandare@justice.com, LisajKimbrough@yahoo.com

TO: MEMBERS OF BASHAM DEFENSE TEAM

FROM: JBS

RE: ASSIGNMENT OF INSTITUTIONS

Based on our earlier conversations, the following institutions were assigned
to individuals on the Basham defense team. Henceforth each of the
individuals is to study the records, review my memos in connection with
those records, and follow through with interviewing all of the designated
people. Many of these interviews can be done from Columbia via phone and
important personnel such as doctors or psychologists who had substantial
contact with Brandon should be contacted personally and interviewed
personally. When appropriate, two people should conduct the interviews.

In addition to this, I would ask that Lesa, Paige, Harrison and Steve
continue to contact members of the family, educators, etc.

1. Charter of Evansville - Steve
2. Northern Kentucky Psychiatric Institute - Lesa
3. Social Security in Frankford - Lesa
4. Department of Corrections - Lesa
5. Columbia Bourbon, Stoner Creek, United Methodist and the Ridge - Lesa
6. Rivendale in Bowling Green - Steve
7. Western State - Paige
8. Penny Royal - Paige
9. Trover - Harrison
10. Regional Medical - Harrison
11. Schools - Steve and Paige
12. Cabinet for Kids and Children - Lesa
13. DSS Madisonville - Steve
14. DJJ - Steve
15. DJJ Cardinal - Lesa
16. DJJ Audobon - Lesa
17. Hopkins County Jail - Steve



GOVERNMENT
EXHIBIT
120

PENGAD 800-631-6989

JA 5568 47053

18. Richland County Jail - Steve
19. Tenbrock, a/k/a Charter of _____ville - Lesa
20. Westville Jail - Carlisle
21. Cardinal Hospital - Lesa
22. Hall Street - Harrison
23. Alvin S. Glenn Detention Center - Carolyn
24. Columbia Care - Carolyn
25. Tennessee Department of Corrections - Carlisle and Carolyn
26. Psychology Education Program - Paige

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

JA 5569   47054

Subj: **#37 TO DO**
Date: 3/1/2004 4:51:03 PM Eastern Standard Time
From: Jacklaw
To: lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET, traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com, LisajKimbrough@yahoo.com

**I WANT TO REMIND EVERYONE THAT ON 2/19 I SENT OUT A MEMO OF ALL THE INSTITUTIONS AND LOCALS THAT EVERYONE WAS IN CHARGE OF. EVERYONE IS SUPPOSED TO REVIEW THEIR RECORDS AND MY MEMOS AND INTERVIEW THESE WITNESSES VIA PHONE OR IN PERSON. NO ONE IS DOING FOR YOU. PLEASE REVIEW THE MEMO AGAIN AND MAKE SURE YOU HAVE YOUR ASSIGNMENT. TRIAL IS GETTING CLOSE. I HOPE EVERYONE IS CONTACTED. PLEASE ALSO REVIEW MY NEW EMAILS FOR ADDITIONS TO YOUR LIST. THANKS**
**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**



GOVERNMENT
EXHIBIT
121

JA 5570   33178

Subj:     **RE BASHAM TO #38**
Date:     2/19/2004 5:00:25 PM Eastern Standard Time
From:     Jacklaw
To:       lindab@justice.com, Jacklaw, CGRAHAMSC, ECR@NMRS.COM, YETTO@MIS.NET,
          jeans@swerlinglaw.com, PAIGE@BRUCKLAW.COM, CJM0501@ALLTEL.NET,
          traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net,
          GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
          akandare@justice.com, LisajKimbrough@yahoo.com

TO:       BRANDEN BASHAM TEAM

FROM:   JBS

RE:       REVIEW OF TROVER CLINIC RECORDS

In my review of Trover Clinic the following people are mentioned and need to
be interviewed:

1.  Dr. Seuss
2.  Peggy Woods, DSS
3.  We need to obtain records from James Madison Middle School.
4.  Dr. Paul Phillips
5.  Dr. Roger Laird
6.  Dr. Peter Brill
7.  Dr. Sean McGuire
8.  Dr. Launa or Laura Houston
9.  Amy Melton, social worker
10. Nurse Margalo Altman
11. Dr. James Rozell
12. Dr. Wayne Lowe
13. Dr. Arthur Lossner or Lessner
14. Jan Jennings, Department of Social Services
15. Dr. Hasnain Sadiq
16. Amy Melton case worker
17. Dr. Manuel Dela Rocha
18. Dr. Wendy Vaness

Lesa, I would ask you to check the cast of characters list to see if these
people are on it, and if not, please put them on. As far as the defense
team, please follow up with interviews in your respective institutions.

GOVERNMENT
EXHIBIT
122
PENGAD 800-631-6989

Thursday, February 19, 2004 America Online: Jacklaw

JA 5571  47055

| Subj: | **RE: RE BASHAM TO #38** |
| --- | --- |
| Date: | 2/20/2004 8:38:06 AM Eastern Standard Time |
| From: | Paige@brucklaw.com |
| To: | Jacklaw@aol.com, lindab@justice.com, Jacklaw@aol.com, CGRAHAMSC@aol.com, ECR@NMRS.COM, YETTO@MIS.NET, jeans@swerlinglaw.com, CJM0501@ALLTEL.NET, traci@swerlinglaw.com, SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM, akandare@justice.com, LisajKimbrough@yahoo.com |

*Sent from the Internet (Details)*

Almost every single one of those individuals has been interviewed at least one time. According to my copy of the COC, Margalo Altman is the only one that needs to be added. I have found an address for Paul Phillips; Amy Melton's last known location was in Henderson; Dr. Rozell is not practicing medicine any longer, but I am continuing to search for him; Wayne Lowe is deceased and it is believed that Arthur Lossner is deceased; Dr. de la Rocha will speak to me next week with an accurate release, as will Wendy Vanness; Jan Jennings' whereabouts are still unknown, but I am searching. Paige

---

**From:** Jacklaw@aol.com [mailto:Jacklaw@aol.com]
**Sent:** Thu 2/19/2004 5:00 PM
**To:** lindab@justice.com; Jacklaw@aol.com; CGRAHAMSC@aol.com; ECR@NMRS.COM; YETTO@MIS.NET; jeans@swerlinglaw.com; Paige Tarr; CJM0501@ALLTEL.NET; traci@swerlinglaw.com; SHARRISON@JUSTICE.COM; gacollias@citynet.net; GREGHARRIS@JUSTICE.COM; STEVE@swerlinglaw.com; SHEALYBOLAND@HOTMAIL.COM; akandare@justice.com; LisajKimbrough@yahoo.com
**Subject:** RE BASHAM TO #38

TO:      BRANDEN BASHAM TEAM

FROM:   JBS

RE:      REVIEW OF TROVER CLINIC RECORDS

In my review of Trover Clinic the following people are mentioned and need to be interviewed:

1. Dr. Seuss
2. Peggy Woods, DSS
3. We need to obtain records from James Madison Middle School.
4. Dr. Paul Phillips
5. Dr. Roger Laird
6. Dr. Peter Brill
7. Dr. Sean McGuire



GOVERNMENT EXHIBIT
123
PENGAD 800-631-6989

Saturday, March 13, 2004 America Online: Jacklaw

JA 5572   32592

8. Dr. Launa or Laura Houston
9. Amy Melton, social worker
10. Nurse Margalo Altman
11. Dr. James Rozell
12. Dr. Wayne Lowe
13. Dr. Arthur Lossner or Lessner
14. Jan Jennings, Department of Social Services
15. Dr. Hasnain Sadiq
16. Amy Melton case worker
17. Dr. Manuel Dela Rocha
18. Dr. Wendy Vaness

Lesa, I would ask you to check the cast of characters list to see if these people are on it, and if not, please put them on. As far as the defense team, please follow up with interviews in your respective institutions.

JBS:lhb

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**

JA 5573   32593

BRANDON BASHAM

THINGS TO DO
JULY 8, 2004

REDACTING CHRONOLOGY

BIG BROTHERS – SEND

CHAROLETTE BASHAM RECORDS

JIMMY BASHAM - REINTERVIEW
    PRESENT AT TRIAL – VIDEO

KATHY BASHAM - REINTERVIEW
    PRESENT AT TRIAL – VIDEO

QUESTIONS FOR KATHY – LESA AND JAN

PICTURES OF HOME AND NEIGHBORHOOD - LESA

SEND ALL MEDICAL RECORDS OF KATHY AND JIMMY TO DOCTORS

SEND COURT RECORDS ON FAMILY MEMBERS TO DOCTORS

FAMILY RECORDS BOTH SIDES – LESA

TOMMY BASHAM – JACK & GREG (BEVERLY TOO)

TOMMY BASHAM – SHOULD WE SEND RECORDS

CHAROLETTE BASHAM – JACK & GREG

LARRY BASHAM – JACK & GREG

LARRY BASHAM – RECORDS – LESA

PAIGE: DID YOU INTERVIEW SCOTTY BASHAM?



GOVERNMENT
EXHIBIT
124
PENGAD 800-631-6989

BILLY BASHAM – JACK & GREG

LARRY BASHAM – JACK & GREG

DR. BENTLEY – STEVE

DIANE BLAIR – JACK & GREG

SEND ADA BLAKE – TO DOCTORS

BILL BLAKE RECORDS – LESA

BOBBY JEWEL BLACK – JACK, GREG, LESA & JAN

CLAUDE BLAKE – TO DOCTORS

CONNIS BLAKE – LESA – RECORDS

DARREL BLAKE – LESA – RECORDS

LUM BLAKE – LESA – RECORDS

MYRTLE BLAKE – LESA – RECORDS

PATRICIA BLAKE – LESA – RECORDS

ROBERT BLAKE – LESA – RECORDS

STARLING BLAKE – LESA – RECORDS

BILLY JOE BASHAM – PAIGE – NEED CELL PHONE

DANNY BASHAM – LESE, GREG & JACK (SR. AND JR.)

HAROLD BASHAM – LESA, GREG & JACK

SCOTTY BASHAM – LESA TO INTERVIEW

TOMMY BLAKE – GREG & JACK

JA 5575 64718

TOMMY BLAKE – MEDICAL RECORDS – LESA

VELMA BLAKE – LESA – RECORDS

VERA BLAKE – LESA – RECORDS

WILLIE BLAKE – LESA – RECORDS

DR. GREG BLAKE – LOCATE

DAVID BROWN – JAN TO FOLLOW-UP – JACK & GREG

DEBBIE BRYANT – JACK & GREG

CAPTAIN RHOADIN – JACK & GREG

AARON CARLOS – HISKER FOLLOW

HESTER CHAMBERS – JACK & GREG

NANCY CLAYTON – JACK & GREG

HOPKINS COUNTY SPECIAL OLYMPICS – FIND IT

ADULT ED RECORDS – JACK & CAROLYN – FIND RECORDS

SEND ALL CHAROLETTE'S RECORDS – CAROLYN

HOPKINS COUNTY JAIL EMPLOYEES – CONTINUE TO TRY

DAVID COUNTY – CARLISLE & CAROLYN – FIND RECORDS

OLLIE DENNIS – JAN & LESA TO FOLLOW

BINDU DE SAI    – PAIGE TO RECONTACT

JEWEL DICKERSON – GREG & JACK

CHARLES DOSS – JAN & LESA

JA 5576 64719

HELEN BLAKE DOSS – JACK & GREG

DR. SADIGI– WESTERN STATE – CHECK TO DO (JBS)

JIM AIKEN – APPROVED

TRANSCRIPTS

DR. WAGGONERS – LESA & PAIGE

CHERYL DUNHAM – HISKER

DEANNA DUNKIN – HISKER

SEND SCHOOL RECORDS – JBS & GREG TO REVIEW

VERONICA EVANS – WILL GOVERNMENT CALL

DPT. FERGUSON – CARLISLE TO FOLLOW

DONNA BAMPUE – H.S. TO FOLLOW

WYN McCOY - H.S. TO FOLLOW

FORD – LESA FIND

DEP. FRANKS – CARLISLE TO FOLLOW

DEANNE GARDNER – JAN, GREG, JACK & LESA

GARRYS – JACK & GREG

ADELINE GORDON – LESA TO FOLLOW

JUDY GRADY – STEVE TO FOLLOW

DPT. SALLY GRAY – CARLISLE TO FOLLOW

GUESSETTO – JACK, GREG & JAN TO FOLLOW

JA 5577 64720

LUNCEFORD – JACK, GREG & JAN TO FOLLOW

PASQIN – JACK, GREG & JAN TO FOLLOW

HALEY – PAIGE TO FOLLOW

CARRIE HALL – CFC

CFC RECORDS FOR BASHAM

HALL STREET ADULT ED. CENTER – SHOULD WE SENT – JBS TO LOOK

LETTER, RE: MEDICAL RECORDS – JANUARY

DR. HARRINGTON – LESA TO FOLLOW

JAMES HAWKINS – JBS & GREG

LINDA HAYES – JAN TO FOLLOW

BETTY KIRKLAND – PAIGE TO FOLLOW

JIMMY HILL – STEVE – MEMO?  ARE THERE TWO?

DR. HOLDER – CAN KATHY COME TO TRIAL – PAIGE (DON'T CALL YET)

SHERILL HOPPER – JAN, LESA & PAIGE TO FOLLOW

DR. MICHEL HOWARD – LESA & PAIGE TO FOLLOW

DR. LAURA HOUSTON – JAN TO FOLLOW

DR. HOZKENECHT – PAIGE TO FOLLOW

BRENDA JAMESON – LESA TO FOLLOW

FRED JARVIS – PAIGE TO FOLLOW

JA 5578 64721

REBECCA JARVIS – JACK, GREG & LESA

JAY – CARLISLE TO FOLLOW

CLIFFORD JAY – JACK & GREG

BILL JENKINS – GREG & JACK

JAN JENNINGS – LESA TO FOLLOW

DR. AG JOHNSON – PAIGE TO FOLLOW

SGT. PAUL JOHNSON – JACK & GREG

DR. THOMAS JOHNSON – LESA, JACK & GREG TO FOLLOW

JOE JONES – LESA, JACK & GREG TO FOLLOW

PHYLLIS KENNEDY – JACK & GREG

TERESA KING – JACK & GREG

SHERRY KITTENGER – STEVE – INTERVIEW?

DAVID KLEM – STEVE – INTERVIEW?

