The Basham family arrived for today's session without Mrs. Basham. The family said that Kathy wasn't feeling well, was really exhausted and just wasn't able to come. Dr. Houston suggested they reschedule when they could hold a full meeting. They did reschedule for the next week.

## 1996
While living in San Diego County, California, Tina Severance physically abused Cassandra by putting her head in the toilet and flushing, causing bruising to the child's neck. The military police held the mother away from the child for a night. The child wasn't detained and Tina wasn't arrested, so Children's Services didn't take further action. Five more reports of abuse were reported in California regarding the stepmother and father from 1994-96. (p. 1549)

## 04/25/96
Branden was referred to Roger Laird at the Trover Clinic by Peggy Woods from DSS. At this time, Branden has had several previous treatments, including Rivendell where his mother withdrew him against medical advice. Laird doesn't think Basham is on any psychotropic medicine. He has a home bound teacher who comes to the house on Wednesday and Thursday for an hour. The family is dysfunctional. The father did not get involved in the interview at all - Branden asked and answered all the questions. The father is apparently hard of hearing because Branden had to shout for him to understand what they were talking about. Dr. Laird set up a complete evaluation and three testing appointments.

## 05/01/96
Dr. Roger Laird attempted to give Branden several tests today. He first tried the Minnesota Multiphasic Personality Inventory Adolescent. He worked on it for an hour and only answered 100 out of 748 questions. Of those 100, 15-20 had been marked with two answers, so Laird discontinued the test. He then administered the Reynolds Depression Scale for Adolescents. He plans to give Branden other tests, including an IQ test.

## 05/06/96
Dr. Laird attempted to administer the Wechsler Intelligence Scale for Children and the Wechsler Individual Achievement Test Screener. However, Branden was so tired and lethargic that he had trouble paying attention, so the tests were discontinued. Laird scheduled another appointment to try the Thematic Apperception Test and the [can't read what it says].

8

JA 6251

35441

**05/08/96**

Dr. Laird administered the Thematic Apperception Test and the Rorschach Ink Blot Test to Branden. See report on 05/09.


**05/09/96**

Dr. Roger Laird, Ed.D, evaluated Branden. After observing the interactions between Branden and his father, Dr. Laird concluded that Branden is probably the caretaker in the family because he does everything for his father, including speaking for him. He lists facilities that have treated Branden and states that another psychiatrist at the Trover Clinic, Dr. Paul Phillips, questioned the diagnosis of ADHD. He thought Branden's symptoms might be more due to a personality disorder than ADHD.

Laird then goes into detail about the results from tests he gave Branden. Attempts to administer the Minnesota Multiphasic Personality Inventory Adolescent and the Conner's Computerized Continuous Performance Test were discontinued due to slow reading and low comprehensive and low motivation. He was not able to take self administered tests that required him to read and respond. On the Wechsler Intelligence Scale for Children, Third Edition, Branden scored a verbal scale I.Q. of 88, a performance scale I.Q. of 77 (calculated using the Symbol search subtest rather than the Coding subtest), and a full scale I.Q. of 86. Branden's factor scores were: Verbal comprehension – 87; perceptual organization – 90; freedom from distractability – 98; and processing speed – 72.

A more detailed list of Branden's subtest scores is in the report. On his subtests in general, Branden showed he has a deficit in school acquired knowledge, slow psychomotor speed and inefficiency, motivation was moderate. His responses showed he has only a weak understanding of appropriate behavior in many social situations suggesting social cultural depravation.

The Wechsler Individual Achievement Test Screener suggested that Mathematics Reasoning is an identifiable learning disability. On the Thematic Apperception Test, Branden's responses show low self esteem, sadness, and a degree of hopelessness. He also has a very poor concept of normal family functioning. He also has underlying aggressive and explosive impulses that are poorly controlled. Branden shows weak and sporadic evidence of trying to control his aggression. He also has a mixed up system of values.

Branden's results from the Rorshach Ink Blot Test suggest defensiveness and suspiciousness. Explosive impulses and oppositional defiant behavior are in evidence. He also showed weak control over his impulses and poor control over emotions. The test also suggested very poor socialization. He also has some problems with reality testing. Finally, Branden's responses on the Depression Scale suggest the presence of mild clinical depression which should be treated.

In summary, Dr. Laird said Branden shows characteristics for ADHD, major depression and conduct disorder as well as substance abuse. He recommends a structured environment for Branden which is equipped to control impulsive and explosive outbursts.

**JA 6252**

35442

The placement should last at least one year and probably two years for results. He doesn't advise placing Branden in an incarceration type setting.

**05/18/96**
Braden saw Dr. William Clapp about a rash on his face and neck. The doctor diagnosed ivy dermatitis with secondary infection and prescribed Keflex, Claritin, and Prednisone.

**06/1996**
Fulks charged with public intoxication and obstructing, both misdemeanors. At that time, he lived at 160 Cedar St., Huntington, WV. (p. 1058)

**07/11/96**
Chad Fulks charged with uttering, a felony. He gave a 9th Street address.

**07/16/96**
Police filed another obstructing charge against Fulks.

**08/02/96**
Fulks charged in LaGrange, Indiana with Operating a motor vehicle without receipt of license and refusal to provide identification data. 44D01-9608-CM-331. (p. 2416)

**08/05/96**
On Aug. 5, 1996, Fulks pled guilty to Operating a motor vehicle without receipt of license and refusal to provide identification. He received 60-days jail, $100 fine, $123 court costs. Both jail suspended, got 12 months probation and 60 hours of community service. (p. 2416)

**11/01/06**
LaGrange County Superior Court Adult Probation Office filed a "Petition for Probation Violation hearing" for Fulks alleging he had committed several technical violations of the conditions of his probation. (p. 2416)

**12/06/96**
Fulks failed to appear in court in LaGrange County for his probation violation hearing and a warrant was issued for his arrest. (p. 2416)

JA 6253

35443

**01/10/97**

Fulks arrested in Myrtle Beach, SC for possession of marijuana in the parking lot of a K-mart - warrant # 51938AK. Fulks listed his home as Conway, SC. (p. 1058; 2186; 2416).

**01/13/97**

Fulks received a fine for the charges on 01/10/97. (p. 2416)

**02/21/97**

Fulks arrested in Wayne County for possession or delivery of a controlled substance, as well as several traffic-related citations: no operator's license, no proof of insurance, and a vehicle registration violation. Fulks gave a Westmoreland address. (p. 1058; 2168)

**03/03/97**

Fulks pleaded guilty to attempting to commit uttering and was sentenced to 6 months in jail. Fulks was fined for one of the obstruction charges but the other obstruction charge and a public intoxication charge were dismissed.

**03/18/97**

All Wayne County charges against Fulks dismissed. [See 02/21/97]

**12/03/97**

Fulks was arrested for passing worthless checks in Hamilton County, TN. #813478. On 06/10/99, got 11 months, 2 days suspended consecutive to 802268 (see 12/27/97). (p. 2416)

**12/27/97**

Fulks charged with attempted forgery in Hamilton County, TN - #802268. On 6/10/99, got 11 months, 2 days suspended. (p. 2416)

**01/10/98**

Fulks charged with attempted aggravated criminal in Hamilton County, TN - #802269. On 6/10/99, got 11 months, 2 days suspended, consecutive to 802268 (see 12/27/97). (p. 2416)

**01/26/98**

11

JA 6254

35444

Fulks charged with burglary in LaGrange County, IN - #44D01-9803-CF-10. On 2/15/00, given 10 years in the Department of Corrections, suspend 4 years. Fulks was placed on probation supervision on 03/22/02. He violated the conditions and has an active warrant for his arrest.(p. 2417)

**2/26/98**

Branden released from Cardinal Treatment Center, placed at home. Writ of habeus corpus for Branden to reappear before the Court on Feb. 26, 1998.

**02/27/98**

Branden has just been released from the Cardinal Treatment Center in Louisville, KY after his parents got a release. Branden said there was no history of alcohol or drug abuse in his family but says both his parents have violent tempers. He states he was sexually abused at age eight by a family friend. Branden also lost his cousin a few weeks ago after he was beaten to death by a group of boys.

Branden was taking Thorazine (25 mg. q.a.m.), Thorazine (100 mg. q. HS.), and Depakote (500 mg. b.i.d.) At Cardinal Treatment Center. He says this combination has worked well for him. Today, Branden is alert and oriented times three. While he appears to be of normal intelligence, his judgment and insight are questionable.

Branden was diagnosed with Oppositional Defiant Disorder (313.81), Depressive Disorder (311.00), Adjustment Disorder with depressed mood and anxiety (309.28) (ask Paige about marked out disorders). Branden was scheduled for an evaluation with Dr. Sadiq on March 23, 1998. He was also scheduled for therapy with a drug and alcohol counselor. Dr. Sadiq prescribed Thorazine (25 mg. one q.a.m.), Thorazine (100 mg. q.HS, #30) and Depakote (500 mg. b.i.d. #60 with no refills).

**03/02/98**

Letter from Cardinal Treatment Center to Hon. Robert Soder informing him that Branden had been released due to a court action by Lisa Clare, Dept. of Public Advocacy's Attorney.

**03/06/98**

Fulks charged with forgery of a check over $100 in Pinnellas Park, Florida. No information about how it was resolved. Fulks denies knowledge of this arrest.(p. 2417)

**04/25/98**

Fulks charged with possession of two or more credit cards issued to other persons in Horry County, SC - #F-387436. No further information about how it was resolved. Fulks denies knowledge of this arrest.(p. 2417)

12

**JA 6255**

35445

**04/29/98**

Fulks charged with fraud in in Hamilton County, TN - #802268 - and burglary - #802269. No further information about resolution. Fulks denies knowledge of these arrests. (p. 2417)

**05/12/98**

Fulks arrested for use of a vehicle without permission for temporary use in Horry County, SC - #E-270916. Unknown resolution. (p. 2417)

**05/14/98**

Fulks charged with grand larceny by the Bland County Sheriff's office in Wytheville, Va. Unknown resolution. Fulks denies knowledge of this arrest. (p. 2417)

**05/19/98**

Dr. Kent Jones treated Branden for a 4 cm laceration across Branden's right ring finger at the pulp. His finger was kept in a finger split for a couple of days and stitches were to be put in for ten days to two weeks.

**05/27/98**

Branden complained of a rash on his back, face and neck after playing at Water World. He is allergic to Penicillin, Aspirin, and Cyclert. Dr. Doyle Worthington prescribed Keflex and Zyrtec for the rash (Folliculitis with urticarial reaction).

**06/02/98**

Fulks and Heather Goodman arrested by the US Park Service (TN), p. 1387.

**06/16/98**

Fulks charged in Eastern District of Tennessee with (1) transportation of a stolen vehicle; (2 &3) aiding and abetting burglary of vehicle with intent to commit theft; (4&5) aiding and abetting theft of property less than $1000.00; (6) evading arrest, violation of TCA. On 04/13/99, Fulks got 12 months BOP, followed by 3 years supervised release on Count 1, and 1 year each on counts 2-6; all to be served concurrently.

The US filed a Petition for Warrant for Offender Under Supervision for non-compliance with the conditions of release. A warrant for his arrest was issued 06/14/02, which remains active. (p. 2418)

**07/28/98**

JA 6256

35446

Fulks charged with non-sufficient funds in Hamilton County, TN - #813478. Unknown resolution. (p. 2418)

**9/23/98**

Branden caught stealing shorts from Hibbett's Sports. He was observed taking a pair of shorts and leaving the store. He hid them in a planter outside the store and then returned to the planter and retrieved them. Management saw him throw the shorts to Raymond Emery and run out of the mall. He was located outside the store.

**12/01/98**

Fulks and Goodman trial – Fulks pleads guilty to most charges, others were dismissed. (p. 1387) Fulks sentenced to 12 months in Bureau of Prisons, 3 years of supervised release, restitution to victims, and $450 special assessments. Fulks admitted to stealing a car from SC, stealing a WV plate to put on the stolen car, stealing a van in TN, stole a car, broke into a car and stole personal property, etc.

**12/28/98**

Branden charged with stealing cash from register at Michael's Garage and $34.90 from a Pepsi machine. Branden had been observed entering Michael's Garage at 900 S. Main Street, Madisonville. He was with Timmy Burden. They forced open a cash register and took an undetermined amount of cash. They also took a key which opened a Pepsi machine and took the change box ($34.90 in change). Total damages is around $250.00.

**2/20/99**

Branden charged with stealing fishing equipment valued at $310.00 and damaging the pick up truck from which the property was taken. When he was spotted taking the property, he ran around the building and fled the scene in Raymond Embry's vehicle. The owner of the property is Robert Couchman. Couchman believes that Embry forced Branden to get rid of the fishing poles so he threw them out near Hudson Ford on Lantaff Blvd. The tackle box and one fishing pole were recovered but both were damaged.

**02/24/99**

Juvenile summons for Branden for TBUT/DISP/Shoplifting. Petition was filed by Shawn Bean.

**03/03/99**

Juvenile summons for Branden for charges of Burglary 3rd and criminal mischief 3rd. Petition filed by Charles D. White, Jr.

14

JA 6257

35447

**03/15/99**

Juvenile summons for Branden for charges by Robert Couchman for criminal mischief 2nd degree and TBUT over $100 from automobile.

**04/06/99**

On charges for TBUT/DISP/shoplifting, burglary 3rd, criminal mischief 3rd, criminal mischief 2nd and TBUT over $100 from an auto, the court wrote FTA - PU order to issue for all charges - hold for court. (??)

**05/10/99**

Branden taken to the Trover Clinic after hurting his wrist playing basketball. The doctor (name?) diagnosed a sprained right wrist and put a Velcro split on Branden's arm. No bony or joint abnormality is noted.

**05/18/99**

Juvenile Detention Order for Public Offense - detained at the Daviess (?) County Judicial Detention Center. Medical authorization granted. Branden admitted too all offenses (TBUT/DISP/Shoplifting, burglary 3rd, criminal mischief 2nd degree, and TBUT over $100 from automobile).

**05/29/99**

Disposition hearing on TBUT/Disp/Shoplifting (complaining witness Shawn Bean); Burglary 3rd (complaining witness Charles D. White, Jr.), Criminal Mischief 2nd degree (complaining witness Robert Couchman).

**06/01/99**

Hopkins District Court found beyond a reasonable doubt that Branden committed: TBUT U/300; Burglary 3rd; Criminal Mischief 3rd; Criminal Mischief 2nd; Theft 0/300. Branden was committed to DJJ at Daviess (?) County Juvenile Detention Center. Medical authorization was granted.

**11/10/99**

Pennyroyal Center, Madisonville, KY. Branden reports that he has been in a number of facilities including Audubon Camp in Georgetown, KY; Stoner Creek Hospital, a Cincinnati hospital, Charter of Lexington, Louisville and Evansville; Rivendell; and Methodist Home. Branden said he was supposed to be on Ritalin and Thorazine, but he

15

**JA 6258**

35448

was not taking medication at the time. He is tearful and says neighbors accused him of stealing a Playstation and a Nintendo from his aunt's trailer.

Branden says he dropped out of school in the ninth grade and had to repeat at least the first, third and fifth grades. He was in special education classes for learning disabilities and behavior disorders. Branden reports using numerous drugs. His first choice is crack cocaine which he uses continuously. He usually buys two "eight balls" ($400.00) of crack cocaine per day. He has been using crack cocaine since the age of 12. His second drug of choice is marijuana which he uses around $200.00 a day. He started smoking pot when he was 12 years old. Finally, he uses alcohol but not as much. He first drank alcohol when he was 8 years old.

Dr. Launa Houston diagnosed Branden with depression, NOS (311.0), a personality disorder, probably a mixed personality disorder with antisocial and dependent characteristics. He also appears to suffer from polysubstance dependence. Return appointments were scheduled with Branden.

## 11/24/99

Dr. Launa Houston saw Branden. He stated he has been talking with other inmates about his problems and is hopeful about trying to get ahead by getting his GED, etc. They encouraged him about good behavior and getting parole. They suggested that incarceration can be a good thing because it will give him an opportunity to review his behavior, etc.

## 12/01/99

Fulks - fugitive from Indiana in Hamilton County, TN - #869265. Dismissed on 12/13/99.

## 12/06/99

Pennyroyal Center, Madisonville, KY. Branden suffers from migraine headaches and comes from a dysfunctional family. He placed Branden on Methylphenidate (10 mgs. t.i.d.) and Thorazine (25 mgs. at h.s.) for a ten day trial period. Branden said he did well when on Ritalin and Thorazine. Dr. de la Rocha diagnosed him with: Axis I – Attention Deficit/Hyperactivity Disorder, Combined type (304.80) and Polysubstance Dependence; Axis II – Antisocial Personality Disorder (301.7); Axis III – migraine headaches by history; Axis IV – psychosocial and environmental problems (dysfunctional family); Axis V – Current GAF is 50 and highest this past year was 50.

## 12/11/99

Dr. William H. Clapp treated Branden for acute pharyngitis. The strep came back positive. He prescribed Erythromycin for ten days and Tylenol for his temperature.

16

JA 6259

35449

**12/16/99**

Branden is in the process of taking his GED, so Dr. De la Rocha increased his medications for a while so he can concentrate and study better.

**02/03/00**

Branden seems to be doing fairly well. He is attending school. Dr. De La Rocha continued his same medications.

**03/01/00**

This is the first time Dr. Sadiq saw Branden, who is one of Dr. De la Rocha's patients. He found Branden to be stable and will continue him on the same dosage of Methylphenidate and Thorazine. He thinks putting Branden on Wellbutrin would be a possibility.

**04/06/00**

Branden complained of insomnia, so Dr. De la Rocha raised his Thorazine dosage from 25 mgs. to 50 mgs.

**04/20/00**

Branden thinks he's going to be transferred to River Valley. Dr. De la Rocha prescribed Branden's medications for a month because he will probably continue his treatment at River Valley.

**05/03/00**

Branden admitted to Rivendell Behavioral Health Services. Branden had appropriate interaction with his peers and staff. He participated in a community group and attended an AA meeting. He says he is familiar with rehab programs due to prior treatment programs.

**05/04/00**

Preliminary diagnosis at Rivendell includes cocaine dependency, THC dependency, polysubstance abuse, and ADHD by history. Branden admits to cocaine and marijuana use. He says he does not like to drink, but does drink to get a high. He also admits to using inhalants at a very early age, from eight to ten. Branden is currently on Ritalin (20 mgs. p.o. b.i.d. and has been on it for the past five years. He is also on Thorazine (50 mgs. in the morning) and has been for the past three years for aggression.

The patient was alert and oriented times three. He has begun step one. He is happy because he isn't in jail; however he feels confused because he thought he'd be in an adult facility. His goal for today is to write his autobiography, memorize the serenity prayer, and learn the peer and staff names. Branden has been defiant, argumentative and

JA 6260

35450

has difficult following the rules. He expressed interest in leaving and going to an adult facility.

Teacher Joyce LaBelle said the patient was rude, disruptive, and demanded to leave because he was told he could smoke every two hours.

He tested positive for cocaine.

**05/05/00**

Patient normally loud but attempting to lower it. He's still adjusting to the routine at Rivendell. Doctors have not seen clinical indication of ADHD. Branden is on Thorazine (50 mg. p.o. q h.s.) and Ritalin (20 mg. p.o. b.i.d.). They will decrease his Ritalin for now to 10 mg p.o. b.i.d. They feel other medications are probably better suited for him than Thorazine, but they do not want to change too many medications as once, so he will continue to take it. Branden has almost finished step one of the program.

Patient was alert and oriented times four. He attended the group with appropriate interaction with peers and staff. His treatment was to write ten triggers and ten coping skills. He says he still has problems following instructions.

**05/06/00**

Branden stated he felt frustrated. He became agitated and left the group. A nurse got him to rejoin the group and Branden regained control over his behavior. However, he did not set goals to work on. He instead focused on his itching which Claritin has been prescribed to address. Branden doesn't appear to be motivated or focused on Tx.(?)

**05/07/00**

Branden said he felt good and was happy because he was going home soon. He wanted to get his life together. His self esteem had improved.

**05/08/00**

Warren County Educational Weekly Summary, teacher Joyce LaBelle. Branden kept refusing to follow instructions, demanded a cigarette and told the nurse it was ordered. He was overheard telling others that he'd have a cigarette during school and for them to watch because he was an adult and had an order to smoke.

Branden's diagnosis did not change. He tested positive for marijuana.

Progress report from Branden's therapist Grant Minton (can't read it!).

**05/09/00**

18

JA 6261

35451

Branden discharged from Rivendell Behavioral Health Services. His discharge summary states that he was admitted to the 30-day chemical dependency program. He was on Ritalin (10 mg. p.o. b.i.d.) and Thorazine (50 mg. p.o. q. h.s.) when he entered. These medications were continued and his Ritalin dosage was decreased. Branden was discharged from the facility after being deemed a treatment failure. He had been disruptive and tried to derail everyone in the program. Branden was to continue Ritalin(10 mg. b.i.d.) and Thorazine (50 mg. p.o.q.h.s), but Dr. Cavazos recommended an outpatient psychiatrist consider discontinuing the Ritalin because he didn't seen any ADHD symptoms. The diagnosis included: Axis I – cocaine dependence, THC dependence, ADHD by history, and polysubstance abuse; Axis II – none; Axis III – none; Axis IV – Severe; Axis V – GAF is 30. Outpatient therapy was scheduled at PennyRoyal Mental Health in Madisonville.

### 06/06/00

Pennyroyal Center, Madisonville, KY. Branden was referred for drug and alcohol assessment per his court order. At this meeting with a social worker, Branden reported he was taking Ritalin (10 mg. b.i.d.) and Thorazine (50 mg. q. daily). He was somewhat agitated because he said his father needed to complete an errand. He was oriented to time, place and person. Branden's assessment is as follows: Axis I – 314.01, 304.80, 311.00; Axis II – 301.9; Axis III – None; Axis IV – Legal; Axis V – Current GAF is 65. The social worker said his prognosis was "fair" and his motivation for treatment was medium. Dr. Sadiq wrote prescriptions for Ritalin (10 mgs. b.i.d., #60) and Thorazine (50 mgs. q.h.s., #30) to last him until his appointment.

