No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

## JOINT APPENDIX AND INDEX
## VOLUME 23
## PART G

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for*
*Defendant-Appellant Basham*

**11/18/02 (Monday)**
Basham ID confirmed.

6:44 a.m. Basham signs Affidavit of Indigency as Josh Ritman. (P. 3448-49)

Basham arraigned in KY, attorney requests psychological evaluation

Identity hearing scheduled for Fulks, South Bend, IN

9:15 a.m. Contact with personnel at Greyhound and Tri-State Airport. No one had seen victim. All drivers and ticket agents were given photos. (p. 2023)

Contact with local hospitals – check was negative. (p. 2023)

10:30 a.m. Robbery at the Farm Bureau Credit Union in Middlebury, IN. Two robbers with assault robbers entered the office. No one was hurt, and the suspects were dressed in ski masks and dark jackets with "FBI" written on the backs. The suspects fled in a green or black Ford Mustang convertible with a light-colored top. (p. 2268)

*Statement*: James McCallister, Box 773A Ross Road, Salt Rock, WV, pp. 2087-91. He says with his girlfriend, Stacey Gill. He and Samantha brought up in late March, 2002 after dating since July 2000. They were engaged but broke up because Samantha found out James was cheating on her. He also suspected she was seeing her ex-boyfriend, Travis Harbour. They talked for a while after breaking up, but Samantha cut it off in April 2002 because she heard James had gotten another girl pregnant.

He last saw Samantha in September. She called and asked to see him. They met and said she was tired of men and they all cheated on her. He has also talked to Samantha on her cell phone twice since that meeting in September. The last time they spoke on the phone was in the middle of October. He passed Samantha on Route 10 at the bridge in Salt Rock on Nov. 11 between 4:00 and 5:00 p.m. She was headed toward Huntington. He was pretty sure it was Monday, but it could have been Sunday. He went into Fast Chek(?) the next day after his mother told him Samantha was missing. The clerk in the store told him Samantha had been in the store that day. He called and left 3 messages on Samantha's phone on Tuesday.

He doesn't recall her ever going to Wayne or going to the west end of Huntington while they were dating. She has been to Beech Fork Lake. They also went to Salt Rock toward Gill Cemetery to the 15 marker sign to drink beer. She also used to go to the Barboursville Park.

James said Samantha occasionally smoked pot and drank beer. She was very responsible with money. She contracted an STD while dating James and told him after they broke up.

James was at Billy Branty's house on Lower Mud River working on a motor from 10 a.m. to 10 p.m.

11:00 a.m. Fulks returns to McGuffin's home. (p. 2037)

11:50 a.m. Fulks leaves McGuffin's again and said he would be back. (p. 2037)

1

JA 6533

65255

12:30 p.m. Betty McGuffin, 128 Morris Street, Huntington, WV called 911 saying Chad Fulks had just left her house to go to Ohio and then would be back. She told an officer that Fulks was driving a BMW. (p. 1742) In another statement, she says he left on Tuesday (p. 2260)

Agents staked out McGuffin's home and sent her to her mother's.

2:15 p.m. Officers find out that Brad Fulks' Marshall Univ. ID was used at Drinko Library on Nov. 11 at 10:29 to print four library pages. (p. 1740; 1974)

6:40 p.m. *Interview*: Ira Crockett, p. 2024. He owns a black Toyota Tacoma and will be moving to 3540 Skyview Dr., Huntington. He was arrested on Nov. 2 for DUI and released on Nov. 4. He says he doesn't know about the missing girl other than what he read in the paper. He doesn't remember what he was doing on Nov. 10 and believes he worked at Cabell Huntington Hospital until 3:30 on Nov. 11. After work, he picked up a prostitute for a date. He gave consent to search his vehicle. Search produced no apparent blood or other bodily fluids. (p. 2024; 2101)

10:36 p.m. Fulks was spotted sleeping in a BMW with a stolen WV license plate (#4DK302) at a rest stop in Marion County, Ohio, 180 miles north of Ashland, KY, 40 miles north of Columbus. Fulks was chased by Ohio Highway Patrol on US 23, stop spikes attempted. (p. 1047). Fulks escaped.

DNA testing done on the coffee mug, sat cushion, and hospital gown found in Samantha Burns' car. No blood was indicated on these items. Also, no semen was identified on the hospital gown or the seat cushion. (p. 1881)

*Interview*: Basham, p. 1742. He told Agents Christensen and Vito at the Boyd County Detention Center in Catlettsburg, KY that while they were in VW, Fulks left by himself. When he returned, he told Basham he had gotten a girl and used her credit cards. Basham thinks he got a girl in Huntington.

*Interview*: Tina Severance. Severance said Fulks told her he and "Tommy" had broken out of jail and were on the run when they got to her house. She thought Fulks was visiting Myrtle Beach to see a friend, J.D., who lived there. Fulks and his wife, Veronica, had met J.D. before. (TS interview, p. 24)

*Interview*: Barry Donovan, Jennifer and Angie Warner. Conducted by Lt. Sessions and Det. Rizzo. Interviewed to find out what type of clothing and shoes the victim wears, habits, phone conversations, demeanor or voice during last contact. (p. 250) Lead sheet detailed that Jennifer Warner was the last one to see Alice Donovan. She said Alice was wearing dark sweat pants, maybe a pink shirt, and a gray hooded jacket. Angie answered the phone call at 4:30 and said her mother sounded aggravated. Angie asked Alice if she would be home before Barry and Alice said probably not. When Angie tried to call her mother's cell phone again immediately after

2

JA 6534

65256

hanging up, she got her mother's voice mail - suggesting the phone had been turned off. Later, Barry tried to call Alice and reached her voice mail as well.

Barry said Alice had a Carolina Trust Federal Credit Union check card, a Capital One Visa, Capital One Visa on her husband's name, and a National Geographic Master card. He said she probably didn't have any cash on her b/c when she shops she normally uses her check card, check, or credit card. (p. 2480)

*Interview*: Lindsey E. Wallace, 2208 Kirby Rd., Lot 127, Milton, WV, p. 2123-24. Wallace met Brad Fulks in high school. They began dating in June 1998 and broke up in October 2001. Wallace broke up with Fulks because she didn't like his friends. She then started dating Matt Morris. She said Fulks has been arrested before for Fighting, Breaking and Entering and Assault, and DUI. She saw Fulks at the Marshall football game on Nov. 12 with Chance Grimes and Troy LNU. On Nov. 13, Fulks called her around 4:00 p.m. He said Daniel Childers was telling people he kidnapped Samantha. Fulks then called later and said police had interviewed him and he had taken a polygraph. On Nov. 15, she received an e-mail from Fulks saying he still loved her.

*Interview*: Diana Thompson, Chad Fulks' mother, 153 Township Road 205 (Labelle Four Mile Rd), Proctorville, Ohio, (740) 886-0222; pp. 2852-2854.

Ms. Thompson is currently employed by Quality Nursing in South Point, Ohio. She works 8 a.m. to 4 p.m.

Chad Fulks has been in and out of custody for various criminal charges since he was 12. As a result, he has been away from her and she is limited on who he knows in the area. The last contact she had with him was around 1:30 a.m. on 11/13/02. She received three to four collect telephone calls on her home telephone. She finally told the operator to stop calling when she heard Fulks' voice in the background asking her to accept the call. She had a short conversation with him. He wouldn't tell her where he was but told her he loved her and said he was in big trouble. She knew that he had escaped from jail because her daughter, Sherry Fulks (208 Susan St, Proctorville, OH) had told her. Diana and her husband have had no further contact with Chad since that conversation.

Sherry Fulks is scared of Chad and would contact the cops if she knew where he was located and/or arrived at her residence. Sherry currently lives with Mark Goodman at that address (any relation to Heather Goodman, Fulks' ex-girlfriend?).

The last time Chad was at Diana's home was four or five months prior when he and Veronica told her they had gotten married. Fulks was in the Hopkins County jail because Evans called the cops in a domestic dispute. Prior to that, Fulks was at Diana's home on Easter 2002 with Tina Severance. She knew Severance through Fulks for some time and was aware Severance was from Portage, IN and was a correctional officer at Westville. She said Severance's cell was (219) 314-0264.

Diana got a call from Severance on 11/16/02 on her home phone. Severance said she was calling from a motel in Myrtle Beach and that Fulks had stranded her there. She said they had traveled there with another man and woman and that Fulks had been involved in a situation where gun shots had been fired. She told Diana her van had been impounded by police and concluded the call by telling her a detective was approaching her at that moment. That was the

3

**JA 6535**

65257

last conversation Diana had with Severance. She was later contacted by a detective Smith but wasn't sure from which Police Dept. Severance had also phoned Diana sometime prior to the 11/16 conversation to tell her that the county had taken Cassandra away.

Fulks was also married to Amber Fulks who lived in W.Huntington, WV. They had a son who died at the age of five months. Amer was last known to be living on the west end of Huntington with Lance Beman. Both Beman and Amber would probably be known to the Huntington PD and might be jail.

Herman Roger Fulks is Chad's father, DOB3/19/47, SS# 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. He currently lives in Shipshewana, Michigan. Diana heard a rumor that Fulks had gone that way approximately two weeks after escaping. She doesn't think Herman would have anything to do with Chad. He is unemployed and drawing disability. She has had very little contact with him since their divorce. Herman was very abusive to her and the children.

Fulks' brothers include:

Roger D. Fulks, 9/3/71, lives near father in Shipshewana, Michigan. He was recently released from jail in Huntington. He may be contacted by Fulks and would help him hide.

Ronald Dale Fulks, 3/18/74, also lives in Shipshewana, Michigan. She hasn't seen him for over eight years. He has also been in trouble with the law. He is the on brother that would know where Chad is located, maintain contact and hide him. He would know who Fulks would contact in SC that would help him.

Shannon Fulks, 7/1/79, lives at 308 West Congress, Sturgis, Michigan, (616) 659-3584. He works at a trailer factor and hasn't been in trouble like the other three brothers. He s upset with Chad because Chad stole his identity and has used it when arrested in the past. He wouldn't have anything to do with Chad because of this.

Kevin Holbrook is Diana's brother who lives in Myrtle Beach. Fulks recently contacted Holbrook when he was in the area.

She possibly observed the name James Hawkins on a letter she received at her residence addressed to Chad.

Diana has other family in Proctorville and Huntington, but she doesn't think Chad would contact or go near them b/c most of her family dislikes or is afraid of Chad. She has turned Chad into the law in the past when he was juvenile to Lawrence County Sheriff's detective Richard Holland. She would cooperate with the fugitive investigation of her son and would contact the agent if he tried to contact her again.


*Interview* by Lt. Sessions. Penny Humphreys and Doretha Rhems are employed at Dollar Tree located in the Gateway Plaza. They reported hearing a woman yelling from a wooded area near the Office Depot on Hwy. 501. A foot search was conducted with no results. (p. 2470-472).

*Interview*: Arlene Rogers. Conducted by Catina Hipp (Victim's Advocate). Ms. Rogers thinks she saw Fulks in Wal-Mart on Nov. 18 between 1:00 and 3:00 p.m.

*Interview*: Darlene Gifford, bank representative for the ATM at NBSC at 780 Main Street, N. Myrtle Beach. She said the tape of the ATM would show the date, time and amount of transaction. She said the tape had been sent to the Sumter office and that Pam George could aid

4

JA 6536

65258

in obtaining the video (803-778-8454). Dets. Collins and Bishop checked with the Bi-Lo but its camera doesn't go near the bank. They also checked with surrounding businesses. (p. 2468).

*Interview*: Loretta Smith, Pantry manager at Hwy. 90 & 9 East, N. Myrtle Beach. The ATM is located beside the front door to the immediate left. There are three cameras in the store. Det. Tony Collins and Det. Bishop took tape #14. (p. 2466)

Cell phone tower located at 420 Lewis Berry(?) Lane, Brunswick NC 2942(?)2. Longitude and latitude are 34.06.521 N by 78.05.30W. (p. 2462)

Lt. Sessions conducted interviews at Wal-Mart and said one of the subjects might have an uncle who is a meat cutter at an area Wal-Mart. (p. 2463)

Det. Tony Collins and Det. Dean Bishop interviewed local Wal-Mart managers in N. Myrtle Beach who said they do not have meat cutters anymore but used to. They gave the names of former meat cutters - Denise Wohlford, Thomas Silvia, Ralph Kennedy, Fernall Payne, Salvador Artega. (p. 2464)
Lt. Sessions conducted background checks on all white males to determine if they were from the Kentucky area. None were found to indicate any connection to Fulks or Kentucky. (p. 2465)

Additionally, a chopper search was organized and searched the Hwy. 90 to the state line, behind the Office Depot where screams were heard, Down Hwy. 17 and Hwy. 22, Hwy 905 and Route 9. Searched all of Cherry Grove, Little River and North Myrtle Beach. Additionally, Det. Addison and SLED Agent David Roper drove through all the areas covered by the chopper and checked behind the Wal-Mart/Dollar Tree. (p. 2479)

SA Martin Williams report - Det. Randy Chapman of the Vanderburgh County Sheriff's Dept provided an VCSD Initial Offense Incident Report and a supporting Supplemental Report describing their investigation into Hawkins' kidnapping. See Hawkins' interviews on 11/20/02 and 11/6/02. (pp. 2635-2665)

Joe Jones entered a guilty plea to the following charges: Failure to comply with sex offender registry; DUI 4th W/agg.; no OI; No insurance; possession of open alcohol container; RSP o/300; CCDW; false name; possession marijuana; drug paraphernalia 1st offense; no seatbelt; improper registration; 1st degree PFO. He was sentenced to a total of five years, enhanced to 7 but PFO 2nd at the Kentucky Corrections Cabinet. (P.3033-3035)

****Comprehensive report of Chad Fulks by Brunswick County Sheriff Office (4076-4079).

****Progress report by the Myrtle Beach Police Department of the Donovan kidnapping in regards to trying to locate Chad Fulks (pp. 4134-4141).

5

JA 6537

65259

****Cash Point video surveillance tape from State Employees Credit Union turned over to SA Zolper (p. 4262).

**11/19/02 (Tuesday)**

00:30 a.m. *Interview*: Betty (Beth) McGuffin, p. 1743; 2129. She said she has known Fulks all her life. Fulks and Basham arrived at her home on Friday. They spent Friday and Saturday night with her. They left Sunday afternoon and around 10:30, Fulks returned without Basham and looked pale. The 11 p.m. news came on saying Basham had been arrested. Fulks said he had gone to pick up Basham and the police were chasing him so he left. McGuffin said Basham told her he was carrying a .45 and Fulks was carrying a .22. Basham also tried to give her a gold ring with a heart that had diamonds in the center, but it was too small for her.

The BMW had two bags in the trunk and three in the back seat. A leather doctor's bag with at least $2,000 was in the trunk and a large plastic red bag with what looked like clothes in it. There were two garbage bags in the backseat that looked like they hda clothes in them and an Elder Beerman bag with cartons of Marlboro Lights in it.

She also said she saw Fulks five months earlier. He arrived with his wife, Veronica, and their little boy. They left after a few hours and went to a motel next to Wal-Mart. A few months later, Chad visited for an hour while his landlord, who was with him, slept in the King Cab silver truck they arrived in. Then they all went to her cousin's trailer, Morten and Christy Woodyard) so Chad could get a ride in their beige Nissan. Beth, Christy, Morten and Chad got in the car, went to Chad's trailer in KY, then went to Chicago and to Indiana. They came back without Chad.

1:58 a.m. *Interview*: Branden Basham at Catlettsburg, KY (p. 29-33; 1918-1923; 1928-1932; 3889-3904) began 1:58 a.m., ended 3:19 a.m.

Basham said after the escape, he and Fulks walked for awhile and then went to a house and asked a man for a ride to a gas station. Fulks had a knife and kept telling Basham to use it to take over the car. Basham finally took the knife and threatened the man. They then tied the man to a tie, and Basham said he gave Hawkins a ring that he was wearing for the man's time and suffering. He called a number he found in the man's truck and told someone where he and Fulks had left the man. (p. 28)

They then drove the truck to a girl's home in Evansville. Branden said she was heavyset with long, dark hair. He and Fulks went in and took showers. Another girl, also heavy set, was in the home. They went to the motel for the night and then drove all night and half the next day. Fulks got a truck or a van and left Basham for about an hour before picking him back up. Fulks had walkie talkies and told Basham he as going to steal a purse out of a car. (p. 30)

They then drove to Evansville to get a Jeep Wrangler and then drove somewhere else. He fell asleep, and Fulks told him upon wakening that they were close to the Kentucky line. They went to a girl's house in Ohio, possibly Ironton. They were then driving a maroon car, possibly a Chrysler. The girl's house was close to a Speedway gas station and an apartment complex. (p. 30)

6

JA 6538

65260

Basham said that he and Fulks were with another guy with long black hair after they escaped from jail. Fulks took Basham to a girl's house in Ohio. Her name might have been Christy Mullins. She had two children. They smoked marijuana when they got to the house. While they were at the house, Fulks left him and returned with a different car - possibly an Oldsmobile or some other car that had a three point star on the dash and was a stick shift. After Fulks came back with the car, the long-haired guy left in a truck. Basham and Fulks left Ohio and went to Ashland, KY to a Wal-Mart to buy socks and soda. Fulks was in the maroon car and told Basham that if anything happened, he was to meet Fulks at Fazoli's. Basham went up to a car and asked two women where Fazoli's was. They appeared startled, and he told them, "My bad," and walked away. (p. 30)

The cops appeared later, and Basham shot in the air to get the officer to stop chasing him. He then fired a second time in the direction of the officer. (P. 31)

Basham provided a general time line of his activities since the escape:

1. Escaped from jail
2. They asked man for a ride
3. They took over the truck with a knife
4. They tied the man to a tree
5. Went to the girl's house in Evansville, IN
6. They went to the hotel that was one and a half days from Evansville
7. They went to another motel and got a van.
8. Fulks left Basham at the motel and came back after being gone for an hour.
9. They got a purse from a car.
10. They went back to the motel and left the girls there for a while.
11. They rented a motel with stolen identification.
12. Fulks left Basham again and returned sometime later.
13. Fulks came back and they went back to Evansville, IN.
14. They got a Jeep and left the truck in Evansville.
15. Stopped at a rest stop in KY or Indiana.
16. Went to a girl named Christie's house and met the long haired man.
17. They were in Ohio for three or four hours. Fulks came back with the long-haired guy in a truck.
18. The long-haired guy left.
19. They went to Wal-Mart. Basham came out and Fulks was gone.
20. The Ashland incident occurred. (P. 31)

Basham was asked about inconsistencies in his statement and was asked about an incident involving a woman in a BMW. He said the last time he saw the woman in the BMW, she was in the car with Fulks right before the Ashland incident. He said the woman was still with Fulks. He thought Fulks was going back to SC to get the girls they left in the motel.(p. 31)

He said they were in the parking lot when they saw the woman in the BMW. They got into her vehicle and told her to drive. They went to a gas station and Basham said their plan was to take her car and tie her up like the man in Indiana. He kept telling her it would be alright. They fed the woman and took care of her. Fulks threatened to leave Basham if he didn't tie up the woman's hands. Basham used the woman's cell phone to call his mother at 270-821-1870, and he told his mother he loved her. He said Fulks didn't use the woman's phone, but Basham

7

JA 6539

65261

believed they were still using her credit card when he was arrested in Ashland. He believed that Fulks was keeping the woman with them to continue using her credit cards. Basham said it was Fulks' idea for the woman to call home after they had taken her car. (P. 32)

Basham was confronted about inconsistencies and said that some of what he said earlier wasn't true. He said they didn't go to a girl's house in Ohio and they didn't meet a long-haired man. (P. 32)

He said he, Fulks, and the woman wound up in Ashland. Basham went into the Wal-Mart. When he came out he walked up to a woman in a car and asked her if she knew where Greenville, KY was. He started to pull out his gun and the rest of the incident occurred as described earlier.(p. 32)

Basham didn't think Fulks would hurt the woman in the BMW and thinks he is going to Arizona. Fulks didn't like for Basham to talk to the woman.(p. 32)

Basham said they slept in motel parking lots and rest stops along the way. He was frequently unsure what state he was in. Fulks would steal purses from cars for money. Fulks had a .45 and Basham had a .22. Fulks got the guns from the girls in Indiana. (P. 33)

Basham and Fulks also went to a trailer to break in and look for money. Basham was the look out. A man drove up and Fulks told Basham to stall him. Fulks them came out of the trailer and jumped in the van. The man blocked them in and Fulks started shooting at him. After this, they dropped off the van and stole a truck. Basham said they had gotten guns from the trailer but left them in the van. There was also a gun that belonged to the girls in the van. (p. 33)


8:45 a.m. *Interview*: Branden Basham at Catlettsburg, KY (p. 34-39) began 8:45 a.m., ended 2:40 p.m.

\*\*\*\*\*\*\*\*\*\*\*\* Branden took a polygraph test, instrument type being a Lafayette Computer. The Examiner, Carl Christiansen, stated his opinion that the recorded responses to the question "was that lady from SC harmed when you last saw her," to which Brandon answered no, and "did you participate in abducting the girl in Huntington, WV," to which Brandon also answered no, were found to be indicative of deception. (Pp. 6048-49) After being made aware of the results of the test, the interview continued for several hours (see below); however, Branden acknowledged that contrary to his previous assertion, that the female abducted from SC was never brought to KY. He claims that Fulks took the female in her car to an undisclosed area about 7 hours after her abduction and Basham believes the woman is dead. He claims he refused to accompany Fulks when Fulks took the victim to the location, and he did not participate in harming her in any way. He denies participating in the abduction of the girl in Huntington, WV and denies burning the victim's car. He acknowledged participating in the abduction of a white male in KY and tying him to a tree. (P. 6049; 5951-53)\*\*\*\*\*\*\*\*\*\*\*\*\*

Branden said after the escape, he and Fulks ran away from the area and stripped off their clothes. They went to a bus near the jail that belonged to a friend of his, Joe Jones. They got some clothing there, and Fulks grabbed a knife and Basham got a screw driver. They then walked around Pee Wee (phonetic) Lake to Hansen where Fulks told Basham to go up to a house and ask for a ride. The man drove them all the way to Evansville. When they turned around,

8

JA 6540

65262

Fulks told Basham to take the knife and tell the man to continue driving. They stopped and Fulks used the phone. When he got back in the truck, he had written a note that he gave to Basham. The note said to pull the knife on the man. Basham finally got the knife and showed it to the man and told him to keep going. Fulks then got in the driver's seat and told Basham to tape the man's hands. Basham did but worried about Hawkins' circulation. (P. 34)

After they got gas, Fulks pulled into a field and seemed to be trying to get the truck stuck in the mud. Fulks did this for about fifteen minutes and then they taped the man to a tree. Basham argued with Fulks because he didn't want to tie the man to a tree. Basham gave the man his jacket to keep him warm and a ring that a girl had given him. He said he gave Hawkins the ring because he felt bad for what had happened to him. Basham then cut the seat cover off and put it over the man. Fulks taped the man to the tree tighter and tied his hands with a cord and taped his feet. Fulks then grabbed a hammer. Basham was worried that Fulks was going to hit the man with the hammer. Fulks said he wasn't, and they got in the truck and left. (Pp.34-35)

Fulks went to another gas station and stopped for a soda. While Fulks was inside, Basham went to a phone and called the number he found in the truck. He told the person where the man was located. They then drove until they ran out of gas on the interstate. They eventually got gas after going to nearby houses. They drove for a long time, eventually reaching Evansville, IN. A woman at a church gave them ten dollars for gas. (P. 34)

They then went to Tina's house. Later, they all went to a motel. When Fulks and Tina came back from somewhere (Basham had woken up to find them not there), they began driving. Fulks asked him if he had ever seen the ocean and told him that was where they were going. Fulks would steal purses along the way. Fulks couldn't use many of the credit cards because he didn't have identification. They did find one that worked and bought clothes for themselves. They arrived at the beach in SC, checked into the motel, and went looking for purses. Fulks got two from parked cars. They had walkie talkies they would use while getting the purses. (P. 35)

Basham and Fulks also broke into a trailer with the screwdriver. They got guns out and were putting them in the van when Basham saw a truck approaching. Fulks told him to occupy the guy. Basham said something to the man as he drove up, and Fulks got in the van and took off. When the truck blocked them in, Fulks started shooting. Basham advised that he got down in the floor once Fulks starting shooting. Fulks was chasing the truck, but they could see the man was on his cell phone, so Basham told Fulks it was stupid to chase the truck. They pulled the van into the woods, left it here and walked across a field. They saw a police officer, so they hid in the field. Basham went up to a house later asked an old lady for a ride. She said she couldn't. Basham and Fulks argued because Fulks wanted to just take the woman's car. They found a truck with the keys in it and left the area. They stopped at a gas station to ask directions and then went back o the motel where they told the girls they were leaving. (P. 36)

Basham and Fulks then went to the parking lot of a big store, either Wal-Mart or Kroger. They jumped in a BMW with a woman, Fulks in the back seat and Basham as passenger. They stopped at a store so Fulks could get gas with the woman's credit card. Basham went in and got cigarettes. At some point, they taped the woman's hands although Basham didn't want to. Fulks got mad with him over it and locked the brakes in the middle of the road, pulled over and taped her hands himself. Fulks told Basham to get in the back with her. Basham gave the woman a cigarette and tried to loosen the tape on her hands so she could smoke it. Basham said Fulks maxed out the card and had to wait 24 hours to use it again. Fulks decided they would keep the

9

JA 6541

65263

woman because they didn't have any place to put her. Fulks made her call home and tell them she would be out late shopping. Then, he, Fulks, and the woman went to a store and tried to use her credit card. (P. 37)

Basham and Fulks continued to travel in the BMW. Fulks kept saying they needed to go back to SC to get the girls. They stopped in Ashland because they decided to steal more purses and get money. Fulks let Basham out to get sodas from Wal-Mart. When he walked out of the store, he saw two girls walking up to a car. He asked them where Greenville, KY was and then pulled out his gun halfway. The girls said they didn't know where it was but the people in the store might know. Shortly after that point, a police officer started chasing Branden. Branden shot up in the air. The officer was gaining on him, so he stopped and shot back at the officer. He got away and hid in the water at the edge of the river. When the cop got close, Branden ducked under the water. He had to get out of the water after a while because it was too cold. He got out and started walking along the train tracks. He thinks he lost his gun in the water. He was seen by police while walking down the tracks and arrested. The cops wouldn't give Basham any heat. He was placed in an ambulance where they put heat pads on his body. He was then transported to the jail. On the way, the officer rolled down the car window and wouldn't roll it up. When they got to the jail, the officer told him about a beating that had occurred at the jail and tried to get Basham to tell them his real name. (P. 37)

Basham said he and Fulks separated while they were in Michigan. He said they went from jail to Evansville to Michigan where Basham thinks Fulks robbed a drug dealer b/c he went in the home without any money and came back out with money and dope. (P. 38)

Basham used another cell phone that Fulks got out of a purse. Fulks got upset with Basham for using the cell phone.(p. 38)

When asked about having gas covered clothing, Basham said he and Fulks often asked people for gas and would spill it on themselves occasionally. (P. 38)

After a polygraph, Basham gave the following information:

Fulks used the credit and bank cards while the SC woman was still in the car with them. Fulks then dropped Basham off in front of a motel close to the one the girls were staying at - one three down from the girls' motel. Fulks told Basham that he was going to take the woman out and tie her up. Basham stated he worried what Fulks was going to do with her, and Fulks told him not to worry about it. Fulks told him he would kill his family if he told anyone. About an hour later, Fulks returned and Basham got into the car. Basham asked Fulks what had happened, and Fulks said not to worry, that it was over. Basham said he believed the woman was dead.(p. 38)

Basham and Fulks left Myrtle Beach and went to see a woman Fulks knew - Beth McGuffin. They stayed at her house for about three days. McGuffin thought his name was Tommy. They all smoked dope. Fulks said they had to get a car, so they went to the Ashland, KY, Wal-Mart to try and get a car. Basham said the woman from SC wasn't in the car but that the rest of the story he told was true. (P. 38)

Basham said he was afraid Fulks was going to take him out and kill him. The duct tape was in the BMW when Fulks left with the woman but wasn't there when he returned. Fulks acted normally after he dropped the woman off. Basham said they had the woman in the car for six or seven hours and that the original plan was to take her out and tie her up. He said he didn't take any jewelry from the woman. (P. 39)

10

**JA 6542**

65264

Basham said while they were staying in a hotel in WV, Fulks left and when he came back, he said he had gotten a girl and used her credit cards. Basham believes Fulks got a girl in Huntington, WV. He thinks some of the credit card used belonged to Michelle Hart and Ashley Skinner. (P. 39)

12:00 p.m. Beth McGuffin in statement said her friend, Stacey Thacker, was at her house while Fulks and Basham were at her residence. She also said Fulks wanted her to go with him to a bike rally in Arizona. (p. 2002)

12:15 p.m. Heather Carter, 57 Private Drive 144, Proctorville, Ohio, p. 2134-35. Carter was driving down state Route 7 to the Citgo gas station and had the car serviced. She exited the station at 12:15 p.m. and continued traveling down Route 7 toward the intersection of Route 7 and Route 243. She went straight through the light at the intersection and as almost hit by a BMW running a red light from State Route 243. The man driving the BMW looked at her and turned right onto Route 7. He acted like nothing had happened and was driving at a normal rate of speed. He had a female passenger in the car, which she later said was not Samantha Burns.

Carter followed the BMW to the 31st Street Bridge and over the river into Huntington. He turned right off the bridge onto 3rd Avenue and traveled toward downtown Huntington. She then went to the Pontiac dealership and arrived there at 12:50 p.m. She recognized the photo of Chad Fulks on the news that night as the man who almost hit her.

