Sharon knew from the first day of school that Branden needed to be evaluated for Special Ed. She retained him in the first grade and waiting for her request to have him tested get carried out.

They moved Branden to another school for the next year - probably because Kathy didn't want him to repeat first grade. He came back to Anton a year later to try second grade and had Susan Mayes, who retained him for second grade. He was then placed into Special Ed.

Case Status Report on Criminal Abuse 1st charges against Chad Fulks (relating to Myles Evans). Chad is currently incarcerated in SC. (P. 2856)

## 11/15/03

Carlisle spoke to Veronica Evans by phone. She had started her story about Chad but had a lot more to go. She said that after speaking with Carlisle and Paige, she had received two collect calls at Freddie's parents' house from a correctional facility. The calls said it was an emergency. The last call was at 1 p.m. on 11/15/03. A *69 search indicated the call came from the 803 area code. She has no idea how Chad got her number if it is him calling. Carlisle advised her to get the entire number next time but not to accept the call.

## 11/17/03

*Interview*: Charlotte Basham Morris, Branden's sister.

Carlisle conducted an informal interview with Charlotte. She said Brad Basham was beaten to death in a cemetery behind North Hopkins HS about 6 years ago. Brad was their second cousin, but they were not close at all. She saw only a few times in her life.

Charlotte said her mother did drugs during her pregnancy with Branden and most likely smoked marijuana when she was pregnant with Charlotte. Charlotte was a heavy crystal meth user and a crack cocaine smoker. However, she has been clean for five or more years. She doesn't want to be a loser like the rest of her family. She got off crystal meth and crack by getting out of the environment - she stopped hanging out with those types, including her mother. When Carlisle questioned her living with Mark Phebus, a former drug dealer, she answered that Mark had done his time and didn't want to go back. He owned a successful construction company and told Charlotte he would have nothing to do with her if she got back on drugs. She is aware that Mark has been implicated in two homicides in Hopkins County but said law enforcement had never been able to prove he was involved. Mark has denied a role although one of the victims was his ex-wife. Charlotte said Mark is 44yoa and started out as a "sugar daddy," but she fell in love with him. He is putting the past behind him and is staying out of trouble.

Charlotte is aware of the burden of being the spokesperson for her family on Branden's behalf. She knows Kathy isn't capable of telling the truth about his childhood and that Jimmie will back up Kathy's lies. She will share all that she knows. She understands that we have to know the family history in order to build a defense for Branden.

As far as Branden's homosexuality, Branden told her he did what did to get what needed – money and drugs.

90

**JA 6622**

65344

*Interview*: Carla Gibson, 124 Woodson St., Madisonville, KY, (270)821-6299 (Carl Moore-brother), (270)825-2391 (Valerie Myers - friend).

Carla's aunt lived in Branden's neighborhood and she has known Branden for 10 or 11 years. They were boyfriend/girlfriend for about 2 weeks – she was 24 and he was 16 at the time. There was never any type of sexual contact between the two. She broke up with Branden after catching him having sex with Bucky Emory, who was 35 or 40 yoa and works as a cook at Ferrell's Restaurant in Madisonville. She said Branden was bisexual. Bucky lives in Wadlington's MHP, next to Oakdale St. [Carlisle tried to locate Bucky but was unsuccessful.]

Branden smoked weed when s e knew him and always had some to smoke. Branden had another friend, Basil "Junior" Jones who was 28 or 29 yoa and lives in the second mobile home on the right on Oakdale. [Also unsuccessful attempt to locate.]

Branden was very easy going and could be talked into doing things. He was a follower. As far as she knows, Branden never held a driver's license and didn't know how to drive. She said she told the same story to two other investigators about a month and a half ago.

*Interview*: Tracey Davis, Lot 7 Wadlingtons MHP, Madisonville, KY.

Tracey knew Branden through Carla Gibson. She never associated with Branden and didn't know if he used drugs or not. She also didn't know if he was homosexual or not.

## 11/18/03

*Interview*: Veronica Evans, Chad Fulks' ex-wife.

Carlisle spoke with Veronica at the Holiday Inn in Hopkinsville. Freddie Kinman, her boyfriend, wasn't present. Carlisle asked Veronica to tell him about her life with Chad. This is a continuation of the Nov. 13th interview.

Chad and Veronica were married on June 12, 2002 in Ashland, KY. They stayed in the Holiday Inn Express for 2 or 3 days, registered under Veronica's name. They left Ashland and went to Chad's hometown so Veronica could meet this mother. They then went to Myrtle Beach, SC on their honeymoon where they planned to move and make a new start.. Along the way, Chad broke into cars and houses to pay for the trip. After they arrived, they stayed with J.D. and his girlfriend (NU) for a few days. Veronica can't remember the street name but can show us where J.D. lives. J.D. left shortly after they arrived and left his girlfriend with Chad and Veronica. JD and his girlfriend were biker types, very loud, mouthy, and were always drinking and getting stoned. Chad told Veronica that JD was a hitman for a biker gang.

Chad would leave during the day in Veronica's Dodge Intrepid looking for a job. Actually, he was driving around breaking into cars. He would bring back stolen pocketbooks, take the money, credit cards and jewelry, and discard them all in the same location. She can show us the location. After 3 or 4 days, they left J.D.'s and checked into a motel near the Beach Walk Motel (she can show us which one). They registered in her name. While they were there, an argument started after Veronica told Chad she wanted to live a normal life not running from the cops or stealing and being able to see her family. He refused to let her have contact with her family. Chad beat her up, struck her on the head and told her she had ruined everything. They stayed in this hotel for 2 or 3 days before driving to Virginia Beach. Chad checked out parking areas in the beach accesses and decided they weren't secluded enough to break into. They

91

JA 6623

65345

stopped at a Waffle House-like restaurant and got something to eat. Chad had Veronica ask the waitress if she could get them any weed. The waitress called her husband, who delivered ½ ounce to Chad for $100.00.

They then drove to Chad's hometown in WV. They went to Heather Goodman's house where Chad got more weed from her husband. They stayed at the hotel for about a week. During that week, they went to visit Beth McGuffin. The day they visited, Beth was really messed up on pills. Veronica offered to take Beth's small baby back to the hotel with her and couldn't believe that Beth let someone she didn't know take her baby overnight. Veronica felt that she could take better care of the baby than Beth in her condition. Veronica gave Beth's mother $70.00 for food, and Chad got mad at her because he said Beth would just spend the money on drugs. Chad is very greedy and doesn't like to give people anything. While they were in WV, Chad was still stealing pocketbooks – one had over $1,000.00 in it.

They headed back to SC and the same motel near the Beach Walk after leaving WV. Veronica registered for two nights in her name. Chad got drunk the first night and wanted Veronica to drink with him. Chad slapped her around after she said she didn't want to drink. The next day, Chad broke into cars at the beach accesses using a screwdriver. He would sit back and watch people park and then break into their cars as soon as they left. If he saw them put items in the trunk, he would break in and rip out the backseat to get to those items. They ended up staying for a couple of weeks. Chad would break into cars every day.

They checked out and went to a campground to meet Phillip and his wife and kids. These people were friends of Chad's from WV who were staying in a camper at a campground (she can show us which one). Chad bought a tent for them to stay in at the campground, and they stayed for 3 or 4 days. During their stay, Veronica and the other woman took the kids to an arcade. This was the first time Veronica was away from Chad, and said she didn't run away because she was scared and Chad had her car. A guy at the arcade gave Veronica and Miles, her son who was with them on the trip, a lot of free tickets. He flirted with Veronica, commenting on the way she looked and that he liked her hair. When they returned, Veronica and the woman played with the kids and talked until Phillip and Chad returned. The woman told Veronica about the death of Nathaniel Fulks, Chad's 6-month-old son with Amber Fulks. Veronica already knew about the death from talking with Amber.

When Chad returned, he acted very distant. He and Veronica took a ride around the campground. Chad saw a girl and told Veronica he would like for the girl to suck his dick. They got into a huge fight and Chad called her a bitch, told her he was tired of her, he hated her and wanted to kill her, and that if it wasn't for Miles, she would be dead. He was drunk and smoked up. When they returned to the campsite, Chad slapped her across the face and told her to give him the keys to the car. Phillip, his wife and kids had already gone to bed. Chad drove off and came right back. He ripped her clothes off and raped her in the tent while Miles was asleep next to them. She tried to fight him off until he said he would kill her if she didn't do what he wanted. The next morning, he apologized and said he wanted to make it up to her. They left the campground and rented a motel room with marble floors and tile in the bathrooms. They registered under her name.

Chad was cooking and asked Veronica about the man at the arcade and that Phillip's wife had told him that the guy was flirting with Veronica. Veronica told Chad that the man had given Miles free tickets and nothing else. While Miles was eating, Chad jumped up and pushed

JA 6624

65346

Veronica down on the bed and started punching and slapping her. He kept telling her that he was going to knock her teeth out because no man would look at her if she didn't have teeth. He hit her with one of his stolen guns and stuck the gun in her mouth. She thought she was going to die, so she started praying and screaming for help. At this point, someone knocked on the door. Chad made Veronica sit on the bed with Miles. Chad didn't answer the door. Whoever knocked apparently left and didn't knock again. Chad put the gun back in his bag and told Veronica he couldn't shoot her here because it would make too much noise. He wanted to have fun with her before he killed her so it wouldn't be an easy death. He made her sit on the toilet while he took a shower. He asked her if she thought the guy at the arcade was hitting on her. She said no, all he did was give Miles some free tickets. Chad got out of the shower, called her a liar, and slapped and punched her until she admitted the guy was flirting with her.

Veronica felt like it was now or never. She ran for the door, grabbing Miles along the way. She ran out of the room hollering for help. Chad slipped on the marble floor and fell but ran after her naked. She ran into the lobby and told the manager that Chad was trying to kill her. The manager told her that they needed to get out of his motel. Chad showed up and told the manager that Veronica was sick and needed help for her mental problems. He had put on a shirt and pants before coming into the lobby. Chad grabbed the car keys from Veronica and ran out onto the beach before the cops arrived. Veronica filed a report and signed a refusal to transport form for the ambulance crew (report, pp. 4126-4129). The manager agreed to screen calls to Veronica's room. The locksmith came and made another key for Veronica's car.

Chad had Phillip's wife call the motel posing as Veronica's sister. Chad asked Veronica if she and Miles were alright. He asked her to come pick him up. She told him she would to get him off the phone. She got her things together and left the motel with Miles. Miles wanted his toys which were at the campsite. Veronica wanted to get the toys, get another room and get some rest. When she drove to the campsite, Chad drove up in a golf cart he had apparently stolen. Veronica locked the doors and Chad kept unlocking them. He jumped in the car, Veronica jumped out. Chad told her that if she didn't get in the car, he would leave and take Miles with him. Phillip and his wife told Veronica to leave because they were causing problems. Veronica screamed at them to help her, that Chad was going to kill her. Veronica eventually gave in because Miles was still in the car.

Five minutes later, Chad stole a license plate and put it on the car. They stopped at a Domino's Pizza and then they checked into another motel under one of Chad's aliases. Chad told Veronica that if she took him to WV, she would be done with him and never hear from him again. The next day then drove back to WV and Heather Goodman's house. He said he needed to get some weed. However, Chad didn't get out of the car and leave her alone like he promised. They drove to Hopksinville, KY and rented a room. Chad registered again under his alias. Phillip's wife had filed a kidnapping report in Myrtle Beach on Chad, so Chad wouldn't let her register in her name. She hoped the police were looking for her and Miles.

The next day, Chad rented a trailer under his alias in Lewisburg, KY at 998 Jason Ridge Rd. They lived there for the next few months. Chad would go to work out of town everyday. He took Veronica with him while he broke into cars and houses. Todd County took possession of all the jewelry, TVs, etc. that he got out of the homes. Chad also talked to Tina Severance daily. Tina wouldn't do anything to help Veronica and told Chad to get rid of Veronica.

JA 6625

65347

At the beginning of August, Chad got lost one day while they were out stealing. He stopped at a gas station to ask directions and left the keys in the ignition. Veronica jumped at her chance and drove away. She drove to a Baptist church and asked two women for help. One of the women played with Miles while the other one let Veronica make a long distance call to her mother. They gave Veronica $20.00. Veronica and Miles left and drove back to Lewisburg to get their things from the house. Chad had stolen a car and beaten them back home. Veronica called the police to escort her inside so she could get her things. She didn't know if Chad was inside or not. Chad wasn't there, but the gas had been turned on and all the windows were closed. She thinks Chad wanted to blow the house up with her in it. The Lewisburg police put Veronica and Miles into a Sistercare facility in Lewisburg.

The next morning, Veronica and Miles drove to Mattoon, Illl. To her sister's house, Angie Cary (no phone). Veronica's mother, Pam Baber, can be reached at (217)235-9678. Chad had already been calling her mother's house and stalked Veronica in Ill. He kept called and telling her that she didn't want to get her family involved because Chad didn't want to have to hurt them. He threatened her family unless Veronica went back to Lewisburg with him. She and Miles eventually went back with him to protect her family.

They drove to Tina Severance's house in Portage, IN where Chad bought an ounce of marijuana from Tina. They drove back to Jason Ridge Rd. A few days later, Chad got mad again about Veronica leaving him at the gas station and threw a beer bottle at her. He started slapping and punching her with a closed fist. She covered up and endured the pain. Chad then got a page from Tina, and Chad took Veronica with him to call her back. Chad handcuffed Veronica to the steering wheel before he got out of the car to call Tina. He got back in an told Veronica that Tina had told him she slept with a black man while she was staying with her mother. Veronica knew Tina was lying to get Chad for herself. Tina wanted Chad to get rid of Veronica because she was going to turn him in and tell the cops about everything he had done.

When they got back home, Chad told Veronica to "get in the fucking kitchen" and fix him some food. She fixed broccoli and cheese and crushed up Dcon rat poisoning and put it in there. She knows Miles hated broccoli and cheese and wouldn't eat any. It didn't phase Chad. She has no idea how it didn't kill him. The next day, he threw up and his stomach hurt. He asked her if she poisoned the food and she said she would never do that because she loved him. She told Carlisle that she had tried to kill Chad.

Chad shoved butter knives between the door and frame so Veronica couldn't leave. He also balanced a beer bottle on the doorknob so it would fall if anyone jiggled the knob. She was a prisoner in her own home. He handcuffed her to the bed face down and tied her feet spread eagle. He then beat her with a belt telling her that she liked it. Chad took an arrow and put it near her side and threatened to stab her with it. He told Veronica and that he and Tina were going to kill her, and Tina would be Miles' new mother. Chad then dragged her down the hall and handcuffed her left wrist to her right leg. He threatened to cut her throat while repeatedly slapping and punishing her. Chad asked Veronica if she had "fucked him," meaning the black man in Ill. Chad told her that since she liked to run that he was going to give her a chance to run because he would rather shoot a moving target. He took off the handcuff and forced her to perform oral sex on him. She would try to bite him and he would pull her hair. He ejaculated on her lips which were cut and swollen from the beatings. He then threw her on the floor and brutally raped her while choking her. During the night, he raped her three more times.

94

**JA 6626**

65348

Afterward, he put her in the shower. She was beaten up with blood and semen all over her. Chad got in the shower with her and started crying, telling Veronica he was sorry. During the whole ordeal, Chad was sober. He helped her get dressed for bed because her back and side hurt badly. He head was sore from where Chad had hit her with the mag light. He handcuffed her to the bed before they went to sleep.

The next morning, Chad wanted her to stay in bed and rest. He made her breakfast but she wouldn't eat because she was afraid he had put something in it. He tried to force her to eat, but she wouldn't. She kept complaining that she was hurting and asked Chad to take her to the hospital. He refused. Tina and Andrea Roddy came over and saw her with black eyes and that she was beaten up and didn't do anything to help her. [Didn't Roddy say she hadn't met Chad before he came to Tina's house after the escape?] Tina and Andrea spent the night. The next morning, Chad left with them in Veronica's car. Veronica went to the park manager's house for help. No one was home. Chad returns, and Veronica asked him, "Where the fuck have you been?"

Veronica has a week-long gap in her memory.

About a week later, Chad went back to stealing and made Veronica go with him. Chad wanted to buy things with a stolen credit card. He told Veronica to go ask the neighbor if they could use their washer/dryer when they get back from town. When Veronica returned, Miles was on the couch holding his knee and crying. Chad, Veronica, and Miles leave for the Wal-Mart. Chad stopped at a gas station and went in and didn't leave the keys. Veronica asked Miles what happened. He said, "Daddy Chad beat me up." Chad got back in the car and they went to Wal-Mart. Veronica was very upset but was trying not to show it. At Wal-Mart, Chad gave Veronica the stolen credit card and told her to go buy a necklace. She walked to the jewelry counter and called 911, telling them her husband had hurt her son and to come quick. The police arrived, and Veronica was arrested for possession of a stolen credit card. Chad saw the police come in and came in to see if Veronica had gotten caught. She pointed Chad out to police and they arrested him. Miles was sent to a foster home (at this point, Miles was sent to the hospital for alleged abuse and said "daddy hit me," while pointing to his scrotum. The medical records for this visit to the hospital are found at pp. 4316-4335), and Chad and Veronica went to jail.

Note: When Chad put the gun in her mouth, he told her to call her mother to let her know that she was alright - same as Alice Donovan.

Veronica wasn't surprised to find out that Chad washed Alice Donovan's car. She said whenever they would leave in it, he would wash it off.

Chad followed the same route he and Veronica took to Myrtle Beach after he escaped. They stayed in the same motels, went to see the same people, came back to KY the same way, robbed, raped, stole, and killed his way across 5 states.

She believes Chad would have gotten rid of Alice Donovan's body as fast as he could just like he does credit cards, pocketbooks, etc. after he has used them or cleaned them out.

She has paid all her fines and is working with her probation agent to move back to her mother's house in Indiana.

Veronica has been contacted by: (1) Bill Nettles - (803)253-5308; (2) John Rebold – (917)751-4073; (3) Sheri Lynn Johnson – (607) 255-6478; (4) Cornell Death Penalty Project, John Blume (Director) – (607)255-1030.

95

JA 6627

65349

Chad write Veronica a letter before he escaped which she received two days after he escaped. The letter spelled out his plans for escape and indicated he was going to do something the whole world would remember him for. Veronica destroyed the letter after she got out of jail. Two female inmates read it after she received it - (1) Lindsey Clan – Hopksinsville; and (2) Nancy LNU – (270)887-0446.

Madisonville, KY PD has pictures taken by Chad showing Veronica's injuries from beatings. There are also pictures of Veronica's children that she would like to have back. Todd County also has a digital camera with images showing the injuries Veronica suffered from these beatings. They were also taken by Chad.

If Veronica moves, she will be going to her stepmother's house, Stephanie Holder in Windsor, Ill. (217)459-2953.


**11/19/03**

*Interview*: Jessica Stokes, 124 Country Club Dr., Madisonville, KY, mother's number (270) 821-8620.

Jessica met Branden when she was 15yoa and living with Scott and Trish Ford. Branden and his cousin, Jerome McKechnie, would come over and see Scott and Trish. Branden would always be messed up on drugs. She has seen Branden in possession of marijuana, crystal meth and acid. She did marijuana with Branden. She never saw Branden take acid. She knew that Branden sold crack cocaine in the past to get money. She didn't know who he sold for but had never seen him smoke it or smoked it herself. She had heard Branden was gay but never saw it with her own eyes and didn't know Branden to have any girlfriends.

*Interview*: Ruby Spence Watson, Deanne Gardner's mother, works at Big B Cleaners in Madisonville, (270)825-1561(w).

Mrs. Watson says she knows that Kathy used drugs during her pregnancy with Branden. She was a drug addict then and is one now. Branden was regarded and very, very slow mentally. He never got a chance to grow up in a normal household because Kathy was always doing drugs and drinking, and Jimmie was an alcoholic.


**11/22/03**

Det. Leonard Smith of KSP returned property to Candy Sanchez that had been recovered in searching Chad and Veronica's trailer.(p. 3493-96; 3633)


**11/23/03**

*Interview*: Deanna Gardner, 72 Greenhills Ct., Slaughters, KY, (270)339-3007(cell), (270)884-7094(h), deeanne1973@hotmail.com.

Deanne said her father, Jamie Spence(deceased), and Jimmie Basham were good friends and drinking buddies. They were both alcoholics. Larry Basham is Jimmie's nephew and is married to Deanna's sister, Kim. Brad Basham was Larry's son, who was beaten to death by a gang over a girl 6 years ago. Larry was beaten up at the same time. Brad attempted to help his

96

JA 6628

65350

father and was killed in the process. Larry was there to protect his son and see what the deal was over the girl. Brad and Branden were second cousins and never hung out together. They hardly knew each other.

When Deanna was 15 or 16yoa, she would go with her father to Jimmie's house and take care of Branden and play with Charlotte while their fathers and Kathy got drunk and did drugs. Deanna said as long as she has known Jimmie and Kathy, she has always known the to be drunks and doing drugs. They separated many times, Branden going with his father and Charlotte staying with Kathy. Jimmie and Kathy would get drunk and yell and holler at Branden and slap him around. They would often lock Branden and Charlotte in their rooms for hours while they got drunk.

Branden stayed in trouble to get attention. He would do just about anything anyone asked of him just so he would be liked. He was most definitely a follower and was always on medication of some sort. Deanna says she understands why Branden did what he did to get attention. She would pick fights with her father so he would pay her attention. Branden never had a chance to grow up. She said her mother, Ruby Watson, would probably give Carlisle a better idea of what family life was like in the Basham household. Her mother has known Jimmie and Kathy for a number of years.


**11/25/03**
Lesa and Jack went to Webster State Hospital to interview: Dr. Emmanuel Nierva, Dr. Irene Pasquin, Dr. Richard Lunsford, Ken Guesetto, and Paula Holcomb. However, none of these people were at the facility. Lesa made arrangements for Paige to interview them at 3 p.m. on Friday. Paige interviewed them..


**12/01/03**
Carlisle and Carolyn attempted to locate Veronica Evans at lots 8 and 10, Wallace Drive, Hopkinsville. Both residences had been abandoned. The landlord at C&L Rentals said the tenants had skipped out of town owing him rent and the police had been looking for them.

*Interview*: Raymond "Bucky" Emory, 816 S. Main St, Lot 10, Madisonville, KY, (270)821-7515.
Emory said Branden lived at his residence prior to him buying it from Jimmie and Kathy Basham. Branden did stay with him on occasion and got Bucky started on crack cocaine. Branden sold all of Emory's clothes, shoes, and other items to get money to buy crack. Branden didn't care whose property he sold to get crack and he would do anything to get money, including perform sex acts on Emory. He also promised Emory he would get him a girl for sex, but he never did.