BETTY LACE – LESA & PAIGE

DR. LAIRD – JACK & GREG

MIKE LANTRIP – JACK & GREG

DR. SCOTT LITTLETON – JACK & GREG

JASON – HARRISON TO FOLLOW

LOGAN – CMN TO FOLLOW

JBS – CHECK LOGAN COUNTY JAIL

JA 5579 64722

JBS – CHECK ALL RECORDS

DR. LOVEJOY – LESA TO FOLLOW

CHAROLETTE RECORDS – SEND ALL (CAROLYN)

DR. MARCUM – PAIGE TO FOLLOW – LESA

RODNEY MASSEY – CMN TO FOLLOW

BARBARA MASSEY – JACK & GREG

CRYSTAL MASSEY – JACK & GREG

SUSAN MAYS – JAN & LESA

ANNIE McELWAIN – LESA TO FOLLOW

SYLVIA McELWAIN – LESA TO FOLLOW

ROSIE McELWAIN – LESA TO FOLLOW

VARTNA McELWAIN – LESA TO FOLLOW

WILMA McELWAIN – LESA TO FOLLOW

JOHN McCLEARN – LESA & PAIGE TO FOLLOW

OWEN McCOY – HS TO FOLLOW

McGAWS – JACK & GREG TO FOLLOW

JEROME McKECHNIE – JACK & GREG TO FOLLOW

MONTE MEFFORD – JACK & GREG TO FOLLOW

AMY MELTON – PAIGE & LESA TO FOLLOW

SHEILA MILLS – JACK & GREG TO FOLLOW

JA 5580 64723

GRANT MINTON – STEVE TO FOLLOW

REGINA MOORE – JAN TO FOLLOW

PATRICIA MOORE – WHO IS SHE – JACK

ANTHONY MOORE – LESA TO FOLLOW

PAUL MOORE – LESA TO FOLLOW

BUDDY MORRIS, JR. – JBS & GREG TO FOLLOW

BUDDY MORRIS, III – JACK, GREG, JV, LESA – FOLLOW

ENA MORRIS – JACK & GREG TO FOLLOW

DR. NIERVA – PAIGE & LESA TO FOLLOW

CONNIE KNOWLAND – LESA

SCOTT PARSONS – HS TO FOLLOW

ANNABELLE PENTECOST & FAMILY – LEST TO FOLLOW

MARVIN PHILLIPS – CMN TO FOLLOW

PEGGY PHILLIPS – CMN TO FOLLOW

PAUL PHILLIPS – LESA TO FOLLOW

DR. POPESCA – PAIGE TO FOLLOW

MELINDA PORTER – STEVE TO FOLLOW

MARTHA RICHARDS – LESE & PAIGE

DR. JAMES ROZELLE – PAIGE & STEVE

RANDY RUSH – CMN TO FOLLOW

JA 5581 64724

CECELIA RUSSEL – PAIGE & LESA

DR. HASNAIN SADIG – JACK, GREG & JAN

DEWEY SANDERS – LESA TO FOLLOW

MAJOR SCHAFFER – JACK & GREG TO FOLLOW

DR. LAWRENCE SEUSS – JACK & GREG TO FOLLOW

SGT. BAKER – CMN TO FOLLOW

CAROL SHARPE – JACK & GREG TO FOLLOW

LEONARD SMITH – JACK & GREG

REBECCA STEVENS – LESA & STEVE TO FOLLOW

PENNY STEWART – JACK, GREG, LESA & PAIGE TO FOLLOW

DR. SCONZERT – LESA & PAIGE TO FOLLOW

BARBARA SUTTON – LESA, JAN & PAIGE TO FOLLOW

SUSAN SWINDLE – PAIGE TO FOLLOW – LESA

TODD COUNTY – COLOR PHOTOS – JACK & GREG TO FOLLOW

DET. SCOTT TROUTMAN – JACK & GREG TO FOLLOW

MARY LEE CRICE – SH TO FOLLOW

KEITH VIRGIN – SH TO FOLLOW

SHARON WATKINS – JACK & GREG TO FOLLOW

RUBY SPENCE WATSON – JACK, GREG & JAN TO FOLLOW

WENDY WATTS – PT TO FOLLOW

JA 5582 64725

MARSHALL SILK – HS TO FOLLOW

LISA WATTS – JACK & GREG TO FOLLOW

FRED WEBBER – LESA & PAIGE TO FOLLOW

BRYAN MILES – CM & CG TO FOLLOW

HOLLY WILLIAMS – SH TO FOLLOW

MARGIE WOODS – PT TO FOLLOW

PEGGY WOODS – JACK, GREG, JAN & LESA TO FOLLOW

LT. ZELL – CMN TO FOLLOW

Lexington County Jail – CM

JA 5583 64726

Subj: **RE: BASHAM TO DO #41**
Date: 7/14/2004 3:29:51 PM Eastern Standard Time
From: Paige@brucklaw.com
To: Jacklaw@aol.com, lindab@justice.com, Jacklaw@aol.com, CGRAHAMSC@aol.com,
YETTO@MIS.NET, jeans@swerlinglaw.com, CJM0501@ALLTEL.NET, traci@swerlinglaw.com,
SHARRISON@JUSTICE.COM, gacollias@citynet.net, GREGHARRIS@JUSTICE.COM,
STEVE@swerlinglaw.com, akandare@justice.com, LisajKimbrough@yahoo.com

Jim Aiken will be in Columbia on Thursday afternoon to meet with us. Let me know if this needs to be
rescheduled or if anyone has any questions or ideas that need to be discussed with him. Thanks, Paige

---

**From:** Jacklaw@aol.com [mailto:Jacklaw@aol.com]
**Sent:** Mon 7/12/2004 3:05 PM
**To:** lindab@justice.com; Jacklaw@aol.com; CGRAHAMSC@aol.com; YETTO@MIS.NET; jeans@swerlinglaw.com;
Paige Tarr; CJM0501@ALLTEL.NET; traci@swerlinglaw.com; SHARRISON@JUSTICE.COM; gacollias@citynet.net;
GREGHARRIS@JUSTICE.COM; STEVE@swerlinglaw.com; akandare@justice.com; LisajKimbrough@yahoo.com
**Subject:** BASHAM TO DO #41

**JIM AIKEN WILL BE TESTIFYING FOR US REGARDING BRANDEN IN
FEDERAL CUSTODY. THE ISSUES WILL OF COURSE FOCUS ON FUTURE
DANGEROUSNESS. BRANDEN HAS A LIFE LONG HISTORY AS WE KNOW OF
BEING MANIPULATIVE, DISRUPTIVE, FIGHTING WITH STAFF AND PEERS
AND ESCAPE ATTEMPTS. AS YOU GO THROUGH RECORDS , PLEASE
OUTLINE FOR AIKEN THE DEFENDANT'S WORST BEHAVIORS, THE
FACILITY , THE DATE, AND PLEASE NOTE ESCAPE ATTEMPTS. WE NEED
TO GIVE AIKEN THE WORST SO HE CAN BE PREPARED. THANKS.E-MAIL TO
ME. JACK**

**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**


GOVERNMENT
EXHIBIT
125

Thursday, July 15, 2004 America Online: Jacklaw

# M E M O R A N D U M

**To:** Basham File

**From:** Lesa F. Watson

**Subject:** Weekly Report of Case Activities

**Date:** October 13, 2003

10/08/2003: Drive to Evansville, Indiana/Picked up Paige Tarr. Attempted to meet with mental health people in Evansville. None available.

Drove to Madisonville, Kentucky via pkwy to Hanson, Kentucky. Went to Hawkins residence, no one at home. Drove reverse of estimated route BB and Fulks would have traveled to Madisonville, Kentucky.

Conducted records search at Hopkins County Courthouse.

Interviewed: Jim Lantrip, Jailer, HCDC.

      HCDC records request

      Interview requests/scheduling

Interviewed friends: Randy Bollinger and wife.

      Located residence of Tim Gary friend of BB.

Met BB's family. Had a short visit as Mrs. Basham was ill.

Located Joe Jones bus on Kingdom Hall Road.

Drove from bus location to HCDC via Bean Cemetery Road [Almost a direct route which parallels railroad grid]

Interview: Samuel Dillingham, HCDC deputy

Located McGaw residence: BB's big sister/brother.

Interviewed Mr. McGaw.

Attempted to contact Mark Phebus [boyfriend of BB's sister]

TP interview of Mrs. McGaw

Reviewed discovery materials.

Stayed in Madisonville, Kentucky

10/09/03

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*



GOVERNMENT EXHIBIT

126

PENGAD 800-631-6989

JA 5585

40107

Interviewed: Deputy Barnett, HCDC. Lt. Rodin was busy.
Spoke with Sgt. Schaffer re: records
Drove to Evansville, Indiana
Interviewed: Penny Titzer BB at Charter
Toured Charter, now Deaconess Crossroads facility.
Spoke with records clerk Jenell—provided us with specific form/dates needed for records request.
Returned to Madisonville, Kentucky
Located via Carlisle Mike Lantrip, MPD. Interviewed.
Interviewed Tim Gary and family.
Drove to Earlington, Kentucky. Attempted to interview D. Blair. No one was home from 5:00 p.m. to after 6:00 p.m.
Went by Montie Mefford residence and introduced ourselves.
Drove to Hanson, Kentucky, Hawkins residence. 7:20 p.m. No one home.
Drove to Evansville.
Continued to reach Mark Phebus. PT ultimately spoke with BB's sister while attempting Phebus' number.
Set up Word Perfect on lap top computer.
Reviewed Discovery.

10/10/2003
Evansville, Indiana to Danville, Kentucky
TPC w/Hemmings of HCDC re: BB records

10/13/2003
Typing memoranda
TPC w/Hemmings of HCDC re: BB records—mailing today
emails
Continuing work on Cast of Characters
Maps not yet completed

Total Mileage 693 miles.

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE
and/or
ATTORNEY WORK PRODUCT

JA 5586  40108

# M E M O R A N D U M

**To:** Basham File

**From:** Lesa F. Watson

**Subject:** Report of Activities thru Date

**Date:** November 18, 2003

11/04/03:   Met with PT/HS in Louisville re: division of subpoenas/plan of work
Served subpoena on Cardinal Center in Louisville - No records.
Advised to subpoena archives in Frankfort, KY.

Drove to Cincinnati, OH:
Served subpoena on Cincinnati Children's Psychiatric Hospital.
Attempted to locate Our Lady of Peace. No such facility in Cincinnati. Exhaustive
search of churches, hospitals, internet, contact with Our Lady of Peace main facility
in Louisville, KY.

11/05/03:   Served subpoena/obtained records from Methodist Home in Versailles, KY.
Given contact of ex-counselor, James Meadows, now in Nicholasville, KY who has
followed Branden and the case.
Served subpoena on The Ridge, Lexington, KY.
Served subpoena/obtained records from Stoner Creek Psychiatric Hospital, Paris,
KY.

Louisville: Pick up Greg Harris
Bowling Green.

11/06/03:   LW/GH to Russellville, KY. See separate memo.
Hopkinsville, KY: Served subpoena for records on Western Kentucky State
Hospital.

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*


GOVERNMENT EXHIBIT
127
PENGAD 800-631-6989

JA 5587   32881

# M E M O R A N D U M

**To:** Basham File

**From:** Lesa F. Watson

**Subject:** Report of Activities thru Date

**Date:** May 31, 2004

05/02/2004: Billing

05/06/2004: Reviewing records

05/06/2004: Emails/Tpc w/witness/reviewing records

05/13/2004: Genogram drafting

05/14/2004: Genoram/Tpc w/witness/Witness location efforts

05/17/2004: Genogram/Email J. Vogelsang

05/18/2004: Genogram/Tpc client/Email

05/19/2004: Time line/Email/Military testing score research

05/20/2004: Review updated chronologies

05/26/2004: Witness location efforts/Tpc - JBS & GH

05/21/2004: Tpc J. Vogelsang

05/27/2004: Database update/Listing of completed interviews/Email

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

*Page 1 of 2 Pages*



GOVERNMENT
EXHIBIT
128

PENGAD 800-631-6989

JA 5588

39295

# MEMORANDUM

**To:**       Basham File

**From:**     Lesa F. Watson

**Subject:**  Report of Activities thru Date

**Date:**     December 12, 2003

12/07/2003:   Travel to Charleston, WV/Deliver subpoena to process server/pickup GH at airport/Travel to Huntington, WV.

12/08/2003:   Locate all relevant crime scene locations in Huntington area WV/contact Lavelette Fire Department/Travel to Ashland KY/Contact Ashland police department/Tpc B. McGuire, schedule interview/Interview/Schedule appointment w/R. Hughes/Tpc G. Collias/Tpc G. Cook re: investigation/Review discovery/File

12/09/2003:   To Ashland KY/Interview R. Hughes/Kentucky State Police/Brian Hewlett in Catlettsburg KY/Tpc CMC/Boyd County Sheriff's Office/Boyd County Jail.

12/10/2003:   Contact S. Schools re: interviews of FBI agents. Boyd county courthouse search/Obtain marriage certificates of C. Fulks/Locate & contact D. Francis.

12/11/03:     Travel to Charleston WV/Meet w/G. Collias/GH to airport/Tpc to D. Francis/Return travel to Danville KY/Database update.

12/12/03:     Update database.

C:\Documents and Settings\Owner\My Documents\BASHAM\MEMOS\Activities Report 120703121203.wpd

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*                    *Page 1 of 1 Pages*



GOVERNMENT EXHIBIT 129

PENGAD 800-631-6989

JA 5589   43749

# MEMORANDUM

TO:        BASHAM FILE

FROM:      LESA F. WATSON

SUBJECT:   WEEKLY REPORTS

DATE:      JANUARY 18, 2004

JANUARY 4, 2004:     TPC W/CLIENT.

JANUARY 5, 2004:     TPC W/ JS/GH/GC.  DATABASE UPDATE.

JANUARY 6, 2004:     TRAVELED TO MADISONVILLE, KY. MET WITH JAN VOGELSANG AND SH.  WE CONDUCTED AN INTERVIEW OF JIMMY BASHAM [SEE SEPARATE MEMO].  WE ALSO INTERVIEWED JIMMY'S BROTHER ROY BASHAM AT HIS RESIDENCE.

JANUARY 7, 2004:     2ND INTERVIEW WITH JIMMIE BASHAM AT CRACKER BARREL.  INTERVIEWED CHARLOTTE BASHAM.  CONTACTED BECKY JARVIS AND ATTEMPTED TO SCHEDULE AN INTERVIEW FOR JAN. MS. JARVIS WAS BUSY WITH FROZEN WATER LINES IN RENTAL PROPERTY. WE INTERVIEWED DR. LAIRD AT TROVER.  CONTACTED AND SCHEDULED INTERVIEW FOR JV ON 1/8. TELEPHONE MESSAGE LEFT FOR DORI BRANSON, BB'S SOCIAL WORKER AT CHARTER OF EVANSVILLE, NOW IN MICHIGAN. [SEE LATER MEMO RE: TELEPHONE CONTACT].  ONLINE COURTNET RECORDS SEARCHES. AUTOTRACKS.

JANUARY 8, 2004:     INTERVIEW HELEN DOSS [MATERNAL GRANDMOTHER] WITH JV.  COURTHOUSE RECORD SEARCHES. TRAVEL TO EARLINGTON, KY. ATTEMPTED CONTACT WITH ROGER TAPP OF

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*AND/OR*
*ATTORNEY WORK PRODUCT*          *PAGE 1 OF 3 PAGES*



GOVERNMENT
EXHIBIT

130

PENGAD 800-631-6989

JA 5590

32882

ROGER TAPP WIELDING SHOP. ACCORDING TO ROY BASHAM, JAMES HAWKINS MADE DELIVERY OR WAS WITH MR. TAPP AND TOLD HIM THAT HE WOULD NOT BE ALIVE IF NOT FOR BB. MR. TAPP WAS NOT IN. OBTAINED CONTACT NUMBERS FOR HIM AND SH WAS TO FOLLOW UP. TELEPHONE CONFERENCE CALL WITH TEAM RE: SUBPOENAS.

JANUARY 9, 2004: ATTEMPT TO SCHEDULE APPOINTMENTS FOR UPCOMING WEEK IN LEXINGTON AREA.

JANUARY 10, 2004: TELEPHONIC INTERVIEW WITH DORI BRANSON. EMAILS/TPC WITH CMN/MEMORANDUMS/HOTEL RESERVATIONS.

JANUARY 12, 2004: SCHEDULE APPOINTMENTS/LOCATE ADDRESSES AND CONTACT INFO ON HEALTH CARE WITNESSES. FAX RELEASE AND LTR OF IDENTIFICATION TO DR. MOORE. READING/INDEXING FACILITY FILES FOR INTERVIEWS.

JANUARY 13, 2004: TRAVEL FROM DANVILLE TO LEXINGTON, KY. MEET W/GH. INTERVIEW SUSANNE WALKER, RN AT THE RIDGE. COPY OF RECORDS TO DR. AUG FOR INTERVIEW ON 1/14. TELEPHONE CALL TO DR. CARDONA, FAX RELEASE TO OFFICE. TPC TO DR. TAORMINA, LEFT MESSAGE. INTERVIEWS OF: KATHY BUSH DAUGHTERY, CAROLYN WEBSTER, DIANA FAIN AND LEE SHOTTON, EMPLOYEES OF METHODIST HOME. TPC TO DR. MOORE.