### 06/13/00

Dr. Sadiq was going to see Branden today although he is usually Dr. De le Rocha's patient. Dr. Sadiq asked Branden and his mother to wait outside while he called Dr. De la Rocha about more information. Dr. De la Rocha told him that Branden "is a psychopath" and said there wasn't much they could do for him. In the meantime, Branden and his mother got into an argument in the hallway and he left. There were not adequate reasons according to a discussion between Mrs. Basham and Nurse Altman to initiate a mental health warrant. They did ask Kathy Basham to bring Branden back when he was ready or if things were deteriorating, to initiate a mental health warrant. Branden was referred back to Dr. De la Rocha.

### 07/07/00

Branden (She??) Complained of redness, soreness, mattering in the right eye since Saturday. Dr. Gerald Clark thought it was conjunctivitis in the right eye and prescribed Ocuflox drops.

19

**JA 6262**

35452

**08/23/00**

Dr. Sadiq saw Branden today. Branden has not been taking any medications for the last three months. Branden was alert and oriented to time, place, person, and to the situation. He was mildly depressed and mildly anxious. Sadiq said Branden seemed to be in the low range of intelligence. Dr. Sadiq said Branden has significant features of personality problems and behavioral difficulties. He is also manifesting features of depression. His attention and concentration seems to be impaired. Dr. Sadiq diagnosed Branden with: Axis I – Depressive Disorder, NOS, 311, history of Attention Deficient and Hyperactivity Disorder (314.01); Axis II – Antisocial Personality Disorder and Narcissistic Personality Traits; Axis III – None; Axis IV – severe; Axis V – Current GAF is 50.

He said he would start Branden on Wellbutrin (150 mg. in the morning for one week and twice a day after that for the next two weeks), Seroquel (25 mgs. one b.i.d. for one week and then raise to one in the morning and two at night for the next two weeks), Vistaril (25 mgs. b.i.d. for three weeks with no refills). No tests were ordered because Branden can't pay for them while he's in jail. Sadiq didn't feel Branden was a threat to himself or a threat to others.

**08/28/00**

Dr. Sadiq's nurse, Margalo Altman, received a call from the Hopkins County Detention Center requesting that Sadiq change Branden's medication back to Ritalin from Seroquel, Vistaril, and Wellbutrin.

**08/29/00**

Dr. Sadiq prescribes Wellbutrin SR, 150 mgs. b.i.d., #44 sample capsules.

**09/13/00**

Dr. Sadiq saw Basham who said he was not responding well to the Wellbutrin. Branden said he had started to break out and had asked for Benadryl a couple of times. Sadiq didn't see any breakouts. Branden wanted Sadiq to increase his sleep medication as well as his other medications. Branden also wanted to be prescribed Valium. Sadiq increased the Vistaril dosage to 25 mgs. t.i.d., #90, and continued with Seroquel (25 mgs., one in the morning and two at night, #84). He prescribed a new medication, Paxil (20 mgs. p.o.q. a.m.)..

**09/19/00**

Branden is at the Hopkins County Detention center and the staff said he needs his medication. Sadiq gave an order for Paxil (20 mgs., #35) and Seroquel (25 mgs., #42).

**10/11/00**

20

**JA 6263**

35453

Branden told Dr. Sadiq that life is "just great." He then tried to manipulate Sadiq into increasing as many of his medications as the doctor could. The doctor just noted one change - he had a slight pressure of speech today. He wrote Branden another prescription for Paxil (20 mgs. p.o. q.a.m., #30) because he didn't have a refill for it. Other than that, no changes were made.

## 11/10/00
Branden completed a psychosocial evaluation today. Dr. Houston confronts him that he is the only one who can help keep himself on the high road. He wants to blame his parents and victims of his crimes. She encouraged him to attend Twelve Step meetings while in jail and when he's released.

## 12/05/00
Branden was treated at the Trover Clinic for abdominal pain. Branden also reported throwing up blood, heart burn, and blood in his stool for five days. His heart size and shape are normal as is the appearance of the pulmonary vasculature. The lungs are well expanded and clear and no abnormality is seen involving the pleural spaces or the visualized skeleton.[See charts] He is currently on Paxil, Vistaril, Benadryl, and Hydro(?).

## 12/06/00
Sadiq said Basham had "done great." Branden said he does not have any side effects except sleep difficulties. Sadiq continued him on the same medication but increased his Vistaril dosage to 25 mgs., one in the morning and after lunch and two at nighttime.

## 12/15/00
Branden fell off a table while trying to adjust the jail TV. His elbow hit the concrete floor. He was treated by Dr. Peter Brill at the Trover Clinic. No bone or joint abnormality was found. His arm was put in a sling. Branden was taking Seroquel, Paxil, and Hychoryzine(?).

## 12/17/00
Regional Medical Center of Madisonville, KY - While being detained for stealing, Branden attempted to hang himself with his blanket. He was hanging for approximately two minutes before he was cut down. There is a questionable lack of consciousness. Branden is currently taking Seroquel, Vistaril, and Paxil. Dr. Sean Maguire found no upper air or digestive tract injury during the exam. The disc spaces were preserved and no abnormality was found regarding the bony structures. The sagittal diameter of the spinal canal is within normal limits and the intervertebral foramina show no stenoses. (Can't read a lot of the reports). Branden was returned to the County Jail under suicide watch.

**JA 6264**

35454

**12/18/00**

Pennyroyal Center, Madisonville, KY. Branden attempted suicide twice by hanging himself and sticking his fingers in an electrical outlet. He states has no reason to live, has anxiety, and keeps having hallucinations of the man who sexually abused him as a child. He was on Seroquel (25 mg. in the morning and at night), Vistaril (25 mg., 4 times a day), and Paxil (20 mg. in the morning).

Branden admitted to the Western State Hospital, Hopkinsville, KY. He is in a cell by himself and wants to talk to someone but can't. He said he argues with himself. He lists current medications as Seroquel, Vistaril, Xanax, Benadryl, and Paxil but says they are night right. He tried to hang himself with a shirt two nights ago and tried to electrocute himself last night.

Branden was oriented to time, place and person. He can two of three objects immediately and after five minutes. His intelligence was average. His admitting diagnostic impression was: Axis I - Depressive Disorder NOS (principal - 311; Axis II - no diagnosis (anti-social personality traits); Axis III - none; Axis IV - Psychosocial and Environmental problems - being in jail - 3 (moderate); Axis V - GAF: Current 60. Dr. Emmanuel Nierva planned a 10 day stay for Branden and wanted to try Seroquel and Paxil.

**12/20/00**

Branden's diagnoses by Dr. Nierva of Depressive Disorder NOS (311) was changed to Psychotic Disorder NOS (298.9) due to previous history of child abuse and history of having psychotic behavior before he started taking drugs. Staff note written by Dr. Irene Pasquin.

**12/21/00**

Western State Hospital, Madisonville, KY. Branden was admitted on 12/18/00 after trying to hang himself with his shirt and sticking his finger in an electrical outlet. Wendy Vanness met with Branden who said he was being treated by Dr. Sadiq. Vanness said she would continue to monitor Basham while he was hospitalized. He was transferred to Intensive Treatment Unit under Dr. Waggoner's care on Dec. 21st.

**12/29/00**

Western State Hospital, Madisonville, KY. He was transferred to Acute Services under Dr. Lunsford's care on Dec. 29th.

**01/15/01**

**JA 6265**

35455

Branden goes AWOL from the Western State hospital where he does not return. He was discharged on Jan. 23. Doctors suspected he had left with a former female patient with whom Branden developed a relationship.

**01/17/01**

Branden steals his father's checkbook after asking his mother for money. Jimmie called the bank and stopped the checks immediately.

**01/23/01**

Dr. Richard Lunsford wrote the discharge summary for Branden from Western State Hospital. Physical exams showed no active physical problems. Urinalysis was essentially benign - positive for Benzodiazepines but negative for other substances tested. His Glucose was 87; AST - 22; ALT - 15; CBC - white count 6.; hematocrit 40.2; MCV 92.0, platelets 270.

Branden has a Psychotic Disorder NOS and Antisocial Personality Traits. Since his admission, Branden was self-injurious and hit a wall with his fist and with his head several times. He was transferred to Intensive Treatment Unit under Dr. Waggoner's care on Dec. 21st. He appeared to be having some PTSD symptoms of flashbacks and nightmares. He could be very loud, demanding, cocky, and sarcastic. He had considerable anger and limited coping ability.

He was transferred to Acute Services under Dr. Lunsford's care on Dec. 29th. He stopped the Depakote (gave Branden diarrhea), went up on the Zyprexa. He still had insomnia despite 150 mg. Of Trazodone. He kept Branden on Paxil and did not prescribe Remeron. Dr. Lunsford also tried Neurontin as an off-label anti-anxiety sleep aid - Branden didn't like this one at all. A Dual Diagnosis counselor told Lunsford that Branden told her he avoided "going off" to keep his privileges - doesn't sound like out of control anger problems to Lunsford. Branden wanted to go back on Seroquel and try Remeron, which the doctor prescribed.

Branden went AWOL fro the hospital on Jan. 15, 2001. They believe he was visited by a former female patient Branden has shown affection for during her stay. Five pills were found in his room - quite possibly marijuana. He believes Branden has resumed illegal drug use. Having not heard from Branden, he was discharged. At the time he left, Branden was on Seroquel (10 mg. q. a.m. and 20 mg. q. p.m. and 200 mg. q. h.s.); Remeron (30 mg. q. hs).

Dr. Lunsford wonders if Mood Disorder NOS isn't a better diagnosis than Psychotic Disorder. However, he didn't make any formal changes in diagnosis at this time.

**01/31/01**

Jimmie Basham reported forgeries on his personal checking account at Old National Bank. The book consisted of 40 checks. [List of checks.]

JA 6266

35456

**02/05/01**

Detective Paul Johnson went to the corner of Nebo Rd. and Kingdom Hall Rd. where Branden was supposedly staying. When Branden say the detective and Ptl. Matt Sanderson, he fled on foot into the woods south of Nebo Rd. After he was arrested for criminal possession of forged instrument/forgery, the police found 20 mg. Celexa tablets and the corner of a baggie with white substance in it in his pocket. A piece of envelope was also found in his pocket with the check numbers 280 and 281 and their amounts written on it.

Branden was taken to the station and refused to talk to the detective. He began spitting and throwing up and told the detective he had swallowed nine Lortab tablets while being chased. Branden was taken to Trover (Regional Medical Center) after overdosing on Lortab(?). [Lots of charts with this one.] Afterward, Ptl. Sanderson charged Branden with Prescription Drug Not in a Proper Container and Johnson charged him with 14 counts of Criminal Possession of Forged Instrument 2nd and two counts of Forgery 2nd.

**02/06/01**

Branden was brought back to the station for processing and asked what he was charged with. Branden said he had been running wild and passed all the checks. He said he passed some in Madisonville and some in Lewisburg and Russellville, KY after hitchhiking with a trucker. He said he was willing to cooperate to take care of the checks quickly.

**02/09/01**

Det. Johnson included copies of the following checks with the report: Wal-Mart (#267, $46.00), Wal-Mart (#270, $50.00), Ideal Market (#273, $10.70), Target (#274, $50.00), Ideal Market (#275, $20.00), Pantry (#276, $25.00), Pantry (#277, $20.00), Poor Old Freddy's (#280, $8.00), Poor Old Freddy's (#281, $20.00), K-Mart (#282, $50.00), K-Mart (#283, $60.00), K-Mart (#284, $220.00), Target (#285, $200.00), Rite Aid (#286, 29.56), Kroger (#290, $30.00), Kroger (#291, $68.00), Kroger (#293, $25.00), Ride Aid (#295, $40.39).

**02/10/01**

Branden tried to hang himself with a ripped piece of sleeping bag while incarcerated at the Hopkins County Detention Center. He had two episodes of unresponsiveness lasting approximately fifteen seconds each. He wrote a note saying he lied about hanging himself and had rubbed his throat raw with a string. Later, he said that he lied when he wrote the note because he did not want them to put a tube down his throat. He was treated at Regional Medical Center in Madisonville, KY. His endotracheal tube was in a good location, the heart was normal in appearance, and the lungs and pleural spaces are clear.

24

**JA 6267**

35457

**02/12/01**

Branden visited Dr. Suess' office but couldn't fill out new patient forms because he was at hall risk and the officer would not let him out of his handcuffs. Dr. Suess completed a psychiatric evaluation after Branden attempted suicide this past weekend. Branden reports substance abuse including cocaine, marijuana, alcohol, and huffing gas. He is talking to himself and appears to be attending to internal stimuli. He has had multiple arrests for drugs, alcohol, and theft. Branden was fully oriented times three to person, place, time, and situation. He was positive for auditory hallucinations but no visual hallucinations. Dr. Suess' assessment was: Axis I – schizoaffective disorder, substance abuse disorder, conduct disorder; Axis II – Cluster B traits, antisocial; Axis III – allergies to Penicillin and aspirin; Axis IV – psychosocial stressors include current incarceration; Axis V – GAF is 30. Dr. Suess prescribed Seroquel, 200 mg, in the morning and 300 mg. at bedtime.

**03/15/01**

Dr. Suess provided samples for Branden in jail. He prescribed Seroquel, 300 mg., #32 and Seroquel, 200 mg., #32.

**04/03/01**

Indictment No. 01-CR-095. Hopkins Circuit Grand Jury charged 20 counts including forgery in the second degree and second degree criminal possession of a forged instrument.

**04/06/01**

Order delaying arraignment from this date to April 16, 2001 at 1p.m.

**04/11/01**

Order setting the pre-trial conference to be conducted in the Grand Jury Room of the Hopkins Circuit Court on June 11, 2001 at 1 p.m.

**04/16/01**

Branden appeared with his counsel, James Ruschell and entered a plea of not guilty. His bail was increased to $25,000.00.

**04/18/01**

James Ruschell, Branden's attorney, filed a motion for discovery and inspection.

JA 6268

35458

**05/10/01**

Captain Rhoadin picked up medication for Branden - Seroquel, 300 mg., #28 and Seroquel, 100 mg., #60.

James Ruschell, Assistant Public Advocate, sends Branden a letter telling him the Commonwealth Attorney has offered a plea bargain in his case.

**05/22/01**

Branden's case set for pre-trial on June 25, 2001.

**05/30/01**

Order continuing the pre-trial conferences to July 9, 2001 at 9 a.m.

**06/06/01**

Dr. Suess prescribed samples of Seroquel, 200 mg. one tablet in the morning, #60. He was also given Seroquel, 300 mg. one at bedtime.

**06/14/01**

Dr. Suess saw Branden again today. Branden remains impulsive and inattentive. He was fully oriented times three to person, place, time, and situation. Suess' assessment is: Axis I – ADHD per history, mood disorder NOS, Bipolar disorder; Axis II – Cluster B traits specifically anti-social. Suess plans to increase Branden's Seroquel dosage to 600 mg. p.o. h.s. and start him on Concerta (54 mg. p.o. q.a.m.). He says they will do HIV, CBC with diff., and comprehensive chemistry(?).

**06/28/01**

Deputy Links picked up another performance group (?) and a prescription for Branden for Concerta, 54 mg., one tablet in the morning, quantity of 14.

**07/12/01**

Dr. Suess filled Branden's prescription for Concerta, 54 mg. one tablet p.o. q.a.m., #14.

**07/23/01**

Basham withdrew his plea of not guilty and entered a plea of guilty on 2nd degree forgery, criminal possession of forged instruments 2nd degree, and escape 2nd degree. The court recommended 5 years.

JA 6269

35459

**09/25/01**

An officer picked up a prescription for Branden from Dr. Suess for Concerta, 54 mg., with a quantity of 14, one in the morning.

**10/15/01**

Branden found guilty of 2nd degree forgery, 2nd degree criminal possession of a forged instrument, and 2nd degree escape. He was sentenced to a maximum term of 5 years on each count with the Kentucky Corrections Cabinet to run concurrently with the sentence he is serving from Logan County.

**10/17/01**

Dr. Suess saw Branden for a check-up. Branden was fully oriented times three to person, place, time, and situation. Suess assessed that Branden has: Axis I – ADHD per history, mood disorder NOS, bipolar disorder; Axis II – and Cluster B traits specifically anti-social. Branden is currently on Stelazine (for what the doctor senses is akathisia -- 2 mg. p.o.h.s.) and Cogentin (to assist with the akathisia -- 2 mg.). Suess said if Branden was caught selling his medication again, he would discontinue the meds and utilize Prolixin Decanoate every two weeks (25 mg. I.M.).

**11/05/01**

Dr. Suess wrote a prescription for Branden for Concerta 54 mg. with a quantity of #14. He takes one tablet in the morning.

**11/14/01**

Dr. Lawrence Suess of the Trover Center for Behavioral Health stopped prescribing Seroquel to Branden because he was caught selling it to other inmates in the Hopkins County Jail.

**11/15/01**

The Commonwealth of Kentucky filed a motion to amend in the Hopkins Circuit Court because the Court erroneously granted a jail credit of 227 days instead of 46 days. The other time was credited for a sentence being served in Logan County and was for unrelated charges and shouldn't have been credited toward this case.

**11/16/01**

James M. Ruschell, Assistant Public Advocate, filed a Motion for Shock in the Hopkins Circuit Court. He also filed a Motion to Suspend Further Execution of Sentence and for Probation.

JA 6270

35460

**11/20/01**

The motion of the Commonwealth was sustained. Basham was entitled to 46 days of jail credit and not 227 days.

**12/17/01**

Hopkins County Jail picked up a prescription for Branden Basham - Ritalin 10 mg. Quantity of #90 (takes one at 7, 11, and 3).

**01/17/02**

Order on Motion for Shock Probation in Hopkins County Circuit Court (Case No. 01-CR-095).. Branden's motion for the court to enter an order suspending further execution of his sentence was denied.

**02/2002**

Basham broke out of the Westville Correctional Center but was quickly caught. (p. 1221)

**03/23/02 (  )**

Fulks was released from the Westville Correctional Center, and he moved in with Severance. (p. 780)

**03/27/02**

Branden is now back from Logan County(?) And Dr. Suess resumes his medications. Branden is taking Concerta currently (54 mg. one p.o q.a.m.) and due to the difficulty in obtaining Seroquel, Suess prescribed Risperidone (10 mg. p.o. b.i.d.). His assessment was: Axis I – ADHD per history, mood disorder NOS; Axis II – Cluster B traits specifically anti-social; Axis IV – psychosocial stressors jail; Axis V – his current GAF was 50.

**04/2002**

Fulks and Severance began having relationship problems. He went to live with Veronica Evans, an exotic dancer, in Bristol, IN. Severance continued to visit Fulks in Bristol. (pp. 780)

**05/2002**

Evans and Fulks moved to Galveston, KY.

**JA 6271**

35461

Tina Severance resigned (under threat of termination) from her job at Westville Correctional Center for inappropriate behavior with two of the inmates, one of whom was Chad Fulks. (p. 747)

**05/20/02**
5:55 a.m. Sgt. Baker saw a Gold Dodge Intrepid driving at a high rate of speed. When he tried to stop the vehicle, it fled. The driver, later determined to be Fulks, abandoned the vehicle at CR.14 and CR.33. He was later apprehended and charged with felony fleeing, false registration, and speeding. (p. 1414; 1903)

9:35 a.m. *Interview*: Chad Fulks, p. 1420. Fulks said he was on his way to work and was late when the officer came after him. He said he fled the car after pulling it in a garage off the road, walked back up to his trailer, and woke up his girlfriend, Veronica Evans. They went looking for the car in a blue LeBaron.

*Interview*: Veronica Evans, p. 1421. She said Chad woke her up and told her he had taken the car to work. He asked her to take him to the car, and she did while leaving the child with a babysitter. She said Fulks never told her why the car was in that location.

**05/24/02**
Fulks charged with resisting law enforcement, Class D felony in Elkhart County, IN - #20 D06-0205-FD-00312. On 06/06/02, a bench warrant was issued. (p. 2418)

**06/12/02**
Fulks and Veronica Evans were married.

Later that June, Fulks showed up at Severance's residence in Portage, IN and said Veronica had left him. He returned to KY at some point.

Fulks and Evans traveled to Illinois together at some point where she stabbed him in the arm 12 times. Severance and Autumn McLavin (?) traveled to Illinois to drive Fulks back to Kentucky. They assisted Fulks in renting a house in Madisonville, KY. (pp. 780)

Sometime later, Evans reported Fulks for trying to kidnap her. Severance traveled to Madisonville to visit Fulks at the Hopkins County Jail. (p. 781)

During June (approximately), Chad Fulks and his wife, Veronica Evans, with their baby showed up at Beth McGuffin's house. They only stayed a few days. (p. 2261)

**08/22/02**
Dr. Suess refilled Branden's prescription for Concerta, 54 mg., #30, one in the morning.

JA 6272

35462

**08/25/02 (Sunday)**

Fulks arrested in Wal-Mart parking lot in Madisonville, KY for stolen license plate and convicted felon with a firearm. He is wanted into KY, IN, OH, and SC on burglaries, probation violations, and impersonating a federal agent. Veronica Evans, his wife, was also arrested for marijuana, stolen property and stolen credit cards. (p. 976)

**08/26/02**

Fulks arrested for Convicted Felon in possession of a firearm, giving false name or address, theft of Motor vehicle registration plate/renewal decal in Hopkins County, KY - #02-F-448. Unknown resolution. (p. 2418)

Todd County, KY for use/possession drug paraphernalia, 1st offense - #02-F-00083. Bench warrant issued 11/13/02. (p. 2418)

Unlawfully dispensing Legend Drugs without a License 2nd or > offense, 3 counts in Todd County, KY - #02-F-00083. Eventually indicted by Grand Jury. (p. 2419)

**08/27/02**

Fulks arrested for fraudulent use of credit cards over $100.00, 12 counts in Hopkins County, KY - #02-F-00453. Charges pending. (p. 2419)

**08/30/02**

Officers found 54 mg. of Concerta in Branden's cell toilet. He is housed in a one man segregation cell. When the officer asked Branden about it, he replied that it was his and was for his ADD.