1:50 p.m. Affidavit of FBI Agent *Martin J. Williams* in the S. District of Indiana, Case No. EV 02-48M-01. His affidavit covers the kidnapping of James Hawkins. Basham pulled a knife out on Hawkins, saying, "If you cooperate, you will not get hurt." He drove until they reached the Whirlpool factory on Hwy. 41 North in Evansville, IN. They bound him with duct tape and electrical cord and placed him the truck while bound b/t the two suspects. Basham and Fulks then took Hawkins into rural Vanderburgh County where they tied him to a tree. He later escaped.

Hawkins' vehicle, a 1989 GMC pick up was manufactured in Canada with vehicle identification number of 2GTDK14H0K1544569. (pp. 2614-2616; 2622-2625).

2:00 p.m. McGuffin said Fulks left a social security card at her home belonging to Heather Jo Jacobi. Jacobi's purse was stolen at the Ashland Mall the night of Basham's arrest. (p. 2002)

3:00 p.m. *Interview*: Heather Goodman, 3025 9th Avenue, Guyandotte. An ex-girlfriend of Fulks, hasn't heard from him since 2000, and fears him. She said he might attempt to contact her. (p. 2002)

5:00 p.m. *Interview*: Diana Thompson, 153 County Rd. 205, Procterville, Ohio, p. 2002. Mother of Chad Fulks. She said the last contact she had with Chad Fulks was on Nov. 13. (p. 2002; 2126)

11

JA 6543

65265

*Interviews*: Nancy Fulks, Chad's grandmother, and Edith Stacy, Chad's aunt. Neither had spoken with Chad in years. Both identified other family members and their locations. (p. 2002)

5:30 p.m. BCSO(?) notified of victim calling home on cell phone by the Winnabow/Boiling Spring Lakes cell tower.

6:25 p.m. (Approx.) *Interview*: Mark Pyles, 1162 South Jefferson Drive, Huntington, WV, p. 2133. Pyles was driving east on Route 7 near Burlington, Ohio. When he moved into the left lane to turn left onto Buffalo Creek Rd., a while male jumped from the median to the driver's side and started beating on the driver's side door. He was shouting, "Get out of the fuckin car. I need that car." Pyles turned down Buffalo Creek Rd rapidly. He saw the man running toward the Ohio River. The suspect was a white male with light colored hair. He wore a burgundy colored sweat shirt, blue jeans, and looked like the photo of Chad Fulks on the news.

8:30 p.m. *Interview*: Sherry Fulks, Chad's sister. She denies contact with Chad and strongly stated that she desires absolutely no contact with him. (p. 2003)

9:48 p.m. A 198 Chevy Cavalier Z24 convertible was stolen from the driveway of 1708 R. Coffman St., Barboursville. Eight-year-old Ashley Wolford was still inside the car. (P. 2181)

Sometime Friday night: Ronnie Fulks said Chad was at his house when he got home on the evening of Nov. 19. (p. 64-67)

Criminal complaint was filed in the US District Court, S. District of Indiana, Evansville, charging Fulks and Basham with the carjacking of James Hawkins. (Dismissed 12/24/02) (p. 173)

*Interview*: Christopher Pinkston, 16733 Bear Creek Rd, Catlettsburg, KY, p. 1112. Chris said he and his girlfriend, Brittini Thomas were going to eat at Applebee's when he saw a figure shoot at a police officer. He said the officer was on the group for about five seconds, then jumped back up and chased the man again. Chris was 25 feet from the officer - he and his girlfriend were in the car with the windows rolled up. He said he only remembered hearing two shots, one right after another. His car sustained no damage.

*Interview*: Herman, Dido, and Dwayne Fulks, Fulks' father, stepmother and brother, 7205 North-11150 West, Shipshewana, IN. (pp. 41-46).

All three stated they had not seen or heard from Chad recently. They had not seen him for a long time. They recognized Veronica's name and said Chad might have married someone named Veronica. She was skinny with long blond-red hair, but they didn't know her last name. Dwayne said that if they got married, Chad probably would have done it in Cattletsburg, KY. Many people get married there because no blood test is required. (p. 41)

Dwayne said the black Jeep parked in front of the residence belonged to Tina Severance who stopped at the house unexpectedly about two weeks ago on Friday or Saturday. He didn't

12

JA 6544

65266

recognize her because the last time he saw her, she weighted 300 pounds but she now weighed about 170 pounds. Anyway, Tina left the Jeep for Dwayne to fix the muffler. He dropped her off at a nearby gas station (he says BP later, p. 43) where she said she would meet some friends. He didn't see the friends. He fixed the muffler and expects her to pick up the Jeep. (p. 41)

Roger said he had heard Severance was arrested in WV and that Roger's mother and Chad's grandmother saw Chad's picture on TV. Chad's grandmother lives in Ranger, WV. Dwayne said he (Chad or Dwayne?) had lived on Green Valley Road in Huntington, WV and that Chad had grown up in Huntington and would still have friends there. (p. 41-42)

Roger said an Indiana State Trooper had been by the house earlier asking about Chad, the Jeep, and Tina. Chad was living with Tina when he got out of prison. The state trooper was Rob Smith, 5811 Ellison Rd., Fort Wayne, IN, (260) 463-4343 and 800-552-0976. Roger said his son Shannon Fulks, who lives on S. Jefferson St. in Sturgis, MI, stopped by his house and showed him a USA Today article about Chad. According to Roger, Shannon has never been in trouble, but Chad has used Shannon's name to do stuff. At one point Shannon had warrants in SC even though he has never been there. Shannon's number is (269) 659-3584. He also provided directions to Shannon's home [see discovery p. 42].

Roger said that Tina was the person Chad would go to if he was in trouble. (p. 42)

Dwayne said Tina had called every night up until Sunday (11/17/02) and said she was calling from a motel in SC. The first time she called, she told Dwayne that the van got impounded and that the Indiana had taken her daughter away. Dwayne didn't know the name of the motel, but the number was (843) 916-9354 and that Tina was in Room 306. He offered to send her money so she could get a bus ticket home, but Tina never called back. The last time he spoke with her was four or five nights ago (approx. Thursday (11/14) or Friday (11/15)). He called her one night and spoke with her for about 15 minutes. She was supposedly with another girl, Andrea, who was going to Florida to meet a guy she had been talking to on the internet. Tina was waiting for her van to be released on 11/19. (p. 42-43)

Chad's mother is Diana Thompson, and she lives in Ohio. Dido said she had been looking into a restraining order against Chad, as far back as 10 and 11 years ago. Roger said he didn't have internet access at the house. (p. 43)

Names of other relatives in the area were provided: Darryl Fulks, distant cousin, and Ronnie Fulks (DOB: 03/18/74), Chad and Dwayne's brother, who lives in Goshen, IN. Chad's sister, Sherri Fulks, lives in Proctorville, OH, (740) 886-1109. Dwayne says he is closer to Chad than any of the other relatives. (p. 43)

Dwayne said Tina never mentioned Chad when she brought the Jeep to the house. Tina also never mentioned Chad in any of the phone conversations she had with him. Roger said when Tina left the Jeep a few weeks ago, he asked her about Chad. She replied, "I don't mess with him." Roger said the Jeep was repossessed when Chad was arrested the first time, and Tina still owes $7,000.00 on it and is three payments behind. (p. 43)

All three denied knowledge of Chad committing robberies while wearing an FBI vest or jacket. Roger said he had heard about the Farm Bureau Credit Union robbery on the scanner. Dwayne said no one liked Chad enough to help him do something like that. (p. 44)

Roger said he had two firearms in the house, a rifle and a shotgun. He showed them to the agents. One was an Argentinian 7.65 mm bolt action rifle with wooden stock, said to be

13

JA 6545

65267

about 100 years old. The other was a breach opening Stevens shotgun. Neither match the weapons used in the Credit Union robbery. (p. 44)

Dido turned to Roger at one point and said, "You need to tell him everything!" She emphasized the word "everything." The interviewing agent then asked if either Roger or Dwayne had had contact with Chad. Both said they hadn't. Dwayne said he is probably the only one that has gone out of his way for Chad. Roger said Shannon's mother told Shannon that the FBI had already been to see her. Dwayne then walked the agents out of the house. (p. 44)

Once outside, Dwayne gave them additional information. After Severance dropped off the Jeep, she and Dwayne drove to meet Chad in a van. They talked and met later at a motel behind the Arby's in Sturgis, MI. Dwayne said a "boy" with Chad was cashing bad checks at K-mart and had three other boys with him.[Note: I thought this occurred while they were in Myrtle Beach?] Chad was driving the van and Tina had the Jeep. Dwayne didn't see his brother Shannon when he and Chad were in Sturgis. Chad got mad at his friend for bring the others to the hotel and got nervous about the police cars in the area. Dwayne then took Chad to their brother Ronnie's home. Dwayne described the "boy" with Chad as about 5'7" with dark hair. Chad had two revolvers and the boy had a .45. (p. 45)

Dwayne hadn't heard Chad or anyone else talk about a bank robbery. Chad was never in the room at the motel in Sturgis when the other three boys were at the motel. Dwayne couldn't remember the exact name of the motel but thought it was something like Travelwood or Travel Lodge. The location was up Route 9 (north), behind an Arby's. (p. 45)

Dwayne said he understood from Tina that while staying in the motel in SC, Chad came into the room, got his clothes, and left saying he was taking the boy AND GIRL with him. He said he was going to drop them off and would be back. He never came back, leaving Tina stranded. Chad was never on the phone when Tina called. He thought the motel where Tina was staying in SC was in her name because he could call and ask for her room. (p. 45)

Dwayne said he didn't want to say anything earlier is because he didn't want to get kicked out of the house. He gave his father's number as the best way to get in touch with him - (574) 825-7284. (p. 46)

The agents then traveled to Goshen, IN and placed a cell phone call to Dwayne Fulks at his father's residence to get an address for Ronnie Fulks. Dwayne said he didn't know the specific address but gave directions to the house (see discovery). The officers were unable to find a house matching the description and no blue Chevy Beretta was located. Dwayne was contacted again and with him on the phone, the officers searched for another 10 to 15 minutes. Dwayne provided landmarks but said the previous directions were all that he could recall. The agents continued to search after the call. At 10:30 p.m., thy ended their search. (p. 46)

Affidavit of Franklin Charles, III, a FBI agent in Hopkinsville, KY. The affidavit outlines that Fulks and Basham escaped, kidnapped James Hawkins, were identified robbing a trailer in Conway by Carl Jordan, and abducted Alice Donovan. At the time, Basham had been apprehended, but Fulks remained at large. He said circumstances constitute probable cause to believe that Fulks violated Title 18, U.S.C Section 1073 and moves that a complaint be filed and a warrant issued. (p. 2604-2605).

14

**JA 6546**

65268

Arrest Warrants issued for Chad Fulks and Branden Basham in Conway for Kidnapping(16-3-910), Carjacking (16-3-1075). Affidavit of Lt. Sessions is attached saying that Basham had said he and Fulks carjacked and kidnapped Donovan. (p. 2481-2486)

Arrest warrant issued for Fulks in Western District of KY for Unlawful Flight to Avoid Prosecution/Confinement. Case No. 5:02M - 480- K. (p. 2602).

Arrest warrants issued for Basham and Fulks in S. District of Indiana for Carjacking on or about Nov. 5, 2002. (p. 2617; 2626).

SA David Joseph Hacker contacted Kentucky State Police detective, Jeff Wilson, about a photo line up including Fulks. Wilson said he had shown the photo to Billy Buck Minton in Hart County, KY and he had identified Fulks as the person who represented himself as an FBI agent on I-65 on June 20, 2002. (P. 2938)

Search warrant for the 1993 Ford Aerostar Van belonging to Tina Severance that was impounded by the Horry County PD. Signed by Judge Breeden. List of property taken as a result of the warrant follows. (P. 3814-3817; 3818-3821)


**11/20/02 (Wednesday)**

12:15 a.m. A 1988 Chevy Cavalier with Ashley Wolford still inside were found at Fairfield Plaza, across from Cabell Huntington Hospital. The girl was unharmed. (p. 2181)

Andrea Adams and Ronnie Fulks drove with Chad Fulks to dump the BMW in a shed.

Fulks jumped from the car after the police began following the vehicle. He then attempted to enter a home through its sliding glass door and failed. Fulks ran toward another residence but surrendered shortly afterward. Fulks was arrested. (p. 1260)

1:00 p.m. Sgt. Bradshaw, SAs Franks and Mallett recovered black duct tape attached to a cardboard roll and a dirt sample from Kilgore Ridge, Wayne County, WV – in vicinity of burnt car. (p. 2031)

2:30 p.m. Conway PD, FBI, and County PD began searching around the Savannah Bluff area after consulting Branden's map. They searched from 4:30 to 11 and broke off with the intention of beginning again at 9 a.m. No success. (p. 2489; 3663) Branden's map on p. 2490)

4:30 p.m. FA Cash found e-mail communications between Samantha and screen name "LEDZEP71681." In the e-mails, Samantha apologized for an undisclosed event and stated that she was corresponding with Travis who was fired from his job. Sgt. Schoolcraft said Samantha and Travis had ended their relationship and were trying to get back together. (p. 2031)

5:00 p.m. SA Steele, Ibison, and May discovered victim's dark blue BMW in an outbuilding north of Goshen, IN on County Road 27. (p. 56, 3916)

15

**JA 6547**

65269

5:09 p.m. Search of Andrea Adams' home yielded nothing of evidentiary value. Search over at 5:32 p.m. (p. 57; 797; 5987-91). A later search was conducted at 322 Oak Ridge, which was being rented by Andrea Adams'. Items retrieved from the residence included duct tape, pellet gun, wooden box containing drug paraphernalia, and a water pipe (pp. 6013-20). The search warrant is found at pp. 6022-24.

8:20 p.m. Amy D. Ward's ID was recovered in the BMW. (p. 2031)

*****Interview and search:* pp. 5992-94 Amy Fulks apartment, consented to by Amy Fulks, in regards to Chad Fulks. She is aware Chad is a fugitive due to family members and the newscast. He has not tried to contact her or her husband. The last time she saw him was in March or April of 2002; he was with Veronica. She also stated Diana Thompson, Chad's mother, had not seen Chad, and that she doubted Thompson would lie about it. Amy states she did not want any contact with Chad due to having two small children.

Search of 1988 Chevy Beretta (car Fulks jumped from to try to escape police) (p. 58)
     During search of Beretta, Vehicle ID #1F1LV1113JY237055, Indiana license plate 20T8279, expiring Feb. 2003, Polaroids were provided by Elkhart County Deputy Prosecutor Vicki Becker. She said the Polaroids were taken earlier in the evening by Joe Brown, Goshen Police Dept in the presence of Becker and Al McKowiak. They photos were taken because they originally had planned to use the BMW key found in the Beretta to check the trunk of the BMW. However, after taking the photos, it was decided the key wouldn't be necessary. The Polaroids were placed in 1A section of the file. (p. 2850; 6025-29)

Federal charges filed in the USDC, Florence, SC including carjacking and kidnapping. (p. 193)

*Interview*: Branden Basham at Catlettsburg, KY, began at 11:00 a.m., ended 7:00 p.m. pp. 59-63; 1924-1927; 3878-3885.
     Basham said that while he and Fulks were in jail, Fulks came up with the plan to escape. Fulks pressured Basham and told him he had money and if they escaped, they could use it. Basham agreed and took an extra dose of his medication to get high on the day of the escape. After the escape, they walked to a school bus and changed clothes. They also got a knife and a screwdriver. The walked around Pee-Wee Lake for two or three miles and toward Hansen, KY. They got a ride in the incident he described earlier. (P. 59)
     Basham and Fulks then went to the house where they met the two girls. Fulks and the girls went to get guns and some checks while Basham was sleeping. When they came back, Fulks came in the house and threw Basham a gun. They left the house in two vehicles. Along the way, they cashed a lot of personal checks - some from Fulks' girlfriend and others were stolen. He personally cashed ten or twelve of the checks and believes his bought the walkie talkies they used.(P. 59-60)
     After they left Indiana, they went to Michigan to a large city. They had mechanical problems, so Fulks and Tina eventually ended up taking the van to have it fixed. Basham wasn't totally sure this occurred in Michigan because he often did not know what state he was in. That night, he and the other girl had pizza delivered to the motel. While Fulks and Tina were gone,

16

JA 6548

65270

Basham and the other girl went to the store and bought shoes using Tina's identification and a stolen check. Fulks and Tina were gone all that night and came back the next day. When Basham went to the store, he met some teenagers smoking dope. He smoked with them for a few minutes and then they came back to the hotel with him. Basham saw a police officer and sent the girl to make sure everything was okay. They all went to he motel room after a few minutes to make sure everything was alright. (P. 60)

Fulks and Tina came back a few minutes later, and Fulks got mad at Basham for having the others in the room. Shortly thereafter, Basham, Fulks, and the girls left the motel. They stopped at a drug dealer's house where Basham thinks Fulks robbed the dealer because he came out with dope and money. He said that most of the time he and Fulks engaged in illegal activity, they left the girls at the hotel. Fulks would wear Basham's leather jacket when he would go to ATM machines. He would pull the hood up on the jacket to try to hide his face and use the ATM. (P. 60)

Basham said Fulks did have a face mask that was black mesh with square eye slits and clips on the side. He had another mask like a hockey mask. Fulks also had a suede jacket that was brown and purple, a Jack Daniels hat, and a camouflage jacket that was too small for him. Fulks carried his clothing in a large Marlboro bag. (P. 61)

Along the way, Fulks and Basham met several people. While they were in Michigan, they met a man driving a newer model gray Cutlas or Oldsmobile with chrome. The man was in his thirties, tall, really skinny, and wearing a tank top. The man had a large scar on his left forearm that went up to at least his elbow. Basham did not talk to the man. Basham said they also met two other men Fulks knew who were driving a small green Gremlin in bad condition. Basham thinks they were crank dealers. One was Basham's size and the other one was taller and heavier. These two men and Fulks broke into a house and got some money and bullets. Basham and Fulks also met another man in Michigan with scars, and Basham thought this was Fulks' brother. (P. 61)

Basham said they started using credit cards once they got to SC. He said most of the purposes, cell phones, etc. were still in the van when it was abandoned. Basham said it was his idea to do the burglaries. (P. 61)

He said the SC woman didn't resist them at all when they got into her car. Fulks got in the BMW, stuck his gun in the woman's side and told her to drive. Basham said his gun was still in his coat pocket. Fulks made the woman make a phone call and used her ATM card at a little gas station. Basham said later that night after Fulks had left with the woman and picked Basham back up, Fulks started talking about what he had done with her. Fulks said he had sex with the woman and tied her up. Fulks told Basham he had left the woman in an area near where they left he van. He left her in some sort of a resort area next to a boat ramp on a lake with a fence around it and in a swampy area. The area was by a road and Basham said there was a big sign that said hotel or inn on it. Basham said the duct tape they used to tie her up was silver. (P. 61-62).

Basham said the woman was wearing jeans, an unkonwn type shirt and unknown type of underwear. Basham said Fulks told him he was worried because he had ejaculated into the woman. Fulks told him that the woman didn't resist, but said, "Just do it and go." Fulks told him that, "She had good pussy, and you could have had some." Basham said he told Fulks he didn't

JA 6549

65271

want to do that and said the only time he touched the woman was to check on her hands after she was taped in the car. (P. 62)

Basham thinks they picked up Fulks' girlfriend, Tina, and the other girl in Portage, IN. (P. 62)

He said when he talked about Fulks getting a girl in WV, he was talking about Fulks getting a girl's credit cards. (P. 62)

*Interview*: Chad Fulks at Goshen City Police Station, began at 3:00 p.m., ended at 6:15 p.m. Fulks doesn't talk much - what he does say is refuted by the interviewing officers because it goes against the video in the Wal-Mart parking lot. Fulks became increasingly unresponsive but was allowed to call his mother and leave a message saying he loved her. (pp. 77-82; 1893-98).

*Interview*: Chad Fulks at Goshen IN, began at 8:30 p.m., ended 9:10 p.m. Fulks gave biographical information about himself on the ride to the St. Joseph County Jail. (pp. 70-71)

*Interview*: James Hawkins, 9645 Hanson Road, Hanson, KY 42413, pp. 83-89; 2628-2635.

Hopkins lives with his mother and his 11-year-old son. He is divorced and lives approximately 12 miles from the Hopkins County Detention Center. He identified Basham and Fulks. He said Basham appeared at his door asking to use the phone because his car had broken down. Basham made two telephone calls - the first went unanswered and the second lasted for approximately two minutes. Basham asked if there was a convenience store nearby. Hawkins told him of one and agreed to drive Basham to it. At the end of the driveway, Hawkins picked up Basham's "brother" - Fulks - who had hurt his leg. When they drove to Robards, where Basham had said his car broke down, Basham said he was confused and that he bad broken down near the twin bridges in Henderson, KY. When they reached Henderson, Basham said the car must have been towed. Hawkins' truck was almost out of gas, and Fulks insisted they drive to Evansville where he knew a woman who could give them gas money.

At the intersection of Hwy 41 and Washington Avenue at a McDonalds/BP, Fulks made a call on a phone card. He said the woman he was trying to contact had gone to the store but would be back in 20 minutes. Hawkins asked if he could use the calling card, and Fulks said nothing. Basham asked for the card and said he would try to contact the woman again. Basham came back and said he didn't know how to use the calling card. He gave it to Fulks who placed the call. Fulks talked with someone for approximately 10 minutes. When he returned, he said the woman was babysitting at a location just north of where they were and they could drive to the apartment where she was and get gas money. Hawkins headed north on Hwy. 41.

Hawkins attempted to turn left near where the woman lived, but Basham told him not to. When questioned, Basham said, "Trust me," and Hawkins noticed he was holding a knife. Basham advised Hawkins to "be cool," and said, "I don't want to do this to you." He said, "ain't nothing gone right all day."Hawkins offered to pull over and give them the truck. Basham said not to and that they were getting gas money so Hawkins could go home. Fulks was very quiet during the time they were together - Basham did most of the talking.

Just prior to reaching the Whirlpool factory on Hwy. 41, Basham asked Fulks for instructions on what to do next. Fulks instructed Hawkins to pull over. He came around to the driver's side and began driving, leaving Basham by the passenger door and Hawkins in the

18

**JA 6550**

65272

middle. Fulks pulled into the Whirlpool parking lot and drove around in a big circle. Basham questioned him as to what he was doing and asked "is this where we are supposed to meet her?" Fulks never answered. Fulks drove onto Hwy. 41 and headed north. He told Basham to tie Hawkins' hands with duct tape on the floor. Basham did so, taping Hawkins' hands in front of him. They then stopped at a Bigfoot convenience/gas station where Fulks used a millennium silver dollar to buy gas. Basham sat in the truck with Hawkins while getting gas with his left hand over Hawkins' so Hawkins couldn't bring attention to himself. While waiting for Fulks to pay, Basham expressed concern about the tape being too tight on Hawkins' wrists. Basham then talked about things not going right since the escape, how he "did not want to do this to him." Basham also promised they wouldn't hurt Hawkins.

When Fulks returned, they continued up Hwy. 41. After passing a brown brick building (oval-shaped, made out of glass), Fulks turned right. Basham asked if this was where they were supposed to go and Fulks said, "Damn, this isn't the place." Fulks then turned around but turned right before getting back on Hwy. 41. They entered a field and attempted to make a left-looped turn. Basham said, "We can't do this here, there are houses too close." As Fulks was making the turn, the truck got stuck. Hawkins told him how to engage the 4-wheel drive and they drove out of the field. After exiting the field, Basham placed a woman's ring on Hawkins' left hand little finger. He whispered that the ring was for all his trouble. Hawkins isn't sure what happened to the ring.

Fulks drove to another field and drove in along a treeline for about 200 feet. Fulks and Basham got out of the truck and discussed what to do next. Fulks said, "Do what you want with him, I don't care, it's your call." Basham said, "I don't want to ..." Hawkins couldn't hear the rest of the sentence. They then moved away from the car so Hawkins could no longer hear their conversation. Basham then ordered Hawkins out of the truck, told him to hug the nearby tree and bound his hands with duct tape. Fulks said Basham wasn't taping Hawkins' hands tight enough. Fulks took over and applied the tape much more tightly. Fulks ordered Hawkins to sit down and then bound his legs. Fulks gave the tape back to Basham, who continued to bind Hawkins' legs. Fulks then ripped up some clothing and used them as binding to secure Hawkins' legs. He also detached an electrical cord from a generator in the back of the truck and further bound Hawkins' wrists. He also placed a strip of duct tape on Hawkins' mouth.

Fulks then dragged an old dog house behind Hawkins so it would keep people from seeing him. Basham stated we "can't leave him out here because of the cold." He then gave Hawkins his coat to keep warm. Fulks then tore the seat cover from the truck and used this material to cover Hawkins. Before leaving, Basham asked Hawkins if he was alright and stated that once they got back to Kentucky, he would call someone and tell them Hawkins' location.

*Interview*: Andrea Adams (Ronnie Fulks' girlfriend), 322 West Oakridge St., Goshen, IN 46526, no phone.(p. 47-49).

Adams said she had no criminal history and no brushes with the law besides a domestic dispute some twenty years ago. She is employed by Syndicate Systems in Middlebury, IN. She works the 11 p.m. to 7 a.m. shift in the production line. She owns a 1988 Beretta that she has been driving for two years. (p. 47)

Adams is currently living with Ronnie Fulks. She has had an off and on relationship with Ronnie for the past three years. They have lived together for the past two months. Ronnie works

19

**JA 6551**

65273

at a local janitorial service and makes $8.00 an hour. He hasn't had access to any extra money lately. He is the only person who has a spare key to the Beretta. She thinks he keeps the key with him. (p. 47)

Prior to living at her current residence, Adams lived with her former boyfriend, Nick Rutledge, in a trailer they bought together on Timberbrook MHP, Lot 642, Bristol, IN. The trailer was purchased for $48,500.00. They broke up and Rutledge moved to Newark, Ohio. She and Ronnie then got back together. He was arrested when the police showed up one day because of a domestic call and caught Ronnie with personal use amount of crank in his pocket. The Park management told Adams and Ronnie they would have to leave. They couldn't afford to move the trailer (at a cost of $8,000.00), so they let it go back to the bank. She doesn't think the repossession process is complete yet. (p. 47-48)

She met Chad about three years ago when they were both working at U.S. Cargo in Bristol. She most recently saw him on Nov. 20, 2002 around 7:30 a.m. The last time she had heard about Chad, he was incarcerated in Westville. She didn't know Chad had been released. She didn't know of any contact Chad and Ronnie had while Chad was away, and they didn't seem that close. She didn't know of any other cars connected with them or other members of the Fulks family. Chad and Ronnie aren't known to have any kind of physical or mental problems. (p. 48)

Andrea woke up about 9:45 p.m. on Nov. 19 (Tuesday) and departed for work about 10 p.m. When she left, Ronnie was asleep in their bedroom and her son, James Lambdin, was asleep on the couch. She had not seen Chad. When she drove home from work the next day, Chad was there when she arrived. She arrived and found Chad and Ronnie Fulks, James, and Davin Nolton (Adams' daughter's boyfriend) asleep at her house. Chad asked her if she could give him a ride to a friend's house in the Bristol, IN/MI area saying he would show her where to go. She agreed because she often stayed up for a while after getting off of work so she could sleep better. (p. 48-49)

Adams first stopped for cigarettes at Kauffman's gas station. Ronnie went inside to buy them. She then left Goshen in the company of Chad and Ronnie. Just before leaving, Chad had placed red and white dufflebag in the backseat. Adams was driving the Beretta with Ronnie in the front passenger seat and Chad in the back. They were driving up County Rd. 19 with Chad giving directions. Suddenly, he yelled to stop the car. Adams noticed the red lights behind her, stopped the car, and Chad jumped out. Adams and Ronnie were taken into custody although she didn't know why at the time. (p. 49)

She doesn't own any firearms. Ronnie has a prior felony and can't be around guns. (p. 49)

Adams later remembered a few things she had forgotten due to lack of sleep. When they all left the house to take Chad to his friend's house, Chad was driving a blue, BMW two-door car with Ohio plates. He told her he had to drop off the car for a man and needed Adams to follow him and pick him up. She did as she was instructed. They ended up out in the country on the way to Bristol. Adams and Ronnie stayed in the car while Chad dropped off the BMW. Chad then got in the car and they drove away. After driving for about ten minutes, they were stopped by the police as detailed earlier. (p. 49)

20

**JA 6552**

65274

*Interview*: Ronnie Fulks, pp. 64-67. Ronnie said that Chad had visited his home about 2.5 weeks earlier with two girls and another guy. He said they only stayed for a while and then left. He knew Chad had broken out of jail at that time. He said Chad was at his house when he got home on the evening of Nov. 19. Chad expressed he was in a lot of trouble and that he is scared. Chad was carrying a blue bag and there was a big red bag in the trunk. (p. 3920-3923) On Nov. 20 around 7:30 a.m., Ronnie and Andrea Adams followed Chad as he left the BMW and were all arrested on the way home. He gave consent to search his residence at 322 West Oakridge Ave, Goshen, Indiana. (p. 3914).

*Interview*: Davion Nolte, 102 North 5th St. Apt. 3, Goshen IN. pp. 50-52. Boyfriend of Andrea Adams' daughter. He saw Chad Fulks at Ronnie Fulks' residence on Tuesday, Nov. 19.

*Interview*: James M. Lambdin, 322 West Oakridge St, Goshen, IN, pp. 53-55. Son of Andrea Adams. He answered the door on Tuesday, Nov. 19 when Chad Fulks came to their home. He said Fulks spoke with Andrea briefly and then stayed the rest of the night.

*Interview*: Allen J. Ludwig, 55755 County Road 27, Bristol, IN 46507, p. 68. Ludwig is the owner of the property where the BMW was abandoned and gave consent to search the property.

*Interview*: Ron Yoder, 56518 County Road 27, Goshen, IN, p. 72. Yoder, one of Ludwig's neighbors, identified the property under investigation as Ludwig's.