He described Branden as a "sneaky snake" but said he was not a violent person. He doesn't trust Branden. Branden would knock you down and rob you, but he isn't capable of killing someone. A small knife is the only weapon he has ever seen Branden with. Braden has attempted to steal Emory's car in the past but was unable to figure out how to drive it. He said his car is an automatic. Emory said Branden wasn't very bright.

**JA 6629**

65351

Emory said no one has ever caught him having sex with Branden. When told about Carla Gibson saying she had caught them, he said Carla is a lying, crack smoking whore. Emory never admitted or denied that Carla had caught them in a sex act, however. He said Branden also spent time with Jeremy Baber (didn't know if he was gay). He wasn't sure about anyone else.

Bucky has been in jail in the past for writing bad checks – he served 6 months about 2 years ago. He knew about Branden stealing his father's checkbook and writing checks. He said he was the person who told on Branden.

Bucky has been working for the past 7 years as a cook at Ferrell's Restaurant. He has been off crack cocaine for about three years. He denied being a homosexual.

*Interview*: Basil Jones, 830 Roger Dr., Madisonville, KY, (270)821-5592.

Basil has known Branden since 1991 when his family moved into the neighborhood. He went to school with Charlotte. He was shocked to hear what Branden had been accused of doing. Branden was always hyper and excited but never violent. Branden told Jones that smoking marijuana was the only thing that would calm him down. Jones knows Jimmy Hill also and stopped having anything to do with Branden and Jimmy after they stole Ritalin from his gifted brother, Mike. Jones said he had spoken to Branden and Kathy Basham about the theft, and Kathy acted as if, "So what?" Jones always thought someone would hurt Branden, not Branden hurting someone else.

Around 1997/1998, Branden lived in a mobile home two doors down from Jones with a white female with blond hair. The female traveled back and forth between Branden's mobile home and Dawson Springs, KY (Charlotte?). Jones couldn't remember the girl's name. He never knew Branden to have a job or do any type of work and didn't know how he made a living. He had only hear rumors that Branden sold drugs or stole to make money. The only thing Branden stole from him was his brother's Ritalin.

He never saw Branden drive and didn't know if he had a driver's license or not. He also never heard whether Branden was gay or not.

He works at Burger King on S. Main Street in Madisonville.

*Interview*: Nancy Andrews, 2110 S. Virginia St., Hopkinsville, KY, (270)887-0446, somedaysoon61200@yahoo.com.

Nancy served time in the Christian County Jail from 6/2002 to 3/2003. She said Veronica Evans arrived in the jail in August, 2002. Veronica always talked about how much she loved and missed Chad Fulks. Veronica told Nancy how Chad had beat her, raped her, and assaulted her children. Nancy couldn't believe Veronica still loved Chad as much as she claimed after hearing about the things he had don to her. After Chad escaped, Veronica talked about getting out and meeting up with Chad. Veronica's nickname in jail was "Diamond."

Veronica told Nancy she had met Chad at a strip club. Veronica let her read a letter she got from Chad two days after he escaped. The letter spelled out Chad's plan to escape and what he was going to do when he got out. She said she would try to remember the contents of the letter and would write down as much as she could remember. She said Lindsey Clan, (270)885-6791, and Linda McVay, (270)839-1727, also read the letter.

Note: As of Dec. 4, Nancy hadn't finished her statement but said she would e-mail it on Dec. 5.

98

JA 6630

65352

**12/02/03**

Veronica Evans got in contact with Carlisle and gave him her new address. She had written on an envelope what the last letter she received from Chad had said. She dated and signed the envelope. It said, "I want you to make something of yourself. Go to school, become the attorney like you always dreamed. And just be careful. Everything is not as it seems. Take care of yourself and get your kids back. I know your life's empty without them. I am going to do anything to make sure you go home. Fuck these people. I'll show them and the whole world will see."

*Interview*: Mark Phebus, Charlotte Basham's husband, (270)399-0118.

Mark is a convicted drug dealer and served 26 months in the state pen and lost $2 million in drug assets. Mark said he was considered a drug kingpin in Hopkins Co. and seemed very proud of himself. He made millions in drugs, starting in the 1970s off-loading boats in Florida, making $75,000 a boat. He said he unloaded about three boats a week. He said he has been straight and clean for 9 years and is making $200,000 a year building houses. His brother-in-law is VP of Continental Airlines and helped him get back on his feet after prison. He met Charlotte Morris through a stripper he was dating. The stripper smoked marijuana with Charlotte.

The first time he met Branden, he said, "Hey, you got $5.00?" Branden has a very low IQ and is borderline retarded. He doesn't have driver's license and has never driven a car. He would sit up in a tree and huff fumes while his father was trying to coax him into coming down. Branden starting smoking crack with his mother, Kathy, who still smokes crack daily. Branden received monthly disability checks which Kathy spent on drugs. Charlotte once bought $50.00 shoes for Brittany and left them at Kathy's house. When she went back to get them, Kathy had traded them for crack.

Kathy also has boyfriend over while Jimmie is there. Jimmie drinks and passes out on the kitchen table, and Kathy trades sex acts for crack. When Branden was still in a stroller, Kathy would take him to Wal-Mart and shoplift by hiding the items in Branden's stroller. When Charlotte and Branden were small children, Jimmie and Kathy would load them up and drive to Florida in the family station wagon to smuggle dope back to Madisonville for Harold Tosh. [Tosh is now serving federal time in a medical unit in Minnesota. Tosh was sentenced out of McCracken Co, KY, Paducah Federal Court about 6 or 7 years ago. Unable to verify at this time.]

Mark was asked about Christy Baldwin's statement that Mark gave Chad and Branden a ride after they escaped. Mark said Christy is a "lying, crack whore." He bailed her out of jail in exchange for sex, and she never paid up. He also said with his reputation in Hopkins County, if law enforcement had any indication he was involved with the escape, they would have been all over him. He doesn't know where the rumor that he picked them up came from.

Mark said Branden and Bucky Emory were homosexual lovers. Shane Blanton, who works for Phebus when he is out of jail, told Mark that Branden is everyone's "bitch" in jail.

*Interview*: Shawn Blanton, inmate at Hopkins County Jail.

Shawn is serving time for drug possession. He met Branden when they were placed on the same cell block. Shawn was in cell #810 when Chad and Branden escaped. He said Branden

99

JA 6631

65353

was known in the block as anyone's "bitch" and would do anything, including sexual acts on other inmates to get cigarettes or anything else he needed. Branden was always put in lock-up because he gave the guards problems. He said he did not hear about the escape before it happened. He said inmates are always talking about how they could get out. Shawn is now a trustee working at the courthouse.

*Interview*: Charica Davis, 110 S. Kentucky Avenue, Madisonville, KY (no phone).

Charica is Tracey Davis' sister. Charica works with Bucky Emory and said that while she didn't know Branden, her boyfriend, Donnie Durham, knew Branden. Donnie is in the Hopkins County Jail and was there when Branden was there. No further info provided.

## 12/03/03

*Interview*: Lindsey Clan, at her attorney's office. She refused to give her address. She was in jail with Veronica Evans. Lindsey has been in and out of trouble most of her adult life - mostly for drug charges, which she refused to talk about. Lindsey read the letters Chad sent to Veronica. The only thing she remembers from the last letter (received after he escaped) was, "I'm sorry. I have got to go." Veronica told Lindsey she had met Chad at her job as a stripper. She quit after meeting Chad because he didn't want her to work. Veronica told her about how Chad handcuffed her to the bed at night, assaulted Miles, and other things Chad had done. She refused to give more information about the other things because she said she didn't want to be involved. When asked, she said the inmates called Veronica a "crazy bitch."

*Interview*: Carol Sharpe, Donnie Durham's mother, 146 Sycamore Dr., Morton's Gap, KY., (270)258-5548, (270)821-2467.

Ms. Sharpe advised that she felt sorry for Branden. He would be walking the streets at all hours at the age of 7 or 8. He was easily influenced and had no type of parental care at all. Branden never talked about his parents and spent a lot of time on the streets doing drugs when he was 9. She has never seen Branden drive a vehicle - only walking or riding a bike. She had heard Branden was gay but knows that Bucky Emory is gay. She knows that Branden lived with Bucky at one time. Carol works at the Dairy Queen on S. Main St. and has been there for 8 years.

*Interview*: Alisha Sharpe, Donnie Durham's sister, 146 Sycamore Dr., Morton's Gap, KY., (270)258-5548.

Alisha grew up with Branden from the 4th to 7th grades. She thought Branden "hung the moon" and he was the love of her life. She has never seen him use drugs or be violent toward anyone. He was never mean to her, hollered at her, or hit her. She knows Branden is gay and lived with Bucky Emory who is also gay. She has seen them kiss on the mouth and hold hands in public. She knows that Basil "Junior" Jones lives in the same neighborhood.

Alisha had heard about Branden escaping from jail but didn't know about the murders and all the trouble Branden was in. She wasn't surprised to find out that Branden was someone's "bitch" in jail. He was a willing partner in homosexual relationships.

100

JA 6632

65354

Branden didn't have a driver's license but he would drive his mother's car around the neighborhood. His mother was always high on drugs, and Jimmie was a mean, out of control drunk. She seldom saw Charlotte, Branden's sister. Alisha was scared to go to Branden's house because his parents were always drunk or high and fighting. Branden would always come to her house.

Branden was always a follower. He wanted to be a car salesman and work on cars when he grew up. He was always tinkering with his bikes, motorcycles, go carts, etc. She assumed the vehicles were all his. She has never seen him steal anything, nor has she heard that he is a thief. She didn't find out about his stealing problems until she moved from the neighborhood and Cathy told her Branden had gotten into trouble for stealing cars. Branden also told her the same.

Branden got into fights at school because people picked on him about his long hair and called him a faggot.

Odd note: Alisha's mother's maiden name is Burns (Samantha Burns) and her 7-month-old son is named Donovan (Alice Donovan).

*Interview*: Donnie Durham, Hopkins County Jail, 146 Sycamore Dr., Morton's Gap, KY.

Donnie is serving time for a drug charge. He grew up in the same neighborhood as Branden. He sold Branden marijuana on the street. However, Branden very seldom had money and usually traded something he had most likely stolen for the marijuana. Donnie knows Bucky Emory and that he's gay. He never saw Branden drive or knew whether he had a driver's license or not. Branden would get into fights at the jail because he always wanted to fit in and would pester people to the point of fighting. He has sold Branden Ritalin in the past and huffed gas fumes with him. Branden was prescribed Ritalin in the jail and would conceal it in his mouth, letting the guard think he as swallowed it. He would then use it to trade for cigarettes or to pay off debts. The guards started watching him more closely.

Branden was a punk in jail. He was anyone's "bitch." He was easily manipulated and always a follower.

Inmates were always talking about escape. Chad and Branden used one of the plans that inmates talked about among themselves. Inmates said if they could get to the roof, they could get through the fence to the outside. Donnie said he had thought about it and knew if he could get to that fence, he could get out. He said he didn't have any prior knowledge of the escape before it happened. He said his sister, Alisha Sharpe, and mother, Carol Sharpe, might be able to shed light on Branden's home life.

Crystal Massy is an ex-girlfriend (of Donnie or Branden?) who smoked crack with Kathy Basham.

*Attempted Interview*: Det. Paul Johnson, Madisonville PD. Det. Johnson had left for the day and wasn't scheduled to return until Dec. 8. Carlisle and Carolyn spoke to Major Randy Hargis who attempted to help them but was unable to locate any report regarding Branden's arrest by Johnson on 02/02/01. Major Hargis said he would get what we needed and agreed to honor Carlisle's request by e-mail asking for police reports, investigative reports, arrest reports, etc. as well as the type of prescription drug Branden had in his possession at the time of arrest. Carlisle said he would be back in Madisonville on 12/08/03 and would like to talk to Det. Johnson then. Hargis said he would make the arrangements.

101

**JA 6633**

65355

*Interview*: Linda Hayes, retired Head of Cabinet for Families and Children in Hopkins County, 1608 Theresa Lane, Madisonville, KY, 42431, (270) 821-4764.

Linda retired from 30-plus years in social services and has dealt with many families in Hopkins County. She remembers and is familiar with Branden and hte Bashams, but she doesn't recall any personal contact between herself and the family. She suggested Paige call Beggy Woods in Christian County in Hopkinsville at (270) 889-6512.

*Interview*: Hester Chambers, Admin. Asst. At Pennyroyal Medical Health Center, 1303 W. Noel Ave., Madisonville, KY, (270) 821-8874.

Although Hester is familiar with Branden and his family, she didn't have any eprsonal knowledge of his specific problems. She would always talk with him on his civists to the center, and he was always very nice to her.

She said only people who deal with the mentally ill can understand how something like this could happen. Branden and people like him can be led astray so easily if they aren't kept under close supervision. She wished the jury who hears the case would be required to have some contact with mentally ill people so they could understand Branden a little better. She wished him the best of luck.

## 12/04/03

Carlisle and Carolyn went to Christian County Jail and obtained medical and jail records on Veronica Evans. Veronica was arrested on Nov. 15, 2002 for charges of receiving stolen goods and 1st degree criminal child abuse. She received medical attention on Oct. 3, 2002 for a stomach ache and on Nov. 17, 2002 for a cough and breathing problems. They also received a list of phone numbers called from the phone in Veronica's cell between Nov. 1 and Nov. 15, 2002.

## 12/05/03

Carlisle called Mark Phebus to tell him he couldn't find Harold Tosh in the federal system (see Phebus interview on 12/02/03). Mark said Harold's son, Jerry Tosh, is also serving time in a federal facility in Florida. Carlisle will attempt to verify.

*Interview*: Dian Blair, guard on duty during Chad and Branden's escape, 117 Moss Avenue, Earlington, KY, (270)385-5915.

Dian's husband, Jimmy, and her daughter, LeTicia Blair (23 yoa), and her 9-month-old granddaughter were also present during the interview. Leticia and the baby's father are both employed by the HCDC. LeTicia is a single mother who is working toward a CPA degree. The family was most cordial and willing to meet with Carolyn and Lesa. The meeting lasted approximately 4 hours.

Blair is 57 year old and cannot obtain a job because she was put on Paxil after the escape. Mr. Blair has been forced to take two jobs to support the family. Dian is currently finishing her course work to become a CPA. Her younger sister, a CPA, is assisting her. Blair was a missionary for the Father Bidding of the Catholic Diocese in the mid-60s at a children's retreat in

JA 6634

65356

Lancaster, KY. She was then employed by the US Postal Service at a distribution center for 8 years prior to working at the HCDC beginning Dec. 2000. Mr. and Mrs. Blair are EMTs.

Fulks' defense team had already been to the home to interview Ms. Blair. A woman in the group seemed surprised when Blair answered the door and identified herself. She kept asking if LeTicia wasn't Dian Blair. Finally they told her that some inmates had told them that Basham and Blair were having a sexual relationship. She said she immediately began laughing at such a preposterous statement. She told them it was untrue, she had been married for 35 years, and saw Basham as a "kid."

Dian moved with other staff members to the new jail facilities in March of 2001. She doesn't recall a time when Branden wasn't in corrections when she was assigned floor duty (1.5 years). She began her employment in visitation, then was trained in booking. After one day of incomplete training by Kathy Terrill, she was then assigned to be trained to do courthouse work by Lt. Linda Reynolds. Lt. Reynolds never showed her how to do the job. She was then assigned to floor duty and medications because of her EMT background.

She has little recollection of Fulks and had little to no interaction with him. She doesn't recall any altercations regarding Fulks. She doesn't think Branden knew Fulks prior to his time at HCDC. She remembers that Fulks was there regarding impersonation of an FBI agent and recalls him being issued other charges while he was there. She remembers Branden as a little kid, a child with no controls or consistency in his life. She remembered that Branden would try to hide his medications from her and not take them. She specifically recalled an orange pill incident because when she retrieved the pill from Branden's mouth, orange got all over her gloves. She wasn't trained in medication, so she doesn't know what the medication was, but she did see that he took it. Branden also engaged in child-like activities which she thought were attempts to gain attention. She saw him as a follower, childish, incapable of forming a long-term plan. The escape would have been a game to him, and she doesn't see him capable of murder. He was masterful at bartering for things he wanted. She recalls him getting into an altercation with another inmate over a cigarette. Also, on one occasion, he begged her to be let out in the trustee rec yard (smoking yard). She let him go out and watched him take his toothbrush and brush the vents for loose tobacco to make cigarettes. She only remembers his mother visiting him and doesn't recall him being placed in the chair for behavior control while she was on duty.

*Jail history*: Jail shifts are constantly changed for deputies. Over time, this practice led to an accumulation of overtime for which many deputies weren't paid. Dian had been looking into the problem with the employment board and pursued the claims after the escape with William Hampton, attorney for the KY Labor Board. The Labor Board found the jail in violation of federal law, and it will have to repay employees for 48 months, totaling approximately $80,000.00.

The jail has a special clique of preferred staff which includes Mjr. Shaffer and his new wife, Sgt. Schaffer, her best friend, Susan Walker, Barnett, Dillingham, and Oldham. Liz Lantrip (Jim Lantrip's wife) had historically held the position by Sgt. Shaffer. Two other employees, Kathy Terrill and Lt. Linda Reynolds, had much greater seniority and should have been placed in the position. The group seems to have a constant thread of past military affiliation.

A policy and procedure manual existed at the time, but it was never followed. She had been told by Oldham that when she was dispensing meds, she shouldn't stop for anything except an emergency. Once while she was dispensing meds, she was stopped by another deputy and

**JA 6635**

65357

Oldham told her to return to dispensing and never stop once she started unless there was an emergency. Kentucky law requires inmates to be checked on the hour, but they weren't. There were at least two suicide attempts that were caught just because of meal distribution. Many of the staff use confrontational/aggressive treatment of the inmates in an effort to engage the inmates in combative behavior. Dian was considered soft and "too nice" by the staff because she didn't engage in these practices. She said she never had a physical altercation with any inmate during her tenure. She was always able to talk to the inmate and calm him or her down. Deputy Jay (distant relative of Clifford Jay) and Lt. Zell from Minnesota left because of the shoddy and inconsistent operation. Several African American employees have been forced into confrontational situations with supervisors in an effort to have them quit or be terminated.

Training didn't require familiarity with the policy and procedure manual but was a crash course of one day in-house. The provisions of the manual are constantly changed via memorandum from Jailer Lantrip.

Prior to Branden and Chad's escape, there had been at least two other escapes. One was Candice Goodaker of Hopkins County and the other was William Hill who escaped from Major Schaffer. There have been subsequent escapes as well. The contractor for the new center was Star Construction, owned by Jake Reddick. Modifications were made by Jailer Lantrip. He changed the rec yard from containing a catwalk located on the exterior wall to the current storage area with interior roof line that is reachable from the ground by inmates. He also had the chain link modification done. Lantrip substituted chain link for another material that was going to be used.

The turnover rate for employees is large. At least 15 employees have left or have been terminated since Dian left. She and her daughter provided Lesa with an employee roster with telephone numbers and location information for many past employees. The practice was to move inmates at least once per week. LeTicia verified this because she is responsible for the KEEFE commissary accounts system. At the time Dian was at the jail, the SOMS system was in use. This program provided all information about inmates on one page and didn't require the use of other systems or cross-checking. Branden was consistently moved either because of problems with other inmates or normal rotation. Dian had been directed to move him at the time of the escape by Kathy Terrill. He begged her not to move him. She asked Terrill if Branden could stay where he was, and Terrill let him. He had been in that pod for approximately one month before the escape. Dian and LeTicia gave Lesa a floor plan of the jail.

*The Escape*: Dian had worked the control tower two weeks before the escape. During that period, she reported the camera on the interior corner of the rec yard being turned to its right, showing the exterior wall right hand corner of the rec yard not the left corner (corner of escape). She entered this into the COW Book, a black and white book containing all maintenance reports/requests. The maintenance officer is Marvin Phillips. She worked the tower again the night before the escape and the camera was improperly positioned again. During that evening, Branden sat on the ground on the right hand side of the rec yard in direct line with the camera with a blanket around him.

On the night of the escape, the facility was short-staffed. Dian was responsible for the females in 108 block, 400/600 walk, 500 walk including maximum and segregation and med dispensing – basically, over half of the facility. Susan Walker, who has a habit of sleeping on the job, was in the control tower, Deputy Oldham had 100 block, and Deputy Barnett had 700/800

104

JA 6636

65358

block. Dian put Fulks and Basham out in the rec yard when they requested it and marked the chalk board with the time, location, her initials, and the number 2 (her personal practice of recording the number of inmates she let out, not policy and procedure then, but it has become policy after the escape). Fulks had no blanket, only a shampoo bottle with water in it, and Branden had a blanket draped over his right shoulder and a single water bottle. Fulks told her water was in the shampoo bottle, and she told him that was his business if he wanted to drink water out of a shampoo bottle. She questioned Branden about the blanket, lifted it up and felt of the area. There was nothing else there.

Dian began dispensing medicine and continued until the escape was discovered. The sheets and water bottle were at the outside right-hand corner of the rec yard exterior wall (not the left interior as told to JS/LW by Major Schaffer). The left rear chainlink corner was folded back to the right from the corner, not unwoven or pushed out. She thinks Fulks placed Branden on his shoulders and pushed him into the interior roof. Basham then helped Fulks in gaining the roof line. Then they folded the fence back, walked along the edge wall and used the sheets and bottles to let themselves down the outside of the exterior wall. The bottles were used to keep the sheets from coming unknotted under the weight and weren't used as a counterweight. The jail went into immediate lockdown, but a head count was never conducted that night. Dian was left with virtually the whole facility while the remainder of staff on duty and staff called in were looking for Branden and Chad.

Dian said she would always get a sensation or feeling when inmates were up to something and would habitually catch them. She was dubbed "Ms. Peek-a-Boo" because she was so good. Dian said she had no indication or feeling that anything was amiss with Branden or Chad. She said the pair's cell mates also gave no indication of knowledge of pre-planning. John Price (60 yoa, sex abuse sentence) was one of the cell mates. Dian was part of the team that conducted searches of the cells after the escape. The return addresses on all of Fulks' mail were torn off. In retrospect, Dian remembered that Branden had been unusually good the month prior to the escape.