JANUARY 14, 2004: TPC TO BAMBI BAILY, EX METHODIST HOME EMPLOYEE, LFT MSG. INTERVIEW DR. ROBERT AUG. ATTEMPTED INTERVIEW WITH DR. CARDONA. LEFT RECORD FOR HIS REVIEW. INTERVIEW HAROLETHA KLAUSING, RN AT THE

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE
AND/OR
ATTORNEY WORK PRODUCT

JA 5591
32883

Hanson, KY: Contacted Mr. Hawkins. Would not speak with us w/o subpoena.
Evansville, IN: Located Big Foot Gas Station. Later determined wrong location.

11/07/03: Evansville, IN: Located correct Big Foot Gas Station. Interior cameras only.
Retraced route to Hawkins drop off site off Volkmann Road.
Located Urban Greubel who saw Mr. Hawkins but could not make him out in the fog. See separate memo.

Madisonville, KY: Contacted Wm. A. Nisbet, IV, attorney who had represented Veronica Evans in child abuse case. Obtained possible contact info for her in Hopkinsville, KY.

Spoke with Detective Shawn Bean, HCSO, formerly of MPD. Worked Evans/Fulks case. Believes Evans knew of abuse of her child. Recalled Branden to be a smart ass, bragger. Never gave any indication of assaultive behavior. Would steal mother's checks for drugs. No close friends. Found Branden to be smart at 13 years because he told the cops how to cook methamphetamine.
Advised KSP Tpr. Scott Smith worked the Evans/Fulks case & would have more info. Post 2 Madisonville, KY 270.676.3313.

Visited client's family.

Scheduled appointment w/Tpr. Scott Smith for Tuesday, November 11, 2003.

Evansville, IN: GH to airport.
Danville, KY.

11/08/03: Subpoena address searches/hotel arrangements for upcoming week/discovery review for possible locations of Fulks/Autotrack searches for Veronica Evans/Updating Cast of Characters.

11/10/03: Cast of Characters database/Geographic Area databases/memorandas/subpoena list
Travel to Hopkinsville, KY. Meet w/JS re: investigation plan.

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE
and/or
ATTORNEY WORK PRODUCT

JA 5592
32884

11/11/03:   Madisonville, KY KSP Post 2 -JS/LW interview of KSP Det. Leonard Scott Smith & Det. Stevenson.  See separate memo.

Copied records of previously obtained records for JS.

Western Kentucky State Hospital.  Message left for doctors to contact for interviews.

Checked Autotrack address results for Veronica Evans.  No one there.  Moved 1 month prior.

Several attempts to contact Leslie Pennick residence for possible lead on Veronica Evans.

Reading records obtained.  TPC: to Pennick.  Left messages.

11/12/03:   TPC: to Pennick for Veronica Evans.  Advised she was still in Hopkinsville and he would attempt to get information for us.

TPC: WKSH to doctors.  Left message.

Todd County Courthouse records search on Evans/Fulks.  Records copied.

Scheduled mtg via tp w/WKSH doctors for Friday.  Requested subpoena for investigative interview.

Meet with CMC.

Madisonville, KY: Probation & Parole contact w/Danny Dees for leads to Evans.
Courthouse records searches/copying.
Meet w/client's family.  Introduce CMC.

Hanson, KY: Showing CMC location of Hawkins residence.

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE
and/or
ATTORNEY WORK PRODUCT

JA 5593    32885

Gave CMC contact/doctor info for Friday mtg for PT. Subpoena requirements. Notified PT via tp.

Rec'd TPC from Pennick with contact information on Veronica Evans. Flying J truck stop, Hopkinsville, KY 3-11 p.m. Lives w/Freddie LNU. Freddie's parents own Fred's Value Store, Indian Hills area of Hopkinsville. Living at apartments where we had previously checked. Wrong apartment. Relayed info to CMC.

Danville, KY.

11/13/03:     TPC: PT.CMC re: interviews/location efforts.

11/17/03:     Updating Cast of Characters.

C:\Documents and Settings\All Users\Documents\AOL Downloads\ActivitiesReport111803.wpd

# M E M O R A N D U M

**To:** Basham File

**From:** Lesa F. Watson

**Subject:** Report of Activities thru Date

**Date:** December 5, 2003

12/01/2003 -
12/02/2003: Updating cast of characters/geographic areas. Prepare for trip to WKY.

12/03/2003: To Madisonville/Hopkinsville. Meet with team. Review Cast of Characters. Conduct interview of Dian Blair w/CG. See separate memo.

12/04/2003: TPC: PT. Meet w/CMC & CG. Plan investigation. Copy records from The Ridge. Drive to Madisonville. Investigation suspended due to inclement weather. Return to Danville.

12/05/2003: Updating Cast of Characters/Geographical Areas. Plan/schedule appts. For upcoming week with GH in Ashland, KY area.

C:\Documents and Settings\All Users\Documents\AOL Downloads\ActivitiesReport120503.wpd

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

Page 1 of 1 Pages



GOVERNMENT
EXHIBIT
131

PENGAD 800-631-6589

JA 5595

32925

# MEMORANDUM

**To:** Basham File

**From:** Lesa F. Watson

**Subject:** Report of Activities thru Date

**Date:** January 30, 2004

01/19/2004: Update database/emails/Tpc w/PT/JV/GH/JSCMN/CG/Determine database count for report to judge.

01/20/2004: Travel to Madisonville KY/Meet w/PT & JV/Interview K. Basham/Review military records of K. Basham/Draft memorandum of case duties.

01/21/2004: Interview C. Jay/Tommy & Beverly Basham/Dr. Seuss/Family tree research/Family tree research/Finalize memorandum of case duties.

01/22/2004: To Owensboro KY/Interview J. McKechnie/To Madisonville/Interview Monte Mefford/B. Jarvis/copy K. Basham military records/Return records to K. Basham.

01/23/2004: Travel to Danville KY/Tpc w/C. Morris.

01/27/2004: Update database. Emails.

01/28/2004: Memoranda of interviews/Emails/Update database.

01/30/2004: Tpc interview Dr. Cardona/Dr. Moore

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

*Page 1 of 2 Pages*



GOVERNMENT
EXHIBIT
132

PENGAD 800-631-6989

JA 5596

32857

# M E M O R A N D U M

**To:** Basham File

**From:** Lesa F. Watson

**Subject:** Report of Activities thru Date

**Date:** February 11, 2004

**02/02/2004:** Family tree searches/Billing/Courtnet searches/Tpc w/JS/GH/Tpc w/H. Doss re: family geneology.

**02/03/2004:** Update database/Tpc w/team members for database updates/Prepare for interview/Family tree research/Tpc w/C. Jay/Tpc w/C. Morris.

**02/04/2004:** Copy DJJ records & mail/Travel to Loretto KY/Interview T. Basham, Jr. & S. Ruley/Return travel/Tpc w/team members.

**02/05/2004:** Update database/Tpc w/team members/Travel to Versailles KY/Attempt interviews/Travel to Paris KY/Pickup records/Return travel/Emails.

**02/06/2004:** Update database/Monthly telephone conference w/team in South Carolina/Tpc R. Hughes office.

**02/09/2004:** Tpc R. Hughes office/Contact N. KY. Children's Psychiatric Hospital/Travel to Frankfort KY/Serve subpoenas on Department of Corrections & Social Security/Travel to Covington KY/Serve subpoena on N. KY. Children's Psychiatric Hospital/Obtain records/Travel to Cincinnati OH/Interview B. Shaner & C. Baker.

**02/10/2004:** Copy records/Email/Tpc w/C. Morris/Tpc w/PT/Review records.

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

Page 1 of 2 Pages



GOVERNMENT EXHIBIT

133

JA 5597

32856

# MEMORANDUM

TO:      BASHAM FILE

FROM:    LESA F. WATSON

SUBJECT:  REPORT OF ACTIVITIES THRU DATE

DATE:     FEBRUARY 27, 2004

02/11/2004:       MAIL TO BRENDA SHANER/WEEKLY UPDATES

02/13/2004:       TRAVEL TO SOMERSET, KENTUCKY/ATTEMPT TO LOCATE DAVID MINK/RETURN TRAVEL

02/16/2004:       EMAILS/FILING

02/17/2004:       TELEPHONE CALL WITH EMILY DENNIS OF KENTUCKY DOC

02/18/2004:       TELEPHONE CALL W/COLLETTE RE: VOUCHER. TPC: EMILY DENNIS, KY. DOC/UPDATE DATABASE/MEMORANDA/WITNESS LOCATION EFFORTS/READING RECORDS/TP INTERVIEW UMEKA FOREMAN/EMAILS

02/24/2004:       TPC/WITNESS LOCATION EFFORTS/EMAILS/

02/25/2004:       REVIEW DJJ RECORDS/IDENTIFY WITNESSES/WITNESS LOCATION EFFORTS/SCHEDULING APPOINTMENTS

02/26/2004:       TRAVEL TO VERSAILLES, KENTUCKY/CONDUCT INTERVIEWS OF MIKE MAY/LANE STONECIPHER/LOCATE PSYCHIATRISTS CURRENT CONTACT INFORMATION THROUGH KENTUCKY BOARD OF LICENSING/WITNESS CONTACT EFFORTS/RETURN TRAVEL TO DANVILLE, KY.

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*AND/OR*
*ATTORNEY WORK PRODUCT*      *PAGE 1 OF 2 PAGES*



GOVERNMENT
EXHIBIT
134

PENGAD 800-631-6989

JA 5598

32867

# M E M O R A N D U M

**To:**       Basham File

**From:**     Lesa F. Watson

**Subject:**  Report of Activities thru Date

**Date:**     March 5, 2004

03/01/2004:   Billing/DJJ & doctor witness location efforts/copies/filing/DJJ file review/tpc: Dr. Platz.

03/02/2004:   Telephonic interviews/memoranda of interviews/DJJ & doctor witness location/ interviews/update database/records delivered to Dr. Rivard/records mailed to Dr. Platz/emails status of investigative efforts.

03/03/2004:   DJJ witness location efforts/telephonic interviews/schedule interviews for week of 03/08/2004/tpc with Dr. Siddiqui & Dr. Rivard/emails update database.

03/04/2004:   Fax records to Dr. Rivard/telephonic interview with Dr. Young/DJJ & doctor witness location efforts/schedule interviews for week of 03/08/2004/Records location efforts for Central Treatment Center/tpc: CG/Receive fax.

03/05/2004:   DJJ witness location efforts/telephonic interviews/schedule interviews for week of 03/08/2004/update database/memoranda of interviews/weekly activities report.

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

*Page 1 of 2 Pages*



GOVERNMENT
EXHIBIT

135

PENGAD 800-631-6989

JA 5599   32835

Subj:       **Weekly Activities 03/14/04 thru 03/19/04**
Date:       3/19/2004 8:47:57 AM Eastern Standard Time
From:       yetto@mis.net
To:         traci@swerlinglaw.com, STEVE@swerlinglaw.com, SHEALYBOLAND@HOTMAIL.COM,
            PAIGE@BRUCKLAW.COM, Lisajkimbrough@yahoo.com, linda@swerlinglaw.com,
            jeans@swerlinglaw.com, Jacklaw@aol.com, GREGHARRIS@justice.com, wvcookpi@citynet.net,
            gacollias@citynet.net, ECR@NMRS.COM, CJM0501@ALLTEL.NET, CGRAHAMSC@aol.com,
            akandare@justice.com, saunders@SwerlingLaw.com
CC:         yetto@mis.net

03/14/04:  Travel from Danville, Kentucky to Nashville, Tennessee/Meet GH at airport/Travel to Pulaski,
Tennessee

03/15/04:  Interview B. McGuffin in Giles County Detention Center/Travel to Nashville, Tennessee/Airport/Return
to Danville, Kentucky

03/16/04:  Travel to Lexington, Kentucky/Interview Dr. Platz/Return travel

03/17/04:  Memoranda/emails/records location

03/19/04:  Weekly report/Update database

Lesa F. Watson, C.C.D.I.
Paralegal/Mitigation Specialist
859.236.7088 Home
859.583.1871 Cell
yetto@mis.net

GOVERNMENT
EXHIBIT
136

PENGAD 800-631-6989

JA 5600   32809

# MEMORANDUM

**To:** Basham File

**From:** Lesa F. Watson

**Subject:** Report of Activities thru Date

**Date:** March 31, 2004

03/14/2004: Travel to Nashville, TN, Pick up GH at airport/travel to Pulaski, TN.

03/15/2004: Witness interview with GH in Pulaski, TN/Travel to Nashville, TN airport/Return travel to Danville, KY.

03/16/2004: Travel to Lexington, KY/Witness interview/Return travel to Danville, KY.

03/17/2004: Memoranda of interviews/Scanning documents.

03/21/2004: Tpc: Witness

03/29/2004: Tpc: CG/GH/PT/Emails

03/31/2004: Tpc: team members/Emails

C:\WINDOWS\Temporary Internet Files\Content.IE5\G1IJCPQN\Activities Report 031404 thru 033104[1].wpd

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

Page 1 of 1 Pages



GOVERNMENT
EXHIBIT

137

PENGAD 800-631-6989

JA 5601   63147

# MEMORANDUM

**To:**      Basham File

**From:**      Lesa F. Watson

**Subject:**      Report of Activities thru Date

**Date:**      March 12, 2004

03/08/2004:      Interview witnesses/schedule appointments/location efforts/tpc: B. Shaner/tpc PT.

03/09/2004:      Travel to Louisville, Kentucky/Interview teachers, counselors, psychiatrist, psychologists at Cardinal Treatment Center, Rice Audubon Center, Central Offices and Louisville Day Treatment Center. Tpc: GH.

03/10/2004:      Travel to Stanford, Kentucky/Interview Dr. Rivard.

03/11/2004:      Weekly activities report/memorandums/witness location efforts/location of Giles County, Tennessee Jail and attempt to schedule appointment for interview on Monday.

03/12/2004:      Memoranda/Schedule appointment for Monday with Giles County Jail.

C:\WINDOWS\Temporary Internet Files\Content.IE5\W567WDMZ\Activities Report 030604 thru 031104[1].wpd

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

Page 1 of 1 Pages


GOVERNMENT
EXHIBIT
138
PENGAD 800-631-6989

JA 5602

39291



<u>**jeans**</u>

| | |
|---|---|
| **From:** | "Lesa Watson" <yetto@mis.net> |
| **To:** | <traci@swerlinglaw.com>; <STEVE@swerlinglaw.com>; <SHEALYBOLAND@HOTMAIL.COM>; <PAIGE@BRUCKLAW.COM>; <Lisajkimbrough@yahoo.com>; <linda@swerlinglaw.com>; <jeans@swerlinglaw.com>; <Jacklaw@aol.com>; <GREGHARRIS@justice.com>; "Greg M Cook" <wvcookpi@citynet.net>; <gacollias@citynet.net>; <ECR@NMRS.COM>; <CJM0501@ALLTEL.NET>; <CGRAHAMSC@aol.com>; <akandare@justice.com>; "saunders@swerlinglaw.com" <saunders@SwerlingLaw.com> |
| **Sent:** | Monday, April 26, 2004 8:59 PM |
| **Subject:** | Weekly Report |

Sorry this is a little late, but last week was jam packed. Good interviews.

April 21: Columbia, KY. Dr. Walker [from Dept. of Juvenile Justice].

April 22: Versailles & Lexington, KY, Kelly Mullins [from Methodist, now at The Ridge] and Mike May [from Methodist]. Also recovered file from Methodist that had allegedly been shred. After a month and a half of calling for the balance of Dr. Rivard's initial eval, with no return calls ever, I get Elizabeth Lasley who told me they had shred file last week. At the Home, I asked Elizabeth to give me a written statement that the original file had been shred and the date it was shred. She then said they were not shred yet. We began a full campus search, and fortunately, an astute employee had saved it back because of the recent subpoena. I advised them they needed to maintain the file and that *you would send letter asking them to retain the file*. Jan got excellent tour of the facility. Worked on genogram draft.