**09/2002**

Severance against visited Fulks at the Hopkins County Jail in Madisonville, KY. (p. 781)

**09/28/02**

Fulks charged with Criminal Abuse 1st Degree to Child 12 or under in Todd County, KY - #02-F-00099/02-FR-00064. A bench warrant was issued 11/13/02. Fulks said his wife was also charged in this offense. (p. 2419)

**10/01/02**

Fulks charged with Robbery 1st degree - Street Gun in Hart County, KY - #02-CR-00074. Resolution pending. (p. 2419)

**10/07/02 ( )**

JA 6273

35463

Tina Severance terminated from her job at Travel Centers of America in Lake Station, IN for theft of $20.05. (p. 722)

### 10/17/02

Fulks charged with receiving stolen property over $300.00 in Todd County, KY - #02-CR-00063 and possession of marijuana, theft of Legend Drug, 1st offense or value < $300, 3 counts; Use/Possession Drug Paraphernalia, 1st offense - #02-CR-00065. Active bench warrant issued on 11/13/02. (p. 2419)

****Subpoena for phone records relating to: (812) 568-6139 from Bell South Mobility. (p. 2567) No documents were received as a result of subpoena. *Should this be Nov. 17th? Whose number is this?

### 10/22/02

Indictment - Hopkins Circuit Grand Jury charged Branden with promoting contraband in the first degree (Concerta, 54 mg.), a Class D felony and second degree persistent felony offender.

****Tina Severance's work records from the Flying J truckstop pulled (pp. 2671-2682). Also subpoena to her boss, Rick Farias, for all documents relating to Severance. (pp. 2683-2688)

### 10/29/02

Branden and his attorney, Keith W. Virgin, Assistant Public Advocate, file a motion for discovery and inspection.

### 10/30/02 - 11/3/02 (Wednesday through Sunday)

Tina Severance and Autumn McLavin visited Basham and Fulks at the Hopkins County Detention Center in KY.

Arraignment order - Branden appeared with Ruschell and pleaded not guilty. A pretrial conference was set for Dec. 9, 2002 at 9 a.m. No bail but a $200.00 Public Defender fee is due on Dec. 9.

### 11/04/02 (Monday)

8:26 p.m. Branden and Chad Fulks escape from the Hopkins County Jail. Chad Fulks was awaiting trial on robbery charges, and Branden was serving 5 years on bad checks. (p. 976)

Fulks charged in carjacking in S. District of Indiana - #EV 02-48M-02. Pending. Check on this - maybe a typographical error and was supposed to be 11/14. (p. 2419)

JA 6274

35464

**11/05/02 (Tuesday)**

8:30 p.m. Fulks and Basham approach James Hawkins' house in Hanson, KY.

9:00 p.m. Fulks and Basham abduct James Hawkins (42 yoa)and head toward Evansville, IN

10:00 p.m. Fulks utilized calling card (800) 487-7646 to call (219) 314-0264 - ID as Tina Severance's cell phone (p. 235)

Basham threatens Hawkins with knife. They tie Hawkins with duct tape in the Whirlpool parking lot and tie Hawkins to a tree in Vanderburgh County (pp. 389)

*Written statement*: Christy Baldwin, p. 1369. Baldwin is also an inmate at the Westville Correctional. She said Mark Phebus (Basham's sister's boyfriend) gave the two escapees a ride to Fulks' girlfriend's house (Veronica Evans) in Lewisburg, Va. Evans is Fulks' wife and is an inmate at the Christen County Jail.

*Interview*: Veronica Evans, p. 1369. Evans is an inmate at the Christen County Jail. She said Fulks' girlfriend is Tina Severance or Tina Faulks – not her real names. Evans said Severance lives in Indiana.

**11/06/02 (Wednesday)**

2:54 a.m. *Interview*: Mary Hawkins (mother of James Hawkins) filed missing person report, pp. 1349-1352. She said the subjects showed up the night before asking to use the phone and then for a ride. James Hawkins left with Basham after a few minutes and picked up another boy in the driveway. She heard the truck go north on Hwy. 41.

*Interview*: Thomas Hawkins (James' son), p. 1349-1352. He said his father let Basham in the kitchen. Basham had on a white Hard Rock Café t-shirt and white tennis shoes with blue stripes. He was also carrying what looked like a blue t-shirt with what appeared to be a weapon inside it. He laid the bundle on the microwave and made two calls. Basham then asked for a ride and Hawkins and Basham left the house. They returned briefly because Basham had left the bundle on the microwave.

10:00 a.m. to 12:00 p.m. Fulks and "Tommy" show up on Severance's doorstep in Portage, IN. (p. 105)

Fulks and Severance went to the store to buy alcohol.

Registered for two nights at the Sands Inn Motel, 1630 Maple Street, Michigan City, IN off Hwy. 20 under Severance's name. (p. 776)

**JA 6275**

35465

Severance, Fulks, Roddy, and Basham drove to Jeremiah Townsell's (former boyfriend) house in Lake Station, IN to pick up Severance's 1992 Jeep Wrangler. (p. 107). They then went back to the hotel; Fulks and Basham in the Jeep, Roddy and Severance in the minivan. (p. 781)

After returning to the hotel, Severance went home to get clothes. She told her daughter that her father was in town and returned to the motel. (p. 782)

1:50 p.m. Hawkins escapes from the tree he had been taped to in Vanderbaugh County, IN, and waves down a motorist

2:00 p.m. Hawkins showed Deputies Hartwick and Det. Chapman where he had been tied to the tree – just off Old State Rd., just north of Volkman Rd., along a creek bed. The area was 80-90 yards east of the road. The officer noted torn gray duct tape, black electrical cord, a green covered book of matches, a multi-colored car seat cover, a torn white T-shirt, and a brown corduroy coat at the scene. (p. 1649; 2638)

****4:12 p.m. *Interview*: James Hawkins, pp. 1277-1301; 1649-1675; 2642-2665. [Also see 11/20/02 statement for all the facts. I'll hit the highlights on this one.]

Hawkins spoke with police and told them a woman in a gray car had stopped once he got free and called police on her cell phone.

He said Basham came to his home and was wearing blue jeans, a white shirt with a logo and was holding coat in his hand. [Hawkins later says Branden was wearing a brown coat and carrying a yellow one.] During Basham's second phone call, he asked for a male, but Hawkins doesn't remember the name. He said Basham appeared somewhat nervous, with mud on his pants legs and wet shoes. He did not notice any type on weapon on Basham at that time. Basham asked Hawkins to take him to the Hanson Pantry and drop him off. They picked up Fulks at the end of the driveway, and Basham asked Hawkins if instead of going to the Pantry, could he just try to jump start their car in Robards. When they got to Robards, Fulks said "Man, you don't even have any idea where you're at." He said it was in Henderson before you cross over into Indiana on the southbound lane. They got there and there was no car - they said it had probably been impounded. They ended up making two U-turns and heading back toward Evansville.

He said "the young one" began telling him he knew this girl who could get them gas money. Hawkins asked why they didn't just call her to start with. They said she wasn't home earlier. Hawkins said they told him they were 16 and 21 and were half brothers.

Hawkins said the steak knife was an average size - about four inches long.

Hawkins said once they got to the second field, the oldest one asked the younger one , "How do you want to do this? You tell me what you want to do." The youngest one replied, that Hawkins didn't much clothes on. Then they walked off and Hawkins could no longer hear them. After they tied him up, Hawkins said Basham said not to worry, they weren't going to hurt him. He said they needed to get the hell out of Indiana and as soon as they crossed over the bridge, he would call and send someone out to untie

33

JA 6276

35466

him. In this interview, Hawkins says that Fulks told Basham to give Hawkins Basham's coat.

Hawkins said Basham stayed with him while getting gas and that Basham seemed really nervous. He acted like he didn't really like doing this and told him he was sorry and didn't like doing this. He asked several times whether Hawkins' wrists were bound too tightly and felt several times to see if his hands were cold. He told the oldest one that Hawkins' hands were cold. Hawkins said Fulks didn't say anything, just gave Basham a "redneck" look like "big deal" and said alright, that's fine.

Hawkins also said Fulks said they had only been able to find one man who gave them a ride to Hanson and dropped them off. They also told Hawkins they had walked all the way to his house, so they told two different stories. Basham, the young one, said the oldest one (Fulks) had a wife and some kids he wanted to see. He said this while they were waiting on Fulks to pay for the gas. Fulks said he was from Greenville and the youngest was from Nortonville.

## 11/07/02 (Thursday)
Roddy and Severance returned to Severance's residence, picked up breakfast supplies, and returned to the motel. Later, Severance went to work from 3:00 p.m. to 11:00 p.m., arriving 30 minutes late. She returned home and filled out a permission slip to let her daughter spend the night with a friend on Friday. She then went back to the motel. (p. 782)

Later that night, Fulks told her he and Basham needed weapons for protection and asked about her friend Robert Talsma's guns. They devised a plan to get Talsma out of the house.(p. 782)

## 11/08/02 (Friday)

5:00 a.m. Severance and Roddy show up on Talsma's doorstep asking him to take them to breakfast, which he does. While he is getting ready, Roddy unlocks his back door and window to allow Fulks and Basham to steal the guns.

After breakfast at Dino's Restaurant in Michigan City, IN, Severance and Roddy meet Fulks and Basham at a train station near Route 12 and Route 20.

9:00 a.m. Severance went to Cash Indiana Pawn Shop, Inc., 387 Melton Rd., Burns Harbor, IN, off Route 20 and received $200.00 for her jewelry and Fulks' rings. (p. 776)

9:40 a.m. Severance and Roddy returned to the train depot in the minivan to meet Basham and Fulks in her Jeep. (p. 783)

34

**JA 6277**

35467

They headed down the Indiana toll road toward Ohio, Fulks and Basham in the Jeep and Severance and Roddy in the van. A belt in the minivan broke. Fulks, Basham, Severance, and Roddy all got in the Jeep. Fulks drove the Jeep to a friend's home but no one was there. He then drove to a junk yard where a man agreed to fix the van.

The group then tried to find a hotel and received a voucher for a room from the Salvation Army. The Moody(?) Motel was in Sturgis, MI, "just across the Indiana-Michigan border." ( p. 783)

4:00 p.m. Tammy Adkins, Samantha's aunt, said Samantha used her computer at this time. Adkins found a phone number she didn't recognize written down near the computer – (707) 434-5218. (p. 2006)

4:30 p.m. Severance and Fulks drove the Jeep to the junkyard while Basham and Roddy stayed at the hotel. The man from the junkyard fixed the van and left. Severance and Fulks drove both vehicles to Fulks' father's residence in Shipshewana, IN. Dwayne Fulks, Chad's brother, got in the car with them at the residence and all of them drove to Goshen, IN where Ronnie Fulks lived. They arrived and partied through the night. (All the above from interview of Severance, pp. 107 to 110).

7:00 p.m. Samantha picks up Whitney Collins to meet Brad Fulks and Daniel Childers for the 7:45 showing of "8 Mile." (p. 2105)

7:45 p.m. After making a payment for Samantha's mother at J.C. Penney's, Whitney got back in the car, and they drove to the theater. (p. 2105)

9:30 p.m. The movie ended. Collins and Burns went in Burns' vehicle back to Brad's apartment. Brad Fulks and Childers rode in Childers' blue Jeep Liberty. (p. 2105)

10:00 p.m. Collins, Childers, Burns, and Brad Fulks arrive back at Fulks' apartment. They watched a Burt Reynolds movie while Childers and Brad Fulks drank whiskey. (p. 2106)

*Interview*: Donna Bunch, 316 South 21st St, Chesterton, IN, p. 791. Bunch lives next door to Autumn McIlvain(spelling?). McIlvain has lived there approximately 9 years with her mother, Cleta. However, since a fire in the spring of 2002, Cleta has been staying with her husband and Autumn has been staying with her mother in Beverly Shores and her father in Monticello, IN. Bunch has seen McIlvain at her residence daily checking her mail. McIlvain has been driving her mother's white Dodge Neon. Bunch has seen McIlvain several times at the residence with black men driving cars with Lake County, IN tags.

****Subpoena to CellCo Partnership DBA Verizon Wireless for phone records relating to (219) 314-0264 for the USDC of S. District of Indiana. (p. 2590-2591).

35

JA 6278

35468

**** Subpoena to AT&T Corp. for records regarding calling card number (800) 487-7647 used at payphone number (812) 422-3194 on Nov. 5 b/t 21:50 and 23:00, to include 21:59, 22:01, 22:02, and 22:12. They also asked for records regarding calling card number (800) 487-7946 at the same pay phone. The records follow. (p. 2595-2600).

**11/09/02 (Saturday)**

1:00 a.m. Two of Brad Fulks' friends arrive at his apartment. They stay two to three hours and drank whiskey with Childers and Fulks. Everyone continued to watch movies. (p. 2106)

Thirty minutes after Fulks' two friends left, Samantha and Whitney left.

5:00 a.m. Samantha and Whitney arrive at the Burns' residence. They fell asleep in the living room. (p. 2106)

9:00 a.m. Bonnie Howard sees Samantha, Brad Fulks, and an unknown person using Sam's drivers license to attempt to cash a BB&T Bank check made out to Brad. Samantha said the man did not have his ID. She was one hundred percent sure the man was Brad Fulks and the girl was Samantha. Another employee, Joanette Staley, was sure the driver was Samantha, but was uncomfortable with the rest of the lineup. (p. 1737)

10:30-11:00 a.m. Whitney's father picked her up at the Burns' residence.

Samantha works on the house her parents are building in West Hamlin. She left briefly to get lunch and then worked until dark. (p. 2108)

Severance left Ronnie Fulks' residence with Dwayne Fulks in her Jeep. Chad left separately in the minivan saying he needed to do something and would meet her later.

2:00 p.m. Brad Fulks' father, William Fulks, picked him up to take him shopping. They went to the mall and bought tennis shoes and socks. They then went to his house so Brad could take a shower, and William went to a friend's, Candy. Brad walked up to the Candy's house after the shower. Brad spent the night. (p. 2075).

Severance drove back to Fulks' father's residence so Dwayne could clean up. They then left the residence and returned to the motel where Basham was freaking out and had three teenagers in the room. (Also p. 784)

Late morning Saturday: Severance, Dwayne Fulks, Basham, and Roddy all left the motel to go back to Ronnie Fulks' residence after Basham had invited three teenagers into the motel room. Severance left a note for Chad Fulks to meet them back at Ronnie Fulks' place.

36

**JA 6279**

35469

Midday Saturday: Chad Fulks arrived at Ronnie Fulks' residence and told everyone they were leaving in the minivan. Severance left her Jeep at Ronnie Fulks' for repairs.

1:00 p.m. Severance checked into a motel in Piketon, Ohio, but Fulks made her get her money back because he did not want to walk through the lobby. They then went to another motel. (All above information from Severance interview, pp. 108-111).

5:30 p.m. Talsma reports burglary of his residence to the Michigan City Police Department. (pp. 97-100)

At some point, Fulks and Basham left the motel in the minivan. Severance remembers tornadoes touching down in the area that night.(Severance, p.111)

10-10:30 p.m. Whitney Collins called Samantha to see if she wanted to go to a party with her at Justin Childers' house in Milton. Burns did not want to go to the party. (p. 2106)
> *Kandi Burns said Samantha went home to get cleaned up to go out; she doesn't remember what time Samantha got home. (p. 2109)


### 11/10/02 (Sunday)
3:00 or 4:00 a.m. Fulks and Basham returned to the hotel room, took showers, and went to bed. (Severance, p. 112)

9:30 a.m. Fulks, Basham, Severance, and Roddy checked out of the motel and began driving toward West Virginia. They drove all day. [See 10:33 a.m. - doesn't make sense that they drove all day and checked in during the morning.]

Samantha goes with her family to her grandmother, Arlenea Hughes', house. (p. 2109)

10:33 a.m. Tina Severance registered for a room for two adults at the Comfort Inn, 7525 U.S. Route 23, Piketon, Ohio. She paid cash - $69.93. (p. 2150 - says p.m.; 2155 says a.m.)

10:37 a.m. Severance returned to the lobby of the Comfort Inn and asked for a refund. (p. 2150 says p.m.; 2155 says a.m.)

11:00 p.m. (Approx.) Tina Severance registered for a room at the Town & Country motel, 7137 US Route 23 South, Piketon, Ohio. She was assigned room #15. She left in the van with the other people and didn't enter the room at that time. They came back later. (p. 2154)

12:00 p.m. Brad Fulks wakes up at his father's friend Candy's house. He cut Candy's grass, then they dropped Brad off at her parent's house in Ona to play tennis. They picked him up later.

37

**JA 6280**

35470

1:00-2:30 p.m. Samantha told her mother she had lost her driver's license and ATM card. (p. 1964)

2:00 p.m. Samantha left home. (p. 1962) Kandi Burns says she and Samantha went shopping all afternoon. Samantha stayed in that night. (p. 2109) [Conflicts with her taking Whitney Collins out later that night.]

2:43 p.m. Amy Ward reported her purse stolen out of her car at the Waverly Wal-Mart. Her cell phone and her boyfriend's cell phone were also stolen. (p. 2031)

3:00 p.m. Severance failed to report for work as scheduled. (p. 796)

3:30 p.m. Samantha stated that she had found her license and ATM card. Her mother never saw either. (p. 1964)

7:00 p.m. Brad Fulks left with Candy who was going to take him back to his apartment after running a few errands. (p. 2075)

8:56 p.m. Officer Corder responded to a "peeping Tom" call at Courtyard Apartments. Suspect wasn't found but was described as a white male, 6'0, 250 pounds, brown curly hair, blue tie-dyed t-shirt, and blue jean shorts. (p. 2006)

9:30-10:00 p.m. Samantha picked up Whitney at her sister's bar/residence(?). Collins said they drove around for a couple of hours, just talking. She didn't notice anything unusual about her friend. (p. 1050; 2106)

10:00 p.m. William Fulks, Brad's father, thinks Brad probably got back to his apartment around this time. (p. 2075)

12:00 a.m. Whitney returned to her sister's residence. Burns told her she was going home. (p. 2106)

At some point during the day, Samantha made a charge purchase for $50.45.

A spot check of Autumn McIlvain's residence at 314 S. 21st Street, Chesterton, IN was conducted and revealed an apparently unoccupied house. (p. 787)

Contact made with Tina Severance's employer, Pilot Truck Stop, Ripley St/Interstate 94. Severance was supposed to work at 3:00 p.m. on Nov. 10 but never showed up. (p. 787) A check at Severance's residence, 521 5th St., Portage, IN, was also unsuccessful. (p. 787)

James Hawkins' vehicle, a 1989 blue GMC Z71 pickup, was recovered in Portage, in a Days Inn parking lot. The vehicle was left with the driver's door locked. The passenger door was unlocked and the keys were not in the vehicle. Mud had been smeared over the

38

**JA 6281**

35471

license plate. A knife matching the description of the one used to threaten Hawkins was recovered in the truck. (p. 235; 788; 1546)

*Interview*: Cassandra Hertter, Tina Severance's daughter. She has been left at home by herself with no heat or food since Nov. 7. She was set up with a foster home. She mentioned she had been in foster care before while living in California but had been returned to her mother shortly afterward. (p. 268) She said her mother leaves with a friend every night, cannot hold a job due to her depression, and claims her mother is schizophrenic and bipolar but not on medication. She said Tina had been in mental hospitals many times in the past. She said Tina is physically abusive, and she does not want to live with her mother ever again. (p. 1549)

**11/11/02 (Monday)**
11:00 a.m. Severance checks out of the Town & Country Motel in Piketon, Ohio just before 11:00 a.m. (p. 2151)

During daylight hours: Checked into The Hollywood Motel, Room 20, Ceredo/Kenova, WV. Fulks and Basham left the motel in the minivan.

Samantha and Kandi Burns go shopping at the Barboursville Mall and other stores.

Basham, through attorney, said he and Fulks were in Guyandotte, WV area on or about Nov. 11 looking for Fulks' ex-girlfriend, Heather Goodman, 7041/2 Buffington Street, Guyandotte. [Goodman interviewed and said she hadn't talked to Fulks since June 1998 when they were arrested in Myrtle Beach and Tennessee. Conflicts w/ earlier statement that she hadn't talked to Fulks since 2000] She was told 2 weeks ago that Fulks was looking for her. She is at her mother's residence, 3205 9th Avenue, Huntington, 525-8412 or 412-2508.) (p. 2007)

4:00 p.m. Brad Fulks leaves for Drinko Library.

4:30 p.m. Samantha and Kandi Burns return from an afternoon of shopping. (p. 2109) Kandi drops Samantha off at her car so she could drive her car to the house they are building on Bear Creek Rd. to do some work. (p. 2116) She followed Kandi to the house and stayed until 5:30 p.m.

4-5 p.m. James McCallister says he saw Samantha going toward Huntington on Route 10 at the bridge in Salt Rock. (2088-89)

5:25 p.m. Kandi Burns warns Samantha that she will be late to meet her aunt if she doesn't leave. (p. 2116)

39

JA 6282

35472

5:30 p.m.(approximately)  Kandi Burns says Samantha left home for the Huntington Mall to meet her aunt, Missy Jeffers. (p. 2109)

5-6:00 p.m.  Ron Copley, 839 7th Avenue, Huntington, p. 2114.  Copley is the Deputy Chief of the Huntington Fire Dept.  He said he saw a 1999 red/maroon Chevy Cavalier at the Speedway gas station located on 5th Street Rd. in Huntington.  There was a Tigger sticker in the rear window.  The car was occupied by a lone white female resembling Samantha Burns.  She was starting to get out of the vehicle when he left.

6:15 p.m.  Missy Jeffers, Samantha's aunt, talked to Samantha at J.C. Penney's in the mall. (p. 1727)

6:30 p.m.  Missy Jeffers, Samantha Burns' aunt, last saw her at the Huntington Mall in Barboursville. (p. 1020; 1727)

6:31 p.m.  Samantha Burns made a cash payment on her charge account for $65.00. (p. 2107)

6:42 p.m.  Samantha Burns makes a charge purchase at J.C. Penney's for $62.43. (p. 2107)

Aaron Yeomans and a friend pick up Brad Fulks from the library and return to the apartment.

8:00 p.m.  Sonya Johnson sees a mid-size maroon car and a black truck parked near the entrance to Stowasser's Road - near the intersection of Haneys Branch and German Ridge roads. (p. 1028)

Kandi Burns leaves a message on Samantha's cell phone.