*Interview*: Helen Cook, 1324 Waccamaw Lake Drive, Conway, SC, pp. 73-74. On Wednesday, Nov. 13, at 2:20 p.m., Cook observed a dark green minivan in her neighborhood occupied by two young white males. She saw the men acting suspiciously and they continued to drive around her neighborhood.

*Interview*: Tonya Richardson, 1316 Waccamaw Lake Drive, Conway, SC, pp. 75-76. Cook's neighbor who also saw the green minivan driving through the neighborhood on Thursday, Nov. 14 around 12:30 p.m. She managed to get the license tag - 64Z2805.

*****Interview:* Brittany Gompf, 147 Casey Street, Waldo, Ohio. (419) 253-5337; p.6050
Gompf went to bed around 10:30 on 11/18/02. The next morning, she got in her 1996 Honda Civic with Ohio plate AGC-9195, which was parked in front of her trailer. Upon taking her car to the Service Station to have the oil changed, she realized her license plate was missing. Gompf denies knowing Fulks or helping him.

*****Interview*: Lee Wayne Murdock of Macon, GA; (478) 986-5290 (pp. 6051-6053)
Murdock was approached by two white males in a white Ford F-150 with several thousand dollars worth of equipment in the bed at Sonic Restaurant on Mercer University Boulevard.. "Jay" has Murdock if he would like to purchase it. As the conversation went on, Murdock recognized "Jay" from a picture he saw on CNN about a prison escapee, Chad Fulks.. He also believed man had been in prison due to the use of the word "boss" when speaking.

21

**JA 6553**

65275

Murdock stated the driver of the truck was a white male with dark hair and a skinny body structure.

*****Interview*: Che McCoy, 1122 Rear Norway Ave., Huntington, WV (pp. 8439-40)
　　　　He is not sure of the date, but McCoy remembers seeing a "big and husky" white male with blond hair and blue eyes visiting Larry Tomblin at Tomblin's house. He remembers him driving a gray or blue BMW. The man was wondering if Tomblin wanted to buy the BMW. McCoy believes this conversation took place on a Saturday night and was Chad Fulks. Chad also wanted to sell a .22 caliber pistol. There was also a white male with black hair and dark eyes with Chad. This guy was wearing a black coat and loose jeans.

*****Interview*: Ashish Patel, owner of Wood Motel, Sturgis, MI, p. 5995
　　　　Patel found a registration card dated 11/8/02 signed by Severance, indicating there were two in the party for a three night stay. She paid for it using a voucher from the Salvation Army. However, he said Severance only stayed for two nights, leaving sometime on the morning of 11/10/02. He did not recognize a picture of Chad Fulks.

*****Interview*: Major Diane Amick, Salvation Army
　　　　Amick said a lodging voucher was issued to Severance on 11/8/02 because Severance claimed her car had broken down. The voucher was for Severance and a second female with a DOB of 2/26/76 and SSN 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. She did not recognize a picture of Fulks.

*****Interview:* Darlene Good, Salvation Army (p. 5997)
　　　　Good said Severance was accompanied by another white female when she came in to get a lodging voucher due to their vehicle breaking down just south of Sturgis. Good saw Severance in a vehicle outside of the facility, describing it as a black jeep with a canvas top. She said there was one man in the jeep. She could not describe him and did not recognize a picture of Fulks.

*****Interview*: Carolyn Graham, p. 4083
　　　　She had seen buzzards flying near her address (621 Governor's Road). NCSHP Aircraft and foot patrol went to that area earlier in the day.

*****Lead*: Walter and Kallie Kissell (p. 4086). Saw a blue BMW on the side of the road near Supply Elementary with a male in the car and one outside the car around Thursday.

*****Lead*: Kathy Perotta, p. 4091
　　　　There was an abandoned mobile home at the front of Tall Pine subdivision with new tire tracks. There was a search conducted of this area behind Tall Pines, but nothing was found other than the tire marks.

*****Lead*: Wilbur Rabon, Maco Road (p. 4092-4093)
　　　　On Thursday afternoon, a blue BMW with a white male appearing to be Chad Fulks driving with Branden Basham in the back seat with a w/f drove up to the Bee Tree Farm Hunting Club located off of Green Hill Road in the Winnabow Community.

22

JA 6554

65276

Search moved to Winnabow area, press release asking for leads of possible sightings

Telephone conference noted on lead sheet involving Det. Rizzo and Captain Schilling with FBI and Basham's attorney. All answers came through his attorney. Basham relayed information describing the Savannah Bluff area and said they tied Alice to a tree and left her. He also drew a map about the location he wad describing. Capt. Schilling immediately recognized the area as Savannah Bluff. A group was dispatched to begin searching the area. (p. 2479)

Joe T. Jones held in contempt and ordered to serve 4 months in Hopkins County. (P. 3028)


**11/21/02 (Thursday)**
12:00 p.m. AT&T Wireless was able to tell approximately where Samantha was during her last phone call to her parents. She was at 16th Street Road near I-64. (p. 1743)

****1:30 p.m. The BMW was processed at the FBI garage. The documents, evidence, and photographic log follows. pp. 6030-6041

2:23 p.m. 1st appearance hearing for Fulks in South Bend, IN before Judge Neuchterlein on charges relating to warrants issued in the S. District of Indiana and the charges from SC.

Basham indicted on charges of attempted murder, first-degree robbery and being a persistent felon offender by a grand jury in Boyd County, KY. (p. 1219)

*Interview*: Chad Fulks at U.S. Marshal's Office, South Bend, IN, began 10 a.m., ended at 7:18 p.m. Fulks spoke with his sister, Sherry, and was served with an arrest warrant for the carjacking and kidnapping of Alice Donovan.

*Interview*: Vincent Driggers, 2653 Pintail Court, Marion, SC, p. 91 and p. 3871. On Nov. 14, Diggers and his friends, David Hall and Don Watkins, were getting ready for a cookout at the Bee Tree Farms Hunting Club in the Winnabow community of Brunswick, NC. Between 4:30 and 5:30, he saw a dark blue BMW with three occupants (one white female with dark hair and two males with military hair cuts) make a U-turn on Bee Tree Rd. He thought the seating arrangement was odd b/c two of the people were in the backseat. Also, none of the occupants looked at him while making the U-turn..

*Interview*: Robert Talsma, 4304 Ohio Street, Michigan City, IN, pp. 93-95. Talsma went to breakfast with Tina Severance and Andrea Roddy on Nov. 8. Sometime during the following day, Nov. 9, Talsma noticed that one of his gun cases was empty. He then searched for the others and found a total of four hand guns missing. Some of his checks were also missing.

*Interview*: Stacy Ann Workman, 1208 28th Street, Huntington, p. 2137. Workman was introduced to Chad and "Tommy" on Nov. 15. At around 10:00 p.m., she went with Fulks and

23

**JA 6555**

65277

McGuffin to Fatty's Olive Street Market to get beer and then went back to McGuffin's house. A little while later, Stacy's boyfriend Rob LNU arrived and Workman left. She said Stephanie Mabe/Durst also came by and seemed to favor Basham. She might have stayed the night with him. Workman said Fulks, Basham, and McGuffin came by on Nov. 16. She said she didn't want to go out with them and they left.

*Interview*: Karen Tomblin, 2910 Old Spring Valley Rd, Lavalette, WV, p. 2139. She observed a white car, trimmed in black, with a Marshall Univ. sticker on the front bumper parked at Haney's Branch Rd. A girl similar to Samantha Burns was sitting in the driver's seat. A young white male with short, black, wavy hair and a long nose was sitting in the passenger seat. The car remained parked on Haney's Branch for a couple of hours. She couldn't see the girl's clothing, but male had on a white dress shirt and a black tie.

*Interview*: Elizabeth Abbott.
She was driving home from Wal-Mart around 5 to 5:20 p.m. and saw a blue car parked on a Lees(?) Landing Road by Sterritt(?) Swamp Rd parked in the lane. She had to drive around the car. She noticed some people in the rear and front seats but didn't know how many people were in the car or if it was just kids. It was blue with shiny wheels and a SC plate. (P. 3664)

****Interview*: Steve Driggers, p. 4082
H saw two guys with a blue sports car at a gas station in Brunswick County but could not remember the location. He did not see a female.

****Interview*: Ray Mason, p. 4089
He and his wife saw a dark BMW near Vereen Park while he near Highway 17 and Highway 179 on November 14, 2002. It was driving erratic and turned by Ace Hardware.

Basham writes first letter to Beth McGuffin from Ashland, KY. (p. 799-802)

*Article* in Evansville Courier & Press featuring Branden's mother, Kathy Basham. She said Branden was tormented by inmates and jail personnel at the Hopkins County Jail. He said that Alice Donovan was still alive and with Fulks when Fulks and Basham split up. Kathy said, "Unless he gets the right medication so he can think like everybody else, he doesn't have any more sense than to run in front of a car. It's just like a 7-year-old. He thinks he could do something and get away with it."
Hopkins County Jailer Jim Lantrip agreed that Basham wouldn't have been the dominate in the pair. He said Basham had difficulty getting along with other inmates, largely because of his condition. "He is a hyperactive, immature guy." "When he was on his medication and acting right, he was likeable. He wasn't a bad kid. Other times he would just get on your nerves."' He said it wasn't uncommon for jail staff to get anonymous notes from inmates saying they would hurt Basham if he wasn't moved.
The article also says, "Unlike Basham, Fulks ... had a lengthy history of brushes with the law that included impersonating an FBI agent, robbery, theft and burglary." (p. 2666-2667).

24

**JA 6556**

65278

Warrant of Arrest on Indictment for Branden Basham for (1) Robbery 1st, (2) Attempted murder of police officer, and (3) Persistent felony offender 2nd. Bail set at $2 million cash.(p. 3439; 3440)

Indictment Warrant 02-CR-00210 served on Branden sometime after arrest (doesn't say when) in the Boyd County Detention Center charging him with Robbery 1st, Attempted murder, PFO 2. Bond was set at $2 million. (P. 3438)

Indictment # 02-CR-00210 for Branden Basham for three above-named counts. (P. 3441-3443)


**11/22/02 (Friday)**

0:38 a.m. Received statement from Beth McGuffin. (p. 2032; 2039). Gave additional information as to what she, Fulks, and Basham did during the weekend.

Plea from victim's daughter for location to be revealed.

Severance and Roddy served with Federal Grand Jury subpoenas for Florence, SC. (p. 221)

11:00 a.m. Capt. Ratliff with Ashland P.D. found a .38 caliber pistol in train car where Basham had run when arrested. (p. 2032)

6:35 p.m. Beth McGuffin gave Sgt. Divita a letter she received from Basham, mailed from the Boyd County Detention Center. (p. 2032)

Motion for Psychiatric Evaluation and/or Treatment on behalf of Branden in the Boyd Circuit Court (KY). (p. 3434-35)

Motion to Amend the name of defendant from Josh Leon Ritman to Branden Leon Basham. (P. 3436).

Motion to Amend to reflect corrected UOR as 09070-1 in Count II - Boyd Circuit Court, KY. (P. 3437)

*Interview*: Chad Fulks at Federal Building in South Bend, IN, began at 9 a.m., ended at 4:27 p.m. Fulks gave some information about the victim, such as she was wearing blue jeans, etc. However, the officers had problems with parts of his story (ie: Basham was driving, etc.). Fulks was allowed to speak with his mother over the phone. (pp. 101-104).

*Interview*: Tina Severance, pp. 107-115. Said Fulks and Basham both left the hotel wearing camouflage shirts and floppy hats. (p. 1743; 2140)

25

**JA 6557**

65279

*Interview*: Brandy Nicole Davis, p. 1440-41. Davis was the clerk at Dodge City Amoco in Shallotte, NC that waited on Fulks. Davis had to prepay Fulks' gas on a credit card and then he purchased three Mountain Dews. She said the white male was wearing a sweater, maybe green in color, and driving a dark-colored BMW. Fulks also bought two rolls of tape – one a cloth masking tape and black hose repair tape. He had asked for duct tape, but they did not have any in the store.

*Interview*: Ronald J. Purdue, 2794 Bee Tree Farm Road, Winnabow, NC, p. 116-17. While fixing a deer stand, he saw two males drive down the road in a dark blue car. The blond-haired guy was in the backseat. His father-in-law, Simon Little, Sr., contacted him by CB radio to help him gather up their hunting dogs. Purdue turned around in the graveyard and saw a dark blue car. Purdue told Little to check out the car because it was suspicious. However, on his way to meet Purdue, Little did not see the car so it must have turned left off the road before Little got there.

*Interview*: Simon Little, Sr. After his son-in-law told him to check out the blue vehicle in the graveyard, Little reached Bee Tree Road after only two or three minutes. The vehicle had left by the time he drove past the graveyard.

*Interview*: Donna Purdue. She testified that while hunting during the past week she had observed a large number of buzzards flying near the "log pile area," an unnamed dirt road close to Bee Tree Rd. A search recovered no positive results for the victim. (All from pp. 116-17).

****Interview*: Rudy Johnson (p. 4085). A white male came into the store he owns in Pender County called Johnson's Corner Store asking for a bottle to put some gas in because he had run out. A dark vehicle then pulled up to his store and the same guy was in the car.


**11/23/02 (Saturday)**
1:13 p.m. Diana Daily said a search team found a Marshall sweatshirt. Nothing else in the area was found. A camouflaged jacket was also found by a searcher from Rutherford on Route 152 in a culvert by the old Ames Store. (p. 2032)

"America's Most Wanted" aired segment on Fox News

*Interview*: Linda Lovett, conducted by Det. Addison. She said she noticed large numbers of buzzards flying above her while driving down Hwy. 90 near Hwy. 22. (p. 252)

*Interview:* Frankie Rabon, Bee Tree Rd, p. 2300. He said he saw only the wheels of the BMW because large redtip bushes were blocking his view. However, he told R.J. Purdue that he had noticed a foul odor on High Hill Road near Leonard Rd. The area was checked with no positive information about Alice Donovan.

26

**JA 6558**

65280

*****Interview*: Sandra Bates, 7331 Hunter's Ridge Rd., NC; conducted by Det. Carter (p. 4080). On November 14, she saw a blue BMW drive into her subdivision and down a hunting road. At this time, there were three people in the car, two men and a woman. After about 15 minutes, the car returned, but there were only two people in it. She remembers hearing a gun shot (not like a rifle shot heard during hunting season) one or two minutes before seeing the car leave.

*****Interview*: Teresa Griffith, 7383 Hazelstone Lane, Leland, NC; p. 4084

Saw a blue, 4 door luxury car parked 2 lots down from her home facing towards the cul-de-sac on November 14.

*****Lead*: Linda Lovett (p.4088); large gathering of buzzards on Hwy 90/22 Bypass.

*****Lead*: Patricia Avery (p. 4088); She was with her dogs on Mt. Misery Road. They would not stop barking, and she could not find a reason. She also noticed police in the area.

Tony Allen emailed Catina Hipp about two hunters on Highway 31 between 90 and 905. They witnesses a man in the area acting weird with blood on his face. The man said he had been mugged. (P. 3671)

Jennifer Warner, Alice Donovan's daughter, fills out an application for SOVA Crime Victim's Compensation. (P. 3679-89)


**11/24/02 (Sunday)**
*Interview*: Darryl (Dwayne) Fulks, 7205 North – 1150 West, Shipshewana, IN, p. 118. Fulks was mad because he had spoken with Severance who told him she was not being charged. He said when he met with Chad and Severance in early Nov., it was Severance who told him Chad was on the run, so she was aware of it and knew what Chad was doing. He said she told him that while they were in West Virginia, they stated at the Hollywood Motel which he thinks is in either Wayne or Cabell Counties. He said Severance said she was currently staying with a prostitute.


**11/25/02 (Monday)**
Federal Grand Jury.

4:00 p.m. *Interview*: Branden Basham at the Boyd County Detention Center, Catlettsburg, KY, began 4:00 p.m., ended 7:00 p.m. (pp. 119-121; 1936-1938; 4119-4121). Signs waiver of rights before hand (p. 3873), and a map was drawn of where the Donovan body was located (p. 3942).

Basham recalled stopped at an AMOCO gas station where Fulks bought soda, two rolls of black electric tape and one roll of white tape. They exited from the rear of the station onto a two-lane road running perpendicular to the highway running in front of the AMOCO. They traveled for 20 minutes on that road, then turned left onto a smaller blacktop road. They traveled a short distance and then turned right or the road had a bend to the right. The road bended left five to ten minutes later. They pulled into a small, run down cemetery on the right side of the road and

27

**JA 6559**

65281

pulled deep into the woods near the cemetery. Basham said this was the place where they did "their thing." They saw a man cutting trees and left because it made them uncomfortable. A truck pulled in near them as they attempted to leave. (P. 120)

They continued down that road for ten minutes and the road became a gravel road. The road ended at a house where several men were grilling. They turned around and doubled backed about three minutes, then turned right. They traveled on another gravel/dirt road for about 20 minutes. Within that 20 minutes, the road became blacktop again and they came to a well-traveled two land highway. From the time they turned off that road that ran next to the AMOCO, he didn't see many houses. (P. 120)

They turned left on the well-traveled, two-lane black top and traveled about 20 minutes. There were a lot of houses on this road. They passed a sign that said something close to "Animal Park." Fulks told Basham what was on the sign because Basham did not see it. Fulks turned around and turned right on a dirt/gravel road. They went down this road for 15 minutes and didn't see any houses. They stopped in the middle of the road. (P. 120)

When Basham got out of the passenger side of the car, he stepped into a hole off the road and hit his shin on a pipe protruding from the ground. He said the body was 25-50 feet in the woods from the passenger side of the car. Basham said the distance was "dragging distance." The body is covered with branches and leaves. (P. 120-21).

The left the scene by doubling back on the same road to the same two-land, well-traveled highway. Basham then saw the "Animal Park" sign which a dark green background and white letters - approximately 48" x 18". The sign was to his left about 20 ft. down the highway on the same side of the road as their car. They turned left and drove 45 minutes back to Myrtle Beach. (P. 121)

Fulks drove the BMW the entire time. Basham got high on the way back to Myrtle Beach which hindered his ability to recollect that leg of the trip. (P. 121)

Order for Psychiatric Evaluation and Treatment entered by the Boyd Circuit Court (KY) for Branden. (P. 3428-29)

5:00 p.m. Officers examine letter Beth McGuffin received from Basham. It points to ring finger and says, "Remember." (p. 1744; 1944)

*****Letters from Chad Fulks to Amber Fowler/Fulks, his ex-wife* (pp. 7767-69)
In the first letter, Fulks says "all the other guy was supposed to do was to steal a car, but then he done something that changed my life forever." He also said his life has fallen apart since Devon Fulks died and asked Amber not to believe everything she hears on the news. "All I did was drive."

In the second letter, other than ramblings about love, Chad stated he "did not deserve this. I was just along for the ride and would never hurt someone. It wasn't me. I was just scared and kept on driving." He also asked for her not to judge him from what the news says, and he's sorry he depended on drugs and alcohol when Devon died instead of turning to her.

*Interview*: Hazel Bell, conducted by Det. Rizzo. She believes she may have seen Alice Donovan's car on Nov. 17 at the dock on Red Bluff Rd. off Hwy. 905 around 6:20 to 6:30.

JA 6560

65282

*Interview*: Jo Dean, the Comfort Inn, 7525 U.S. Route 23, Piketon, Ohio, p. 2150. She said Tina Severance registered for a room at 10:33 p.m. on Nov. 10 but canceled it at 10:47 p.m.

*Interview:* Manoj Oilwala and Pranoti Pranoti, Town & Country Motel, 7137 US Route 23 South, Piketon, Ohio, p. 2151. Tina Severance registered for a room for two at the motel. She paid $44.80 in cash for the room. The estimated time was 10:30-11:00 p.m.

*****Lead sheet*: Janice Brown (p. 4081)
Ms. Brown remembers seeing a blue or black BMW with one occupant pass her on Hwy 133 between Old Brunswick Store and Leland.

*****Lead Sheet*: David Morgan, p. 4090
He noticed someone driven in and buried something at the end of Navassa Road, near the dirty road to the right near the boat plant.

An incident report for Heather Jordan. Unfortunately, I can't read the majority of it. Most of it is listing what is missing. (P. 3804-06)


**11/26/02 (Tuesday)**
10:00 a.m. Interview: Beth McGuffin, p. 1744. She said she doesn't have the ring because she gave it back to Basham. It was under her pillow at some point, but she doesn't know where it is now.

10:30 a.m. Fulks appeared before Judge Thomas Rogers in Florence for a preliminary hearing. (p. 2253)

11:00 a.m. Officers search McGuffin's residence for the ring which was not located. (p. 1744)

12:50 p.m. Sgt. Arnold asks Kandi Burns to search for a ring just like the one Samantha had. (p. 1745)

Basham passes information about Burns through attorneys to WV investigators, particularly Trooper Scott Lawrence.. (p. 1044; 1225) He said that while driving with Sam's body, he passed a Gentleman's Club on U.S. Route 60 and then traveled to the Guyandotte area of Huntington. He recalls passing over a blue or green bridge going through an opening in the flood wall. There, Sam's body was rolled down an embankment and into the Ohio River. He also remembers a pickup truck parked nearby with a rebel flag in the back window. (p. 1745)
Basham also states he remembers a tree trimming bucket truck in the area of the cemetary on November 14, 2002 (p. 4115).

Fulks brought to Florence, SC for initial appearance before US Magistrate Judge Thomas E. Rogers, III. He was denied bond and scheduled for another appearance on Wednesday, Dec. 4 at 10:30 a.m. (p. 214)

**JA 6561**

65283

*Interview*: Joe Ludlam, 6518 Brownway, Shortcut Rd., Conway, SC, conducted by Mark B. Lewis, p. 493. On Nov. 15 or 16 between 2:00 and 4:00 p.m., Ludlam was driving down a dirt road toward the Little Pee Dee River south of Conway when a dark colored BMW pulled up behind him. He pulled over and let the BMW by - it was occupied by two males. The BMW went to the old landing area and was out of his sight but a few people were in the area. About 15 minutes later, the BMW came back by the landing. Ludlam was only able to see the driver who had blond or light brown hair. The passenger wasn't facing forward and appeared to be turned around doing something in the backseat both times Ludlam saw the car. The area is between Hwy. 378 and Hwy. 701, not far from Aynor and on the Little Pee Dee River.

Pretrial Services Report for Chad Fulks by Officer Janice Lawton. In 1995, Fulks married Amber Fowler in Ashland, KY. They had one child, Devon Fulks, who died at 6 months of age after a cousin jumped on him and caused internal bleeding and a ruptured stomach. Fulks and Fowler divorced in 1997. Fulks obtained his GED and welder's certificate in Ohio.

As to his health, Fulks was in good health with several tattoos on his back, right and left shoulders. He underwent a psychological and psychiatric evaluation in June 1998. He was diagnosed as "Malingering and Antisocial Personality Disorder." He admits to use of marijuana and cocaine, conceding cocaine was his drug of choice. He also uses alcohol. (p. 2413-2414)

The addendum to the report stated Fulks' last known residences were 153 Township Rd, #205, Procterville, OH 45669 and 997 Jason Ridge Rd, Louisburg, KY. He was released from the Indiana Department of Corrections on (or about) March 22, 2002 and married Veronica Fulks in April 2002. Mrs. Fulks has a child from a previous relationship and is currently incarcerated at the Christian County Kentucky Jail on child abuse charges. After his release, Fulks was employed with Coachman RV, earning $16.50/hour as a welder. He was fired when he was arrested in Elkhart County, IN. He has since been unemployed. (p. 2415)

Basham writes second letter to Beth McGuffin. (p. 803; 1947-1951)

Writ of Habeas Corpus Ad Prosequendum filed to transport Branden from Boyd County Detention Center in Catlettsburg to Columbia on Nov. 27, 2002 and any other dates. (P. 3426)

Paul E. Patton, Kentucky governor, issues executive order directing Boyd County to release Branden to US Marshals. (P. 3427).

****Lead:* Chuck Bullich
He saw a lot of buzzrads in the woods off Mt. Misery (?) Road; there was also a bucket truck in this area (p. 4071).

****Lead*: Howard Kilgore, p. 4087
Saw buzzards flying around some woods. They have been at the same spot for several days now.

**11/27/02 (Wednesday)**

JA 6562

65284

Basham flown to Florence, SC from Kentucky, hearing 4:30, 1st appearance, consult with attorney.

10:00 a.m.  A search of the Guyandotte area begins concentrating on the area between the Ohio River and the Guyandotte River up to the Washington Boulevard/Guyandotte bridge in front of INCO Alloys.  Nothing was found during the search, but both cadaver dogs his in two different areas in the Guyandotte River area of the search. (p. 1044; 1745)

5:30 p.m.  First search for Samantha Burns ends with nothing found.  An underwater video camera was used for approximately one hour. (p. 1745)

Search by Forensic Laboratory found no latent prints on the coffee mug, seat cushion, white plastic bag containing a blue gown or the empty Doral cigarette box. (p. 1883)

*Interview*:  Andrea Roddy, unknown address, pp. 123-24; 2156-57.  Roddy slept during most of the period she was with Fulks and Basham.  She is unable to drive and believes Basham is also unable to drive.  She said she purchased merchandise using stolen checks.  While in West Virginia, she recalled that Basham and Fulks returned to the hotel room with a box of fund-raising candy.  She believed Basham and Fulks had stolen it from a girl who was selling it.  Roddy also recalled a ring that Basham wore on a chain around his neck.  She says Basham was wearing camouflage clothing the night they stayed in WV.

Warrant for Tina Severance for Aiding Theft Class D Felony. (p. 2388)

Lead sheet: Justana Smith, 756-7676 (w) and 365-7777(h). Melissa, 222-9922 (cell).
    She said she heard from her friend Melissa Packnado who heard from another party that before Donovan's case went public, the BMW with one of the suspect's girlfriends was driving and they ran out in gas in the Longs (?) Area.  They went to a house to use the phone.  Alice looked nervous while the girl used the phone.  The owner of the house told everyone they could come in the house, but the girl said that everyone else would stay in the car. (3692)

*Interview*: Melissa Packnado, 222-9922(c).
    She supposedly met a woman who told her Alice Donovan and the guys who kidnapped her stopped at her house before the case went public.  The lady said one of the guy's girlfriends was driving the BMW and that it rain out of gas.  The girlfriend came to her door and acted nervous and made a couple of calls.  The others stayed in the car.  The woman asked if they needed money, and the girl said someone was on the way.  She doesn't remember the woman's name but will try to get her information.  She said the lady saw a cop later, but he told her not to worry about it because it probably wasn't them. (P. 3693)


**11/28/02 (Thursday)**
6:15 a.m.  Picked up Branden Basham at Brunswick County, NC, along with Cam Littlejohn and William Monckton, his attorneys.  Basham finally identified the first cemetery they had visited

31

**JA 6563**

65285

as the one where Donovan was killed after visiting it for the third time. He also made reference to a purse strap with which Fulks strangled Donovan. (pp. 125-127, also pp. 372-374; ; 814-818; 1933-1935).

*Interview*: Keith Setree, 347-7190, by Det. R. Rizzo, p. 3690.

Keith works at the power plant near the Best Western the police were searching in Myrtle Beach/Conway. Setree went to Wal-Mart the day of the incident and on his way home down 501, he saw a BMW parked on the side of the road by the steam plant. He slowed down. No one was in the vehicle, but he saw something white in the front hanging from the rearview mirror. This siting occurred between 6 and 7 p.m.

Det. Rizzo later met him at the location. This location had everything Basham had initially reported, including a two-story budget motel separate by a six-foot fence, a road that takes you to the back of the motel with houses on the right, and the river can easily be called a lake. There is a trail that can be walked on for quite some way, but the area is actually wide open.

## 11/29/02 (Friday)
8:00 a.m. Huntington Fire Dept. resumes search of the Guyandotte River area with an underwater video camera. (p. 1746)

3:00 p.m. Beth McGuffin gave Sgt. Arnold a second letter from Basham in which he mentions he and Chad doing "bad things" but doesn't go into details. (p. 1746; 2033)

Agent Harper and Sgt. Arnold take Beth McGuffin to Leroy's Jeweler's located in the mall to view a lineup of rings. One of the four rings is identical to Samantha's ring. Beth looked at and picked up ring #2. She said it was similar to the one Basham had given her but was not the same. The ring he gave her was thicker and the diamonds may have been on the outside instead of in the middle. The ring she picked up was the ring identical to Samantha's. (p. 1746)

## 12/02/02 (Monday)
5:45 p.m. Basham's attorney, William Monckton, tells Agent Ciccarelli and Sgt. Arnold that Samantha's full naked body was rolled down an embankment into the water within a mile of Chad's ex-girlfriend's residence. They drove through a flood wall (9th Avenue) and pulled off in the middle turn around (Riverside Drive), walked over and rolled the body down the embankment into the River. This was near a green/blue bridge, a Mom and Pop store with a telephone booth outside, and a green truck with a rebel flag in the back window. (p. 1747) This indicates that Samantha was put in the Guyandotte River between Washington Boulevard bridge and Guyandotte boat ramp.

Detective Rizzo faxes Cardholder Dispute Form to Bob Johnson at CUNA Mutual Group regarding Alice Donovan's debit card charges. He reports $1006.00 in unauthorized transactions. (p. 2440)

JA 6564

65286

*****Interview:* Heather Goodman, Fulks' ex-girlfriend, 704 1/2 Buffington St., Huntington, WV
(Pp. 9134-35)

Goodman and Fulks dated for about six months before they got arrested together in Tennessee for breaking into cars. Around Easter of 2002, Fulks wife (name couldn't be remembered) called her to tell her that Fulks and another woman were coming to Tennessee to look for Goodman. Recently, Goodman saw Beth McGuffin who told Goodman that Fulks was in town and spending time with her.

One of Goodman's ex-boyfriend, Jamie Mays, told Goodman that he met Branden Basham in prison at Boyd County Jail and that Basham was speaking about his involvement in the abduction of Samantha Burns and Alice Donovan.