Dian was fired a night or two following the escape, which happened a day after the election. Jailers are elected officials in Kentucky, and Lantrip told her while terminating her that if any idiot had been running against him and the escape happened before the election, he would have lost the election. She was mailed a grand jury subpoena regarding the escape with a personal letter from the county attorney whom she knew prior to the incident. She was not indicted by the grand jury and no formal charges have been brought against her. No one else on duty that night was terminated, not even the shift commander. Few reprimands were given to those people. She continues to be mentioned in newspaper articles about the jail.

Dian let Carolyn and Lesa look over her paperwork and documentation sent to the Labor Board. A recent article in the local paper reported a deputy being terminated for assaultive behavior toward an inmate. Dian was mentioned in the article. The article and accusations against the deputy conflict with the procedures Jailer Lantrip had related to PT/LW during his interview.

Dian and her family offered assistance in the future regarding the jail/staff or Branden.

12/08/03

105

JA 6637

65359

*Interview*: Ashland Police Department, Asst. Chief Ratliff.

Ratliff recalls nothing specific about the arrest and was heading up the command post during the search for Basham. He looked into Greg and Lesa interviewing other Ashland PD officers, but they declined because the case is still open. The officers were: Det. Bear, Brunty, Matthew Davis, Sgt. Forest DeLong, Acting Capt. Kelly, Acting Capt. Patrella, Det. Dan Mooney, and Lt. Slone.

## 12/09/03

*Interview*: Boyd County Sheriff's Office.

Greg and Lesa contacted the Boyd County Sheriff's Office and were told that all deputies just acted as backups during the search and arrest of Basham.

*Attempted interview*: James Stephens. They contacted Kentucky State Trooper James Stephens at Post 14. He was directed to decline an interview with them unless by subpoena or deposition arranged through the Commonwealth Attorney.

*Interview*: Ellis McKechnie, Branden's uncle, St. Charles, KY., (270) 669-4285.

Ellis is Becky Blake Jarvis' first husband and the father of Charles Jerome McKechnie, who is currently at the Rosey House in Owensboro recovering from alcoholism. His ex-wife Becky was Kathy Basham's sister and Jerome is Branden's first cousin. Jerome and Branden spent a lot of time together growing up and share a lot of problems.

Ellis said he doesn't know much about Branden, Kathy or Jimmy since he's been divorced from Becky for 20 years. He doesn't remember all the drama and chaos that went on when Kathy and Becky were young and the trouble they reportedly caused. While he acknowledges that a lot of bad stuff went on before Branden was born and after his birth, he claims not to remember specifics and doesn't want to discuss it.

Ellis did recall one time when Branden came over to his house with Jerome. Kathy sent some medication with Branden and told Ellis Branden would drive him crazy if he didn't take it. Ellis told Kathy that Branden just needed to have his butt beaten a few times and he wouldn't need medication. Ellis told Branden that if he caused any trouble, he would beat him. He had no trouble out of Branden while he was there.

*Interview*: Annabelle Pentecost, Kathy Basham's ex-mother-in-law, 441 Thompson Ave, Madisonville, (270) 821-3490.

Kathy married Larry Pentecost about ten years ago and stayed with him for about a year. Kathy and Larry were around Annabelle a couple of times while they were together. Annabelle, who is in her 80s and in poor health, said Kathy seemed okay when she came around with Larry and she didn't know anything else about her.

Annabelle talked to Kathy on Oct. 14th, Kathy's birthday. It was also the anniversary of William Pentecost's (Annabelle's husband) death. While they spoke on the phone, Kathy still called Annabelle "mother." A beep interrupted the call, and Kathy said it was Branden on the other line wishing Kathy a happy birthday, so they ended their call.

106

JA 6638

65360

**12/10/03**

*Interview:* Tommy Blake, Branden's maternal uncle and Kathy's oldest brother, Beachmont KY.

Paige and Harrison interviewed Tommy. He lives with his girlfriend, Mary Joins, in Muhlenberg county.

He quickly got to the point and said his sister Kathy is a whore, a drug addict, and completely insane and has been this way for as long as he can remember. He is shocked at her appearance. When she recently asked him what he was doing for Christmas, he told her it looked like he would be attending her funeral from the looks of her. She and Charlotte adamantly denied how bad off Kathy is although she is down to 75 lbs.

Kathy had a big butt and big chest at 13 yoa and ran around in short, tight shorts and low cut, tight blouses. She would wear a long skirt until she got out of sight of her mother and would then take off the skirt to reveal short shorts. Tommy said she has used and abused men to get her way from her teenager years until now.

Tommy isn't surprised that Branden has had such a hard time or that he got himself into this mess because he and Charlotte raised themselves and were basically turned loose on the street by age 8. Charlotte was trained to live off men like her mother, but Branden had a harder time. His biggest problem has always been Kathy because she is the most self-centered person to ever walk the earth and only lives for the moment. Kathy lives on her emotions day to day and has never been capable of giving Branden the time and structure he needed to function on a higher level.

Tommy admits that he isn't very bright and that he struggled to get through school. He dropped out at 17 years of age in the 9th grade, but he admits that he failed 4 grades and only has the equivalent of an elementary-level education. He and all of his siblings have severe learning disorders (he has ADD), but back then no one knew what they were or how to treat them. Mental disorders, addictions, and learning disorders run rampant through his family along with complete deafness and hearing difficulties. His motto - set your sights low and you will never be disappointed - has served him well. He has been realistic about his abilities and has led a reasonably happy life. He said what saved him was entering the Navy which gave him the structure, discipline, and sense of self that he hadn't gotten at home. He learned that everyone has a right to their own opinion and to do what they want to do. His siblings never learned that lesson. He served in the Navy for a few years before being discharged for a serious hand injury.

Tommy said he and his brothers have issues with women due to their mother, Helen. She was and still is an overbearing tyrant, determined to conquer or kill them one. She ordered the children around and whipped them with a bull whip for disagreeing with her. She can't stand being confronted with the truth and will get violent if you try and challenge her version of the facts. Tommy said he, Darryl, and Connis can't stand being around strong-willed women, and he in particular has to find women he can control or else he can't stand to be around them. Helen, after Starlin was killed, took off on a hunt to find a man. She found Charles Hobbs in a pool hall. He was 28 and had never held a real job but was susceptible to Helen's persuasive ways. It took her years to convince someone to give him a regular job in a plant with benefits. He did handyman work before she found him that job.

Tommy discussed his siblings. He said Darryl died of cancer in 1994, but he had got into a fight with some guys and ended up going back and shooting one of them at point blank range with a .357 magnum. Tommy had begged him not to carry the gun because he was so hotheaded.

JA 6639

65361

Darryl also exchanged insults with some guy at a bootleg/whorehouse nearby and got into a brawl where he was beaten pretty badly. He then went and blew one of the guys in the parking lot. He got into violent fights from the time he was young and was sent to a reformatory in Indiana for his behavior. Darryl served five years in prison and was allowed out on probation to live the rest of his life with Helen.

His brother, Bobby started drinking 25 years ago when his wife and children left him. He was a drunk until the day Bobby came to Tommy' house to pick a fight with him, and Tommy called him a drunk and said he didn't want Bobby coming around his daughters in that condition. Tommy beat Bobby up in the show in his underwear. After that, Bobby got clean and has been clean for 5 years. He is childlike and simpleminded and raises rabbits for a living.

His brother, Connis, was always hot-headed and drove with the pedal to the metal all the time. He was killed in an accident while driving like a maniac on a twisting road.

His nephew, Adam, his sister Patricia's son, was raised by his father away from the Blake family. Helen had spoken of getting to see Adam at a funeral when he was 17 yoa, but didn't tell Paige and Harrison that he killed his wife and buried her in the back yard a few years ago. He told a friend about what he had done and has been in prison ever since.

Tommy said the only sharing that was done in Branden's home was a joint or some crack. There was never any food or presents for his birthday or holidays because all the money brought into the house always went to drugs of alcohol. His behavior became unmanageable about 8 yoa. From that point onward, he was set loose to roam and live on his own.

*Attempted interview*: Andrea and Deanna Francis, 239 Altawood Ave., Raceland, KY., (606) 615-2641.

Lesa and Greg made several trips to the Francis' residence before finding them at home. They were very cordial, but Mrs. Francis said she wanted to speak with someone before speaking with Lesa. She gave them her cell number and told them to call her back. Lesa has tried calling her twice, but Mrs. Francis has not returned her calls.

Greg and Lesa contacted AUSA Scott Schools regarding interviewing and contacting FBI agents. They were directed that all interviews must be pre-arranged through the AUSA Schools because he wants to be present. They want to interview the following agents: Cicarelli, Patrick J. Maley, Frank S. Vito, and Carl Christensen.

## 12/11/03
*Interview*: Billy Basham, Branden's paternal uncle, 26 W. Center St., Madisonville, (270) 824-8312; Tister Lane, Nebo, KY, (270) 249-3177.

Billy is one of Jimmie's younger brothers. He and his wife, Linda, run the EMS services in Madisonville and have done well for themselves. He was only around Branden when he was a small child and when Brande, Jimmie and Charlotte moved in with Jimmie and Billy's parents on Basham Lane off Wick's Well Road. Their father, Wiley, passed away in 1985 and their mother soon afterward. He thought Jimmie and the kids moved in because Kathy had once again kicked them out of the house because of a breakdown or another man.

JA 6640

65362

Billy isn't surprised about what has happened to Branden considering he had no parents. He feels Branden is definitely a product of the environment that produced him and feels Branden never really had a chance to make it at all.

Jimmie isn't book smart but has a gifted mechanical mind. He thinks Jimmie could have been a very successful mechanic if he hadn't gotten involved with Kathy. He thinks Jimmie was blinded by love and never recovered. She ruined Jimmie, and Jimmie lets her rule the roost. Kathy is only concerned with herself and not her family. Kathy gave the children street drugs from the time they were very small.

Jimmie and Kathy have isolated themselves from the rest of the family for many years, so Billy hasn't been around Branden much since he was a small child. He is adamant that Branden won't get the death penalty because there are no bodies and Branden's "follower role" is obvious.

Billy and Linda have two children: Scotty, married to Wendy, in Nebo, (270) 249-3820; and Beverly Basham.


*Interview*: Roy Basham, Hwy. 62, Nortonville, (270) 676-8953.

Roy is Jimmie's younger brother. He owns a repair shop in Nortonville. He has been in business for a long time and has had Jimmie working for him on different occasions. He also gave Branden one of, if not the only, job he had ever had. This was a complete disaster because Branden couldn't pay attention to anything for long. He said Branden would rather tear up piles of trash than get paid to do odd jobs for him. Branden also stole anything he could get his hands on and soon was banned from coming around the garage or the house.

Roy sums up the Basham family's troubles in one word: Kathy. Jimmie, Ellis McKechnie and Becky Jarvis were all in a car wreck in the late 60s and were placed in the hospital. This is where Jimmie met Kathy, who was 15 or 16 and came to visit Becky. Becky married Ellis, and Kathy married Jimmie a few years later. Martha, Roy's wife, asked Jimmie how he could stand watching Kathy run off with other men. He said that it hurts him so bad that he can't hurt anymore. He loves her too much to let her go and will accept whatever she says or does. Jimmie could have been a great mechanic without Kathy making him miserable and causing him to use alcohol to get by and deal with the pain. Jimmie once cut his throat when Kathy left him for another man.

When Branden was first born, Kathy named him after Jimmie. However, she got mad at Jimmie 4-6 weeks later and changed his name to Leon Branden Basham. She also wouldn't let Jimmie attend his parents' funerals.

Branden was born with some difficulties but didn't have trouble behaving when he was around others who expected it from him. He behaved for his grandmother, Ruth Basham, and always minded Roy's wife, Martha. Kathy taught Branden at a young age to threaten people by saying he was going to call the police on them if they didn't let him have his way. Kathy drank and used drugs while she was pregnant and gave Branden and Charlotte pot and alcohol when they were babies and crack and cocaine when they weren't much older.

****Letter from inmate James Davis:(p. 7826-27), Petersburg F.C.I. Medium, Petersburg, VA

He was in a holding cell in Florence County Detention Center with "one of the guys" involved in the Donovan killing. (He doesn't say which one.) He said he had escaped from

JA 6641

65363

prison in Kentucky and stole whatever it took to survive. Davis asked the inmate where the Alice lady is, and the inmate stated he wasn't from SC, so he couldn't tell him exactly where. However, the inmate said they'll "never find the bitch."

**12/15/03**

Carlisle spoke with Sharon Hawk, the PR liaison for Westville Correctional Facility. She told him he needed a subpoena to obtain Severance and Fulks' records. She said he also needed a subpoena to talk to Rollan Pomeroy about the internal investigation of Tina Severance.

Subpoenas should be addressed to:
Sharon Hawk, Westville Correctional Facility
Westville, IN 46391
(219) 785-2511, ext. 4006 or (219)785-6175 (fax)

Carlisle spoke to Porter County, IN Clerk of Court. No records were located regarding Veronica Evans, Veronica Fulks, or Veronica Evans Fulks.

He talked to Asst. Chief Gary Evans of the Valparaiso PD who found 4 cases involving Veronica Evans - #02-6558, #02-9816, #02-10971. He said Carlisle needed a subpoena addressed to Larry Fivecoats to obtain the records.

*Interview*: Tammy Perez, 114 1st St., Portage, IN, (219) 762-7699(h), (219) 762-6578(w).
Carlisle spoke with Tammy at Denise Benson's residence. Tammy lived next door to Tina at 528 5th St., Portage. She feels sure that Tina and Andrea know more about what Basham and Fulks did on their crime spree than what they are telling. She feels certain Tina and Andrea may have a good idea where the bodies may be located.
Phyllis Raines, "Cookie," is a friend a Tin'as who took her in when Tina didn't have a place to live. Phyllis works at US Steel in Gary, IN - Tammy is trying to get the address. Tina is currently living with Dwayne Fulks, Chad's brother, in Goshen, IN. Andrea Roddy is somewhere in Florida.
Dina Babar, Veronica's stepsister (really aunt) might be back with her husband, but Tammy was unsure of the address.
Tina is working as a housekeeper at a motel in Goshen and is cleaning house part-time. She doesn't know the name of the motel but does know that Tina drives a white, late model Ford Crown Vic.

**12/16/03**

*Interview*: Dina Babar, (618) 874-0640 (h).
Carlisle spoke with Dina at her home. Dina is Veronica's aunt by marriage, not her stepsister. Veronica's mother was married to Dina's brother.
She said Dina was a stripper at Rising Sun in Portage. Veronica picked Dina up from work one night and met Chad because Dina was talking to him. Veronica was also a

110

**JA 6642**

65364

dancer/stripper at the club. However, she stopped dancing after she met Chad. Her stage name was "Cheyenne."

Dina said Veronica has always had bad taste in men. She has gone with Tina before to get Veronica after Chad beat her up while they lived in Michigan City, IN. Veronica would always go back even though she had every opportunity to leave Chad. Veronica told Chad that Dennis LNU, Christian's father, beat her and put her head through a wall. Miles' father, NU, lives in Mt. Vernon, Ill. Veronica never married either man, just had their children.

Veronica isn't stable enough to have and take care of her children. Her parents used drugs and she accused her father of raping her. She and her sister, Ami, were in foster care growing up, but Veronica got kicked out of a foster home after she had sex with her foster father. Sonny and Cindy Babar were foster parents to Veronica and Ami.

Dina is going to write a detailed statement about Veronica and Chad for Carlisle.


**12/17/03**
*Interview*: Debbie Cincoski, Porter Co. Probation and Parole, (219) 465-3420, dcinco@porterco.org.

Carlisle spoke with Debbie by phone. She is Tina's probation officer and said she had Tina's address as 5870 W. 500 South, Topeka, IN, (260) 593-2613. Carlisle told her that number was disconnected and that Tina was living with Dwayne Fulks, Chad's brother. She wasn't aware of either of these facts.

She said she has notes of her conversations with Tina, and Tina told her Chad and Branden talked in front of her about what they did to the women they kidnapped. She will share these notes but needs a subpoena first.

*Interview*: Mary Jo Jarvis, 6809 Laurel Ave., Portage, IN, (219) 763-6926, mojo_46368@yahoo.com

Carlisle spoke with Mary Jo at her residence. She has known Tina for two or three years and lived with Denise Benson during that time. Mary Jo attending Parenting Classes with Tina at Choices Counseling in Valparaiso, IN. Michele was their counselor for parenting and Robin was their family counselor when Tina and Cassandra would go together.

During November-December of 2002, Tina called Mary Jo a number of times from Myrtle Beach collect. The phone number, (219) 762-2853, was disconnected as of Jan. 2003. She still owes close to $300.00 for the calls she accepted from Tina. [Note: Verizon advised there were 152 calls from the 843 area code to the number in Dec. 2002. Mary Jo is going to request a list of the calls from Verizon.]

She said Tina told her Chad and Branden would drug them and leave the motel in her van. Andrea would prostitute on the street, performing oral sex for $5.00 to make money. Chad and Branden would leave during th day in her van. Tina begged she and Denise either come get her or send her money.

Tina told her that Chad and Branden returned to the hotel and told her the police had gotten her can. She said Chad left, leaving Branden with Andrea and Tina. Tina was afraid Branden would kill them because they knew too much, and she asked Chad not to leave her alone

111

**JA 6643**

65365

with Branden. Chad told her not to worry, that he had to run an errand and would be back shortly. She didn't know what Chad was driving at the time.

She said Jamie Derrington knows where the furniture Tina took Chad and Veronica's house is. Jamie did work at D&O One Stop across from Lake Station PD but was fired after he was caught stealing. Dean Luke is the owner. Det. John Huff, Lake Station PD, has warrants for Jamie.

Mary Jo said she would write detailed statements as to the phone conversations she had with Tina and all other info she could remember.

**12/18/03**

*Interview*: Adrian Harvey, Porter Co. Child Protective Services, 152 Indiana Ave. Valparaiso, IN. 46383, (219)462-2112, ext. 246.

Carlisle spoke with Adrian who said he was no longer assigned to Cassandra Hertter (Severance's daughter)'s case. He said the new counselor was Melissa Gray who could be reached at (219) 462-2112, ext. 248 or (219) 462-6817 (fax). He advised that Cassandra was still in foster case but he thought arrangements could be made for Carlisle to speak to her and said he would assist Carlisle.

Carlisle left a message on Melissa Gray's phone.

**12/22/03**

Carlisle received a return call from Melissa Gray, Cassandra Hertter's new social worker. She told Carlisle that she needed a letter from the attorney he was working for asking permission to speak with Cassandra. She said to start with a letter first, and use a court order if needed. She was interested in what Carlisle had found out about where and with whom Tina was living. She wasn't aware that Tina was involved with Chad Fulks. She said she would assist us in any way possible, all in the best interest of Cassandra.

**01/04/03**

*Interview*: Bobby Jewel Blake, Branden's oldest maternal uncle, Meadowlark Ln, Madisonville, (270) 825-2724.

Bobby was very difficult to talk into an interview, but eventually agreed to meet Paige and Harrison in the Lawn and Garden section of Wal-Mart. The interview lasted about two hours.

Branden was always ornery as hell and obviously had mental problems as young as 3 or 4 yoa. The situation was helped along by Kathy who is a mentally ill drug addict who let him do anything because she was too concerned with herself. Jimmie didn't do anything because he was a bad alcoholic who wouldn't stand up to Kathy. He would come home, drink until he got drunk, go out to the garage and pass out. The only time Jimmie would ever spank Branden was because Kathy was mad and told him to.

JA 6644

65366

Kathy always gave Branden sharp, dangerous items to play with, and Bobby told her Branden was going to hurt himself or someone else. She would say he was just playing and wasn't going to hurt anyone. Branden always ran his mouth about wanting to fight and jumped in Bobby's face one time and said he knew karate. Bobby laughed at him but told Kathy someone was going to kill him acting like that. He had no appropriate sense of fear or any plain sense at all. He said Branden probably should have been placed long-term in some sort of institution where he could have had some structure. The home environment with Kathy and Jimmie just made Branden's problems worse.

Bobby was 8 or 9 yoa when his mother, Helen, married Charles Doss after her first husband, Starlin Blake, was killed in the mines. Charles was no good, and he and Helen did nothing but fight over money and sex because they were two of the greediest people put on the earth. The home environment was horrible for the kids because of all the fighting. Charles would leave and go back to his home in Cleaton, and Helen would be horny enough to take him back. Charles never had a job before he met Helen and didn't want to help her and the kids with all the fieldwork they had to do on the farm. Whenever there was hard manual labor to be done, he would fight with Helen and leave until it was done. As soon as it was done, he would walk back and ask forgiveness. Bobby would be furious because he was the oldest male child, so all the work would fall back on him. Helen told him she didn't have anyone else to depend on than him, so he just had to do it. Charles was just another child for Helen to take care of, and he would often encourage Helen to beat the hell out of the kids with whatever stick or whip she could find. Helen regularly beat Bobby until he was bleeding and black and blue. People used to talk about how Helen would, "beat the oldest one like a dog." Bobby thought Charles came from a troubled background. His father was a raging alcoholic who would be found passed out in the freezing weather. His father gave him money to life off of, so Charles never had any initiative to work or try to make money himself.

Bobby would confront his mother about "Charles the bastard," but she would get furious and beat him with the horsewhip until he bled. She did this routinely until he got big enough to take the whip from her and told her he would beat her with it if she tried it again. Helen said he must be big enough to leave home if he was too big to beat. Now she reminds him that it wasn't that bad when they were kids, and she did what she did because she loved him and the other kids.

He and his sister, Patricia Anne, left home for Chicago when they were 15 and 16 yoa. Bobby suffered from severe learning disorders and didn't make it past the 8th grade. He knows people get help for these problems today, but back then in a rural school district, there was one teacher for everyone and no special help for a struggling child. He and all his siblings had serious learning problems as well as what sound like attention and hyperactivity disorders and that the only sibling to scrape by with a high school diploma was Becky. He and Patricia got jobs and an apartment in Chicago. Patricia married Paul Moore, but she and her baby died from rheumatic fever. Bobby moved back and married Rebecca Jarvis, and they had a son together. However, Bobby's drinking got worse and she left him when Adam was very small. His ex then married a made with the last name Wade who adopted Adam. Bobby drank a total of 25 year before stopping several years ago but regrets not having a relationship with his son. He has had some contact with Adam since he was incarcerated in Eastern Kentucky Correctional for killing his wife. Adam got mad at his wife one day, killer her and got his buddy to help bury her in the

113

JA 6645

65367

yard.  The buddy got scared and told, so Adam is in prison for murder.  Bobby wonders if there is something in the genes of his family causing all these problems.