April 23: Danville, KY Dr. Rivard [from Methodist], Evansville, IN, to return rental car, Madisonville, KY Ena & Bud Morris [Charlotte's ex- in-laws].

April 24: Nicholasville, KY Dr. Aug [from Charter Ridge]. Jan to airport in Lexington, KY.

**I will be in Whitesburg, KY thru Thursday. Should be available by cell. Hopefully, I can get on line. I will be at the Super 8 Motel. 606.633.8888, if all else fails and anyone should need me.**

Lesa F. Watson, C.C.D.I.
Paralegal/Mitigation Specialist
859.236.7088 Home
859.583.1871 Cell
yetto@mis.net



GOVERNMENT
EXHIBIT
**139**

4/27/04

**JA 5603**

41851

# MEMORANDUM

**To:**       Basham File

**From:**     Lesa F. Watson

**Subject:**  Report of Activities thru Date

**Date:**     April 30, 2004

04/01/2004:   Billing/emails/activities report

04/12/2004:   Memoranda/tpc

04/14/2004:   Emails/tpc

04/15/2004:   Emails/Tpc/Update database

04/16/2004:   Time line of social service-DJJ-mental health intervention

04/19/2004:   Emails/Tpc

04/20/2004:   Tpc/Schedule witness appointments for coming week/Travel arrangements

04/21/2004:   Travel to Columbia, KY/Meet with J. Vogelsang & PT/Interview witness w/JV & PT/Return travel to Danville, KY/Schedule interviews.

04/22/2004:   Located records/travel to Lexington, KY to airport/Travel to Versailles, KY/Methodist Children's Home/Interview witnesses w/JV/Records search at Methodist Home/Travel to Lexington, KY/Interview witnesses w/JV/Return travel to Danville, KY/Schedule interviews/Drafting genogram with JV

04/23/2004:   Witness interview with JV in Danville, KY/Travel to Evansville, IN/Travel to Madisonville, KY/Witness interview/Return travel to Danville, KY

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*                          *Page 1 of 2 Pages*



GOVERNMENT EXHIBIT 140

PENGAD 800-631-6989

JA 5604

39293

04/24/2004:   Travel to Nicholasville, KY/Interview witness with JV/Travel to Lexington, KY airport/Return travel to Danville, KY

04/27/2004:   Weekly activities report/Update database.

C:\WINDOWS\Temporary Internet Files\Content.IE5\WKOERLM2\Activities Report 04010404304[1].wpd

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

JA 5605

39294

# M E M O R A N D U M

**To:**      Basham File

**From:**    Lesa F. Watson

**Subject:** Report of Activities thru Date

**Date:**    May 31, 2004

05/02/2004:  Billing

05/06/2004:  Reviewing records

05/06/2004:  Emails/Tpc w/witness/reviewing records

05/13/2004:  Genogram drafting

05/14/2004:  Genoram/Tpc w/witness/Witness location efforts

05/17/2004:  Genogram/Email J. Vogelsang

05/18/2004:  Genogram/Tpc client/Email

05/19/2004:  Time line/Email/Military testing score research

05/20/2004:  Review updated chronologies

05/26/2004:  Witness location efforts/Tpc - JBS & GH

05/21/2004:  Tpc J. Vogelsang

05/27/2004:  Database update/Listing of completed interviews/Email

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*



GOVERNMENT
EXHIBIT
141

PENGAD 800-631-6989

JA 5606   39295

Branden Basham File
Page 2
November 18, 2003

05/28/2004:    Database update/Listing of completed interviews/Activities report

C:\WINDOWS\Temporary Internet Files\Content.IE5\U1Z21BCU\Activities Report 050104053104[1].wpd

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE
and/or
ATTORNEY WORK PRODUCT

JA 5607

39296

# MEMORANDUM

**To:** Basham File

**From:** Lesa F. Watson

**Subject:** Report of Activities

**Date:** June 28, 2004

**06/20/2004:** Review records received from CG/prepare for week's travel

**06/21/2004:** Travel to Cincinnati, Ohio/Pickup Jan Vogelsang at airport/Interview Brenda Shaner/Travel to Loretto, Kentucky/Interview Tommy Basham and Summer Basham Ruley/Travel to Bardstown, Kentucky

**06/22/2004:** Travel to Madisonville, Kentucky/Interview Danny Dees/Tpc from David Brown/Tpc to Adline Gordon & Crystal Massey/Hopkins County Courthouse records search on Basham family/Interview Dian Blair

**06/23/2004:** Interview Pam Nichols, DSS/Travel to Evansville, Indiana/Interview Varnell Hall and Kent Leslie/Travel to Madisonville, Kentucky/Interview Theresa King/Interview Tim, Vicki and Brian Gary/Adline Gordon returned call – does not want to be involved

**06/24/2004:** Interview Sharon Watkins/Locate residence of Crystal Massy– moved, tpc – lft msg./Travel to Evansville, Indiana/Pickup Charter of Evansville records/JV to airport/Return travel

936 miles

C:\WINDOWS\Temporary Internet Files\Content.IE5\WKOERLM2\Activities Report 062004 thru062404[1].wpd

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

Page 1 of 1 Pages



**GOVERNMENT EXHIBIT**
142

PENGAD 800-631-6989

JA 5608    39297

# M E M O R A N D U M

**To:**       Basham File

**From:**     Lesa F. Watson

**Subject:**  Report of Activities thru Date

**Date:**     June 30, 2004

06/01/2004:   Billing

06/02/2004:   Billing/Scheduling appointments/Emails/Tpc w/client/Tpc CMN

06/03/2004:   Fulks' daily trial review/Emails/Listing memoranda

06/04/2004:   Listing memoranda/Witness location efforts/Email/Tpc - Appointment scheduling

06/05/2004:   Tpc w/client

06/07/2004:   Fulks' daily trial review/Emails/Death Certificate searches/Appointment scheduling/Tpc

06/08/2004:   Death Certificate searches & requests from Vital Statistics

06/09/2004:   Email/Reading

06/11/2004:   Fulks' daily trial review/Emails/Scheduling appts/Ltr request to Vital Statistics

06/14/2004:   Tpc/Scheduling witness interviews

06/15/2004:   Scheduling witness appointments/Records location

06/16/2004:   Tpc/Email

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

JA 5609   39298

06/17/2004:    Copying & mailing records

06/18/2004:    Review records/Tpc/Scheduling witness appointments

06/20/2004:    Packing records/Travel preparation

06/21/2004:    Travel to Cincinnati, Ohio/Pick up J. Vogelsang at airport/Interview witness/Travel to Loretto, KY/Interview witnesses/Travel to Bardstown, KY

06/22/2004:    Travel to Madisonville, KY/Interview witnesses/Courthouse records search

06/23/2004:    Witness interview/Travel to Evansville, IN/Witness interviews/Travel to Madisonville, KY/Witness interviews/Computer record searches

06/24/2004:    Witness interviews/Witness location efforts/Travel to Evansville, IN airport/Travel to Louisville, KY

06/26/2004:    Travel Louisville, Ky to Danville, KY

06/28/2004:    Memoranda of interviews/Weekly report/Tpc/Emails

06/29/2004:    Memoranda of interviews/Tpc/Emails/Rec'd photos from CFC/Rec'd Death Certificates from Vital Statistics/Travel arrangements

06/30/2004:    Memoranda of interviews/Tpc/Emails/Travel arrangements/Fax to CJA/Updating database

C:\WINDOWS\Temporary Internet Files\Content.IE5\G11JCPQN\Activities Report 060104063004[1].wpd

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE
and/or
ATTORNEY WORK PRODUCT

JA 5610    39299

# M E M O R A N D U M

**To:**        Basham File

**From:**      Lesa F. Watson

**Subject:**   Report of Activities thru Date

**Date:**      July 12, 2004

07/01/2004:    Billing

07/04/2004:    Tpc w/client/Time line/Family tree/Genogram revisions, printing

07/05/2004:    Update database/Pack files, records for team meeting/Tpc w/client

07/06/2004:    Travel Danville, KY to Columbia, SC

07/07/2004:    Team meeting/Client visit

07/08/2004:    Team meeting

07/09/2004:    Team meeting/Travel Columbia, SC to Danville, KY

07/11/2004:    Updating database/Creating database of witnesses, job assignments to be
               done/Activities report/Tpc JBS/Identification of work yet to be done

C:\WINDOWS\Temporary Internet Files\Content.IE5\U1Z21BCU\Activities Report 070104thru071004[1].wpd

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

*Page 1 of 1 Pages*



GOVERNMENT
EXHIBIT
143

JA 5611    39300

# M E M O R A N D U M

**To:** Basham File

**From:** Lesa F. Watson

**Subject:** **Activities Report July 12 thru July 23, 2004**

**Date:**

July 12: Updating database/To Do List Chart/Activities/Time/Email

July 13: Updating database/Records review/Identification of needed death certificates/docs/Email/Tpc

July 14: Updating database/Records review/Email/Tpc

July 15: Creating witness list/Records – file organization/Email/Tpc/Appointment scheduling

July 16: Creating witness list/Records – file organization/Email/Tpc/Appointment scheduling

July 17: Records– file organization/Email/Tpc/Appointment scheduling

July 19: Records – file organization/Email/Tpc/Appointment scheduling/Travel preparation

July 20: Travel to Central City/Morten's Gap/Locate & attempt interview/Schedule interviews/Travel to Bemen/Locate & attempt interview/Travel to Greenville/Locate & interview witness/Travel to Madisonville/Schedule interview/Interview witness/Visit client family/Travel to Earlington/Attempt interview/Tpc: GH/JS/CG/Travel to Hopkinsville/Emails/Tpc: witnesses/Telephone interview witnesses/Autotrack & Courtnet searches

July 21: Tpc: witness/Travel to Elkton/Locate & interview witness/Travel to Earlington/Attempt to interview witnesses/Travel to Madisonville/Attempt to locate

*CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE*
*and/or*
*ATTORNEY WORK PRODUCT*

Page 1 of 2 Pages



JA 5612   33034

witnesses/Scheduling appointments for following week/Tpc with witness obtaining contact information/Photograph client's neighborhood & home exterior/Telephonic witness interview/Locate & schedule witness interviews/Locate witness residences/Contact probation & parole for witness location/Tpc w/client family regarding family witness location information/Telephonic witness interview/Tpc: JBS/GH/ CG witness location efforts/Travel to Earlington/Conduct witness interviews/Update witness addresses for subpoena preparation.

July 22: Travel to Guthrie/Locate & attempt to interview witness/Travel to Elkton/Locate & attempt to interview witnesses/Locate & interview witness/Travel to Breman/Interview witness/Travel to Madisonville/Conduct witness interview/Attempt to locate witness/Tpc: scheduling interviews/Witness location efforts/Telephonic interview/Scheduling appointments/Tpc: JBS/PT/Interview planning/On line searches Courtnet/Travel to Hopkinsville

July 23: Travel to Owensboro/Witness location efforts/Witness interviews/Interview scheduling/Travel to Danville — 822 miles

July 24: Memoranda of interviews/weekly reports/Tpc JBS/Interview scheduling

C:\Documents and Settings\Jack\Local Settings\Temp\Temporary Directory 1 for ActivitiesReport071204thry072304.zip\ActivitiesReport071204thry072304.wpd

CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGE
and/or
ATTORNEY WORK PRODUCT

JA 5613

33035

Subj:   **Weekly report**
Date:  8/1/2004 2:37:55 PM Eastern Standard Time
From:  yetto@mis.net
To:     yetto@mis.net, STEVE@swerlinglaw.com, PAIGE@BRUCKLAW.COM,
       Lisajkimbrough@yahoo.com, linda@swerlinglaw.com, jeans@swerlinglaw.com, Jacklaw@aol.com,
       GREGHARRIS@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ECR@NMRS.COM,
       CJM0501@ALLTEL.NET, CGRAHAMSC@aol.com, akandare@justice.com,
       saunders@SwerlingLaw.com, Rawlae@yahoo.com

# Memorandum

**To:** Basham File

**From:** Lesa F. Watson

**Subject: Activities Report July 25 thru July 31, 2004**

**Date:** July 31, 2004

July 25: Memoranda/appointment contacts/location efforts

July 26: Scheduling/memos/update database/update to do list/reschedule witness interviews/witness location efforts

July 27: Appointment scheduling/Tpc: JV/GH/Travel to Louisville/Drop off records to Danny Stringfield/Pick up JBS/Interview D. Stringfield/Attempt to locate Lisa Potts/Travel to Lexington/Meet w/JBS/Witness location/Autotrack

July 28: Interview Dr. Aug/Interview Kellie Mullins/Travel to Danville/Tpc w/client/Interview Dr. Rivard/Schedule appointments/Tpc: JV/Team conference/Review records/Prepare for interviews/Travel to Loretto/Interview Tommy Basham, Jr. & Summer Basham Ruley/Travel to Lexington

July 29: Tpc: Brenda Shaner/View Methodist Home/Travel to Frankfort/Interview Lisa Clare/Travel to Louisville/View Rice Audubon Treatment Center/Interview Leon Farley/Interview Susan Davenport/Appt scheduled with Dr. Walker/View Cardinal Treatment Center/Tpc: Keith Horne/Reservations - Madisonville/Travel to Lexington/Tpc: interview Penny Titzer/Schedule appointments/emails/Tpc: PT - left msg.

July 30: Travel to LaGrange/Ppc w/Keith Horne permission to interview Dr. Walker/Interview Dr. Walker/Travel to Florence/Review To Do List/Interview Dr. Dewey Sanders/Travel to Cincinnati/Interview Brenda Shaner/Travel to Erlanger - Cincinnati airport - JBS/Travel to Danville

825 Miles

July 31: Updating To Do List/reading emails/Tpc: CG/JBS PT: lft msg/Addresses to LK for subpoenas/Weekly report/Billing/Tpc: PT- scheduling appointments

Lesa F. Watson, C.C.D.I.
Paralegal/Investigator/Mitigation Specialist
859.236.7088 Home
859.583.1871 Cell
yetto@mis.net

PENGAD 800-631-6989

**GOVERNMENT
EXHIBIT
145**

Subj:  **Schedule next week**
Date:  7/31/2004 11:34:25 PM Eastern Standard Time
From:  yetto@mis.net
To:   yetto@mis.net, STEVE@swerlinglaw.com, PAIGE@BRUCKLAW.COM,
Lisajkimbrough@yahoo.com, linda@swerlinglaw.com, jeans@swerlinglaw.com, Jacklaw@aol.com,
GREGHARRIS@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ECR@NMRS.COM,
CJM0501@ALLTEL.NET, CGRAHAMSC@aol.com, akandare@justice.com,
saunders@SwerlingLaw.com, Rawlae@yahoo.com
CC:   Vog12@aol.com

PT and I have reviewed list and come up with the following schedule. Let me know if there is a problem.

Monday:    PT - scheduling appts w/Jean. Travel to Madisonville.
           LW- Methodist Home records. Paris - interviews. Lexington - Dr. Nierva location check.
           SH/HS - Travel to Madisonville.

Tuesday:    PT/SH/HS - interviews/location

Wednesday:  LW - Bowling Green - interviews. Evansville to pick up Jack and Greg.