8:03 p.m.  Victim's ATM card was used at United Bank, 555 C. Street, Ceredo, WV. $200.00 withdrawal. (all ATM info, p. 1731)

8:04 p.m.  Same bank, a $200.00 withdrawal denied.

8:04 p.m.  A $50.00 withdrawal – successful.

8:10 p.m.  Kenny Keefer said he used the MAC machine at United Bank, Westmoreland branch at this time but didn't see any vehicles in front or behind his vehicle. (p. 2153)

8:12 p.m.  Victim's ATM card used again in Huntington at another United Bank, 473 Camden Rd.  A $100.00 withdrawal was denied.  Surveillance film at one location depicted a white male wearing a camouflage hat, shirt, and black gloves. (p. 181B)

40

JA 6283

35473

8:13 p.m. A $50.00 withdrawal denied. Tape revealed white man with a floppy jungle hat, hood. His face below the nose was covered. Vehicle make/color unclear, looks like a 2-door, but not sure. Appears to have a camouflage jacket and hat. Face cover appears to be a solid color. (p. 2013)

8:00-8:30 p.m. Sonya Johnson, 3469 German Ridge Rd, Huntington, said she observed a vehicle matching victim's parked at the intersection of German Ridge Rd. and Haneys Branch around 8:30 p.m. She said a Black Toyota Tacoma Truck was parked behind the vehicle with no one around. They were in the same place when she traveled by at 9 p.m. (p. 2015; 2066-67)

8:45 p.m. Virgil Workman, 900 Chestnut St, Apt. 5, Kenova, WV, p. 2162. He made a phone call from a payphone near the Burger King and the Hollywood Motel. He doesn't remember seeing or hearing anything unusual while making his call.

8:51 p.m. Telcal placed from Room 20 at the Hollywood Motel to 1-800-265-5328. The call lasted 40 seconds. (p. 2008)

9:00 p.m. Something about phone call from/to Timothy Gillispie, friend of Brad Fulks', from the apartment. Very unclear. (p. 2008)

>Ashlee Lambert stated that on Nov. 11 at this time she saw a vehicle with a white male in it looking very suspicious at the Courtyard Apartments. The male had on a hooded sweatshirt with the hood up. (p. 1735; 1998; 2009; 2069-2070)

9:46 p.m. Samantha Burns called her parents from her cell phone and told them she was on her way home from Brad Fulks' apartment (p. 1049) at University Courtyard Apts. in Huntington, near 6th Avenue and 20th Street. (p. 181B; 1018; 2108-) Kandi Burns could hear a television or music in the background. She reminded Samantha to pick up cigarettes for her father on the way home and that Whitney had been trying to call her on her cell phone.

10:00 p.m. Brad Fulks goes back to Drinko Library. (p. 1732)

>Donna Evans , 697-8662, called and said she lives in a high-rise apartment near Harris Riverfront Park. Around this time, she heard a female screaming several times. A few moments later, she saw a medium blue colored sports car drive out of the park area. (p. 2009; 2160)

10:24 p.m. Rebecca Adkins, 612 10th Street, #9, Kenova, WV, p. 2163. She made a phone call from a pay phone near the Burger King in Kenova. Adkins made another call to her boyfriend later in the evening. She doesn't remember seeing or hearing anything unusual during the calls.

JA 6284

35474

10:29 p.m. Brad Fulks prints 4 library pages at the Drinko Library with his Marshall Univ. ID card. (p. 1740)

**11/12/02 (Tuesday)**

1:00 a.m. Jennifer Lucas, 4400 16th Street Rd. said she observed a maroon Cavalier with a "Sam" license plate on Hal Greer Blvd. near Meadows School. The vehicle was followed by a dark-colored Ford Ranger, Club Cab Model. Both were traveling southbound on Hal Greer Boulevard at high rates of speed. (p. 2010; 2149)

2:30 a.m. Anna Puskas said she saw a maroon/burgundy car near the intersections of German Ridge and Haneys Branch near a gate saying "Keep Out." The lights were off on the vehicle. It was occupied by a lone male with short brown hair. He was wearing a white shirt, had a thin to medium build, no facial hair, and may have been wearing glasses. He was sitting in the driver's seat. (p. 2010; 2138)

2:30 a.m.- 4:00 a.m. Fulks and Basham returned to the motel, took showers, and went to bed.

Either late Monday night/early Tuesday morning: Mack Kilgore hears a noise that wakes him up. The noise is followed by an explosion ten to fifteen minutes later. He then hears two to three more explosions within two to three minutes of each other. He drove up his road, saw flames and called 911. (p. 2096)

3:30 a.m. Victim's vehicle was located on Haneys Branch in rural Wayne County, WV on fire by the Wayne County Sheriff's Dept. and the Lavalette Volunteer Fire Dept. Nothing of value was uncovered in a subsequent search. (p. 181B; 1733)

11:00 a.m. Fulks, Basham, Severance, and Roddy checked out of the Hollywood Motel and left West Virginia.

5:50 p.m. Kandi Burns of RR #2, Box 59, West Hamlin, WV, reported her daughter missing. (p. 1727; 1975).

6:00 p.m. Sergeant Arnold called Samantha's cell phone and left a message. (p. 1727)

6:05-6:15 p.m. Sgt Arnold called St. Mary's and Cabell Huntington Hospitals as well as the Cabell County Jail and none listed Samantha.(p. 1727)

6:40 p.m. Marshall Univ. police officer Lt. Terry Olson returned Arnold's phone call and said he had talked to Brad Fulks earlier in the day at his apartment. Fulks said he had not seen Samantha since last Friday night. He was planning on going to the football game that night. (p. 1728; 1979)

42

JA 6285

35475

6:42 p.m.  Arnold tried to contact Brad Fulks and got no answer.

6:45 p.m.  Kandi Burns mentioned that Samantha might have been planning to attend the Marshall football game tonight. (p. 1728)

6:48 p.m.  Arnold spoke with J.C. Penney's store manager, Linda Hutchinson, who said Samantha was not working and wasn't scheduled to work again until Saturday. (p. 1728)

6:50 p.m.  Kandi Burns said her husband, John, is a truck driver and is on his way home. He did not know where Samantha was. (p. 1728).

6:55 p.m.  Arnold serviced Cabell, Lincoln, and Wayne Counties to put out a BOLO(?) on Samantha.

7:10 p.m.  Arnold asked Marshall Univ. Police Chief Jim Terry to have Samantha's name broadcast at the football game advising her she had an emergency at home.  He was to call back. (p. 1728)

7:22 p.m.  Arnold requested a copy of Samantha's cell phone records (number 633-1932). A consent form was faxed from AT&T, signed by Kandi Burns, and faxed back. (p. 1728; 1981)

8:25 p.m.  Arnold spoke with Kendra Mitchell of Mall Security at the Huntington Mall and requested a search be conducted for Samantha's car. (p. 1729)

9:00 p.m.  Fulks, Basham, Roddy, and Severance arrive in Little River, SC.  Check in at the Lake Shore Motel.  All four took showers and went to bed. (Severance, p. 113)

9:08 p.m.  Arnold called Brad Fulks, again receiving no answer. (p. 1729).

9:16 p.m.  Huntington Mall Security called back and said Samantha's vehicle had not been located.

9:30 p.m.  Arnold receives Samantha's cell phone records via fax.  The records showed the last call being made at 9:46 p.m. on Monday, Nov. 11 to her home. (p. 1729; 1978)

9:50 p.m.  Arnold called Captain K.S. Stickler of WV State Police and told him he didn't think the disappearance was voluntary and would enter Samantha into NCIC as a Missing Person, NCIC #M772839413. (p. 1729).

10:20 p.m.  Samantha entered into NCIC, State message number 2002-10125, as a missing person.  (1729; 1977)

10:30 p.m.  Brad Fulks and Aaron Yeomans watch a game on TV until 11:30. (p. 2079)

43

JA 6286

35476

10:40 p.m. Arnold spoke with Whitney Collins by phone, 824-2196. She said Samantha had no reason to lie to her mother. She has known Sam for three years and they have been best friends for about a year. She said she, Burns, Childers, and Brad Fulks had gone to the movies and then to Brad's apartment last Friday night.

Arnold then spoke to Daniel Childers, Whitney's boyfriend. He said he picked up Brad and met Burns and Collins at the movies. After the movie, Brad rode with him, and the girls followed them to Brad's apartment. Childers said the girls stayed a while and then left. He spoke with Brad this morning on the phone and Brad said Sam wasn't at his apartment last night. Brad got mad at Childers for the police coming to talk to him. When Arnold asked Childers if he had seen Brad get mad or violent toward Samantha, he said no. (p. 1730; 1976)

11:00 p.m. Arnold called Cpt. Stickler and requested the State police helicopter fly WV Route 10 in the morning to look for Sam's vehicle that may have run off the road. Sam normally takes WV 10 home.

Lindsey Wallace, former girlfriend of Brad Fulks, said she saw Fulks at the Marshall football game on Nov. 12. (p. 2021)

*Investigation*: Porter County Child Protective Services case worker Adrian Harvey contacted SA Ramsey. She said Severance's 14-year-old daughter was in foster care. (p. 792)

*Interview*: Tara Ehlers, 523 5th Street, Portage, IN, p. 794. She saw a mid-90s navy blue minivan parked at the 521 5th St. address around 5:30 p.m. on Monday, Nov. 11, 2003.

Karen Tomblin observed a white car, trimmed in black, with a Marshall Univ. sticker on the front bumper parked at Haneys Branch Rd. A girl similar to Samantha Burns was sitting in the driver's seat. A young white male with short, black, wavy hair and a long nose was sitting in the passenger seat. The car remained parked on Haneys Branch for a couple of hours. She couldn't see the girl's clothing, but male had on a white dress shirt and a black tie. (p. 2139)

****Subpoenas to CellCo Partnership DBA Verizon Wireless to produce all information about (219) 314-0264 (Tina Severance) for Nov. 2002 to present by the US District Court for the Southern District of Indiana. (p. 2564) Subpoena resulted in a verbal report to SA Martin Williams only. No documents were obtained. (p. 2566).

**11/13/02 (Wednesday)**

7:30 a.m. Arnold began driving WV Route 10 south from I-64. He searched until he reached the Burns' residence. He then began checking McComas Road. The WV State

JA 6287

35477

Police helicopter with Senior Trooper J.M. Parde began flying over WV Route 10. All the searches ended with negative results. (p. 1730).

Basham and Fulks left the motel during the morning and returned with two women's purses. They all then went to K-Mart and bought around $200-$300 merchandise. Severance went to Belk's Dept. Store and purchased clothing worth $200 with a stolen check. Roddy and Basham weren't able to purchase merchandise at Pebbles Dept. Store with stolen credit cards. Severance and Fulks went to Pebbles and purchased $130 of merchandise using stolen checks. Severance and Basham then went to a Polo store and received $200 in clothing using stolen checks.

11:45 a.m. Arnold contacted Channels 13, 11, 8, and 3 as well as the Herald-Dispatch concerning Samantha's disappearance. (p. 1731).

12:15 p.m. Sgt. Arnold called Brad Fulks. His roommate, Aaron Yeomans, answered the phone. He said he had been living with Brad for one week and was in the apartment on Monday from 3:00 p.m. on. He said Brad was in the apartment until 9:30 p.m. and then he went to Drinko Library. (p. 1731; 1988)

12:40 p.m. Tammy Adkins, Samantha's aunt, called Sgt. Arnold saying a friend and employee of City National Bank, Becky Hill, 348-8413, told her several withdrawals were made from Samantha's account on Monday, Nov. 11. Her ATM card was used in the west end of Huntington at two different banks.

> Officer then talked to Becky Hill who was told to get the transaction information from Sandra Childress, 720-4501. (p. 1731; 1987; 1991)

12:52 p.m. Sandra Childress stated that Sam's card, #5178950000291667, had been used five times on Monday. (p. 1731; 1990; 1992)

Fulks, Basham, Severance, and Roddy then went to a grocery store, bought liquor, and got drunk at the hotel. Basham got marijuana from a guy next door and all four smoked it. Fulks got upset about a missing gun which was found later under the mattress. (TS interview, p. 114)

Basham and Fulks "case" Savannah Bluffs neighborhood as possible burglary site in minivan.

2:20 p.m. Helen Cook observes dark green Ford minivan in her neighborhood. (p. 73)

2:30 p.m. Officers review tape at ATM in WV – 8:13 p.m. A white male with a floppy jungle hat, hood, and face below nose covered. Vehicle looks like a two-door but not clear. Appears to have on a camouflage jacket and hat. Face cover appears to be solid. (p. 1993)

45

**JA 6288**

35478

Severance calls youth pastor of church where daughter attends and asks about Cassandra.

4:00 p.m. Brad Fulks contacted Lindsey Wallace (his ex-girlfriend) and told her Daniel Childers said Fulks had kidnapped Samantha Burns. (p. 2124)

4:20 p.m. *Interview*: Brad Fulks, p. 1732; 1994; 2046-48. Fulks said he had not seen Samantha since Friday night, Nov. 8 or early Saturday, Nov. 9. He said they went to the movies on Friday night, went back to his apartment, and the girls left early the next morning.

4:25 p.m. *Interview*: Aaron Yeoman, p. 1732. Brad told him he hadn't seen Samantha since Friday night. He said Brad went to the library on Monday, Nov. 11 around 4:00 p.m. and left at 6:30 p.m. when Yeoman and a friend went to pick him up. Around 10:00, Brad left again for the library. He didn't see Fulks again until Tuesday morning.

6:45 p.m. TFC P.A. Reese and TFC C.C. Smith administered a polygraph on Brad Fulks, which he failed. (p. 1732; 1996)

7:14 p.m. *Interview*: Kristen Prichard, 329 Lincoln Rd., Branchland, WV, friend of Samantha's. She has no idea where Samantha is. Said Samantha doesn't have a boyfriend. Samantha drinks and smokes marijuana, but not often. She also smokes Marlboro Lights. She doesn't know of Samantha messing around with anyone else's boyfriend or husband. She last saw Samantha on Nov. 9 about 4:30 p.m. at Kim's Electric Beach in West Hamlin. Kristen was there fixing her hair, and Samantha stopped when she saw Kristen's car. (p. 2102-103)

7:20 p.m. *Interview*: Jennifer Ramey, friend of Sam's. She has no idea where Sam could be. (p. 2071)

*Interview*: Whitney Collins, friend of Sam's. Has no idea where Samantha is. She last saw Samantha around 9:30 or 10:00 p.m. on Sunday. They drove around for an hour or hour-and-a-half on Sunday and talked. She called Samantha's cell phone twice on Monday around noon and 7:30 p.m., both times leaving a message. She said she has seen Brad and Samantha kiss once and knows Samantha has been over to Brad's twice. (pp. 2080-83)

7:37 p.m. Interview: Daniel Childers, Whitney Collins' boyfriend, p. 2064.

7:50 p.m. Officers got camera from inside the Speedway, 101 C. Street, Kenova, WV, across the street from United Bank of Kenova. The store only has an inside camera, but the tape was taken anyway by police.

8:00 p.m. Officers ask Mrs. Burns about Brad Fulks. She did not have any hard feelings against him but did not like Samantha being at Courtyard Apts. with any guys.

46

JA 6289

35479

8:10 p.m. Lavalette fireman Sean Zerkle called Arnold saying he had just heard about the Chevy Cavalier they were looking for. He said they had found it on fire around 3:44 a.m. on Nov. 12. It was completely burned off Haynes Branch in Wayne County and towed to Rayburn's Wrecker Service in Kenova, WV. (p. 1733; 1983)

9:05 p.m. Sgt. Arnold and State Trooper Parde arrived at the scene. Parde photographed the area. (p. 1985)

10:38 p.m. Sgt. Pack and dog canvassed wooded area where Burns' car was burnt and surrounding area. (p. 1986)

11:23 p.m. *Interview*: Mack Kilgore, 3560 Haines Branch Rd., p. 2096. He was asleep and heard some kind of noise that woke him up. Ten to fifteen minutes later, he heard a small explosion. His dog outside was being quiet, so he went back to bed. He then heard two or three more explosion two to three minutes apart. He drove up the road and saw flames and stopped. He called 911 and says the disturbances started about 25 minutes before his call.

11:45 p.m. Captain Stickler and Charmen Gentry walked dog through the area. (p. 1989)

Lindsey Wallace said Brad Fulks called her one more time on Nov. 13. He only mentioned Samantha when he said they had gone to the movies on Friday. (p. 2021)

*Interview*: Rollan Pomeroy, Internal Affairs Officer at Westville Correctional Facility where Severance used to be employed. WCF discharged Severance after she allowed inmates to stay at her residence while on parole after beginning relationships with them while they were detained at WCF. (RP interview, p. 1)

****Subpoena to Verizon North for phone records regarding (219) 763-0040. A search by Verizon turned up Christina Arnold of 2510 Dune Forest Avenue, Portage, IN 46368-2584. SS# 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, DL # 1N1790008700. The phone records list all calls from 11/10/02 to 11/15/02. (pp. 2570-2582)


**11/14/02 (Thursday)**
00:14 a.m. Sean Zerkle, fireman with Lavalette Fire Dept., said the gas cap was off Burns' vehicle when it was located. (p. 2000)

00:55 a.m. Cadaver dogs failed to find evidence of Samantha Burns. Evidence was collected at the burn scene, and the officers left.

JA 6290

35480

1:10 a.m. Officers photograph car and contents at Rayburn's Wrecker. They find license plates, one white and blue coffee mug, one Guyan Valley seat cushion, and one plastic soda bottle. (p. 1999)

Check out of Lake Shore Motel before 11:00 a.m.

11:00 a.m. Beach Walk Motel, Room 306, 4501 N. Ocean Blvd., Myrtle Beach, SC, checked in under alias Melissa Crawford.

Fulks and Basham leave shortly after checking in to go buy bleach cleaner for the motel room. Return after approximately 45 minutes.

They then left again shortly after delivering the bleach to Severance.

11:30 a.m. Barry Donovan phones victim, Alice Donovan, who stated she was leaving home to go shopping at Wal-Mart. (BD interview, p. 10)

12:30 p.m. Basham/Fulks return to Savannah Bluff areas as possible burglary site. Tonya Richardson sees the dark green van in the neighborhood and writes down its license tag number. (p. 75)

1:45 p.m. Home invasion, Conway, shots fired at Carl Jordan.

1:55 p.m. Green minivan located stuck in Juniper Bay community, Conway

2:00 p.m. A little before 2:00, Mark Cooper saw a dark green van enter his business at a high rate of speed. The van did a three-point turn and traveled up a short non-paved road. It parked behind the Williamson's house and he never saw the van leave. (p. 27)

Fulks and Basham knock on Mrs. Margaret Moore's residence. She refused to give them a ride or let them borrow her car. She saw the two men run across the road to Oleita Hyman's residence.

Theft of pickup truck from Oleita Hyman on Lundy Shortcut Rd., Conway

2:37 p.m. Fulks and Basham carjack Alice Donovan in her blue 1994 BMW at the Conway Wal-Mart parking lot. They leave Oleita Hyman's truck in the parking lot.

3:05 p.m. ATM at BP/Amoco, Shallotte, NC - $1.00. (p. 540)???? Carlisle said must be an error - no way they can go from Shallotte to N. Myrtle in 20 minutes. Also, different amounts being withdrawn in account on pp.2444-2249.

3:27 p.m. TRM ATM Corp. (Pantry Convenience Store #482), 13 Highway 90 East, North Myrtle Beach – no cash obtained, unverified PIN #

**JA 6291**

35481

3:28 p.m.  TRM ATM same as above, no cash, bad PIN #

3:29 p.m.  Carolina Trust Federal Credit Union ATM Card (ATM) used at Carolina First ATM Highway 90 and Baldwin, North Myrtle Beach (Wrong PIN # - no money obtained)

3:39 p.m.  Carolina First ATM – wrong PIN #, no money obtained.

3:39 p.m.  Carolina First ATM - $100.00 received

3:41 p.m.  Carolina First ATM - $300.00 received -Some wacky ATM stuff on p. 540 - different amounts, etc.

3:41 p.m.  Carolina First ATM - $300.00 received (p. 857 says denied)

3:42 p.m.  Carolina First ATM - $100.00 received

3:59 p.m. - 4:06 p.m.  Dodge City Amoco/BP gas station, Shalotte, NC – surveillance video tape shows one male in front seat and possibly two individuals in the back seat of a BMW.  One male prepaid for gas and purchased three drinks, black tape, white (thin) tape and possibly a candy bar.  Suspects also bought a car wash.

4:25 p.m.  *Interview*:  Ashlee Lambert, p. 1735; 1998.  She stated that on Nov. 11 around 9 p.m., she saw a vehicle with a white male in it looking very suspicious at the Courtyard Apartments.  The male had on a hooded sweatshirt with the hood up. (p. 1735)

4:28 p.m.  Victim Donovan called daughter from cell phone.  Tower located in Brunswick County, NC

5:00 p.m. (approximately)  Don Watkins observes vehicle and suspects on Bee Tree Farm Rd. in Winnabow, NC area

5:28 p.m.  *Interview*:  Justin M. Childers, p. 2099.  He knows Brad but hasn't seen him for a year and a half.  He said Brad was "hot headed" and "untrustworthy".  He said Brad can be violent if provoked, and it doesn't take much to provoke him.  His is also violent toward girls and most anybody.  He said, "If he had a problem with a girl, I wouldn't put anything past him."

6:00 p.m.  Barry Donovan returns home from work.  He places routine call to Alice's cell phone.  He was transferred immediately to her voice mail which indicated the phone had been turned off.  He left Alice a message and then left the home. (BD interview, p. 10)

> Officers Lemmon, Blankenship, Lee, Losh and Arnold searched Brad Fulks' apartment.  He said he had no idea why he didn't pass the polygraph. (p. 1997)

49

JA 6292

35482

*Interview*: Chris Fleming, p. 1735. Fleming is a roommate of Fulks'. He said he came home around 3:00 p.m. on Nov. 11 and was in the apartment all night long. He said there were no girls in the apartment the whole night.