****Lead sheet:* Debra Eichorn

Saw 20-25 buzzards on Hwy 17 S. near Old Mulbemy Street (p. 4073).


## 12/03/02 (Tuesday)

12:45 p.m. Agent Ciccarelli located a green truck with rebel flag in the back at 9th Avenue and Guyandotte. The truck matches Basham's description. (p. 1747)

2:00 p.m. Tina Severance placed under arrest at the Porter County Juvenile Services Center on SR 2. She was allowed to appear for her daughter's hearing and was then transported to the Michigan City P.D. (p. 2326)

4:30 p.m. *Interview:* Darryl Hill. Detective Sean Addison spoke with Darryl Hill, assistant store manager at Wal-Mart. He said that on Friday, Nov. 15 at 11:00 a.m. he was contacted by Peggy Smith, a friend. Smith asked if her friend, Barry Donovan, could come over and view the store's video system. Hill told Smith he could make arrangements. Donovan came in but did not view any tapes that day.

On Saturday, Nov. 16, Det. Carr and Donovan viewed the surveillance tapes with Darryl Hil and Chris Bowen, the store's loss prevention officer. They viewed the garden side tapes but did not see Alice. However, on Sunday, Nov. 17, Dets. Carr and Cox returned and met with assistant manager Branden Hines and Bowen to view the grocery side. Once viewing and making the connection with Donovan's vehicle, the tapes were turned over to Det. Carr. (p. 2477-2478)

****SLED Forensics Report* written by Joseph Leatherman (pp. 3976-4008)

Evidence was recovered while processing a Ford Aerostar van with Indiana license plate 64Z2805 (Tina's) involved in a burglary. Fibers and hairs were recovered, along with clothes, food containers, steak knives and fingerprints. Special Agent Harper of the FBI requested no processing be done with the evidence, so it was all FedExed to him in WV. There is an long list of the items found in the van on pages 3995-3999.

****Interview:* Garnet Goodman, 3205 9th Avenue, Huntington, WV (p. 8396)

33

**JA 6565**

65287

Goodman's daughter Heather used to date Chad Fulks. Fulks has been trying to contact Heather through Mrs. Goodman. He has sent four letters to Heather, but Ms. Goodman tore them up. Fulks has also called 10-15 times from prison. Also, Heather's ex-boyfriend Jamie Mays has spent some time in prison with Brandon Basham at the Body County Jail.

****Interview: Jamie Mays, Huntington, WV (p. 8397)
He has never met Branden Basham, but did spend time with him at Boyd County Jail. He did not talk personally with Basham because Basham was isolated from the other inmates.


**12/04/02 (Wednesday)**
9:30 a.m. FBI Agents, Huntington Police Dept., and the WV State Police Crime Scene Units searched the banks along the Guyandotte River near 9th Avenue Guyandotte flood wall. Search found nothing. (p. 1748)

Confirmed with Sandra Childers of United Bank that on Nov. 11, $250.00 was withdrawn from Samantha's account and $350.00 was denied. (p. 1748)

2:00 p.m. Via conference call, it was determined that SC has the best prosecution case. (p. 1748)

4:00 p.m. Agent Ciccarelli, Captain Stickler, Tessa (FBI counselor), and the undersigned officer spoke with the Burns family at their residence. The agent told them they think Basham and Fulks carjacked Samantha, used her ATM card, killed her, put her in the Guyandotte River, and burned her vehicle. They said circumstantial evidence points strongly at Fulks and Basham. (p. 1748)

Catina Hipp spoke with Lt. Crocker of Brunswick Co. Sheriff's Office who said they had found women's clothing behind an abandoned metal building in an industrial park in Brunswick Co. The clothing is as follows:
1. Orange/green pinstriped shirt, size medium, Rampage brand. No buttons on shirt.
2. Light blue jeans, size 13/14, Nevo County Seat brand.
3. Red velvet bra, size 36D, Warner Little Velvet brand. Bra appears to have been ripped or cut between the cups.
4. Red velvet panties, size 8, Warner Little Velvet brand. Panties match bra and are also torn.
Each article of clothing was found within 5 feet of each other. Lt. Crocker said the clothing appears to have been out in the weather for some time, probably longer than out rime frame. To him, the clothing looks like it would belong to a young black female. He can be reached at: (910) 253-2754 (w) or (910) 754-1142 (pager). (p. 3694)

Interview: Richard Wright, conducted by Det. J. Todd and Steve Mason.
Wright showed them where he picked up a strap possibly from a purse. He said it was half an inch wide and about 14 inches long, black in color, with a silver triangular clasp. He picked it up off the dirt road near Barney cemetery, and it looked like it had been run over by a

34

**JA 6566**

65288

vehicle. He picked it up with his left hand and tossed it into a wooded area. He said several hunters had looked in the area in which he had thrown the purse and hadn't found anything. (P. 3756)

**12/05/02 (Thursday)**
1:30 p.m. Coast Guard searched the Ohio River from Guyandotte to Kenova on both sides and found nothing. (p. 1748)

Det. Rizzo collected some of Alice Donovan's belongings from Barry Donovan for forensics and scent. They included:
 Full dental plate - upper
 Jeans - sizes 10-14, long length
 Women's tops - large
 Panties size - 7 or large in Victoria's Secret
 Bra size - 36A or 34B (p. 3696)
 Rizzo also took into evidence 2 bath towels (one pink, one white), pillow cases (three white and one blue), three pairs of New Balance gym shoes (white), one pair of slip-on fuzzy slippers (white), a black and silver hair brush, and a white and green Oral B toothbrush. (P. 3697)

Notes from a detective regarding Donovan. Pretty much illegible, but about the search for Donovan. (Pp. 4055-4063). A lot of directions about where they searched, but found nothing.

**12/06/02 (Friday)**
Coast Guard searched the Ohio River and the Corps of Engineers is trying to get equipment to clear/check the debris gathered around the bridges. (p. 1749)

Press release asking for help in searching for Alice Donovan's body given to media. (Pp. 4050-4053).

**12/09/02**
*Interview*: Charles (Bob) Ledane, 307 Wildhorse Drive, 347-2789, p. 3698.
 He heard about the bucket truck they were looking for on the news. He said construction was taking place on Hwy. 90 near his subdivision on International Drive. They were making a new road south of International Drive and that the road goes to the landfill. He also stated that there is a wildlife sign at Louis Reserve (green state sign). There was some type of bucket truck at the construction site but it was like a backhoe but one end had a bucket on it. He wasn't sure if the truck had wheels or tracks, but he thinks it belongs to a contractor. He said the construction was going on during the time of Donovan's disappearance.

*Interview*: Melissa Buck, (910) 653-2186, called ID was 445-9082.

JA 6567

65289

Caller said she travels a road down Hwy. 905 every day that has a bucket truck nearby. She stated if you take Hwy. 90 down toward Hwy. 22 and turn left toward 905 that you will pass a housing development named Polo Farms. You cross Simpson's Creek and will see a brown sign named Wildlife Viewing Area with binoculars on the side. (P. 3699)

Black lady's jacket found on a dirty road off NC 211 near Driving Creek Hunting Club. The bottom two buttons are missing. (P. 3747; 4072)

****Boot found on Spring Hill Road just before Hwy 87 (p. 4066).

*****Lead*: Sherry Bordeaux
    Saw a dark blue BMW traveling towards Livingston Baptist Church.

**12/10/02 (Tuesday)**
Skeletal remains found along I-85 in Cherokee County, SC. The Cherokee County coroner said the woman found may have died long before Burns or Donovan were missing. (2219-20; 2264)

Commonwealth of Kentucky (Boyd County) issued order setting aside its prior order for Psychiatric Evaluation and treatment and will be reissued when Branden returns to Kentucky. (P. 3423)

Barry Donovan called and wanted to know why Sheriff Hewitt hadn't told him about the purse strap mentioned in the Sun News.

A nylon black strap recovered in a wooded area near Shallotte. (P.4021).

**12/11/02 (Wednesday)**
Det. Rizzo, Det. Collins, and SA McKenzie served warrants for kidnapping and carjacking on Fulks and Basham.
    They initially thought Basham was at the Florence facility but found out that Chad, not Branden was housed there. They discovered that Branden had been transferred to Darlington Co. DC under the name Dean Procter. While they were at Florence, they served Fulks with Conway and Horry Co. Warrants.
    Before entering the facility, Det. Collins and SA McKenzie kept asking if they could speak to Basham and Fulks on the warrants they were serving that day. Rizzo told them Captain Shilling had told him that both had invoked their rights and both had attorneys, so they could just serve the warrants and nothing more. Both were insistent that they advise both Basham and FUlks of their rights and see what they had to say. Rizzo told Det. Collins he could do what he wished, but Conway wasn't going to risk losing any evidence on a technicality. Rizzo spoke to Judge Cause to clarify what he had said to the other two with him, and she agreed and said the defendants would have to initiate contact and that she suggested they serve the warrants and leave well enough alone.

36

**JA 6568**

65290

They arrived later at Darlington and again Collins and McKenzie suggested talking to Basham. Rizzo told them what Judge Cause said and told them that by law they could only talk to him without his lawyer present if his initiated contact. They seemed to disagree and asked Rizzo to contact the solicitor. He did so and talked to Fran Humphries who confirmed what Rizzo said. He said if Basham began talking and making voluntary statements, advise Basham again of his rights on paper.

When they served the warrants on Basham, he kept referring to FBI agent Patrick and how he let him smoke. While being served, he kept saying he didn't know what he should, could and was supposed to tell them. He said he wanted to talk to someone because he could remember more clearly now that he was on his meds. Rizzo told him they couldn't talk to him at the time because he had a lawyer but if he wanted to speak with them, he could give him or McKenzie a call and they would come back.

At the end of serving warrants, Basham made a voluntary statement to Collins that all his warrants were true, but he hadn't told anyone he had done those things, so he knew they knew what they were talking about. He said he was going to think and try to remember more things like landmarks and roads and would get back with them. (P. 3737-3739)

White smear found on the seat cushion in Samantha Burns' car determined to contain high amounts of silicon and aluminum. (p. 1885)

*Lead sheet*: Jamie Bucy.

Det. Gray phoned Mr. Bucy who said on the day of Donovan's disappearance, he was driving on north on Hwy. 17, and Donovan's BMW passed him driving erratically. He saw two males and a female in the car. When the car got tot he NC line, they took a right onto 197. This was around 3:45 p.m. or so. (P. 3711)

Detectives failed to find any dental records for Alice Donovan in the three dentist's offices in Wells, Maine. (P. 3712) The odometer on her car read 123, 923 (p. 6047).

****Lead sheet:* Andrea Westmoreland

Ms. Westmoreland remembers seeing a blue BMW drive past her house at the end of the dirt road a week ago. It went back in the woods, and she did not see it return. (P. 4019)

**12/12/02 (Thursday)**
11:25 a.m. *Interview*: Andrea Roddy, Behavioral Medicine Unit of St. Anthony Hospital, Valparaiso, IN, p. 2327-2339; 2372-2387. Andrea became friends with Tina through Tina's daughter, Cassandra. She said during the second night at the motel in IN, Severance told her they would take Talsma's guns and told her how they would do it. Roddy went with Severance to Talsma's house and unlocked a window and a door while Talsma was in a back room. While in Pikeston(?), Ohio, Roddy noticed a box of fundraiser candy. Basham said he had gotten it from a little girl. Roddy said she had heard that Basham and Fulks had made Alice Donovan jump off a bridge, but that was only what she had heard. Chad and Branden had not told her this.

37

**JA 6569**

65291

Basham writes 4th letter to Beth McGuffin. 3rd letter is undated. (pp. 808-813; 1952-1957)

Agent Ciccarelli said that neither William Monckton nor Bill Nettles will allow interviews with Basham and Fulks.

**12/16/02**

*****Lead sheet*: Terry Poe
    Ms. Poe heard screaming about two weeks ago in the McKenzie pond area, and there have been about 100 buzzards circling since Thursday (12/12/02). (p. 4018).

*****Lead sheet:* Daniel Rich
    Mr. Rich saw buzzards circling around the house. (P. 4020).

**12/17/02 (Tuesday)**
9:52 a.m. Fulks and Basham were indicted by a Federal Grand Jury sitting in Florence, SC on charges including carjacking and kidnapping, resulting in death. (p. 173; 1215)

Testimony of SA Jeffrey M. Long (p. 843)

Mr. and Mrs. Burns move to new address – Route 2, Box 84, West Hamlin, WV. (p. 1749)

4:15 p.m. Agent Harper said the FBI Laboratory is working on establishing Samantha's DNA and then they will check evidence. (p. 1749)

4:34 p.m. Grand Jury testimony of Betty McGuffin. (pp. 2724-2748).
    McGuffin states she has known Fulks since they were five years old. She had last seen Fulks early in the summer when she and her cousin and her cousin's wife gave Fulks a ride to Kentucky after his wife stranded him in Huntington. During this time, he was lending everyone money because he said he had gotten two $15,000.00 settlement checks after suing where he used to work. She said he had hidden once of the checks in the VCR. When they got to Kentucky, they found his wife, Veronica Evans, had taken the VCR to Indiana. They went up to Indiana where he told them he would get the check and talk to Evans, which would take about 30 minutes. They waited for an hour and then she and her cousin's wife (Christy Woodyard) went and knocked on every door in the trailer park. After not finding him, they left and had to steal gas to get home. (p. 2726)
    The next time she saw Fulks was Nov. 15, 2002. She said Branden, known then as Tommy Blake, came up to her door and said someone wanted to talk to her. She said Chad then popped his head out of a blue BMW. The BMW had a West Virginia license plate on it that dangled by one screw. She yelled at him about leaving them out to dry in Indiana. He told her he had been arrested and left it at that. They wanted to go to a motel, but she told them to stay with her because she didn't know they had escaped. She said on Saturday she tried to rent them a hotel with a girl's ID but she was underage. Fulks and Basham told her that they didn't have

38

**JA 6570**

65292

any ID. Chad said his wife had all his stuff. She said she asked how they got the car or whose it was and Fulks would always say the car was his and Basham would say it was his. (p. 2727)

McGuffin said she has four children who were at the house when Fulks and Basham arrived. However, she said her mother picked up the girls Saturday morning. She said her children were in bed when she, Fulks, and Basham starting drinking Friday night. A few of her friends came over, Stacy Thacker Workman, Stephanie LNU (lives beside Stacy on top of 28th St), and Rob Perry. (p. 2728) She and Fulks went to buy more beer on Saturday at "Fatty's." She said she snooped around and looked in the glove box of the BMW and saw a few ID cards and social security cards. She told her friend Stacy about them. She had asked Fulks/Basham where they had gotten the IDs earlier when she tried to use one to check into a motel -- a Comfort Inn in Burlington, Ohio [p. 2738]. They told her they had picked up a girl from Gallipolis and had to take her ID back to her. McGuffin said she could tell the girl was under 21. They told her they had given the girl, Amy Bowen or Amy Blake, a ride and she had left her ID. (p. 2729-2730).

Fulks and Basham told her they were on their way to Arizona to a bike rally. They begged Stacy and McGuffin to go with them to Arizona. (p. 2728)

McGuffin said she, Basham, and Fulks smoked crack all day Saturday. They got the drugs off the street in Huntington. She bought the drugs using Chad's money. (p. 2728) She said on the way to get the coke, she drove the BMW and Basham was in the car. When he saw a cop car, he told her to "Hide this car." She asked if the car was stolen and he laughed at her and wouldn't say anything. She parked it in front of her house. Basham went in and talked to Chad for 30-40 minutes. (p. 2736)

She said they were wrecked Saturday and Sunday until Basham and Fulks left. Before they left, they asked her to get another $100. They smoked about $50 with her and then left right after midnight - between 1 and 2 a.m. (p. 2729)

At some point, Fulks and Basham washed their clothes. They were in a really large red bag in the trunk. It was large enough that it had to be folded up in the trunk of the car. She said Basham and Fulks did not smell like gasoline but that they each took "four or five" showers. She said she knew Basham took a shower four times Friday and five times on Saturday. They laughed when she make a comment about them taking so many showers. They would take turns leaving and then come back a couple of hours later. They wanted Betty to get them some dope, and Chad went to get it himself from her brothers. (p. 2731)

Chad had on a pair of brown Eastlands - hiking boots - and Basham had on Nike hightops. She said they had all name-brand clothing with them. (p. 2731)

She also described a black bag in the trunk of the BMW that was filled with money. She said it resembled a doctor's bag and said she saw several bundles marked with blue wrappers denoting $100. She asked if they had robbed a bank. She said they just laughed at her and didn't say anything else. She also said the backseat had lots of tied up grocery bags - she mentioned you could hardly get in the backseat. (p. 2732)

McGuffin also said she saw two guns. Her friend, Stacy Thacker Workman, told her that Basham was messing around with the ceiling tiles in McGuffin's daughters' bedroom and hid something up there. McGuffin said she figured it was a gun but admitted it could have been something else. She saw Basham with a .45 which she asked him to put in the car. He did so. Chad had a .22 and two knives. Chad told her to put the .22 in the glove compartment of the

39

JA 6571

65293

BMW on Monday. He gave it to her because they were on another crack run. He removed the gun from his back. (p. 2734)

She said Basham and Fulks left on Sunday. She saw Fulks around 10:30 that night and he looked pale and nervous. He told her he would explain later. She said Fulks wanted more crack and a guy that was at McGuffin's house went and got him some. Fulks was paranoid around her friends and didn't want to come in at first. When the news came on and showed Basham, McGuffin began hitting Chad and asked if that was Basham. Chad acted surprised about it. He said he had taken Basham to his girlfriend's house, they had gotten into a fight and busted out the window. Fulks said he went to his mom's in Ohio and Basham called Fulks' mom's house to come back and get him, but Basham had another man with him. Fulks said when he got to Ashland, Basham was running form the police. Fulks then turned and came to McGuffin's house. (p. 2734) They later went out more times to get more crack in Huntington and then back to her house. (p. 2735)

Her friends who were also at the house were Bobby McDaniels and Trey LNU, who she identified as a drug dealer. She said Trey was a black male with blue dreads and beads in his hair. (p. 2735)

She said Fulks left her house around 1 or 2 a.m. on Monday morning. He told McGuffin he was going back to his mother's in Ohio. He returned on Monday around 6 or 7 p.m. and they smoked more crack. She said crack normally makes you more paranoid, but said Chad said he wanted to park the BMW somewhere else besides at her house. Fulks then left her house at 11 p.m. or midnight. (p. 2736) He returned Tuesday morning around 10:30 or a little earlier. He left right before the news came on. She saw him on the news and dialed 911. (p. 2737)

She said Fulks mentioned he had screwed one girl from Gallipolis. She said she and Basham slept together and Basham told her that Fulks wanted to have something to do with her. Basham also told her he acted like Chad was his boss or something. Basham later told her when they were leaving that he couldn't tell her anything then but he would tell her later. (p. 2737)

She said they left Heather Jo Jacobie's social security card and a blue Hanes Her Way jacket with a hood which McGuffin later wore. She turned it over to the FBI. Branden had given her a small girl's ring - heart shaped with diamonds. Branden asked where it was on Sunday and she said she had put it underneath the pillow. The ring was gone when she went to get it. Additionally, Fulks and Basham left a plastic tire gauge, pliers, and a wrench. (p. 2737)

She said they went somewhere else of Darnell Rd. in Huntington. They went to a man's house because Chad said he needed to talk to him. Basham and McGuffin stayed in the car while Chad got out and talked to the man. The man's son was shining a flashlight into Basham and McGuffin's eyes. She said the man was likely white because Fulks "don't like black people." She doesn't know what Fulks was talking to the guy about. (p. 2739)

The jurors asked McGuffin question about newspapers covering the seats of the BMW. She said they were spread out to cover the seats and Fulks and Basham told her not to move then because they had spilled something in the seat. She said the car smelled like alcohol but not gasoline. (p. 2740)

She said she called the police on her friends because she didn't have any clue they were wanted and they probably did something with those two girls, and she wanted to help. (p. 2740)

40

JA 6572

65294

6:00 p.m. Ciccarelli called and said Beth McGuffin gave Federal Grand Jury testimony today. She stated during her testimony that Basham may have put something in her ceiling when he stayed with her.

7:15 p.m. Sgt. Arnold received consent to search Beth McGuffin's house. She gave him another letter she received from Basham, saying, "I did a lot of bad shit with Chad and I can't hardly live with myself." (p. 1750)

7:45 p.m. Agent Harper and Sgt. Arnold searched McGuffin's ceiling and found nothing.

Barry Donovan sends out letter to the media. Letter sent to WBTW, WPDE, WECT, Fox News, Channel 5 in Charleston, the Sun News, and the Horry Independent. (P. 3742)

****Branden's problem list in jail includes potential for anger, depression, agitation, poor self-esteem, self-harm, manipulation, and noncompliance (p. 6468).


### 12/20/02 (Friday)

*****Mental Health Assessment:* Branden was admitted to Columbia Care Center for treatment of Schizoaffective Disorder. During the psychiatric interview, Branden was jittery and shaky, stating that he is hearing voices. He also states he is having trouble sleeping and with having nightmares. DOCTOR'S RECOMMENDATION–Branden attend GED classes, anger management classes, stress management, and conflict resolution therapy (pp. 6459-60).

*Interview:* Carl Jordan, pp. 129-130. Basically reiterates his earlier story - he saw the green minivan behind his son's trailer, was chased by the minivan after they realized he was there, he began to follow the van once it stopped chasing him until he lost sight of it.

*Interview:* David Cooper of Cooper's Welding, Juniper Bay Road, p. 131. He was traveling on Juniper Bay Road toward Conway when he recognized Eloise Hyman's white pickup truck stopped on the road. Two males entered the vehicle and sped away. He said this took place around 2:00 p.m.

*Interview:* Mark Cooper at Cooper's Welding, Juniper Bay Road, p. 132. A van with an out of state tag entered his parking lot at a high rate of speed. The van then turned off Juniper Bay Rd. and made a left turn into the Williamson residence driveway. He noticed one of the men was peeping around the corner of the house looking toward the road. When the Horry County Police Dept. arrived, they found the green minivan in the field b/t the Williamson's residence and Mrs. Margaret Moore's property.


### 12/23/02 (Monday)

Incident report: A camouflage bag had been left in the tree line next to Mrs. Margaret Moore's home on Lundy Shortcut Rd. A camouflaged ski mask was also found next to the bag. The bag

41

JA 6573

65295

contained a .45 caliber handgun (stolen on Nov. 9) and 8 packs of Marlboro Light cigarettes, 1 pair of camouflage insulated booties, 1 set of binoculars, clothing, 1 pair black leather gloves, etc. (p. 270)

**12/24/02 (Tuesday)**
Order to Dismiss Complaint was filed in the US District Court, S. District of Indiana, Evansville. The charges were dismissed after discussion b/t representatives from all the US Attorneys in the interested districts. (p. 173; 2609-2611)

*Interview*: Clifford Jay, (270) 383-5259. Jay was contacted by telephone and said he was Basham's teacher for a few years, and Basham had contacted him from the Columbia Care Center. He said Basham told him Alice Donovan was tied to a tree in N.C. He said Basham had a hard time growing up because he was "unstable" and due to his smaller size. He believes Basham will tell him where Donovan is due to their past relationship.

**12/26/02**

\*\*\*\**Interview:* Anthony Laison, p. 4013
Laison received a phone call from one of his friends a week ago. His friend stated he saw something floating in the water when he went over Juniper Creek Bridge, and it looked more like a person than an animal. Laison then notified Sgt. Tolley and went to the bridge, but didn't see anything.

**12/27/02**
Order to Dismiss Complaints against Basham and Fulks [Cause No. EV 02-48 M - 01 and EV 02-48M - 02] granted in the US District Court for the Southern District of ID, Evansville Division. (p. 2609; 2619)
Motion to Dismiss was filed on Dec. 24, 2002. (p. 2610-2611; 2620-2621).

**12/30/02**
\*\*\*\*Fulks pleads guilty to fraudulent use of a credit card over $100 and receives 5 years on each count, 1-12 (pp. 4480-4483).

\*\*\*\*Branden's treatment plan for his problems while in jail. He has Axis1–Depressive disorder NOS, polysubstance schizoaffective disorder by hx and Axis 4–incarceration and poor relations with family. The intervention is therapy sessions pretty much daily (p. 6469).

**January-February 2003**
\*\*\*\*Brandon taking computer and typing classes in the jail (p. 6438), and he is in group therapy (p. 6439). These group sessions dealt with ways to develop friendships and relaxing. He is active

JA 6574

65296

in participating and interacting with peers, and the goal set out is to use the activities as a coping skill (p. 6441).

Nurse's notes indicate Branden has the potential to create an altercation, is disobeying the ward rules and routine, and is participating in horse play (pp. 6453-56).

## 01/01/03 (Wednesday)

Sgt. Arnold asked Mr. and Mrs. Burns about whether Samantha would have any candy or cookies in her vehicle. Mrs. Burns said Samantha was selling candy, including M&M's, Snickers, KitKats, and Hershey Bars for the Physical Therapy Program at Marshall Univ. She thinks Samantha had sold about half the box. (p. 1750)

## 01/02/03 (Thursday)

12:50 p.m. Arnold called William Monckton, Basham's attorney. Monckton refused to let his client talk about Samantha Burns with his client facing the death penalty in NC/SC. (p. 1750)

1:40 p.m. *Interview*: Tina Severance, 4th Floor Attorney Room of LaPorte County Jail, p. 2340-2351. She said Chad was released from the Westville Correction Center on March 23, 2002 and had moved in with her. Around the end of April, Chad moved in with Veronica Evans. After Evans stabbed him in the arm, Fulks talked about leaving her and having Tina move to Kentucky with him. On the day Basham and Fulks showed up at her apartment, Tina said she and Fulks went to get vodka. Upon returning to her house, Fulks and Severance found Basham and Roddy having sex. She then decided they should get a hotel room. Chad was the one who suggested stealing the guns from Talsma. She said that Chad's father and brother, Dwayne, told her that Chad told them Basham had taken Alice Donovan out into the woods to tie her to a tree. Chad had said he hadn't heard a gunshot, so he didn't think Basham shot the lady. Tina had heard nothing about making Alice Donovan jump off a bridge.

*Interview*: Nicholas Jamos, 1018 Silver Court, Murfreesboro, TN (615)904-7866, pp. 2943-46.
> Police Report Regarding the burglary written by Detective Jeff Wilson pp. 3965-3975

Jamos and a friend, Cory Hutchinson, traveled to Louisville, KY to pick up a Winnebago camper. They rented the vehicle to take it to the Bonaroo Music Festival in Manchester, TN from June 21-23. They were on I-65 heading back to Murfreesboro when they had car trouble. James hit a full tire in the road while near Horse Cave, KY. He pulled over to the shoulder of the road. He began calling the Bates RV service to report the problem. The service then coordinated an AAA auto wrecker to respond. Jamos also contacted the Kentucky State Police. About 30-40 minutes later, a lone white male officer responded. It took the officer about 20-30 minutes to complete his report, and he suggested they stay in the vehicle and not wander around outside. James sat in the passenger seat while Hutchinson sat in the driver's seat. They sat there for around two hours when a vehicle pulled in front of the RV on the shoulder about 100 yards away. He didn't know the make of the vehicle or its color or its license plate.

An individual approached the RV holding a flashlight in his left hand at head level and his right hand on a holstered weapon. The person was a white male with short blond hair,

JA 6575

65297

weighing about 200 pounds and stocky. He had a mustache and no other facial hair. He didn't wear any glasses and the holster was brown leather and held a black semi-automatic weapon. The flashlight was a black Maglight. He didn't see any tattoos or distinguishing marks or jewelry on the man.

The man walked to the driver's side where Hutchinson was sleeping. James reached over Hutchinson to open a sliding glass window to talk to the man. The man said, "I'm agent (name unrecalled) with the FBI." James saw a white polo-style t-shirt with FBI Agent on the left chest. James told him they had already spoken to the police. He asked James to get out of the car and show the RV's damage. At no point did the man display credentials or a badge although he said he was an FBI agent three to four times.

Hutchinson asked James what was going on when James started to get out of the RV. James told him he was going to show damage to the law enforcement officer. James and the man went to the driver's side rear wheel while Hutchinson remained in the RV. The man then told James to get Hutchinson out of the car. While getting out of the RV, James had handed his entire wallet to the man for identification purposes. James went and got Hutchinson and they returned to the rear of the RV where the man asked for Hutchinson's ID. He began accusing Hutchinson of "being on something." He accused them of having drugs. The man went into the RV and came back threatening James with a drug test. They told the man they didn't have any drugs and consented to a search. The man was in an angry state and went back inside the vehicle. When the man returned, he told them he had found drugs and they were under arrest. He told them to place their hands on the RV and spread their legs. He said he was arresting them for lying about drugs.

At this point, James thought Hutchinson may have moved his hand or something because the man yelled for both of them to get on the ground or he would blow their heads off. The man had his gun in their faces and the barrel was pointed at James' face. They insisted the police be called and a canine search conducted. However, the man said they were going to jail. They laid on the ground and tried to negotiate. Jamos saw the man hold the handgun to the back of Hutchinson's head. Jamos was on all fours and the man pushed him down with his foot. The man told them to turn their heads to the rear of the vehicle and within 20 seconds, James saw the lights of the AAA wrecker. When the wrecked pulled up, the driver didn't exist and they were still lying on the ground.

Finally, Jamos stood up and described what had happened to the driver of the wrecker. The driver looked confused and called police. Twenty minutes later, two KSP officers responded – one a black male driving a marked car and one unmarked car. He told the black officer what had happened.

Jamos said the man had obtained $680 in cash from his wallet, his cell phone, checkbook and a pair of sunglasses.

He picked frame #4 in a line-up as the man who said he was an FBI agent.