Bobby admitted there was some incest between his aunt, Ada Blake, and his uncle, Claude Blake (both of whom ended up at Western State Hospital).  They had Ada's firstborn together, Charles Lee, who looked and acted funny.  Reportedly, he claimed to be the voice of Yogi Bear and would get mad about not getting credit for it.  However, he retired from the military with a nice pension, and Bobby sees him walking all over town, content to wander.

Bobby agrees that Helen did have it rough with all those kids on her own and that her own childhood was hell.  Her father, Burtony McAlwain, made all the girls work in the fields like slaves until they were raw from blisters.  Helen has said that she wasn't a favorite of her parents and that she was always treated with meanness.  She didn't inherit a thing when her parents passed away and didn't even attend her own mother's funeral.

Bobby can't think much about his childhood without getting too upset.  He says, "It tears your heart out to think about it."  He can't believe he turned out as well as he did.  He didn't like the idea of being locked up, so he didn't kill anyone else or himself.  His words to live by are, "Life's a bitch and then you die."


**01/06/04**
*Interview*: Jimmie Basham, Branden's father.

Jan Vogelsang conducted this interview with Steve Hisker and Lesa Watson.  Lesa took notes.

Kathy was extremely ill and stayed in the bedroom for the majority of the interview.  Shortly after the interviewers arrived, two men arrived at the back door demanding to use the phone.  They demanded to be let in because they needed "to make a fucking phone call."  Jimmy got in to a physical pushing contest at the back door with one of the men, but he stopped and walked back into the living room, sat down and ignored them.  They both came into the kitchen, used the phone, sat on the floor and drank beer and smoked during the interview.  They were clearly under the influence of some substance and laughed or interjected comments from time to time during the interview.  Kathy came out of the bedroom twice to use the breathing machine and to get something from the refrigerator.  She looked like "death warmed over."

The Bashams have lived in Lanville, Nortonville, Anton and Madisonville over the years.  Jimmie has earned a living primarily working as a mechanic on anything ranging from motorcycles to bulldozers.

Jimmie and Kathy met at the Hopkins County Hospital after a car accident involving Jimmie, Kathy's sister, and Kathy's sister's boyfriend.  It was love at first sight for Jimmie.  They dated for a while and married in 1975.  Charlotte was born in 1981 [this can't be right because Branden was born in '81] with no significant events regarding Kathy's pregnancy or delivery.  Charlotte was a different baby than Branden in that she required 24-hour attention and cried a lot.  She began to walk around 7 months.

Branden has had it hard his entire life.  Kathy worked at flea markets the entire nine months she was pregnant.  Jimmy was 38 and Kathy was 29 when Branden was born.  He doesn't recall any significant events during Kathy's pregnancy or delivery.  He said Kathy had regular doctor's checkups.  Branden was kind of yellow-looking and could have been jaundiced

114

JA 6646

65368

but the yellowness went away quickly.  Kathy was in the hospital for two days after the delivery and was ready to come home on the first day.  Branden was the perfect baby - he slept like he should and was very easy to care for.  Jimmie helped diaper and feed Branden as an infant.  He doesn't recall any significant illnesses and only one instance of a high fever.  He was about 12 to 15 months old when he spoke and walked a little before a year old.  He was pretty easy to toilet train and mastered it close to two years of age.  From birth to age three, Branden didn't butt his head or exhibit any rocking habits.  He became allergic to grass when he got older.  He was interested in Sesame Street and Pac Man and, later on, wrestling.

At age four, Branden suffered significant head trauma when he fell from a tree.  Branden and Charlotte had collected railroad debris and piled it at the base of the tree.  When he fell, Branden hit the right side of his head on a section of channel iron.  Branden was a little sleepy afterward and wasn't treated by a doctor.  He thought Branden should have received stitches.  The wound took a long time to heal, and Branden still has a scar.  After this injury, Branden's behavior changed.  At first, Kathy and Jimmie attributed the change to interaction with an unruly neighborhood child.  Branden was no longer neat with his toys, wanted to take a hammer to everything, and used an axe and a big knife to hit objects.  He would go around the yard driving screwdrivers into the dirt with a hammer.  He also began his turning, twisting and constantly moving behaviors at this time.  They were not noticed by the family until he began school and had problems.

Branden attended preschool and kindergarten at Nortonville.  There were problems from the beginning.  Branden was singled out by the teachers, couldn't sit still, and other children would pick on him.  Branden was not aggressive toward other children.  Due to his inability to control himself, Branden missed out on a lot of school activities/treats.  He always seemed to behave better right before the kids were going to do a special activity and then Branden wouldn't be allowed to participate.  Despite these problems, Branden made friends easily.

Branden was a daredevil as he grew up, riding motorcycle or mopeds.  Branden had a battery-operated tri-cycle that he would tilt up on two wheels.  He took everything through the mud.  Branden can barely swim.  He doesn't recall Branden experiencing any heat stroke during childhood, but Jimmie has experienced one in the past.  Branden did have problems sleeping in later years and was difficult to get up.  He began experiencing headaches seriously in the last 7 or 8 years.

Jimmie doesn't remember any serious rifts between Charlotte and Branden.  He thinks they would work together against Kathy and him.

Branden printed until age 20.  Math was difficult for him, but spelling was easy.  Jimmie was good in math but didn't like homework.  Spelling was difficult for him and he relies on memorization.  Jimmie's brothers didn't like or didn't complete their schooling.  He said that kids then had to work to have things because many people were poor.  His eldest brother went through 5th grade, the second eldest went to the 7th grade for one day, Jimmie was 6 weeks short of completing the 8th grade, and the next brother finished 6thg grade and later joined the Marines and obtained his GED.  The youngest completed high school and is a paramedic.  Jimmie's other brother, Randall, suffocated at the age of 23.  Randall had five sons who are all troubled with alcohol/DUI related infractions.  None were violent.  The eldest brother had two sons with no problems.  Roy has a daughter who is a nurse.  The youngest had a boy and girl with no problems.

115

JA 6647

65369

Jimmie's father had a second grade education and worked in a sawmill/farmed/parking house/International Harvester in Evansville/Ruby Lumber Co. His mother completed the 5th grade and was a housewife and did outside domestic work. Jimmie's father, Wiley, did not abuse alcohol and didn't exhibit any violent tendencies. His parents married when his father was 28. His father did make moonshine prior to his marriage. His father died at age 78 of bone cancer, and his mother, Ruby, died at age 78 from complications from a stroke, heart problems, and diabetes. She didn't use alcohol. Three of his siblings have diabetes. His grandfather and one uncle were coal miners. Wiley and Ruby whipped their children. A belt and elm switches were used to discipline the children. They were all punished by the same methods.

Kathy was the disciplinarian with Branden and Charlotte. Jimmie punished Branden a couple of times and he may have whipped too hard when he was mad. He bruised Branden but never drew blood. Branden would run from Jimmie when he would discipline him. He only recalls whipping Charlotte once. Paddling was out of use in the schools by the time Branden came along.

Branden was in institutions more than he was at home. Jimmie expressed concern regarding all the things revolving around Branden. He visited Branden at the institutions. When Branden was at Rivendell, he begged Jimmie not to take him back, so Jimmie didn't. He didn't think Branden was all that bad.

Jimmie said an older boy had sexually abused Branden at his (Jimmie's) mother's home, but Jimmie wasn't aware of it until years later. He said Branden was never aggressive toward Jimmie other than defending himself anytime Jimmie would discipline him.

Jimmie attended therapy with Branden but didn't get much out of it. He thought that talking wasn't doing anything about the problem. He said it is hard to take care of someone with mental illness, and he and Kathy weren't prepared to be parents in the first place because they didn't know what they were doing.

Jimmie described himself as soft-hearted but really stubborn and set in his ways. He takes medication for diabetes and wears two hearing aids. He claims to have stopped drinking three months ago (three weeks more likely). When he drank, he drank a case and then decreased to half a case per day. He has only experienced 4 to 5 hangovers in his life.

When Branden was 8, Jimmie caught him huffing gas out of a lawnmower. He thought Branden was trying to copy Charlotte and other kids. Jimmie has only had one experience at age 13 with gas, but he was syphoning gas and didn't release the hose.

Jimmie took Branden fishing a couple of times. Branden didn't like to work on cars and didn't seem to be mechanically inclined. He had plenty of girlfriends older than him when he became a teenager.

Jimmie said he was most shocked by the jail escape and that his reaction to the crimes built up over time.

Jimmie was interviewed again the next morning at Cracker Barrel alone with Jan taking notes.

1/7/04

JA 6648

65370

*****Interview*: Travis Robinson, conducted at Alvin S. Glenn Detention Ceter in Richland County by SA Stansbury and Probation Officer Mary Elizabeth Windham (pp. 4263-4264).

Robinson stated that Basham told him in Zulu dorm that he had killed a couple of people. Then, when Robinson asked Basham why the jailers were using so much security around him when they moved him from his cell, he replied, "man, I killed like four people."


## 01/08/04

*Interview*: Samuel Towers, neighbor of Basham's, (270) 821-0140 (work), (270) 825-3806 (h).

Steve interviewed Towers. Towers lives in the same neighborhood as the Bashams and smoked pot with Kathy. He doesn't know anything about her crack cocaine use, but said she is a regular pot smoker. He said Jimmie is a drinker and a very weak father figure for Branden. He said the family is totally dysfunctional to the point that is weird. As soon as Branden was out of diapers, he was pretty much on his own. Branden was stupid and had absolutely no parental guidance whatsoever. He has no understanding of right and wrong. Branden is sort of a primitive animal. You could frequently hear Kathy screaming at Branden and vice versa in the neighborhood. Towers would be willing to testify to the things he saw in the neighborhood.

Towers also thinks that Branden broke into his house and stole some items.

While in Madisonville, Lesa and Steve conducted internet searches on Kentucky's Courtnet system to verify Charlotte's recent arrest and the revelation that Jimmy and Becky had an altercation where Jimmy was shot and both were allegedly placed on probation.

    Kathy: 03T04271 - Hopkins County
        12/16/03
        12/29/03 arraigned
        Speeding <21 mph

        01M00306 - Hopkins County
        Drug Paraphernalia 1st
        10 days conditional discharge

        95M00914 - Hopkins County
        MJ<5 plants 1st/ Poss of MJ/ Poss. Of drug paraphernalia
        Merged - 30 days/fine

        92M01021 - Muhlenburg County
        DUI 1st/ Reckless Driving/ No insurance

    Charlotte: 04M00012 - Hopkins County
        AI 1st and 2nd /Disorderly Conduct/ Terroristic Threatening
        01/06/04 - criminal history filed

    Jerome McKechnie: 03CR00228 - Hopkins County

JA 6649

65371

Operating motor vehicle under influence of drugs or alcohol .08 4th or subsequent off/DUI susp. 2nd in 5 years w/ aggravators
Pending

Charlotte's file must have been with the judge because it wasn't in the clerk's office (Lesa wanted a copy of her criminal history). There were no records under either Jimmie or Becky with all last names for any assault charges. The only record for Jimmie is a 1996 charge for failure to send Branden to school.

They checked for civil litigation against Dr. Suess with no results. Other health professionals do not hold him in very high regard. There is some hint of a problem with him while he was a Trover. He was not involved in any litigation in Hopkins County that they could find.

## 01/10/04

*Interview*: Dori Branson, Michigan, (989( 344-7474, <u>keymastergoser@yahoo.com</u>.

Lesa spoke via phone with Branson, Branden's Mental Health Counselor at Charter Evansville (now Deaconess) during 1996-97. She left the facility before Branden. She obtained her master's after she left and is employed in a group home for teenage pregnant mothers who are wards of the state.

Branden was very personable, likeable and a cute little boy who made the wrong choices. He suffered from intermittent explosive disorder and she remembered having to place him in restraints. Branden was dealt a bad deck and had a very poor family system. He was easily angered when he became frustrated. When he was encouraged by someone who gave him attention and seemed to care about him, you could see him trying to process information or work. When he was unable to process the information, he would say, "My bad." He could be very remorseful when he made mistakes or acted out. All he wanted was to be liked, and he tried very hard at it. He did have a conflict with one of his teachers, although he didn't know what the trigger was for the conflict.

She feels that Branden had a chance to make it if he stayed in a program that was the right situation and provided him with continued nurturing and support to get over the abuse and neglect he had suffered. Branden was very receptive at times to her and others that treated him in this manner.

Branden participated in her group programs in the evenings, coping/basic life skills training, and one-on-one counseling. When they had reading or work that required completing paper work, Branden would become frustrated and act out. She recalls that he wasn't very bright. She feels this is a strong indicator of learning disability.

She doesn't recall any significant neurological problems other than a slight tic that may have been a result of his medication. She doesn't recall any specific learning disability, but all of the kids were there as a result of abuse and neglect and were at the lower end of scale for intellectual functioning. Branden would try to cover this failing. Knowing what she does now with her training, she opined that Branden was bi-polar because he exhibited the requisite

118

JA 6650

65372

charisma while in a manic state and he couldn't grasp the consequences of his actions. She also feels that he most certainly suffered from PTSD.

She thought she could probably elaborate more if she had the records to refresh her memory because she wrote a lot of comments because of legal liability concerns. Lesa told her we didn't have the records yet, but she would call her after we received and reviewed them and would send her a copy. She was open to talking to an expert and willing to assist and testify if necessary.


**01/12/04**

Tina Severance, 405 Bristol St., Apt. B, Middleburg, IN, (574)825-4629.

Carlisle and Carolyn located Tina Severance. They weren't able to get anyone to come to the door, so they called the residence and Dwayne Fulks answered. He said that Tina was in Portage visiting her daughter and he expected her back around 8 p.m. Carlisle gave him his business card and asked him to have Tina contact him. Dwayne asked what Carlisle wanted, and Carlisle told him he was working on a federal case and needed to speak to her. They received a call from Tina that evening and arranged to meet her on Tuesday, 1/13.


**01/13/04**

*Interview*: Tina Severance, 405 Bristol St., Apt. B, Middleburg, IN, (574)825-4629.

Tina invited them in and talked to them while she was babysitting. Carolyn told her they were with the Basham case, and Tina agreed to talk.

She said she was a correctional officer at Westville for 5 years and was trained as a Hostage/Crisis Negotiator at Westville although she never did a negotiation. She was let go from Westville after returning from her weight loss surgery. She moved to Indiana from California in 1996. Her father died in 1983 from a liver problem. Her mother died in 1985 in a suspicious car accident which she feels her stepfather was responsible for. He is in real estate in Santa Ana, Calif. He was investigated but never charged. Tina was in foster homes until she was 15 yoa in Carson City, Nev. She got pregnant at 16 and then returned to foster care for pregnant teenagers. She married Jack Herrter who lives in Springfield, TX with a live-in-girlfriend and their eldest daughter (not Cassandra).

She met Chad in 1998 at Westville Correctional. He was in jail for car theft and drug charges (marijuana). Tina was involved with another inmate at the facility, Anthony Lopez, a member of the Latin Kings. She was affiliated with the Latin Kings in California and moved away to retire. She said the "member until death" didn't apply in her case but didn't elaborate. Tina got a sexual harassment complaint at Westville. Lopez was "in her corner" and helped her as far as the sexual harassment complaint was concerned, but turned on her after he told a captain at Westville that he had had sex with Tina. She denied having sex with Chad, Anthony or any other inmate at Westville. She had sex with Chad after he was released, and Lopez came to her home after his release and hooked up with Trinity Milner, a friend of Tina's. Trinity now lives in Chesterton, IN.

JA 6651

65373

Tina has broken up with Dwayne, but he doesn't know it yet. Dwayne is working at Coachmen and she needs his support because she is currently unemployed.

On 11/06/02, after Chad and Branden escaped, Chad sent Branden to Tina's door to ask for her. Andrea Roddy was living with Tina at the time and answered the door. Tina's story is the same story she told law enforcement in 2002. She didn't find out until a couple of hours later on 11/06/04 that Chad and Branden had escaped. Both Chad and Branden told her they had escaped. Branden became very nervous when they saw a police officer in the neighborhood. Their plan was to get weapons for protection, and Chad knew from Tina's letters that Talsma had guns. Chad brought up the idea to steal the guns from Talsma. Talsma was Tina's "sugar daddy" and is employed at Westville as a firearms instructor and correctional officer. Chad told Tina that he and Basham would get the guns while she and Andrea got Talsma out of the house. She said Branden and Chad were in her house for approximately two hours. Due to the cops in the area, Chad told her to pick up Branden and himself at the park behind her home in Woodland MHP. She did so, and they drove to Michigan City where she had parked her Jeep to hide it from the repo man. Chad and Branden got in the Jeep and drove to the Sands Motel where Tina got a room in her name. She said she intended to party all night with Chad and show him how good she looked after her weight loss surgery. It as her idea to get a room, she registered in her name, and there were too many cops in her neighborhood to stay at her house. She paid for the room. Tina drove back to get Andrea while Chad and Branden waited at the motel.

Tina never saw Branden drive and, as far as she knew, he didn't know how. Branden was in charge of the weapons and always carried the gun bag. Chad was the leader of the two. Both came up with ideas, but they always went with Chad's ideas and leadership. Branden was a follower. Branden was also very selfish and stingy and wouldn't share with anyone. What he stole, he used or ate.

They stayed two nights at the Sands Motel and one night at the Moody Motel in Sturgis, Mich. In Sturgis, Branden was in the room with three male teenagers who had guns and drugs. Michigan State police were all around the motel arresting people for drug charges. When Tina entered the room, Branden was crouched down with a pistol ready to shoot whoever came in. Branden had knocked out a rear window to escape if he had to. She told the three guys to leave the room and that if her old man (Chad) came back, he would beat them down.

On 11/09/02, they went to Ronnie Fulks' house and partied all night. Dwayne was there and supplied crystal meth and marijuana for everyone. Tina left her Jeep at Jeremiah Townsell's house on Mansard Dulac MHP in Lake Station, IN. They stayed in a motel in Portsmouth, OH registered under Tina's name.

She met Chad's mother, a Pentecostal minister, around Easter 2002 after Chad was released from Westville. She has never met JD Brooks and just copied his number into her address book from Chad's address book. She and Autumn McElvain went to help Chad after he called and told her Veronica had stabbed him numerous times in the arm. She said Chad didn't go to the hospital.

Branden was a live wire and was in jail for writing bad checks. She didn't get along with Branden. He threatened her with a gun, and Chad told her Branden wanted her gone. When asked what she meant, Tina said Branden wanted her dead. She was scared of Branden.

Tina said she had given naked pictures of Veronica to Chad's lawyers. Carolyn asked her if she had anymore. Tina produced two suitcases full of letters and pictures pertaining to Chad,

120

JA 6652

65374

Dwayne, and Veronica. She told Carolyn she could have the letters if she would return them because she plans to write a book.

Chad sent her to get his things from the trailer he and Veronica lived in after they were arrested in KY. She said clothing was the only thing left in the trailer because the furniture had already been removed by a friend of Chad's. She gave Veronica's clothes to GoodWill and kept Chad's clothes at her house in Portage. According to Chad, through Dwayne, Chad is in contact with Veronica, and she is on his side. Tina said Veronica attempted to poison her first child in Mattoon, IL. Veronica also threw Christian, her youngest, in the snow when Dennis left her. Dennis lives in Valparaiso and has some of the furniture from Chad and Veronica's house. Dina Baber's mother has something to do with Child Welfare in Mattoon, IL.

Tina said that after Chad and Branden left Myrtle Beach, Andrea would perform oral sex on men for $5.00 to raise money. The FBI paid for their room until they left Myrtle Beach. Reporters from the Sun News got rooms in the same motel so they could be close to try to talk to them. Tina spoke with David Gustafson, a staff writer at the Sun News, about her ordeal. He gave her the following contact information: (843) 444-1761 or 800-568-1800, ext. 761, dgustafson@thesunnews.com.

*Interview*: Kathleen Bush Daughtery, Apt 1, next to Methodist Home, Versailles, KY, (859) 873-5806.

Greg and Lesa interviewed Kathleen, her sister, Carolyn Webster, and Diana Fain at Kathleen's home. All were or are currently employed by Methodist home. They all remembered Branden but none had personal, close recollections. They were very helpful in explaining the operations of the Methodist home. The home doesn't medicate to control but uses "managing" in which kids are physically held. They use a behavioral modification system. When a child is on "watch," the child is always under visual monitoring. They have several levels: 20 minute checks; constant-contact; constant-sleep check every 5 minutes; and 5 minute checks while sleeping - 5 minute checks will awake.

The workers that would have had the most interaction with Branden were James Meadows and Brenda Shaner. Brenda was close to Branden and always saw the good in him. She once took Branden fishing, and he pushed her into the water twice. She didn't feel threatened by him, however, and saw his behavior as a cry for help. Brenda has left and moved to Cincinnati, Ohio with another co-worker, Connie Baker. The indication was that they are lesbians and other contacts wouldn't provide any information about them. They suggested contacting Bambi Bailey of Lexington who was their supervisor. Bailey returned Lesa's call and only remembers Branden but no details. She didn't have any personal interaction with him.

*Interview*: Carolyn Webster, Frankfurt, KY, (270) 598-0605(h), (270)306-9488 (cell).

Lesa interviewed Carolyn via phone from Kathleen's home. She remembered Branden as a hyper active little boy who desperately wanted to fit in and would do anything, right or wrong, to fit in. She doesn't remember him as being mean or violent. She felt he always responded to her controls when he was in her care, especially in a one-on-one situation. He didn't respond as well with groups. She was pleasant and willing to speak with us again.

*Interview*: Dian Fain, crisis supervisor at Methodist Home, (859) 806-8842(cell).

JA 6653

65375

Dian was the recreation coordinator when Branden was at the home. He was treated like he was much younger than his age because of his size. She thinks this let him get away with more and resulted in an increase in outbursts. She found him to be a follower and remorseful. Children would use Branden because he would be vocal. She thought he was manipulative but thought it was manipulation learned from being institutionalized. All three women agreed that Branden would be diagnosed as suffering from reactive attachment disorder. She didn't find Branden to be mean or evil. Dr. Rivard told her that she thought Branden was dangerous because he had no impulse controls.

They gave the following info about workers at the Methodist Home:

Scott Bailey, unknown

Connie Baker, Cincinnati, Ohio

Julie Brown, originally from Harrodsburg, was an Apolstolic Preacher

John Carroll, social worker somewhere

Angela Covell, husband Roger is a KSP troooper, lives in Lexington and is SW at Comp Care at Lexington Juvie DC.

Travis Crumb, unknown

Mike and Chrissie Ferber, unknown

Laurie Griffin, Ohio

Kristi Kirkwood, Fayette County School System (Lexington)

Rob Lemon, unknown

Mike May, Education Coordinator at Methodist Home, ebst to catch b/t 3 and 3:30 p.m.