Thursday:   LW/JBS/GH - Interview Penny Titzer. Urban Gruebel.
           PT - Scheduling appts possible in Evansville area for afternoon.
              Possibles: Michael Eatmon, SW from Charter
                   Dr. Seuss
                     Christine Pinkston
                     Julianne Mueth

           Evening in Madisonville. Stand by appts.
                     Dian Blair
                     Tommy & Beverly Basham
                     Wanda & Roger Tapp
                     Bud & Ena Morris
                     Monte Mefford
                     Clifford Jay
                     Helen Doss

Friday:     PT - Scheduling appts.
            Possibles: Dr. Laird
                  Deputy Paul Arson
                   Cheryl Dunham - DJJ
                    Debbie Bryant - cousin
                    Nancy Clayton - Special Olympics nurse
                  Deputy Jewel Dickerson
                  Capt. Dewitt Rhoadin
                  KSP Lt. Leonard Scott Smith - Hawkins abduction

           **JBS - flying out  Need to know time.**

Saturday:   LW/GH - Either Friday night or Saturday a.m. -- Jerome McKechnie in Owensboro.

Lesa F. Watson, C.C.D.I.
Paralegal/Investigator/Mitigation Specialist
859.236.7088 Home
859.583.1871 Cell

JA 5615

32804

Subj:      **Oct. 5 - 10, 2003**
Date:      10/10/2003 6:07:31 PM Eastern Standard Time
From:      cjm0501@alltel.net
To:        tthierolf@hotmail.com, Shealyboland@hotmail.com, paige@brucklaw.com, lindab@justice.com, yetto@mis.net, jgs@justice.com, Jacklaw@aol.com, sharrison@justice.com, GregHarris@justice.com, gacollias@citynet.net, ecr@nmrs.com, cgrahamsc@aol.com, cjm0501@alltel.net, wvcookpi@citynet.net

*Sent from the Internet (Details)*

1. Interview Vincent Driggers
2. Interview Ronald Perdue in Clinton, NC, last of the SC civilian witnesses
3. Assisted Lesa & Paige locating a witness in Ky.
4. Going back & forth with Jean on my voucher
5. Complied a list of law enforcement involved in Basham case
6. Started setting up meetings for next week with law enforcement
7. Discussed my findings with Greg Harris

Carlisle McNair
cjm0501@alltel.net
803-356-2324 h
803-608-5576 cell



GOVERNMENT EXHIBIT
146
PENGAD 800-631-6989

JA 5616  32420

## October 20, 2003 - October 24, 2003

| | |
|---|---|
| 10/20/03<br>CJM | Met with attorney (Swerling) & staff<br>Re: law enforcement interviews |
| 10/21/03<br>CJM | Met with attorney (Harris & Swerling)<br>Attempted to interview: SA Jeff Long,<br>SA Dwight Ellisor & SA Jeff Newton.<br>Prepared for law enforcement interviews |
| 10/22/03<br>CJM | Travel to Surfside Beach, SC<br>170 miles @ $0. 37 a mile |
| 10/23/03<br>CJM | Interview: SA Clyde Merryman<br>Travel to Columbia, SC |

*Carlisle J McKinney* 10/24/03

To: 799-4059

pages: 9

From: Carlisle
356-2324


GOVERNMENT
EXHIBIT
147

JA 5617 36656

JBS-COPY
ORIG. IN FILE.

To:      Jean
From:    Carlisle
Date:    11/01/03
Re:      Weekly report
Fax:     799-4059

## October 27, 2003 - October 31, 2003
Basham Case
Carlisle McNair

| | |
|---|---|
| 10/27/03 CJM | Travel to Myrtle Beach, SC |
| 10/28/03 CJM | Crime scene investigation w/ Greg Harris & Lesa Watson Travel to Columbia, SC |
| 10/29/03 CJM | Background investigation on Fulks AutoTrack Search: Chad Fulks, Amber Fulks, Diana Thompson, Roger Fulks, Kenneth Wiley, Mark Thompson Located addresses & maps to locations. |



GOVERNMENT
EXHIBIT
148

*Carlisle J. McNair*
*McNair Investigations*
*803-356-2324*
*803-608-5576*
*cjm0501@alltel.net*

| DATE | INVESTIGATIVE ACTIVITY |
|---|---|
| 11/12/03<br>CJM | Travel to Hopkinsville, KY<br>Introduction/Interviews: Jimmy &<br>Cathy Basham, Charlotte Morris,<br>Danny Dees, Secured Hopkins Co. Ky.<br>records on Basham; Conference with<br>Atty. Swerling |
| 11/13/03<br>CJM | Travel to Madisonville, Hopkins Co.Ky;<br>secured the remainder of Basham records.<br>Travel to Russellville, Logan Co. Ky.; secured<br>Basham records. Located & interviewed<br>Veronica Evans. Attempted to locate Jessica<br>Stokes & Rodney Massey |
| 11/14/03<br>CJM | Travel to Madisonville, Hopkins Co. Ky. Secured<br>records on Chad Fulks & Veronica Evans.<br>Located & interviewed Barbara Massey &<br>Crystal Massey. Attempted to locate<br>Amy Jenkins.<br>Travel to Columbia, SC |
| 11/16/03<br>CJM | Travel to Hopkinsville, Ky.<br>Something happened to the plane in Cola.<br>Airlines bused me to Charlotte, where I had<br>to wait on a later flight to Nashville. |
| 11/17/03<br>CJM | Travel to Madisonville, Ky.<br>Interviews: Carla Gibson & Tracey Davis<br>ATL: Jessica Stokes, Patricia Moore, Bucky Emory,<br>    Basil Jones, Charica Davis<br>Personal contact with Cathy Basham, Charlotte Morris,<br>Det. Scan Bean, Det. Scott Troutman, Deeann Gardner,<br>Veronica Evans & Mark Phebus |
| 11/18/03<br>CJM | Travel to Lewisburg, Ky & Elkton, Ky. attempting<br>to locate Veronica Evans.<br>Located & interviewed Veronica Evans |
| 11/19/03<br>CJM | Travel to Madisonville, Ky.<br>Interviews: Deeann Gardner, Jessica Stokes,<br>Rodney Massey, Ruby Watson<br>ATL: Bucky Emory, Patricia Moore, Basil Jones,<br>    Charica Davis<br>Travel to Columbia, SC |


PENGAD 800-631-6989
GOVERNMENT
EXHIBIT
149

Subj:     **Kentucky 11/12/03-11/14/03**
Date:     11/15/2003 1:53:48 AM Eastern Standard Time
From:     cjm0501@alltel.net
To:       tthierolf@hotmail.com, Shealyboland@hotmail.com, paige@brucklaw.com, yetto@mis.net,
          jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com,
          GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com,
          cgrahamsc@aol.com, cjm0501@alltel.net, hisker@scbar.org

**Traveled to Kentucky this week. My kind of people. Secured court records on Fulks, Basham & Veronica Evans in Hopkins Co. & Logan Co. Spoke to Jimmy & Cathy Basham, Charlotte Morris & Danny Dees, probation agent in Madisonville who said he will help us in any way. Located & started an interview with Veronica Evans. She met Fulks when she was a dancer at a topless club (9/2001) and married him 6/2002. They went to Myrtle Beach on a honeymoon, robbing & stealing to pay their way. Did a lot more robbing & stealing after they got to the beach. Did the same thing on a 2nd trip a few months later. Veronica stated that was Chad's job, robbing & stealing. We have a lot more to talk about. Also, interviewed Barbara Massey, grew up with Brandon; Crystal Massey, Barbara's sister-in-law, who grew up in the same neighborhood and would smoke dope with Cathy & Charlotte 4 days out of the week. Crystal has hepatitis C from sharing needles. Told me she has been clean for 2 months. At least she's fatter than Cathy. Attempted to locate Rodney Massey, Jessica Stokes & Amy Jenkins. Their not hiding, I just haven't found the right crack house, yet. Plan to return next week.**

**Carlisle McNair**
**cjm0501@alltel.net**
**803-608-5576**



GOVERNMENT
EXHIBIT
150

PENGAD 800-631-6989

JA 5620    32403

Subj: **Weekly report 12/01-12/04/03**
Date: 12/5/2003 1:28:01 AM Eastern Standard Time
From: cjm0501@alltel.net
To: tthierolf@hotmail.com, hisker@scbar.org, Shealyboland@hotmail.com, paige@brucklaw.com, yetto@mis.net, jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com, GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com, cgrahamsc@aol.com, cjm0501@alltel.net, akandare@justice.com

Carolyn & I went to Hopkinsville & Madisonville 12/01/03. Conducted the following interviews:
**Basil Jones**
-Friend of B. Basham's until he caught him stealing Ritalin from his "gifted" brother, Mikie
**Bucky Emory**
-B. Basham lived with Bucky, who is in his late 40's. Bucky is gay.
Nancy Andrews
-In jail with Veronica Evans when Chad escaped
**Lindsey Clan**
-In jail with V. Evans
**Mark Phebus**
-Charlotte's boyfriend. Interviewed Mark away from Charlotte. Carolyn got a lot of good information on the Basham family.
**Charcia Davis**
-Friend of B. Basham
**Donnie Durham**
-Inmate Hopkins Co. Jail. In the same cell block with Fulks & Basham. Basham was known as a "punk" in the jail & would do anything for money, cigarettes & etc. Sold B. Basham drugs when he was on the street.
**Christy Baldwin**
-Lying, crack smoker. Need to talk to her again.
**Shawn Blanton**
-Inmate Hopkins Co. Jail. In the same cell block with Fulks & Basham. Verified what Durham told us.
**Carol Sharpe**
-Live on Oakdale Dr. near the Basham's. Knows Cathy as a crack smoker & a worthless individual as a parent. Let B. Basham stay at her house on occasion. Felt sorry for him.
**Alisha Sharpe**
-Carol's daughter. Grew up with B. Basham. Basham was the love of her life. She is 19yoa and has a 7 month old, a 17 month old and two step children, 3 & 7 years of age.
**Sgt. Paul Johnson**
-Madisonville PD
**Maj. Brad Boyd**
-Christen Co Jail. Obtained medical records, jail records and phone records pertaining to Veronica Evans
**Located Veronica Evans and made arrangements to have her flown to Columbia 12/07/03**
Great week.
Carlisle McNair
cjm0501@alltel.net


GOVERNMENT EXHIBIT
151
PENGAD 800-631-6989

JA 5621 32400

## Carlisle McNair

**From:** "Carlisle McNair" <cjm0501@alltel.net>
**To:** "Steve Hisker" <hisker@scbar.org>; "Shealy Boland" <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>; "Traci Theirolf" <traci@swerlinglaw.com>
**Sent:** Friday, December 12, 2003 1:21 AM
**Subject:** 12/8/03-12/11/03

*Traveled to Hopkinsville, Ky, Madisonville, Ky, Russellville, Ky, Owensboro, Ky:
Interviewed:*

*1. Angel Eichholz - talked to Basham through a vent in Hopkins Co Jail. She called it "vent sex". No talk about the escape.*

*2. Sgt. Paul Johnson - arrested Basham for forgery & drug possession at the bus on Nebo Rd & Kingdom Hall Rd. The same bus they ran to after the escape.*

*3. Jimmy Hill - nobody, his job (Burger King) or law enforcement knows where Jimmy is located. Capt. Randy Hargis, Madisonville PD will attempt to locate for us.*

*4. Jeremy Wayne Barber  DOB 02/13/82 w/m 652 1/2 S. Madison St. Madisonville, Ky - Jeremy is in the Ky. Dept. of Corrections, Northpoint Training Center in Burgin, Ky.*

*5. Linda McVay - doesn't remember Veronica Fulks*

*6. Thomas DeFatte w/m  DOB 02/19/44  746 Independence St. Madisonville, Ky. -according to Madisonville PD, no record of DeFatte being accused of assaulting Basham or anyone else. PD records showed only a speeding ticket. DeFatte was not at home.*

*7. Tammy Simmons, Lindsey Clan's mother. Did (3) three way calls for Veronica to Robert Stallard. No long distance three way calls for Veronica.*

*8. Served subpoena at Logan County Hospital for Basham records.
Unable to serve subpoena for Tenn. Dept. of Corr. records in Nashville.*

*9. Checked for newspaper articles on Basham & Fulks at Kentucky New Era in Hopkinsville. Any article they may have run would have come from The Messenger in Madisonville over the AP. Checked The Messenger and  obtained one article written in the paper dated 01/01/03. I read the other articles, beginning with the escape to their capture, none of which said anything about choking the victim in the backseat, Basham driving, wrapping victim up & dumping her somewhere & etc. All the things Nancy Andrews advised Veronica told her. Veronica has said this information was in the paper. Specifically the New Era. I didn't find it.*

*Carlisle
cjm0501@alltel.net*

GOVERNMENT EXHIBIT
152
PENGAD 800-631-6989

1/27/2004

JA 5622

32499

Subj: **Plans for 12/14/03-12/18/03**
Date: 12/12/2003 1:32:01 AM Eastern Standard Time
From: cjm0501@alltel.net
To: hisker@scbar.org, Shealyboland@hotmail.com, paige@brucklaw.com, yetto@mis.net, jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com, GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com, cgrahamsc@aol.com, cjm0501@alltel.net, akandare@justice.com, traci@swerlinglaw.com

**Carolyn G. & I going to start in Indiana.**
**Geographical #3, #4, & #5.**

**Carlisle**
**cjm0501@alltel.net**

GOVERNMENT EXHIBIT 153
PENGAD 800-631-6989

JA 5623
32392

## Carlisle McNair

**From:** "Carlisle McNair" <cjm0501@alltel.net>
**To:** "Steve Hisker" <hisker@scbar.org>; "Shealy Boland" <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>; "Traci Theirolf" <traci@swerlinglaw.com>
**Sent:** Friday, December 19, 2003 1:38 AM
**Subject:** 12/14/03 - 12/18/03

TO:         Basham File
FROM:       Carlisle McNair
DATE:       December 18, 2003
RE:         12/14/03 - 12/18/03

*Traveled to Chicago, Ill, Portage, In, Michigan City, In, Valparasio, In. Goshen, In, Burns Harbor, In, Lake Station, In & Westville, In. Conducted interviews with the following people concerning Tina Severance, Veronica Evans, & Chad Fulks:*

*Asst. Chief Gary Evans - Valparasio PD*
*Sharon Hawk - Westville Correctional Facility*
*Lt. Ben Neitzel - Michigan City PD*
*Jack Batz - Owner Cash Indiana Pawn Shop*
*Off. Troy Williams - Portage PD*
*Denise Benson - friend of Tina Severance*
*Jamie Marcotte - employed Andrea Roddy as a babysitter*
*Dina Babar Jones - Veronica's "stripper" coach*
*Crystal Montaque - Veronica's best friend in Matton, Ill.*
*Mary Jo Jarvis - friend of Tina's. Accepted a number of collect calls from Tina*
*                    while she was in Myrtle Beach.*
*Debbie Concoski - Tina's probation officer*
*Tara Ehlers - unable to locate. Moved, unkn where.*
*Adrian Harvey - Porter Co. Child Protection Services.*

*I plan to return to Indiana as soon after the holidays as possible. Hopefully 01/10/04.*

*Carlisle McNair*
*cjm0501@alltel.net*

1/27/2004



GOVERNMENT EXHIBIT 154

JA 5624 32500

## Carlisle McNair

From: "Carlisle McNair" <cjm0501@alltel.net>
To: "Traci Theirolf" <traci@swerlinglaw.com>; "Steve Hisker" <hisker@scbar.org>; "Shealy Boland" <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>; "Lisa Kimbrough" <lisajkimbrough@yahoo.com>
Sent: Friday, January 16, 2004 7:58 PM
Subject: 01/11/04 – 01/15/04

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:           Basham File
FROM:         Carlisle McNair
              Carolyn Graham
DATE:         01/11/04 - 01/15/04
RE:           Northern Indiana