6:30 p.m. (Approx.) Subjects return to Beach Walk Motel to get clothes. Basham/Fulks tell Severance to get upstairs with clothes she was washing. Fulks tells her Basham had shot at police and the police had gotten her van. Fulks and Basham leave. (TS interview, p. 114-15; also 785)

7:00 p.m. Barry Donovan returned home, Angie told him of Alice's earlier call. (BD interview, p. 10)

7:54 p.m. Scotchman #18, Baldwin St., Little River – gas purchase

8:58 p.m. NBSC 780 Main Street, N. Myrtle Beach - $200 denied

8:59 p.m. NBSC 780 Main Street, N. Myrtle Beach - $200 denied

8:59 p.m. NBSC 780 Main Street, N. Myrtle Beach - $200 denied

8:59 p.m. NBSC 780 Main Street, N. Myrtle Beach - $100 denied

9:00 p.m. NBSC 780 Main Street, N. Myrtle Beach - $200 denied

9:28 p.m. *Interview*: John Rembert, 2011 7th Avenue, Courtyard Apt. #822, Huntington, p. 2077. Rembert said he was in his bedroom and heard screaming and thumping one night around 10-11 p.m. He didn't know if it was coming from upstairs or outside. He's not sure it was Monday night.

9:31 p.m. Chris Fleming statement. He came back on Nov. 11 from class around 3/3:30 p.m. He was in the apartment all night until he went to bed around 11:30 or midnight. Around 6:30 p.m., a tall dark guy came to the door asking if Brad was home, but he talked to Aaron because they knew each other. (p. 2061)

10:00 p.m. Barry Donovan goes to bed. (BD interview, p. 10)

11:00 p.m. *Interview*: Wayne Wray, p. 1735; 2001; 2062. Wray is a friend of Brad Fulks'. He has no idea where Samantha is.


**11/15/02 (Friday)**

00:20 a.m. State Employee Federal Credit Union (SEFCU), Chapanocke Square, 3210 South Wilmington, Raleigh, NC – obtained $300.00

50

**JA 6293**

35483

*Conflicting info on p. 540

00:21 a.m.  SEFCU Obtained $200.00

00:22 a.m.  SEFCU Obtained $100.00

00:23 a.m.  SEFCU Obtained $200.00

1:00 a.m.  Fulks called his mother, Diane Thompson, (740) 886-0222 to tell her he loved her, he had escaped from jail and was still alive. (TS interview, p. 7)

2:00 a.m.  Barry Donovan wakes up and realized his wife still wasn't home. He tried her cell phone, then immediately drove to Wal-Mart to see if he could find the car. He then drove to Belk's because she often shops there. Not finding her car at either, he immediately called the Horry County Police Department. An officer took his missing person report but stated there wasn't much that could be done at that time. (BD interview, p. 11)

3:00 a.m.  Lindsey Wallace received an e-mail from Brad Fulks saying he still loved her. He said the police were getting ready to take him away. (p. 2124)

9:15 a.m.  Aerial searches of the following areas were conducted with negative results: Eds Branch, Harveytown Rd., Overby Rd., German Ridge Rd., Haneys Branch Rd, and Virginia Point. (p. 2014)


10:10 a.m.  Missing person report filed by Horry County on Alice Donovan by Officer Jones. Barry Donovan said he had gone to check the Wal-Mart parking lot and most of the malls in the area and didn't locate her vehicle. Alice is employed at Precision Southeast in Marion County and victim didn't report. (p. 2432) On follow-up, Alice Donovan was found eligible for [something I can't make out]. (p. 2433)

> Barry Donovan and Horry County Officer Ervin observed transaction at Carolina First ATM video. He said he couldn't identify the person carrying out the transaction but said he didn't believe it to be his wife. They then went to the Scotchman on Main St. in North Myrtle where a transaction was made outside at the pump. The Scotchman did not have security cameras outside, so no identification could be made. (p. 2434)

> Retrieve Severance from Beach Motel, Room 306, on tip received by Special Agent Elena Iatarola. She checked in under alias Melissa Crawford. Interview.

51

JA 6294

35484

Morning:  Severance contacted the Myrtle Beach Police Department and reported her minivan as stolen.

10:22 a.m.  FBI runs search for Chadrick Fulks, Shawn Cade (?), and Shannon Fulks.(?) (p. 2458-2460)

10:25 a.m.  Lambert found a blank Marshall's Dept. Store application about ¾ mile past where the victim's vehicle was recovered. (p. 2014)

11:00 a.m.  Peggy Smith phones Darryl Hill, assistant manager at Wal-Mart, to see if Barry Donovan can come look at surveillance tapes at the store.  Donovan later comes by but no tapes are viewed until the next day. (p. 2477)

12:15 p.m.  *Interview*: Angel Staten, 301 Ben Street, Chesapeake, Ohio, p. 2015; 2092-95.  She attended a concert in September 2002 and ran into Jason Marcum, her ex-boyfriend.  Marcum and Staten had broken up because he was cheating on her with Samantha Burns and a few other girls.  Marcum said Samantha had been following him and harassing him.  He then stated he wished Burns would die.  She hasn't seen Marcum since.  He sells drugs and does weed and acid and maybe other drugs.

1:00 p.m. (Approx. - p. 2259))  Fulks and Basham arrive at Beth McGuffin's house, 129 Morris St., Huntington.  Chad asked where he could get an ounce of dope.  She told him she didn't know where he could get that much.  Chad left in the BMW and Basham stayed with her.  Chad came back a few hours later with no dope. (p. 2037)

The FBI became fully involved in the investigation led by Senior Agent Joseph Ciccarelli. (p. 1736)

Becky Hill of City National Bank told Arnold that at the time Samantha's ATM card was used, she only had $3.17 in her account.  However, a $300.00 protection allows up to $300.00 to come out of the account with a zero balance.  Also, the card was not used between Nov. 3 and Nov. 11. (p. 1746; 1960)

2:30 p.m.  *Interview*: Missy Jeffers, p. 1737; 1963, Samantha's aunt.  She said she saw Samantha at the mall on Monday, Nov. 11 around 6:10 to 6:30 p.m.  She was in the girls' department in J.C. Penney's.  She left from the catalog department around 6:30 to go to her car parked in the back of J.C. Penney's.

3:50 p.m.  Statement from Joanetta Straley, teller at United Bank, Ceredo. (p. 2057-59) She described three occupants in the vehicle.  There was a male driver with a gray sweatshirt with hood, sandy hair, about 18-20 yoa.  He didn't say anything during the transaction.  Female passenger had dark wavy hair a little past her shoulders, casually dressed.  She said the driver didn't have his ID but she had hers and could the bank take it.

52

JA 6295

35485

She thinks there was a boy in the backseat about the same age with a baseball cap on, but she couldn't see his face.

4:30 - 8:30 p.m.  Looks like interview notes from Catina Hipp.  Includes directions to the Donovan home.

Notes concerning Joanna Baker and Jean Larrimore who told the Jordan family that the suspects were somehow connected with Tiny Boy Johnson.  J.C. "Tiny Boy" Johnson approached Carl Jordan in G&B Discount on Hwy. 378 and told him that his boys had nothing to do with the burglary of Jordan's son's home.

Also says that in reference to James Hawkins, the suspects did not appear to knwo the area in which they left him.  They would argue over which direction to take at intersections, etc.  They used items in victim's toolbox to tie him up and put a jacket on him. (p. 2461)

4:46 p.m.  Statement from Bonnie Lou Howard, teller at United Bank, Ceredo. (p. 2054-56).  She remembered that when Joanetta tried to pull up the account, she put in the name Samantha Burns.  It didn't come up as an account with their bank.  The girl acted like she was cold during the transaction – kept her hands between her legs.  She was wearing a pullover sweater, purple or blue, with light stripes.  She had on blue jeans.  Her lipstick was dark brown.  Hair was wavy, dark, a little blow the shoulder.  Driver was roughly the same age, 18-20 yoa, slender, with light brown hair, sweatshirt with hood.  The passenger in the backseat was wearing blue jeans with a cap.

5:00 p.m.  *Interview*:  Daniel Childers, p. 1737; 1962.  He says he thought Samantha had spent the night at Brad's on Nov. 11th.  He called Brad on Tuesday to see if Brad knew where Sam was.  Brad told him he hadn't seen Sam since the Friday they went to the movies.  Childers has no idea who would want to hurt and take Samantha.

10:00 p.m.  Aaron Yeoman agrees to a polygraph and passes.

Chance Grimes interviewed at home.  He did not know anything about Samantha Burns' whereabouts, but confirmed that Fulks used drugs.  He said he spent Friday/Saturday nights in West end of Huntington. (p. 2017)

Stacy Workman says she, Fulks, and McGuffin went driving around in Fulks' BMW. (p. 2137)

10:20 p.m.  Wayne Wray agrees to a polygraph and passes.

10:30 p.m.  Fulks, Workman, and McGuffin stop at Fatty's Olive Street Market to get beer.  They then drove around Huntington looking to purchase crack but couldn't find any. (Maybe where they try to get a motel in Ohio?) (p. 2128) They eventually went back

53

JA 6296

35486

to McGuffin's home. Workman's boyfriend, Rob LNU, came by later and Workman left. (P. 2137)

Interview: *Whitney Collins*, p. 1738; 2105-106. She has no idea where Samantha is. Gives good account of double date on Nov. 8 and Nov. 10.

*Interview*: Denise Benson said Severance contacted her, told her she was in Myrtle Beach with two men she feared were fugitives. Severance told Benson they were staying in a hotel under the alias Melissa Crawford. Severance wanted Benson to wire her money in Myrtle Beach.

*Interview*: Barry Donovan by Allen Jones (HCPD) and Gray Ervin (HCPD). Initial incident report written by HCPD officers in reference to victim being reported missing from the Conway area. Report from Gray Ervin about viewing video tape from ATM at Carolina First Bank in Little River, SC. (p. 246)

*Interview*: Jean L. Glover, Store Manager, J.C. Penney's, p. 2107. She said Samantha had been employed with JCP since July 20, 2001 as a Sales Associate. Burns' last work date was Nov. 2, 2002. Her last paycheck, date Nov. 8, was in the amount of $278.17. That check was cashed. Burns also had a JCP charge card. She made a cash payment of $100 on it on Nov. 10. She made a charge purchase on Nov. 10 for $50.45. She made another charge purchase on Nov. 11 at 6:24 p.m. for $62.43. She also made a cash payment of $65 at 6:31 p.m. on Nov. 11.

**11/16/02 (Saturday)**

6:30 a.m. Beth McGuffin leaves Fulks and Basham at her house while she goes to work.

12:00 p.m.(?) Chad Fulks visits longtime friend, Larry Tomlin, 1122 Rear Norway Avenue, Huntington, to get some weed.. Fulks had a blue BMW that he attempted to sell as well as a .22 wheel gun pistol. Fulks was going to leave for NC to attend a bike rally. Fulks' previous vehicle was a Trans Am. Tomlin's sister, Beth McGuffin was also there. While there, Basham said he would kill Beth's brother if he were to rip off Chad. She said he wasn't killing anybody. Basham acted like he was getting out of the car but didn't and said, "What, you think I won't kill somebody?" He then told her he was just kidding and kissed her. (p. 2039)

1:35 p.m. Ricky Williamson called and believes Ira Crockett, "a known abductor," who drives a black Toyota pickup w/ toolbox, might have something to do with Samantha. He has dated Williamson's stepdaughter and said she called him on Nov. 15, and he was crying but wouldn't tell her why. (p. 2019)

JA 6297

35487

2:45 p.m.  Beth McGuffin returned from work. Fulks and Basham were at the house. (p. 2037)

3:00 p.m.  Darryl Hill, assistant manager at Wal-Mart, was contacted by Det. Carr who inquired about surveillance tapes and arranged a meeting with Donovan to view them. (p. 2477)

3:32 p.m.  Liz Johnson, 633-1913, called and said they found a bra and a pair of panties about ¼ of a mile from where the car was found. (p. 2019)

4:30 p.m.  Michelle Johnson showed them to woods where she saw a tent. The tent contained a sleeping bag, blanket, gym/tent bag, and black t-shirt. Johnson found these items around 1:00-1:30 p.m. while looking for a place to hunt. There was "no body" and "no smell." (p. 1969)

5:00 p.m.  Det. Carr and Barry Donovan arrived at Wal-Mart and meet with Darryl Hill and Chris Bowen, store loss prevention officer. For the next two hours, they viewed the garden side tapes where Alice normally parked. They did not see anything on the tapes. (p. 2477)

5:43 p.m.  Aaron Yeomen said when he went back to the apartment to get a few of this things, Brad Fulks cornered him and got up in his face and asked what he told the police. Brad was very aggressive. Aaron said he couldn't talk about what was said and left. (p. 1739; 1968)

6:28 p.m.  Anonymous called said Samantha does drugs. Jeremy Hatfield, a guy that knows her, drives a black Toyota truck. (p. 2020)

7:48 p.m.  FBI sends out a request for regional broadcast to be out the lookout for a dark blue BMW with Fulks/Basham.

Saturday night:
They drove around Huntington. At some point, they stopped and asked Stacy Workman if she wanted to go out. She said no, and they left her residence. (p. 2137) Chad always drove the BMW. While driving, Basham saw some police cars and got nervous. Beth asked where they go the BMW. Chad said he had traded in the Trans Am for the BMW. He said he had withdrawn $15,000 out of the bank before Veronica got it and that he was selling drugs. He said he didn't have any drug connections around here, so Beth showed him where to get crack.

While driving in Huntington, Chad showed Basham the strip clubs on Route 60 and they circled around the Huntington Mall. Chad said they had bought Basham some clothes at a mall and they had left some of the new clothes in a parking lot. They turned around in the J.C. Penney's parking lot. They then drove back to Huntington on Route 60. They never went to the west side of Huntington.

55

JA 6298

35488

Later that night while listening to the news about Samantha, Beth said, "Someone has really hurt that girl." Chad looked at her and said, "Yea, she is dead." When the news came on, both men watched very closely.

Beth said they kept newspapers all over the seats in the BMW, telling her the seats had gotten wet. When she tried to move them one time, Chad said to leave it b/c she would get wet.

At some point during the weekend, they went to a Comfort Inn in Burlington, Ohio to find a room in which to smoke the crack. Beth tried to use Amy Blake's ID to get a room and failed.

Finally, Fulks and Basham told her they had gotten IDs from some girls they had given a ride from NC to Gallipolis, OH. They said they were supposed to drop the IDs back off to the girls in Gallipolis. (p. 2039-41)

2:55 p.m. *Interview*: Donna Davidson, 6218 East Gate Rd., Huntington, p. 1739; 2084-86. Classmate of Samantha's. She has no idea where Samantha is or anyone who would want to hurt her. She last saw Samantha on Friday, Nov. 8 in class. Samantha didn't have a regular boyfriend. Samantha did not go out to clubs very often, and Davidson knew of no drug use by Samantha.

Samantha was upset because she found out Andrea Foster was going to be her Clinical Instructor. She was upset b/c Andrea's boyfriend had broken up with her to try to go out with Samantha. Samantha said she never went out with the guy, but he drove by her house several times and tried to go out with her. She also mentioned that Jeremy Adkins, a guy caught cheating at Marshall, was from her hometown and no one wanted anything to do with him because he was a pill popper.

*Interview*: Tim Gillispie, 41 Mary Lane Estates, Barboursville, WV, p. 2112. Gillispie has known Brad Fulks since childhood. He usually had daily phone contact with Fulks, but had not seen him in two or three weeks. Fulks recently told Gillispie that the cops believe he killed Samantha. Fulks said he had met Burns on one or two occasions. Fulks said he had last seen Samantha at the movies.

*Interview*: Ron Copley, 839 7th Avenue, Huntington, WV. Said he saw Samantha at a Speedway gas station on 5th Street Rd. The girl in the car was alone and resembled Samantha. A Tigger sticker was in the back window. (p. 2114)

*Interview*: Tina Severance.

*Interview*: Angie Lee Warner, daughter of Alice Donovan. Ms. Warner said she spoke to her mother around 4:30, was informed her mother was going Christmas shopping and would be late. Her mother did not sound normal, but her tone didn't worry Angie too much. Ms. Warner hasn't heard from her mother since and feels something harmful has happened to her mother because she is normally very reliable and responsible.

*Interview*: Barry Donovan, husband of victim.

JA 6299

35489

*Interview*: Carol McKeel, sister of victim. She expressed concerns that case was not getting the attention it deserved. Her sister loved her family and would not leave them. She feels certain Alice has been abducted. (p. 14-15)


**11/17/02 (Sunday)**
00:00 a.m. *Interview*: James McCallister, Samantha's former fiancée, p. 2021.

11:30 a.m. Fulks and Basham left McGuffin's house. (p. 2128)

Wal-Mart video located by Horry County Police Dept. showing the kidnapping of victim. Retrieved by Det. Cox and Lt. Sessions. (p. 2474)

Princeton, WV registration place number 4DK302 stolen off a vehicle at a Wal-Mart. (p. 1742)

*Interview*: Officer Richard Madison at the Tri-State Airport, p. 1739. He said he thought he saw Samantha drive up on Monday (Nov. 11) afternoon between 12:30 p.m. and 4:00 p.m. and drop someone off. [Mom says she didn't leave the house until 5:30.]

2:25 p.m. Sgt. Arnold called Hertz (453-2745) at Tri-State Airport and found out they do not rent pickup trucks. He then called Avis (453-1865) and found out they did not rent pickup trucks, either. (p. 1972)

3:20 p.m. *Interview*: William Fulks, Brad's father, p. 2021; 2072-76.

3:40 p.m. Sgt. Arnold received fax from Charleston News regarding two Kentucky escapee inmates abducting a SC woman (p. 1973)

4:40 p.m. Mark Bradshaw of the Wayne County Sheriff's Dept. called and said a woman had approached him while on Overby Rd. The woman was white and wearing a red racing jacket. She said that last week at Milton Pool Hall, she saw a black Toyota Tacoma somehow related to Brad Fulks leave. She said the tags were from WV and the number was NBC-384. Another officer went to find the woman later but she was no longer there. The tag checked out to Robert Morrison of Route 3, Box 360, Milton, WV. (p. 1739-40; 1971)

7:21 p.m. Basham at the Ashland Town Center Mall in Ashland, KY. He tried to carjack Deanna (mother) and Andrea Francis (daughter). Basham tried to force his way into their vehicle and was armed. The daughter phoned 911 and scared Basham and he left. (p. 1071)

Officer Matthew Davis sees Basham at intersection of Mall Rd. and Winchester Avenue. When officer spoke to Basham, he began running north on Town Center Rd. Basham

57

**JA 6300**

35490

turned northwest and ran across the drive for Stewart's Hot Dogs. He ran into the east side parking lot of Movies Ten when Basham discharged a pistol in the air. While in the lot of Office Max, Basham leveled the pistol and fired at Davis. Davis tripped, fell and heard a second shot hit a 200 Ford Ranger 4x4 behind him. He then discharged two rounds but missed Basham. They continued running toward the train tracks and Davis waited for backup. (p. 1065-66)

9:11 p.m. A little while later, after a perimeter had been established, Davis and Sgt. DeLong saw a person walking toward them. Davis recognized Basham's clothing and told the Sgt. that Basham was the suspect. Basham was arrested and said he threw the gun in the river. (p. 1066)

Basham's gun found inside a railroad car between some blocks. (p. 1069)

9:43 p.m. Deanna and Andrea Francis identified Basham in the ambulance as the man who had tried to get in the car with them that afternoon. (p. 1076)

10:30 p.m. After leaving earlier in the day for the bike rally, Fulks returns to Beth McGuffin's home looking pale and without Basham. (p. 2037)

11:00 p.m. McGuffin and Fulks watch the 11 p.m. news and see that Basham has been arrested. Fulks said he went to try to pick up Basham and another guy, but the cops were chasing Basham on foot. Fulks left after the newscast went off. (p. 2037)

While at King's Daughters Medical Center, Officer Brunty noticed Branden was wearing a necklace and a men's gold ring with a small diamond in the center. (p. 1100)

Basham was treated, released, and transported to the Boyd County Detention Center. (p. 1100)

License tag stolen from a vehicle parked at a Wal-Mart in Princeton, WV. Burns' car was found with its (as in her respective plate or the stolen one?) license plate???? (p. 1047)

Incident report filed by Charles R. Sessions of Conway PD nothing that because Donovan was abducted from the Wal-Mart in Conway, the Conway PD as now the investigative agency on this case. (p. 2437)

*Interview*: Deanna Francis, 239 Altawood Avenue, Raceland, KY, p. 1074. She said she and her daughter were getting into their car in the Wal-Mart parking lot when they were approached by Basham who asked for directions. She said Basham tried to get in the car as he kept talking. She could see a gun underneath his coat. She thinks Basham saw her daughter on her cell phone and that must have scared him. He walked toward Fazoli's and she called 911.

58

JA 6301

*Interview*: Andrea Francis, 239 Altawood Avenue, Raceland, KY., p. 1075. Basham approached them as they entered their car and asked for directions to Greenup, KY. She told him to go inside and ask b/c she noticed the gun. Basham still tried to get into her side of the car and was almost in her lap before he noticed the cell phone she was on. He then repeatedly said, "I didn't mean to scare you," and walked quickly away.

*Interview*: Misty D. Crabtree, 101 Fitzpatrick St., p. 1077; 1083. She heard a shot and saw a male run from the Fazoli's parking lot and saw an officer chasing him. She then heard another shot and return fire and one last shot as they ran into the Office Max parking lot. The suspect then ran over the railroad tracks and disappeared. The officer followed. She said the suspect was about 5'10" or a little taller than the officer and was wearing all dark clothing.

*Interview*: Monica L. Toney, 6117 Country Club Dr., Huntington, p. 2118. Toney was called by Chris Fleming at her residence. She has known Fleming since they went to Harts High School in Lincoln County. The call was during the evening hours and lasted 35 minutes. Fleming asked Toney about different classes at Marshall and then asked her to the Marshall/Miami football game. She did talk to a roommate, Aaron, for a few minutes while she was on the phone with Fleming.

*Interview*: Tina Severance, Beach Walk Motel, Myrtle Beach, SC. Severance admitted she had not been truthful in her earlier interview. She said Fulks told her they had been in a robbery/shooting and had lost her van to the cops. Neither she nor Andrea knew what vehicle Basham/Fulks left in. (TS interview, p. 18)

*Interview*: Oleita Hyman, 6145 Lundy Short Cut Road, Conway, SC. Her work truck was stolen from her driveway - recovered later in the Conway Wal-Mart parking lot.