**01/03/03 (Friday)**
11:30 a.m. Sgt. Arnold told Mr. and Mrs. Burns that the death penalty in SC was stopping Basham from giving him information about Samantha. (p. 1751)


44

**JA 6576**

65298

**01/07/03 (Tuesday)**
Basham and Fulks pleaded innocent to federal charges of carjacking and kidnapping Alice Donovan. (p. 1213)

*Interview*: Kara Aston, p. 1751; 2036. Aston is the President of the Marshall Physical Therapy Class. She said she gave Samantha a box of fundraiser candy around the end of October. The box was either purple and yellow or brown. It had pictures of candy on the outside of the box and had a carrying handle. She said Samantha told her on Nov. 7, 2002 that she had not sold all of her candy. Aston told her just to turn in the candy she hadn't sold. She never got the candy or money back from Samantha.


**01/08/03**
Joe Jones' Motion for Shock Probation overruled. (P. 3031)


**01/09/03 (Thursday)**
*Interview*: Tina Severance at Michigan City, IN, pp. 780-786; 2352-2362.

Severance agreed to speak with the FBI and the MCPD. She said she met Fulks while working as a guard at the Westville Correctional Center. After he was released, he moved in with Severance on March 23, 2002. They began having relationship problems in April, and Fulks went to live with Veronica Evans in Bristol, IN. After Fulks and Evans had an altercation in Illinois, Severance drove Fulks back to Kentucky (Autumn McLavin accompanied her). They helped Fulks rent a house. Severance returned to Indiana and found out she'd lost her job.

*Interview*: Cory Hutchinson, 906 South Baird St., Murfreesboro, TN 37130, (615) 893-1107, pp. 2947-2950.

Hutchison and James were driving on I-65 when they hit debris and pulled over. They called Bates RV (where they rented from) which called AAA and then the KSP to file an incident report. The officer arrived and took a report. They then waited about three hours for an AAA wrecker.

Hutchison had fallen asleep in the driver's seat when James woke him up, told him an officer was outside, and to come outside the RV. The man took ID from both of him. Hutchison removed his ID from his wallet, but James gave him his whole wallet. The man then walked to the end of the TV and spoke into a radio headset on his shoulder. Hutchison thought he was calling in their IDs. Hutchison was frustrated at the day's events and threw his hands out. The next thing he knew, the man pulled out a gun. He told them to lay on the ground after pointing the gun in their faces. He also requested backup through the radio mouthpiece. The gun was a .45 semi-automatic, black in color, and had a square look. While they were on the ground, the man then began yelling, "Where are the drugs?" He told them he could tell if someone had been smoking pot by a tongue test. They again denied having any drugs.

The man then made Hutchison get up at gunpoint and go back into the RV. While in the RV, Hutchison continued to tell him there were no drugs and that he should call the canine unit.

45

**JA 6577**

65299

They exited the RV and Hutchison got back down on the ground. The man then made more threats about going to jail. He told them to put their faces straight down.

The man said he was an FBI agent about three or four times during the incident. James had called the man "officer" a few times, which apparently he didn't like because he said, "I am an FBI agent." The man had his gun drawn and appeared to be in an uptight and angry state while yelling at them.

Hutchison figured the man left the scene after seeing the oncoming wrecker service. The wrecker driver was reluctant to get out of his vehicle when he saw them lying on the ground, but eventually called the police. The responding cops were a black male and a white male driving separate vehicles.

The man was a white male, 5'10" tall, 180 pounds, with medium build. He had sandy brownish hair parted in the middle and combed back. He had a mustache and no visible tattoos or skin imperfections or jewelry. The hair style was "mullet-like." The man's shirt was a dark blue, short-sleeved polo shirt with yellow lettering stating "FBI Agency." He was wearing black fatigue-style pants and black boots. He holster was a shoulder holster worn on the left shoulder. He held the handgun in his right hand. The man also had a walkie talkie on his hip, and the mouthpiece was clipped to his collar. The man never touched Hutchison, but he didn't know if James had been touched. The man never displayed credentials at any time.

The man took $200-$260 from Hutchison, and he thought James had lost nearly $700. He also lost his cell phone.

The flashlight used was a Maglight, about a foot long in length and black.

Hutchison never saw a vehicle associated with the man.

He identified photo #4 in the line-up as the man who stole their things.


**01/17/03 (Friday)**
*Interview*: Melton Hayes Gore, Columbia Care Center, 7901 Farrow Road, Columbia, SC, pp. 134-35. Gore spoke with Basham in the Columbia Care Center about Alice Donovan's whereabouts. Basham described the area he remembers driving through and gave a few landmarks that he remembered. Basham did not tell Gore where Fulks and Basham disposed of the body but Gore suggests it might be in the old bombing range area. Gore offered to assist in organizing a search in exchange for a downward departure on his sentence.


**1/18/03**

****Letter from Chad Fulks to Amber Fowler* (pp. 7775-7777)
Fulks tells Amber not to believe everything she hears on the news because they are going by what the "other guy" says, and he (Branden) has been caught in so many lies already. He is putting it all on Fulks, but Fulks says he will prove he has never hurt or killed anyone. He also is upset that his life could be taken for something he has never done. He once again begins to get depressed when talking about Devon Fulks.

46

JA 6578

65300

**1/19/03**

****Letter from Chad Fulks to Amber Fowler* (pp. 7777-80)

Fulks mentions something about having community service with Amber at a retirement home in Ohio for a car wreck. They subsequently got fired from that. He also discusses an incident where he was doing acid and went to the beach, caught sand crabs, and went back to the hotel and put them in Amber's bed.

**01/21/03**

*Interview*: Ray Mason.

Mason said he saw a dark BMW on the 14th driving erratically around 5:40 p.m. It turned by Ace Hardware or True Value by Hwy. 179. (P. 3748-49

*Interview*: Kerry Tharp.

Possible sighting of BMW on 11/16/02 on dirt road near the Fireball Raceway between the race track and railroad tracks. (P. 3753) Area was checked by a search team. (P. 3754)

**1/22/03**

*Interview*: Detective Randy Rizzo, done by Captain G.A. Caison (pp. 4142-4143).

Det. Rizzo served warrants on Fulks and Basham for kidnapping, carjacking, burglary, AWDWIK, and grand theft auto. Fulks' warrants were served at 12:15 p.m. at the Effingham Detention Center, where Fulks accepted his warrants and said nothing pertaining to Donovan. Det. Rizzo then served the warrants on Basham (under the name of Dean Proctor) at the Darlington County Jail at 1625 hours. Basham said his attorney said he could tell Rizzo how to get the woman, but not what happened. However, no questions were asked at that time.

**01/23/03**

*Interview*: Tina Severance, at LaPorte County Jail, Laporte, IN.

Severance was shown four digital color photos which had been provided by SA Jeff Long. They depicted jewelry found on a dirt road near a landfill in SC. Severance said she didn't recognize the jewelry as belonging to Chad or Branden.

She is scheduled for an appearance in the La Porte County Court on 01/24/03. She has worked out a plea agreement for the Michigan City, IN charges and expects to be released on that date. She is to contact SA Allen after her release to confirm her travel arrangements to WV. (P. 3837; 6008-12)

****Branden is being disruptive, disrespectful, and inappropriate in group sessions (p. 6458).

**1/26/03**

****Lockdown*: Brandon put on lockdown in jail due to manipulative behavior (p. 6436).

**01/27/03 (Monday)**

JA 6579

65301

Warrant issued for Tina Severance's arrest for neglect of a dependent. (p. 1558)

Request for examination of evidence from the Evidence Control Center of the FBI. The report lists all the evidence recovered from Basham when arrested and from Alice Donovan's BMW (extensive list). The report was made while waiting to obtain DNA ad hair samples from Fulks and Basham, Severance and Roddy, and Donovan. (p. 2420-2431).

****Beth McGuffin went to take a polygraph, but since she was pregnant, she was advised to see a doctor before going through with the test (p. 8431).

## 1/28/03

****Tina Severance took a polygraph test and passed. Andrea Roddy also took a polygraph and passed (pp. 8295-8306). Their statements after the tests are the same as the ones given on 1/29/03 for grand jury testimony.

## 01/29/03

10:44 a.m. Grand Jury testimony of Tina Severance. (pp. 2707-2722)

Severance met Fulks while she was working at the Westfield Correctional Facility where Fulks was an inmate. She and Fulks briefly lived together after he was released in March 2003. After a few weeks, Fulks ran off with Veronica Evans but kept in contact with Severance. While he was jailed at Hopkins County, Fulks and Severance continued to exchange letters and she visited him three times.

Severance said she didn't know Fulks and Basham had broken out of jail until later in the day that they showed up. She and Chad went to get liquor and Branden and Roddy hooked up. Everyone was sitting around drinking and the guys got very paranoid. Fulks said he just had to get of there. Branden had torn the back of Severance's room up, ripping paper off the wall or the windows. She had plastic over the windows. The guys were nervous because there was a cop car in the area, which Severance said isn't uncommon. Fulks eventually told her that he and Basham had broken out. All four the went to the Stevens Inn, a cheap hotel in Burns Harbor, Michigan City area. They stayed there two nights. (p.2710)

She said they left for West Virginia so Fulks could see his mother, who lived on the border in Procterville, OH. They didn't see his mother but instead stayed at the Hollywood Motel. The guys later went out - Branden totally in camouflage (pants, shirt, floppy hat, brown boots), Fulks partially in camouflage (camo shirt, pants didn't fit, so he wore jeans, a camo hat and boots). (p. 2711) She doesn't remember seeing the camo outfits again after this point. (p. 2718)

She asked Chad the next morning what was going on. Chad said it wasn't productive here, that he couldn't find any money. She didn't know if he was out selling drugs or what. She said he had several friends and knew a lot of people there. When they left, she noticed mud in the floorboard of the driver and passenger sides and some on the passenger seat. (p. 2713)

She noticed a box of fundraiser candy when they got to SC and were unloading the van. She said it was about two feet wide and six inches thick with handles that came together on the

48

JA 6580

65302

top.  Fulks answered her questions about the candy by telling her he had gotten it with one of the purses.  She said she didn't see any purses in the hotel room or in the van.  The candy was just about gone.  She said there were no purses, backpacks, articles of clothing or blood in the van. (p. 2714)

On the way to SC, Severance asked Branden about the ring on his necklace.  It was a small woman's ring with a little heart-shaped diamond.  She asked if he was going to give it to Andrea because he kept telling her he was going to marry her, that he loved her, etc.  He said no, that he was keeping it.  She thinks he got it the night he went out in Huntington because she doesn't remember seeing it before then.  Also while driving, Basham was mad at Severance because she had taken $150.00 out of his wallet at Chad's instruction.  She said they were driving over the Ohio River singing a country song saying, "I'm gonna get you" and Branden sang it loud right in her ear.  She would mess with him by handing him cigarettes but dropping them on purpose.  She made a comment about going swimming in the river, and Branden said, "Yeah, I'll take you swimming.  Believe that.  I"ll take you swimming."  Then Chad yelled at her to be quiet. (pp. 2715-2716).

She doesn't recall any leopard skin purse.  She noted that her bedroom is done in leopard skin, so she probably would have recalled it if she had seen a purse. (p. 2716).  However, she later says she did see a small leopard skin small makeup case once they got to SC. (p. 2718)

After she checked into the motel in Myrtle Beach, she found out that Chad had punched Branden in the lip.  Chad instructed her that she was not to be with Branden without him at any time.  He made her sit in the bathroom with him while he took a shower. (p. 2716)  She said eventually she got to the point where she thought Branden was going to kill her. (p. 2720).

She said Basham and Fulks came in with purses the second night in SC.  They had a lot of IDs and checks. (p. 2717)

She said Fulks came back on the 14th and said Branden had shot a cop and didn't know if Branden had killed anyone but that he was just really sick and scared and had to go.  She begged him not to.  He told her to hook up the phone at 9 p.m., he would call at 10 p.m. and may be she could meet him later and follow.  The phones were broken, however, so Fulks couldn't call her.  She reported the van stolen the next day and the FBI showed up. (p. 2717)

Responding to juror questions, she said that Branden had the guns. They were kept in a camouflage duffle bag. (p. 2718).

Also in response to a juror question, she said Andrea became even more quiet than usual.  She said she was upset because of Branden's actions like sex, etc.  Severance asked Andrea if Branden had told her anything and she said no. (p. 2719)

11:33 a.m.  Grand Jury testimony of Andrea Roddy. (pp. 2696-2705)

She answered the door when Basham showed up at Tina's trailer.  She went to tell Tina, who thought it was the man who was going to repossess her Jeep.  Andrea then passed out in Tina's room from a "head rush" - she denied being on any drugs then.  About fifteen minutes later, she went to tell Branden that Tina wasn't home.  He said "Well, it's very important that she gets in touch with me."  About ten minutes later, Fulks comes to the door.  Andrea said she didn't know Fulks before, but had seen him around before that date at Tina's.  Finally, Tina came out and the four of them went to a hotel for the night.

49

**JA 6581**

65303

She said she didn't see any guns until after they all met back up after the guys stole Talsma's guns. She said she only saw one of the guns because Branden constantly had to have a gun on him at all times. (p. 2699)

She said by the time they got to Huntington, she and Basham had formed a relationship. She said he told her a bunch of lies which she knew were lies from the beginning. He said he had just gotten out of prison. She said she only "did one thing" with him, but it was nothing more than that. (p. 2699-2700)

She mentions that Tina and Chad were the main ones who were running everything, along with Basham (p. 2700).

She and Basham got into an argument at some point. Fulks apparently had hidden Basham's gun and money was missing from Basham's wallet. When he pulled out the gun, Roddy left the room and went to clean out the van b/c it was full of garbage. She said she saw a box of fundraiser candy sitting on the floor. Basham told her the box came from a little girl they had taken it from. There was mud in the van on the back of the passenger front seat and on the arm of the front seat. It was also on the floor on the side door. Mud was also on their jeans - they had since switched pants. They told her the mud was from where the car was parked, but she said that mud was a different color than the mud on the seats and on their jeans. She said Branden had some jewelry on a chair around his neck - a man's ring taken from Talsma and a woman's ring that was in a heart shape with diamonds. When she asked Branden about the woman's ring, he said it came out of a woman's car. She tried to get it from him, but he refused to give it to her. (pp. 2700)

Roddy said she also saw a leopard skin small change purse or a small make up bag. She knows they did not have it until after they were in West Virginia. (p. 2701).

Angie Warner, Alice's daughter, provided some information to police.

She said her mother didn't have a "Proud to be an American" sticker on her rear window. She kept duct tape in her trunk because she and her husband were building a new home.

The two black purses aren't Alice's. Cell phone charger and earpiece may be hers, however. The lip glass might be Alice's but she isn't sure. If it's Mary Kay, it's probably Alice's. She wore perfume, brand Rapture. (P. 3770)

Barry Donovan provided information to police:

He said the car did have a "Proud to be an American" tag on the rear window. The shift knob was already missing. The driver side door handle was already torn up, but the damage to the passenger side 1/4 panel wasn't. The phone clip was Alice's as was the yellow flashlight. He wasn't sure about the screwdrivers or black gloves. The charger was hers as was the First Aid Kid. He knew she had an earpiece but doesn't know if it was hers. Altoids are hers, but pills are not. He didn't think the purses were hers either. Knife with corkscrew as hers, other knife was not. Cologne and Harley Davidson Zippo were not hers. The black leather case is a multi took box they kept in the vehicle. A black plastic bag was in the glovebox. He looked at the screwdriver again and said he had never seen it before. The crochet bag was also not hers. (P. 3771-72).

50

JA 6582

65304

**02/03/03 (Monday)**

3:30 p.m.  Officers in the Portage Police Dept. received the warrant for Tina Severance.

3:58 p.m.  Two officers went to Severance's address at 521 5th Street, Portage.  No one was home.

5:51 p.m.  Officer  returned to Severance's home, this time seeing a small maroon vehicle dropping off Severance.  The office read the warrant to Severance and took her into custody. (p. 1557)

****FBI Evidence Report: conducted by Paul Eugene Tangren (703) 632-7248; p. 3962
Gun casings found in connection with Donovan kidnapping came from the following guns: a .22 Long Rifle and a .40 S& W caliber.  Two of the casings were fired from the K1 revolver.

**02/05/03**
Joe Jones set for trial. (P. 3041)

Property Fulks stole from Emma Payne returned by Detective Leonard Smith, Kentucky State Police. (P. 3481)

**2/7/03**
****Branden prescribed a 30 mg dose of Remeron Soltab (p. 6487).  **Discharge summary from Just Care:**  During the course of care, Branden had hallucinatory behavior.  He was also medication seeking.  He was assessed with no evidence of psychosis, major depression, psychoaffective disorder or ADHD.  His primary diagnosis seems to be personality disorder (p. 7354) .

**2/13/03**
****Brandon has schizophrenic problems (p. 6452).

**2/14/03**
Warrant for Andrea Roddy, Aiding Theft Class D Felony, p. 2389.

Luke Rose of 318 Tiernane St, Guyandotte, WV reported seeing a hand on a floating log in the river.  A search was conducted with negative results. (P. 3463)

**02/21/03**
SA Loran spoke with Don Rice, owner of Prestige Car Wash, 12244 Mackenzie Drive, New Haven, IN.  A receipt for a car wash was found in the BMW.  He said his digital security

51

**JA 6583**

65305

surveillance camera system isn't capable of retrieving images captured at 1:45 p.m. on Nov. 19, 2002. (P. 3796)

**2/23/03**
****Branden attempted suicide by slitting his left wrist. When the police came to his cell, he became very combative and abusive (pp. 6776-78).

**02/25/03**
Receipt for prisoner Joe Jones into Roederer Correctional Complex from Hopkins County. (P. 3027)

Sgt. Arnold contacted Jim Terry at Marshall University to see if it had Samantha's fingerprints on file. Terry told Arnold they did not have her fingerprints on file. (P. 3464)

**2/28/03**
****Branden is seen for schizoaffective disorder and is upset regarding the discontinuation of his medication, done per request of Dr. Schwartz. Dr. Schwartz states that Branden is "drugseeking" (p. 6503).

**3/1/03**
****A tip in jail was given that said a fellow inmate told Brandon to do something regarding obtaining a screw from a table. Brandon followed the instructions and was going to give the screw to the other inmate during rec time (p. 6750-51). Branden was charged with violating policy 2-11 (vandalism).

**03/04/03**
Order entered unsealing matters previously filed under seal in the US Clerk's Office in Evansville, IN by Magistrate Judge William G. Hussmann, Jr. The order regarded cellular site information relating to (219) 314-0264, Tina Severance's cell phone number. Severance's cell phone was called from a payphone by Basham/Fulks while riding around with James Hawkins on Nov. 4. (p. 2540, with motions following)
List of all Severance's cell phone calls from 11/02/02 to 11/06/02. (pp. 2560-2562). Greg has note to check these for familiar numbers.

**03/05/03 (Wednesday)**
Analysis of a pair of black Vanity Fair panties (same size and brand as Donovan) failed to reveal the presence of semen or blood. The panties were found on a dirt road off Hwy. 211 in Columbus County, NC near a gate post. (p. 1443-1465).

**03/06/03**

JA 6584

65306

Lt. Todd Carpenter and Ken Kepley interviewed Melvin Gore. He was told about the murders while he was at Columbia Care. An inmate by the last name of Bass/Bash told him of the rape/murder by him and a friend. He said the news was on the TV and Bash/Bass became scared and told him he was going to avoid the death penalty. Bash/Bass told him the girl was kidnapped from Conway, SC and taken to a graveyard in Myrtle Beach. They tied the girl with rope, raped and killed her. The body was then put in the trunk of the car and driven back toward Conway on 501. Gore said Bash/Bass told him the body was buried between the two towns. He drew a map leading between the two towns and Bash/Bass said they turned right on the sandy road. He said Bash/Bass could talk about the various locations and what he saw, so it was evident he had been in that particular area. Gore said he didn't want anything for his help, just to assist getting the girl home to her family. Gore said Bash/Bass also said they had committed a rape and murder in Charlotte, NC (possibly Shalotte?). (p. 3779-80; maps included on 3786-3787)

**03/11/03**
SA Ken Kepley had talked with Melvin Gore who was roommates with Basham at Columbia Care. Melvin said Basham had confided in him and helped Gore draw a map of where Alice Donovan might be. He said he would help and wanted nothing in return. (P. 3777)

****Branden complains of being extremely stressed and is restarted on Concerta for 90 days (p. 6502).

**03/20/03**
Grand Jury charged Branden with Receiving Stolen Property and Possession of a Firearm by a Convicted Felon. (3421-22)

**03/21/03**
Warrant issued in Commonwealth of KY, Boy County, for Branden for Receiving Stolen Property (firearm) FFF and Possession/Gun/Firearm by Convicted Felon. (P. 3420)

**3/24/03**

****Grand Jury in Brunswick County, North Carolina indicts Basham and Fulks--Superseding Indictment Murder and Indictment for Capital Punishment (pp. 4122-4125)

**3/25/03**
*Interview:* Melvin Gore, Federal Correction Institute in Prince George County, p. 2301-2315. He was in the Columbia Care Center with Basham "Bass." He described Basham as clean cut, well built and sharp. He said Basham told him that he didn't kill Donovan but they had dumped her

53

JA 6585

65307

body down a big sandy dirt road off Hwy. 501. He said Basham said they went to Charlotte (Shalotte?) And got a girl from there, too. He said Basham told him he was going to play crazy so they wouldn't execute him. He said he had already used that plea. He also gives an in-depth description of the area Basham described.

### 03/27/03
SLED report from Depart. Of Forensic DNA Analysis regarding samples of DNA taken from a toothbrush and blood from Jennifer and Angie Warner. The report says the DNA from the toothbrush doesn't match the DNA profile developed from the femur bone in case number L02-14688(?). However, the DNA profile developed from the toothbrush is consistent with the mother of Jennifer and Angie Warner. Conducted by John C. Barron, Forensic Analyst, SCLED. (pp. 2689-2693).

### 4/8/03
***Branden complains of a toothache and a filling falling out (p. 6510).

### 04/16/03
Motion to Place in Abeyance filed by David G. Massamore, Commonwealth of KY's attorney. (P. 3081; 4339)

*****Interview:* Mark Goodwin, boyfriend of Sherry Fulks (p. 8426)
 Goodwin has been dating Chad Fulks' sister for almost 10 years. He has not spoken to Chad in six or seven years, and Chad is not allowed in their house. He said his wife has been helping the attorneys because she "feels sorry for" Chad.

### 4/21/03 (Monday)
*Interview*: Henry Hardy, Richland County Detention Center, p. 2299; p. 4270-4271. Hardy and Basham became friends in the Z dorm at RCDC. He said Basham told him Fulks killed Donovan by tying a rope around her neck and breaking her neck. He said he had nothing to do with the murder but admitted to participating in the carjacking, kidnapping, and rape of Donovan. He said they had dumped the body under a bridge in a wooded area off Hwy. 378 just before the Conway City
Line.

*Interview*: Chad Fulks, by SA Jeff Long and Lt. Session, pp. 3789-3792; 3946-3955; 4130-4133.
 Chad provides essentially the same information as on April 28, 2003 interview. Fulks admitted having intercourse with Donovan and said he ejaculated. He is unsure if Basham ejaculated or not.
 Pete Skidmore provided more details about the boat ramp Fulks described. The area is Long Bay Road which runs for two to three miles and comes to a four-way stop at a "V" in the road. To the left is a housing complex with "Pelican" in it. Watershed Road also intersects Long

54

**JA 6586**

65308

Bay. The boat ramp is really a boardwalk that runs from Long Bay Road to Watertower Rod. The ramp is surrounded by a secured green in color fence. At night, the walk would appear to be a boat ramp. Fulks added that Basham also had a brown pocket knife that he took from Donovan's purse. It was approximately six inches long. He is unsure what happened to it. Basham was wearing all black - black trench coat, black jeans, and black t-shirt. Fulks was wearing tan pants and a tan, long-sleeved t-shirt with stripes. Donovan was wearing blue jeans, white tennis shoes, yellow panties with designs, white bra, and he thinks a white shirt.


**04/22/03 (Tuesday)**

1:59 p.m. Presentation of indictment (pp.(p. 2495- 2521). Witness: Jeffrey Long, FBI, Myrtle Beach; presented by: Scott Schools. The indictment is read to the Grand Jury and then Long is introduced on p. 2499 (p. 19 of the GJ document). Basically, Long's testimony goes along with the general timeline of events. I'm just going to give the highlights since it's around 40 pages.

Long says that the three went to a deer camp, pulled into a cemetery where Donovan was sexually assaulted. He said then they left and traveled back to SC. They believe at some point, Donovan was killed and her body dumped in a wooded area.

In regard to James Hawkins, he says that Basham pulled the knife on him while riding in his truck. He also states that Basham threw him a jacket.(p. 2501)

Tina Severance also said that while in Ohio, Basham went to Kmart and got camouflage shirts, pants, boots, gloves, etc. (p. 2503)

Common description given from Savannah Bluff residents who reported suspicious van in their neighborhood placed Fulks as the driver and Basham as the passenger. (p. 2505) Three rifles and two shotguns were stolen from the trailer of Sam Jordan (p. 2507).

Basham admitted to being in the backseat of the BMW with Donovan during the stop at the Amoco in Shallotte. (p. 2509)

Notes that on Nov. 25th, Basham pointed the police to South Carolina, particularly Savannah Bluff, as to Alice Donovan's whereabouts. However, on Nov. 28th, he led them to North Carolina to search for her. He indicated that Chad Fulks had killed and raped Alice Donovan and killed her either by strangulation by a purse strap or throat slashing. (p. 2512)

He notes that Basham places the blame mostly on Fulks in his letters to Beth McGuffin. He made admissions on his part and on Fulks regarding Alice Donovan. (p. 2514)

On Nov. 17th in Ashland, KY, Fulks did not feel comfortable in KY. Branden didn't know that they were going to separate, but apparently they separated there. Branden panicked and tried to carjack a car with two women in it. (p. 2514)

After Fulks drives up to Indiana to ditch the car, he said to Ronnie Fulks (referring to Basham), "The other boy got stupid." (p. 2515)

Long then discusses Fulks' statements to police on April 21st, 2003. HE said that they pulled into the cemetery, and Branden performed oral sex on Alice Donovan and hten had intercourse with her. When he was done, Fulks also had intercourse with her. She remained naked in the backseat. They knew they had been spotted by a truck, so the left the cemetery area and then eventually headed back to SC. Fulks claims Branden killed Donovan in Horry County, SC. He said Branden took her out of the car at gunpoint and dragged her in the woods while Fulks remained in the car. Basham returned after approximately 20 minute and they left the area.

JA 6587

65309

Fulks said Branden was the leader of the crime spree. (p. 2517-2518). Fulks said shortly after they disposed of Donovan that Basham threw the cell phone and papers (not sure exactly what is was) off a guard rail into the tree line in the general vicinity. This hasn't been confirmed yet. Fulks said other things, like clothing, were disposed of along the way in parking lot trash containers. Nothing has been recovered yet. (p. 2521)

Long says that no credit card, identification, cell phone or anything they would trace directly back to Alice Donovan was located in the BMW when examined by the FBI. (p. 2520)

## 04/28/03 (Monday)

*Interview*: Chad Fulks, at Lexington County Detention Center, Lexington, SC, p. 2292-2298; 3789-3792.