Dr. Rivard, may be from Danville, Lancaster, KY area

Brenda Shaner, Cinncinnati, OH

Dr. Fred A. Stine, unknown

Lane Stonecipher, Methodist home, flexible schedule

Kathy Ward, Georgetown


*Interview*: Suzanne Walker, RN, intake supervisor, The Ridge.

Walker didn't recognize Branden from his picture, but she did provide information about the processing of youth in the facility. All children are initially rated as elopement risks. Q15 means the child is under constant visual observation and is physically checked every 15 minutes. This is implemented on admission and is continued for the first 72 hours to determine the level of care needed for each child. The Ridge treats acute adolescents from age 4-18 years. They are separated into 3 age groups. Almost all the children at the facility are adolescents with abuse or depression backgrounds, symptoms include acting out. Stoner Creek is a public hospital with a psychiatric ward for adults and youth. The Ridge was and is still a private psychiatric facility. It is locked but doesn't offer long-term residential treatment.

Dr. Aug is very conservative in his treatment and has an excellent reputation. Risk factors aren't generally determinative of admission decisions. Admission and length are based upon insurance/monetary considerations and ability to locate placements for children. When Branden was at the facility, longer treatment was available as Branden was there for nearly eight week. Now, in-facility treatment is reduced to a few days.

122

**JA 6654**

65376

She said many of the MSW and MHAs are no longer in the area. Most were either psychiatric students at UK or were married to them and moved after graduation. She included a huge list of former students/nurses/etc.

J. Adams, unknown, moved away
Robert Aug, UK psychiatric dept.
Carol Bolt Baker, now in Shelbyville, KY
Tina Blacketer, unknown
Karen P. Carroll, now at Stoner Creek
Beverly Casper, unknown
J. Combs, unknown
Teresa Combs, married, moved away
Tina Comley, moved away
Bill Craft, still at Charter, education supervisor, but was his day off
C. Denton, unknown
M. Dupont, unknown
A. Dusing, unknown
Erica Dussin, unknown
Elizabeth Evans, Mt. Sterling Comprehensive Care
B.W. Fad, unknown
R. Fields, unknown
R. Fields, MD moved to St. Louis, MO
Gallehr, MD, unknown
Paul Grimes, unknown
Mary Grooder, unknown
Pat Hardin, unknown
William Heffron, MD, was at UK
G. Hill, unknown
Catherine Hornfeldt, moved out of state
C. Houston, unknown
J. Isaacs, unknown
Lisa Jackson, moved out of state, married a Hoskins or Hopkins
T. Jones or Jove, unknown
Haroletha Klausing, Lexington
Matthew LeMaster, unknown
S. Lesshaft, unknown
Pamela Lillis, still at the Ridge, has no knowledge, records custodian only
Dixie Moore, PHD, in Lexington
M. Om or Orr, unknown
A. Panidi, unknown
K. Pullium, moved out of state
Alicia Robinson, left, unknown
E. Salini, unknown
Tonya Sayre, unknown
Susan Schwindel, unknown, maybe w/in DSS

123

**JA 6655**

65377

P. Shirley, unknown
A. Stichter, unknown
Marian Swope, UK psych dept
R. Wade, unknown
H. Watt, unknown
Mary D. Williams Davis, nursing supervisor, in nursing training while we were there
Cindy Wilson, unknown

*Interview*: Cecilia Russell, (270) 824-7566, DSS caseworker.

Phone interview by PT. Cecilia doesn't recall much about Branden. She remembers Paige calling months ago inquiring into his records, but she couldn't locate anything o him. She has also tried to recall anything about dealing with him that would be helpful (good or bad) but claims not to remember anything. The only thing she suggests is to try to retrieve the file from Frankfurt.

*Interview*: Nancy Clayton, Hopkins County Health Dept.

Paige interviewed Nancy who was very helpful in identifying individuals in Branden's records. She has been with the health department for 22 years and knows a great deal about who people are and where they have gone.

Once a year, the Board of Ed would put the Special Ed kids on the bus and bring them down for their Special Olympics exam. They had to be screened and medically released as okay to participate in the Olympics. She said there were all types of Special Ed kids including mentally retarded and behaviorally and learning disabled. She didn't recall Branden or remember seeing him come through for his screenings or other visits.

She identified John Ewing, MD at Regional Medical Center now; Robert Holzknecht, MD at Multicare now; Becky Hickman, a nurse is now a school nurse at West Hopkins Accelerated School near Dawson, Robert Pitzer, a nurse who now lives in Decatur, IL; Phyllis Kennedy, a retired nurse who still lives in Madisonville.

## 01/14/04

*Interview*: Daniel Cardona, Stoner Creek Hospital, 2017 Main Street, Paris, KY 40361, (859) 987-8824.

Lesa and Greg made several attempts to arrange an appointment with Cardona. His office manager, Sue, told Lesa the doctor wouldn't talk to them without a release. She also wanted to know if he would be paid for speaking with she and Greg. He was apparently booked until June and couldn't speak with anyone until then. They faxed a release to his office but received no phone call. They went to his office on Jan. 14 to see if he could review the file and see if he remembered Branden. They waited for two hours to be squeezed in between appointments but were told after his last appointment that he didn't even have one minute to spend with them. Lesa asked if they could leave the Stoner Creek file for him to review and suggested the possibility of being deposed instead of testifying. He agreed to look at the file and told Lesa to call back either next Wednesday or Friday to see if he could remember anything and if/when he could speak with them.

124

JA 6656

65378

*Interview*: Dr. Scott Littleton, 513 10th St, Bowling Green, (270)842-5484.

Harrison and Paige interviewed Dr. Littleton. He reviewed Branden's file but didn't recall Branden. He said if he had a dime for every kid with a report like Branden's that he had seen over the years, he'd be wealthy. He fussed about the QEEG and how ti turned out to be quackery. Since he didn't remember Branden, he couldn't speak to the EEG results reported in the file.

Littleton seemed to have a nasty attitude and seemed burned out about dealing with adolescents. He kept referring to other clients and their problems and how they will turn out to do something just like Branden.

Basically, he isn't available as a witness at this point and won't be a help in getting the raw test data because he isn't affiliated with Rivendell anymore.

*Interview*: Dr. Robert Aug, UK Department of Psychiatry, 3470 Blazer Parkway, Lexington, KY, (859) 323-6021 (x. 234), (859) 887-4307 (h).

Lesa and Greg interviewed Dr. Aug for about one hour. He is for the death penalty in certain circumstances but is opposed to states that use it at the drop of a hat. He is a board-certified general psychiatrist as well as a child psychiatrist. He is very supportive of our position.

His testimony would be based upon a seven week window of observation. He would say Branden being a follower is consistent with what he knows. Bi-polar is a general diagnosis with impulsivity as one of the symptoms. His contact with Branden wasn't long enough to allow for a dynamic diagnosis. Branden had a limited capacity to take future consequences into consideration, wouldn't yield to rules, and tried to defeat the rules. He didn't show good impulse control and wanted to manipulate his way around the rules. His treatment didn't end his poor impulse control. Drugs impair the ability to make decisions and diminish impulse control.

His scientific opinion wouldn't be conclusive and would be based upon conjecture at this point in time. However, his conjecture as to Branden's condition alter in life would be decreased with the knowledge that the problems identified at the Ridge continued throughout the remainder of his youth and continue to exist.

While Branden was under his treatment, homicidal/suicidal ideations were a big point in the DSM-Ill. They had just been recognized as important triggers for behavioral/mental illness and were stressed by the psychiatric field to be looked for in youth. Sociopathic diagnoses weren't used until the age of 18 - before 18, they are diagnosed as conduct disorders. References to Branden being a flight risk and under suicide watch were institutional controls and were not based upon individual diagnoses.

Dr. Aug would be an excellent witness. He comes across very well.

*Interview*: Haroletha Klausing, RN, Independent Wellness Consultant, (859) 269-5038, www.5pillars.com. Currently a Nikken distributor.

Ms. Klausing came by the hotel and attempted to identify Branden from his photograph. She didn't remember him. However, she is an excellent source for information regarding the juvenile justice and social services systems of Kentucky. She has worked at Charter Ridge, the Methodist Home, at the Ride and in a hospital setting. She readily can identify and explain the economic controls/failings regarding treatment and care of juveniles. She is also well-versed in the fact that each psychiatrist has his/her own mode of treatment and no two are alike. Records

125

**JA 6657**

65379

don't follow children as they should and treatment and rules are different with each facility. Psychiatrists are far from consistent. In essence, she says these inconsistencies don't help children but perpetuate and exacerbate the problem. She was very pleasant and informative and available for future consultation.

*Interview*: James Meadows, House Parent at the Methodist Home, 505 Lauren Drive, Nicholasville, KY, (859) 881-1828.

Meadows is currently a special ed teacher at Tates Creek Middle School. Greg and Lesa interviewed him for about two hours.

Meadows began working at the Methodist Home in Oct. 1993 and worked there for 9 and ½ years. Branden moved into his house on Aug. 11, 1996. He said Branden was the most noncompliant kid he'd ever had - he wouldn't go to bed, had night issues and wouldn't get up in the morning. He had a long ponytail to his waist and wasn't allowed his privileges until it was cut.

Branden's most prized possession was a leather jacket Jimmie had given him. Branden's room would be a wreck and he would be at risk of losing all belongings not properly in their place. The jacket would always be hanging in the closet because Branden wouldn't risk losing it. It seemed to be the only item he cared about.

Branden bit and punched Meadows. Branden only thought of the immediate and nothing of future consequences. He exhibited poor impulse control. He attributed some of Branden's poor behavior to the fact that Branden had been in another cottage with more lenient rules. Meadows is a by-the-book man and his cottage was quite different from the other one in its day to day management. This adjustment was a problem for Branden.

A riot occurred at the home on Aug. 23, 1996, mainly at Meadows' cottage. Branden wasn't an aggressive active participant, but he saw Branden standing in the doorway encouraging the rioters. There is an incident report about his improper vocal participation in the riot. One of the children was arrested. Branden and Ron escaped on Sept. 4, 1996. TJ had a history of being a sexual abuser. He recalls an incident between Ron and TJ with Ron ultimately being moved out for aggression.

Branden was mad at the world, his parents and the Dept. of Social Services. He felt that Branden planned his sabotages. If he had the opportunity, he would plan and act to use the opportunity but not see the future consequences. He saw Branden as a 14-year-old attention-seeking punk. He didn't consider Branden dangerous because of his youth and small size. Branden was physically aggressive toward him, but Meadows wasn't afraid of him. Meadows slept every night at the end of the hallway from Branden and had no fear of him. Branden never used any weapons. He had no impulse control and had frequent temper outbursts. If he was mad, he let you know immediately. When he was trying to get out of trouble, he would say, "My bad." He was very manipulative, pitting staff against staff, but the staff saw through this easily. He exhibited little man syndrome and would exaggerate things. He didn't find him to be street smart nor intelligent. He recalls Branden being on Lithium while he was the home. He thinks Branden got a raw deal in life.

While Branden was at the home, he began making a chess set in shop class. He was very attached to the set, but it wasn't completed when he left. Mike May finished the set and Meadows thinks May sent it to Branden.

126

JA 6658

65380

In 2000, Meadows was at a baseball game with the kids from the home. Branden was watching the game since he wasn't allowed to participate. Branden apologized to Meadows for his misbehavior and aggressive acts.

Branden would have had the most interaction with: Daniel McSpaden, social worker in Lexington on Center Parkway, living in Wilmore; Lane Stonecipher; Mike May; Brenda Shaner; and Angela Covell, Branden's treatment manager.

*Interview*: Marsha Berger, Director of HR, Coachman RV, Middlebury, IN.

She verified in writing that Chad Fulks was employed at Coachman from May 15, 2002 to May 20, 2002. She verified that Dwayne Fulks, Chad's brother, currently works at Coachman.

## 1/15/04

****Branden was hitting his head on the bars of his cell. An open wound was present in the middle of his forehead. During this episode, he stated his wanted his Concerta because without it he gets agitated (p. 6670).

## 01/16/04

*Interview*: Brenda Shaner, a former teacher of Branden's, (513) 351-3867(h), (513) 374-9462(cell)).

Lesa spoke with Brenda via phone. She called Lesa based on Lesa's attempts to contact her through James Meadows. She had been in SC on vacation. She was very concerned for Branden's welfare and was interested in helping him, but said she would have to tell the truth whether it hurt or helped him. She asked about the status of Branden's case and about what he had done. She couldn't believe Branden would have had anything to do with murder unless someone was leading him or events were unfolding beyond his control. He had no ability to think beyond the moment. She asked if he was under the influence of drugs at the time because he "had always battled with a severe drug addiction."

She said she would try to locate a piece of artwork Branden had done for her. She was always telling him that he should reach for the moon and he might catch a star. During one period, he had been behaving well and was given a reward. He didn't ask for the usual things but instead asked for art supplies. He then created a picture of himself reaching for a star with the moon above it. She said Branden was one of those special children you remember everything about. Lesa is going to call her again when she gets the subpoena for N. Kentucky and arrange to meet with Brenda then.

Brenda asked if she could write to Branden. Lesa said she would check with the attorneys. Brenda said if it would compromise her ability to testify later on, she didn't want to write now.

## 01/18/04

*Interview*: Dr. Dixie Moore, the Ridge, 121 Prosperous Place, Lexington, KY 40509, (859) 263-2772, (859) 263-2770 (fax).

**JA 6659**

65381

Lesa contacted Dr. Moore via phone. Dr. Moore has promptly returned or taken Lesa's calls. She doesn't think she had contact with Branden but oversaw the work of Carol Bolt Baker. She has obtained release and permission from the Ridge to speak with us and is obtaining a file from them. She's going to review it and see if she remembers Branden.

Carol Bolt Baker married and moved to Shelbyville, KY. Dr. Baker would have been the last one to have contact with Branden. Dr. Moore has attempted to contact her at her last known employer and suggested contacting licensing to see if they could locate her. Autotrack licensing check was negative.

Moore is going to review the record and continue to help in locating Dr. Baker.

*Attempted interview*: Dr. William Platz, treated Branden at Stoner Creek.

No listings were found in Kentucky and no license results using Autotrack. No one seems to know where he is located. Checks with the UK psychiatry department yielded no information.

Dr. Vincent Taormina, 762 Bravington Way, Lexington, KY 40503, (859) 223-3776.

Lesa has left numerous messages with his answering service and has received no response.

Dr. Chris Rivard (female), treated Branden at Methodist Home.

No telephone listings in Kentucky, no license results through Autotrack. Several parties interviewed have indicated that she is in Danville or Lancaster. Lesa hasn't had any luck finding anyone who has heard of her.


## 01/18/04

*Interview*: Joe Jones, 818 Polk Avenue, Charleston, IL, (217) 345-1164(h), (217) 348-3950(w).

Joe is an ex-boyfriend of Veronica Evans. He dated her for about seven months, from the fall of 2000 to the spring of 2001. Veronica is bi-polar, crazy, and a liar. She wanted more out of their relationship than he was willing to give. He said their relationship was strictly sexual. Veronica and her friends, Amanda West, Crystal Montaque, and Dina Jones Babar have dated black men. He has also dated Dina. He said all four of these women are nothing but whores and big, big trouble. Veronica's son, Miles, was fathered by Amanda's boyfriend at that time. Dina and Veronica got into a fight over him while he was dating Dina, and the police were called (home was at 1607 10th Street, Charleston, IL).

He has seen paperwork from Illinois Dept. Of Children and Families showing Veronica diagnosed as bi-polar. (Jones called on 01/24/04 saying he couldn't find the paper but was sure Dept. Of Children and Families would have it). He knows that Veronica is a marijuana and crystal meth user. Veronica and Denis, Christian's father, cooked meth in their house in Kentucky. Dina Babar's mother works at Dept. Of Children and Families and feels this is the reason veronica hasn't been prosecuted for child abuse. Jones said he didn't know anything about an incident involving Michael Jordan and Veronica because that occurred after they had broken up.

128

**JA 6660**

65382

Veronica's other boyfriends include James Williams, b/m who works for E. Illinois University Police in Charleston. He said he had videos of Veronica and gave them to Carlisle and Carolyn. The other videos had been taped over or destroyed. The video he handed over shows Veronica performing oral sex on Jones. During the video, Veronica stops the sex act for a second and tells a child to get another bowl of cereal.

Jones said he would be available if we needed him in the future.

## 01/20/04

*Interview*: James Williams, Police Officer, Eastern Illinois Univ., Charleston, IL, (219) 763-6870.

James said he did know Veronica Evans. When he found out where Carlisle had gotten his name, he said Jones was as crazy as Veronica. He had an on and off sexual relationship with Veronica from 2000-2001. Veronica and her friends like black men. He said Veronica is crazy as hell, bi-polar and a liar. He wouldn't trust a word she said and that she wouldn't know the truth if it slapped her in the face. He said as a cop, eh doesn't trust many people, and Veronica is someone he definitely would not trust. Williams offered to assist in any way he could.

*Interview*: Chief Joe Plummer, Mattoon, IL PD.

Chief Plummer was familiar with Veronica, Dina, Amanda and Crystal. He had been served with a subpoena from Bill Nettles for Veronica's records. Chief said he would give us the records but he would need a subpoena. Carlisle told him we would send a subpoena and add the records of Dina Babar Jones, Sheila West, Amanda West and Crystal Montaque. Chief Plummer was very helpful and agreed to assist all that he could.

Carolyn and Carlisle located Allen Ludwig's residence, 55755 County Rd. 27, Bristol, IN, (574) 825-2029(h), (574) 262-2576(w).

No one was home at the Ludwig residence. They left a message on the answering machine identifying themselves and asking him to return their call. On 01/22/04, they contacted Mr. Ludwig's office where they were informed that Ludwig would be unavailable for the next three weeks. They left a message at his office to contact us at his earliest convenience.

## 01/21/04

Results of trace evidence of items from Ford Aerostar van returned:

Soil recovered from boots, socks, pants and belt were dissimilar and cant be associated with the soil from the vehicle burn area. No soil is present in the jacket, ski masks, hats, t-shirts, socks, wash cloths or gloves. These items were examined visually using light microscopy.

Results of trace evidence (hair and fibers) and latent print exams will be returned as separate reports. Signed Maureen C. Bottrell, Trace Evidence Unit, (703) 632-7697.

No hairs like those found on Samantha Burns' hairbrush were found on items submitted from the Ford Aerostar van. However, the hairbrush is not a suitable known head hair sample.

129

**JA 6661**

65383

Should a suitable sample be obtained, please submit the known head hair sample so additional analysis can be conducted. No other hair/fiber exams were conducted. Signed Cary T. Olen, Trace Evidence Unit, (202) 324-8920.

Chemical test for the possible presence of blood was positive on a shirt, mask, two socks, and a camouflage bag, but the presence of blood couldn't be confirmed. None was found on the other tested specimens. The jacket, ski mask, hat, t-shirt, second ski mask, hat, belt, t-shirt, socks, cigarette carton and binocular strap and plastic bag were examined visually for serological stains, but none were found. (Specifically p. 2777)(p. 2749-2778).

The toothbrush was examined using short tandem repeat (STR) loci and amelogenin sex typing and indicated DNA from more than one person. No detectable DNA was recovered from a shirt, mask, some socks, and the camouflage bag, so no STR analysis was conducted.


Carlisle received a call from Freddie Kinman, Veronica's current boyfriend in Hopksinville, KY. He said John Rebold, (917) 251-4073, and Sherrie Johnson, (607) 255-6478 and (607) 277-8372, who identified themselves as working on Fulks' defense, had contacted him. They asked him where they could locate Veronica and what she was going to show the Basham defense investigator in SC. Freddie said he refused to talk to Johnson and Rebold and told them he didn't know me or where Veronica was located. Carlisle told Freddie he should have told the truth, but Freddie said it was none of their business and he didn't like their attitude.

*Attempted interview*: Donna Bunch, 316 S. 21st Street, Chesterton, IN, (219) 926-5772.

Carlisle and Carolyn attempted to contact Bunch by phone. They left a message on her machine requesting a return call. They left a second message on 01/24/04. No contact has been made at this time.

*Interview*: Lynn Fleck, Property manager for Woodland Village MHP.

She supplied a copy of an eviction notice sent to Severance frrom Woodland Village, a copy of which was forwarded to Portage PD. She told Severance the mobile home was ruled abandoned by the court and purchased by Woodland Village for $1.00. She offered her assistance in the future if we need it.

*Interview*: Ken Holder, MD, Kathy's new physician at Trover Providence, (270) 667-7017.

Paige interviewed Dr. Holder who is treating Kathy now. She left Pennyroyal Mental Health because they have been pressuring her to eat. Her last appointment was with a female counselor (Ruffley) who threatened to have her arrested if she didn't gain weight. Kathy got very angry and switched over to Holder who is treating her for breathing difficulties. He has only seen her one time for an appointment in November where he agreed to write her prescriptions for her psychotropic meds. She is supposed to return in February for her three-month checkup which she prefers to the every two-week appointments at Pennyroyal. Holder doesn't know much about her and seemed uneasy about writing her all these prescriptions without much follow-up.

*Interview*: Phyllis Kennedy, 478 Wyatt Avenue, Madisonville, (270) 824-7566.

JA 6662

65384

Paige spoke by phone with Phyllis, another nurse who dealt with Branden at the Hopkins County Health Dept. She has since retired. In 2000, she was responsible for filling out paperwork for the doctors when the patient came in for a visit. Branden was being brought in from the detention center for a general health screening and she was responsible for asking him the questions on the sheet. She has heard about the case but doesn't recall anything about Branden or remember speaking with him.

*Second Interview*: Dr. Lawrence Suess, Methodist Hospital's New Choices Clinic, Henderson, KY, (270)827-7457.

Seuess only had a few minutes but wanted to speak with Jan about Branden. Unlike the previous interviews, he seemed not to remember much about Branden. After receiving some fo the records, he recalled seeing Branden at the jail and that he had treated him at River Valley Mental Health.

He diagnosed Branden with ADHD and that he had strongly suspected he was experiencing psychotic symptoms, although Suess had a hard time getting enough information to make any definitive diagnosis. Branden was habitually noncompliant with his meds, typical for people like him, but it made treating him all the more difficult. Suess wanted to do personality testing with Branden but didn't get it done. He wanted better therapy for Branden but it would have required having a healthy therapeutic milieu, and he didn't have that with the staff at the time. He had staff with illnesses that rivaled his patients' including a nurse who performed an exorcism on a patient.