Carolyn & I traveled to Portage, Valparaiso, Shipshewana, Burns Harbor, Michigan City, Bristol, Middleburg & Goshen, Indiana:
-Follow-up with Denise Benson & Mary Jo Jarvis
-Interview Debbie Cincoski
-located & interviewed Tina Severance
-made arrangements for 2nd interview for Jack with Severance, at a later date
-obtained documents from Severance
-review & organized documents from Severance
-located & met Dwayne Fulks (no interview)
-located Coachman Rv. Obtained verification of employment on Chad Fulks
-obtained phone records from Verizon on Mary Jo Jarvis phone
-located Ludwig's property. Left message to contact
-spoke to Melissa Gray, Porter Co. Child Protection Agency (Cassandra Hertter)
-received a phone call from a person who identified himself as Pete Skidmore
Returning to northern Indiana 01/18/04

GOVERNMENT EXHIBIT
155
PENGAD 800-631-6989

1/27/2004

JA 5625 32501

Subj:     **02/01/04 - 02/06/04**
Date:     1/30/2004 9:59:40 AM Eastern Standard Time
From:     cjm0501@alltel.net
To:       traci@swerlinglaw.com, hisker@scbar.org, Shealyboland@hotmail.com, paige@brucklaw.com, yetto@mis.net, jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com, GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com, cgrahamsc@aol.com, cjm0501@alltel.net, akandare@justice.com, lisajkimbrough@yahoo.com

**02/01/04 - 02/06/04**
**Going to W. Virginia and work with Greg Cook.**

**Carlisle**

GOVERNMENT EXHIBIT
156
PENGAD 800-631-6989

JA 5626   32512

Subj:    **08/09/04 - 08/13/04**
Date:    8/8/2004 11:24:30 PM Eastern Daylight Time
From:    cjm0501@alltel.net
To:    traci@swerlinglaw.com, hisker@scbar.org, paige@brucklaw.com, lisajkimbrough@yahoo.com,
    yetto@mis.net, jeans@swerlinglaw.com, Jacklaw@aol.com, saunders@swerlinglaw.com,
    GregHarris@justice.com, wvcookpi@citynet.net, gacollias@citynet.net, ecr@nmrs.com,
    cgrahamsc@aol.com, cjm0501@alltel.net, akandare@justice.com, Rawlae@yahoo.com

*I am going to Western Ky. to attempt to locate & interview the following individuals:*
*Barbara Smith*
*Patricia Glover Blake*
*Adeline Gordon*
*Penny Stewart*
*Samuel Dillingham*
*Denny Latham*
*Bill Gray*
*Scot & Lisa Franks*
*Eddie Cowan*
*Ricky Jay*
*Tim Davis*
*Patricia Moore*
*Randy Rush*
*Kevin "Tank" Carlisle*
*Please notify me if any of these people have been contacted.*
*Thanks, Carlisle*

Tuesday, August 10, 2004 America Online: Jacklaw



GOVERNMENT
EXHIBIT
157
PENGAD 800-631-6989

JA 5627 32484

*FROM: Carlisle McNair*
*August 9 - 12, 2004*

*08/09/04Travel to Madisonville, Ky. by way of Evansville, In.*
*Meeting with Jack Swerling & Lisa Watson.*
*Located Tommy & Beverly Basham.*
*Interview: Sgt. Tim Davis*

*08/10/04Travel to Greenville, Dunmor & St. Charles, Ky.*
*Obtained marriage & divorce records on*
*Cathy Blake Latham Gray Basham from*
*Muhlenberg, Co. Ky.*
*Interview: Bill Gray & Dean Latham*

*08/11/04Travel to Russellville, Ky. Obtained marriage &*
*divorce records on Cathy Blake Latham Gray Basham*
*From Logan, Co.*
*ATL: Patricia Blake Moore Whitescarver*
*Interview: Barbara Smith, Adeline Gordon &*
*Eddie Cowen.*
*Meeting with Jack Swerling, Greg Harris, Paige Tarr &*
*Lisa Watson.*

*08/12/04Served subpoena & obtained Basham educational records*
*from Hopkins County Detention Center.*
*Interview: Kevin "Tank" Carlisle & Samuel Dillingham.*
*Travel to Columbia, SC.*



GOVERNMENT
EXHIBIT
158

PENGAD 800-631-6989

JA 5628

32478

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:      Basham File
FROM:    Carlisle McNair
DATE:    September 15, 2004
RE:      Interview: Lt. Eddie Ledford
         Butner Federal Medical Facility

On September 15, 2004, I spoke to Lt. Eddie Ledford. Lt. Ledford has been with BOP for 9 years, 1 year at Butner. Prior to BOP, Lt. Ledford was Southern Pacific RR Police and Sate Police in Texas. Lt. Ledford advised the following pertaining to Basham:

—Basham gets very upset when he doesn't get his way, right away

—Basham overreacts at times

—Lt. Ledford has been able to communicate with Basham to calm him down. It just takes time & patience.

—Lt. Ledford feels Basham could be harmful to others as well as to himself

—Lt. Ledford portrays Basham as an instigator, kicking on cell door, being disruptive, getting other inmates involved. Basham needs isolation the majority of the time.

—Basham is smart in that he knows what he can and can't get as far as being institutionalized

—Lt. Ledford feels Basham could get his ass beat  as well as beat ass, if not kill someone. Win or loose, Basham would start the fight.

—Between 1-10, 10 being the worst, Lt. Ledford rates Basham 8/9 as far as his behavior as an inmate is concerned. Basham is very aggressive and manipulative

—Lt. Ledford didn't have anything positive to say about Basham

*Capehart requested*

GOVERNMENT
EXHIBIT
159

PENGAD 800-631-6989

JA 5629

41395

## Hours Spent by Attorneys Swerling and Harris Meeting with Basham, Investigators and Experts (taken from timesheets attached to CJA Vouchers)

| Activity | Number of Swerling Entries | Swerling Hours | Number of Harris Entries | Harris Hours | Total Entries | Total Hours | Common Dates * | Common Hours** | Adjusted Total Hours*** |
|---|---|---|---|---|---|---|---|---|---|
| Meetings and phone calls with Basham | 40 | 61.35 | 50 | 109.15 | 90 | 170.50 | 4 | 9.20 | 161.30 |
| Meetings & phone calls with Paige Tarr | 66 | 64.30 | 37 | 75.40 | 103 | 139.70 | 15 | 13.50 | 126.20 |
| Meetings and phone calls with Carlisle McNair | 39 | 30.60 | 5 | 6.55 | 44 | 37.15 | 2 | 0.80 | 36.35 |
| Meetings and phone calls with Lesa Watson | 45 | 81.70 | 29 | 43.60 | 74 | 125.30 | 5 | 1.50 | 123.80 |
| Meetings and phone calls with Donna Schwartz-Watts | 29 | 69.60 | 10 | 22.40 | 39 | 92.00 | 5 | 8.00 | 84.00 |

*Common Dates refers to dates on which both Swerling and Harris entered timesheet entries for the same activity.

**Common Hours refers to hours Swerling and Harris spent working together on the same activity on those Common Dates.

***Adjusted Total Hours is the difference between Total Hours and Common Hours.



GOVERNMENT EXHIBIT 160

PENGAD 800-631-6989

**JA 5630**

# April 2003

GOVERNMENT
EXHIBIT
161

PENGAD 800-631-6989

JA 5631

| DATE | DESCRIPTION OF SERVICES | TIME |
|---|---|---|
| 04/24/03 | R&R Order of Appointment (0.25) | 0.25 |
| 04/24/03 | Faxed copy of Order to Christi Rampey @ Nelson Mullins (0.25) | 0.25 |
| 04/24/03 | R&R Order Directing Submission of Initial Proposed Budgets (.25) | 0.25 |
| 04/24/03 | Telephone conference with Christi Rampey (.25) | 0.25 |
| 04/24/03 | Telephone conference with David Brock (.50) | 0.50 |
| 04/24/03 | Telephone conference with Kevin McNally (.25) | 0.25 |
| 04/24/03 | Telephone conference with Judge Anderson (.50) | 0.50 |
| 04/24/03 | Preparation of Protective Order (.50) | 0.50 |
| 04/28/03 | Meeting with Jack Swerling (.50) | 0.50 |
| 04/30/03 | Telephone conference with Cam Littlejohn (.50) | 0.50 |
| 04/30/03 | Conference with Jack Swerling (.50) | 0.50 |
| 05/01/03 | R&R of Indictment (1 hour) | 1.00 |
| 05/01/03 | Telephone conference with Scott Schools (.50) | 0.50 |
| 05/01/03 | Meeting with Jack Swerling (2.25 hours) | 2.25 |
| 05/06/03 | Review of discovery materials (3.00 hours) | 3.00 |
| 05/07/03 | Review discovery, meeting with Paige Tarr & meeting with client (7.00 hours) | 7.00 |
| 05/08/03 | Review discovery (4 hours) | 4.00 |
| 05/08/03 | Telephone conference with Paige Tarr (0.50) | 0.50 |
| 05/08/03 | Conference with Jack Swerling (0.50) | 0.50 |
| 05/09/03 | Review of discovery (2.00 hours) | 2.00 |
| 05/09/03 | Telephone conference with Paige Tarr (0.50) | 0.50 |
| 05/09/03 | Conference with Jack Swerling (0.25) | 0.25 |
| 05/10/03 and 05/11/03 | Review discovery (8 hours) | 8.00 |
| 05/12/03 | Telephone conference with Paige Tarr (0.50) | 0.50 |

**JA 5632**

04905

b,c,d,  e,f   h

**OUT OF COURT HOURLY WORKSHEET**   CASE NUMBER - 4:02 - .2

| Date | Brief Description of Services | Interviews and Conferences | Obtaining and Reviewing Records | Legal Research and Brief Writing | Travel Time | Investigative and Other Work |
|---|---|---|---|---|---|---|
| 4/24/03 | R&R Order of Appointment | | 0.25 (e) | | | |
| 4/24/03 | Faxes copy of Order to Christi Pompey | | 0.25(e) | | | |
| 4/24/03 | R&R Order Directing Submission of Initial Budget | | 0.25(e) | | | |
| 4/24/03 | Telephone conf. - Christi Pompey | | | 0.25 | | |
| 4/24/03 | T/C with David Bruck | 0.50 (g) | | | | |
| 4/24/03 | T/C with Kevin McNally | 0.25(g) | | | | |
| 4/24/03 | T/c with Judge Anderson | | 0.50 (e) | | | |
| 4/24/03 | Preparation of Protective Order | | 0.50 (e) | | | |
| 4/28/03 | Meeting w/ Jack Swerling | | 0.50 (f) | | | |
| 4/30/03 | T/c w/ Cam Littlejohn | | 0.50 (f) | | | |
| 4/30/03 | Conference w/ Jack Swerling | | 0.50 (f) | | | |
| 5/1/03 | R&R of Indictment | | 1.00 (f) | | | |
| 5/1/03 | T/c w/ Scott Schools | | 0.50 (f) | | | |
| 5/1/03 | Meeting w/ Jack Swerling | | 2.25 (f) | | | |
| 5/6/03 | Review of Discovery | | 3.00 (f) | | | |
| 5/7/03 | Review Discovery, Meeting w/ Paige Tarr and client | 2.00 (b) | 5.00 (f) | | | |
| | Page Total | b - 8.00<br>g - 0.75 | e - 1.75<br>f - 13.25 | 0.25 | - 0 - | - 0 - |
| | Grand Total | | | | | |

04888

JA 5633

# May 2003

JA 5634

| Date | Description | Hours |
|---|---|---|
| 05/12/03 | R&R Transport Order and Preparation of another Transport Order (0.50) | 0.50 |
| 05/12/03 | Conference with Jack Swerling (1 hour) | 1.00 |
| 05/12/03 | Telephone conference with Paige Tarr (1 hour) | 1.00 |
| 05/13/03 | Conference with Cameron Littlejohn (0.50) | 0.50 |
| 05/14/03 | Review of discovery (3.00) | 3.00 |
| 05/15/03 | Travel to Indiana and Kentucky | 6.50 |
| 05/15/03 | Meetings with Basham family members and Paige Tarr | 7.50 |
| 05/16/03 | Travel from Indiana | 5.00 |
| 05/16/03 | Conferences with Paige Tarr | 4.00 |
| 05/19/03 | Conferences and review of paperwork (3 hours) - re: protocol | 3.00 |
| 05/20/03 | Conferences with Paige Tarr, Jack Swerling and law clerk - re: protocol and arraignment | 9.00 |
| 05/21/03 | Conferences with Paige Tarr and law clerk - re: protocol | 7.00 |
| 05/21/03 | Conference with Johnny Gasser | 0.50 |
| 05/22/03 | Conferences with law clerk/review discovery | 3.00 |
| 05/22/03 | Telephone conference with Johnny Gasser | 0.25 |
| 05/22/03 | Telephone conference with Kevin McNally | 0.25 |
| 05/23/03 | Visit with client and Paige Tarr (2 hours) | 2.00 |
| 05/23/03 | Conference with Jack Swerling, Conference with Paige Tarr, Telephone conference with Kevin McNally, Conference with Rick Johnson | 4.00 |
| 05/27/03 | Telephone conference with Johnny Gasser - re: protocol | 0.25 |
| 05/27/03 | Telephone conference with Dr. Brawley - re: testing results | 0.25 |
| 05/27/03 | Conference with Paige Tarr and Jack Swerling - re: testing results | 1.50 |
| 05/29/03 | Conference with Paige Tarr | 1.00 |
| 05/29/03 | Telephone conference with Kevin McNally | 0.25 |
| 05/29/03 | Conference with Johnny Gasser | 0.75 |
| 05/29/03 | Conference with Rick Johnson - re: polygraph results | 0.50 |
| 05/30/03 | Conference with Paige Tarr | 1.00 |

**JA 5635**

04906

| Date | Description | Hours |
|---|---|---|
| 05/30/03 | Telephone conference with Kevin McNally | 0.25 |
| 05/30/03 | Telephone conference with David Bruck | 0.25 |
| 05/30/03 | Review of discovery | 3.00 |
| | | |
| | **TOTAL HOURS** | 101.25 |
| | | |
| | | |
| | | |
| | | |

JA 5636

04907

| | 05/30/03 | Review of discovery | 3.00 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

JA 5637

04923

| | | | |
|---|---|---|---|
| d | 05/12/03 | Telephone conference with Paige Tarr (0.50) | 0.50 |
| h | 05/12/03 | R&R Transport Order and Preparation of another Transport Order (0.50) | 0.50 |
| f | 05/12/03 | Conference with Jack Swerling (1 hour) | 1.00 |
| d | 05/12/03 | Telephone conference with Paige Tarr (1 hour) | 1.00 |
| h | 05/13/03 | Conference with Cameron Littlejohn (0.50) | 0.50 |
| h | 05/14/03 | Review of discovery (3.00) | 3.00 |
| i | 05/15/03 | Travel to Indiana and Kentucky - (6.50i) | 6.50 |
| b | 05/15/03 | Meetings with Basham family members and Paige Tarr | 7.50 |
| i | 05/16/03 | Travel from Indiana | 5.00 |
| d | 05/16/03 | Conferences with Paige Tarr | 4.00 |
| h | 05/19/03 | Conferences and review of paperwork (3 hours) - re: protocol | 3.00 |
| d | 05/20/03 | Conferences with Paige Tarr, Jack Swerling and law clerk - re: protocol and arraignment | 9.00 |
| d | 05/21/03 | Conferences with Paige Tarr and law clerk - re: protocol | 7.00 |
| f | 05/21/03 | Conference with Johnny Gasser | 0.50 |
| f | 05/22/03 | Conferences with law clerk/review discovery | 3.00 |
| f | 05/22/03 | Telephone conference with Johnny Gasser | 0.25 |
| g | 05/22/03 | Telephone conference with Kevin McNally | 0.25 |
| b | 05/23/03 | Visit with client and Paige Tarr | 2.00 |
| g | 05/23/03 | Conference with Jack Swerling, Conference with Paige Tarr, Telephone conference with Kevin McNally, Conference with Rick Johnson | 4.00 |
| h | 05/27/03 | Telephone conference with Johnny Gasser - re: protocol - | 0.25 |
| d | 05/27/03 | Telephone conference with Dr. Brawley - re: testing results | 0.25 |
| d | 05/27/03 | Conference with Paige Tarr and Jack Swerling - re: testing results | 1.50 |
| d | 05/29/03 | Conference with Paige Tarr | 1.00 |
| g | 05/29/03 | Telephone conference with Kevin McNally | 0.25 |
| f | 05/29/03 | Conference with Johnny Gasser | 0.75 |