*Interview*: Carl Jordan, 4920 Highway 378, Conway, SC - he noticed a dark green minivan behind his son's residence. He pulled in to block the minivan in. Two males ran out of the trailer and both shot at him. He quickly tried to get away in his truck but the minivan followed him. When the minivan stopped chasing him, he began to follow it and used his cell phone to call police. The minivan eventually got away from him.

*Interview*: Barry Donovan, by Lt. Charles Sessions. Initial incident report for Conway Police Dept. This is when Conway was first contacted with information passed on by the Horry County PD about an incident Conway's jurisdiction. (p. 246)

*Interview*: Barry Donovan, by Det. Robert Carr and Det. Todd Cox. Family created a flyer for use in media release.

*Interview*: Kristen Pritchard, p. 2119-20. Pritchard came to the office voluntarily to report a brief message on her cell phone voice mail. It sounded like someone moaning. Pritchard

59

JA 6302

35492

last saw Samantha on Nov. 9 at about 4:30 p.m. at a hair salon called Kim's Electric Beach in West Hamlin. This was the last time she saw Burns in person.

**11/18/02 (Monday)**
Basham ID confirmed.

Basham arraigned in KY, attorney requests psychological evaluation

Identity hearing scheduled for Fulks, South Bend, IN

9:15 a.m. Contact with personnel at Greyhound and Tri-State Airport. No one had seen victim. All drivers and ticket agents were given photos. (p. 2023)

Contact with local hospitals – check was negative. (p. 2023)

10:30 a.m. Robbery at the Farm Bureau Credit Union in Middlebury, IN. Two robbers with assault robbers entered the office. No one was hurt, and the suspects were dressed in ski masks and dark jackets with "FBI" written on the backs. The suspects fled in a green or black Ford Mustang convertible with a light-colored top. (p. 2268)

*Statement*: James McCallister, Box 773A Ross Road, Salt Rock, WV, pp. 2087-91. He says with his girlfriend, Stacey Gill. He and Samantha brought up in late March, 2002 after dating since July 2000. They were engaged but broke up because Samantha found out James was cheating on her. He also suspected she was seeing her ex-boyfriend, Travis Harbour. They talked for a while after breaking up, but Samantha cut it off in April 2002 because she heard James had gotten another girl pregnant.
He last saw Samantha in September. She called and asked to see him. They met and said she was tired of men and they all cheated on her. He has also talked to Samantha on her cell phone twice since that meeting in September. The last time they spoke on the phone was in the middle of October. He passed Samantha on Route 10 at the bridge in Salt Rock on Nov. 11 between 4:00 and 5:00 p.m. She was headed toward Huntington. He was pretty sure it was Monday, but it could have been Sunday. He went into Fast Chek(?) the next day after his mother told him Samantha was missing. The clerk in the store told him Samantha had been in the store that day. He called and left 3 messages on Samantha's phone on Tuesday.
He doesn't recall her ever going to Wayne or going to the west end of Huntington while they were dating. She has been to Beech Fork Lake. They also went to Salt Rock toward Gill Cemetery to the 15 marker sign to drink beer. She also used to go to the Barboursville Park.
James said Samantha occasionally smoked pot and drank beer. She was very responsible with money. She contracted an STD while dating James and told him after they broke up.

JA 6303

35493

James was at Billy Branty's house on Lower Mud River working on a motor from 10 a.m. to 10 p.m.

11:00 a.m.  Fulks returns to McGuffin's home. (p. 2037)

11:50 a.m.  Fulks leaves McGuffin's again and said he would be back. (p. 2037)

12:30 p.m.  Betty McGuffin, 128 Morris Street, Huntington, WV called 911 saying Chad Fulks had just left her house to go to Ohio and then would be back.  She told an officer that Fulks was driving a BMW. (p. 1742) In another statement, she says he left on Tuesday (p. 2260)

Agents staked out McGuffin's home and sent her to her mother's.

2:15 p.m.  Officers find out that Brad Fulks' Marshall Univ. ID was used at Drinko Library on Nov. 11 at 10:29 to print four library pages. (p. 1740; 1974)

6:40 p.m. *Interview*:  Ira Crockett, p. 2024.  He owns a black Toyota Tacoma and will be moving to 3540 Skyview Dr., Huntington.  He was arrested on Nov. 2 for DUI and released on Nov. 4.  He says he doesn't know about the missing girl other than what he read in the paper.  He doesn't remember what he was doing on Nov. 10 and believes he worked at Cabell Huntington Hospital until 3:30 on Nov. 11.  After work, he picked up a prostitute for a date.  He gave consent to search his vehicle.  Search produced no apparent blood or other bodily fluids. (p. 2024; 2101)

10:36 p.m.  Fulks was spotted sleeping in a BMW with a stolen WV license plate (#4DK302) at a rest stop in Marion County, Ohio, 180 miles north of Ashland, KY, 40 miles north of Columbus.  Fulks was chased by Ohio Highway Patrol on US 23, stop spikes attempted. (p. 1047).  Fulks escaped.

DNA testing done on the coffee mug, sat cushion, and hospital gown found in Samantha Burns' car.  No blood was indicated on these items.  Also, no semen was identified on the hospital gown or the seat cushion. (p. 1881)

*Interview*:  Basham, p. 1742.  He told Agents Christensen and Vito at the Boyd County Detention Center in Catlettsburg, KY that while they were in VW, Fulks left by himself.  When he returned, he told Basham he had gotten a girl and used her credit cards.  Basham thinks he got a girl in Huntington.

*Interview*: Tina Severance.  Severance said Fulks told her he and "Tommy" had broken out of jail and were on the run when they got to her house.  She thought Fulks was visiting Myrtle Beach to see a friend, J.D., who lived there.  Fulks and his wife, Veronica, had met J.D. before. (TS interview, p. 24)

61

**JA 6304**

35494

*Interview*: Barry Donovan, Jennifer and Angie Warner. Conducted by Lt. Sessions and Det. Rizzo. Interviewed to find out what type of clothing and shoes the victim wears, habits, phone conversations, demeanor or voice during last contact. (p. 250) Lead sheet detailed that Jennifer Warner was the last one to see Alice Donovan. She said Alice was wearing dark sweat pants, maybe a pink shirt, and a gray hooded jacket. Angie answered the phone call at 4:30 and said her mother sounded aggravated. Angie asked Alice if she would be home before Barry and Alice said probably not. When Angie tried to call her mother's cell phone again immediately after hanging up, she got her mother's voice mail - suggesting the phone had been turned off. Later, Barry tried to call Alice and reached her voice mail as well.

Barry said Alice had a Carolina Trust Federal Credit Union check card, a Capital One Visa, Capital One Visa on her husband's name, and a National Geographic Master card. He said she probably did n't have any cash on her b/c when she shops she normally uses her check card, check, or credit card. (p. 2480)

*Interview*: Lindsey E. Wallace, 2208 Kirby Rd., Lot 127, Milton, WV, p. 2123-24. Wallace met Brad Fulks in high school. They began dating in June 1998 and broke up in October 2001. Wallace broke up with Fulks because she didn't like his friends. She then started dating Matt Morris. She said Fulks has been arrested before for Fighting, Breaking and Entering and Assault, and DUI. She saw Fulks at the Marshall football game on Nov. 12 with Chance Grimes and Troy LNU. On Nov. 13, Fulks called her around 4:00 p.m. He said Daniel Childers was telling people he kidnapped Samantha. Fulks then called later and said police had interviewed him and he had taken a polygraph. On Nov. 15, she received an e-mail from Fulks saying he still loved her.

*Interview* by Lt. Sessions. Penny Humphreys and Doretha Rhems are employed at Dollar Tree locate in the Gateway Plaza. They reported hearing a woman yelling from a wooded area near the Office Depot on Hwy. 501. A foot search was conducted with no results. (p. 2470-472).

*Interview*: Arlene Rogers. Conducted by Catina Hipp (Victim's Advocate). Ms. Rogers thinks she saw Fulks in Wal-Mart on Nov. 18 between 1:00 and 3:00 p.m.

*Interview*: Darlene Gifford, bank representative for the ATM at NBSC at 780 Main Street, N. Myrtle Beach. She said the tape of the ATM would show the date, time and amount of transaction. She said the tape had been sent to the Sumter office and that Pam George could aid in obtaining the video (803-778-8454). Dets. Collins and Bishop checked with the Bi-Lo but it's camera doesn't go near the bank. They also checked with surrounding businesses. (p. 2468).

*Interview*: Loretta Smith, Pantry manager at Hwy. 90 & 9 East, N. Myrtle Beach. The ATM is located beside the front door to the immediate left. There are three cameras in the store. Det. Tony Collins and Det. Bishop took tape #14. (p. 2466)

JA 6305

35495

Cell phone tower located at 420 Lewis Berry(?) Lane, Brunswick NC 2942(?)2. Longitude and latitude are 34.06.521 N by 78.05.30W. (p. 2462)

Lt. Sessions conducted interviews at Wal-Mart and said one of the subjects might have an uncle who is a meat cutter at an area Wal-Mart. (p. 2463)

Det. Tony Collins and Det. Dean Bishop interviewed local Wal-Mart managers in N. Myrtle Beach who said they do not have meat cutters anymore but used to. They gave the names of former meat cutters - Denise Wohlford, Thomas Silvia, Ralph Kennedy, Fernall Payne, Salvador Artega. (p. 2464)
        Lt. Sessions conducted background checks on all white males to determine if they were from the Kentucky area. None were found to indicate any connection to Fulks or Kentucky. (p. 2465)

Additionally, a chopper search was organized and searched the Hwy. 90 to the state line, behind the Office Depot where screams were heard, Down Hwy. 17 and Hwy. 22, Hwy 905 and Route 9. Searched all of Cherry Grove, Little River and North Myrtle Beach. Additionally, Det. Addison and SLED Agent David Roper drove through all the areas covered by the chopper and checked behind the Wal-Mart/Dollar Tree. (p. 2479)

****SA Martin Williams report - Det. Randy Chapman of the Vanderburgh County Sheriff's Dept provided an VCSD Initial Offense Incident Report and a supporting Supplemental Report describing their investigation into Hawkins' kidnapping. See Hawkins' interviews on 11/20/02 and 11/6/02. (pp. 2635-2665)


**11/19/02 (Tuesday)**

00:30 a.m. *Interview*: Betty (Beth) McGuffin, p. 1743; 2129. She said she has known Fulks all her life. Fulks and Basham arrived at her home on Friday. They spent Friday and Saturday night with her. They left Sunday afternoon and around 10:30, Fulks returned without Basham and looked pale. The 11 p.m. news came on saying Basham had been arrested. Fulks said he had gone to pick up Basham and the police were chasing him so he left. McGuffin said Basham told her he was carrying a .45 and Fulks was carrying a .22. Basham also tried to give her a gold ring with a heart that had diamonds in the center, but it was too small for her.
        The BMW had two bags in the trunk and three in the back seat. A leather doctor's bag with at least $2,000 was in the trunk and a large plastic red bag with what looked like clothes in it. There were two garbage bags in the backseat that looked like they hda clothes in them and an Elder Beerman bag with cartons of Marlboro Lights in it.
        She also said she saw Fulks five months earlier. He arrived with his wife, Veronica, and their little boy. They left after a few hours and went to a motel next to Wal-Mart. A few months later, Chad visited for an hour while his landlord, who was with him, slept in the King Cab silver truck they arrived in. Then they all went to her cousin's

JA 6306

35496

trailer, Morten and Christy Woodyard) so Chad could get a ride in their beige Nissan. Beth, Christy, Morten and Chad got in the car, went to Chad's trailer in KY, then went to Chicago and to Indiana. They came back without Chad.

1:58 a.m. *Interview*: Branden Basham at Catlettsburg, KY (p. 29-33; 1918-1923; 1928-1932) began 1:58 a.m., ended 3:19 a.m.

9:45 a.m. *Interview*: Branden Basham at Catlettsburg, KY (p. 34-39) began 9:45 a.m., ended 2:40 p.m.

12:00 p.m. Beth McGuffin in statement said her friend, Stacey Thacker, was at her house while Fulks and Basham were at her residence. She also said Fulks wanted her to go with him to a bike rally in Arizona. (p. 2002)

12:15 p.m. Heather Carter, 57 Private Drive 144, Proctorville, Ohio, p. 2134-35. Carter wad riving down state Route 7 to the Citgo gas station and has the car serviced. She exited the station at 12:15 p.m. and continued traveling down Route 7 toward the intersection of Route 7 and Route 243. She went straight through the light at the intersection and as almost hit by a BMW running a red light from State Route 243. The man driving the BMW looked at her and turned right onto Route 7. He acted like nothing had happened and was driving at a normal rate of speed. He had a female passenger in the car, which she later said was not Samantha Burns.

Carter followed the BMW to the 31st Street Bridge and over the river into Huntington. He turned right off the bridge onto 3rd Avenue and traveled toward downtown Huntington. She then went to the Pontiac dealership and arrived there at 12:50 p.m. She recognized the photo of Chad Fulks on the news that night as the man who almost hit her.

1:50 p.m. ****Affidavit of FBI Agent *Martin J. Williams* in the S. District of Indiana, Case No. EV 02-48M-01. His affidavit covers the kidnapping of James Hawkins. Basham pulled a knife out on Hawkins, saying, "If you cooperate, you will not get hurt." He drove until they reached the Whirlpool factory on Hwy. 41 North in Evansville, IN. They bound him with duct tape and electrical cord and placed him the truck while bound b/t the two suspects. Basham and Fulks then took Hawkins into rural Vanderburgh County where they tied him to a tree. He later escaped.

Hawkins' vehicle, a 1989 GMC pick up was manufactured in Canada with vehicle identification number of 2GTDK14H0K1544569. (pp. 2614-2616; 2622-2625).

2:00 p.m. McGuffin said Fulks left a social security card at her home belonging to Heather Jo Jacobi. Jacobi's purse was stolen at the Ashland Mall the night of Basham's arrest. (p. 2002)

64

**JA 6307**

35497

3:00 p.m. *Interview*: Heather Goodman, 3025 9th Avenue, Guyandotte. An ex-girlfriend of Fulks, hasn't heard from him since 2000, and fears him. She said he might attempt to contact her. (p. 2002)

5:00 p.m. *Interview*: Diana Thompson, 153 County Rd. 205, Procterville, Ohio, p. 2002. Mother of Chad Fulks. She said the last contact she had with Chad Fulks was on Nov. 13. (p. 2002; 2126)

*Interviews*: Nancy Fulks, Chad's grandmother, and Edith Stacy, Chad's aunt. Neither had spoken with Chad in years. Both identified other family members and their locations. (p. 2002)

5:30 p.m. BCSO(?) notified of victim calling home on cell phone by the Winnabow/Boiling Spring Lakes cell tower.

6:25 p.m. (Approx.) Interview: Mark Pyles, 1162 South Jefferson Drive, Huntington, WV, p. 2133. Pyles was driving east on Route 7 near Burlington, Ohio. When he moved into the left lane to turn left onto Buffalo Creek Rd., a while male jumped from the median to the driver's side and started beating on the driver's side door. He was shouting, "Get out of the fuckin car. I need that car." Pyles turned down Buffalo Creek Rd rapidly. He saw the man running toward the Ohio River. The suspect was a white male with light colored hair. He wore a burgundy colored sweat shirt, blue jeans, and looked like the photo of Chad Fulks on the news.

8:30 p.m. *Interview*: Sherry Fulks, Chad's sister. She denies contact with Chad and strongly stated that she desires absolutely no contact with him. (p. 2003)

9:48 p.m. A 198 Chevy Cavalier Z24 convertible was stolen from the driveway of 1708 R. Coffman St., Barboursville. Eight-year-old Ashley Wolford was still inside the car. (P. 2181)

Sometime Friday night: Ronnie Fulks said Chad was at his house when he got home on the evening of Nov. 19. (p. 64-67)

Criminal complaint was filed in the US District Court, S. District of Indiana, Evansville, charging Fulks and Basham with the carjacking of James Hawkins. (Dismissed 12/24/02) (p. 173)

*Interview*: Christopher Pinkston, 16733 Bear Creek Rd, Catlettsburg, KY, p. 1112. Chris said he and his girlfriend, Brittini Thomas were going to eat at Applebee's when he saw a figure shoot at a police officer. He said the officer was on the group for about five seconds, then jumped back up and chased the man again. Chris was 25 feet from the officer - he and his girlfriend were in the car with the windows rolled up. He said he only

JA 6308

35498

remembered hearing two shots, one right after another. His car sustained no damage.

*Interview*: Herman, Dido, and Dwayne Fulks at pp. 41-46.

****Affidavit of Franklin Charles, III, a FBI agent in Hopkinsville, KY. The affidavit outlines that Fulks and Basham escaped, kidnapped James Hawkins, were identified robbing a trailer in Conway by Carl Jordan, and abducted Alice Donovan. At the time, Basham had been apprehended, but Fulks remained at large. He said circumstances constitute probable cause to believe that Fulks violated Title 18, USC Section 1073 and moves that a complaint be filed and a warrant issued. (p. 2604-2605).

Arrest Warrants issued for Chad Fulks and Branden Basham in Conway for Kidnapping(16-3-910), Carjacking (16-3-1075). Affidavit of Lt. Sessions is attached saying that Basham had said he and Fulks carjacked and kidnapped Donovan. (p. 2481-2486)
     ****Arrest warrant issued for Fulks in Western District of KY for Unlawful Flight to Avoid Prosecution/Confinement. Case No. 5:02M - 480- K. (p. 2602).
     ****Arrest warrants issued for Basham and Fulks in S. District of Indiana for Carjacking on or about Nov. 5, 2002. (p. 2617; 2626).

## 11/20/02 (Wednesday)

12:15 a.m. A 1988 Chevy Cavalier with Ashley Wolford still inside were found at Fairfield Plaza, across from Cabell Huntington Hospital. The girl was unharmed. (p. 2181)

Andrea Adams and Ronnie Fulks drove with Chad Fulks to dump the BMW in a shed.

Fulks jumped from the car after the police began following the vehicle. He then attempted to enter a home through its sliding glass door and failed. Fulks ran toward another residence but surrendered shortly afterward. Fulks was arrested. (p. 1260)

1:00 p.m. Sgt. Bradshaw, SAs Franks and Mallett recovered black duct tape attached to a cardboard roll and a dirt sample from Kilgore Ridge, Wayne County, WV – in vicinity of burnt car. (p. 2031)

2:30 p.m. Conway PD, FBI, and County PD began searching around the Savannah Bluff area after consulting Branden's map. They searched from 4:30 to 11 and broke off with the intention of beginning again at 9 a.m. No success. (p. 2489) Branden's map on p. 2490)

JA 6309

35499

4:30 p.m. FA Cash found e-mail communications between Samantha and screen name "LEDZEP71681." In the e-mails, Samantha apologized for an undisclosed event and stated that she was corresponding with Travis who was fired from his job. Sgt. Schoolcraft said Samantha and Travis had ended their relationship and were trying to get back together. (p. 2031)

5:00 p.m. SA Steele, Ibison, and May discovered victim's dark blue BMW in an outbuilding north of Goshen, IN on County Road 27. (p. 56)

5:09 p.m. Search of Andrea Adams' home yielded nothing of evidentiary value. Search over at 5:32 p.m. (p. 57; 797)

8:20 p.m. Amy D. Ward's ID was recovered in the BMW. (p. 2031)

Search of 1988 Chevy Beretta (car Fulks jumped from to try to escape police) (p. 58)

Federal charges filed in the USDC, Florence, SC including carjacking and kidnapping. (p. 193)

*Interview*: Branden Basham at Catlettsburg, KY, began at 11:00 a.m., ended 7:00 p.m. pp. 59-63; 1924-1927.

*Interview*: Chad Fulks at Goshen City Police Station, began at 3:00 p.m., ended at 6:15 p.m. Fulks doesn't talk much - what he does say is refuted by the interviewing officers because it goes against the video in the Wal-Mart parking lot. Fulks became increasingly unresponsive but was allowed to call his mother and leave a message saying he loved her. (pp. 77-82; 1893-98).

*Interview*: Chad Fulks at Goshen IN, began at 8:30 p.m., ended 9:10 p.m. Fulks gave biographical information about himself on the ride to the St. Joseph County Jail. (pp. 70-71)

*****Interview*: James Hawkins, 9645 Hanson Road, Hanson, KY 42413, pp. 83-89; 2628-2635.

Hopkins lives with his mother and his 11-year-old son. He is divorced and lives approximately 12 miles from the Hopkins County Detention Center. He identified Basham and Fulks. He said Basham appeared at his door asking to use the phone because his car had broken down. Basham made two telephone calls - the first went unanswered and the second lasted for approximately two minutes. Basham asked if there was a convenience store nearby. Hawkins told him of one and agreed to drive Basham to it. At the end of the driveway, Hawkins picked up Basham's "brother" - Fulks - who had hurt his leg. When they drove to Robards, where Basham had said his car broke down, Basham said he was confused and that he had broken down near the twin bridges in Henderson, KY. When they reached Henderson, Basham said the car must have been towed. Hawkins'

67

truck was almost out of gas, and Fulks insisted they drive to Evansville where he knew a woman who could give them gas money.

At the intersection of Hwy 41 and Washington Avenue at a McDonalds/BP, Fulks made a call on a phone card. He said the woman he was trying to contact had gone to the store but would be back in 20 minutes. Hawkins asked if he could use the calling card, and Fulks said nothing. Basham asked for the card and said he would try to contact the woman again. Basham came back and said he didn't know how to use the calling card. He gave it to Fulks who placed the call. Fulks talked with someone for approximately 10 minutes. When he returned, he said the woman was babysitting at a location just north of where they were and they could drive to the apartment where she was and get gas money. Hawkins headed north on Hwy. 41.

Hawkins attempted to turn left near where the woman lived, but Basham told him not to. When questioned, Basham said, "Trust me," and Hawkins noticed he was holding a knife. Basham advised Hawkins to "be cool," and said, "I don't want to do this to you." He said, "ain't nothing gone right all day."Hawkins offered to pull over and give them the truck. Basham said not to and that they were getting gas money so Hawkins could go home. Fulks was very quiet during the time they were together - Basham did most of the talking.