Fulks said he was driving the white pickup when he and Basham entered the Wal-Mart parking lot. They began looking for a car to steal, and Branden jumped out of the truck after they followed a BMW into a parking space. Fulks drove down the aisle assuming that Basham would locate an unoccupied car. When Fulks drove down the adjacent aisle, he saw Basham waving to him signaling he had found a car. Basham was leaning into the driver's side of the BMW and was sitting on the female driver. Fulks pulled the truck in front of the BMW and watched Basham crawl over the front passenger seat. Donovan drove the BMW to a space near the rear of the lot and Fulks followed. He got into the backseat of the car. (p. 2292)

Donovan drove the BMW down Hwy. 501 toward Myrtle Beach. At the intersection of Hwy. 501 and Hwy. 378, the BMW turned left onto Hwy. 378 and continued until it made a right onto Hwy. 701. The BMW made a turn onto Church Street extension where Donovan was ordered to stop the vehicle in an area believed to be the Conway City maintenance facility. The area had a gravel parking lot and a white fence around it. Donovan climbed between the front seats into the backseat. Fulks began to drive. Basham sat in the passenger side of the backseat and was armed with a .22 revolver. Fulks didn't have a gun with him in the BMW. (p. 2293)

Fulks drove through Conway, passing a lumber yard and crossing over railroad tracks. He got lost and eventually ended up on Hwy. 90 going toward Little River. Basham began going through Donovan's purse and found an ATM card which Fulks was unable to use successfully because of a wrong PIN number. Fulks managed to get $200.00 from an ATM outside a bank just down the street. Fulks pulled onto Hwy. 17N and headed into NC. After they had been in the car for a while, Donovan requested they stop and get drinks and asked for cigarettes. Fulks entered a convenience store and purchased three bottles of Mountain Dew and gum. Basham told Fulks to buy tape, so he bought black tape and some radiator repair tape. He didn't buy cigarettes because he didn't have his ID with him. Donovan told him the gas gauge on the BMW might not be working properly, so they might need gas. Fulks pulled over to the gas pumps and used Donovan's credit card to pay for gas at the pump. (p. 2293-2294)

Fulks then pulled back on Hwy. 17N and turned left onto a two-lane paved road. He made a left turn onto a dirt road and drove until he came to a dead end at a hunting cabin. While on the dirt road, Basham began trying to take Donovan's shirt off. They passed several men standing outside the cabin who waved when Fulks passed. Fulks waved back, made a U-turn and drove back down the dirt road. He pulled into a small, dirt, U-shaped driveway where a fenced-in cemetery was located. Fulks pulled up to the fence, and Basham began forcibly taking

56

JA 6588

65310

Donovan's clothes off. He put her clothing across the backseat and then ordered her to lay down. Basham performed oral sex on Donovan and then had intercourse with her. While this was happening, Fulks was sitting on the hood of the BMW facing the cemetery. After Basham finished, he told Fulks to have sex with Donovan. Feeling pressured to do so by Basham, Fulks had intercourse with Donovan and ejaculated inside her. Fulks got out of the BMW and noticed a truck had pulled into the drive. He ducked in front of the BMW and the truck pulled out. They immediately left the area and got lost. Fulks saw a sign pointing to Myrtle Beach and got back onto the main highway - the same one they had driven on the way up. Donovan remained naked in the backseat, and Basham told her she couldn't put any of her clothes back on. At some point, she put her tennis shoes and panties back on. (p. 2294)

Fulks stopped at a Scotchman convenience store and used Donovan's credit card to get gas. He got back onto Hwy 90. Basham wanted Fulks to begin looking for dirt roads off Hwy. 90. Fulks turned down the first dirt road he came to, but turned around after seeing several houses and barking dogs. He turned down other roads but they all had houses on them as well. He drove down Hwy. 90 and passed a dirt road with a wildlife sign and turned around at a small grocery store, maybe an IGA. He drove back and turned right onto a dirt road. It was dark by then, and Fulks noticed that Donovan's wrist were bound and assumed Basham had done it sometime between the cemetery and turning onto Hwy. 90. (p. 2294-2295)

Fulks drove down the dirt road and passed a long, wooden dock with a green security fence. He turned around right after passing the dock and pulled up to the right side of the road. A pole with silver markings was near the BMW. Basham told Donovan that he didn't intend to hurt her but was going to tie her up in the woods. While Basham was out of the car, Donovan asked Fulks to ask Basham to leave the gun in the car since he was just going to tape her up. Basham refused to leave the gun in the car and signaled Fulks to back up the BMW and turn off the headlights. Basham was holding Donovan by the elbow and had a gun stuck in her side. Fulks said he did not see Basham holding any tape and didn't know if he had any in his pants pockets. Fulks last saw Basham and Donovan walking into the woods, possibly to the left side. Basham returned about twenty minutes later and had Donovan's panties and tennis shoes. The shoes were muddy. Basham put the items in the backseat and told Fulks to get out of there. Basham smelled badly and had mud on his shoes and the lower part of his pants. Basham told Fulks he had taken Donovan's clothing so if she got free, she may (not?) want to run so quickly to get help. (p. 2295)

Fulks drove back to Hwy. 90 and turned right. He drove onto an on-ramp (maybe Hwy. 22) but the road was closed. While on the on-ramp, Basham threw several papers and possibly Donovan's cell phone into the woods. Fulks then got back on Hwy. 90 toward Conway. They returned to Myrtle Beach and parked in a lot a few hotels down from the Beach Walk Motel. After making sure no police were around, they walked to the hotel where Fulks found Severance washing clothes. He told her to bring the clothes upstairs and told her in the bathroom that Basham had shot at police and may have killed someone. He told her that he and Basham needed to get out of the area and gave Severance some money to turn the phone on. He told her he would call her later that night. Fulks also told Severance about the van and that police had it. (p. 2295-2296)

Fulks and Basham took all their clothes and returned to the BMW. Basham suggested they put Donovan's things in the trunk so they could put their own clothes in the backseat.

57

**JA 6589**

65311

Basham told Fulks if the police started chasing them, they could grab their stuff and run. Donovan's panties, shoes and other things were put in the trunk. Fulks then drove north on Ocean Boulevard and turned onto Business 17 (Kings Hwy). Fulks was wearing tan pants and a long-sleeved, tan t-shirt with stripes. Basham was wearing black jeans, a black shirt, and a long black trench coat. Neither showered or changed their clothes when they had returned to the hotel. (p. 2296)

Fulks drove into NC. At some point in NC or Virginia, Basham asked Fulks if he had ever killed anyone. When Fulks answered no, Basham told Fulks he had killed Donovan by strangling/choking her and taping her to a tree. Basham had killed Donovan for both of them because she could identify them if she went to the police. Basham also told Fulks that he had killed a female two years ago in Madisonville and placed her in a shallow grave covered in tree bark. The girl had not been found. (p. 2296)

Fulks stopped somewhere in NC and used Donovan's ATM card to get $500.00. He then drove through Virginia and West Virginia. Fulks stole a license plate somewhere in WV near a rest stop and disposed of Donovan's plates by a campground in WV. Basham tossed Donovan's panties and other items in a dumpster at a carwash between Huntington, WV and Ohio. The remaining clothing, shoes and tape containing hair were thrown in a trash can at the car wash. Donovan's purse was thrown in a large ditch somewhere behind a state police barracks on Rotary Rd or a rotary type road. The remaining credit and ATM cards were disposed of on Route 2 in Altzier, WV. (p. 2297)

Fulks stopped at Beth McGuffin's house in Huntington. After staying there, Basham wanted Fulks to drive to KY to meet with Basham's mother. He had called his mom and wanted to get a small bag containing a 9 mm pistol at her residence. Fulks didn't want to drive to Kentucky because he thought the cops would still be looking for them. While Fulks was driving, Basham took a .22 and aimed it at Fulks' head, demanding that Fulks drive to KY. They fought over control over the gun before Basham put it away and made a joke of it. Fulks drove to KY to a mall parking lot where Basham had arranged to meet his mother. Fulks noticed a cop in the area and dropped Basham off near a pay phone in front of a movie theater. Fulks drove away. The cop began chasing Basham across the parking lot. Fulks last saw Basham standing near one of the intersections in the parking lot still wearing the black trench coat. He was watching Fulks as Fulks drove quickly out of the mall and headed toward Ohio. Fulks stopped in Ohio and then went to Indiana where he parked the car several blocks from his brother's house. His brother, Ronnie, had seen the news and knew what was going on and helped him hide the BMW in a barn building. Ronnie then took Chad back to his residence. After a while, Fulks left Ronnie's residence in another car and was stopped by police. He ran from the vehicle but was arrested. (p. 2297-2298)

Fulks said Alice Donovan was wearing blue jeans, a white t-shirt, white tennis shoes, a white bra, and yellow panties with small designs. She was never allowed to get out of the car until Basham took her out on the dirt road. Fulks also described a pocket knife Basham had found in Donovan's purse. It was between five and six inches long with a brown, wooden handle. Basham thought Donovan was trying to get the knife from her purse when Basham grabbed it from her. Fulks doesn't know what happened to the knife. (p. 2297-2298)

58

**JA 6590**

65312

**5/1/03**

****Search conducted with canine unit in the area of Long Bay Road, Horry County, SC. This area was described by Fulks as the area where Donovan was killed. Nothing of evidentiary value was recovered (p. 4266-4268).

**05/05/03**

Order dismissing case against Branden in Hopkins Circuit court, #02-CR-262. (P. 3080)

**5/9/03**

*****Interview:* Sherry Lynn Fulks, sister of Chad Fulks, Proctorville, OH, pp. 8420-21.

Chad called their mother a few days after he broke out of prison. Sherry Lynn went to the local police and informed them Chad may be visiting relatives in the area. She also expressed concern that Chad might try to take her son, Marcus, because Chad had told his girlfriend Severance that Marcus was his son. Sherry Lynn talked to Fulks after he was arrested and asked him about the missing girls. He said he was sorry adn that he did not kill anyone.

**05/15/03**

*Interview*: Kathy Basham, Branden's mother, 129 Oakdale Rd., Madisonville, KY, (270) 821-1870.

Kathy lives in the family home, and Branden's father, Jimmie, lives elsewhere. Jimmie does, however, spend his days and nights at the house with Kathy and leaves to sleep at night. Jimmie and Charlotte, their daughter, stay with Kathy because she has difficulty taking care of herself. She hears voices that tell her to hurt herself and not to eat because food is poisonous. Jimmie and Charlotte will leave her alone at night because she takes meds to knock her out and stop the voices. She has been treated at Pennyroyal Mental Health for the last 15 years and has been diagnosed with Depression and a Anxiety Disorder among other diagnoses. She has been suicidal on a numerous occasions and overdosed 20 years ago and was hospitalized in Nortonville. She has had good luck with Effexor, Prolixin, and Seroquel. She can't take Valium because it makes her suicidal.

Kathy said some law students from NY came around a few months ago asking about Branden. They went into town asking people if they had known Branden and the Bashams. They came by the house to ask Jimmie and Kathy questions, but they told the students to go away and shut the door. The students had spoken with some people at Ferrell's hamburgers. They also tried to speak with Larry Pentecost, Kathy's ex-husband, but he refused to talk to them.

Branden lived in Nortonville until he was 7 and then moved to Anton. He lived in Anton until 1992 when he moved to Madisonville and considered it home from that point on although he spent a lot of time away at institutions and hospitals.

Kathy suggested we speak to the following people: Hester Chambers at Pennyroyal Mental Health; Molly and Barry McGaw, Branden's Big Brother/Sister for a year; Ms. Freida, a special ed teacher who didn't like Branden and Branden didn't like; Sheila Mills, Board of

59

**JA 6591**

65313

Education; Helen Dobbs, Kathy's mother and Branden's grandmother; Monte Meffords, one of Branden's special ed teachers.

Branden was born at Regional Medical Center and weighed 6 lbs. 11 oz. He was full term. Kathy told Paige that she had received prenatal care while pregnant with Branden, but others have indicated that this was not the case and that she used drugs and drank heavily during her pregnancy. Kathy said Branden walked and talked normally and didn't show any signs of hyperactivity until a very bad fall from a tree around the age of four or five. Although he hit his head very hard and was left with a nasty gash on his head, she didn't take him to the doctor. Kathy's mother didn't believe in going to the doctor and had raised Kathy to think the same way. She put a lot of Vaseline on his head and then let him go right to sleep afterward. It was after this that his behavior changed and he developed migraines. He also has amnesia regarding events up through his 8th year when he moved.

Branden's dealings with law enforcement started when he was put in jail for supposedly stealing a Playstation from another member of the family. Almost all of his arrests have been for stealing small items or writing bad checks off his dad's checkbook.

*Interview*: Helen Blake Dobbs, Branden's maternal grandmother, Holland Avenue, Madisonville, (270) 821-8916.

Helen said that the first time she laid eyes on Branden, she thought he was one of those "syndrome babies," meaning a child who might be mentally challenged or one exposed to drugs and alcohol while in the womb. The whole family friend to help control Branden when he was little, but Branden was too much for Kathy who had so many problems of her own.

Helen denied that mental illness or addiction runs through her family or her first husband's family. She tried to say that Kathy had problems from the time she was small and that Branden just inherited those and that they were the only ones. However, with prodding from Charlotte and Kathy, she admitted that her first husband's (Starlin Blake) family had some problems. One of Starlin's brothers, Lum, was mentally retarded and another brother, Claude, died in a mental institution. One sister, Ada, went mad after three children and was placed in the mental hospital while she was pregnant with her fourth. She remained at Western State until she died. Another brother, Robert, was okay until midlife when he unraveled into madness. There is also a history of deafness and hearing impairments on this side of the family.

Willie and Mertie Settle Blake were their parents and Mertie reportedly began to unravel after having 4 or 5 children. She kept having children and was hearing impaired. Their children were: Bill, Robert, Claude, Starlin, Lum, Ada, Vera, and Velma Carter.

Helen married Starlin and in nine years of marriage, they had seven children and one miscarriage. Their children were: Bobby Jewel (bad nerves, lives in Madisonville), Patricia Ann (died at 18 of rheumatic fever), Thomas (disabled in the Navy), male child miscarried, Darryl (died of colon cancer in 1994 and hot-tempered), Rebecca Joyce (only one to finish high school), Connis Leon (died in MVA), and Kathy, who was two weeks old when her father was killed.

Helen then married Charles Dobbs when Kathy was a year old. Kathy has always considered him to be her father and called him daddy.

Helen is proud of Charlotte and reminds her (in front of Kathy) that she needs to take care of herself or she'll look as bad as her mother. Helen is obviously used to having her way and saying whatever she wants without anyone in this family challenging her.

60

JA 6592

65314

**5/31/03**

****Branden overdoses and slits his wrist. In jail under strict suicidal precautions (p. 6518-19; 6742-43). Subsequently, no knives or forks can be given to him to eat with. Finger foods only.

**6/18/03**

****_Affidavit of inmate Carl Hopkins,_ pp. 7831-34; Alvin S. Glenn Detention Center

Hopkins spoke with Basham about what happened during the crime spree. The following is what Branden said:

They (Basham and Fulks) escaped from prison in Kentucky and fled to Indiana to meet with one of Chad's girlfriends. They got a van from her, then went and got weapons from somewhere. Then, the three went to WV because Branden's parents lived there. They left WV after things got heated and went to Myrtle Beach.

In Myrtle Beach, Chad carjacked and kidnapped a woman from the Wal-Mart shopping center (Donovan). They took her to a small wooded area where Chad repeatedly raped her in the back seat of the BMW while Branden stood in shock outside the car. During the rape, the woman cried and begged for Chad to stop, but he didn't. Chad then pulled a gun on Branden and made him help him put her body in the trunk of the car after Chad had strangled her with a pocketbook strap. Chad's reason for killing Donovan was that she could ID them and his (Fulks) sperm was all over her.

They then left that wooded area with the woman in the trunk and took her to a different wooded area where they dumped her body. They began to drive back to Indiana and stopped at a shopping center to get more clothes, where Basham got spotted. Branden also talked about not being able to drive and being locked up ever since he was 13.

**06/23/03**

Chad Fulks public serviced the Huntington Detachment from SC jail and asked for Sgt. Cummings or anyone in charge. Sgt. Cummings spoke to Fulks who said he really wanted to talk to someone. He said he wants to talk, but his lawyers won't let him. He said he can't sleep and can't stop thinking about everything. He said this is hard on him and it's killing him because he can't stop thinking about it. A copy of the conversation is on disc. (P. 3464)

****_Interview:_ Nancy Fulks, Chad Fulks' grandmother (p. 8457)

Chad called Ms. Fulks twice on this day. During one of the calls, he claimed he knew something that he had to get off of his mind. On the other call, Chad said he knew about Samantha Burns' murder. He told Ms. Fulks that the police had it all wrong and that he was not involved in killing Burns. Chad claims Branden Basham and another person, identified as Basham's "girlfriend," were responsible for her death. Chad said he only knew what happened because Branden told him while they were in jail. Chad also told Ms. Fulks to contact the FBI because he was 100% sure he could locate Burns' body if he was in WV.

61

JA 6593

65315

**07/03/03**

*Phone interview:* Dr. Scott Littleton, MD., Chestnut Park Professional Assoc., Bowling Green, KY., (270) 842-5484.

Paige interviewed Dr. Littleton, who read the abnormal EEG of Branden's back in 1991 at Rivendell. He didn't recall much else about Branden except the EEG results and his recommendations that a lot of follow-up be done for what looked to him to be seizure activity that needed medication. He was shocked to find out that no follow-up was done with Branden from these results.

*Interview:* Clifford Jay, certified instructional aid to Monte Meffords for many years in EBD classes, 301 S. Atkinson Ave., Earlington, KY (270)383-5259; Jesse Stuart Elementary, 1710 Anton Rd., Madisonville, (270) 825-6033.

Paige called CJ after he didn't show up for the agreed interview time at Joe's Place. He said he had been warned by the Board of Education not to speak with us because we might be trying to help Branden sue them or hold them accountable for what had happened to him. After convincing him that that wasn't our intention, he agreed over the phone to meet us at the house he shares with his mother in Earlington.

CJ had a soft spot for Branden. He had to resort to using the Safe Physical Management equipment with Branden on many occasions, but he never felt threatened by Branden and knew Branden loved CJ as much as CJ loved him. On one occasion, CJ and a friend were at a convenience store and CJ's friend acted like he was going to attack CJ. Branden came running up to his rescue. CJ had to convince Branden that they were just fooling around and that the friend wasn't trying to harm him.

CJ assisted Monte Mefford, Branden's favorite EBD teacher for many years. She and CJ worked hard to keep Branden on an even keel. Many times they had to hold Branden down to make him take his meds or bribe him with treats or special privileges. They knew he had a bad homelife and that he was going out late at night a lot. This made him sleepy and difficult to work with during the day, but CJ knew that he and Monte were the only positive includes in Branden's life and they were going to try to help him best they could. He thinks he knows Branden better than his parents because he spent 8 hours a day with Branden. CJ heard stories of how his parents would get him drunk as a kid and have him dance naked on the table to entertain guests or how they would give him illegal drugs but not his prescribed medications.

Branden spent a good bit of time in Time Out. CJ would go check on him every twenty minutes to ensure Branden's safety. Branden enjoyed the time out and would stay there as long as he was allowed.

One very bad incident occurred after Branden had been out late and hadn't had much sleep. He was asleep on the desk in the classroom. When CJ touched his shoulder to wake him up, Branden swung out with a blade (a "One Man Knife" - sort of like a boxcutter) at CJ and narrowly missed slashing him. CJ knew this was learned behavior from home where they were people around who might be dangerous. He knew it was an involuntary reaction, not a personal attack against him. When they called Jimmie up to the school to get Branden, Jimmie just wanted his knife back. Kathy complained that CJ had pulled Branden's hair and had been too rough when handling him. The only times they ever saw Kathy was when she was complaining

62

**JA 6594**

65316

they weren't doing something right. They tried to communicate mainly with Jimmie for the day-to-day dealings.

Branden had been using cocaine since he was 12 and had been dealing and trading for Kathy as well. He developed a drinking problem at a very young age and ingested so much one time when he was 13 that CJ was shocked he survived.

The kids that went through the program at that time were very much mistreated - CJ calls them atrocities. Other teachers would harshly abuse and neglect the special needs kids and not give them to th positive attention they so desperately craved and needed. Monte Mefford quit because of the red tape of dealing with the other teachers, the school district, the state, etc. The special ed kids were the lowest of the low and no one wanted to be responsible for anything that happened in the program. There was also a huge funding problem, and when the new school was built, there was no furniture or supplies for the EBD classes.

CJ said the Board of Ed is terrified to give us any information or cooperate until after Branden's birthday on 9/14/03 when he turns 22. According to CJ, the state is still responsible for Branden until he turns 22. After this birthday, they should be a little easier to deal with.

CJ said that although he can't say it as a professional, if Branden had been his son, he would have fought to make sure that Branden was institutionalized for the rest of his life. He knew that Branden couldn't live and function in the world on his own and that he needed the structure of specially-designed programs with people trained to deal with his series problems.

**7/11/03**

****Impact Statement*: WM T Hughes and Arlena Huges, Burns' grandparents (pp. 8459-63)
               Robert and Della Burns, Burns' grandparents (pp. 8464-68)
               Wesley Burns, Samantha's brother (pp. 8469-73)
               Kandi and John Burns, Samantha's parents (pp. 8474-78)

Samantha's death has affected their home greatly. They all believe the death penalty should apply because this was a senseless murder. Kandi Burns, Smanatha's mother, and Wesley, Samantha's brother, both are receiving therapy as a result of her murder, and all members of the family are experiencing nightmares, anger, grief, sleep loss, depression, etc. due to Samantha's death. However, Wesley Burns does not believe therapy is necessary. There is also concern about traveling alone when running errands.

**07/16/03**

*Interview*: Dr. Suess, Methodist Hospital New Choices Clinic, (270) 827-7457.

Paige conducted the interview. Dr. Suess is one of the few board-certified Child Psychiatrists in the region. He was formerly with the Trover Clinic in Madisonville but took a position with the Methodist Hospital's New Choices clinic in Henderson, KY after some professional difficulties. While he was with the Trover Clinic, he held the contract with the Hopkins County DC and treated Branden for the jail. He was familiar with Branden, his family, and their extreme problems from his years with the Trover Clinic and Branden's frequent needs for assistance from medical, mental health, social and other services.

**JA 6595**

65317

He recalls Branden being referred to the clinic for testing by social services when he was 14 but doesn't remember any other specific interaction until the contact in the jail. The referral at 14 came as a result of Branden being truant and engaging in terroristic and threatening behavior in school, as well as struggling with a low IQ and a learning disorder.

Suess diagnosed Branden with ADHD, a Psychotic and Mood Disorder, Polysubstance Abuse, a Personality Disorder with Antisocial features, and feels he is possibly schizoaffective. He feels Branden is completely malleable to suggestion, more likely to be abused than the abuser, easily influenced, especially by someone charismatic. He is definitely a follower and not a leader. He has trouble distinguishing right from wrong. Suess feels Branden should have received more serious treatment sooner in his life and should have been followed more closely. As with most people this ill, Branden was habitually noncompliant with his medications which exacerbated an already nasty combination of conditions. His home life just added fuel to the fire. Suess is willing to help us out on the case.

## 7/29/03

****Chad Fulks wrote a letter requesting the autopsy report of Devon Fulks. He asks for them to send it to his attorney (p. 8511).

## 8/12/03
****Blood and hair samples collected from Fulks and Basham. Both attorneys present (p. 4269).

## 8/19/03
*****Mental Health Assessment*: Conducted at Just Care Facility (pp. 6587-88).

Branden stated he was unhappy with the facility he was transferred from because he was constantly on lockdown. He claims to have attempted suicide due to the lack of freedom he does not have anymore. The attempt was done by slitting his wrist with a knife, given to him by an officer and taking "like 60 pills." He also said he is hearing voices from his past that argue with each other.

## 09/08/03
*Interview*: Chad Fulks, pp. 2779-2784; 3465-3469.

The interview was conducted by the FBI at the US Marshal's Office in the federal building in Charleston, WV. SA James Harper, SA Jeff Long, and Sgt. Art Arnold of WV State Police were present as well as Mary Lou Newberger (Fed. Public Defender of Southern WV) and John Blume. His attorneys had advised him to assist law enforcement voluntary in locating Samantha Burns' body. He said he wanted to tell the truth and help locate Burns' body.(P. 2779

Fulks said he and Basham, Roddy, and Severance checked into a motel in Kenova, WV on Nov. 11, 2002. Shortly after checking in, Basham and Fulks changed into the camouflage clothing Basham had bought a day before at K-Mart with a stolen check. They were wearing camo pants, shirts and boots. When they left the hotel, their intent was to look for vehicles to

64

JA 6596

65318

break into to get valuables or cash. Fulks drove to visited several parking lots. They did not break into any cars at these locations. Fulks drove down toward the 20th Street viaduct to show Basham where he had grown up on 20th Street and Leeward Avenue. He also drove by Marcum Terrace and went across the new bridge to the Big Lots store on Route 60. During this time, Fulks was smoking crank that he and Basham had gotten in Portsmouth, Ohio. His recollection was clouded. He also recalled visiting the Cedar Crest Trailer Park and Rotary Gardens and eventually they ended up at the Barboursville Mall. (P. 2780)

It was almost dark when they began looking for cars to break into at the mall. Fulks said Basham told him that while looking at a yellow Mustang, he had contact with a female believed to be an off-duty cop. The van they were driving was parked near the Circuit City store. Basham went to the back part of the parking lot to look for cars while Fulks went to the front area. A few minutes later, Fulks heard a car driving quickly up and down the aisles. He ducked, thinking it was the police. Then he heard Basham call his name and saw him driving a small car with a girl wearing a turtleneck sitting in the passenger seat. Basham said, "She is going to help us." He later learned she was Samantha Burns. Basham told him the cops - he believed mall security as well as the State Police - were chasing him. He thought the off-duty cop had called law enforcement. Fulks got in the car and they drove to the Bob Evans parking lot. Basham wanted to leave the van, but Fulks refused and walked back to get the van. They left the mall area. (P. 2780)

Fulks said he was following Basham as they left the parking lot. Basham was in the wrong lane when he exited the mall and had to get off to get back on the entrance ramp to I-64 westbound. Due to being in the wrong lane, Fulks got stuck in traffic and had to drive fast to catch up. He eventually caught up around the Hal Greer exist and then got in front and exited the interstate and drove on Route 10 to Green Valley and toward Beach Fork State Park. Basham continued to follow Fulks. When he saw a game warden, they turned toward the pool , made a U-turn, and drove back out the same way through Green Valley toward Route 10. Fulks thinks Basham possibly stopped at the gas station at the end of Green Valley for gas, but he wasn't sure. They then got back on I-64 westbound and exited at the West Huntington exist and turned left and eventually ended up in the Foodland parking lot on Camden Rd. (P. 2781)

Fulks said when he approached the vehicle Basham was in, Basham had the girl's ATM card in his hand with a yellow sticky note attached denoting her PIN number. Basham said he didn't know how to use the ATM card, so he told Burns to get in the back, he slid over to the passenger seat, and let Fulks drive through the ATM. Fulks went to three different ATMs - some gave money and some didn't. He then drove back to the Foodland parking lot and got out of the vehicle so he could drive the van. Basham said he wanted to "find a place to fuck Samantha Burns." (P. 2781)

Fulks began driving the van again, and Basham followed him with Burns in her vehicle. Fulks drove around for a long time and was smoking crank the entire time. He recalls going by St. Mary's Hospital and into Guyandotte to a bar located on Route 2. He pulled into the bar's parking lot next to a dumpster while Basham continued driving down the road toward a boat dock. Basham pulled off in the turn and stopped. Basham told Fulks to blow his horn if anyone started down the road. Fulks remained in the van and couldn't see down the road due to the dumpster being in the way. He recalls seeing Basham go around to the passenger side of the vehicle but he didn't see anything on that side of the car. After about 20 minutes, Basham got

65

JA 6597

65319

back in the driver's side of the vehicle and spun out of the area and drove back to where Fulks was parked. Basham was alone in the vehicle and didn't make comments about what he had done with Burns. Basham said he wanted to burn the vehicle because his fingerprints were inside. (P. 2781-82)

Fulks began driving with Basham following and they ended up on the west end of Huntington near the Super America. He parked a block away and then Basham used a gas can in the van and got gas from Super America to burn the vehicle. Fulks then began driving down James River Rd looking for a spot to burn the vehicle. He recalled being on a gravel road and noticed that Basham had pulled the car off onto a side area near the road. By the time he turned around and went back, Basham was already pouring gas on the engine and all over the car. Basham lit the vehicle and it "blew up" and Basham got burns on his hair and face. Basham began rolling around on the ground, trying to put out his scorched hair. Fulks said smoke actually came from Basham's head area. The only thing he saw Basham take from the vehicle prior to burning it was a box of candy and some CDs. (P. 2782)

As soon as Basham calmed down, he got into the van and they drove back toward the hotel. Basham hung his head out the window because he said his face and hair were still burning. Basham got into the shower immediately upon their return. Both Tina and Andrea were asleep when they returned, but he remembered them both mentioning how bad Branden smelled. Later the next day, Fulks recalled seeing Basham with a small ring attached to a chain around his neck. Basham told him the ring was Burns'. (P. 2782-83)

Basham always carried a .22. Fulks said he didn't have any conversation with Burns while he was around her. He doesn't remember how much money they got from her account, but he gave his portion to Tina the next day. Basham later used Fulks' hair clipper to cut out parts of his hair that had been burned when he started the fire. (P. 2783)

They all left the hotel the next morning before noon and drove to SC. Fulks and Severance drove the entire way, but Fulks said Basham could drive an automatic, just not a standard. Fulks said later he was the one driving the BMW because it was a standard and Basham couldn't drive it. Basham wanted to get another car and each time they stopped at a rest stop, Basham would take the keys to the BMW, afraid Fulks would leave him. (P. 2783)

When they got back to Huntington, Fulks went to visit an old friend who lived near Marcum Terrance, Beth McGuffin. Fulks said he had been to Beth's house many months before. He asked if he could take a shower. When he got out of the shower, he noticed Basham and McGuffin were making out on the couch. The only other people present were McGuffin's children. (P. 2783)

Fulks said he had no idea what Branden had done to Burns until they were driving back from SC, and Basham asked Fulks if he had ever hurt or killed anyone. Fulks said Basham then told him he had killed Burns and Donovan and had done it for both of them. Fulks was asked what he thought Basham had done with Burns if he hadn't killed her. He said he though Basham had tied or taped her to something in the woods. He recalls Basham telling him after he burned the car that he had taped Burns to a pole and that she attempted to get loose, so he then taped her to a tree. Fulks said he couldn't recall if he had seen Basham with any tape that night. He does recall that the night Basham came out of the woods without Burns, his pants were wet up the knee area and he was very muddy. He never heard any gunshot, so he was confident Basham had never shot Burns, but his boots were very wet and squeaked when he walked. (P. 2784)

66

JA 6598

65320

Fulks said that although he didn't talk with Burns, he knew she was being held against her will. Basham still had Burns' ATM card when they returned to WV, and Basham threw them out the window while driving on Route 2 near Guyandotte. (P. 2784)

Fulks was asked about his phone call to the State Police saying Basham and his girlfriend had been involved in the death of Burns. Fulks said Basham told him that when they returned to WV, he took Beth out to the body and attempted to take additional jewelry, including a tongue ring, from her rotting body. Basham allegedly told him this story while riding in a Marshal's van with Basham. (P. 2784)

## 09/16/03

Lesa ran checks on Fulks and Basham on Autotrack. Branden's record does not show that he has ever lived anywhere. No family is listed or anything. He is a system child. He has never had a driver's license, owned property or had credit. Most unusual is that it doesn't even show his parent's address. Lesa has never seen a report come back like this.

Fulks has a lot more old contacts and addresses.

Lesa met Branden and he recalled several names of former staff members of the juvenile detention system in Kentucky, including Betty Shipp, Mr. Tinker, and a Mr. Charleston at Cardinal Center who rode a Harley Davidson motorcycle. He said he had been subjected to grouping therapy and scrubbing therapy that had been used in the juvenile centers. Branden said he was also a witness in a sexual abuse case. The abuse took place at Methodist center against a boy named Thomas or TJ. A Mr. Carl at Cardinal Center sexually abused the children. Branden escaped with a boy named Chad from near Cincinnati from Cardinal. Branden said he would be out of the center for a time and then his mother would tell him it was time for him to return.

Branden also said he had a female attorney who got him released from Charter Center because he had not been at a court appearance. He went home with her and played with her son and dog until his mom picked him up. When asked, he thought Lisa Claire was the attorney.