He thinks Branden is somewhat typical of a mentally ill kid who fell through the cracks of all the services that were supposed to protect and treat him. He says there is collusion from the top to the bottom in that no one does anything to truly intervene and no one holds anyone else accountable. This is rampant in rural Kentucky. He questioned and denied the validity of statistics Lesa provided to the contrary. He complained about being one of only three Board Certified Child Psychologists in the area and how overwhelming it was to try to weed through everyone who needed treatment.

Branden is incapable of conceptualizing or carrying out a plan like the one that was followed in the incident and guys like Branden are followers, not leaders. They will easily attach themselves to people who are violent and more charismatic if they don't have proper boundaries set for them. Branden should have been watched carefully in an institution where he was followed much more closely and treated more carefully for a much longer period of time. Only then might there have been hope for some real improvement for Branden.

He remains very willing to come and testify at trial.

## 01/22/04

*Interview*: Jerome McKechnie, Branden's first cousin, Becky Jarvis' son, currently living in Rosey House 2 in Owensboro, KY recovering from an alcohol addiction, (270) 689-4026.

Jerome is Becky and Ellis McKechnie's son. Ellis was Becky's first husband. Jerome was born on 04/24/77. He and Charlotte Basham are only six months apart in age and were raised almost like siblings since their mothers threw them together. The two of them would go to

131

JA 6663

65385

one or house or the other so the one parent would have a break. He can speak to the chaos and madness that went on in the Basham household since he spent a good bit of time there.

Jerome doesn't remember any effects on Branden from his fall. The biggest problem with the way Kathy treated her kids was how inconsistent she was with her discipline and emotions. Sometimes you could do something terrible and she was just say, "don't do it again." However, if you later walked through the room the wrong way or said something she didn't like, she would beat the hell out of you and scream and throw things. She never tried to beat Jerome, just her two kids.

Jerome said he was staying at his father's house when Jimmie bit Becky's face. He said hearing the story was shocking because Jimmie never showed any sort of anger or emotion, especially toward Kathy. However, that day he got angry, and Kathy called Becky for help. Jerome didn't see the wound until it had begun healing because it was bandaged, but he remembers his mother being pissed off that Kathy was trying to make up with Jimmie on the way out the door and trying to get him to go to the hospital to get stitches for the gunshot wound. She said that was the thanks she got for coming to Kathy's rescue.

Branden started smoking pot with Jerome and Charlotte when they were 11-12 yoa which would make Branden 6-7. Branden knew where Kathy hid her stash, so he would steal it for Jerome and Charlotte and then began using it with them. Soon, Kathy just started giving it to them so they wouldn't have to steal it. Eventually the sharing extended to other drugs like cocaine and crack. Kathy, Branden and Charlotte became severely addicted to crack, but Jerome said it didn't do much for him. He was a whiskey man and that was all he ever really craved. He collected 7 DUIs, pulled some time in jail and is now in a 12-month rehab program that is supposed to be very successful for people with long-term addictions.

Jerome said Branden was a pain in the ass as a little kid. Jerome loved him but said Branden was always moving and touching things and being fidgety. He was lay when it came to being helpful, had a sarcastic mouth and would sneak around all the time. Jerome would always beat on him to try to get Branden to sit down and straighten up, much like a big brother would do to a younger brother. The Blake uncles, Tommy and Bobby, were very hard on Branden. Uncle Darryl got mad at Helen and Kathy one time and said he was going up to Helen's house to beat the hell out of them. Jerome and Charlotte were in the house at the time, and he remembers Helen and Kathy locked the doors and windows and were scared he would break into the house. All the Blake men had serious alcohol issues and were all at least half insane.

Regarding Kathy's boyfriends, Jerome said Clifford Emerson was an especially bad choice. He looked like a guy who had escaped from the pen, complete with handmade tattoos all over his body and a psychopathic personality. The girl Clifford dated after Kathy was always black and blue from his beatings. Clifford is now doing serious time in prison although Jerome is unsure of the charges. All the guys Kathy dated were drug addicts or dealers or both because Kathy wouldn't bother with them if they weren't.

When asked to compare Becky and Kathy, Jerome said his mother gets hysterical like Kathy and the rest of her family, but that she somehow stays fairly rational while Kathy is typically unreasonable and irrational. Jerome says Kathy is and always has been completely nuts.

132

JA 6664

65386

*Attempted interview*: Ron Yoder, 56518 County Rd. 27, Goshen, IN, (574) 825-9547.

Carlisle and Carolyn located the Yoder residence, but no one was home. The left a message on the answering machine and requested a return call. Yoder is Mr. Ludwig's neighbor.

*Interview*: Rick Potts, Severance's boss at Travel America, 1201 N. Ripley Station St., Lake Station, IN, (219) 926-6552.

Potts was subpoened to testify before the Grand Jury on 02/25/03. They asked if he knew a Jeremiah Townsell. He said he didn't and a check of records at Travel American revealed that no one by that name worked there.

*Attempted interview*: Jeremiah Townsell, Mansard Dulac MHP, Michigan City, IN.

Carlisle and Carolyn were unable to locate Townsell at this time. According to Severance, he is a former boyfriend and she hid her Jeep from the repo man at Townsell's residence.

Sands Inn Motel, 1630 Maple St, Michigan City, IN, (219) 872-0717.

In Tina Severance's interview, she indicated that Fulks and Basham locked them (Severance and Roddy) in the motel rooms when they left for the day. Investigation by Carlisle and Carolyn revealed that the rooms at the Sands Inn can't be locked from the outside to keep someone from exiting the room. All the motels they stayed in will be checked to see if the doors can be locked from the outside.

Carlisle and Carolyn left a message with the LaGrange Co. SO for Deputy Houser to contact them. On 01/24/04, Houser called and said his involvement in the case was only to escort FBI agents around LaGrange Co to interview Fulks' family members. He is familiar with the Fulks family and didn't have anything good to say about any of them. He offered any assistance.

## 01/24/04

Carlisle spoke with the Wayne Co. SO central dispatcher who advised Mark Bradshaw wasn't employed with their department. He had never heard of a Mark Bradshaw being a deputy or law enforcement officer in Wayne County.

## 01/30/04

*Interview*: Dr. Cardona, Stoner Creek.

Lesa was able to interview Dr. Cardona who had reviewed the copy of records from Stoner Creek. He doesn't remember Branden's face but the records reflect that Branden had a rough time in the hospital. He needed to be in a locked facility until he was stabilized on his medications. Hospitalization would include a step-down progression to a long-term psychiatric residential facility. Because of the bi-polar diagnosis, this process would take at least six to twelve months for Branden to become stabilized.

**JA 6665**

65387

He thought Branden would have characteristics of both a follower and leader. It was hard for him to say which would be more dominant because of numerous notations of Branden riling up the unit. He saw that Branden displayed characteristics of both. On the other hand, Branden was notably smaller in stature which would be a factor to consider. He noted the sexual abuse incident at Methodist home would be indicative of follower behavior. He felt it would depend on who was influencing Branden. He is available if we have any other questions.

*Interview*: Dixie Moore, formerly of Charter Ridge.

Lesa spoke with Dr. Moore again who was unsuccessful in locating Carol Bolt Baker. Lesa hasn't had any success in locating her in any licensing database. Dr. Moore received the records from the Ridge, but she never saw Branden. She only reviewed graduate students reports/recommendations.

## 02/02/04

Carlisle and Greg obtained records on Fulks from the Cabell County Courthouse. No records were found on Basham. Records were turned over to the attorneys.

## 02/03/04

*Interview*: Larry Tomblin, Beth's brother, (304) 617-5804©), (304) 733-1684(h).

Carlisle and Greg spoke with Larry who said he had heard from Beth but didn't know if she was in Columbia, SC or Columbia, TN. She called him on his cell but he has since erased the number. She didn't call him collect. He didn't know why she would be in either spot. He said he last saw Chad in the summer of 2002. Chad was driving a Dodge Intrepid and was with a white female wearing a correctional officer's uniform. He didn't know her name, but she was tall and of medium shape. [Carlisle contacted both Tina and Veronica with this info. Tina denied being at Larry's house with Chad. Veronica said she was with Chad at this time but wasn't wearing a uniform. The Intrepid was Veronica's car.]

The last time he saw Chad was in Nov. 2002. Chad was driving a BMW and had a w/m with him named Branden. Chad asked Larry to check for leaks on the BMW. Larry didn't find any but told Chad the undercarriage looked like it had been "bottomed out." He said Branden acted "kinda nervous," but in his opinion, both were acting normal and not like they had just killed two people. Chad had a .22 he wanted to sell/trade, so Larry contacted Che McCoy to see if he was interested. Jason Paynter and Anthony Creamens were also present at his house when Chad and Branden showed up. Chad took Anthony for a ride in the BMW. Larry said he had already talked to Pete Skidmore, investigator for the Fulks team, and took him to meet Che McCoy. He said he would call if he heard from Beth.

Later: Carlisle spoke with Larry who said Beth had called him on 2/4/04 but the number came up unknown. He gave Beth Carlisle and Greg's names and numbers and told her to call. As of 2/15/04, she has not called.

Interview: Mrs. Tomblin, 132 Park St., Huntington, (304) 525-1711.

**JA 6666**

65388

Beth's grandmother said she didn't know where Beth was and hadn't heard from her in a while. She said all of Beth's children were with their fathers:

1. Tiffany - 8yoa
Bobby Farris, father, Prockerville, Ohio area
2. Jamie - 7 yoa
Bryan Smith, father, 3rd Avenue and 28th St, Huntington
3. Ashley, 4 yoa
Tim Watts, father, South Point, Ohio
4. Paige - 3 yoa
Chris LNU, South Point, Ohio
5. Branden - 10 months
Father unknown

Mrs. Tomblin advised that Beth's mother, Anyce Tomblin Burd, died 5/22/03. She was 43 yoa. She said if anyone has heard from Beth, it would probably be Larry, her brother. She would contact us if she hears from Beth.

*Interview*: Che McCoy, 1122 Rear Norway Ave., Huntington, WV, (304) 736-2347.

Che told Carlisle and Greg that he had known Chad for a while and confirmed the call he received from Larry in Nov. 2002 was regarding a .22 Chad wanted to sell/trade. Larry told him Chad had a gun he wanted to get rid of. He drove to Larry's house where Chad, Jason, Branden, and Larry were present. This was the first time he had met Branden. Che had a 9mm he had purchased that was registered in his name. Chad wanted to trade his .22 for Che's 9mm. Che refused, telling Chad it wasn't an even trade. Chad then offered Che $200.00. Che agreed but backed out after Chad refused to sign a bill of sale. He returned home with his gun and Chad kept his. Che confirmed talking to Pete Skidmore whom he relayed the same information concerning his contact with Chad at Larry's house in Nov. 2002.

*Interview*: Jason Paynter, 1400 Cedar Crest Dr., Lot 3, Huntington, WV, (304) 736-0090(h).

Jason confirmed seeing Chad and Branden at Larry's House in Nov. 2002. Chad was driving a BMW. He didn't observe anything unusual about them. He said he had never met Branden until then, and he seemed nervous. At one point, Chad told Branden to wait in the car. He saw Chad in possession of a .22 that he wanted to sell/trade. He doesn't know if Basham had a weapon or not.

Carlisle and Greg Cook traveled the most direct route Fulks and Basham could have traveled from the Guyanotte River Bridge to the cemetery and the location fo Samantha's car back to the Hollywood Motel. The total trip was 24.3 miles. It took 25 minutes to drive from Guyanotte River Bridge to the location fo Samantha's car.

*****Interview*: Joe Jones, 351 West Noel Street, Madisonville, KY (270) 821-0672 (p. 6060)

Mr. Jones is the father of Joe Jones, Jr. who is in prison. He confirmed that his son and Branden were friends before they went to prison. He thinks Branden may have come to the school bus on the property where his son lives, 25 Kingdom Hall Road, the night he escaped to get clothes; however, he doesn't believe that Basham stayed the night.

135

JA 6667

65389

Also, around June or July 2003, someone from Basham's attorney's office came to talk to him about Branden. They went into the school bus and came out with an orange shirt that looked like prison clothing. He does not remember any names.

****Interview: Rebecca Matheny, 51 Kingdom Hall Road, Madisonville, KY (270) 821-6070
   Miss Matheny's brother is Joe Jones, who is in jail, and might have been friends with Basham while growing up. Rebecca's family lived on the property adjacent to the Bashams for years. In the summer of 2003, some law students, claiming to be working for attorneys representing Basham, came to look at the property at 25 Kingdom Hall Road. Matheny's father agreed; they took pictures, but she didn't think they left with anything. She had heard that Brandon came to the schools bus parked on the property on the night he escaped to get clothes, but she doesn't know if it actually occurred or not. However, she is certain the mobile home on the property was not broken into (p. 6059).

****Report: Detective Boyd of KY State Police provided a copy of the report detailing the investigation on 11/4/02 regarding the escape (p. 6061). The report is not in discovery at this page number though.

Attempted interview: Chance Grimes, DOB 5/11/84, Rt. 1 Box 362D, Milton, WV.
   Carlisle and Greg Cook were unable to locate during this trip. Greg will follow-up.

## 02/04/04
West Virginia State Police Report on the Samantha Burns investigation, p. 3641-3470.
   Tina Severance interview (01/28/03) - Severance said Basham and Fulks left soon after they checked into the Hollywood Motel on Nov. 11, 2002 and said they were going to the mall. They returned between 2 and 3 a.m. the next morning. Roddy told her about a small diamond heart shaped women's ring that Basham had on a chain around his neck. Severance had never seen the ring before. She remembers seeing a box of fundraising candy in the van when they reached SC.
   On the same date, Andrea Roddy was interviewed. She wasn't sure when Fulks and Basham returned to the room but knew they were muddy. The van also had mud on the floorboards and some on the front seats. She asked Basham about the bo of fundraiser candy and he told her he had taken it from a little girl selling candy. Basham also had a diamond heart shaped ring around his neck - probably a size 6.
   Luke Rose, 318 Tiernane Street, Guyandotte, WV reported seeing a hand on a floating log on Feb. 14, 2003. A search was conducted with negative results.

Interview: Garnett Goodman, Heather Goodman's mother, 9th St., Guyandotte, WV.
   Mrs. Goodman said she didn't know exactly where Heather was living because she stays here and there. She sometimes stays at her aunt's house at 3205 9th St., Guyandotte, WV. Other times, she stays with her friends. She was unable to give us any of the friends' names. Heather hangs around Marcum apartments and is 25 yoa.

136

**JA 6668**

65390

Carlisle and Greg went to Marcum Apts, a known drug area inhabited by dealers and prostitutes. Fatty's Olive Street Market, mentioned in discovery, is adjacent to Marcum Apts. They didn't locate Heather at Marcum Apts. Greg will follow-up.

*Interview*: Mrs. Thacker, Stacey Thacker Workman's mother, 2812 Hite St., Huntington, WV, (304) 525-1307.

Stacey's mother had no idea where she was and didn't really care. Stacey and Rob Holley, not Perry, broke into their house on Aug. 2003 and stole a safe that was bolted to the floor. Charles Thacker filed a police report with Huntington PD. Nothing has been recovered and no investigation has been conducted ot her knowledge. She can Carlisle and Greg an address for Rob Holley as 165 Oney St., Huntington. She said she would contact either of them if she got more information on Stacey's whereabouts.

Carlisle and Greg later spoke to Mrs. Holley at 165 Oney St., Huntington, which is right around the corner from Beth McGuffin's house. She said Rob was living with his father but occasionally comes to her house. She didn't know if Rob and Stacey were still seeing each other or not. She didn't know her husband's address but gave them directions from which they were unable to locate the residence. She said she would contact them if she found out anything else.

*Interview*: Sonja Johnson, 3469 German Ridge Rd., Huntington, WV.

Sonja observed a vehicle fitting the description of Samantha's and a pick-up truck off Cemetery Road off Haney's Branch. No additional information to add to her interview with law enforcement. Unknown if the vehicles she saw were relevant to the case or not - she hasn't heard one way or the other. She advised she didn't know Liz Johnson.

Attempted to locate Beth McGuffin.

Carlisle and Greg Cook spoke with David Woodyard regarding a follow-up attempt to locate Beth. David as alone at his grandmother's residence. He said Beth was at her father's house in TN. Her father's name is Kenny Diamond. There were too many people around for him to talk to Carlisle and Greg the first time they came by.

Carolyn conducted a phone number check on Kenny Diamond in Tenn. Records revealed the following:

Kenny Diamond
1681 Kerr Hill Dr.
Lynnville, TN 38472
(931) 527-0057

Attempted to locate Bobby McDaniels, DOB 9/10/63, SS 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.

No one seemed to know where Carlisle and Greg Cook could locate Bobby McDaniels. They tried three locations with no luck:

1. 1207 9th St, Apt 2, Huntington, WV - no answer at door
2. 976 28th St., Huntington, WV
3. 2807 Wilson St., Huntington, WV

Greg will follow-up.

137

**JA 6669**

65391

Carlisle and Greg searched the Wayne County Courthouse for records pertaining to Chad and Branden. None were found.

Interview: Clifford Jay, Branden's Certified Instructional Aid at James Madison Middle, 301 S. Atkinson Avenue, Earlington, KY 42410, (270) 383-5259.

## 02/05/04
Carlisle and Greg Cook followed up with the following individuals before leaving WV:
1. Garnett Goodman regarding Heather Goodman.
2. Mrs. Tomblin regarding Beth McGuffin.
3. Mrs. Holley regarding Rob Holley.
4. Larry Tomblin regarding Beth McGuffin.
5. Mrs. Thacker regarding Stacey Thacker Workman

All had no new information and promised to contact Greg or Carlisle is information developed. Greg will continue follow-up.

## 02/06/04
*Government interview*: Clifford Jay, Branden's Certified Instructional Aid, 301 S. Atkinson Avenue, Earlington, KY 42410, (270) 383-5259, pp. 3841-3945.

Jay said neither set of defense counsel he had spoken with had asked him about a telephone conversation he had with Basham on Christmas Eve of 2002. Jay said he doesn't want to see either defendant get the death penalty due to his religious beliefs, but that his beliefs wouldn't keep him from being truthful with defense counsel or the government.

Jay was Branden's CIA while he was at James Madison Middle School. Branden was a seventh grade student in the Emotional Behaved Disturbed (EBD program and was two years behind in school due to his learning disabilities. Monte Mefford, (270) 821-9518, was his teacher and has since retired. Jay was Basham's CIA for two to three years. He gained Basham's confidence by disciplining him and even restraining him for volatile behavior. For example, Basham fell asleep once during class. Jay tapped him to wake him, and Branden pulled a "one man straight blade knife" and swung it at Jay's neck. Jay fell back and avoided being cut and was able to take the knife away. The next day, Branden's father came to school and asked Jay to return the knife. Jay told him no, that he was lucky Jay didn't file a motion to have Branden institutionalized for being out of control.

Jay said Branden was a small kid with "little kid syndrome" who would never back down from a fight. He also wanted to help and protect people, but would often get into fights with students who made him angry. Jay recalled an incident where he and a friend were in a convenience store pretending to be about to fight. Branden stood between them in the store and asked Jay if he needed help. Branden intervened even though Jay's friend was a large person.

In 1996, Branden was institutionalized for being out of control. Connie Kirkwood was Basham's court designated child advocate. She went to see Branden's mother who told Jay Branden wanted to see Jay. Jay was concerned about seeing Branden because he had played a

138

JA 6670

65392

role in the petition filed to institutionalize him. However, he visited with Branden's father. He asked Branden if he had been on drugs during the past few years. Branden said he had been on drugs and had a $150/week cocaine habit and then told Jimmie he had stolen tools from him. Branden was fourteen/fifteen yoa at the time. Four or five years later, Branden ran into Jay and was working at Tyson Foods in Hanson, KY. Basham asked Jay for gas money for the week. Jay said Branden's complexion was clear and he didn't appear to be on drugs at the time.

Jay knows Branden's parents gave him alcohol as a child and made him dance on tables. He doesn't know of all physical of sexual abuse allegations by Branden's parents. He thinks Branden had fetal alcohol syndrome just from his observations of Branden. He didn't know if Branden was incarcerated as a child.

Jay learned of the escape through the news. He was concerned Branden might be coming to kill him. He made sure he kept his gun loaded when he was at home due to this fear. He felt this way because Branden was so unpredictable, was hyperactive, had ADD, might have fetal alcohol syndrome, and may have been on drugs. By the time Branden called on Christmas Eve 2002, Jay knew he had been captured.

Jay's mother accepted the collect call from Branden. Branden told Jay he was at Columbia Care and told Jay, "I'm okay, Mr. C.J. I'm okay, but you know I'm facing the death penalty." Jay told him we all make mistakes, and Basham should be a man and admit what he had done wrong and tell the truth. Jay asked if Branden had been saved which he said he had. Jay asked him if he did what everyone was saying they did. Jay was referring to the SC murder because he was unaware of the other murder at that time. Branden said, "Yes, sir, Mr. C.J., we killed them." Jay was upset by this response because he thought Basham was incapable of killing someone and because his response indicated he was involved in killing more than one person. The conversation was serious and during the call Branden seemed clear and coherent. He was not in an excited or agitated mood when he admitted he and Fulks had killed. Jay told Branden it wasn't over, it was how he handled the situation and Basham should ask forgiveness from God. He told him the story about David having Uriah killed and David was still loved by God after he confessed and asked forgiveness. Jay told Basham to be a man, to help "these people," and tell the truth. Basham said, "Yes, sir, Mr. C.J."

Basham told Jay regarding Alice Donovan that "We tied her up to a tree." When asked where the woman was, Basham said, "These woods, everything looks the same, I don't remember because everything looks the same." He is almost certain at some point he indicated the missing woman was tied to a tree in the woods of NC. Jay thinks Basham also said he was afraid of Fulks. Jay concluded the conversation by telling Branden he loved him, and Branden responded that he knew. Basham didn't indicate how the missing woman from SC was killed or the roles Fulks and Basham played in her death. Jay hasn't spoken with Basham since this call.

Jay called his from Deputy Sheriff David Morris (Hopkins Co Sheriff's Office) after the call. Jay reported the information he got from Basham. A detective Addison from the Conway Police got notes from Morris. Jay said he trusted Morris and that if the notes indicated Jay told him the missing woman was tied to a tree in NC, then Basham must have indicated such to him. Law enforcement later said they were considering having Jay travel to SC to get information from Basham. This never occurred.

He suggested talking to Sheila Mills at Hopkins County Board of Ed, Rivendell Behavioral Clinic and Monte Mefford.

139

**JA 6671**

65393

He said Basham had a lot of problems growing up, "but you can't blame crime on a tough childhood, people just can't go around killing people."