**JA 5638**

04938

| | | | |
|---|---|---|---|
| d | 05/29/03 | Conference with Rick Johnson - re: polygraph results | 0.50 |
| d | 05/30/03 | Conference with Paige Tarr | 1.00 |
| g | 05/30/03 | Telephone conference with Kevin McNally | 0.25 |
| g | 05/30/03 | Telephone conference with David Bruck | 0.25 |
| f | 05/30/03 | Review of discovery | 3.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

101.25

a - ∅

b - 2.00

c - 7.5

d - 26.75

e - 1.75

f - 38.50

g - 5.75

h - 7.5

i - 11.5

j - ∅

101.25

JA 5639

04939

OUT OF COURT HOURLY WORKSHEET    b,c,c   e,f   b   CASE NUMBER - 4.02-...2

| Date | Brief Description of Services | Interviews and Conferences | Obtaining and Reviewing Records | Legal Research and Brief Writing | Travel Time | Investigative and Other Work |
|---|---|---|---|---|---|---|
| 5/8/03 | Review Discovery | | 4.00 (f) | | | |
| 5/8/03 | M/c w/ Paige Tarr | 0.50 (d) | | | | |
| 5/8/03 | Conference w/ Jack Swerling | | 0.50 (f) | | | |
| 5/9/03 | Review of Discovery | | 2.00 (f) | | | |
| 5/9/03 | M/c w/ Paige Tarr | 0.50 (d) | | | | |
| 5/9/03 | Conference w/ Jack Swerling | | 0.25 (f) | | | |
| 5/10/03 | Review Discovery | | 4.00 (f) | | | |
| 5/11/03 | Review Discovery | | 4.00 (f) | | | |
| 5/12/03 | M/c w/ Paige Tarr | 0.50 (d) | | | | |
| 5/12/03 | B+R Transport order + Prep. of another Transport Order | | | 0.50 | | |
| 5/12/03 | Conference w/ Jack Swerling | | 1.00 (f) | | | |
| 5/12/03 | M/c w/ Paige Tarr | 1.00 (d) | | | | |
| 5/13/03 | Conference w/ Cam Littlejohn | | | 0.50 | | |
| 5/14/03 | Review of Discovery | | | 3.00 | | |
| 5/15/03 | Travel to Indiana and Kentucky | | | | 6.50 | |
| 5/15/03 | Meeting w/ Basham family members + Paige Tarr | 7.50 (c) | | | | |
| | Page Total | b: 0.50   c- 7.50   d- 2.50 | c=-0-   f-15.75 | 4.00 | 6.50 | |
| | Grand Total | | | | | |

048889

**OUT OF COURT HOURLY WORKSHEET**    b, c    e, f    h    CASE NUMBER - 4.02-9

| Date | Brief Description of Services | Interviews and Conferences | Obtaining and Reviewing Records | Legal Research and Brief Writing | i  Travel Time | j  Investigative and Other Work |
|---|---|---|---|---|---|---|
| 5/16/03 | Travel from Indiana | | | | 5.00 | |
| 5/16/03 | Conferences w/ Paige Tan | 4.00 (d) | | | | |
| 5/19/03 | Conferences and review of paperwork - re: protocol | | | 3.00 | | |
| 5/20/03 | Conferences w/ Paige Tan, Jack Swerling and law clerk re: protocol and assignment | 9.00 (d) | | | | |
| 5/21/03 | Conferences w/ Paige Tan and law clerk - re: protocol | 7.00 (d) | | | | |
| 5/21/03 | Conference w/ Johnny Gasser | | 0.50 (f) | | | |
| 5/22/03 | Conferences w/ law clerk / review of discovery | | 3.00 (f) | | | |
| 5/22/03 | T/c w/ Johnny Gasser | | 0.25 (f) | | | |
| 5/22/03 | T/c w/ Kevin McNally | 0.25 (g) | | | | |
| 5/23/03 | Visit w/ client & Paige Tan | 2.00 (b) | | | | |
| 5/23/03 | Conferences w/ Jack Swerling, Paige Tan, T/c w/ Kevin McNally | 3.50 (g) | | | | |
| 5/23/03 | Conference w/ Rick Johnson | 0.50 (g) | | | | |
| 5/27/03 | T/c w/ Johnny Gasser - re: protocol | | | 0.25 | | |
| 5/27/03 | T/c w/ Dr. Brawley - re: testing results | 0.25 (d) | | | | |
| 5/27/03 | Conference w/ Paige Tan and Jack Swerling - re: testing results | 1.50 (d) | | | | |
| | Page Total | b - 2.00  g - 4.25<br>c - 0<br>d - 21.75 | e - -0-<br>f - 3.75 | 3.25 | 5.00 | -0- |
| | Grand Total | | | | | |

04887

**JA 5641**

**OUT OF COURT HOURLY WORKSHEET** ~ b,c,d e,f h **CASE NUMBER** - 4.02 - 4.12

| Date | Brief Description of Services | Interviews and Conferences | Obtaining and Reviewing Records | Legal Research and Brief Writing | i Travel Time | y Investigative and Other Work |
|---|---|---|---|---|---|---|
| 5/29/03 | Conference w/ Paige Yan | 1.00(d) | | | | |
| 5/29/03 | T/c w/ Kevin McNally | 0.25(g) | | | | |
| 5/29/03 | Conference w/ Johnny Gasser | | 0.75(f) | | | |
| 5/29/03 | Conference w/ Rick Johnson re: Polygraph results | 0.50(d) | | | | |
| 5/30/03 | Conference w/ Paige Yan | 1.00(d) | | | | |
| 5/30/03 | T/c w/ Kevin McNally | 0.25(g) | | | | |
| 5/30/03 | T/c w/ David Bruck | 0.25(g) | | | | |
| 5/30/03 | Review of Discovery | | 3.00(f) | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Page Total | b- 2.00 g- 0.75 d- 2.5 | e- -0- f- 3.75 | -0- | -0- | -0- |
| | Grand Total | b- 4.00 c- 7.50 d- 26.75 g- 5.75 | e- 1.75 f- 36.50 | 7.50 | 11.50 | -0- |

04890

# June 2003

JA 5643

| | | |
|---|---|---|
| 06/02/03 | Review of discovery | 3.00 |
| 06/02/03 | Telephone conference with Basham and memo to Jack Swerling | 0.50 |
| 06/03/03 | Review of discovery | 4.00 |
| 06/04/03 | Conference with client and review of discovery materials | 2.50 |
| 06/09/03 | Conference with mitigation specialist and review of discovery | 1.00 |
| 06/09/03 | Conference with mitigation specialist and telephone conference with Basham's mother | 1.00 |
| 06/09/03 | Conference with client and mitigation specialist | 2.00 |
| 06/09/03 | Review of discovery | 2.00 |
| 06/10/03 | Conference with mitigation specialist and client | 3.00 |
| 06/11/03 | T/C with Johnny Gasser - re: protocol | 0.25 |
| 06/11/03 | T/C with Scott Schools - re: motion for Basham | 0.25 |
| 06/11/03 | Conference with Jack Swerling | 1.00 |
| 06/12/03 | T/C with mitigation specialist - re: visit BB | 0.25 |
| 06/12/03 | T/C Dr. Swartz-Watts - re: visit BB | 0.25 |
| 06/12/03 | T/C mitigation specialist - re: WV Indictment | 0.25 |
| 06/12/03 | R&R Press Release from WV | 0.25 |
| 06/12/03 | T/C with Scott Schools - re: WV Indictment | 0.25 |
| 06/12/03 | Memo to Jack Swerling - re: T/C with Scott Schools | 0.25 |
| 06/12/03 | Conference with Jack Swerling - re: WV Indictment | 0.50 |
| 06/13/03 | Review of Discovery | 4.00 |
| 06/14/03 | Review of Discovery | 3.00 |
| 06/15/03 | Review of Discovery | 1.00 |
| 06/17/03 | R&R government's memorandum | 0.50 |
| 06/17/03 | T/C with Christi Rampey - re: response to memorandum | 0.50 |
| 06/17/03 | Conference with Jack Swerling | 0.50 |

**JA 5644**

04875

| | | |
|---|---|---|
| 06/17/03 | T/C with Scott Schools - re: government's request for evaluation | 0.50 |
| 06/17/03 | Prepare Opposition Motion for Evaluation | 2.00 |
| 06/18/03 | Prepare file response to government's motion | 3.00 |
| 06/18/03 | Meeting with mitigation specialist, Jack Swerling and Dr. Watts - re: hearing | 3.00 |
| 06/18/03 | Status Conference in court | 0.50 |
| 06/18/03 | Conference with Collette - re: vouchers | 0.50 |
| 06/18/03 | Prepare Ex Parte Motion | 1.50 |
| 06/18/03 | Conference with client | 2.50 |
| 06/19/03 | Prepare motions for authorization of funds | 2.00 |
| 06/19/03 | Discovery review | 3.00 |
| 06/19/03 | T/C w/ Dr. Schwartz-Watts | 0.25 |
| 06/19/03 | T/C w/ mitigation specialist | 0.25 |
| 06/20/03 | Conference with Jack Swerling | 1.00 |
| 06/20/03 | Conference with mitigation specialist | 1.00 |
| 06/20/03 | T/C with client | 0.25 |
| 06/21/03 | Discovery review | 4.00 |
| 06/23/03 | Conference with Scott Schools and Johnny Gasser - re: scheduling | 1.00 |
| 06/23/03 | Motions preparation | 3.00 |
| 06/23/03 | T/C with Dr. Morgan (forensic psychiatrist) | 0.25 |
| 06/24/03 | Discovery review | 2.00 |
| 06/24/03 | T/C with Scott Schools - re: Consent Order to Transport | 0.25 |
| 06/25/03 | Preparation Order to Transport defendant | 1.00 |
| 06/25/03 | Conference with mitigation specialist | 1.00 |
| 06/25/03 | R & R Correspondence from government | 0.25 |
| 06/25/03 | R & R Correspondence from Court -re: billing and motions for experts | 0.50 |
| 06/25/03 | Preparation of motions for experts | 1.00 |
| 06/25/03 | Conference with client and mitigation specialist | 2.00 |

**JA 5645**

04876

| | | |
|---|---|---|
| 06/27/03 | Discovery review | 3.00 |
| 06/30/03 | Conference with Jack Swerling and mitigation specialist | 1.00 |
| 06/30/03 | Conference with mitigation specialist | 1.00 |
| 06/30/03 | Preparation of motions for experts | 1.00 |
| 06/30/03 | R & R Motion to Compel Production of Blood/Hair | 1.00 |
| 06/30/03 | Conference with Jack Swerling - re: Motion to Compel | 0.25 |
| 06/01/03 through 06/27/03 | Law clerk - 120 hours @ $15.00 per hour = $1800.00/$125.00 per hour = 14.40 hours - entered in category 15j | 14.40 |
| | | |
| | | |
| | | |
| | | |

**JA 5646**

04877

## IN COURT HOURLY WORKSHEET

04870

CASE NUMBER - 4.02-992

| Date | Brief Description of Services | Arraignment and/or Plea | Bail and Detention | Motion Hearings | Trial | Sentencing Hearings | Revocation Hearings | Appeals Court | Other |
|------|------------------------------|-------------------------|--------------------|-----------------|-------|---------------------|---------------------|---------------|-------|
| 6/18/03 | Status conference | | | 0.50 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | Page Total | | 0.50 | | | | | |
| | | Grand Total | | 0.50 | | | | | |

JA 5647

# OUT OF COURT HOURLY WORKSHEET  CASE NUMBER - 4.02-992

| Date | Brief Description of Services | Interviews and Conf w/Client | Witness Interviews | Consult w/ Investigators & Experts | Obtaining & Rev the Court Record | Obtaining & Rev Documents & Evidence | Consulting w/Expert Counsel | Legal Research & Writing | Travel | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/2/03 | Discovery Review | | | | | 3.00 | | | | |
| 6/2/03 | T/c w/ Bagham + memo to Jack Swerling | 0.50 | | | | | | | | |
| 6/3/03 | Discovery Review | | | | | 4.00 | | | | |
| 6/4/03 | Conference w/client + Discovery Review | 2.00 | | | | 0.50 | | | | |
| 6/●03 | Conference w/ mitigation specialist + discovery review | | | 1.00 | | | | | | |
| 6/9/03 | Conference w/ mitigation specialist + client's mother | | 1.00 | | | | | | | |
| 6/9/03 | Conference w/ client + mitigation specialist | 2.00 | | | | | | | | |
| 6/9/03 | Discovery Review | | | | | 2.00 | | | | |
| 6/10/03 | Conf. w/ mitigation specialist + client | 3.00 | | | | | | | | |
| 6/11/03 | T/c w/ Johnny Gasser re. protocol | | | | | 0.25 | | | | |
| 6/11/03 | T/c w/ Scott Schools re. motion | | | | | 0.25 | | | | |
| 6/●03 | Conference w/ Jack Swerling | | | | | 1.00 | | | | |
| 6/12/03 | T/c mitigation specialist re. visit client | | | 0.25 | | | | | | |
| 6/12/03 | T/c Psychiatrist re. visit client | | | 0.25 | | | | | | |
| 6/12/03 | T/c mitigation specialist re. WVA Indictment | | | 0.25 | | | | | | |
| | Page Total | 7.50 | 1.00 | 1.75 | - 0 - | 11.00 | - 0 - | - 0 - | - 0 - | - 0 - |
| | Grand Total | | | | | | | | | |

JA 5648

04872

2

# OUT OF COURT HOURLY WORKSHEET    CASE NUMBER - 4:02-992

| Date | Brief Description of Services | Interviews and Conf w/Client | Witness Interviews | Consult w/ Investigators & Experts | Obtaining & Rev the Court Record | Obtaining & Rev Documents & Evidence | Consulting w/Expert Counsel | Legal Research & Writing | Travel | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/12/03 | R&R Press release from West Virginia | | | | | 0.25 | | | | |
| 6/12/03 | T/c w/ Scott Schools re. WVA Indictment | | | | | 0.25 | | | | |
| 6/12/03 | memo to Jack Swerling re. T/c w/ Scott Schools | | | | | 0.25 | | | | |
| 6/12/03 | Conf. w/ Jack Swerling re. WVA Indictment | | | | | 0.50 | | | | |
| 6/13/03 | Discovery Review | | | | | 4.00 | | | | |
| 6/14/03 | Discovery Review | | | | | 3.00 | | | | |
| 6/15/03 | Discovery Review | | | | | 1.00 | | | | |
| 6/17/03 | R&R government's memorandum | | | | 0.50 | | | | | |
| 6/17/03 | T/c w/ Christi Ramsey - Nelson Mullins - re. response to | | | | | 0.50 | | | | |
| 6/17/03 | Conf. w/ Jack Swerling | | | | | 0.50 | | | | |
| 6/17/03 | T/c w/ Scott Schools - re. gov'ts request for evaluation | | | | | 0.50 | | | | |
| 6/17/03 | Prepare opposition motion for evaluation | | | | | | | 2.00 | | |
| 6/18/03 | Prepare file response to gov'ts motion | | | | | | | 3.00 | | |
| 6/18/03 | meeting w/ investigation specialist, Jack Swerling & Psychiatrist - re. hearing | | 3.00 | | | | | | | |
| | Page Total | - 0 - | - 0 - | 3.00 | 0.50 | 10.75 | - 0 - | 5.00 | - 0 - | - 0 - |
| | Grand Total | | | | | | | | | |