Just prior to reaching the Whirlpool factory on Hwy. 41, Basham asked Fulks for instructions on what to do next. Fulks instructed Hawkins to pull over. He came around to the driver's side and began driving, leaving Basham by the passenger door and Hawkins in the middle. Fulks pulled into the Whirlpool parking lot and drove around in a big circle. Basham questioned him as to what he was doing and asked "is this where we are supposed to meet her?" Fulks never answered. Fulks drove onto Hwy. 41 and headed north. He told Basham to tie Hawkins' hands with duct tape on the floor. Basham did so, taping Hawkins' hands in front of him. They then stopped at a Bigfoot convenience/gas station where Fulks used a millennium silver dollar to buy gas. Basham sat in the truck with Hawkins while getting gas with his left hand over Hawkins' so Hawkins couldn't bring attention to himself. While waiting for Fulks to pay, Basham expressed concern about the tape being too tight on Hawkins' wrists. Basham then talked about things not going right since the escape, how he "did not want to do this to him." Basham also promised they wouldn't hurt Hawkins.

When Fulks returned, they continued up Hwy. 41. After passing a brown brick building (oval-shaped, made out of glass), Fulks turned right. Basham asked if this was where they were supposed to go and Fulks said, "Damn, this isn't the place." Fulks then turned around but turned right before getting back on Hwy. 41. They entered a field and attempted to make a left-looped turn. Basham said, "We can't do this here, there are houses too close." As Fulks was making the turn, the truck got stuck. Hawkins told him how to engage the 4-wheel drive and they drove out of the field. After exiting the field, Basham placed a woman's ring on Hawkins' left hand little finger. He whispered that the ring was for all his trouble. Hawkins isn't sure what happened to the ring.

Fulks drove to another field and drove in along a treeline for about 200 feet. Fulks and Basham got out of the truck and discussed what to do next. Fulks said, "Do what you want with him, I don't care, it's your call." Basham said, "I don't want to ..." Hawkins

68

couldn't hear the rest of the sentence. They then moved away from the car so Hawkins could no longer hear their conversation. Basham then ordered Hawkins out of the truck, told him to hug the nearby tree and bound his hands with duct tape. Fulks said Basham wasn't taping Hawkins' hands tight enough. Fulks took over and applied the tape much more tightly. Fulks ordered Hawkins to sit down and then bound his legs. Fulks gave the tape back to Basham, who continued to bind Hawkins' legs. Fulks then ripped up some clothing and used them as binding to secure Hawkins' legs. He also detached an electrical cord from a generator in the back of the truck and further bound Hawkins' wrists. He also placed a strip of duct tape on Hawkins' mouth.

Fulks then dragged an old dog house behind Hawkins so it would keep people from seeing him. Basham stated we "can't leave him out here because of the cold." He then gave Hawkins his coat to keep warm. Fulks then tore the seat cover form the truck and used this material to cover Hawkins. Before leaving, Basham asked Hawkins if he was alright and stated that once they got back to Kentucky, he would call someone and tell them Hawkins' location.

*Interview*: Andrea Adams (Ronnie Fulks' girlfriend) pp. 47-49.

*Interview*: Ronnie Fulks, pp. 64-67. Ronnie said that Chad had visited his home about 2.5 weeks earlier with two girls and another guy. He said they only stayed for a while and then left. He knew Chad had broken out of jail at that time. He said Chad was at his house when he got home on the evening of Nov. 19. On Nov. 20 around 7:30 a.m., Ronnie and Andrea Adams followed Chad as he left the BMW and were all arrested on the way home.

*Interview*: Davion Nolte, 102 North 5th St. Apt. 3, Goshen IN. pp. 50-52. Boyfriend of Andrea Adams' daughter. He saw Chad Fulks at Ronnie Fulks' residence on Tuesday, Nov. 19.

*Interview*: James M. Lambdin, 322 West Oakridge St, Goshen, IN, pp. 53-55. Son of Andrea Adams. He answered the door on Tuesday, Nov. 19 when Chad Fulks came to their home. He said Fulks spoke with Andrea briefly and then stayed the rest of the night.

*Interview*: Allen J. Ludwig, 55755 County Road 27, Bristol, IN 46507, p. 68. Ludwig is the owner of the property where the BMW was abandoned and gave consent to search the property.

*Interview*: Ron Yoder, 56518 County Road 27, Goshen, IN, p. 72. Yoder, one of Ludwig's neighbors, identified the property under investigation as Ludwig's.

*Interview*: Helen Cook, 1324 Waccamaw Lake Drive, Conway, SC, pp. 73-74. On Wednesday, Nov. 13, at 2:20 p.m., Cook observed a dark green minivan in her neighborhood occupied by two young white males. She saw the men acting suspiciously and they continued to drive around her neighborhood.

JA 6312

35502

*Interview*: Tonya Richardson, 1316 Waccamaw Lake Drive, Conway, SC, pp. 75-76. Cook's neighbor who also saw the green minivan driving through the neighborhood on Thursday, Nov. 14 around 12:30 p.m. She managed to get the license tag - 64Z2805.

Search moved to Winnabow area, press release asking for leads of possible sightings

Telephone conference noted on lead sheet involving Det. Rizzo and Captain Schilling with FBI and Basham's attorney. All answers came through his attorney. Basham relayed information describing the Savannah Bluff area and said they tied Alice to a tree and left her. He also drew a map about the location he wad describing. Capt. Schilling immediately recognized the area as Savannah Bluff. A group was dispatched to begin searching the area. (p. 2479)


**11/21/02 (Thursday)**
12:00 p.m. AT&T Wireless was able to tell approximately where Samantha was during her last phone call to her parents. She was at 16th Street Road near I-64. (p. 1743)

2:23 p.m. 1st appearance hearing for Fulks in South Bend, IN before Judge Neuchterlein on charges relating to warrants issued in the S. District of Indiana and the charges from SC.

Basham indicted on charges of attempted murder, first-degree robbery and being a persistent felon offender by a grand jury in Boyd County, KY. (p. 1219)

*Interview*: Chad Fulks at U.S. Marshal's Office, South Bend, IN, began 10 a.m., ended at 7:18 p.m. Fulks spoke with his sister, Sherry, and was served with an arrest warrant for the carjacking and kidnapping of Alice Donovan.

*Interview*: Vincent Driggers, 2653 Pintail Court, Marion, SC, p. 91. On Nov. 14, Diggers and his friends, David Hall and Don Watkins, were getting ready for a cookout at the Bee Tree Farms Hunting Club in the Winnabow community of Brunswick, NC. Between 4:30 and 5:30, he saw a dark blue BMW with three occupants make a U-turn on Bee Tree Rd. He thought the seating arrangement was odd b/c two of the people were in the backseat. Also, none of the occupants looked at him while making the U-turn.

*Interview*: Robert Talsma, 4304 Ohio Street, Michigan City, IN, pp. 93-95. Talsma went to breakfast with Tina Severance and Andrea Roddy on Nov. 8. Sometime during the following day, Nov. 9, Talsma noticed that one of his gun cases was empty. He then searched for the others and found a total of four hand guns missing. Some of his checks were also missing.

*Interview*: Stacy Ann Workman, 1208 28th Street, Huntington, p. 2137. Workman was introduced to Chad and "Tommy" on Nov. 15. At around 10:00 p.m., she went with

70

JA 6313

35503

Fulks and McGuffin to Fatty's Olive Street Market to get beer and then went back to McGuffin's house. A little while later, Stacy's boyfriend Rob LNU arrived and Workman left. She said Stephanie Mabe/Durst also came by and seemed to favor Basham. She might have stayed the night with him. Workman said Fulks, Basham, and McGuffin came by on Nov. 16. She said she didn't want to go out with them and they left.

*Interview*: Karen Tomblin, 2910 Old Spring Valley Rd, Lavalette, WV, p. 2139. She observed a white car, trimmed in black, with a Marshall Univ. sticker on the front bumper parked at Haney's Branch Rd. A girl similar to Samantha Burns was sitting in the driver's seat. A young white male with short, black, wavy hair and a long nose was sitting in the passenger seat. The car remained parked on Haney's Branch for a couple of hours. She couldn't see the girl's clothing, but male had on a white dress shirt and a black tie.

Basham writes first letter to Beth McGuffin from Ashland, KY. (p. 799-802)

****Article in Evansville Courier & Press featuring Branden's mother, Kathy Basham. She said Branden was tormented by inmates and jail personnel at the Hopkins County Jail. He said that Alice Donovan was still alive and with Fulks when Fulks and Basham split up. Kathy said, "Unless he gets the right medication so he can think like everybody else, he doesn't have any more sense than to run in front of a car. It's just like a 7-year-old. He thinks he could do something and get away with it."

Hopkins County Jailer Jim Lantrip agreed that Basham wouldn't have been the dominate in the pair. He said Basham had difficulty getting along with other inmates, largely because of his condition. "He is a hyperactive, immature guy." "When he was on his medication and acting right, he was likeable. He wasn't a bad kid. Other times he would just get on your nerves." He said it wasn't uncommon for jail staff to get anonymous notes from inmates saying they would hurt Basham if he wasn't moved.

The article also says, "Unlike Basham, Fulks ... had a lengthy history of brushes with the law that included impersonating an FBI agent, robbery, theft and burglary." (p. 2666-2667).

## 11/22/02 (Friday)

0:38 a.m. Received statement from Beth McGuffin. (p. 2032; 2039). Gave additional information as to what she, Fulks, and Basham did during the weekend.

Plea from victim's daughter for location to be revealed.

Severance and Roddy served with Federal Grand Jury subpoenas for Florence, SC. (p. 221)

11:00 a.m. Capt. Ratliff with Ashland P.D. found a .38 caliber pistol in train car where Basham had run when arrested. (p. 2032)

71

**JA 6314**

35504

6:35 p.m.  Beth McGuffin gave Sgt. Divita a letter she received from Basham, mailed from the Boyd County Detention Center. (p. 2032)

*Interview*: Chad Fulks at Federal Building in South Bend, IN, began at 9 a.m., ended at 4:27 p.m.  Fulks gave some information about the victim, such as she was wearing blue jeans, etc.  However, the officers had problems with parts of his story (ie: Basham was driving, etc.).  Fulks was allowed to speak with his mother over the phone. (pp. 101-104).

*Interview*:  Tina Severance, pp. 107-115.  Said Fulks and Basham both left the hotel wearing camouflage shirts and floppy hats.  (p. 1743; 2140)

*Interview*:  Brandy Nicole Davis, p. 1440-41.  Davis was the clerk at Dodge City Amoco in Shallotte, NC that waited on Fulks.  Davis had to prepay Fulks' gas on a credit card and then he purchased three Mountain Dews.  She said the white male was wearing a sweater, maybe green in color, and driving a dark-colored BMW.  Fulks also bought two rolls of tape – one a cloth masking tape and black hose repair tape.  He had asked for duct tape, but they did not have any in the store.

*Interview*:  Ronald J. Purdue, 2794 Bee Tree Farm Road, Winnabow, NC, p. 116-17.  While fixing a deer stand, he saw two males drive down the road in a dark blue car.  The blond-haired guy was in the backseat.  His father-in-law, Simon Little, Sr., contacted him by CB radio to help him gather up their hunting dogs.  Purdue turned around in the graveyard and saw a dark blue car.  Purdue told Little to check out the car because it was suspicious.  However, on his way to meet Purdue, Little did not see the car so it must have turned left off the road before Little got there.

*Interview*:  Simon Little, Sr.  After his son-in-law told him to check out the blue vehicle in the graveyard, Little reached Bee Tree Road after only two or three minutes.  The vehicle had left by the time he drove past the graveyard.

*Interview*:  Donna Purdue.  She testified that while hunting during the past week she had observed a large number of buzzards flying near the "log pile area," an unnamed dirt road close to Bee Tree Rd.  A search recovered no positive results for the victim.  (All from pp. 116-17).


**11/23/02 (Saturday)**
1:13 p.m.  Diana Daily said a search team found a Marshall sweatshirt.  Nothing else in the area was found.  A camouflaged jacket was also found by a searcher from Rutherford on Route 152 in a culvert by the old Ames Store. (p. 2032)

"America's Most Wanted" aired segment on Fox News

JA 6315

35505

*Interview*: Linda Lovett, conducted by Det. Addison. She said she noticed large numbers of buzzards flying above her while driving down Hwy. 90 near Hwy. 22. (p. 252)

*Interview:* Frankie Rabon, Bee Tree Rd, p. 2300. He said he saw only the wheels of the BMW because large redtip bushes were blocking his view. However, he told R.J. Purdue that he had noticed a foul odor on High Hill Road near Leonard Rd. The area was checked with no positive information about Alice Donovan.

**11/24/02 (Sunday)**
*Interview*: Darryl (Dwayne) Fulks, 7205 North – 1150 West, Shipshewana, IN, p. 118. Fulks was mad because he had spoken with Severance who told him she was not being charged. He said when he met with Chad and Severance in early Nov., it was Severance who told him Chad was on the run, so she was aware of it and knew what Chad was doing. He said she told him that while they were in West Virginia, they stated at the Hollywood Motel which he thinks is in either Wayne or Cabell Counties. He said Severance said she was currently staying with a prostitute.

**11/25/02 (Monday)**
Federal Grand Jury.

4:00 p.m. *Interview*: Branden Basham at the Boyd County Detention Center, Catlettsburg, KY, began 4:00 p.m., ended 7:00 p.m. Basham meets with investigators to try to give directions to Donovan's body. He provided a chronology of that day's events. (pp. 119-121; 1936-1938).

5:00 p.m. Officers examine letter Beth McGuffin received from Basham. It points to ring finger and says, "Remember." (p. 1744; 1944)

*Interview*: Hazel Bell, conducted by Det. Rizzo. She believes she may have seen Alice Donovan's car on Nov. 17 at the dock on Red Bluff Rd. off Hwy. 905 around 6:20 to 6:30.

*Interview*: Jo Dean, the Comfort Inn, 7525 U.S. Route 23, Piketon, Ohio, p. 2150. She said Tina Severance registered for a room at 10:33 p.m. on Nov. 10 but canceled it at 10:47 p.m.

*Interview:* Manoj Oilwala and Pranoti Pranoti, Town & Country Motel, 7137 US Route 23 South, Piketon, Ohio, p. 2151. Tina Severance registered for a room for two at the motel. She paid $44.80 in cash for the room. The estimated time was 10:30-11:00 p.m.

**11/26/02 (Tuesday)**

73

**JA 6316**

35506

10:00 a.m. Interview: Beth McGuffin, p. 1744. She said she doesn't have the ring because she gave it back to Basham. It was under her pillow at some point, but she doesn't know where it is now.

10:30 a.m. Fulks appeared before Judge Thomas Rogers in Florence for a preliminary hearing. (p. 2253)

11:00 a.m. Officers search McGuffin's residence for the ring which was not located. (p. 1744)

12:50 p.m. Sgt. Arnold asks Kandi Burns to search for a ring just like the one Samantha had. (p. 1745)

Basham passes information about Burns through attorneys to WV investigators, particularly Trooper Scott Lawrence.. (p. 1044; 1225) He said that while driving with Sam's body, he passed a Gentleman's Club on U.S. Route 60 and then traveled to the Guyandotte area of Huntington. He recalls passing over a blue or green bridge going through an opening in the flood wall. There, Sam's body was rolled down an embankment and into the Ohio River. He also remembers a pickup truck parked nearby with a rebel flag in the back window. (p. 1745)

Fulks brought to Florence, SC for initial appearance before US Magistrate Judge Thomas E. Rogers, III. He was denied bond and scheduled for another appearance on Wednesday, Dec. 4 at 10:30 a.m. (p. 214)

*Interview*: Joe Ludlam, 6518 Brownway, Shortcut Rd., Conway, SC, conducted by Mark B. Lewis, p. 493. On Nov. 15 or 16 between 2:00 and 4:00 p.m., Ludlam was driving down a dirt road toward the Little Pee Dee River south of Conway when a dark colored BMW pulled up behind him. He pulled over and let the BMW by - it was occupied by two males. The BMW went to the old landing area and was out of his sight but a few people were in the area. About 15 minutes later, the BMW came back by the landing. Ludlam was only able to see the driver who had blond or light brown hair. The passenger wasn't facing forward and appeared to be turned around doing something in the backseat both times Ludlam saw the car. The area is between Hwy. 378 and Hwy. 701, not far from Aynor and on the Little Pee Dee River.

Pretrial Services Report for Chad Fulks by Officer Janice Lawton. In 1995, Fulks married Amber Fowler in Ashland, KY. They had one child, Devin Fulks, who died at 6 months of age after a cousin jumped on him and caused internal bleeding and a ruptured stomach. Fulks and Fowler divorced in 1997. Fulks obtained his GED and welder's certificate in Ohio.

As to his health, Fulks was in good health with several tattoos on his back, right and left shoulders. He underwent a psychological and psychiatric evaluation in June 1998. He was diagnosed as "Malingering and Antisocial Personality Disorder." He admits to use

74

**JA 6317**

35507

of marijuana and cocaine, conceding cocaine was his drug of choice. He also uses alcohol. (p. 2413-2414)

The addendum to the report stated Fulks' last known residences were 153 Township Rd, #205, Procterville, OH 45669 and 997 Jason Ridge Rd, Louisburg, KY. He was released from the Indiana Department of Corrections on (or about) March 22, 2002 and married Veronica Fulks in April 2002. Mrs. Fulks has a child from a previous relationship and is currently incarcerated at the Christian County Kentucky Jail on child abuse charges. After his release, Fulks was employed with Coachman RV, earning $16.50/hour as a welder. He was fired when he was arrested in Elkhart County, IN. He has since been unemployed. (p. 2415)

Basham writes second letter to Beth McGuffin. (p. 803; 1947-1951)

## 11/27/02 (Wednesday)

Basham flown to Florence, SC from Kentucky, hearing 4:30, 1st appearance, consult with attorney.

10:00 a.m. A search of the Guyandotte area begins concentrating on the area between the Ohio River and the Guyandotte River up to the Washington Boulevard/Guyandotte bridge in front of INCO Alloys. Nothing was found during the search, but both cadaver dogs his in two different areas in the Guyandotte River area of the search. (p. 1044; 1745)

5:30 p.m. First search for Samantha Burns ends with nothing found. An underwater video camera was used for approximately one hour. (p. 1745)

Search by Forensic Laboratory found no latent prints on the coffee mug, seat cushion, white plastic bag containing a blue gown or the empty Doral cigarette box. (p. 1883)

*Interview*: Andrea Roddy, unknown address, pp. 123-24; 2156-57. Roddy slept during most of the period she was with Fulks and Basham. She is unable to drive and believes Basham is also unable to drive. She said she purchased merchandise using stolen checks. While in West Virginia, she recalled that Basham and Fulks returned to the hotel room with a box of fund-raising candy. She believed Basham and Fulks had stolen it from a girl who was selling it. Roddy also recalled a ring that Basham wore on a chain around his neck. She says Basham was wearing camouflage clothing the night they stayed in WV.

Warrant for Tina Severance for Aiding Theft Class D Felony. (p. 2388)

## 11/28/02 (Thursday)
6:15 a.m. Picked up Branden Basham at Brunswick County, NC, along with Cam Littlejohn and William Monckton, his attorneys. Basham finally identified the first

75

JA 6318

35508

cemetery they had visited as the one where Donovan was killed after visiting it for the third time. He also made reference to a purse strap with which Fulks strangled Donovan. (pp. 125-127, also pp. 372-374; 1933-1935).

**11/29/02 (Friday)**
8:00 a.m. Huntington Fire Dept. resumes search of the Guyandotte River area with an underwater video camera. (p. 1746)

3:00 p.m. Beth McGuffin gave Sgt. Arnold a second letter from Basham in which he mentions he and Chad doing "bad things" but doesn't go into details. (p. 1746; 2033)

Agent Harper and Sgt. Arnold take Beth McGuffin to Leroy's Jeweler's located in the mall to view a lineup of rings. One of the four rings is identical to Samantha's ring. Beth looked at and picked up ring #2. She said it was similar to the one Basham had given her but was not the same. The ring he gave her was thicker and the diamonds may have been on the outside instead of in the middle. The ring she picked up was the ring identical to Samantha's. (p. 1746)

**12/02/02 (Monday)**
5:45 p.m. Basham's attorney, William Monckton, tells Agent Ciccarelli and Sgt. Arnold that Samantha's full naked body was rolled down an embankment into the water within a mile of Chad's ex-girlfriend's residence. They drove through a flood wall (9th Avenue) and pulled off in the middle turn around (Riverside Drive), walked over and rolled the body down the embankment into the River. This was near a green/blue bridge, a Mom and Pop store with a telephone booth outside, and a green truck with a rebel flag in the back window. (p. 1747) This indicates that Samantha was put in the Guyandotte River between Washington Boulevard bridge and Guyandotte boat ramp.

Detective Rizzo faxes Cardholder Dispute Form to Bob Johnson at CUNA Mutual Group regarding Alice Donovan's debit card charges. He reports $1006.000 in unauthorized transactions. (p. 2440)

**12/03/02 (Tuesday)**
12:45 p.m. Agent Ciccarelli located a green truck with rebel flag in the back at 9th Avenue and Guyandotte. The truck matches Basham's description. (p. 1747)

2:00 p.m. Tina Severance placed under arrest at the Porter County Juvenile Services Center on SR 2. She was allowed to appear for her daughter's hearing and was then transported to the Michigan City P.D. (p. 2326)

JA 6319

35509

4:30 p.m. *Interview*: Darryl Hill. Detective Sean Addison spoke with Darryl Hill, assistance store manager at Wal-Mart. He said that on Friday, Nov. 15 at 11:00 a.m. he was contacted by Peggy Smith, a friend. Smith asked if her friend, Barry Donovan, could come over and view the store's video system. Hill told Smith he could make arrangements. Donovan came in but did not view any tapes that day.