*Interview*: Lisa Claire, former attorney for Branden.

Lisa did remember Branden. She represented him when he was 16 on a habeas matter. Branden was in a psychological facility in Evansville, IN and was denied his appearance in a court proceeding because he had no attorney. Lisa went to Judge Mershon (Jefferson County) and he was so infuriated that he called the prosecutor and told him he was releasing Branden immediately. He didn't even give the prosecutor time to get to the courthouse.

Lisa either couldn't get in touch with Kathy right away or Kathy couldn't come get him right then, so Lisa took Branden home with her. They had a barbecue, and Branden colored with her seven-year-old son. His mom came and got him around 9 p.m. Lisa remembers Branden as being on the same developmental level as her seven and eight-year-old sons. Branden had his own coloring book that he carried with him. Lisa wasn't afraid of him and didn't have any concerns for her family. She didn't see Branden as violent or threatening. She said Branden was a clear follower and had distinct psychological/mental handicap problems. She said she didn't remember him being mentally retarded but most definitely psychologically/mentally challenged.

67

**JA 6599**

65321

She wanted to know if we had gotten all his records, including special ed. She didn't obtain any of these records because her representation was solely on the habeas matter but she does know there are plenty of records on Branden. He is well known by the juvenile branch. She gave Lesa contact information for another juvenile lawyer, Tim Arnold, who worked a lot with Branden.

**09/17/03**
*Interview*: Tim Arnold.

Lesa spoke with Arnold. Arnold had a conflict with Branden because Branden had gotten into a fight with one of his clients and wanted to press charges. However, he did look up Branden in the DPA case tracking system. Peggy Sturgill (no longer with DPA, left under bad circumstances) represented Branden for around 5 days and made a couple of phone calls about his release. However, Branden turned 18, so her representation of him ended. She did not the client was mentally ill and wanted to go home. Umeka Foreman represented Branden on the charge for which he was incarcerated when he sought Sturgill's help. She is no longer with DPA, but Lesa will try to find her.

Arnold stressed getting all of Branden's Dept. of Juvenile Justice records to see what they say about Branden mentally/psychologically.

**9/18/03**

\*\*\*\* A search of the Guyandotte River and Ohio River bank was conducted. Nothing of evidentiary value was found (p. 8520).

**9/23/03**
\*\*\*\*Branden put on lockdown status for attempted elopement (p. 6565).

**09/29/03**
*Interview*: Oleita Hyman, Lundy Short Cut Rd, Conway, (843)397-3847.

Mrs. Hyman's white Ford F-150 pick-up was stolen by Fulks and Basham on Nov. 14 around 2 p.m. Mrs. Hyman's son, Chris, called her from a local store on Juniper Bay Rd and told her Carl Jordan had chased two men he caught breaking into his son's house and that they had shot at Carl and were in the area. Chris told her law enforcement were in the area searching for the men. Her oldest son, Doug, works for the Horry County Sheriff.

Hyman said she saw the truck leave her yard and assumed it was being driven by Will, a black man who helps out on the farm. Will usually lets her know when he leaves and where he's going. The truck turned left on Lundy Short Cut road and drove off. When ti didn't stop, she assumed it wasn't Will and the suspects had stolen her truck. She didn't see who or how many people were in her truck. Her truck was later located at the Wal-Mart in Conway and was returned to her about a week later.

68

**JA 6600**

65322

She learned later that the two men went to Margaret Moore's house prior to coming to her house. Mrs. Moore told them there might be a man at Mrs. Hyman's place who could help them. She thinks Mrs. Moore was referring to Will or Chris.

*Interview*: Margaret Moore, Lundy Short Cut Rd, Conway, (843) 397-3638.

Mrs. Moore said two men knocked on her back door in the afternoon of Nov. 14. She was expecting UPS and thought that was who was knocking. Two men, one dark haired, the other light haired, were at her door. The dark-haired man did the talking and told her their car had broken down and asked if she could give them a ride to the nearest store because they were out of gas. They asked if her husband could help them. Moore's husband is deceased, but she told them he was unavailable. While the dark-haired man did the talking, the light-haired one leaned against her car in the carport at her back door. The dark-haired male asked to use her phone. Moore said she couldn't let him in her house. She also refused to let him use her portable phone in the garage. She then told him Chris Hyman could help them out across the street.

She called 911 when the two men hid behind a tree when they left her residence. The blond male came back to her residence and knocked while she was on the phone with 911. He knocked a second time and then left. They walked along the hedgerow out to the road, jumped the ditch, and stole Mrs. Hyman's truck from her yard. She watched the men back the truck out of the shed and turn left onto Lundy Short Cut Rd. They were not in a hurry.

Moore said both men were clean cut, cleanly dressed, and "sharp looking young men." She said they did not look like hoodlums to her.

About a week later, Mrs. Moore's daughter, Gina, found a camouflage bag and ski mask in the woodline behind Mrs. Moore's house. She called Horry County PD who took the bag and mask. She saw the officer pull a dark colored gun from the bag but didn't know if it was a revolver or automatic. She also saw Marlboro light cigarettes and new underwear still in a bag when the officer looked through the bag. Gina wasn't available to be interviewed.

*Interview*: Mark [(843) 397-1515] and David Cooper [(843) 365-2818] and Billy Martini [(843) 397-6687], work at Cooper Metal Works on Juniper Bay Rd.

Mark and Billy were working on some equipment when a dark green minivan came down his dead-end road at a high rate of speed. A white male with blond hair was driving. Mark then noticed Carl Jordan go by on Juniper Bay road. The van turned and went across JB road behind the Williamson's residence. Mark got into his truck and parked where he could see the van. He didn't know what was going on or who they men in the van were. He heard what sounded like someone breaking into the Williamson's house and saw the men look around the corner of the house. Mark got his pistol and stood behind his truck watching and called 911 on his cell. The two men saw Mark, got back in the van and tried to drive through the field behind the Williamson's house and got stuck. They flew after the van got stuck. Mark later learned the two m en went to Mrs. Moore's home and later stole Mrs. Hyman's pick-up.

Billy Martini said a blond-haired white male was driving the minivan.

David Cooper saw two men in Mrs. Hyman's truck at JB road and Pee Dee Hwy with both doors open. It looked as if they were switching drivers. He didn't know law enforcement was looking for the same two guys until he got to Cooper Metal Works.

JA 6601

65323

Mark and David Cooper are brothers.

*Interview*: Carl Jordan, Antioch Rd (business), Conway, (843)241-5516.

On Nov. 14, Jordan went to his son's house on Ford Taylor road to feed fish he has in the pond on the property. He noticed a vehicle backed behind his son's residence. He drove to the back of the residence, turned around and stopped in front of the van. The right-side sliding door was open, and he saw a Remington 1100 shotgun belonging to him. He knew then that he had caught someone breaking into his son's house. A male with blond hair came out of the backdoor and Jordan said, "You've been caught now, buddy." He said Fulks looked surprised and got in the driver's seat of the van. Basham came around the corner from the front of the residence firing a weapon. Jordan didn't think Basham was actually shooting at him because Basham was about 10 to 12 feet away in front of Jordan's truck and could have easily shot him point blank. Basham shot toward his left away from Jordan's truck. Fulks started the van and moved forward rapidly, and Jordan thought he was going to ram the driver's side so he balled up and braced for the impact. Fulks stopped just short of the truck, leaned out the window and fired into the truck, striking the left rear window. The bullet is still lodged in the roof of Jordan's truck. The FBI told him if they needed it, they would come get it. He said we could get the bullet as long as we have his truck repaired afterward.

Jordan took off after Fulks and Basham started shooting. He said Basham could have shot him easily when he drove by. Fulks and Basham chased him to Ford Taylor Rd (one mile) and fired guns the entire way. Jordan turned left onto Ford Taylor Rd. and accelerated. He was on the phone telling his office what was happening and to call the police. The minivan turned left onto Ford Taylor road but immediately stopped, turned around, and went the other way toward Juniper Bay road. Jordan stopped at a local store to see if anyone had seen the van, but no one had. He called police and was told to wait at the store. He later learned about the van going to Juniper Bay Road and Mrs. Hyman's truck being stolen.

He says he thinks daily about what he could or should have done differently. He thinks that Alice Donovan might still be alive if he had caught up with Fulks and Basham. He doesn't want to do anything to help Fulks and Basham and thinks the death penalty is too good for them. He thinks they raped and mutilated Donovan and feels they should suffer the same treatment. He feels that they did whatever they wanted to with her.

Jordan again said that Basham had a clear opportunity to kill him but shot away to scare him, which it did. He thinks Fulks intended to kill him and missed because he was shooting left handed out of the driver's side window. He didn't know if Fulks was left or right handed. He said Basham was shooting from his right hand.

**09/30/03**

*Interview*: Branden Basham at Columbia Care Center.

Paige interviewed Branden whose medication had gotten straightened out. Branden could remember events with much more clarity, especially the events of the first few days of their escape. He said that after leaving Hawkins tied to the three, Chad went to a gas station to buy gas. While Chad was away, Branden looked into Hawkins' glove compartment and found a slip of paper with numbers on it. He called the number and told the woman who answered where

JA 6602

65324

Hawkins could be found. Then, Chad and Branden broke into a trailer looking for clothes and food. The trailer was really messy. The owners pulled up outside. Chad yelled at Branden to grab a bat so they could attack the people, but Branden said no and they took off running. While they were at the trailer, Branden called his mother and asked her to come get him. He didn't know where he was to tell her to come get him. His parents began fighting and his father said no one was coming to help him before they hung up. Kathy apparently got the number from *69 and called back later. By that time, the owners were home and had no idea who Branden was.

Branden told Paige that he still discusses his case with people, but he isn't calling as many people from CCC as he did in December. He said his mother's weight is down to 76 pounds, which means she's back on crack. He feels bad about her addiction because he is the one who introduced her to the drug when he brought some home along with marijuana. Her addiction causes fights with Jimmie over where money is going. Jimmie is spending a lot of money himself on the two 12-packs of beer of he drinks a day. Jimmie has caught Kathy borrowing money against the house to get a fix.

Branden has been placed back in his regular room. He is back in the same room he reportedly tried to escape from but has another roommate. His former roommate, whom Branden blames the escape attempt on, has been moved to a new room and was not punished. Branden was placed in lockdown because of his escape history. He will receive more and more rec time as long as he cooperates.

JBS and LW located the Hawkins residence north of Hanson, KY on Hwy. 41. Mrs. Hawkins was at home but was reluctant to speak with them. They left a card and contact information with her. She said Mr. Hawkins worked at Tyson Foods and wouldn't be home until after 6 p.m.

JBS and LW obtained an address for Dian Blair in Earlington, KY. They went to city hall where a secretary provided a map and the location of Ms. Blair's home. They located the residence, but no one was home.

*Interview*: Joe Ludlam, Brownsway Short Cut Rd., Conway, (843)397-2632.
Ludlam told Carlisle that he likes to drive around in the afternoons and listen to Rush Limbaugh. On Nov. 15 between 2 and 4 p.m., he was driving down Punch Bowl Rd. toward the Pee Dee River when a dark colored BMW occupied by two males came up behind him at a high rate of speed. He puled over and let them pass. Ludlam said it was unusual to see a luxury car like a BMW on a road used mostly by trucks and old cars. He proceeded to the landing and stopped. He didn't see the BMW or anyone else. He said he never told law enforcement there were more people at the landing.

About 15 or 20 minutes later, the BMW came back by the landing with the same person driving although eh was unable to give a description. The passenger was turned around as if he were talking or doing something in the backseat. The car went back down Punch Bowl road quickly. Ludlam said there are three roads which turn off Punch Bowl road but each is gated and there is no indication the BMW turned down any of these roads. When Ludlam reached the Pee Dee Hwy, he couldn't tell if the BMW went right or left. He assumed it went straight.

71

**JA 6603**

65325

Ludlam wasn't sure whether law enforcement had searched the area around the boat ramp. Ludlam came back a week later and walked around but didn't know what, if anything, eh was looking for.

*Interview*: Mr. Little, Ronald Purdue's father in law.

Mr Little had been drinking a little bit but told Carlisle he feels certain Donovan's body isn't in the Bee Tree Farms area because hunters would have stumbled upon it by now.

*Interview*: Helen Cook, (843) 283-3041, and Tonya Richardson, (843)347-1152, Waccamaw Lake Drive, Conway.

Cook and Richardson live in the Savannah Bluff neighborhood where FUlks and Basham were spotting driving the green van on Nov. 13. Cook is a student in Criminal Justice at Horry/Georgetown Tech, is divorced and a mother of three. Cook gets child support and is helped by her parents. Richardson is married and works in her home as a domestic engineer. Both had nothing new to add to their statements to law enforcement.

*Interview*: Brandy Davis, cashier at Dodge City Amoco, (910) 754-7167 (h), (910) 540-0530 (cell).

Fulks and Basham stopped at the Dodge City Amoco for drinks, gas, and tape on Nov. 14 at 4 p.m. Davis was the cashier on duty at the time. They were driving a dark-colored BMW and purchased the drinks as well as a car wash. Davis said she has nothing to add or change from her statement to law enforcement. She currently works at Lowe's Foods in Shallotte, NC.


**10/3/03-10/30/03**
****Branden's nurse's notes indicate Branden has potential for elopement and manipulative behavior (p. 6557-63).


**10/01/03**
*Interview*: Vincent Driggers, one of men who saw the BMW on Bee Tree Farm Rd.

Driggers was with Don Watkins and David Hall at Bee Tree Farms when they saw a dark colored BMW with three people in it on Bee Tree Farm Rd. Driggers was very adamant that when he saw the BMW turn around in front of the lodge, the woman in the backseat was "very much alive." Driggers feels that if law enforcement had gotten the information out sooner about the kidnapping, events may have unfolded differently. He was stunned when Carlisle told him the kidnapping wasn't reported until 10 a.m. on Nov. 15.

Driggers said it wasn't unusual to see strange cars on Bee Tree Road because he thinks people are looking for a place to go "parking." But he said it was unusual to see a BMW with two people in the backseat and one in the front seat.

He thinks deer hunters would have found the body if it were in the area. He agreed with Carlisle that if she was dumped in the area, it would be close to the road and not somewhere back in the woods off the road.

JA 6604

65326

Driggers seemed agitated at the beginning of the interview, telling Carlisle he was sick of investigators calling and that he was going to call the sheriff to get people to stop calling him. However, the conversation ended on a good note.

Rizzo followed up on the discovery of an adult skeleton in Georgetown Co. He spoke with Diane in investigations. She said the body had been taken to Charleston Medical Center for an autopsy. Investigator Thacker was the lead on the case, but he wasn't available, so she told him to speak with Captain Knots. Knots said the body was all skeletal and nothing more. The skull did have some blond hair remaining. He said they too were looking for a white female who had been missing since June or July. He said the jaw had all its original teeth. Rizzo figured that eliminated the possibility that the body was Alice's because she had an upper plate. Captain Knots agreed to fax all the information regardless. (P. 3798) The body was later confirmed as that of Lorrie Jean Connelly of Andrews. (P. 3799)

**10/02/03**
US District Ct of SC ordered Detective Leonard S. Smith of the Kentucky State Police, Post #2, 1000 Western Kentucky Parkway, Nortonville, Kentucky 42442; (270)676-3313) to turn over his records. (P. 2857)

**10/06/03**
*Interview*: Ronald Perdue, one of the men who saw the BMW on Bee Tree Farm Rd, (843)423-7956.
　　Carlisle met with Ronald Perdue and his father-in-law, Simon. Ronald was working on deer stands when he observed a dark-colored BMW with two males. The driver was a white male with dark hair. The other white male had ... (page cut off). The car turned around and went by the hunt club lodge. [I need to get another copy of this because the page is cut off]
　　Ronald was adamant about two things: (1) The driver had dark hair and the backseat passenger had light hair; and (2) He only saw two people in the car.
　　Ronald and Simon feel that if Donovan's body was dumped in the area, deer hunters would have found it. He said law enforcement had searched the area with no results. Ronald said an FBI agent had asked him what they did with the bear and he had no idea. (??) Ronald said he was on medication.

**10/08/03**
*Interview*: Tim Garry, Branden's neighbor who tried to help him from time to time.
　　Paige interviewed Tim and his wife, Vickie. They live not too far from the Bashams. Their son Bryan went through school with Branden although they were never in the same grade. Bryan and other kids would pick on Branden because he was in special classes and for being different. Bryan said he was a little punk with no dad and a screwed up mom who didn't look after him. The Garrys considered Branden to be mentally retarded or close to it. When asked, they said they said they would give him an F for intelligence. He was in his own little world,

**JA 6605**

65327

hyper and fidgety. He would follow anyone's lead without question and that always put him in with the wrong crowd. He didn't have the ability to think for himself.

They though Branden abused drugs because he visited many times with red, bleary eyes. They knew his mother had drug and mental problems. They felt sorry for Branden so they would have him over a few hours at a time when he had nowhere else to go. They would feed him, let him hang out or ride the four-wheeler. They wouldn't let him stay overnight because they were afraid he would steal things from them.

They said he would stay often at the Colonial Motel with some guy when his mom wouldn't let him stay at home. He called them many times from the motel.

Garry suggested we interview his sister, Sue O'Bannon, who dropped by before Paige left the Garry's home.

*Interview*: Sue O'Bannon, Tim Garry's sister who lived across the street from the Bashams.

Tim Garry mentioned that Sue lived across the street from the Bashams and was afraid to leave her daughter home alone with Branden in the neighborhood. Sue, however, said she didn't have anything bad to say about Branden because God wouldn't like it if she did. She then said she didn't have anything bad to say about him period. She would always say, "Poor old Branden's in his own little world." She said she was scared to leave her daughter at home alone period, not because of Branden.

Sue would give Branden rides and he would pay her. He was always having to fend for himself. He told her he was living a bad life and needed to go to church with her. He hung out with an older, heavy metal or alternative rock type of group.

She often heard Branden's parents screaming at him and frequently beating him.

Although they knew Branden to be troubled, they never found him the least bit violent. When they heard what had happened, they instantly thought the other guy must have gotten a hold of Branden.

*Interview*: Molly McGaw, Branden's special ed reading teacher, (270)821-4145.

Molly was Branden's reading teacher and she and her husband, Barry, were Branden's Big Brother/Big Sister sponsors for a year. That was the only year they participated in the program. She knew Branden's father was absent because of alcohol addiction and that his mother was crazy like Branden had a drug addict. They spent time with Branden on a weekly basis, either taking him to dinner or a movie. He spent a couple of days and nights with them, and they never had any problems with them. After the program ended, Molly asked the people in charge of Special Ed if she could spend a lot more one-on-one time with Branden because she felt a strong connection to him and thought she could get him to work harder. They told her she couldn't spend more time with him and disrupt everything in the program. After he moved from the elementary school, she didn't have much contact with him except Kathy would call once in a while to tell her what was happening or where he was being sent.

Branden called her from the Columbia Care Center in December and told her he didn't do it. He said he had gotten caught up with that guy and was in deep trouble because of him.

*Interview*: Randy Bolinger, 1625 MacLeod Lane, Madisonville, (270) 825-9587.

74

**JA 6606**

65328

Randy and his wife have two children, including a son, Randy, who befriended Branden when Branden was 11 or 12 and Randy was 26 or 27. Randy Jr. is legally blind and an alcoholic, borderline MR and mentally ill. His parents think they became friends because they had many of the same problems.

Branden was always ver slow and Randy has always been certain there is something very wrong with Branden. He could be lead around like a puppy dog by anyone. Randy also recalled suicide attempts by Branden over the years. He doesn't think Branden ever had a chance given his condition and the family that produced him. Randy knows Kathy is crack-addicted and severely mentally ill who let her children raise themselves in the streets. Kathy was happy when Branden was put on disability because that meant she would be receiving two checks. Even though she got the checks, she wouldn't let Branden stay at her house. She claims eh didn't have the nerves to deal with him. Branden would stay for periods of time with his dad Jimmie when they were living separate, but Jimmie is a severe alcoholic and has had his own share of trouble. The Bolingers led Branden stay with them several times.

Branden's sister, Charlotte, was a knockout and learned at an early age to use her looks to get by. Randy said when Charlotte was dating Buddy Ray Morris at age 15, he heard Kathy had told her that Buddy would never marry her if she didn't get pregnant. By 16, Charlotte had married him and had his daughter. This was all orchestrated to get at his family's coal mining money. The marriage was a complete disaster. Buddy had mental problems and a criminal background. She is immature and refuses to work. No one knows where Buddy is currently, but Charlotte is very popular with the African American guys and uses her popularity to support herself. She and Kathy still try to get money out of the Morris family.

The Bolingers still stay in close contact with Jimmie and Kathy. They stopped when Randy realized that Kathy was using the money he would give her to buy crack. Now people are talking about Kathy having AIDS because she shared needles with a known AIDs victim and has lost even more weight. When he refused to give her money, Kathy became furious at him and hasn't forgiven him. The Bolingers then decided to try to help Branden directly because no one had given him much support. They called Paige in August to see if they could come visit Branden. This contact started a rift of drunken phone calls between the two families which escalated into threats.

Randy said he used to wonder "how that boy finds his way home" and said he couldn't see Branden driving far, especially on a big or busy road. He couldn't imagine Branden could read signs quickly enough to make quick decisions while driving.

The Bolingers know Branden has problems but can't help thinking his home life also had an impact on how he turned out. They are certain Branden couldn't and wouldn't come up with something like this and are completely convicted he wouldn't be able to carry it out even if he were capable of dreaming it up. The Bolingers attribute the different result in Randy, Jr. And Branden to Randy having a family support system.

*Interview*: Kent Leslie, Deaconess Crosspoint, (812)483-7474 (cell), (812) 436-5919 (beeper).

Kent was the Anger Management and MAD training counselor at Charter when Branden was at Charter of Evansville. He is now in the Business Development Office at Deaconess Crosspoint. Kent was unable to meet with Paige and Harrison due to a full schedule and a previously-arranged fishing trip. However, he was interested in helping Branden and promises to

JA 6607

65329

make himself available to be interviewed int eh future. He still is good friends with Penny Titzer and they have continued to talk about Branden since they worked with him.

*Interview*: Danny Dees, Probation Officer of the Madisonville Office of Probation and Parole.

Danny worked on capital trials as an investigator for 13 years before becoming a parole officer. He worked on a SC capital case about ten years ago and knows David Bruck, etc. All Danny remembers of Branden is his name and face. He did the presentence report on Branden before he was sent to Logan County. He thinks a woman named Connie would have done the presentence report for Logan County, but that Branden was never on anyone's caseload and wasn't supervised by anyone. Mike Ruschell was his Public Advocate in Hopkinsville.

He wondered if Branden had been evaluated at the KY Correctional Psychiatric Center in La Grange because he should have been with his psychiatric history. He stressed the need to do thorough searches in the Hopkinsville and Logan county courthouses to doublecheck what info we have about his criminal history and psychiatric services. He is pretty positive no records on Branden will exist, but he is going to begin searching just to be sure. He would like to be even more helpful.

## 10/09/03

*Interview*: Penny Titzer, Branden's counselor at Charter of Evansville, (812) 853-7347.

Penny was a counselor at Charter of Evansville (now Deaconess Crosspoint) and is now a counselor at Castle Junior High in Newburgh, IN. Penny suggested talking to Kent Leslie, Dori Branson, and Vernell Hall - all of whom worked with Branden. They were exasperated with the situation because they all knew how troubled he was but were limited in what they could do for him under their care. They also were aware of his awful home situation.

Penny seemed to have a way with Branden. She tried to encourage him to play the social game with staff he didn't like or other kids, but he couldn't or wouldn't do it. Penny had to struggle to keep boundaries with Branden because he became very dependent on her and, at one point, Kathy Basham tried to sign over custody of Branden to Penny.

Penny said instead of having a special ed teacher at Charter, they hired a woman named Angela Matthews who wasn't very good with special needs children. She would just sit in front of the room while the kids worked from workbooks. While 9 and 10-year-olds would be working on 4th and 5th grade material, Branden would be struggling with 2nd and 3rd grade books when he was 15. Branden would get easily frustrated, and Angela would become easily irritated.

Branden always liked to act like he was tough and gruff, but he was always taking up for and protective of the little kids. If a little kid was upset, Branden would talk them through being sad. He also always tried to seek female approval and attention which Penny attributes to his disaster of a mother.

Penny left her job in June 1997 because she got a job in the schools and because she had finished her Master's degree. Branden would often use his phone privileges to call her and tell her about what had happened to him. Kathy even called Penny once to meet her and Jimmie and Branden at a McDonald's near a hospital while they had him on his family pass. Penny bought everyone's lunch because she didn't know if the Bashams could afford it.

76

JA 6608

65330

Penny never thought Branden would be involved in something like this, at least not on his own. He didn't have the ability plan and carry out something like this unless he was led and told what to do. When she heard Branden had escaped with a hardened criminal, she was afraid not of Branden, but of what could happen with the other guy in tow. She called Tom Van Warner about protecting herself and heard from the agent what she already knew about Branden - that Branden wasn't the type to intentionally plan to harm someone and was incapable of getting very far if left to his own devices. FBI Williamson told Penny that James Hawkins had given a statement about how Branden had saved his life and tried to comfort him. This information was consistent with the picture Penny had of Branden.

After lunch, Paige and Harrison toured the Charter facility. We will be able to get his Charter Evansville records after all.


**10/10/03**
*Interview*: Monte Mefford, one of Branden's special ed teachers, (270) 821-9518.

Paige and Harrison stopped by to introduce themselves to Mefford. Mefford was one of Branden's favorite special ed teachers for many years. She worked closely with Branden and Clifford Jay. She knows him to be a very sick boy.

She panicked at first but calmed down when Paige told her they were just introducing themselves, not interviewing her. Mefford is currently working for the Veteran's Affairs office, but if the governor loses re-election, she would have to look back at the public education system for a job, so she doesn't want them mad at her. She couldn't speak with Paige and Harrison until the Hopkins County Board of Education gave her permission.

She said she wants to help Branden however she can and would be willing to testify on his behalf. Paige told her we would get back to her soon with the proper order so she could be interviewed at length.


**10/13/03**
*Interview:* Deputy Samuel Dillingham, Hopkins County Detention Center.

Paige and Lesa interviewed Deputy Dillingham. He related that he had no problems with Branden and that Branden had been a trustee within the facility a few times. He described Branden as being more of a follower than a leader. He felt that Branden wasn't intelligent, but was street smart. He was single task oriented and Dillingham felt he had to simplify explanations for Branden. He said Branden would "try" whoever was watching him - for example, trying to get closer to a woman to look up her dress while he was scrubbing baseboards. Dillingham recalls that Branden was on medication. He is surprised Branden made it out of town and said Branden never knows when the shut up.

He took part in the search after the escape. The dogs traced the scent from the rear of the facility northward through a tree line and into an empty cornfield. The dogs lost the scent and the pursuing officers thought Fulks and Basham had separated upon entering the cornfield.

Dillingham recalled Fulks being processed and said Fulks was wearing a t-shirt with an FBI logo on it. He said Fulks was interviewed the day before the escape by a KSP trooper. He said Fulks was quiet – too quiet, the kind that causes you concern or bears watching.

**JA 6609**

65331

*Interview:* Deputy Barnett, Hopkins County DC.

Paige and Lesa interviewed. He has been in corrections for 5 years. This is the first interview he has had regarding Branden. He (Sgt. Barnett) was the shift commander on the evening of the and received a reprimand and a demotion as a result.

He said Branden was aggravating, immature, and mouthy like a child. He whined. He was on regular medication, but because of his aggravating nature, he was often isolated. Branden was an in-house trustee once, but it didn't last long. Branden is wily and conniving, a follower, with no common sense. He is subject to sudden outbursts and being mad. Communication with Branden was best if you used simplified questions and answers. He doesn't recall Branden ever striking officers or displaying aggressive behavior. Most of Branden's problems were with inmates because of his mouth.

Barnett thought Branden would be caught in a short time, probably with his family. He said Branden wasn't intelligent enough to plan all the events that unfolded. He had little contact with Fulks but found him to be respectful and not a problem. He said Fulks was usually the one you watch – "the brains." Branden wouldn't have had the thought processes to take the escape plan as far ahead as it went. He feels that Branden jumped on the bandwagon and could easily follow anyone. In his opinion, Branden couldn't have developed a plan like the one that resulted, and Branden wouldn't have left western KY.

Barnett said he knew Branden was friends with Chet Golf and Jeff Adams of Madisonville.

When asked if he thought Branden should receive the death penalty for what transpired, his response was that he honestly couldn't answer that question and he seemed to choke up. Paige and Lesa quickly ended the interview.

*Interview:* Randy and Susie Bolinger, 1925 MacLeod Rd, Madisonville.

Interviewed by Paige and Lesa. Randy immediately described Branden as retarded and thinks Branden's mother has drawn a disability check for him. They feel he is on a 3rd or 4th grade level of intelligence. They don't know of him driving a car, and Randy opined that he would wreck before he went far. He wouldn't know to stop.

They knew Branden to have committed petty thefts. Branden couldn't comprehend that he was getting a criminal record for these thefts even though Randy tried to explain it to him. They described Branden's mother as a severe cocaine user, never a mother to Branden, and that Branden was basically a street child. They described Charlotte, his sister, as a prostitute.

They said the Madisonville PD had a hot list for alcohol abusing youth and made a practice of harassing lower income youths and manipulating them into pleading guilty when many times they were innocent. The harassment led the youths to use the local railroad grid as a way to travel and avoid the MPD. They said Branden was friends with Tim Garry and Elvis Gibson.

They offered to drive to visit Branden. They are both plain spoken with limited means, but would make excellent witnesses.

*Interview:* Det. Randy Rizzo, Conway PD.

Carlisle spoke with Det. Rizzo who verified information that he had served warrants on Basham at Effingham and was told that Basham was placed in a cell with no pillows, sheets,

78

JA 6610

65332

covers, etc. He said the Sergeant said Branden took a portion fo the stuffing from the mattress, used it to stuff his shirt (something about using the bristles of a hairbrush) to make a pillow. Rizzo feels Basham is more ingenious than people are giving him credit for.