**02/09/04**

*Interview*: Connie Baker and Brenda Shaner, 3125 Woodsfield St., Cincinnati, Ohio 45213.

Lesa interviewed both women. Brenda is now a multi-agency state coordinator for social services. Connie is a senior manager for senior citizens' services. Connie didn't have much one-on-one interaction with Branden because she was in a supervisory capacity at Methodist Home.

Brenda has very strong memories of Branden and became tearful when she talked about him. She said food was a big trigger for Branden. Brenda always listened to Branden and wouldn't be confrontational with him. When she asked Branden was the real problem was, he would become tearful and admit there was no food at home. Many of Branden's incident reports relate back to food issues, including children having cafeteria privileges removed if they acted out.

Both said that money was a major factor in long-term placement in Kentucky back then. There were no true long-term placement facilities for kids in Kentucky at the time.

Branden was never aggressive toward either of them. Brenda said Branden was worried about things a kid shouldn't have to worry about such as looking for food. She saw strong signs of depression evinced by his sleep problems. Branden initially lied when he was caught, but would always admit to Brenda what he had done. He never lied to her when they were one-on-one. She said he displayed a "tough" guy front but was really scared. The tough image was to address the teasing he took for being smaller, and he didn't want to be seen as weak or inferior to others. He would act out when he was in a confined area because he perceived unfair treatment and out of fear. Anytime Branden was confined, he became agitated.

Branden reacted best to those who talked and listened. They felt he was unable to establish any significant bond, and his treatment was hindered because of the constant turnover in therapists. Branden was very good hearted. They didn't notice any evidence of Fetal Alcohol Syndrome, but that wasn't fully recognized then and wasn't within their field of expertise. It was obvious, however, that he had been huffing chemicals. His greatest problem was his inability to verbalize his feelings. If Branden were born into different circumstances or received help at a younger age, he wouldn't be where he is now.

They said many caretakers saw Branden was a troublemaker or punk. This would hurt Branden's feelings, and he would act out. They think Branden was one of the most misunderstood kids in the system. It was obvious he needed psychiatric help and was one of the few psychiatric cases in the system. He wasn't a thug.

Brenda and Connie referred to the large difference between Branden's verbal and performance IQs. He just didn't have the mental ability to verbalize. They said this should be investigated or brought to the attention of his current care providers. They questioned that his IQ was higher at a younger age. Back then facilities wouldn't take a child unless he/she had an IQ of 80+. Lots of time a DSS worker would contact a doctor for a psychological evaluation and state they had to place the child, needed an evaluation, and couldn't place him unless the IQ was

**JA 6672**

65394

80 or better. They think Branden's earlier IQ was a false or inflated number and suggested having the original testing interpreted again.

Lesa asked Brenda about the fishing trip where Branden pushed her in the water. She knew he was going to do it because she heard him giggling. She had to go down to the water's edge for something and told him to not even think about pushing her in. He did, but she turned the situation into a learning one by explaining that while it was funny, she could have been hurt, and that Branden should think before he does something about what might happen to the person.

Cindy and Brenda were never afraid of threatened by Branden. They described Branden was one that once he is in motion, it will take intervention to stop him. His impulsiveness controls him. He couldn't make his mind be still long enough to make a long range plan. There is no way he could have orchestrated any part of the crimes he is accused of committing. The plans Branden would make could never come to fruition because he couldn't follow through.

Brenda told a story about her sister Cindy, who is mentally handicapped with cerebral palsy. Brenda would ask some of her "troubled" students to help her with Cindy when she visited because it allowed them to channel excessive energy. Branden cared deeply for Cindy. He was very compassionate and had great empathy for her. He would care for her before Brenda would even have time to think to ask him to. He was fully aware of all of her inadequacies. She said if she walked Cindy into a courtroom, Cindy's face would light up and she would know Branden.

Brenda said she would tell a jury that while there are current victims, Branden was a victim first of his birth, environment, placements, the systems and chemicals. He is 110 percent a follower and is still a victim of someone with greater intelligence and influence.

Brenda still has a drawing Branden gave her several years ago of Branden reaching for the stars and moon, something she always told her students to do.

After looking at the incident reports, Brenda remarked that none of them were for mean acts. She said if she could review the records, she could recall the incidents behind each report. Lesa forwarded her the records. They were both interested in helping Branden, and Lesa told Brenda she was sure she would be a witness because of her insight into Branden and his problems, the confidences he shared with her and her ability to explain how the system failed him.

They also told Lesa where other Methodist Home employees were:

Julie Brown is in Michigan.

Kristi Kirkwood is an elementary school teacher in Pike County, KY.

Kelly Mullins is now in Fayette County at the Ridge (859)433-6464. Brendan is going to let Kelly now we'll be contacting her about Branden.

*Interview*: Dr. Sean Maguire.

Steve reviewed Branden's chart with Maguire regarding the incident where Branden hanged himself in the Hopkins County Jail. Maguire originally couldn't remember Branden but remembered him after reviewing the chart. Branden was intubated for about an hour before Maguire saw him. Branden wrote notes to the staff denying he had hanged himself to try to get the staff to remove the tube from his throat (p. 4160). Maguire thinks Branden had a hanging injury, not just Branden allegedly rubbing his neck raw. There were two periods of lack of responsiveness that lasted about 15 seconds. Maguire thinks that anyone would suffered

141

JA 6673

65395

prolonged unconsciousness wouldn't appear alert and responsive after about an hour past the incident if he had suffered any level of brain damage. Branden did not present a number of the symptoms usually associated with hangings. Nevertheless, he concluded Branden had tried to hang himself because the bruising alone was the kind of nature that would appear to show a great deal fo force was placed on the neck. While he thinks brain damage would be unlikely under these circumstances, he couldn't rule it out as his background is limited regarding brain injuries. Maguire couldn't remember anything about Branden's attitudes, intelligence, but noted that he was alert and responsive to simple questions.

Steve also met with Sherry Kittenger, Asst. to Karen Renfro at Trover. She prepared a complete copy of the chart from when Branden was admitted for the hanging incident (pp. 4144-4166; 4184-4200). Steve also served her with three new subpoenas requesting medical information for Kathy, Jimmie, and Charlotte Basham.

*Interview*: Detective Greg Jones, KY State Police, (270) 754-9390.

Steve poke to Det. Jones who said he didn't have anything to do with Branden's case except to assist Investigator Smith. After James Hopkins was kidnapped, they did a subpoena for phone records. Other than that, he had no other activity on the case. He said he would call Steve after he checked to see if he had any notes. He thinks he was trying to subpoena Hopkins' phone records to see if anyone called in or out of his house.

*Interview*: Anita Mattingly and Joan Andress, N. Kentucky Children's Psychiatric Hospital (now North Key Community Care).

Lesa interviewed both women who were employees while Branden was at the facility. They remembered his photograph and said he was one of those kids that never had a chance. None fo the caregivers who treated Branden are there now. Dr. Paul Gillingham is somewhere in Ohio. Connie Nolan, CWS, now has a business of her own, and they thought she lived in Independence, Kentucky. Subsequent searches for both were negative.


## 02/10/04

*Interview*: Jimmy Lynn Hill, DOB 7/24/74, Willow Run Apts, (270) 821-0516 (w), (270) 316-4383 (h, lives with Rosa Hockenberry).

Jimmy became friends with Charlotte even though they were a few years apart in school. He met Charlotte's parents when she had a birthday party at Kathy's house. He recalls meeting Larry Pentecost once or twice and thinks he first met Branden when he was around 11 yoa. Jimmy was out of high school at the time he met Charlotte's parents.

At that time, Hill was living right down the street with a friend. He thinks Branden was living with his father at that trailer park as well. Branden was a hyper kid that ran around in the streets and hung around with everyone and wanted to be outside. Branden was a good kid who never gave anybody a whole lot of trouble. He occasionally got into fights with his parents and was constantly being moved back and forth between Kathy and Jimmie. Kathy even asked one day if Branden could stay with Hill for a while because she wanted him to be a good role model

JA 6674

65396

for Branden. Hill was around 20 at the time. Branden lived with him for about a month. Branden was a hyper and rambunctious kid who couldn't stand to be inside the house.

He thinks Branden was coached into doing what was done. Branden got into trouble in the streets and knew Branden used MJ and huffed gas and paint. However, other than minor normal teenage experimentation and getting into trouble, Branden was a fairly good kid. He was never violent but would fight if provoked. He was picked on by older, bigger boys. Generally, Branden never went out of his way to hurt anyone.

Hill tried to be a good role model for Branden because Branden didn't really have anyone in his own peer group to teach him right from wrong. He knew Branden's parents weren't doing a very good job teaching him. Hill didn't have too much interaction with Kathy and Jimmie. Jimmie helped him fix his car, but Hill didn't have much to do with Kathy at all. About a month after Branden moved in with him, Hill had problems with his landlord and moved back in with his mother. Branden went back to living with his dad at this point.

Branden was very likeable and could get along with anybody. Hill thought Branden had a lot of personal problems with his parents and that's why he wanted to run wild on the street. Jimmie was a drinker. He doesn't know if Jimmie was an alcoholic, but thinks he might have been. He doesn't know anything about Kathy's drinking or drug use. His most recent interaction with the Basham's was last Saturday when he went by just to check up on how Branden was doing. He thinks Jimmie might have abused Branden when he was younger. Branden told Hill that his father beat or yelled at him at times. Sometimes he knew when Branden and his father had gotten into a fight. Branden would sometimes go off by himself. He would hear Branden sometimes talking and later would find out that nobody else was there. He thought Branden would be frustrated and talk to himself.

Hill also knows about Blind Randy. He doesn't know him personally but knows he has been over at Kathy's before when Randy was there. He thinks Randy is crazy and doesn't like him at all. Randy and another guy were there giving Kathy problems, and Kathy asked them to leave. They refused unless Kathy would arrange for them to get home. To help Kathy out, Jill gave Randy and his friend a ride home. Randy had a gun and shot a hole in the roof of the Hill's van. Randy is constantly drunk.

Hill didn't have much contact with Branden after they stopped living together. Hill got into some trouble after he broke into his ex-girlfriend's house to get some of his property and took some of her money. He did a year in the state penitentiary for burglary.

*Interview*: Cheryl Durham, DJJ case worker.

Steve met with Cheryl, who describes her position as more like a probation officer. She got involved with Branden's case on the back end of his involvement with DJJ. She started working late in May of 1997. After the DJJ-DSS split of Dec. 1996, Peggy Wood went to cover DJJ cases in Christian and three other western counties. Susan Schwindell temporarily filled the vacancy until Cheryl was hired in May 1997.

Her first contact with Branden was around July 1997 when Schwindell made an appointment for them to visit Branden at Charter in Evansville. Branden was in the Psychiatric United. He was a small, cute child but without her notes, she doesn't remember much else. She said that if she went to the hospital, she probably made notes. When Traci contacted Cheryl last week to make an appointment, Cheryl attempted to look up some of her old notes and was denied

143

**JA 6675**

65397

access. She placed several calls to the main office in Frankfurt. They told her the records were copied and sent with no reason as to why she was denied access. She didn't see Branden again until August or September when he was at Cardinal in Louisville. Branden was on an ITP (Individual Treatment Plan). He said quietly, was polite and answered all her questions. His mother was there, was wild, and kept saying he just needs a chance and that if he came home, he would be alright.

Cheryl only remembers one interaction with Jimmie. He was very hard of hearing, and everyone had to scream in order for him to hear. Shortly after this episode, the public defender had Branden's commitment rescinded. She learned through a call or email that Branden was no longer in the system and had been sent home. She recalls seeing Branden about three times. Once she learned Branden was sent home, she saw the Circuit Court judge and told him she planned on closing the case. The judge basically said, "What else can you do?" She thinks Branden might have been sent home on a technicality. She isn't sure but thinks the PD's office was able to reverse his commitment based on the fact that the judge had a hearing without Branden being present. She isn't sure about this but it is what she remembers.

Shortly after being sent back, Branden got charged for stealing some fishing tackle out of a truck. He went back to court, Cheryl did the PSI, and she thinks he was probably placed on unsupervised probation. She remembers Branden being very teary in court and said something like he didn't meant to do it or he was sorry. She thinks Branden was a person of average intelligence and when he set his mind to something, he really couldn't help himself. He had very impulsive behavior. She couldn't say whether she would describe him as a leader or follower but thinks he probably had both qualities, and it would depend on the situation.

Susan Schwindell went to work for Probation and Parole less than a year ago, but Cheryl is unsure of the county. She said Susan would be a good person to talk to.

Peggy Wood is still a DJJ worker in Hopkinsville and the surrounding counties.

Cheryl was surprised and a little irritated to find that Branden was let out of custody without anyone consulting her or notifying her until it was done. She had numerous contacts with Kathy and Jimmie. She placed several calls to Kathy. Sometimes Kathy would sound drunk, but she would always said she wanted Branden home and felt like his problems would be better if he were at home. She stated repeatedly that Branden just needed another chance. She never spoke to Jimmie over the phone but recalls him coming to court on Branden's behalf about four times. The mother came several other separate times.

In conclusion, Cheryl said she should have specific notes or records of when she visited Branden. She does recalls doing a PSI on the fishing equipment theft. She recalls at least three occasions where she visited Branden in treatment facilities and there should be notes from her on those. They definitely should be notes from Susan Schwindell, who was the primary case worker at that time.

*Interview*: Deanna Dunkin, DSS.

Steve interviewed Deanna about Branden. She knows of Branden but doesn't have any specific recollections of working with him. She knows his family has had extensive involvement with DSS. Dunkin arrived in the DSS office in Oct. 1993, so if she had any involvement with Branden, it would have been in training. She was never assigned to Branden's case and wasn't his case worker. In 1996, all public offenders were transferred to DJJ and were no longer

144

JA 6676

65398

handled by DSS. After 1996, DSS only handled status offenses. During the period around 1996, Branden's case was being handled by Peggy Wood. When the 1996 DSS-DJJ split occurred, Peggy Wood went to work for DJJ.

Dunkin recalled others that worked around that time:

Teresa King - former DSS worker. She opened a private counseling firm which closed. She thinks King is still in Madisonville and may be into antique dealing.

David Klem - Last she heard, he was living in Connecticut. He has been gone from DSS for about ten years.

Linda Hayes - retired DSS. She was the supervisor for intake and investigation team.

Jan Jennings - gone before Deanna started working there.

Mary Lynn Crice - now Mary Lynn Troop, lives in Hanson and works at a Veteran's Nursing home.

She said Pam Nichols, the current supervisor, is on leave for some problems with her daughter, and Deanna doesn't know when she will return. Nichols clearly had the most contact with the Bashams. She has been evasive to Paige in the past and it now appear she is evading Steve. Traci contacted her and was told Steve could "stop by and say hi," but she didn't know anything about the case and now she isn't there.

Steve received a call from Dr. De La Rocha's office and his assistant said he wouldn't be able to speak with Steve even if we sent a court order and subpoena. They don't have the records at that office. They received a release from Branden but since it didn't specifically name Steve, the doctor wouldn't speak with him. He won't speak with anyone but Jack or Greg until he gets a new release with Steve's name on it.

Steve served a subpoena on Hester Chambers at the Pennyroyal Center. She is going to contact us when they are ready to pick up. She is going to have Kathy come in and sign a release just as a precaution. Chambers had a very positive attitude about Branden and described him as a "doll" who made very poor decisions. She said Branden wasn't the type of person to hurt anyone, and he only had a short amount of time left in jail so there was no reason for him to break out just so he could hurt someone. She thinks he was used because he knew how to escape or knew the area. Steve went over the listed doctors with her:

Dr. Bentley - never heard of him.

Dr. Cheryl Hooper - Chambers said we don't want to bother talking to her because she is on mental disability. She is one of those people who was a recovering addict and wanted to treat other recovering addicts and at some point realized she couldn't cope with it. She is seeking disability.

Dr. Arthur Lossner - Hasn't been at Pennyroyal for years and might be dead.

Dean Richards - Actually Martha Dean Richards

Dr. Rozelle - hasn't been at Pennyroyal in years, has no idea where he is

Chambers said to further check the KY Board of Licensed Clinical Social Workers (LCSW), KY Board of Examiners of Psychologists, and a division of occupations and professionals. There agencies are probably based in Frankfurt.

JA 6677

65399

02/12/04

*Interview*: Dr. Alan Thorner, Regional Medical Center.

Harrison met with Dr. Thorner who treated Branden on Feb. 5, 2001, a week before the hanging incident. Branden came from the jail for an overdose. He took some Lortab. Thorner said he could tell by looking at the medical records that Branden had taken the pills just to get out of jail. He said this was a common practice - people in jail would take medication and come into the ER and hope to get admitted because this may cause the charges to be dropped. Branden was probably doing this as well. The notations a the bottom of the page indicates the doctor believed the same at the time. The Lortab he took wasn't enough to do anything but make you sleepy and maybe cause some liver damage. It was non toxic - his reading was less than 10, while a toxic reading would have to be 140. Branden was on a lot of medication, was hostile and non-cooperative. He had a normal EKG and blood chemistry was fine. (The medical records in regards to this incident found at pages 4167-4183.)

*Interview*: David Basham (cousin), 1029 Wick's Well Rd, Madisonville, KY.

David lives in a trailer behind his father's house at the above address. He told Harrison he didn't know Branden very well. Once Branden worked for David doing landscaping after he got out of reform school. Branden didn't know how to work - didn't have the drive or skill to work. During this time, Branden stole clothes off a clothes line. David didn't send much time around Branden or Kathy but knows Kathy wasn't a good mother because of stories he had heard about her. He has heard she is a drug user but doesn't have any knowledge of her using drugs around or near Branden. He knows that neither Kathy nor Branden have "a lot going on upstairs."

David said John Blume and his team had come by asking questions. He didn't tell them much, but they were asking about Jody Jones. He told them Jody is a thug around the neighborhood and might be in jail now but lives out on Kingdom Hall Rd.

David doesn't know Branden to be aggressive or violent. He hasn't seen him in a few years. He said he heard Branden was hated in jail and got his tooth knocked out.

Harrison recommends a follow-up interview. He didn't give any indication about him and Charlotte having sexual relations like we have heard. He just said he knows her better than Branden and feels like she is a nice young lady.

He gave Harrison his father's number (270)871-0308. Harrison tried to reach Harold, but he was away at a farm machinery expo. David also mentioned his brother, Danny Basham, who is taking mining classes, (270) 825-8350 and his mother, Billie Joe Basham.

*Interview*: Lt. Roden, 131 Boggess Blvd, Madisonville, (270)825-3586.

Lt. Roden was annoyed that Harrison contacted him at home. Harrison explained he had been trying to contact him at the detention center. He didn't want to talk about the case over the phone and didn't want to meet with Harrison because he had things to do with his home. He said he would be working Monday through Thursday from 8 am to 4 p.m. and would be willing to speak with us then about Basham.

*Interview*: Lisa Watts, RN at Regional Medical Center.

146

JA 6678

65400

Harrison interviewed Watts, the nurse who completed the assessment on Branden on Feb. 10,2001 after he tried to hang himself with a sleeping bag. She said he was brought in by Kevin "Tank" Carlisle, an EMS worker. A tube was placed down his throat. He had mild abrasions on his neck and mild adema. The EMS guy told her Branden had two episodes of unresponsiveness. Because Branden couldn't speak with the tube down his throat, he motioned for a notepad and wrote, "I faked the fall, I rubbed my throat raw with a string." They took the tube out, and he started yelling obscenities and seemed okay. Branden told her he really did try to commit suicide but lied and told her he faked it so she would take out the tube. She doesn't really remember him because this happens often. Branden was in the ER from 1:30 a.m. to 3:20 a.m.. A chest x-ray was completed and then he was sent back to jail.

*Interview*: Richard Helsley, Director of Adult Education, (270) 825-6059.

Helsley told Harrison he didn't have any direct contact with Branden and didn't know where he could find further records, but that if there were any other records, he should contact Cindy Dye, (270)825-6017.

*Interview*: Cindy Dye, N. Hopkins High, (270)825-6017.

Harrison called Ms. Dye but couldn't get her on the phone. He spoke with her supervisor, Jim Martin, the principal at North Hopkins High. He said Cindy had no knowledge of Branden and doesn't remember him. He told Harrison to speak with Scott Parsons at (270)825-6000 to follow up on further records.

*Interview*: Cris Crowley, Coordinator of Adult Education Program, Adult Center for Educational Excellence, 100 School Avenue, Madisonville KY 42431, (270) 824-7100, ((270) 824-7102 (fax). (aka Hall Street Adult Ed. Program).

Harrison spoke with Cris, coordinator of the adult program. The program is for individuals 16 yoa and older who have officially withdrawn from school and go to the program to receive a GED or to get job skills if they have a high school diploma. She said the area is lacking jobs, so when someone applies for a job, they have to undergo a lot of testing because the employers have to weed out so many people. This program isn't geared for any type of person, mentally or physically handicapped. The only criteria are being 16 yoa and withdrawn from the school. The program is free. Sometimes the court will sentence an offender to do work at the educational center.

They went over Branden's records together. Branden's records indicate that two TABE (Test of Adult Basic Education) tests were given to Branden, one in March 3, 1998 and the other Jan. 25, 1999. Branden's word meaning score was a 7.1 which means his word meaning aptitude level was that of a 7th grader in his first month of school. It gives similar readings for reading comprehension, arithmetic reading, arithmetic computation, language mechanics, etc. She didn't know Branden personally, but based on the records, she said he could have been a GED candidate with some work. She said he isn't dumb and that he was capable of getting a GED.

The records indicated Branden took 8 hours of instruction in March, 1997-1998. In 1998-1999, Branden took 16.5 hours in January and 3 in February. She didn't have any other documents, just these two pages. The rest could have discarded because the center has changed

147

JA 6679

65401

location so many times. She gave Harrison the name of Richard Helsley, Director of Adult Ed. Program (270) 825-6059. She said he was around during the time Branden was there.

*Interview*: Sonja Ferrel, Big Brothers/Big Sisters, (270) 821-0688.

Sonja provided all of Branden's records for Harrison. Branden began orientation for the program on July 12, 1990. Some of the volunteers who dealt with Branden include: Barry and Molly McGraw, Arthur B. Lossner, Clinical Psychologist,; Suzanne Mayes, Teacher, 2nd grade; Donna Bampue, case worker; Gwen McCoy, case worker.

Harrison noticed a few questionnaires Branden had filled out. One asked, "Who cares about you the most?" to which he answered "Jason." Who is Jason LNU?