JA 5649

## OUT OF COURT HOURLY WORKSHEET    CASE NUMBER - 4.02-992

04873

3

| Date | Brief Description of Services | Interviews and Conf w/Client | Witness Interviews | Consult w/ Investigators & Experts | Obtaining & Rev the Court Record | Obtaining & Rev Documents & Evidence | Consulting w/Expert Counsel | Legal Research & Writing | Travel | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/18/03 | Conf. w/ Collette re. Vouchers | | | | 0.50 | | | | | |
| 6/18/03 | Prepare Ex Parte Motion | | | | | | | 1.50 | | |
| 6/18/03 | Conf. w/ client | 2.50 | | | | | | | | |
| 6/19/03 | Prepare motions for authorization of funds | | | | | | | 2.00 | | |
| 6/19/03 | Discovery Review | | | | | 3.00 | | | | |
| 6/19/03 | T/c w/ Psychiatrist | | | 0.25 | | | | | | |
| 6/19/03 | T/c w/ mitigation Specialist | | | 0.25 | | | | | | |
| 6/20/03 | Conf. w/ Jack Swerling | | | | | 1.00 | | | | |
| 6/20/03 | Conf. w/ mitigation Specialist | | | 1.00 | | | | | | |
| 6/20/03 | T/c w/ client | 0.25 | | | | | | | | |
| 6/21/03 | Discovery Review | | | | | 4.00 | | | | |
| 6/23/03 | Conf. w/ Scott Schools + Johnny Gasser - re scheduling | | | | | 1.00 | | | | |
| 6/23/03 | Preparation of motions | | | | | | | 3.00 | | |
| 6/23/03 | T/c w/ forensic Psychiatrist | | | 0.25 | | | | | | |
| 6/24/03 | Discovery review | | | | | 2.00 | | | | |
| | Page Total | 2.75 | - 0 - | 1.75 | 0.50 | 11.00 | - 0 - | 6.50 | -0- | -0- |
| | Grand Total | | | | | | | | | |

JA 5650

# OUT OF COURT HOURLY WORKSHEET    CASE NUMBER - 4:02-992

| Date | Brief Description of Services | Interviews and Conf w/Client | Witness Interviews | Consult w/ Investigators & Experts | Obtaining & Rev the Court Record | Obtaining & Rev Documents & Evidence | Consulting w/Expert Counsel | Legal Research & Writing | Travel | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/24/03 | T/C w/ Scott Schools - re. consent order to Transport | | | | | 0.25 | | | | |
| 6/25/03 | Preparation of Order to Transport | | | | | | | 1.00 | | |
| 6/25/03 | Conf. w/ mitigation specialist | | | 1.00 | | | | | | |
| 6/25/03 | R&R correspondence from government | | | | 0.25 | | | | | |
| 6/25/03 | R&R correspondence from Court - re. billing + motions | | | | 0.50 | | | | | |
| 6/25/03 | Preparation of motions for experts | | | | | | | 1.00 | | |
| 6/25/03 | Conf. w/ client + mitigation specialist | 2.00 | | | | | | | | |
| 6/27/03 | Discovery review | | | | | 3.00 | | | | |
| 6/30/03 | Conf. w/ Jack Swerling + mitigation specialist | | | 1.00 | | | | | | |
| 6/30/03 | Conf. w/ mitigation specialist | | | 1.00 | | | | | | |
| 6/30/03 | Preparation of motions for experts | | | | | | | 1.00 | | |
| 6/30/03 | R&R Motion to Compel Production of Blood/Hair | | | | 1.00 | | | | | |
| 6/30/03 | Conf. w/ Jack Swerling - re. motion to Compel | | | | | 0.25 | | | | |
| 4/1/03 - 6/27/03 | Law clerk - 120 hrs. @ $15.00 per hour = $1800.00 / $125.00 = 14.40 hrs. | | | | | | | | | 14.40 |
| | | | | | | | | | | |
| | Page Total | 2.00 | -0- | 3.00 | 1.75 | 3.50 | -0- | 3.00 | -0- | |
| | Grand Total | 12.25 | 1.00 | 9.50 | 2.75 | 36.25 | -0- | 14.50 | -0- | 14.40 |

JA 5651

# July 2003

JA 5652

| | | TIME |
|---|---|---|
| 07/01/03 | T/C with Dr. Watts and Jack Swerling - re: client's mental state | 0.20 |
| 07/01/03 | Conference with client and mitigation specialist | 2.00 |
| 07/01/03 | T/C with Vickie at Mr. Ramos' office - re: Basham meeting on 7/2/03 | 0.20 |
| 07/01/03 | T/C with Scott Schools | 0.20 |
| 07/02/03 | Conference with Mr. Ramos and Mr. Gentry- client's North Carolina attorneys | 0.70 |
| 07/03/03 | R & R Order Compelling Production of Blood and Hair Samples | 0.20 |
| 07/03/03 | T/C with Scott Schools - re: Order | 0.20 |
| 07/03/03 | T/C Bill Nettles - re: Order/Trip to Washington | 0.20 |
| 07/07/03 | Conference with Jack Swerling - re: protocol | 0.50 |
| 07/07/03 | T/C with Scott Schools - re: protocol and continuance request | 0.20 |
| 07/07/03 | Conference with mitigation specialist - re: preparation of materials for trip to coast | 1.00 |
| 07/07/03 | Discovery review | 2.00 |
| 07/08/03 | Travel to Shallotte, North Carolina - 9:00 a.m. to 12:30 p.m. | 3.50 |
| 07/08/03 | Meeting with Gentry and Ramos and visiting crime scene with Brunswick County law enforcement | 5.00 |
| 07/08/03 | Conference with mitigation specialist | 1.00 |
| 07/08/03 - 07/09/03 | Mileage for travel (380 miles) | |
| 07/09/03 | Investigation in Little River, SC and Conway, SC (8:30 a.m. to 12:30 p.m.) | 4.00 |
| 07/09/03 | Travel to Columbia, South Carolina (12:30 p.m. to 3:30 p.m.) | 3.00 |
| 07/10/03 | Conference with mitigation specialist (10:00 am- 11:30 am) | 1.50 |
| 07/10/03 | Conference with Jack Swerling - re: crime scene investigations, protocol (11:45 am - 2:30 pm) | 2.70 |
| 07/10/03 | Conference with client (2:30 pm - 5:00 pm) | 2.50 |

**JA 5653**

04841

| 07/11/03 | Conference with mitigation specialist - re: witness interviews/ trip to KY | 2.00 |
|---|---|---|
| 07/11/03 | T/C with NTS and Gayle Hayden | 0.20 |
| 07/11/03 | T/C with Chris Gentry (Basham's NC counsel) - re: jailhouse witness | 0.50 |
| 07/11/03 | T/C with Kevin McNally (DPIC) - re: protocol hearing | 0.50 |
| 07/14/03 | Conference with Jack Swerling - re: trip to Washington and Kentucky | 1.00 |
| 07/14/03 | Conference with law clerk - re: time line | 1.00 |
| 07/14/03 | Conference with mitigation specialist | 1.00 |
| 07/15/03 | T/C with David Bruck - re: protocol | 0.20 |
| 07/15/03 | T/C with Branden Basham | 0.20 |
| 07/15/03 | Travel (1:30 pm - 8:00 pm) | 6.50 |
| 07/16/03 | Conferences with doctors and family - Dr. Houston, Dr. Sadiq, Dr. Seuss, Specialist Clifford Jay and family (9:00 - 6:00) | 9.00 |
| 07/17/03 | Travel (9:30 a.m. - 5:30 p.m.) * flight was canceled in Evansville, IN which resulted in four additional hours of travel time | 8.00 |
| 07/20/03 | Travel (3:30 p.m. - 7:00 p.m.) | 3.50 |
| 07/21/03 | Preparation for hearing with Jack Swerling (9:00 a.m. - 12:00 p.m.) | 3.00 |
| 07/21/03 | Conference at Department of Justice - re: protocol hearing | 1.00 |
| 07/21/03 | Travel (1:00 p.m. - 10:30 p.m.) * repeated delays in Washington and Charlotte | 9.50 |
| 07/22/03 | Conference with client | 2.00 |
| 07/22/03 | Conference with Jack Swerling | 0.50 |
| 07/22/03 | T/C with Kevin McNally - re: protocol | 0.20 |
| 07/28/03 | Conference with client | 2.00 |
| 07/28/03 | Discovery review | 2.00 |
| 07/30/03 | Discovery review/review time line | 3.00 |
| 07/01/03 - 07/31/03 | Law clerk hours - 150 hours at $15.00 per hour = $2250.00 $2250.00/$125.00 per hour = 18 hours (5 weeks in July) | 18.00 |
| | | |
| | | |

JA 5654

04842

04844

# OUT OF COURT HOURLY WORKSHEET  CASE NUMBER - 4.03 - 992

1

| Date | Brief Description of Services | Interviews and Conf w/Client | Witness Interviews | Consult w/ Investigators & Experts | Obtaining & Rev the Court Record | Obtaining & Rev Documents & Evidence | Consulting w/Expert Counsel | Legal Research & Writing | Travel | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/03 | T/c w/ Dr. Watts and Jack Swerling - re: client's mental state | | | 0.20 | | | | | | |
| 07/01/03 | Conference w/ client and mitigation specialist | 2.00 | | | | | | | | |
| 07/01/03 | T/c w/ Vickie at Mr. Ramos office - re: meeting on 7/2/03 | | | | | 0.20 | | | | |
| 07/01/03 | T/c w/ Scott Schads | | | | | 0.20 | | | | |
| 07/02/03 | Conference w/ Mr. Ramos + Mr. Gentry - NC attorneys | | | | | 0.70 | | | | |
| 07/03/03 | R+R Order Compelling Production of Blood/Hair Samples | | | | 0.20 | | | | | |
| 07/03/03 | T/c Scott Schads - re: Order | | | | | 0.20 | | | | |
| 07/03/03 | T/c Bill Nettles - re: Order + trip to Washington | | | | | 0.20 | | | | |
| 07/07/03 | Conference w/ Jack Swerling - re: protocol | | | | | 0.50 | | | | |
| 07/07/03 | T/c w/ Scott Schads - re: protocol + continuance request | | | | | 0.20 | | | | |
| 07/07/03 | Conference w/ mitigation specialist - re: preparation of materials for trip to coast | | | 1.00 | | | | | | |
| 07/07/03 | Discovery Review | | | | | 2.00 | | | | |
| 07/08/03 | Travel to Charlotte, NC | | | | | | | | 3.50 | |
| 07/08/03 | meeting w/ Mr. Gentry + Mr. Ramos + visiting crime scene w/ law enforcement | | | | | 5.00 | | | | |
| | Page Total | 2.00 | -0- | 1.20 | 0.20 | 9.20 | -0- | -0- | 3.50 | -0- |
| | Grand Total | | | | | | | | | |

JA 5655

04845

# OUT OF COURT HOURLY WORKSHEET    CASE NUMBER - 4.02-992

| Date | Brief Description of Services | Interviews and Conf w/Client | Witness Interviews | Consult w/ Investigators & Experts | Obtaining & Rev the Court Record | Obtaining & Rev Documents & Evidence | Consulting w/Expert Counsel | Legal Research & Writing | Travel | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/03 | Conference w/ mitigation Specialist | | | 1.00 | | | | | | |
| 07/09/03 | Investigation in Little River, SC and Conway, SC | | | 4.00 | | | | | | |
| 07/09/03 | Travel to Columbia, SC | | | | | | | | 3.00 | |
| 07/10/03 | Conference w/ mitigation Specialist | | | 1.50 | | | | | | |
| 07/10/03 | Conference w/ Jack Swerling re: crime scene investigations, protocol | | | | | 2.70 | | | | |
| 07/10/03 | Conference w/ client | 2.50 | | | | | | | | |
| 07/11/03 | Conference w/ mitigation Specialist - re: witness interviews / trip to KY | | | 2.00 | | | | | | |
| 07/11/03 | TC w/ NTS and Doyle Hayden - re: pymt for airline tickets | | | | | | | | | 0.20 |
| 07/11/03 | TC w/ Chris Gentry (Bachman's co-counsel) re: jailhouse witness | | | | | 0.50 | | | | |
| 07/11/03 | TC w/ Kevin McNally (DPIC) - re: protocol hearing | | | | | | 0.50 | | | |
| 07/14/03 | Conference w/ Jack Swerling re: trip to DC + KY | | | | | 1.00 | | | | |
| 07/14/03 | Conference w/ law clerk - re: time line | | | | | 1.00 | | | | |
| 07/14/03 | Conference w/ mitigation Specialist | | | 1.00 | | | | | | |
| 07/15/03 | TC w/ David Bruck re: protocol | | | | | | 0.20 | | | |
| | Page Total | 2.50 | -0- | 9.50 | -0- | 5.20 | 0.70 | -0- | 3.00 | 0.20 |
| | Grand Total | | | | | | | | | |

JA 5656

04846

**OUT OF COURT HOURLY WORKSHEET**   CASE NUMBER - 4.02-992

| Date | Brief Description of Services | Interviews and Conf w/Client | Witness Interviews | Consult w/ Investigators & Experts | Obtaining & Rev the Court Record | Obtaining & Rev Documents & Evidence | Consulting w/Expert Counsel | Legal Research & Writing | Travel | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/15/03 | T/c w/ client | 0.20 | | | | | | | | |
| 07/15/03 | Travel to Evansville, Indiana + Kentucky | | | | | | | | 6.50 | |
| 07/16/03 | Conferences w/ doctors + family - Dr. Houston, Dr. Sadiq, Dr. Seuss, Specialist Clifford Jay + family | | 9.00 | | | | | | | |
| 07/17/03 | Travel - flight was canceled in Evansville, Indiana - which resulted in additional hours of travel time | | | | | | | | 8.00 | |
| 07/20/03 | Travel to Washington | | | | | | | | 3.50 | |
| 07/21/03 | Preparation for hearing w/ Jack Swerling | | | | | 3.00 | | | | |
| 07/21/03 | Conference at Dept. of Justice - re: protocol hearing | | | | | | 1.00 | | | |
| 07/21/03 | Travel - Repeated delay in DC and Charlotte, NC | | | | | | | | 9.50 | |
| 07/22/03 | Conference w/ client | 2.00 | | | | | | | | |
| 4/22/03 | Conference w/ Jack Swerling | | | | | 0.50 | | | | |
| 07/22/03 | T/c w/ Kevin McNally - re: protocol | | | | | | 0.20 | | | |
| 07/28/03 | Conference w/ client | 2.00 | | | | | | | | |
| 07/28/03 | Discovery review | | | | | 2.00 | | | | |
| | Page Total | 4.20 | 9.00 | -0- | -0- | 5.50 | 1.20 | -0- | 27.50 | -0- |
| | Grand Total | | | | | | | | | |

JA 5657

04847

# OUT OF COURT HOURLY WORKSHEET     CASE NUMBER - 4·02- 992

| Date | Brief Description of Services | Interviews and Conf w/Client | Witness Interviews | Consult w/ Investigators & Experts | Obtaining & Rev the Court Record | Obtaining & Rev Documents & Evidence | Consulting w/Expert Counsel | Legal Research & Writing | Travel | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/03 | Discovery review / timeline | | | | | 3.00 | | | | |
| 07/01/03- 07/31/03 | Law clerk hours - 150 hrs. at $15.00 per hour = $2250.00 | | | | | | | | | 18.00 |
| | $2250.00 / $125.00 (5 weeks in July) | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | Page Total | -0- | -0- | -0- | -0- | 3.00 | -0- | -0- | -0- | 18.00 |
| | Grand Total | 8.70 | 9.00 | 10.70 | 0.20 | 22.90 | 1.90 | -0- | 34.00 | 18.20 |

JA 5658

# August 2003

JA 5659