On Saturday, Nov. 16, Det. Carr and Donovan viewed the surveillance tapes with Darryl Hil and Chris Bowen, the store's loss prevention officer. They viewed the garden side tapes but did not see Alice. However, on Sunday, Nov. 17, Dets. Carr and Cox returned and met with assistant manager Brandon Hines and Bowen to view the grocery side. Once viewing and making the connection with Donovan's vehicle, the tapes were turned over to Det. Carr. (p. 2477-2478)

**12/04/02 (Wednesday)**
9:30 a.m. FBI Agents, Huntington Police Dept., and the WV State Police Crime Scene Units searched the banks along the Guyandotte River near 9th Avenue Guyandotte flood wall. Search found nothing. (p. 1748)

Confirmed with Sandra Childers of United Bank that on Nov. 11, $250.00 was withdrawn from Samantha's account and $350.00 was denied. (p. 1748)

2:00 p.m. Via conference call, it was determined that SC has the best prosecution case. (p. 1748)

4:00 p.m. Agent Ciccarelli, Captain Stickler, Tessa (FBI counselor), and the undersigned officer spoke with the Burns family at their residence. The agent told them they think Basham and Fulks carjacked Samantha, used her ATM card, killed her, put her in the Guyandotte River, and burned her vehicle. They said circumstantial evidence points strongly at Fulks and Basham. (p. 1748)

**12/05/02 (Thursday)**
1:30 p.m. Coast Guard searched the Ohio River from Guyandotte to Kenova on both sides and found nothing. (p. 1748)

**12/06/02 (Friday)**
Coast Guard searched the Ohio River and the Corps of Engineers is trying to get equipment to clear/check the debris gathered around the bridges. (p. 1749)

**12/10/02 (Tuesday)**

JA 6320

35510

Skeletal remains found along I-85 in Cherokee County, SC. The Cherokee County coroner said the woman found may have died long before Burns or Donovan were missing. (2219-20; 2264)

**12/11/02 (Wednesday)**
Det. Rizzo, Det. Collins, and SA McKenzie served warrants for kidnapping and carjacking on Fulks and Basham.

White smear found on the seat cushion in Samantha Burns' car determined to contain high amounts of silicon and aluminum. (p. 1885)

**12/12/02 (Thursday)**
11:25 a.m. *Interview*: Andrea Roddy, Behavioral Medicine Unit of St. Anthony Hospital, Valparaiso, IN, p. 2327-2339; 2372-2387. Andrea became friends with Tina through Tina's daughter, Cassandra. She said during the second night at the motel in IN, Severance told her they would take Talsma's guns and told her how they would do it. Roddy went with Severance to Talsma's house and unlocked a window and a door while Talsma was in a back room. While in Pikeston(?), Ohio, Roddy noticed a box of fundraiser candy. Basham said he had gotten it from a little girl. Roddy said she had heard that Basham and Fulks had made Alice Donovan jump off a bridge, but that was only what she had heard. Chad and Branden had not told her this.

Basham writes 4th letter to Beth McGuffin. 3rd letter is undated. (pp. 808-813; 1952-1957)

Agent Ciccarelli said that neither William Monckton nor Bill Nettles will allow interviews with Basham and Fulks.

**12/17/02 (Tuesday)**
9:52 a.m. Fulks and Basham were indicted by a Federal Grand Jury sitting in Florence, SC on charges including carjacking and kidnapping, resulting in death. (p. 173; 1215)

Testimony of SA Jeffrey M. Long (p. 843)

Mr. and Mrs. Burns move to new address – Route 2, Box 84, West Hamlin, WV. (p. 1749)

4:15 p.m. Agent Harper said the FBI Laboratory is working on establishing Samantha's DNA and then they will check evidence. (p. 1749)

****4:34 p.m. Grand Jury testimony of Betty McGuffin. (pp. 2724-2748).

JA 6321

35511

6:00 p.m. Ciccarelli called and said Beth McGuffin gave Federal Grand Jury testimony today. She stated during her testimony that Basham may have put something in her ceiling when he stayed with her.

7:15 p.m. Sgt. Arnold received consent to search Beth McGuffin's house. She gave him another letter she received from Basham, saying, "I did a lot of bad shit with Chad and I can't hardly live with myself." (p. 1750)

7:45 p.m. Agent Harper and Sgt. Arnold searched McGuffin's ceiling and found nothing.


**12/20/02 (Friday)**
*Interview*: Carl Jordan, pp. 129-130. Basically reiterates his earlier story - he saw the green minivan behind his son's trailer, was chased by the minivan after they realized he was there, he began to follow the van once it stopped chasing him until he lost sight of it.

*Interview*: David Cooper of Cooper's Welding, Juniper Bay Road, p. 131. He was traveling on Juniper Bay Road toward Conway when he recognized Eloise Hyman's white pickup truck stopped on the road. Two males entered the vehicle and sped away. He said this took place around 2:00 p.m.

*Interview*: Mark Cooper at Cooper's Welding, Juniper Bay Road, p. 132. A van with an out of state tag entered his parking lot at a high rate of speed. The van then turned off Juniper Bay Rd. and made a left turn into the Williamson residence driveway. He noticed one of the men was peeping around the corner of the house looking toward the road. When the Horry County Police Dept. arrived, they found the green minivan in the field b/t the Williamson's residence and Mrs. Margaret Moore's property.


**12/23/02 (Monday)**
Incident report: A camouflage bag had been left in the tree line next to Mrs. Margaret Moore's home on Lundy Shortcut Rd. A camouflaged ski mask was also found next to the bag. The bag contained a .45 caliber handgun (stolen on Nov. 9) and 8 packs of Marlboro Light cigarettes, 1 pair of camouflage insulated booties, 1 set of binoculars, clothing, 1 pair black leather gloves, etc. (p. 270)


**12/24/02 (Tuesday)**
Order to Dismiss Complaint was filed in the US District Court, S. District of Indiana, Evansville. The charges were dismissed after discussion b/t representatives from all the US Attorneys in the interest districts. (p. 173)

*Interview*: Clifford Jay, (270) 383-5259. Jay was contacted by telephone and said he was Basham's teacher for a few years, and Basham had contacted him from the Columbia Care

JA 6322

35512

Center. He said Basham told him Alice Donovan was tied to a tree in N.C. He said Basham had a hard time growing up because he was "unstable" and due to his smaller size. He believes Basham will tell him where Donovan is due to their past relationship.

**12/27/02**
****Order to Dismiss Complaints against Basham and Fulks[Cause No. EV 02-48 M - 01 and EV 02-48M - 02]granted in the US District Court for the Southern District of ID, Evansville Division. (p. 2609; 2619)
****Motion to Dismiss was filed on Dec. 24, 2002. (p. 2610-2611; 2620-2621).

**01/01/03 (Wednesday)**
Sgt. Arnold asked Mr. and Mrs. Burns about whether Samantha would have any candy or cookies in her vehicle. Mrs. Burns said Samantha was selling candy, including M&M's, Snickers, KitKats, and Hershey Bars for the Physical Therapy Program at Marshall Univ. She thinks Samantha had sold about half the box. (p. 1750)

**01/02/03 (Thursday)**
12:50 p.m. Arnold called William Monckton, Basham's attorney. Monckton refused to let his client talk about Samantha Burns with his client facing the death penalty in NC/SC. (p. 1750)

1:40 p.m. *Interview*: Tina Severance, 4th Floor Attorney Room of LaPorte County Jail, p. 2340-2351. She said Chad was released from the Westville Correction Center on March 23, 2002 and had moved in with her. Around the end of April, Chad moved in with Veronica Evans. After Evans stabbed him in the arm, Fulks talked about leaving her and having Tina move to Kentucky with him. On the day Basham and Fulks showed up at her apartment, Tina said she and Fulks went to get vodka. Upon returning to her house, Fulks and Severance found Basham and Roddy having sex. She then decided they should get a hotel room. Chad was the one who suggested stealing the guns from Talsma. She said that Chad's father and brother, Dwayne, told her that Chad told them Basham had taken Alice Donovan out into the woods to tie her to a tree. Chad had said he hadn't heard a gunshot, so he didn't think Basham shot the lady. Tina had heard nothing about making Alice Donovan jump off a bridge.

**01/03/03 (Friday)**
11:30 a.m. Sgt. Arnold told Mr. and Mrs. Burns that the death penalty was stopping Basham from giving him information about Samantha. (p. 1751)

**01/07/03 (Tuesday)**

80

JA 6323

35513

Basham and Fulks pleaded innocent to federal charges of carjacking and kidnapping Alice Donovan. (p. 1213)

*Interview*: Kara Aston, p. 1751; 2036. Aston is the President of the Marshall Physical Therapy Class. She said she gave Samantha a box of fundraiser candy around the end of October. The box was either purple and yellow or brown. It had pictures of candy on the outside of the box and had a carrying handle. She said Samantha told her on Nov. 7, 2002 that she had not sold all of her candy. Aston told her just to turn in the candy she hadn't sold. She never got the candy or money back from Samantha.

### 01/09/03 (Thursday)
*Interview*: Tina Severance at Michigan City, IN, pp. 780-786; 2352-2362.
Severance agreed to speak with the FBI and the MCPD. She said she met Fulks while working as a guard at the Westville Correctional Center. After he was released, he moved in with Severance on March 23, 2002. They began having relationship problems in April, and Fulks went to live with Veronica Evans in Bristol, IN. After Fulks and Evans had an altercation in Illinois, Severance drove Fulks back to Kentucky (Autumn McLavin accompanied her). They helped Fulks rent a house. Severance returned to Indiana and found out she'd lost her job.

### 1/17/03 (Friday)
*Interview*: Melton Hayes Gore, Columbia Care Center, 7901 Farrow Road, Columbia, SC, pp. 134-35. Gore spoke with Basham in the Columbia Care Center about Alice Donovan's whereabouts. Basham described the area he remembers driving through and gave a few landmarks that he remembered. Basham did not tell Gore where Fulks and Basham disposed of the body but Gore suggests it might be in the old bombing range area. Gore offered to assist in organizing a search in exchange for a downward departure on his sentence.

### 01/27/03 (Monday)
Warrant issued for Tina Severance's arrest for neglect of a dependent. (p. 1558)
Request for examination of evidence from the Evidence Control Center of the FBI. The report lists all the evidence recovered from Basham when arrested and from Alice Donovan's BMW (extensive list). The report was made while waiting to obtain DNA ad hair samples from Fulks and Basham, Severance and Roddy, and Donovan. (p. 2420-2431).

### 01/29/03
****10:44 a.m. Grand Jury testimony of Tina Severance. (pp. 2707-2722)

JA 6324

35514

Severance met Fulks while she was working at the Westfield Correctional Facility where Fulks was an inmate. She and Fulks briefly lived together after he was released in March 2003. After a few weeks, Fulks ran off with Veronica Evans but kept in contact with Severance. While he was jailed at Hopkins County, Fulks and Severance continued to exchange letters and she visited him three times.

Severance said she didn't know Fulks and Basham had broken out of jail until later in the day that they showed up. She and Chad went to get liquor and Branden and Roddy hooked up. Everyone was sitting around drinking and the guys got very paranoid. Fulks said he just had to get of there. Branden had torn the back of Severance's room up, ripping paper off the wall or the windows. She had plastic over the windows. The guys were nervous because there was a cop car in the area, which Severance said isn't uncommon. Fulks eventually told her that he and Basham had broken out. All four the went to the Stevens Inn, a cheap hotel in Burns Harbor, Michigan City area. They stayed there two nights. (p.2710)

She said they left for West Virginia so Fulks could see his mother, who lived on the border in Procterville, OH. They didn't see his mother but instead stayed at the Hollywood Motel. The guys later went out - Branden totally in camouflage (pants, shirt, floppy hat, brown boots), Fulks partially in camouflage (camo shirt, pants didn't fit, so he wore jeans, a camo hat and boots). (p. 2711) She doesn't remember seeing the camo outfits again after this point. (p. 2718)

She asked Chad the next morning what was going on. Chad said it wasn't productive here, that he couldn't find any money. She didn't know if he was out selling drugs or what. She said he had several friends and knew a lot of people there. When they left, she noticed mud in the floorboard of the driver and passenger sides and some on the passenger seat. (p. 2713)

She noticed a box of fundraiser candy when they got to SC and were unloading the van. She said it was about two feet wide and six inches thick with handles that came together on the top. Fulks answered her questions about the candy by telling her he had gotten it with one of the purses. She said she didn't see any purses in the hotel room or in the van. The candy was just about gone. She said there were no purses, backpacks, articles of clothing or blood in the van. (p. 2714)

On the way to SC, Severance asked Branden about the ring on his necklace. It was a small woman's ring with a little heart-shaped diamond. She asked if he was going to give it to Andrea because he kept telling her he was going to marry her, that he loved her, etc. He said no, that he was keeping it. She thinks he got it the night he went out in Huntington because she doesn't remember seeing it before then. Also while driving, Basham was mad at Severance because she had taken $150.00 out of his wallet at Chad's instruction. She said they were driving over the Ohio River singing a country song saying, "I'm gonna get you" and Branden sang it loud right in her ear. She would mess with him by handing him cigarettes but dropping them on purpose. She made a comment about going swimming in the river, and Branden said, "Yeah, I'll take you swimming. Believe that. I'll take you swimming." Then Chad yelled at her to be quiet. (pp. 2715-2716).

She doesn't recall any leopard skin purse. She noted that her bedroom is done in leopard skin, so she probably would have recalled it if she had seen a purse. (p. 2716).

82

**JA 6325**

35515

However, she later says she did see a small leopard skin small makeup case once they got to SC. (p. 2718)

After she checked into the motel in Myrtle Beach, she found out that Chad had punched Branden in the lip. Chad instructed her that she was not to be with Branden without him at any time. He made her sit in the bathroom with him while he took a shower. (p. 2716) She said eventually she got to the point where she thought Branden was going to kill her. (p. 2720).

She said Basham and Fulks came in with purses the second night in SC. They had a lot of IDs and checks. (p. 2717)

She said Fulks came back on the 14th and said Branden had shot a cop and didn't know if Branden had killed anyone but that he was just really sick and scared and had to go. She begged him not to. He told her to hook up the phone at 9 p.m., he would call at 10 p.m. and may be she could meet him later and follow. The phones were broken, however, so Fulks couldn't call her. She reported the van stolen the next day and the FBI showed up. (p. 2717)

Responding to juror questions, she said that Branden had the guns. They were kept in a camouflage duffle bag. (p. 2718).

Also in response to a juror question, she said Andrea became even more quiet than usual. She said she was upset because of Branden's actions like sex, etc. Severance asked Andrea if Branden had told her anything and she said no. (p. 2719)

****11:33 a.m. Grand Jury testimony of Andrea Roddy. (pp. 2696-2705)

She answered the door when Basham showed up at Tina's trailer. She went to tell Tina, who thought it was the man who was going to repossess her Jeep. Andrea then passed out in Tina's room from a "head rush" - she denied being on any drugs then. About fifteen minutes later, she went to tell Branden that Tina wasn't home. He said "Well, it's very important that she gets in touch with me." About ten minutes later, Fulks comes to the door. Andrea said she didn't know Fulks before, but had seen him around before that date at Tina's. Finally, Tina came out and the four of them went to a hotel for the night.

She said she didn't see any guns until after they all met back up after the guys stole Talsma's guns. She said she only saw one of the guns because Branden constantly had to have a gun on him at all times. (p. 2699)

She said by the time they got to Huntington, she and Basham had formed a relationship. She said he told her a bunch of lies which she knew were lies from the beginning. He said he had just gotten out of prison. She said she only "did one thing" with him, but it was nothing more than that. (p. 2699-2700)

She mentions that Tina and Chad were the main ones who were running everything, along with Basham (p. 2700).

She and Basham got into an argument at some point. Fulks apparently had hidden Basham's gun and money was missing from Basham's wallet. When he pulled out the gun, Roddy left the room and went to clean out the van b/c it was full of garbage. She said she saw a box of fundraiser candy sitting on the floor. There was mud in the van on the back of the passenger front seat and on the arm of the front seat. It was also on the

JA 6326

35516

floor on the side door. Mud was also on their jeans - they had since switched pants. They told her the mud was from where the car was parked, but she said that mud was a different color than the mud on the seats and on their jeans. She said Branden had some jewelry on a chair around his neck - a man's ring taken from Talsma and a woman's ring that was in a heart shape with diamonds. When she asked Branden about the woman's ring, he said it came out of a woman's car. She tried to get it from him, but he refused to give it to her. (pp. 2700)

Roddy said she also saw a leopard skin small change purse or a small make up bag. She knows they did not have it until after they were in West Virginia. (p. 2701).

**02/03/03 (Monday)**

3:30 p.m. Officers in the Portage Police Dept. received the warrant for Tina Severance.

3:58 p.m. Two officers went to Severance's address at 521 5th Street, Portage. No one was home.

5:51 p.m. Officer returned to Severance's home, this time seeing a small maroon vehicle dropping off Severance. The office read the warrant to Severance and took her into custody. (p. 1557)

**2/14/03**
Warrant for Andrea Roddy, Aiding Theft Class D Felony, p. 2389.

**\*\*\*\*03/04/02**
Order entered unsealing matters previously filed under seal in the US Clerk's Office in Evansville, IN by Magistrate Judge William G. Hussmann, Jr. The order regarded cellular site information relating to (219) 314-0264, Tina Severance's cell phone number. Severance's cell phone was called from a payphone by Basham/Fulks while riding around with James Hawkins on Nov. 4. (p. 2540, with motions following)
List of all Severance's cell phone calls from 11/02/02 to 11/06/02. (pp. 2560-2562). Greg has note to check these for familiar numbers.

**03/05/03 (Wednesday)**
Analysis of a pair of black Vanity Fair panties (same size and brand as Donovan) failed to reveal the presence of semen or blood. The panties were found on a dirt road off Hwy. 211 in Columbus County, NC near a gate post. (p. 1443-1465).

**3/25/03**
*Interview:* Melvin Gore, Federal Correction Institute in Prince George County, p. 2301-2315. He was in the Columbia Care Center with Basham "Bass." He described Basham

84

JA 6327

35517

as clean cut, well built and sharp. He said Basham told him that he didn't kill Donovan but they had dumped her body down a big sandy dirt road off Hwy. 501. He said Basham said they went to Charlotte (Shalotte?) And got a girl from there, too. He said Basham told him he was going to play crazy so they wouldn't execute him. He said he had already used that plea. He also gives an in-depth description of the area Basham described.


## 03/27/03

****SLED report from Depart. Of Forensic DNA Analysis regarding samples of DNA taken from a toothbrush and blood from Jennifer and Angie Warner. The report says the DNA from the toothbrush doesn't match the DNA profile developed from the femur bone in case number L02-14688(?). However, the DNA profile developed from the toothbrush is consistent with the mother of Jennifer and Angie Warner. Conducted by John C. Barron, Forensic Analyst, SCLED. (pp. 2689-2693).


## 4/21/03 (Monday)

*Interview*: Henry Hardy, Richland County Detention Center, p. 2299. Hardy and Basham became friends in the Z dorm at RCDC. He said Basham told him Fulks killed Donovan by tying a rope around her neck and breaking her neck. He said he had nothing to do with the murder but admitted to participating in the carjacking, kidnapping, and rape of Donovan. He said they had dumped the body under a bridge in a wooded area off Hwy. 378 just before the Conway City Line.


## 04/22/03 (Tuesday)

1:59 p.m. Presentation of indictment (pp.(p. 2495- 2521). Witness: Jeffrey Long, FBI, Myrtle Beach; presented by: Scott Schools. The indictment is read to the Grand Jury and then Long is introduced on p. 2499 (p. 19 of the GJ document). Basically, Long's testimony goes along with the general timeline of events. I'm just going to give the highlights since it's around 40 pages.

Long says that the three went to a deer camp, pulled into a cemetery where Donovan was sexually assaulted. He said then they left and traveled back to SC. They believe at some point, Donovan was killed and her body dumped in a wooded area.

In regard to James Hawkins, he says that Basham pulled the knife on him while riding in his truck. He also states that Basham threw him a jacket.(p. 2501)

Tina Severance also said that while in Ohio, Basham went to Kmart and got camouflage shirts, pants, boots, gloves, etc. (p. 2503)

Common description given from Savannah Bluff residents who reported suspicious van in their neighborhood placed Fulks as the driver and Basham as the passenger. (p. 2505) Three rifles and two shotguns were stolen from the trailer of Sam Jordan (p. 2507).

Basham admitted to being in the backseat of the BMW with Donovan during the stop at the Amoco in Shallotte. (p. 2509)

Notes that on Nov. 25th, Basham pointed the police to South Carolina, particularly Savannah Bluff, as to Alice Donovan's whereabouts. However, on Nov. 28th, he led them

85

JA 6328

35518

to North Carolina to search for her.  He indicated that Chad Fulks had killed and raped Alice Donovan and killed her either by strangulation by a purse strap or throat slashing. (p. 2512)

He notes that Basham places the blame mostly on Fulks in his letters to Beth McGuffin.  He made admissions on his part and on Fulks regarding Alice Donovan. (p. 2514)

On Nov. 17th in Ashland, KY, Fulks did not feel comfortable in KY.  Branden didn't know that they were going to separate, but apparently they separated there. Branden panicked and tried to carjack a car with two women in it. (p. 2514)

After Fulks drives up to Indiana to ditch the car, he said to Ronnie Fulks (referring to Basham), "The other boy got stupid." (p. 2515)

Long then discusses Fulks' statements to police on April 21st, 2003.  HE said that they pulled into the cemetery, and Branden performed oral sex on Alice Donovan and hten had intercourse with her.  When he was done, Fulks also had intercourse with her.  She remained naked in the backseat.  They knew they had been spotted by a truck, so the left the cemetery area and then eventually headed back to SC.  Fulks claims Branden killed Donovan in Horry County, SC.  He said Branden took her out of the car at gunpoint and dragged her in the woods while Fulks remained in the car.  Basham returned after approximately 20 minute and they left the area.  Fulks said Branden was the leader of the crime spree.  (p. 2517-2518).  Fulks said shortly after they disposed of Donovan that Basham threw the cell phone and papers (not sure exactly what is was) off a guard rail into the tree line in the general vicinity.  This hasn't been confirmed yet.  Fulks said other things, like clothing, were disposed of along the way in parking lot trash containers. Nothing has been recovered yet. (p. 2521)

Long says that no credit card, identification, cell phone or anything they would trace directly back to Alice Donovan was located in the BMW when examined by the FBI. (p. 2520)


**04/28/03 (Monday)**
*Interview*: Chad Fulks, at Lexington County Detention Center, Lexington, SC, p. 2292-2298.

JA 6329

35519