Rizzo said there were 100 or so leads in the case. Carlisle told him he only had 76 leads. Rizzo advised there were more which were turned over to SA Long.

*Interview*: Lt. Sessions, Conway PD.

He reported to Carlisle that all leads pertaining to Alice Donovan had been followed up and reported to prosecutors. There was no more information, good or bad, pertaining to Fulks and Basham.

## 10/14/03

Sgt. Wilkerson, Det. Staples, VAO Hipp, Sgt. Parker, Sgt. Addison, Det. Domogauer, Sgt. Perrit, Lt. Sessions, Capt. Schilling, and Det. Rizzo of the Conway Police Dept. were contacted. Carlisle received an e-mail from Chief Sam Hendrick saying he had directed his officers not to discuss the case with anyone without the consent of the solicitor pending the state death penalty case in Horry County against Fulks and Basham.

## 10/20/03

Carlisle received a call from SA Long who said Gasser advised him against being interviewed by Carlisle. He said if there were questions from him that we needed answered, we should submit questions to Gasser for review and response.

## 10/21/03

*Interview*: SA Maurice Kelliher.

Carlisle left a voice message which was returned the next day. Kelliher said he had been advised by Agent Long that the US Attorney had told them not to talk to defense investigators. Carlisle told Kelliher he was aware of Greg talking to Gasser and that Gasser didn't want investigators talking to Long at this time, but had no problem with us talking to him. Kelliher said he would check with Gasser and, if he had no problems with the interview, Kelliher would call back and set one up.

## 10/23/03

*Interview*: SA Clyde Merryman.

Merryman spent 37 years with the FBI and is currently Director of Public Safety at Surfside Beach. Merryman interviewed Barry Donovan, Carl Jordan, Helen Cook, Margaret Moore, Mark Cooper and Oleita Hyman in the Basham case. He also helped search for Alice Donovan. He said he was the only federal agent who participated in all the search efforts for Donovan in North and South Carolina. Merryman commented on his gut feelings about the case.

JA 6611

65333

He said there was no logical reason for Alice's body to leave NC. Basham and Fulks got everything they wanted from her, so there was no reason to keep her around anymore. They let her make the phone call to buy time. He said at that point, Basham and Fulks knew they were going to kill her.

Basham was jerking them around when he took them to search for Donovan. All Basham did was smoke cigarettes. He said Basham doesn't trust anyone and is too stupid to realize what the truth could do for him. He relates to Fulks and Basham because he grew up in East Tennessee. He said people out there take care of their own and have a hard time trusting outsiders. He thinks Basham knows where the body is but isn't going to reveal the location. He feels that Basham is much smarter than people give him credit. He admits he doesn't have an explanation as to why he thought this of Basham.

He said he had information that Fulks knew someone in the area he could buy drugs from. Merryman said he found out the brown mobile home with the fence was the drug connection in the Savannah Bluffs area but was unable to verify. He also said someone (he couldn't remember) pointed out a house in a n area he couldn't remember and told him that FUlks had once lived with those people. He wasn't able to verify this either. He doesn't think he passed the information about Fulks living in the area onto SA Jeff Long.

Carlisle stopped by the brown mobile home on his way out of Conway but no one was home and the house looked vacant.

**11/03/03**

Warrant of arrest served on Chad Fulks by Todd County for Criminal Abuse 1st degree and Receiving Stolen Property over $300. The warrant was signed by Judge Gill. (P. 2858)

**11/04/03**

*Interview*: Buddy Ray Morris, Jr., Charlotte's former father-in-law.

Buddy is Ena's husband and Bud III's father. He was present during the interview with his wife and agreed with the information she relayed about the Bashams. He reiterated the horrible and traumatic experiences Brittany, Charlotte and Bud's daughter, had been through and his numerous dealings with law enforcement each time Charlotte would have Bud arrested.

He said one time Bud called him crying and saying Charlotte was beating him with a metal rake. Buddy told him to grab Brittany and get out of the house. Charlotte jumped in from of the door and wouldn't let them leave. Buddy went over there and found Bud bleeding profusely. Charlotte, still holding the rake, just said "Fuck you, motherfucker," every time he tried to talk to her about putting down the rake. Brittany was screaming hysterically. Buddy told Charlotte to quit cursing or leave. She took off walking. Later, Bud called again crying and saying Kathy had called from the ER saying Buddy had beaten Charlotte with the rake, and they had given her 150 stitches in her head and 135 on her body and that Charlotte was filing an EOP against him. Then, Kathy told him if they bought her a new car, they would drop the whole thing.

80

**JA 6612**

65334

Buddy said the night Branden escaped from jail, Bud was in town from Illinois. He didn't know anything about the escape or search but mentioned that he had passed Branden walking down the side of Hwy 630 toward Dixon, KY that night.

*Interview*: Ena Morris, Charlotte Basham's former mother-in-law, 235 Pin Oak Lane, Madisonville, (270)821-????. Buddy Ray Morris III (Bud), 608 S. Jefferson St., West Frankfurt, IL, (608)932-2778.

Ena is married to Buddy Ray Morris, Jr. and has two sons, one of whom is Buddy Ray Morris, III, Charlotte Basham's ex-husband. Ena is relieved to be somewhat removed from the Bashams now that Charlotte and Bud are divorced and Bud lives in Illinois. However, as long as Brittany, Charlotte and Bud's daughter, is around, Ena and Buddy will be forced to have some contact with the Bashams.

Their first contact with the Bashams was when Buddy found Charlotte in bed with their son in the middle of the night. Kathy came to pick Charlotte, but it took her nearly an hour to get there. After they were introduced, Kathy asked Charlotte, "Now what grade are you in now, Charlotte?" and "Did you pass last year, or fail?" Ena knew they were in trouble. A few weeks later, Ena went into Bud's closet and found Charlotte's stuff. She had been living in his closet and had written "Buddy loves Charlotte" in marker on the wall. They got her to move her stuff out, but a couple of months later, Ena saw a known crackhead in town at a convenience store who told her Charlotte was pregnant. Ena said she hyperventilated all the way home and called Kathy Basham to ask what they were going to do. Kathy said, "I told that girl if she didn't get pregnant, that boy would never marry her."

Shortly thereafter, Buddy was placed in jail for Possession and Contributing to the Delinquency of a Minor. Ena didn't see Charlotte much during her pregnancy except when she was very large, she called Ena and asked her to get her some maternity clothes because she was wearing her dad's shirts with her jeans unzipped. Ena bought her very nice maternity clothes. She didn't see or hear from Charlotte until Brittany was born. When Ena got the call that Charlotte was in labor, she went to the hospital and found Kathy making a big fuss. Charlotte ended up picking Ena to stay with her during labor since her own mother couldn't stop causing a scene, such as jumping in the bed with Charlotte while she was having contractions and yelling, "Oh, oh, I'm having them, too!" Charlotte had a grueling labor and needed a lot of surgery to sew her up. Because Kathy had refused to let Charlotte go to an obstetrician for prenatal care, there was no doctor around to say Charlotte needed a C-section until it was too late. Then Kathy said she was going to sue that hospital and the doctor for injuring Charlotte like that. Ena reminded her that she couldn't sue the hospital because Kathy was the one who kept her from going to doctor's visits and preventing the entire thing. Ena said she was very happy that she was the one to take Brittany home with her while Charlotte recuperated.

Charlotte later took Brittany home to live with Jimmie and Kathy. Some time later, Charlotte called and said they weren't giving her any food and she was starving. Kathy wanted Charlotte to lose her baby weight immediately, so she wouldn't let Charlotte eat anything. Charlotte also didn't have diapers or clothes for Brittany because Kathy and Jimmie refused to spend a dime on her. They wanted the wealthy grandparents (the Morrises) to pay for everything. Kathy would take Charlotte's food stamps for herself but wouldn't give her any of the food. Each time Charlotte called, Ena would get whatever she needed for herself and

JA 6613

65335

Brittany. Ena would let Charlotte drop the baby off for babysitting whenever she wanted. However, it might be for a few hours or a couple of months before Charlotte returned. Charlotte once dropped Brittany off and wasn't heard from again for 10 months. Ena finally enrolled Brittany in a daycare when she realized it might be a while before Charlotte returned.

When Bud got out of jail, Ena and Buddy signed on a house for him and Charlotte and helped them furnish it. However, the marriage was extremely tumultuous. Charlotte had Buddy arrested around 20 times for domestic incidences that she fabricated and would later feign injuries. Many times when Charlotte would have him arrested or put an EPO out against him, Kathy and Jimmie would say, "We'll drop the entire thing if you buy us a new car or give up some money." Once Charlotte had a wreck while she was drunk and blamed it on Bud. Jimmie testified at trial and said Bud was the one who had damaged the car. After Bud was found guilty, Jimmie told Buddy in the parking lot that Kathy had made him perjure himself to try to get money out of them once again.

Bud couldn't keep a job for long. Ena blames Charlotte for this because Charlotte would leave with the car and no one would know where she was. Bud would have to stay at home with Brittany or walk to try to find Charlotte and not be able to get to work. Others, however, have said that Bud was spoiled, depressed and ha da bad drug habit. When Charlotte decided to call it quits, the Morris' lawyer, Roger Barth from Washington, D.C., met with the Bashams' attorney, Willie Nesbitt. Nesbitt demanded $20,000 in child support, the house, the car, etc. The Morris' lawyer pretty much told them to go straight to hell - that Ena and Buddy owned everything of Bud and Charlotte's and had paid tens of thousands of dollars in Charlotte's debts. They eventually worked out a deal, and, although Bud officially shares custody of Brittany, he lives three hours away, has remarried, and has a 3-year-old son. Ena and Buddy keep Brittany at least half of each week, if not more, and pay all her expenses. Ena takes Brittany to the Dr. Keanu regularly. Brittany and Charlotte both go through Ena's pantry each time they come over and take back what they want to Mark Phebus' house.

Ena said Brittany knows more about the bad side of the world than most adults. She has slept on floors and in baskets. She has watched drug dealers come and go, has been attacked by them on at least one occasion, and has seen her mother living or involved with dozens (maybe more) of men. Ena and Buddy think the reason Kathy and Charlotte have escaped any serious prosecution for their drug involvement is that both of them have "relationships" with many fo the members of law enforcement in Madisonville. Brittany has pointed out several police officers who have come and gone out of her mother's house, and Ena was told about how law enforcement come and go out of Jimmie and Kathy's house. Reportedly, Kathy would have sex with them in the house while Jimmie sat in the den drinking beer. Brittany also talked about a few months in which Charlotte was living and sleeping in the same bed with her first cousin, David Basham, at his house on Wick's Well Rd. David is another very well known drug dealer in town who was Mark Phebus' pusher back in the day. Davis is the son of Harold Basham, who was Jimmie's brother and who also lives on Wick's Well Rd.

Ena says Kathy has been responsible for ruining many people's lives with drugs. Joe T. Jones had a good stable life with a house that had been paid for, a car and money in the bank. After his wife starting running with Kathy, she developed a nasty drug habit, and they were in financial ruin.

82

JA 6614

65336

The Morrises didn't have a lot of contact with Branden. Sometimes he would be with Charlotte when she would come over to their house. One time, Ena was picking up Charlotte to take her to church with them when Kathy came running out of the house with Branden saying Ena couldn't take Charlotte unless she took Branden as well because Kathy wanted to go somewhere and didn't want anyone going with her. Ena agreed and took him. However, he was eventually asked not to come back due to his behavior. He ran up tot eh alter, grabbed the microphone and started ranting and preaching. He wouldn't listen when asked to sit down. The people at the church were concerned about the safety of the other children. Ena was mad because she felt you shouldn't turn anyone away from church, and Branden hadn't been threatening to anyone. Ena knows, however, that Branden can get wild and agitated. He broke Charlotte's arm twice, but that pales in comparison to what Kathy has done to Charlotte. Kathy has tried to kill Charlotte, and on one occasion beat her about the head with an iron skillet, stabbed her, and cut her hair off with a pair of scissors.

Ena feels very, very sorry for Charlotte, Branden, and Jimmie. She blames Kathy for all the chaos, misery and tragedy that has followed her family.


**11/05/03**
*Interview*: Mark Phebus, Charlotte Basham's boyfriend, 344 Redden's Dock Rd, Dawson Springs, KY, (270) 399-0118. Conducted by HS and PT.

Phebus runs his own construction company. He has a criminal record - charged with conspiracy to commit murder and also trafficking cocaine. The conspiracy charge was dismissed but he was convicted of the cocaine charge and did 2 years in prison.

Mark says he has had only limited contact with Branden. When Mark picked up Charlotte for their first date, Branden came up to him and asked for $5.00. Mark didn't give it to him. The only other contact he has had with Branden is when Branden calls the house collect to speak with Charlotte. Because the calls are expensive, he limits Charlotte to one call a week.

Mark thinks the reason Branden has turned out this way is because of Kathy. He said Kathy treated Branden "like a shithouse rat." Mark mentioned an incident he heard about through Charlotte when Kathy took in a hitchhiker who allegedly had some sort of sexual relationship with Branden. Mark doesn't go around Kathy much and has never spent much time around her. He doesn't like her and called her a "piece of shit." He also avoids Kathy because he has been trying to stay clean since he got out of prison. He realized early on in dating Charlotte that he didn't want to be around that house due to the drug use and drug traffic going on around there. He doesn't allow that family to come around his home.

Mark said he doesn't know anything and doesn't want to come to SC to testify. He makes $200,000.00 a year, so why would he give up good money to come testify? He says he will be a hostile witness if called to testify.

Paige plans on trying to interview him again without Charlotte around. He is probably not telling everything he knows due to her presence.

*Interview*: Cynthia Vaught, manager Colonial Motel, 507 S. Main St., Madisonville, KY, (270) 825-0026.

JA 6615

65337

Paige and Harrison interviewed Cynthia to find out who the person was that Branden was supposedly staying with at her motel. She did not know Branden and had never heard of him. She said she would ask around to some of the regulars to see if anyone knew anything about him. She said a lot of young people stay there. She doesn't have any kind of computer system, just paper records, and said none of them mention Branden.

Later, they found out that the man was Bucky Emory, a cook at Ferrell's Hamburger place in Madisonville. People were gossiping that Branden stayed with him and they had a homosexual relationship.

*Interview*: Rebecca Blake Jarvis, Kathy Basham's sister. 775 Russ Hill Rd, Nortonville, KY, 42442, (270) 676-8677 (home); (270)836-5784 (cell).

Becky is three years older than Kathy and lives in Nortonville with her second husband, Fred Jarvis. She was married to Ellis McKechnie for 10 years and had one son, Charles Jerome McKechnie. However, the rumor was that Kathy was sleeping with Ellis. Becky is rumored to have slept with Jimmie and some of Kathy's boyfriends to get back at Kathy, but she wouldn't discuss any of that with Paige.

Becky didn't say much at first except to say that Branden had problems from the time he was a little kid. She said the only person on her side of the family with mental problems was Kathy. After being told that others had mentioned Kathy's drug habit, she admitted that Kathy had given both Branden and Charlotte marijuana, alcohol and other drugs from the time they were in diapers. Kathy said they were going to use it eventually someday, and she wanted to be the one controlling it and knowing where it was coming from. Becky said it was Kathy's way of calming down Branden and getting him to sleep so she wouldn't have to deal with him. Kathy, Charlotte, and Branden all suffered from different levels of hyperactivity and street drugs were Kathy's first choice of dealing with it.

Becky would keep Branden occasionally. While he was attending special classes in Nebo, he would get off the bus and walk to her house. She would help him with his homework and saw some improvement after working with him. She tried to influence Kathy to discipline him and send him the right messages. Although Branden's grades improved while he was studying with Becky, Kathy refused to change anything or improve for Branden's sake. Of course, Becky's own son ran with Branden in the drug crowd and is currently in a halfway house, Rosey House, in Owensboro working his way through rehab.

Becky asked if Paige had spoken with Hawkins (who?), and she told her that he had declined to be interviewed when we had approached him. She said she knew him and had spoken with im about Branden in the past. She said she would contact him and encourage him to speak with Paige.


## 11/11/03
*Interview*: Detective Brad Stevenson at the Kentucky State Police Headquarters. He was involved in the Hawkins case also. He participated in the Hawkins interview but doesn't have any independent recollection of anything. He indicated that they could talk with him via phone with the report in front of him.

JA 6616

65338

*Interview*: Detective Scott Smith of the Kentucky State Police.

Det. Smith was one of the main investigators in the receiving stolen property charge and criminal sexual conduct charge against Chad Fulks. Smith advised that the cases are still pending against Veronica Evans and Chad Fulks. There are the charges for which Chad Fulks was incarcerated in HCDC.

The case against Fulks for sexual abuse is particularly gruesome. Smith said the child had numerous injuries in the genital area that the child suffered after being punched there by Fulks (Is this Miles or Nathaniel, his deceased son?) There were multiple bruises around te body. Smith said Fulks were a control freak. These charges were brought in Todd County instead of Hopkins. Trooper Bob Winters also filed drug charges the same day and those charges are also still pending.

As to the escape and the Hawkins abduction, he and everyone else at KSP worked on those cases. He worked on the Hawkins case with Dets. Brad Stevenson and Devon Brewer. He wasn't aware of any conduct by Basham that would have been favorable to Hawkins and wasn't aware of any comments made by Hawkins to such an effect. He said Hawkins' son identified Basham from pictures in the newspaper.

## 11/13/03

*Interview*: Veronica Evans, Fulks' wife. Conducted by Carlisle McNair and Paige Tarr.

Veronica was accompanied by her live-in boyfriend Freddie Kinman. Veronica was very hesitant to talk at first but loosened up after Carlisle and Paige identified themselves and told her what they needed to talk to her about.

Veronica said she met Chad at a strip club where she was dancing. Her aunt, Deanna Jones Barber, V's aunt, introduced her to Chad. Chad had come to the club with a friend of his from work. Veronica had only worked four nights as a dancer and quit the night she met Chad because she was uncomfortable and embarrassed to dance in the nude and Chad wanted her to quit. She and her two sons, Miles, 3, and Christian, 4, moved in with Chad at Bristol Mobile Home Park. The lease was in Veronica's name. Chad didn't let Veronica work because he wanted her to stay at home with the children. He used Veronica's 1999 Dodge Intrepid to get to work. Tina Severance's Jeep was hidden at their house to hide it from the repo man. Chad had the keys but didn't drive it.

Veronica and Chad got married in Ashland, KY in June 2002. Chad assaulted her for the first time about two or three months before they got married because he found out Veronica had dated a black man in the past. He found this out from Tina Severance and Deanna. Chad is very prejudiced and hates blacks. Veronica doesn't know why they told Chad except that Tina wanted Chad for herself, and Deanna was mad at Veronica for quitting the club.

Chad was very jealous, intimidating, possessive, controlling and isolated her from her family. If he found out she had talked to her family on the phone, he would beat her.

They took Miles with them on their honeymoon to Myrtle Beach. The honeymoon was over July 4, 2002. Chad had been to Myrtle Beach before to see J.D. Chad told her that J.D. was a hitman for a bike gang. J.D. was also Chad's drug connection.

They stayed for a week at or near the Beach Walk Motel. While there, Chad pointed out a half-naked girl on the beach and told Veronica that was his type of woman. She got mad and

85

**JA 6617**

65339

pushed Chad, which made him mad. Veronica grabbed Chad's gun and pointed it at him. Chad beat her down and took the gun from her. Chad had stolen the gun from one of the cars at the public beach accesses. Veronica said Chad robbed people and broke into cars to fund their trip on the way to the beach. She thought Chad had broken into around 100 cars on the way to the beach, stealing money and guns. While in Kentucky, Chad stopped on the Penny Rile Parkway near Husband Rd, posed as a cop, and robbed two men in their camper which was broken down. Chad broke into about 50 cars in Myrtle Beach while on their honeymoon. After going through the pocketbooks he would steal, Chad threw them away. She said she can show us where the dump site was.

Chad also told her that he would cut her up and dump her in a place near where he lived in WV. He showed her the place. Chad also told her over and over that water washes away fingerprints and other evidence.

They returned to Myrtle Beach a second time. By then, Chad had become a professional thief. They stayed at the Beach Walk Motel for three or four weeks.

Veronica has spoken to Amber Fulks, Chad's first wife, and knows about Nathaniel Fulks, Chad's six-month old child who died. After Chad physically assaulted her son, Veronica believes Chad caused Nathaniel's death and so does Amber.

Veronica said all Chad's papers were with Tina Severance.

Veronica said she would keep in touch and would begin writing a story about her life with Chad.

*Memo from Paige.* She obtained a copy of Branden's Health Dept. records which show him getting yearly health screenings to participate in the Special Olympics. She also interviewed Sheila Mills at the Hopkins County Board of Education who set her up with interviews with special ed teachers.

Fulks' lawyers are going around town misrepresenting themselves as lawyers for both Branden and Chad. Bill Nettles and a clerk have tried to talk the people at the Board of Education into copying Branden's special ed records for them but the people at the Board knew who Branden's lawyers were and refused to hand the records over.

## 11/14/03
Paige spoke with Tammy Wiles, Shelia Mills' secretary, who helped Paige set up an appointment with Mills. Tammy didn't know anything about Branden or his records.

*Interview*: Sheila Mills, head of Special Ed for Hopkins County Board of Ed, 320 Seminary Dr., Madisonville, (270)825-6000.

Sheila has been with the school district or board her entire career. She has dealt with Branden many years. While she didn't work much with him one-on-one, she tried to coordinate services and assist the teachers and specialists who have struggled with him over the years. She feels she knows the situation quite well.

Branden was identified as having problems in the second grade. He was screened initially by Pam Chandler who said he had no problems. However, she was dismissed shortly thereafter for being mentally unstable and incompetent. When tested a second time, huge

JA 6618

65340

learning and behavioral disabilities were uncovered. The district then paid for him to be tested further by the Trover Clinic by neurologist Bindu DeSai and psychologists Sherry Spence and Paul Phillips. The expensive testing was only approved due to the extreme disabilities Branden faced. He was placed in EBD (Emotionally and Behaviorally Disabled) classes from that point forward.

Sheila found a program that really could have made a difference for Branden. It was called IMPACT and was provided through social services. The program provided intensive therapy, counseling and treatment for Branden and his entire family. However, the program required the parents' consent and an agreement to participate in family therapy as well as allow case workers access to the home on a daily basis. Kathy wouldn't have any part of it (it might have interfered with her social activities), so Branden wasn't accepted.

Sheila gave Paige information about how to get in touch with teachers. She is committed to helping Branden in any way she can. She also gave Paige numbers for Linda Hayes and Peggy Woods, social services people who had worked with Branden. Sheila also gave Paige the names of the men who tried to illegally obtain Branden's Special Ed records. They were Bill Nettles and John Rebold who claimed to be a clerk for the Federal PD and could be reached at (917)751-4073.

*Interview*: Kerry Smith, LBD teacher at James Madison Middle School, 510 Brown Rd., Madisonville, KY 42431, (270) 825-6160.

Kerry was an instructional assistant for Debbie Haley Allen, Branden's 5th grade EBD teacher at Anton Elementary. Kerry is not an LBD (Learning and Behavior Disabled) teacher at the middle school level.

During the first year, Kerry graded papers and helped with behavior issues. Debbie had a point system based on behavior and you lost points for bad behavior. Branden seemed to have a problem with a teacher or student every day. It stands out in his mind that Branden was such a follower. If someone started something, he was usually in the middle of it but would rarely initiate anything. However, he usually took things to the extreme and was blamed for the problem although he hadn't been the one to start it.

Kerry would take Branden to time out when he needed it and stay with him. Some days would go just fine and other days he would only go kicking and screaming. Back then they used what is called Safe Physical Management where th teachers are taught how to restrain the students so that they can't harm themselves or anyone else.

Branden functioned at a very low level academically and had the grades to show it. He never felt that Branden was mean but was just a puppet to some of the more manipulative children. He isn't surprised that Branden fell under the control of someone like Chad and hates that something so awful had to happen.

*Interview*: Peggy Woods, Community Specialist with the Family Support Office of Christian County, Hopkinsville at the Brickyard Plaza, (270) 889-6512.

Peggy claimed only to vaguely remember Brandne and his family. She recalls involvement with him as a juvenile probation officer but not as a social worker. Paige told her that her name was listed as a referral source to Roger Laird for his evaluation, but she had no

JA 6619

65341

recollection of this. She said Branden was 14 the last time she had contact with him and that Paige should go to Frankfurt and try to collect his probation file in the archives.

*Interview*: Barbara Massey Campbell, Apt. F-2, Penny Rile Apts., Madisonville, (270)339-7368(cell).

Rodney Massey, who lives with Jessica Stokes, is Barbara's little brother. Robert "Ray" Massey, who is married to Crystal Massey, is Barbara's older brother. Ray is on probation after serving 3 years for manufacturing crystal meth.

Barbara has known Branden since she was 14 yoa. Branden was a "good kid" and she enjoyed being around him. She couldn't believe it when she heard what he had been accused of doing. That wasn't the Branden she knew. People would tease Branden about being short, but she has never seen him get mad or have a bad temper. Rodney and Branden played together growing up. Rodney looked up to Branden. Branden was a follower, not a leader. He experimented with drugs, sniffed paint, and had a troubled childhood.

While Robert was in jail, Crystal hung around with Kathy Basham doing drugs. She remembers Branden always getting into fights at school. She heard he was stealing and breaking into houses to get money to buy drugs, but she never heard Branden talk about having any girlfriends. She never knew Branden to be gay – just thought he didn't have a way with girls.

Branden grew up in a drug induced family. Everyone is his family is a drug user or drinker.

She considered Branden a friend and thought of him almost as a little brother. It's hard to believe he would physically harm anyone. He never carried any type of weapon whatsoever except a pocketknife. He had a great personality and was always joking around with people. He could dish it out and take it.

Branden dropped out of school to run the streets and do drugs. He would do drugs with his mother. There is a lot of mental and physical abuse inside the Basham home. She had heard that Kathy once cut Charlotte hair off while Kathy was high on drugs.

She doesn't think Branden would have been smart enough to break out of jail much less to plan what all happened. He would have had to follow someone to accomplish breaking out.

Barbara said she got pregnant at 16 and took care of her kids. She has never been into the drug scene although her father was an addict. Barbara's mother, Barbara Marks, is divorced from her father and went crazy. Her mother is doing crystal meth and marijuana and lives at 902 Hopewell St., Madisonville.

*Interview*: Crystal Massey, Lot 65, Chateau MHP, Madisonville, (270)339-5148(cell).

Crystal attended school with Charlotte Basham and lived in the same neighborhood as the Bashams growing up – 940 Summer St., Madisonville. Crystal has known Branden and his family for 14 or 15 years. She remembers Branden sniffing gas fumes from his father's lawnmower when he was 8 or 9 yoa. Branden smoked dope with Crystal and Kathy . Everyone picked on Branden when he was growing up. Branden was hyper if he wasn't on his medication and always getting into fights. He cried a lot, especially when his mother wouldn't let him do certain things. He never knew him to have a girlfriend, and everyone thought he was gay. When Branden was 14 or 15 yoa, he lived with Jimmy Hill, one of Kathy's drug friends. Hill was very tall and skinny and was 24 or 25 yoa at the time. She doesn't know where Hill is now.

JA 6620

65342

Crystal heard Branden would perform oral sex for drugs or money to buy drugs.

Crystal said even though Kathy allowed Branden to smoke marijuana, Kathy still tried to discipline him the best she know how. Kathy always gave in to Branden and let him do as he pleased.

Crystal started smoking dope with Charlotte in the Basham residence on Oakdale. Charlotte told Crystal that her mother was cool and didn't care if they smoked in the house. Crystal smoked dope with Charlotte, Kathy and sometimes Branden at least four days out of the week. Jimmie never did drugs, just drank. Crystal contracted Hepatitis C from using from dirty needles to shoot up drugs. She is going to AA and NA and attending therapy sessions. She has been clean for two months but still has cravings. She starts six months worth of treatment in December 2003 to cure her of Hepatitis C. She has been married to Ray Massey for nine years, and they have two children, 7 and 8 yoa.

Crystal feels sorry for Branden and said he was never known to be a leader. He was always a follower.

[Note: Jessica Stokes told Carlisle on 11/19/03 that Crystal was arrested on 11/18 for failure to follow a court order to attend AA and NA.]

*Interview*: Peggy Phalen, Developmental therapist at James Madison Middle School, (270) 322-8562 (h).

Paige interviewed Peggy who taught Branden one summer when he missed so much school that he had to attend Special Ed summer school. She had new technology that allowed Branden to speak and have the words appear on a computer screen. However, the technology was limited and couldn't understand Branden's voice. The program caused him more frustration when it was designed to reduce frustration. With the technology they have today, Branden would have been able to communicate much better.

She recalls Branden as a tiny thing with lots of energy. He had a very short attention span. He had good days and bad days. He was absent a great deal that summer.

*Interview:* Sharon Watkins, Earlington Elementary, 229 West Thompson St., Earlington, (270) 825-6154.

Sharon was Branden's first grade teacher at Anton Elementary before he was tested for Special Ed. She said she could tell from the way he looked and acted that he hadn't attended any sort of preschool or kindergarten before starting first grade. She thinks Charlotte dropped him off or had gotten him ready because he was dirty and disheveled. It took him not time to try to take off running from her classroom. She had to physically restrain him while he kicked and screamed in order to keep him in the room. She said he was like a little animal that had raised itself and had never had any human contact. He overreacted to everyone and everything, and he was angry a lot of the time. He was so needy that it was virtually impossible to get anything done with the class while he was present.

Kathy wasn't living with the family at that point, but later in the year she appeared and accused Sharon of mistreating Branden. Sharon was shocked to see Kathy, much less have her criticize her. Sharon told Kathy that she really did like Branden and that he had a sweet side.

JA 6621

65343