****Interview:* Amber Denise Fowler, Fulks' ex-wife, 3200 Branden Road, Huntington, WV
Home: (304) 412-3305   Cell: (304) 429-4097

Amber met Fulks through a friend, Donny Carroll. On July 6, 1995, Amber and Chad Fulks got married and began living with Amber's mother (p. 3853; 4272). During the course of the marriage, Fulks physically and mentally abused Amber by hitting and choking her. On one occasion, while riding in the car with Fulks, he verbalized his desire to kill her by saying "You're about to meet God, bitch." (p. 3854; 4273). In November of 1995, Amber's child Devon Fowler died. Amber was asleep upstairs and woke up to Fulks screaming. She ran downstairs and saw her child on the floor. He died later at the hospital from internal bleeding after suffering a punctured lung and 15 broken ribs. Amber believes Chad Fulks killed Devon. Chad Fulks says Amber's nephew Jacob Thompson, an eighteen month old child, jumped off the couch on top of Devon. Amber also said she would never want to have a child with Fulks because she was afraid he would beat it. (P. 3854; 4273). Chad refused to take a polygraph in regards to Devon's death.

After Devon's death, Amber and Fulks moved to Myrtle Beach, SC, where Fulks broke into cars for a living, using Ronnie Fulks, his brother, as a look out. They then moved to various places in Indiana, Tennessee, and West Virginia. In August 1997, Fowler filed for divorce citing irreconcilable differences. After Fulks was arrested for murder in SC, he wrote a letter to Amber telling her not to believe everything she heard, and all he did was drive. (p. 3858; 4277). Amber's description of Fulks is that he is a good liar and someone who is good at escaping from law enforcement. (p. 3860; 4278).

****Items recovered at the arrest of Branden Basham, 322 Oak Ridge, Goshen, Indiana, and Donovan's blue BMW were processed for fingerprints (pp. 7610-15). Fulks and Basham prints were found.

**02/13/04**

Lesa traveled to Somerset, KY to try to locate David Mink. Branden had/was using Mink's ID when he was arrested. Apartment 3 at 206 Jarvis Lane was vacant. She checked with three different residents, none of whom knows Mink. Apartment 3 looks like a transient rental unit. An address/phone number came up for a David Mink in the area, but no one answered. She can run a driver's license check if Carlisle has not.

JA 6680

65402

Harrison spoke with Dr. Kent Jones' secretary, Christy at the Trover Clinic, (270)825-7275. She said Dr. Jones would talk to him if Harris provided a specific release. He told her we had a release but he had to leave to get tot eh airport. Dr. Jones had treated Branden for a cut finger. Make sure whoever goes next to talk to Dr. Jones has a specific release with your name on it.

**02/18/04**
*Interview*: Tommy Basham, Jr., Summer Basham Ruley.

Lesa interviewed both at Summer's home in Loretto, KY. Tommy is on three years probation for a burglary sentence of five years. He served 17 months in the state pen. The crime included other people, including two maternal cousins.

Tommy (DOB 2/12/84) recalled Branden as a wild child, very hyperactive. Branden was always doing things he shouldn't be doing ever since he was a kid. Kathy let Branden smoke pot. Tommy didn't see Kathy do this but heard about it. Kathy smacked Branden around when he acted up and was mean to him. There were no controls over Branden or Charlotte. Basically, Branden could come and go as he pleased. Jimmie drank a lot, but Tommy never saw him use physical force on either child. Jimmie was very laid back. Jimmie and Kathy had an on-again, off-again relationship. Kathy would yell at Jimmie for making rules for the children. Branden didn't see to get in as much trouble when he was in Jimmie's sole care. Tommy had never heard of any sexual abuse regarding Charlotte or Branden.

Tommy's adoptive father, Tommy Basham Sr., sexually abused him by fondling him at the age of 13. Tommy ran out the door to get away from Tommy Senior, who was drunk at the time of the incident. Tommy's mother pressed charges for sexual assault, but Tommy didn't want to see Senior do hard time because he was drunk at the time it happened. Senior got a sentence of 30 days and rehabilitation through the Hopkins Co Courts. Since Senior has stopped drinking, he and Tommy get along much better.

Tommy Jr. has received mental health treatment at Cumberland Hall in Hopksinville for depression. He was treated with Paxil and Zoloft on and off for six months. This was after the sexual assault by Senior. He is having a difficult time obtaining employment is possibly going to move back in with his material aunt, Kathy Gunn, in Madisonville. He admits his problems stem from the area and his friends. His probation officer is Michelle Parker, and his probation is out of the Campbellsville, KY office.

Summer is 23 yoa. She went to Lighthouse Treatment Center in Louisville, KY under the pretense she had a marijuana and alcohol problem, but she was actually trying to get away from a domineering boyfriend. She met her current husband at the facility. They have been married for three years and have two daughters. She has obtained her beautician's license and seems to be on the right track.

She says Kathy is a "druggie" and used marijuana and crack. Summer has seen her use both drugs on a daily basis. She described it as an "everyday thing." Jimmie was an alcoholic, and Branden didn't go to school.

Tommy was close to Brad Basham (cousin who was attacked and killed), but wasn't present when he was attacked. Tommy was an honor roll student through the 9th grade, but then drugs and alcohol became more important. He found he could get his work done faster than

149

JA 6681

65403

others and school wasn't a challenge for him. He began to run with the wrong, older crowd and dropped out.

Branden was in and out of trouble when he was a teenager. He has been on drugs since he was very young. Tommy doesn't have any recollections of his adoptive great grandparents. Both describe Branden as not intelligent enough to get out of town. He couldn't operate an ATM machine, and he never had any money. Summer described Branden was a wild child with a very rough life. Kathy smoked pot and gave Charlotte, Branden, and Summer pot to smoke. It was "no big deal" to Kathy. She first saw this when Branden was about ten or 11 years old. She saw Branden with bruises from time to time. There was never any discipline in the home because Jimmie and Kathy didn't care. Summer was afraid of Jimmie when he drank. Charlotte would take any drug she could get her hands on. All of the Bashams have alcohol problems.

Summer described Branden as someone who didn't know how to care. He was rude. He had some intelligence but didn't know how to use it. Both described him as an absolute follower who would go along with anything.

Summer described the problems experienced by all of them as geographic in nature and localized. Drugs are easily for children to get on th street in the Madisonville area. Branden's home environmental and mental health issues only amplified the problem.

Both were very articulate and are willing to help.

*Interview*: Umeka Foreman, Nashville Public Defender's Office, 1304 Valley Trail, White Creek, TN 37189, (615) 868-8482.

Umeka represented Branden in Kentucky. She doesn't remember specifics of his cases but does remember that he didn't have a great family life. His mother was afraid of him, and this fear was a factor in one of his placements. They went back and forth as to whether or not she would let him come home. She doesn't recall any mental problems. She described him as "needy" and in a fight-survival mode. She didn't see any manipulation, but the authorities and his mother said he was very manipulative. She doesn't recall any input from Jimmie, but does remember Branden's maternal grandmother/father who feared for Kathy.

Umeka didn't have any problems with Branden. He was always polite, not aggressive and very appreciative to her. He thanked her for everything she had done for him. She couldn't speak to any leadership qualities. She wished Branden the best of luck in his case.

Lesa found it significant that Umeka didn't have any problems with Branden because Umeka is black and Branden has a problem with that sector of society.

**2/20/04**
****Subpoena for Logan County Clerk of Court for records on Chad Fulks and Branden Basham. No records found for Fulks. Criminal Record found for Basham (pp. 4610-4625).

**2/23/04**
****Checks written during crime spree using stolen checks received from Robert Talsma (pp.4285-4315). The stolen checks begin at p. 4304. Talsma's bank records are at pp. 6208-6223.

150

JA 6682

65404

****Branden took a broken spoon and slit his wrist in three or four places. Stitches were given on the cuts and he was put on suicide precautions at the jail (p. 6657).

**2/26/04**

*****Interview:* Beth McGuffin, pp. 9631-35

McGuffin met Branden on approximately 11/16/02 when he and Chad came to her house. When they arrived, she assisted them in obtaining some weed and crack cocaine. Also, when they arrived at her house, Basham and Fulks wanted to wash clothes that were in a red gym bag in the trunk of their BMW. When McGuffin saw them removed the clothes from the bag, she did not see any bloodstains; however, Fulks provided her with a gray sweatshirt with a Hanes Her Way tag. This sweatshirt was turned over to the FBI when realized it was a shirt of one of the kidnapped women.

McGuffin said the story she told Nick Smith (below) was not true. She said Smith was tripping on cocaine and she wanted to intensify his "trip."

While at her house, Branden gave McGuffin a ring that was around his neck when he arrived. It was heart shaped with diamonds and white gold; Chad later stole this ring from her. McGuffin received four or five letters from Branden after his arrest. She remembers that one of the letters describes where the girls were. She recalls it saying the girls were together on a long dirt road with a gas station on the left and a "deer camp" sign. The letter also says Fulks pulled the trigger and shot the girls in the head.

*****Interview:* Nickey Don Smith II, pp. 9627-30

Smith is currently incarcerated at the Giles County Jail in Pulaski, TN. Smith met Beth McGuffin in a drug rehab program, and they eventually lived together. Smith confided in his ex-fiancee Lisa Nixon about his dissatisfaction with living with McGuffin. At one point, while on crack, McGuffin began to talk about "Branden" and "Chad." Smith stated that McGuffin said that Branden and Chad brought the two kidnapped girls from WV to her house. She said they didn't tied up, but were scared. At one point, the girls got into the BMW with Branden and Chad, and then Branden and Chad came back with bloody clothes. McGuffin also said it was her understanding that Branden was the one who pulled the trigger when the girls were shot. He made the comment that if McGuffin told anyone about this story, he would kill her.

**02/27/04**

*Interview*: Mike May, Methodist Group Home, Versailles, KY.

Mike is the Education Supervisor for Methodist home. He was the wood shop teacher when Branden was at Methodist. He came to Methodist home in April 1996 and remembers Branden because he was one of his first students with problems of great anger and a high energy level like Branden. Branden was full of horseplay, small, agile, lovable, angry and high strung with energy that sometimes went in the wrong direction.

When Lesa mentioned the chess set Mike had finished for Branden, he said, "Oh, now you are going to make me cry" and was noticeably moved. The chess set was used as a type of

151

JA 6683

65405

reward system at Methodist. It was something Branden liked to do and could work on if he behaved. Mike finished it for him because he knew how much it meant to Branden. He doesn't know if Branden even knew how to play chess. Most of Mike's time with Branden was one-on-one, and he wasn't afraid of Branden, and Branden never lied to him.

Mike said his name is on several incident reports because he was often called to assist with Branden because he was a male teacher. Most of Branden's reports are a result of situational problems, not from Branden being mean. The child Mike knew wasn't capable of long-range planning (no teenager is), was impulsive, and neither a follower or leader. He was a middle personality - he wasn't a scapegoat but wouldn't lead others either.

Mike said Brenda Shaner was one of the best therapists around, and she had the best handle on Branden. Mike would like to know what happened to the chess set and wants to be kept in the loop on developments in the case.

*Interview*: Lane Stonecipher, Methodist Group Home, Versailles, KY.

Lesa met with Lane who is now a substance abuse coordinator at Methodist. He has been in this field for 18 years and was a youth counselor when Branden at the home. He remembers Branden was one of few children that no on could really connect with. Staff at the home while Branden was there was one of the best and of high quality that he has seen.

He said when a child doesn't respond to any form of different types of therapy, this is an indicator that there is a medical issue. Branden was extremely impulsive, very small, hyper and angry. His acting out was more toward authority than toward his peers. He wasn't afraid of Branden, but he was a child who was unpredictable and "beared watching." He said that while he wasn't trained in the field, he thought Branden exhibited some socio-pathic traits because he never exhibited any signs or remorse to him. But he qualified that statement by saying that by the time he arrived at Methodist, Branden had already had life "beaten out of him before he go there." He had no long-range simple or complex planning abilities. He saw Branden as a loner who could be a leader or a follower based upon the situation and Branden's interest.

Lane didn't have substance abuse training back then, but said he suspected some form of genetic problem/organic brain damage with Branden back then. He remembers that Branden clearly shows the signs of Fetal Alcohol Syndrome and pointed out facial features evident at the time. He felt sure Branden had a drug and alcohol history prior to being at Methodist Home.

He explained that children were sent to the hospital when acting out incidents didn't resolve themselves in a short period of time. Basically, it was based upon the duration of the child's emotional turmoil. He recalled something about a sexual assault but no specifics.

Lesa questioned Lane about the possible "inflation" of IQ scores back then to gain placement for a child. He said it would be unethical. She explained that Branden was displaying a declining IQ over the last ten years. He said this indicated to him there was organic brain damage and of such severity that degeneration was rapid and would be apparent from year to year. He said it was also a strong indication fo FAS. He would seek annual testing for comparisons.

He was very pleasant and helpful and wants to be updated on Branden's case.

****List of Items Collected for the case*: pp. 5770-85. A complete list of all items collected for this particular case. It includes credit cards, items from Donovan's BMW, items from Chevy

152

JA 6684

65406

Beretta which Fulks was in when arrested, and items from 322 Oak Ridge, Goshen, Indiana (Fulks' address).

**3/7/04**

****Letter from inmate John K. Williams to his attorneys about knowing about details about Basham case from Basham. Basham had made complete delineations of details of the alleged murders and other crimes. He wants them to contact him about further details (p. 7822).

**3/9/04**

*****Interview:* Brain Fleming, New York (pp. 7814-16)

Fleming is an inmate at Lee Correctional Facility in Bishopville, SC. Fleming became obsessed with the Laci Peterson case and considered her a surrogate family member. One day Fleming let Basham borrow his <u>National Enquirer</u>. After reading an article, Basham commented that he would have killed Peterson too. A fight ensued and was broken up. At that point, Basham said he would kill Fleming if he ever caught him. He said he had killed two drug dealers and three girls, so he would kill Fleming just the same. Basham then used the intercom in his cell to broadcast he had killed two girls.

Fleming also said Basham said he worshiped the devil and he wanted to die. Basham also indicated he had sex with the two girls he killed and he would blame everything on Fulks.. Basham also threatened Fleming by saying he would "choke him out with his legs just like he did one of those bitches."

**3/15/04**

****Complete list of evidence from various law enforcement (pp. 7699-7763).

**3/16/04**

*****Interview:* Tina Severance, by Scott Schools, Strom Thurmond, Jr., and Johnny Gasser, pp. 7686.

Severance is currently in a relationship with Dwayne Fulks, Chad Fulks' brother. She went to Dwyane after Chad's arrest because Chad told her he would take care of her. While Chad was in jail in SC, he wrote a letter to Dwayne describing a plan to escape. There was a sketch of the "hospital type" facility where he was incarcerated. Severance has also been writing letters to Fulks, and Fulks has been writing back (about 50 times).

When describing Chad Fulks, Severance said he has the ability to convince himself that something is real when it is not in reality. She believes he could easily pass a lie detector test. Also from knowing Chad, Severance had conversations with him regarding Devon Fulks, his son. Severance was not aware that Devon was not Chad's biological son, and Chad had

153

**JA 6685**

65407

described the circumstances surrounding Devon's death. Fulks believed that if certain members of a religious denomination placed their hands on the body of the injured person, he or she would be saved. So, after Devon died, Chad's behavior changed, and Severance described it as if Chad was "waging war with God."

While in Little River, SC, Fulks pointed a gun at Severance and threatened her after they got in a fight. She recalled seeing numerous ID in the motel room while she was there. Fulks held a grocery bag of ID s for Severance to look through for her to find one that she could pass as. She remembers one having the name "Samantha" on it. Severance believed she could pass for her, so she showed Chad. Chad then snatched it away from her and threw it back in the bag, telling her she could not use that ID and to find another one. Severance alter saw a picture of the missing girl in WV and determined that the license she had seen was of Samantha Burns.

Severance doesn't remember seeing any orange clothing in the vehicle. She also confirmed that she did not use contraception when having sex with Chad, and they did not have sex in the van. However, she said Basham and Angela Roddy did have sex in the back of the van without contraception.

****Interview: Amber Fowler, Fulks' ex-wife (pp. 7788-90)
Fulks knew Devon Fowler was not his biological son because he was incarcerated when Amber became pregnant. However, he told his family that Devon was his biological son. John Akers is Devon's father, but Amber never told Fulks.

Fowler stated that Jacob Thompson, her nephew, did not pinch Devon a lot. He is a sweet baby and does not act abusive towards anyone. She remembers falling down the stairs with Devon, but he was not injured, and she hurt her hip when she slipped.

Currently, Fowler has a three year old son and a three month old son. She has never been charged or accused of hurting them, and she says she never hurt Devon. While Devon was alive, she never saw Fulks hurt Devon, but Fulks never wanted Fowler to have anything to do with caring for Devon. He wanted Fowler's mother to do it. She doesn't remember the statements she made to the police at the time, but she said it would be a lie if she told them that Fulks never beat her, lost his temper, threatened her. She said she lied about the statements at the time because she was worried what the consequences would be if Fulks found out. Fowler also stated that Thompson never jump or sat on Devon. She said those things because she was scared of Fulks.

On the day of Devon's death, the doctor at the hospital told her Thompson could not have killed Devon because of his size. At this time she was being physically abused by Fulks, so she believed Fulks' story about Devon's death.


## 3/24/04

****Interview: Chad Fulks, with his attorney present, pp. 7683-85
Fulks took officers to Longs, SC for the purpose of showing them where Alice Donovan's body was located. Fulks took them a boat dock on Water Tower Road. When they got to the "correct" location, Fulks said Basham and Donovan got out of the car, and they walked into the woods. They were gone for approximately 20 minutes. When they left, Donovan was

154

JA 6686

65408

wearing only panties and tennis shoes, with her hands taped. When Basham returned to the car, he was holding the panties and tennis shoes. Fulks then told the agent that Basham had killed both Donovan and Burns.

After being shown where Fulks said the body was, a thorough search was completed with no evidence found. When no evidence was found, Fulks then took the officers to a curve on up the road and said "this is definitely it." That area was also searched, and no evidence was found. Again, Fulks then told officers that this area was not where he had stopped the car.

## 3/29/04

****Fulks accompanied Horry County Police to find Donovan's body. The two places Fulks took them were both searched with no evidence found (pp. 7782-83).

*****Interview:* Donald Faircloth, Jr., 3450 Watertower Road, Longs, SC (p. 7784)
              Phone: (843) 399-4959

Faircloth cut the are near his residence about two years ago. He often walks his land and the area. He states the wood where Fulks was saying Donovan's body was is too thick to traverse and that "a billy goat would have more sense than to go into those woods." His dogs often bring back animal bones, but he has not seen any human bones. He also has not seen any buzzards near his home in the past two years.

## 3/30/04

*****Interview:* Michael A. Williams, currently on Federal Probation for conspiracy to traffic cocaine.
              112 White Oak St., Chester, SC; (803) 581-7479  (Pp. 7764-65)

In the Spring of 2003, Williams was incarcerated at Alvin S. Glenn Detention Center. He went to Fulks' cell to get a battery for his radio because Chad always had them. When he arrived, Fulks was talking to FNU Hopkins and his (Fulks') cellmate. The cell mate was a light skinned black guy facing gun charges from Sumter, SC. He overheard Fulks discussing the charges against him.

Fulks stated that he and his partner (Basham) got a girl at a mall. They the both raped her and beat her in the bushes. He then said his partner was crazy and shot the girl in the head. They then buried her in the woods and stole her pocketbook. Fulks and his partner then went to Myrtle Beach together and obtained money by robbing stores. He also stated they had robbed a bank. At that point, he and his partner split up.

On a second occasion, Williams went to Fulks cell where Fulks was again talking to Hopkins and his cell mate. He overheard Hopkins tell Fulks he thought Fulks was lying. Fulks then made the comment that "they ain't got nothing on me on the murders." He also overheard Fulks say he had escaped from prison.

155

JA 6687

65409

Hopkins informed Williams that he was keeping a record of what Fulks said. Williams also stated he was surprised Fulks was talking so much because when a person is in prison, they should know that prisoners gather information on each other with the hope of being able to help themselves with authorities.

**4/19/04**

*****Interview:* Theodore Adams, Federal Correctional Insitution, Butner, NC, 9641-43

Branden use to talk to him about his case. Contact him if he can be any help to the government (p. 7824).

When contacted, Basham said he broke out of prison with Chad because he was tired of serving time. Basham said they abducted a woman in a shopping center in SC and took her into NC. Chad used a gun to force the lady into her car. Basham had sex with the lady in her car, but then exited the car to urinate. While he was urinated, Chad got into the car and exited later. When Chad got out of the car, he said "it's over now." Chad had killed the woman by strangling and suffocating her and wanted Basham to help him dump the body. Basham said you could see a KFC from where the body was placed.

Basham also said they had killed another woman somewhere in VA maybe. Basham also said he had been beating the legal system for a long time because they think he is crazy, when he really isn't. Adams stated Basham may have also talked to an older black male from Conover, SC and to inmate Timothy Mills.

Adams also said that Basham said his defense was he was going to blame everything on Chad and like he was crazy so he wouldn't get in as much trouble. When asked if he had any remorse about what he and Chad did, Brandon replied that all he wanted to do was have sex with her. "Chad killed her, not me."

**4/20/04**

****FBI lab DNA results and chain of custody reports are located at pages 8710-8983.

**5/5/04**

*****Interview:* Earl Gallow, Sr., 62 Softwind Bluff, Lugoff, SC (pp. 9645-46)
              (803) 408-8810

Gallow is a lieutenant in the security dept. of Just Care. On May 3, he entered Fulks' room and noticed a towel over the window. Fulks said it was there to block the sun so he could sleep. When checking it further, Gallow discovered the security screen had been severely damaged along with the window. He also noticed Fulks had been hoarding bed sheets. There was also a pink bedsheet that had been torn into a rope. During a shakedown of the room, a broken metal cane that had been taped together was found under inmate Patrick Fuhr's mattress.

156

JA 6688

65410

A manilla folder marked "legal work" and a letter addressed to <u>The State</u> newspaper with a return address of Chad Fulks was also found.

*****Interview:* Dewey Pledger (pp. 9647-62)

Pledger is the Chief of Security for Just Care. He has the same account as above in Gallow's statement. He also adds the following details. Fulks and his two roommates were moved from room 413. Fulks was later placed on suicide watch and told to relinquish his prison clothing for paper clothing. Fulks became hostile and big Officer Forrester. He then kicked and bit Officer Bush.

Pledger stated Chad had displayed a "mean side" he had never seen before in the past couple of days.

JA 6689

65411