No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

## JOINT APPENDIX AND INDEX
## VOLUME 23
## PART H

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for*
*Defendant-Appellant Basham*



CONFIDENTIAL ATTORNEY WORK PRODUCT

TO:        Branden Basham Defense Team

DATE:      September 21, 2004

CASE:      U.S. v. Branden Basham

FROM:      Lisa Kimbrough

---

## MEDICAL/PSYCHIATRIC CHRONOLOGY
## OF BRANDEN BASHAM

**********************************************
## DOCUMENT KEY
**********************************************

CCC=Columbia Care Center (Cola., SC)
CE=Charter, Evansville (Indiana psych. hospital)
CPH=Children's Psychiatric Hospital (N. Ky.)
DD = Defense Discovery
Dx = diagnosis
Rx = medications prescribed
WSH=Western State Hospital
Ky. DJJ= Kentucky Dept. of Juvenile Justice
RAYDC= Rice-Audubon Youth Development Center

Family Key:
    Branden  = Client
    Kathy = Kathy Basham, client's mother
    Claude Blake = Branden's maternal uncle

JA 6690

Records Entered:

| | |
|---|---|
| Charter Ridge (Branden) | Logan Court, Hopkins Cty. (Branden) |
| Trover Clinic (Kathy/ Jimmie/Branden) | Western State Hospital (Branden/ Ada Blake England/ Claude) |
| Hopkins Cty. Bd. Of Educ. (Branden) | Pennyroyal Hospital (Branden) |
| Hopkins Cty. Public Defender's Office (Branden) | Cabinet for Families and Children ("CFC")(Branden) |
| Logan Cty. Jail (Branden) | Methodist Home (Branden) |
| Hopkins Cty Jail (Branden) | Ten Broeck Hospital (Branden) |
| Ky. DJJ (Branden) | Rivendell Behavioral Health Services (neurological/EEG--Branden) |
| Cardinal Treatment Center (Branden) | Charter Evansville (Branden) |
| Columbia Care Center (Branden) | Children's Psych. Hospital, N. Ky. (Branden) |

| Date | Age | Description | Notes |
|---|---|---|---|
| 1933 | - | **Ada Blake's grandmother was committed to WSH at age 81 for insanity**<br>See WSH, DD08189 | |
| 9/19/45 | - | **Ada B. England is admitted to (Western State Hospital)**<br>**WSH on this date from Todd Co.**<br>She was noted to be restless, noisy, untidy, mentally deficient,<br>Uncooperative and deaf.<br>See WSH, DD08170 | |
| 9/20/45 | - | **Ada Blake England was interviewed on this date, accompanied by James**<br>The family appeared very poor, and James looked like a tenant farmer<br>Ada had threatened suicide after birth of her last child 7 months prior<br>She did nothing all day long, except lie around the house, refused to<br>Have rotten teeth pulled because she thought it would kill her.<br>At this point, none of the other family were known to have psych. Problems<br>(though later Claude would also be found ill--schizophrenia). Ada's<br>Father and one brother were alcoholics, and one brother was "deaf and dumb" | |

JA 6691

Mr. England said he could not clothe or pay for ada's hospitalization.
See WSH, 08164-08165

| | | |
|---|---|---|
| 10/7/45 | - | **Ada Blake England is committed to a psych. Facility.** |

She would remain at the institution for 1 year, 7 months and 28 days
She actually entered the facility in 9/45. She was only 4'7" tall and could
Not write her own name, she had never been to school, "sub-normal" mentally.
Her living habits were atrocious: did not know what a toilet was for, constantly spit
Anywhere and everywhere including on other patients, whom she constantly
Annoyed. Talked about god and angels, and hearing the lord's voice.
**dx: psychosis with mental deficiency**, bad temper, loses control, partly deaf,
See Western State Hospital, DD08159-08160

| | | |
|---|---|---|
| 2/10/46 | - | **Ada Blake was "paroled" for the state psychiatric hospital.** |

See Western State Hospital, DD08161

| | | |
|---|---|---|
| 6/1/46 | - | **Ada returned to the psych. Hospital:** She was clean, but her clothes |

Were dirty. No appreciable improvement in last year, inconsistent mood
Sometimes friendly, sometimes not, self-centered, gained 30 pounds
Was on suspect suicide list
See Western State Hospital, DD08162

| | | |
|---|---|---|
| 10/20/46 | - | **Ada is paroled again, this time 7 months pregnant.** |

Her husband was anxious to have her home.
See Western State Hospital, DD

| | | |
|---|---|---|
| 12/31/46 | - | **Claude Blake was discharged from the Army.** |

He received an American Defense Service Medal and good conduct medal.
See Western State Hospital, DD08733

| | | |
|---|---|---|
| 3/9/47 | - | **Ada Blake England returns to the hospital.** |

Her baby was born at home, and she was lactating on admission.
See Western State Hospital, DD08162

| | | |
|---|---|---|
| 8/13/47 | - | **Ada England doing better, but was not "paroled" because she** |
| | | **Was of child-bearing age and already had 1 illegitimate child!** |

66212

See Western State Hospital, DD08162

| | | |
|---|---|---|
| 2/15/48 | - | **Ada was paroled at the request of her husband.**<br>See Western State Hospital, DD08163 |

| | | |
|---|---|---|
| 12/29/55 | - | **Claude Blake is court ordered admitted to hospital for psychiatric treatment.**<br>Age 34, farmer, 6 year history of mental problems, imagines someone<br>Is going to kill him, refuses to go out alone;<br>his sister was diagnosed as "insane"<br>Claude served in military twice and has been bothered since his return<br>Ms. Blake said he thought people were plotting against him,<br>Watching and talking about, he feared being trapped by them;<br>He quit attending church because he thought people were staring<br>He thought people were outside his window when no one was there<br>He started having sleep problems, and heard a man's voice threaten him.<br>His thoughts seemed clouded and he was tired<br>Children were: JoAnn Blake, Bennie Carrol Blake, Roger Dale, Freddie Lee<br>See Western State Hospital, DD 08691, 08699, 08707 |

| | | |
|---|---|---|
| 12/30/55 | - | **Claude Blake MSE.**<br>Jumped out of seat and paced, then returned to seat, slow thought and speech<br>Stomach trouble that may be connected to mental problems; depressed<br>Aware of illness but has clouded thoughts, worried, unable to sleep<br>wasn't sure how many children he had, said 3 or 4, then decided on 4<br>He could not give a chronological account of his life, and described driving<br>To Evansville but ending up in Indianapolis; says he is confused and<br>Superstitious, says he cannot recall if anyone wanted to hurt him or not<br>Describes himself as harmless, and says other people were nice to him<br>7th grade education, then out to work for money, then sent to Europe until<br>Age 26, when he went to farm with his father-in-law. Later he got his own land<br>And continued farming.<br>His concentration is poor, he had little insight, poor judgment, denied A/V hallucinations<br>Or drug and/or alcohol abuse<br>**dx: schizophrenic reaction**<br>See Western State Hospital, DD 08692-08693 |

JA 6693

| | | |
|---|---|---|
| 1/5/56 | - | **Claude Blake's dx remains schizophrenic, paranoid type**<br>See Western State Hospital, DD 08693 |
| 1/23/56 | - | **Claude Blake's psych. History includes having been taken to Vanderbilt**<br>Clinic, but then refusing to go back because he thought his wife wanted him gone.<br>Admits to prior A/V hallucinations--trucks passing him in the home, seeing people<br>His prognosis was guarded<br>See Western State Hospital, DD08694-08695 |
| 3/9/56 | - | **Claude Blake receives electro-shock therapy**--good results<br>See Western State Hospital, DD08696 |
| 3/12/56 | - | **Claude Blake is denied disability**, due to his mental problems.<br>See Western State Hospital, DD08723 |
| 4/3/56 | - | **Claude Blake goes home to his wife.**<br>See Western State Hospital, DD08695 |
| 7/23/56 | - | **Claude Blake's dx: schizophrenia, paranoid type**<br>Claude was then 36 years old, and had been referred for treatment;<br>His occupation was listed as farmer<br>The previous year. He was released to his wife Marjorie's care, after<br>Which he was readmitted to a Veteran's hospital on 7/16/56.<br>See Western State Hospital Records, DD08689, 08719 |
| 11/7/61 | - | **Jimmie has generalized psoriasis.**<br>See Trover, DD08076 |
| 8/19/64 | - | **Jimmie has on-going "papular eruption on both groins"**<br>Has had it for 2 years without medical treatment.<br>See Trover, DD08076 |
| 1/3/67 | - | **Jimmie has fractured clavical.**<br>See Trover, DD08075 |
| 12/10/68 | - | **Jimmie involved in car accident, sustained injury to head/scalp.** |

66214

See Trover, DD08075

| | | |
|---|---|---|
| 6/8/70 | - | **Kathy (Mrs. Kathy Grey) seen for** Post-partum check, after a septic Incomplete abortion two weeks prior. Pelvic exam is normal, and she is asymptomatic |
| 6/23/70 | - | **Kathy ("Grey")(?) seen for recheck** Reports no difficulties, and a normal period Breast and pelvic exam are normal. See Trover Medical Records, DD pg. 01151 |
| 9/10/70 | - | **Kathy ("Blake") seen for Salpingitis.** (STD) This relates to the pelvic area, and she Has had "recurrent episodes" in the past. MD placed her on penicillin last week for it. Given "Equagesic" for pain. See Trover Medical Records, DD, pg. 01150 |
| 9/14/70 | - | **Kathy has check-up.** Pelvic exam is "cleared markedly" A "gallbladder series" is ordered. Results: normal See Trover Medical Records, DD pg. 01150, 01201 |
| 5/9/73 | - | **Jimmie has prostatitis, inflammatory rt. Hydrocele Right epididymitis,** Has had recurrent problems with this since age 14 See Trover, DD08074 |
| 7/12/73 | - | **Jimmie has inflammatory rt. Hydrocele, tumefaction rt. Testicle, And prostatitis** See Trover, DD08073 |

| 8/3/73 | - | **Jimmie has hydrocelectomy post-op**<br>Problem resolving<br>See Trover, DD08071 |
| 3/12/74 | - | **Jimmie has pre-employment physical--Zeigler Coal Co..**<br>Slight hearing loss, qualified for employment.<br>See Trover, DD08071 |
| 9/19/74 | - | **Jimmie has right inguinal hernia**<br>See Trover, DD08070 |
| 10/3/74 | - | **Jimmie has f/u hernioplasty**<br>Doing well<br>See Trover, DD08069 |
| 5/31/75 | - | **Kathy has eye-exam--normal**<br>She was concerned over yellow plaques in<br>Her eyes. Vision is 20/20.<br>See Trover Medical Records, DD pg. 01149 |
| 1/22/76 | - | **Kathy has vaginitis, possible early pregnancy (charlotte)**<br>Taken to ER for cramping<br>See Trover, DD06079 |
| 9/8/76 | - | **Jimmie has fibromyositis--work-related injury**<br>See Trover, DD08069 |
| 9/27/76 | - | **Jimmie's pain after eating has eased with Donnatal.**<br>See Trover, DD08068 |
| 10/5/76 | - | **Kathy has post-partum exam**<br>Normal, with no complaints.<br><br>**Charlotte has check-up, hungry all the time**<br>Drs believe this to be mild colic |

JA 6696

See Trover Medical Records, DD, pg. 01149, 07878

| | | |
|---|---|---|
| 11/4/76 | - | **Charlotte has 1st upper respiratory illness**<br>See Trover, DD07878 |
| 11/8/76 | - | **Kathy has post-partum exam**<br>Reports breast-feeding her baby, and<br>Has prolonged bleeding.<br>Advised to have D&C.<br>See Trover Medical Records, DD pg. 01148 |
| 11/13/76 | - | **Charlotte has tracheobronchitis, age 6 weeks**<br>This is her 2nd breathing ailment (she continues to have more<br>Advanced versions of this kind today)<br>See Trover, DD07878 |
| 11/15/76 | - | **Kathy treated for trichimonas infection.**<br>Kathy reports a bad discharge.<br>Rx: Flagyll, 2 grams<br>See Trover Medical Records, DD pg. 01148 |
| 12/13/76 | - | **Kathy seen for wrist locks**<br>Rt. Wrist pain stemming back<br>To a roller skating fall 2 yrs. Ago<br>X-Ray negative.<br>Rx: 1% Xylocaine, w/ Kenalog<br>See Trover Medical Records, DD, pg. 01147, 01200 |
| 1/25/77 | - | **Kathy seen for irregular periods**<br>The problem apparently began after<br>The birth of Charlotte, on 9/19.<br>She was treated for Trichonomas during this same time<br>Kathy agrees to a D&C.<br>Prior history included a prior septic abortion in 5/70<br>Dx" proliferate endometrium<br>See Trover Medical Records, DD pg. 01147, 06038-06041 |

66217

| | | |
|---|---|---|
| 2/24/77 | - | **Kathy seen post-op, D&C**<br>Pelvis appears normal.<br>Kathy given oral contraception<br>See Trover Medical Records, DD pg. 01146 |
| 3/21/77 | - | **Kathy has D&C** for dysfunctional uterine bleeding<br>and menometrorrhagia.<br>See Trover, DD06037 |
| 3/26/77 | - | **Charlotte has early otitis media and systemic viral disease**<br>See Trover, DD07877 |
| 5/12/77 | - | **Kathy taken to ER for shoulder pain**<br>Admits to being a "little depressed"<br>Smokes one pack per day, coughing, bronchitis<br>Given Elavil ?, poly?, and codeine ? (illegible)<br>See Trover, DD06078 |
| 7/22/77 | - | **Charlotte is bitten by a dog above right eye**<br>The dog is penned up at Kathy's sister's home and was not sick<br>See Trover, DD07876 |
| 8/10/77 | - | **Charlotte has spider bite, 3 locations**<br>See Trover, DD07876 |
| 8/19/77 | - | **Kathy has acute PID.**<br>History includes abortion at age 17,<br>and an 11 month child. Irregular periods<br>See Trover Medical Records, DD 01146 |
| 9/2/77 | - | **Kathy has hormone producing ovarian cyst**<br>She has had PID in the past, but now cleared<br>She has erratic bleeding, which now is continuous<br>Uterus was found to be "4 weeks gestation" |

D&C and laparotomy to be performed
See Trover Medical Records, DD p. 01145, 06029-06030

| | | |
|---|---|---|
| 9/12/77 | - | **Kathy has D&C for an ovarian mass**<br>Extensive pelvic adhesions noted<br>"proliferate endometrium," and hemorrhagic cyst<br>See Trover, DD06027-06035 |
| 9/20/77 | - | **Kathy treated for apparent infection stemming from D&C**<br>Pain, fever, and dysuria<br>She was given Codeine and Tylenol<br>See Trover, DD06075 |
| 10/18/77 | - | **Charlotte has urinary infection, rash on face**<br>See Trover, DD07876 |
| 1/9/78 | - | **Charlotte has ear infection in both ears**<br>See Trover, DD07875 |
| 1/23/78 | - | **Charlotte has ear infection, 16 mos. Of age**<br>Notes mom and dad are separated, and Jimmie was not sure<br>How much of the medicine has actually been given, though<br>Some of it is still left, mom told to give the medicine<br>See Trover, DD07875 |
| 10/14/77 | - | **Kathy has post-op for D&C**<br>Dx: normal post-op exam<br>See Trover Medical Records, DD pg. 01145 |
| 8/21/78 | - | **Jimmie treated for injury incurred while using a cutting torch**<br>Metal embedded in his cornea.<br>See Trover, DD08068 |
| 1/16/80 | - | **Charlotte has otitis media, mild rhinitis and asthmatic bronchitis**<br>She has a hearing loss in one ear |

JA 6699

| | | |
|---|---|---|
| 2/5/80 | - | **Charlotte has recurrent otitis media**<br>See Trover, DD07873 |
| 6/28/80 | - | **Charlotte has allergic rhinitis, tube implants**<br>Prior tube implants were placed when she was 2, but one<br>Is thought to have come out since that time.<br>See Trover, DD07873 |
| 9/12/80 | - | **Kathy has trichomas vaginits**<br>Kathy was trying to get pregnant, and not using<br>Contraceptives. Reported vaginal discharge w/<br>Foul odor.<br>Rx: Flagyl, 250 mg. For Kathy and Jimmie<br>See Trover Medical Records, DD pg. 01144, 01145 |
| 12/9/80 | - | **Jimmie treated for metal in right cornea**<br>See Trover, DD08068 |
| 1981-1982 | - | **During this school year Charlotte is in kindergarten**<br>She is promoted to the first grade<br>See Hopkins School, DD10738 |
| 1/5/81 | - | **Kathy seen for severe acne**<br>Doctor notes Kathy would interrupt<br>Him and appeared to not listen to what<br>He said, and that she was "hyper." She rejected<br>His suggestion of surgery for the problem<br>Rx: Retin-A, .05%; Tetracycline, 250 mg.<br>See Trover Medical Records, DD. Pg. 01143-01144 |
| 1/15/81 | - | **Kathy has rotator cuff pain**<br>Possible bursitis, but Md gives meds.<br>Notes lower back pain<br>In hopes of resolving the pain<br>Rx: ACTH, 40 mg., Butazolidin, 100 mg. |

JA 6700

See Trover Medical Records, DD pg. 01142-01143

| | | |
|---|---|---|
| 2/3/81 | - | **Kathy thinks she is pregnant**<br>She notes classic pregnancy symptoms<br>She took Rx: Butazolidin for 5 days in 1/81<br>She denied possibility of pregnancy in 1/81<br>MD believes medicine should not harm fetus<br>Wheezing noted, as is long-term smoking habit<br>Positive pregnancy testt<br>See Trover Medical Records, DD pg. 01141-01142 |
| 3/3/81 | - | **Kathy misses OB appt., sends husband**<br>Jimmie speaks with staff, gets antihistamine<br>For Charlotte. The staff broaches with him the<br>Issue of decreased sex b/t he and Kathy, which<br>Kathy brought up with them. He advised this<br>Problem has been resolved, and they now have<br>Frequent intercourse w/o difficulty.<br><br>**Jimmie is seen for traumatic injury to his right elbow**<br>Unstated origin<br>While there, Jimmie is counseled by his MD re: need to please<br>Kathy while she is pregnant, evidence of marital discord<br>Kathy had complained about Jimmie not wanting sex for three weeks<br>Jimmie advised problem resolved<br>See Trover Medical Records, DD pg. 01141, 08067 |
| 3/9/81 | - | **Kathy has URI and Acute pharyngitis**<br>Sore throat and coughing, w/ wheezing<br>Rx: Tussenex<br>See Trover Medical Records, DD pg. 01140-01141 |
| 4/2/81 | - | **Kathy has prenatal checkup**<br>Blood work normal<br>3 months pregnant, has gained 5 lbs.<br>Some fetal movement noted |

66221

**Charlotte seen for urinary tract infection**
See Trover Medical Records, DD pg. 1140, 07872

| | | |
|---|---|---|
| 4/14/81 | - | **Kathy doing well w/ pregnancy**<br>No weight gain in 2 weeks<br>"Doptone" failed to reveal heartbeat<br>Of fetus--will try "next visit." Kathy reports<br>Frequent fetal movement.<br>**Charlotte is seen for urinary tract infection; age 4**<br>See Trover Medical Records, DD pg. 01140, 07871 |
| 6/1/81 | - | **Kathy has normal prenatal exam**<br>Placenta noted to be "low wrap"<br>Located "anteriorly of the previa"<br>Ultrasound indicates EDC of 9/10/81.<br>See Trover Medical Records, DD pg. 01139 |
| 7/31/81 | - | **Kathy negative towards her**<br>**"high risk" pregnancy w/ Branden**<br>During prenatal visit, Kathy showed "negative<br>Attitude towards prenatal care." She was noted<br>To be a heavy smoker, with "bilateral wheezes."<br>Dx: high risk pregnancy due to placenta previa<br>And prior history of "incomplete septic abortion"<br><br>**Charlotte is also seen on this date for a rash on left hand and thigh**<br>See Trover Medical Records, DD pg. 01139, 07871 |
| 8/11/81 | - | **Kathy has nausea, secondary to pregnancy**<br>Normal prenatal exam.<br>Rx: Bendectin (?)<br>See Trover Medical Records, DD pg. 01138 |
| 9/14/81 | - | **Kathy has healthy vaginal delivery**<br>**Branden Basham is Born.** |

JA 6702

Kathy was seen earlier in the day and was
Not showing signs of labor, but was expected
To start labor "any day now." She had probable
Braxton-Hicks contractions.
See Trover Medical Records, DD pg. 01137

| | | |
|---|---|---|
| 9/15/81 | - | **Kathy has normal chest x-ray.** Has tubal ligation on this date See Trover, DD06050, 06054-06055 |
| 9/16/81 | - | **Branden's APGAR 8-9.** He weighed 6 lbs., 5.5 ounces. See Trover Medical Records, DD, pg. 01137 |
| 9/30/81 | - | **Kathy has post-partum check-up.** Her physical exam is unremarkable. "still notes some lochia." See Trover Medical Records, DD, pg. 01136 |
| 10/27/81 | - | **Kathy is post-partum, post-tubal ligation** Kathy is seen for check-up, after Branden's birth. Dx: normal post-partum exam. **Charlotte is also seen on this date for hyperactivity** Kathy says she spanks occasionally with no results. See Trover Medical Records, DD pg. 01136, 07870 |
| 1982-1983 | - | **Charlotte is in first grade, makes good and satisfactory grades.** See Hopkins School DD10738 |
| 3/25/82 | - | **Kathy has rotator cuff pain.** Possibly bursitis. Resolved same injury in past. Rx: ACTH, 80 mg., IM; Butazolidin, 100 mg. See Trover Medical Records, DD pg. 01135 |

66223

| | | |
|---|---|---|
| 4/19/82 | - | **Charlotte has right pyelonephritis and and viral tracheobronchitis**<br>She was discharged from the hospital 4 days prior for the pyelonephritis<br>She is 4, 43" tall and weighs 40 pounds<br>See Trover, DD07870 |
| 4/22/82 | - | **Kathy has Bronchitis.**<br>Kathy has a cough and fever., her throat<br>Is "red" with scattered rhonci.<br>Dx: bronchitis<br>Rx: Ampicillin, 500 mg., Tylenol<br>See Trover Medical Records, DD 01134 |
| 5/13/82 | - | **Charlotte seen for urinary tract infection, pyleohephritis, and prob. Hernia**<br>She is complaining of pain everyday in her abdomen, wants to wear only loose<br>Clothing and will not let anyone touch her umbilicus.<br>(see below--Kathy reluctant to get repair done for Charlotte's hernia)<br>See Trover, DD07869 |
| 5/14/82 | - | **Charlotte has small umbilical hernia**<br>Kathy is reluctant to schedule the repair--not clear whether this<br>Was ever done.<br>See Trover, DD07868 |
| 7/27/82 | - | **Kathy gives husband "Clap"**<br>Upon being informed by Jimmie that she<br>Has given him Clap, Kathy goes for<br>Treatment.  She admits to other "sex<br>Partners," and that she has continuing<br>Symptoms of vaginitis--dysuria, "thick green<br>Vaginal discharge," itching and burning.<br>She is tested for gonorrhea.<br>Rx: Probenecid, and Procaine Penicillin<br>See Trover Medical Records, DD pg. 01133-01134 |
| 8/5/82 | - | **Kathy taken to ER for pelvic inflammatory disease, possible Chlamydia**<br>Record indicates history of treatment for venereal disease |

66224

JA 6704

See Trover, DD06074

| Date | Age | Notes |
|---|---|---|
| 8/9/82 | - | **Kathy negative for gonorrhea, has PID.**<br>Dx: resolving pelvic inflammatory disease<br>See Trover Medical Records, DD, p. 01133 |
| 11/2/82 | - | **Charlotte seen for rash of left leg, bullous impetigo, and probable strep**<br>Cannot rule out staph<br>See Trover, DD07867 |
| 1983-1984 | - | **Charlotte is in 2nd grade, she makes "c(s)" and 1 "b"**<br>She is promoted to 3rd grade<br>See Hopkins School, DD10738 |
| 1/3/83 | 15 mos. | **A physical injury and neglect petition is filed on Kathy**<br>In re: Branden and Charlotte<br>Report indicates Kathy drinks and smokes dope and leaves the<br>Children alone for days at a time. Charlotte has reported<br>That they do not eat at home, and Branden is left alone<br>In the home while Kathy grocery shops.<br>Bruises have been seen on Charlotte.<br>Charlotte denied being spanked and there were no visible bruises<br>When she was interviewed. Charlotte said she would go get her daddy<br>If she ran into trouble while her mom was away at the grocery.<br>Charlotte and Kathy's stories matched so no case was opened.<br>See CFC, DD03554-03559 |
| 1/10/83 | - | **Charlotte is seen for Dirunal enuresis**<br>Charlotte wets her pants during the daytime, but not at night<br>Has been going on for past year; "busy little girl syndrome"<br>Somewhat hyperactive, grades are suffering despite being bright<br>Previous year was in hospital with urinary tract infection.<br>See Trover, DD07867-07868 |
| 1/17/83 | - | **Charlotte is seen for possible hyperactivity, trouble in school**<br>She was responding well to Ditropan and diet restrictions |

66225

See Trover, DD07866

| 1/25/83 | - | **Charlotte is brought in for recurring wetting of self** |

Mother reports since d/c of Ditropan Charlotte has relapsed
Ritalin has had no effect "as expected"
Kathy advised to have "cysto" to r/u possible stenosis
She was reluctant to have this done, bladder damage is possible
Without the treatment (subsequent records do not indicate Kathy ever
Consented to the recommended treatment)
See Trover, DD07866

| 3/4/83 | - | **Charlotte has stomach ailment, ?gastroenteritis** |

Dx unclear because record partially blotted out
Severe stomach ailment
See Trover, DD07865

| 8/3/83 | - | **Kathy has low-grade PID** |

She is described as "G-2, P-2," and
"Post-tubal." Hx. Of PID and "GC contact"
Dx: low-grade PID, rx: tetracycline, 500 q.I.d
See Trover Medical Records,
DD, pg. 01132

| 9/10/83 | - | **Kathy seen for Dysuria** |

Post-hysterectomy, w/ symptoms of
Gross hemateuria, dysuria, frequency, hesitancy.
Dx: Urinary tract infection--Hemorrhagic cystitis
"apparently resistant to Aza Gantanol"
Rx: Nebcin 80 I.m., Ampicillin 500 mg.
See Trover Medical Records,
Defense Discovery, pg. 01132

| 11/1/83 | - | **Kathy seen for vessicle vaginal fistula** |

Kathy was quite upset, having just undergone
Hysterectomy in August. Needs to be
Removed, and will wait 30-days.

66226

**JA 6706**

See Trover Medical Records
Defense Discovery, pg. 01130

| Date | | |
|---|---|---|
| 12/19/83 | - | **Jimmie has f/u for fractured tibia**<br>Jimmie cut off the top of his old cast,<br>and a new one was applied--unknown how injury occurred<br>See Trover, DD08065 |
| 1984-1985 | - | **Charlotte is in 3rd grade, her grades are all over the board**<br>**Her average is a "C" overall** promoted to 4th grade<br>See Hopkins School, DD10738 |
| 1/20/84 | - | **Jimmie has right tibia fracture**<br>See Trover, DD08125 |
| 1/25/84 | - | **Charlotte has pharyngitis**<br>See Trover, DD07865 |
| 2/9/84 | - | **Charlotte has pharyngitis and bronchitis**<br>See Trover, DD07865 |
| 3/9/84 | - | **Charlotte has bronchitis, age 7**<br>Hacking with rhonci<br>See Trover, DD07864 |
| 8/16/84 | - | **Charlotte has left ear infection (otitis media)**<br>See Trover, DD07864 |
| 10/3/84 | - | **Charlotte has left otitis media**<br>See Trover, DD07864 |
| 1985-1986 | - | **Charlotte is in 4th grade, making C(s), D(s), and 2 B(s)**<br>She is given the Hootenanny test and does well, scoring 48 out of 50.<br>See Hopkins, DD10738 |
| 1/24/85 | - | **Kathy seen for sore throat.** |

66227

Has fever and cough, inflamed pharynx, hacking and wheezing
Dx: Pharyngitis and bronchitis, rx: Amoxicillin, advised to quit smoking

**Charlotte has pharyngitis and bronchitis**
Fever and sore throat
See Trover Medical records, DD01129, 07863

| 3/11/85 | - | **A physical injury report is filed on Kathy in re: Charlotte** |

Charlotte returned home from church one Sunday and could not
Get in the house, so she had to spend the night with a neighbor
The next morning she returned home and her mother yelled and hit her
And pulled her hair. Her mother overdosed so
Charlotte had no place to stay.
Kathy admitted the overdose, and claimed to be much better.
No case was opened.
SEE CFC, DD03560-03562

| 3/13/85 | - | **Kathy is admitted for depression and drug overdose** |

Admits to intermittent thoughts of suicide for quite "some time"
Two marriages ended in divorce, stressed over having to raise two children
On her own; has longstanding conflicts were her mother
Always been restless, compulsive, serious minded and worrisome
Gets throbbing intense headaches., possibly tension related--takes Fiorinal
10th grade drop-out, married at 15 to get out of the house, he was quite abusive and
Did not want to work--ended one year later, then married again for 9 years
Describes Jimmie as irresponsible and uncaring,
Kathy's father died in train accident,
**one sibling died from hemorrhagia and had seizures**
Dx: adjustment disorder with depressed mood
Kathy says Jimmie does nothing, and comes back to her until he gets drunk
And beats her; she said Jimmie was fired from his job for sleeping all the time
Jimmie also does not always come and get the children when he is supposed to
Kathy has two prior suicide attempts--one at age 20 when she was upset with her
Mother and took an overdose, was taken to ER for stomach pumping,
Kathy's sister also said she attempted suicide while in the Army, denies hearing voices
But says she will try suicide again as soon as she is released

66228

JA 6708

Wears both upper and lower dentures
She smokes a pack a day, does not drink
Somnolent, and must be awakened if more than 5-10 elapses in the
Conversation, thought process and speech are slow
Dx (#2)--depressive neurosis

Others notes indicated Kathy was combative, hitting at nurses until
She was threatened by security, she then agreed to be admitted
Uses Xanax for her "nerves"
Very worried because of having to live on welfare, daughter doing poorly
In school
Kathy was very groggy at time of admission, seemed unaware of being there
See Trover, DD06056-06073

| 3/14/85 | - | **Charlotte has pencil lead stuck in her right thigh**<br>No explanation as to how this occurred<br>See Trover, DD07863 |
|---|---|---|
| 3/20/85 | - | **Charlotte has upper respiratory infection, age 8**<br>See Trover, DD07862 |
| 3/26/85 | - | **Kathy seen post-release from hospital**<br>Was sent home on medication. Her daughter<br>Now lives with ex-husband, who lives w/<br>His parents. No further headaches reported.<br>No further therapy indicated now.<br>See Trover Medical records, DD, pg. 01129 |
| 5/16/85 | - | **Charlotte has right pyelonephritis, age 8.5 years**<br>Urinalysis reveals growth of bacteria, given Keflex<br>See Trover, DD07861 |
| 5/18/85 | - | **Charlotte has right pyelonephritis**<br>Needs ICP and PCU<br>See Trover, DD07861 |

66229

| | | |
|---|---|---|
| 5/20/85 | - | **Charlotte seen for right pyelonephritis**<br>Charlotte was taken to doc by her paternal aunt<br>See Trover, DD07860 |
| 10/25/85 | - | **Charlotte has urinary tract infection, age 9**<br>See Trover, DD07860 |
| 1986-1987 | - | **Charlotte is in 5th grade, making mostly B(s) with 1 A and 1 D**<br>See Hopkins School, DD10738 |
| 5/8/86 | - | **Kathy seen for sore throat**<br>Sore throat and cough.; admits smoking, advised to stop.<br>Dx: Upper respiratory infection; Rx: Amoxicillin, Nucofed syrup.<br><br>**Charlotte is also seen for respiratory infection with hacking cough**<br>See Trover Medical records, DD 01128, 07860 |
| 11/12/86 | | **Branden reports being whipped with a coat hanger.**<br>Bruises were noticed on his hands, which he received as defensive wounds<br>From covering his buttocks during the beating.<br>Branden was interviewed and said he got into trouble for fighting<br>He had a deep abrasion on finger of right hand, and broken skin and<br>an abrasion on his shoulder, several red marks on outer left thigh.<br>Someone informed them that Charlotte was once locked out of the<br>house and had to stay at a neighbor's home.<br>Teachers describe Branden as a behavior problem who fights other<br>Children, and has not been diagnosed as "hyperactive." They<br>believe he can concentrate on his schoolwork.<br>Kathy was not pleased to see the caseworkers, but eventually let them inside<br>her home. She admitted spanking him with a plastic hanger, and<br>agreed to attend parenting classes.<br>Report was deemed substantiated, but no case was opened.<br>See CFC, DD03547-03550 |
| 1987-1988 | - | **Charlotte is in 6th grade, her average for year was a "D"**<br>See Hopkins School, DD10738 |

JA 6710

| | | |
|---|---|---|
| 7/13/87 | - | **Charlotte has severe dermatitis, poison ivey**<br>See Trover, DD07859 |
| 11/30/87 | - | **Kathy seen for hemophilus vaginitis.**<br>She reports foul smelling discharge.<br>She is sexually active. Pap smear obtained<br>With discharge and foul odor.<br>KOH prep shows "clue cells" and whiff test<br>Is positive. Rx: Flagyl, 500 mg.<br>See Trover Medical records, DD 01128 |
| 12/31/87 | - | **Charlotte has urinary tract infection**<br>Was previously hospitalized with UTI in 1982<br>Kidney x-ray showed pyelonephritis<br>See Trover, DD07859 |
| 1988-1989 | - | **Charlotte is in 7th grade, she has a D" average for the year**<br>See Hopkins School, DD10738 |
| 1/15/88 | - | **Abuse report filed on Kathy in re: Charlotte**<br>Kathy pulled Charlotte's hair and knocked her into the house, and then<br>Threatened to shave Charlotte's hair off, causing Charlotte to fear going home.<br>Also source reported that 2 years ago Charlotte was whipped so severely it left<br>Bruises on her body.<br>Charlotte was interviewed and noted that her mother got mad because Charlotte<br>Did not run fast enough back home to get her report card to take back to school<br>Charlotte put her hands in front of her to keep from getting hurt badly.<br>Kathy told Charlotte that there would be a "surprise waiting for her after school"<br>Which is why Charlotte called her dad to come get her.<br>Charlotte reported this is not the first time Kathy pulled her hair--one year ago<br>Kathy grabbed her hair and slammed her to the ground because Charlotte and<br>Lisa--her friend--would not let Branden play with them.<br>Charlotte also said Kathy whips them hard, using a flyswatter, belt and paddle.<br>One prior time a teacher saw the bruising and spoke with Kathy about it.<br>Kathy has also broken Charlotte's skin with her fingernails. |

66231

Her dad has seen bruises on her butt and legs but did not do anything.
Charlotte thinks Kathy hits her hardest because she is most like her father
and does not have a temper. Charlotte says he dad drinks, and
Branden gets whippings but not as bad as her, and Kathy does not pull his hair.
Previously Charlotte lived with her aunt after Kathy had attempted suicide
and told Charlotte is was her fault! Kathy and Jimmie were having problems
at that time, which later resolved and Charlotte returned home.
Branden--who was 6--reported seeing his mother knock Charlotte's
head into the side of the house; Branden recalled another incident in which
Charlotte and he were swinging on a swingset when
Kathy grabbed Charlotte by the hair and jerked her "off of the darn swing"
Branden heard Kathy tell Charlotte "I'm going to pull every stitch of your hair out."
Branden reports getting spankings with a switch, paddle and belt.
Kathy bought Branden a blow-up dinosaur and stuffed animal on the day of the incident.
A protective services case was opened--but no court case would be filed because
There was no bruising or lost hair.
Kathy at first played dumb about the incident, and later said she smacked and hit
Charlotte out of "concern" because Charlotte was playing near the road.
Kathy denied pulling her hair, but said she might have done it because of
Being emotionally upset. She had planned to apologize to Charlotte on Friday afternoon
but then Charlotte did not come home, and refused to get out of the car.
Kathy said Charlotte knew she would not really shave off her hair.
Kathy said Charlotte was basically milking the situation so she could get her dad to come
get her early, that Charlotte misses her father.
During Kathy's interview Branden interrupted constantly, and threw a tantrum.
The conversation turned to Branden, who was having school trouble.
Branden gets in trouble for hitting kids who make faces at him.
During the interview, Branden continued to act-out., and continued to be beyond Kathy's
Control--Kathy referred to this as "normal boy" behavior
Kathy was told to attend parenting classes--she spanked Branden twice and it had no effect
on him, she then sent him to time-out which worked until he heard her making excuses for
His behavior. All adults involved in evaluating the situation agreed Kathy had problems--talks
constantly and is loud, does not appear to listen to others.
The social workers had Charlotte and Kathy hug before they left, and Kathy
appeared shocked that Charlotte was genuinely afraid of her.
Kathy was told not to pull hair or slap because she could cause serious injury

JA 6712

to the children, and she should never discipline when upset.
Report of physical abuse deemed substantiated:
Following services warranted: family counseling, parenting classes,
Social work counseling for Kathy, law enforcement was notified.
See CFC, DD 03534-03541

| 2/1/88 | - | **Teresa King is assigned to Basham abuse case.** |

Kathy Basham is identified as the abusive parent.
See CFC, DD03419

| 2/9/88 | - | **Kathy is seen by CFC staffer.** The meeting was a treatment |

Planning session. She was viewed as resistant to intervention and
as minimizing the extent of the problem. Jimmie was living at
his mother's home.

Also on this date CFC performed a family care analysis: problems were
Kathy's unrealistic expectations of the children, abuse of children, loss of control with
Discipline, and mental abuse of Charlotte--threatening to cut off her hair
Positives were the bond between mother and child ? And Kathy's positive
Attitude. The family worker's plan was to include counseling and
Parental education to Kathy, and protection for Branden and Charlotte

See CFC, DD 03418-03428

| 3/29/88 | - | **Kathy has home visit from social services** in re: abuse of Charlotte |

She was encouraged to attend Parents Anonymous, but resisted this idea
Prognosis was poor because she did not feel the need to work on her
"temper and discipline problems." The children were with Jimmie.

A second report on this date indicates Kathy would not invite the worker in
-to her home, so they met in the worker's car. Case history was
Branden abused at age 5, by beating him with a coat hanger and
Charlotte at age 11--with Kathy shoving her
inside the home and then threatening to shave her head, making Charlotte
Afraid to come home from school
Kathy denied having any problems, despite admitting to abusing her kids

JA 6713

She was encouraged to attend Parents Anonymous meetings
Kathy also denies being separated from Jimmie and claims to be
Remodeling the house.  She had two dogs to whom she showed much
affection.
See CFC, DD 03415-03417

| | | |
|---|---|---|
| 3/31/88 | - | **A case closure assessment was filed this date.**<br>Only 2 of the 7 areas were met, with the caseworker noting that the family<br>Did not meet was not coping, or engaging in appropriate behavior<br>Nor were they willing to ask for help in crisis.  The case was not ultimately closed<br>Until 5/27/88.<br>See CFC, DD 03422-03423 |
| 4/10/88 | - | **Charlotte has pharyngitis with GI symptoms**<br>Fever, soar throat, vomiting<br>See Trover, DD07858 |
| 5/10/88 | - | **Charlotte has otitis media and externa**<br>See Trover, DD07858 |
| 5/12/88 | - | **Charlotte has otitis media and externa**<br>See Trover, DD07857 |
| 5/18/88 | - | **Charlotte has severe ear infection, ear was 50% shut**<br>See Trover, DD07857 |
| 5/19/88 | - | **Charlotte has follow-up for otitis externa**<br>See Trover, DD07856 |
| 5/24/88 | - | **Charlotte seen for vaginitis**<br>She is 11 years old.<br>See Trover, DD07856 |
| 5/27/88 | - | **Jimmy, Charlotte and Branden were seen for counseling at their home.**<br> Jimmie minimized the abuse saying Charlotte just wanted to move<br>So she could be closer to cousins and friends.  Jimmie and Kathy were |

66234

Separated due to Jimmie taking care of his mother who had a stroke
Jimmie and Kathy were both unemployed. Charlotte does not want to go
Back to live with her mother, but says her mom no longer abuses her when they
Are together. Jimmie was encouraged to take Kathy to "Parent Anonymous"
Meeting--abusive parents group?. Kathy was doing better recently.
The case file was closed on this date

See CFC, DD 03414, 03420-03421

| | | |
|---|---|---|
| 6/7/88 | - | **Kathy seen for Ob-Gyn check-up.** |

**Kathy seen for Ob-Gyn check-up.**
Inflamed lesion and cyst noted.
Biopsy sent to pathology.
Rx: Premarin, .625 mg.
See Trover Medical Records, DD pg. 01127

6/9/88 -

**Kathy seen for multiple problems.**
3 year gap b/t last MD visit, which
Related to overdose attempt with
Fiorinal and Tranxene.
Described as depressed, teary, lost weight,
Nervous, tense, agitated, negative, hyper,
"ran off" husband before X-mas.
Social workers took her kids for abuse,
Though she claims she voluntarily gave them up.
"boy" is 6 and temperamental.
Unemployed since 86', and not looking for work
Husband helps with basic expenses
Fleeting thoughts of suicide
Physical health fair, with some major headaches
2 prior suicide attempts
Tense and agitated with tangential and rapid speech
Affect is exaggerated and dramatic, no loosening of
Associations or unusual thought processes
Good deal of anxiety
Dx: mixed psychoneurosis w/ anxiety, depression,
And agitation

66235

JA 6715

Rx: Thioridazine, 25 mg bid
See Trover medical records, DD pg. 01126

| 6/14/88 & 6/17/88 | - | **Kathy has cancer.** She was phoned on 6/14 And then called on 6/17 and told to get treatment for Squamous cell carcinoma. She did not want to make a follow-up Appointment at that time. See Trover Medical records Defense Discovery, pg. 01125 |
|---|---|---|
| 7/1/88 | - | **Kathy has check-up.** Reports nerves are better, Less anxiety, agitation and crying Better sleep.  Appears better Overall. Rx: Thioridazine, 10 mg bid, and 25 mg. Qhs See Trover Medical records, DD, pg. 01124 |
| 7/12/88 | - | **Kathy seen pre-op for** **Vulvar carcinoma.**  She has Cancer in-situ, which has A high rate of recurrence. She also has a nodule in the Vaginal fourchette to be removed See Trover Medical records, DD, pg. 01124 |
| 7/19/88 | - | **Kathy has vulvar lesion removed--vulvar cyst,** **squamous carcinoma in situ** See Trover, 06024-06026 |
| 8/3/88 | - | **Kathy seen post-op.** Post-op Vulvar excision. |

66236

Healing well, but addl. Surgery
Is required.  Condition is
Pre-malignant, and requires
Total destruction of bad cells.
See Trover Medical Records, DD, pg. 01123

| | | |
|---|---|---|
| 8/11/88 | - | **Kathy seen for acne.**<br>Has numerous cysts and comedones.<br>Rx: Retin-A .1%<br>See Trover Medical Records, DD, pg. 01122 |
| 8/19/88 | - | **Kathy has out-patient surgery for vulvar dysphasia**<br>See Trover, DD06020-06022 |
| 8/22/88 | - | **Pathology report on Kathy notes residual squamous cell carcinoma**<br>Margins of excision were free of neoplasm<br>See Trover, DD06023 |
| 8/31/88 | - | **Kathy seen post-op.**<br>Vulvar lesion excised.<br>Well-healed, advised no sex for<br>2 weeks.  Reassured sexual function<br>Should be normal.<br>See Trover Medical Records, DD, pg. 01122 |
| 9/12/88 | - | **Kathy seen for acne**<br>Acne surgery was performed.<br>Rx: Retin-A.<br>See Trover Medical Records, DD, pg. 01121 |
| 9/22/88 | - | **Kathy seen post-op.**<br>Vulvar excision.<br>She complains of painful<br>Intercourse and is very upset<br>About this fact.  Advised to use<br>Dilator therapy. |

66237

See Trover Medical records, DD, pg. 01121

| | | |
|---|---|---|
| 9/23/88 | - | **Kathy seen for nerves**<br>Reports inconsistent mood<br>And sleep patterns. Her meds.<br>were increased due to her great nephew<br>Being killed by a truck. She denies<br>Alcohol or drug use. She is not<br>Working or socializing much.<br>She occasionally sees her kids.<br>Recently placed on SSI.<br>Continued psychotherapy.<br>See Trover Medical records, DD, pg. 01121 |
| 9/27/88 | - | **Kathy reports dispareunia.**<br>Phone call concerning painful<br>Intercourse. She requests a spray-on<br>Medication to make her numb.<br>She is told to come in for follow-up.<br>See Trover Medical records, DD, pg. 01120 |
| 9/29/88 | - | **Kathy reports dispareunia.**<br>Post-surgical pain with intercourse<br>Is given Lidacaine ointment,<br>Which may also numb the penis,<br>To which she says she does not care<br>She is told to use dilators for the problem.<br>See Trover Medical Records, DD, pg. 01120 |
| 12/23/88 | - | **Kathy seen for follow-up.**<br>She reports easy aggravation<br>Including an incident in which<br>She got mad while Branden was at<br>An eye-exam, which the MD thought<br>Was disproportionate to what other<br>People would have felt. She sees |

JA 6718

her kids on visits, otherwise
Lives alone, except for her mother
coming to give her medications.
Reports good benefit from Mellaril
Rx: Thioridazine, 25 mg.
See Trover Medical Records, DD, pg. 01119

| | | |
|---|---|---|
| 1989-1990 | - | **Charlotte is in 8th grade, her average was a "D+"**<br>See Hopkins School, DD10738 |
| 1/3/89 | - | **Kathy seen for infection**<br>Upper respiratory illness, with<br>Mild pharyngitis, and possible<br>Early pneumonia<br>Wt. 124 lbs, BP 108/70<br>Rx: ERYC, 250 mg.<br><br>**Charlotte seen for persistent upper respiratory infection w/ pharyngitis**<br>See Trover Medical records, DD, pg. 01118, 07855-07856<br><br>**Jimmie seen for upper respiratory infection**<br>See Trover, D08065 |
| 3/3/89 | - | **Kathy seen for respiratory infection**<br>Has a productive cough, and rhino rhea.<br>Rx: ERYC, 250 Mg., Trinalin<br>See Trover Medical Records, DD, pg. 01118 |
| 3/24/89 | - | **Kathy seen for follow-up.**<br>She indicates less crying, and more anger<br>And then proceeds to get mad at the MD<br>For telling her that her mother needs to keep<br>Giving her medication. She is also<br>having trouble with sleep.<br><br>Rx: Thioridazine 25 mg. And Imipramine. |

JA 6719

See Trover Medical Records, DD, pg. 01117

| | | |
|---|---|---|
| 4/24/89 | - | **Branden is given a psycho-educational assessment due to school problems** |

He is described as easily distracted and immature, but a "very loving child"
Who seeks attention.. He was held back in grade 1.
His full scale IQ is 101 +/- 6. Branden's "problems" began at age 3.5-4 years.
Until then he was very good., except for sleep difficulties.
The home was assessed as unstable.
Branden was viewed as having inappropriate behavior, but non-violent. He was
Cooperative with the examiner, and eager to please her.
His intelligence was average, and adaptive behavior "moderately low"
See Hopkins County Board of Education, DD 01247-01250

| | | |
|---|---|---|
| 5/9/89 | - | **Kathy seen for severe headaches** |

Severe throbbing frontal pain,
Daily, significant pain, pain in bone and
Hips, too. Currently taking Mellaril 50 mg.
OB-Gyn. Exam reveals bumpy lesions
Need to rule out pathology
Rx: Midrin for headache,
CT scan scheduled,
See Trover Medical Records, DD, pg. 1116-1117

| | | |
|---|---|---|
| 5/16/89 | - | **Kathy cancels CT scan** |

Dr. Combs reports she called in,
And that she refuses her follow-up of
For a Vulva exam with Dr. Quatro.
See Trover Medical Records, DD, pg. 01116

| | | |
|---|---|---|
| 8/22/89 | - | **Branden's teacher files an "urgent" request for consultation** |

Branden's behavior was uncontrollable, he could not stay seated, talked constantly,
"Picked" on other children, and had to be "watched constantly." Math was the only
Subject he could "function" in.
See Hopkins County Board of Education, DD 01252-1253

| | | |
|---|---|---|
| 8/30/89 | - | **Kathy sees MD for "nerves"** |

She reports taking "Estrogens" to help "smooth out" her nerves
Kathy reported not taking her Imipramine or Thioridazine b/c of
Headaches.  Reports her temper is better. Daugher is OK, but son showing
a temper "like hers."
Rx: Fluphenazine, 1 mg.
See Trover Medical Records, DD, pg. 01115

| 9/6/89 | - | **Kathy agrees to testing for Branden's school problems.** As a result of the testing, **Branden is placed in LD Resource classes.** See Hopkins County Board of Education, DD 1258-1260. |
| --- | --- | --- |
| 9/20/89 | - | **A neglect petition was filed in re: Branden on this date.** Branden was playing with an iron bar which accidentally hit him in the face, leaving contusions to his right eye and upper and inside mouth He was not provided necessary medical attention See CFC, DD 03524-03526 |
| 9/27/89 | - | **Kathy seen for nerves.** She reports taking her Fluphenazine Appears still "rather geared up," but Less so.  Husband is "sober." Daughter Not doing well at school, but son is. Reports palpitations, shortness of breath, And trembliness. See Trover Medical Records, DD, pg. 01115 |
| 10/12/89 | - | **Brandon's LD program will include behavior management.** See Hopkins County Bd. Of Education, DD 1277 |
| 10/15/89 | - | **Kathy treated for chest pain** Sharp, sporadic pain Has sweating, admits smoking "too much."  Chest wall tender Dx: Acute costcochondritis, Chronic and acute bronchitis Rx: Amoxicillin, 250 mg., |

66241

Nalfon, 600 mg.
See Trover Medical Records, DD, pg. 01114

| | | |
|---|---|---|
| 10/23/89 | - | **Kathy treated for chest pain,** "possible costochondritis" Complains of pain made worse By laughing or movement Rx: Nalfon, and Tylenol Left without getting x-ray As ordered by MD See Trover Medical Records, DD, pg. 01113 |
| 11/22/89 | - | **Kathy has "no humor"** Reports foul mood around family; gets more irritated the less irritated her husband is. Her kids are "bugging" her even though she admits They haven't done anything to deserve her bad humor. Rx: Fluphenazine not really helping Rx: MD adds Clonidine .1 mg, bid to her regimen See Trover Medical Records, DD, pg. 01113 |
| 12/4/89 | - | **Kathy files report against school re: Branden.** Branden kicked another child on the school bus--he was accused of Doing it intentionally, and told he would be punished at a later time. This caused Branden great distress and Kathy filed a complaint of Mental abuse; she also said the principal accused Branden of lying Consequently, the principal decided not to punish Branden. Some indication of mental injury was noted. See CFC, DD03521-03523 |
| 12/10/89 | - | **Charlotte has bronchitis and otitis.** See Trover, DD07854 |
| 12/19/89 | - | **Charlotte has eczema.** Trover, DD07854 |
| 1990-1991 | - | **Charlotte is in 9th grade, receives 4 credits, failed one class** |

66242

See Hopkins, DD10739

| | | |
|---|---|---|
| 1/18/90 | - | **Kathy has anxiety**, as noted by Dr. Johnson. She reports lost appetite, Irregular sleep, she disliked Clonidine, but uses Fluphenazine. She reports being Given Amitriptyline by "a relative," and having good results with it. MD gives her A script for 25 mg. Of this too. Kathy reports husband and Branden (age 9) Have moved out of the house and into a camper In the yard, and she and Charlotte Live In the home. Kathy gets psychotherapy. See Trover Medical Records, DD. pg. 01112 |
| 1/24/90 | - | **Charlotte has strep throat** See Trover, DD07853 |
| 1/29/90 | - | **Abuse petition filed in re: Branden.** Branden intervened when Jimmie and Kathy were fighting. Jimmie pushed Kathy against the wall, and Branden tried to get between them and was kicked in the stomach. Numerous prior reports of abuse were noted: 9/20/89--neglect (Branden); 1/15/88--physical injury (Charlotte--substantiated); 11/86--physical abuse (Branden--substantiated) 3/85--physical abuse (Charlotte); 1/3/89--mental injury (both children) Kathy, Charlotte and Branden were interviewed. Kathy talked non-stop during the interview, was very nervous, took pills During the interview, she was seeing a therapist at mental health; Charlotte was home sick, and appeared depressed; The home had about 15 dogs and cats in the kitchen, and the home environment was poor . Branden was interviewed at school and said he did not like his father, Whom he described as a drunk who just lays around. The day before the incident Branden called his dad a drunk and his dad hit him In the mouth. On the day of the incident, his father kicked him when he stepped In between him and his mother. He said he loves his mother and that she spanks Him a lot with a paddle. The police escorted Jimmie out of the home and to a Friend's home. Mental and physical injury to Branden were substantiated, as well As mental injury to Charlotte. Kathy was referred for spouse abuse support. See CFC, DD 03501-03512 |

66243

**Charlotte has the flu, hacking cough**
See Trover, DD07853

| | | |
|---|---|---|
| 2/5/90 | - | **Kathy referred for mental health treatment** |

Presenting problems: depression, anxiety, anger
Depression began at age 17, describes self as high tempered
Father, uncle and aunt are too, as is Brandon;
SSI is received for chronic depression; history of
antidepressant abuse, became suicidal on valium and librium
and overdosed on them, says her Dr. described her as
Easily "pissed off," and said something to her about being
"Borderline;" prior dx: was adjustment disorder w/ depressed
Mood, 88' diagnosis was psychoneurosis with anxiety,
Depression, and agitation; Kathy gave family history--7 kids,
Mom not good with children, step-dad like a brother,
10th grade education, then Army at 18, off and on with 2nd
husband; Jimmie quit but began drinking again; trying to pull
Herself out of relationship with Jimmie on permanent basis
She was fired from her last 2 jobs, has lived in Tennessee and
Florida, in Kentucky past 8 years
Kathy seems to be doctor-shopping, looking for support
See Pennyroyal, DD13688-13689

| | | |
|---|---|---|
| 2/13/90 | - | **Kathy administered the MMPI** |

Examiner noted she had considerable depression and anxiety,
mental confusion, somatic complaints, dissatisfaction with se
sex life; profile pattern shows moderate tension, anxiety,
physical complaints, including headaches, and GI discomfort, most
difficulty may stem from feelings of deep, chronic hostility
Toward family members, may be unaware of feelings, may
Try to justify feelings in terms of the behavior of others,
Generally such a person is defiant, uncooperative, hard to get
Along with, suspicious, resentful, self-centered and narcissistic
Dx: adjustment disorder with mixed emotional features,
personality disorder, NOS, histrionic and paranoid features

JA 6724

Prognosis is extremely guarded
See Pennyroyal, DD13692

| | | |
|---|---|---|
| 3/12/90 | - | **Joe Jones files a domestic violence petition against Terri Jones**<br>He alleged she slapped him, pulled a pair of scissors, and spun around in<br>His front yard, thereby preventing him from leaving<br>See DD11879 |
| 3/15/90 | - | **Kathy evaluated for depression:** suicide attempts,<br>depression, marriages and jobs have been dysfunctional<br>4 marriages: 1st after dropping out of school, which lasted one<br>year, 2nd marriage also lasted on e year, 3rd marriage ended<br>when husband killed in train accident, 4th marriage to Jimmie<br>They are divorced, with him living in trailer behind her house<br>She says they love each other, wants to reconcile<br>Present medications are Elavil and Prolixin<br>Kathy describes a virtual zoo at her home: 10 dogs,<br>5 Chihuahuas living in the home, four terrier mixes and<br>Chihuahua mix outside, two peacocks, two pheasants,<br>hampsters, and MD lost track at that point, animals are her hobby<br>She is on SSI for "nerves" has a "labile" nervous system,<br>Cries frequently, sleep troubles,; mental status showed narcissistic<br>Features, minimized her physical complaints<br>Dx: mixed personality disorder, histrionic/borderline features<br>Psychosocial stressors, acute events, divorce, single parent,<br>Financial problems<br>Medication Ludiomil was added, Elvail and Prolixin d/c'd<br>See Pennyroyal, DD13690-13691 |
| 3/21/90 | - | **Branden is given a special Olympics exam.**<br>HCHC, DD13667 |
| 4/18/90 | - | **Kathy Basham has irrational outburst over alleged abuse by Branden's teachers.**<br>Kathy went to Branden's school and was very upset; the school considered<br>Calling the police. Kathy alleged Branden's teachers were abusing him.<br>Branden's teachers thought Branden needed medication and/or an evaluation. |

66245

Kathy wanted neither, in part because they did not have Medicaid on him.
Kathy also refused the offer to have a teacher conference--saying she would
"jump all over her." Kathy said the teacher twisted Branden's arm behind
his back. Kathy said it is not possible that Branden could have lied.
See Pennyroyal Hospital, DD03411

| | | |
|---|---|---|
| 4/19/90 | - | **Kathy schedules a visit for Branden at Mental Health.**<br>See Pennyroyal Hospital, DD03411 |
| 4/26/90 | - | **Kathy shows up late for appointment**<br>She did not like Ludiomil, so was given Buspar and told to<br>drop Prolixin; follow-up in 2 weeks<br>See Pennyroyal, DD13693 |
| 4/26 & 5/2/90 | - | **Branden gets psychological evaluation By Arthur Lossner, at Pennyroyal Center**<br>At request of mother based on DSS referral, due to academic and behavioral<br>Problems at school. Ms. Basham says school personnel assault Branden<br>Branden is currently suspended for spitting on a girl's shoe, he is<br>In a remedial classroom. He is fidgety, and moved about a lot<br>Full scale IQ was 100 (V--103, P--96)<br>Considerable immaturity, fights, fusses and cries frequently in school<br>Has hit teachers, attained markedly low score on "common sense" and<br>Understanding everyday situations. Tests indicted a lack of ability with hand-eye<br>Coordination and visual memory, indicating problem with concentration and attention.<br>Branden's "standard scores" on academic testing were well above the cut-off<br>For dx: of learning disability.<br>Teacher and parent reports indicate hyperactivity and concentration problems<br>Impression: ADHD, learning disabilities-- Specific Developmental Arithmetic Disorder,<br>Developmental Expressive Writing Disorder, Specific Developmental Reading Disorder<br>Referred to Dr. James Rozelle<br>See Methodist Home Records, DD pg. 02332-02332<br>See Pennyroyal Records, DD01947-01948, 01956-01957 |
| 5/18/90 | - | **Branden has annual LD review, Kathy is a no-show**<br>Teachers indicate Branden has poor impulse and anger control.<br>Behavioral management will be instituted next school year. |

JA 6726

See Hopkins County Board of Education, DD01280

| 5/27/90 | - | **Kathy is taken to ER with "extreme anxiety"** |
| | | 36 years old, recent break-up with boyfriend who has threatened suicide |
| | | She is anxious, denies suicidal ideation, history of major depression, |
| | | She does not want to be admitted because she is in process of |
| | | Changing doctors, and does not want to be treated by her former MD |
| | | Her medications are Amitriptyline and Fluphenazine, gets refill of latter |
| | | Allowed to go home. Kathy said she was "dead inside" and wanted to "die" |
| | | See Trover, DD 06017-6018 |

| 5/28/90 | - | **Terri Jones filed a domestic violence petition on Joe Jones** |
| | | She reported he broke her windshield, threatened her life, |
| | | Choked her until she almost fainted, twisted her arm. |
| | | See DD11858-11859 |

| 5/30/90 | - | **Kathy is seen at Pennyroyal.** |
| | | Kathy made a production of the fact that she was given the wrong |
| | | Appt. time. Discussed results of testing on Branden, which showed attention dx. |
| | | An appt. for Branden was scheduled for July. |
| | | See Pennyroyal Hospital,DD 01974 |

| 6/8/90 | - | **Domestic violence petition filed for Joe Jones against Terri Jones** |
| | | Records reveal he harassed terri at her job and damaged her car |
| | | See DD11864-11868 |

| 6/14/90 | - | **Kathy showed up one month late to psychiatrist** |
| | | Dr. Lloyd Bentley was irritated with Kathy for not showing up |
| | | And continuing to take Prolixin, which he told her to stop |
| | | She says it helps a lot so he relented and gave her more, noted |
| | | She was not very motivated for therapy, medication will |
| | | Be continued so long as she cannot abuse it. |
| | | See Pennyroyal, DD13693 |

| 6/18/90 | - | **Charlotte has otitis media** |
| | | See Trover, DD07853 |

66247

| | | |
|---|---|---|
| 7/11/90 | - | **Branden falls and cuts self, goes to ER.**<br>No loss of consciousness, had a 4 cm. Laceration to his chin,<br>Was stitched and sent home.<br>See Pennyroyal Hospital, DD02049 |
| 7/12/90 | - | **Kathy on time for appointment**, quite well with Prolixin<br>Takes some amitriptyline for sleep<br>See Pennyroyal, DD13694 |
| 8/01/90 | - | **Branden has psychiatric consult with James Rozelle, MD**<br>Branden was "quite obnoxious" and refused to give blood.<br>His mother was with him, and was advised to schedule appointment<br>With Mr. Lossner for behavioral management.<br>Rx: dextroamphetamine 5 mg. 3x for 3 days<br>Dx: ADHD<br>See Methodist Home Records, DD 02334 |
| 8/8/90 | - | **Branden comes to his appt. bossing his mother around**<br>Dr. Rozelle seems exasperated by Branden, and his mother, who<br>Does not give him his medications as prescribed. Dr. Rozelle advised<br>He would not be seeing B. again if he did not take the medications.<br>Believes B. "is a budding conduct disorder"<br>See Pennyroyal Hospital, DD01974 |
| 8/9/90 | - | **Jimmie Basham kept appt. with PMHC.**<br>Acknowledged he and Kathy are big problem with Branden<br>B/c of inconsistency in discipline. Branden responds better to<br>His father than to Kathy.<br>See Pennyroyal Hospital, DD01973 |
| 8/15/90 | - | **Branden is "not quite as obnoxious"** as in the past<br>He is about to be enrolled in Christ the King school, but<br>Has a defeatist attitude about not liking it already.<br>Methylphenidate is being increased to 10 mg., 3x per day<br>See Pennyroyal Hospital, DD01973 |

66248

| | | |
|---|---|---|
| 8/29/90 | - | **Branden seen as an out-patient.**<br>Doing better in school, but medication in 15 mg doses makes him<br>Dizzy and his stomach hurt, so his med is dropped down to 10 mg.<br>The med. Is methylphenidate.<br>See Pennyroyal Hospital, DD01972 |
| 9/25/90 | - | **Donna Coomer, of Big Bro., Big Sis. Called re: Branden**<br>Dr. needed a release?<br>See Pennyroyal Medical, DD01972 |
| 10/4/90 | - | **Kathy came in for regular appointment, doing well**<br>Medication compliant, eating and sleeping well<br>See Pennyroyal, DD13694 |
| 11/4/90 | - | **Terri Jones files a petition on Joe Jones re: domestic abuse**<br>She is very afraid of him; a prior restraining order had been filed<br>June 1, 1990<br>See DD11854-11858 |
| 12/21/90 | - | **Kathy Basham treated for vaginal**<br>**Discharge.** Has had some "severe<br>Vulvar dysplasia" KOH is negative,<br>Wet prep shows "modal trich"<br>Rx: Flagyl, for Kathy and her husband<br>See Trover Medical Records, DD, pg. 01112 |
| 1991-1992 | - | **Charlotte repeats 9th grade, gets ½ of a credit--in child development class**<br>She fails 7 other courses.<br>See Hopkins School, DD10739 |
| 1/10/91 | - | **Kathy had difficult holidays**<br>Getting mood swings, out of hormone medication<br>Prolixin is continued<br>See Pennyroyal, DD13695 |

66249

| | | |
|---|---|---|
| 1/28/91 | - | **Branden's school conference reports numerous problems.**<br>He is ADHD, LD, with "documented behavior problems"<br>Recommended he be transferred to home school of Anton , to be "served in a<br>Self-contained class." His "identified needs" were as follows: oral expression,<br>Written expression, basic reading, reading comprehension, social skills"<br>A hand-written memo indicated the following: verbal aggression has decreased,<br>Even on medication for ADHD, behavior persists, mouths off and is noncompliant<br>Can be very helpful, can be very manipulative, constant disruption, lack of responsibility<br>See Hopkins Cty. Bd. Of Educ., DD 01290, 01291 |
| 1/31/91 | - | **Kathy demands medications**<br>From MD she has not seen since 1988<br>She wants Premarin. MD advises must<br>Come in for check-up b/c of recent<br>Surgery for "severe vulvar intraepithelial<br>Neoplasia," which can into cancer of the vulva<br>Dr. Quatro relents and gives Rx: for Premarin<br>After Kathy says she will schedule follow-up<br>See Trover Medical Records, DD, pg. 01111 |
| 2/5/91 | - | **Branden has school conference report**<br>He is being transferred to special class of LD due to verbal and<br>Physical outbursts.<br>See Hopkins Cty Bd. Of Educ., DD01292 |
| 3/1/91 | - | **Charlotte seen for fracture of left clavicle**<br>See Trover, DD07930 |
| 3/4/91 | - | **Charlotte has fractured clavicle**<br>She reports fainting and hitting her shoulder on the dresser.<br>See Trover, DD07852 |
| 3/8/91 | - | **Joe Jones marries S. Denise Jones on this date**<br>3 months later on June 10, Denise filed a CDV petition<br>Against him for beating her and threatening to beat her to death |

66250

JA 6730

See DD 11880-11887

| | | |
|---|---|---|
| 3/11/91 | - | **Branden is given special Olympics exam.**<br>He is 10 years old, 50" and weighs 59 pounds<br>SS HCHD, DD13667, 13668 |
| 3/27/91 | - | **Jimmie has contusion from falling out of bathtub**<br>Injury to ribcage with sprain<br>See Trover, DD08064 |
| 5/2/91 | - | **Kathy has follow-up is "hypo-manic"**<br>Very excitable, angry, taking more Prolixin than prescribed<br>Upset with her doctors, period is later and she does not want a<br>pap smear, which MD is insisting , has been without<br>hormones  for one week, given amitriptyline and serentil<br>See Pennyroyal, DD13695 |
| 5/13/91 | - | **Branden has school conference, Kathy is no-show**<br>Branden continues in LD special class.<br>Hopkins Cty Bd of Education, DD01295 |
| 5/14/91 | - | **Kathy has post-op Gyn. Visit**<br>Post "TAH, BSO" rx: Premarin; Exam was normal, mammogram too<br>See Trover Medical Records, DD, pg. 01111, 01199 |
| 6/6/91 | - | **Kathy is hypomanic** but doing better, getting hormones<br>See Pennyroyal, DD13696 |
| 8/2/91 | - | **Kathy has psychosocial update**<br>Was referred for mixed emotional features that interfered<br>With her functioning, involved in dysfunctional relationship<br>She was seen by psychiatrist who diagnosed personality<br>disorder and dysthymia; medication management began<br>She was started on luiomil then switched to buspar,<br>Then moved up to prolixin, to which the antidepressant<br>serentil was added, but later discontinued |

JA 6731

She ended her relationship with a man in may 1990,
Which improved her stability; she had some problems
Of a gynecological nature, which were corrected
See Pennyroyal, DD13687

| | | |
|---|---|---|
| 9/1/91 | - | **Kathy Basham has acute bronchitis** |

Admits smoking 2 packs per day; Rx: Bactrim DS, Entex, LA, Proventil
See Trover Medical Records, DD, pg. 01110

**Jimmie has acute bronchitis**
See Trover, DD08064

| | | |
|---|---|---|
| 9/5/91 | - | **Kathy hyper, but doing well**; horrendous cough |

Prolixin is quite helpful
See Pennyroyal, DD13696

| | | |
|---|---|---|
| 9/12/91 | - | **Charlotte has candida vulvitis, acute bronchitis, cellulites** |

**Of labia, acute cystitis.**
See Trover, DD07851

| | | |
|---|---|---|
| 9/17/91 | - | **Branden at age 10 admitted to Rivendell at behest of school** |

Physical Examination: no significant medical problems mentioned by Branden
"I fight other kids" is reason Branden said he was brought there, hyperactive
Poor school performance; denies use of drugs and says he quit smoking (at age 10)
Has scars on his chin, scalp, abdomen and back, well kept appearance, looks healthy
Well developed well nourished, no scales or parasites, skin looked good, face was symmetric
Refused genital exam, all other physical stuff normal, cranial nerves intact
In summary: "Branden is active, alert, oriented, easily engaged, uncooperative,
controlling, and appears uncomfortable with surroundings. Apparent low-range intellectual
Function. Motor exam no weakness, ataxia, dysmetria, or mirror hand motions were noted.
Gesell figures age appropriate, Goodenough-Harris draw-a-man test very simplistic; multiple
Cavities, broken left upper molar, apparent low-range intellectual function, currently healthy

**Outline for social history**: Branden is 10 and attends Anton Elem. School
The informants are Kathy, Jimmy and Branden

JA 6732

Branden is described as being hyper, can't sit for long periods of time,
Has difficulty sleeping, says he gets "wide awakes" and cant settle down,
Was on Cylert last year, school is having problems, needs a lot of help with his work,
Has difficulty staying in his chair, is argumentative, cursing, demanding, fights,
Mother encourages the behavior, such as a when a neighbor "pinched his weiner"
Neither parents confronted "the man" but encouraged Branden to call him
on the phone and "cuss him out"
Branden weighed 6 lbs., 11 oz. at birth, walked at age 1, talked at 9 months,
but not well, toilet trained at 18 months, **denied sexual abuse**
Branden reported he was placed because he was "mean" and he was "scared"
About placement
**Kathy** was assessed as follows: 40, SSI, GED, Anxiety attacks, chronic
depression, temper outbursts
miserable childhood--Aunt and Uncle were
Depressed, maybe "schizophrenic"  Brothers drank a lot, mom drank too

**Jimmie** was assessed as follows:  8th grade education, part-time mechanic
Good but very poor childhood, drinks with his brother and father

The family was seen as "involved" and Branden was described as "likeable"
Hyperness was the only known family problem

Rivendell Hospital Records, DD03794; 03797-03805, 03817-03818, 03827

| 9/18/91 | - | **Rivendell Psychiatric evaluation on Branden.** |

Referred from Madisonville School District due to behavior.
Branden says he hits and "acts bad," longstanding problems
As far back as preschool, from which he was "asked not to return"
Escalating behavior problems.  Dexedrine and Cylert did not work, so
Mom is refusing all meds.  Mom blames another child who was around
Branden at age 4 as the root of his aggressive behavior
Family hx is packed with problems: alcoholism for at least 2 generations
Depression for mom, grandma, uncle, suicide attempts by mom, At this point,
Dad denied being alcoholic but admitted heavy drinking
Branden exploded and then cried when his parents left the interview
Branden says getting in trouble makes him sad, and so he is sad a lot

66253

He is worried by the fact that at times he cannot control himself
At this time, he denies persistent headaches (see later date at which these are present)
His "2 wishes" were a motorcycle, a machine gun and a police monitoring radio
He is culturally deprived--knows nothing about the workings of the world
Summary: ADHD not supported by first 3 years of Branden's life, family
Dysfunction is serious impediment to Branden.
See Methodist Home records, DD02327-02321; Rivendell Hospital
DD 03806-03810

---

9/23/91

**Abuse complaint made against "Roy Groves" who allegedly pinched
Branden's penis.** The man was never located, and had no known address
Allegedly lived in "St. Charles" area. Branden was given permission to "curse out"
Mr. Groves. The family did not want to prosecute. Mr. Groves was reported to be a
Friend of Jimmie Basham. Jimmie thought if the incident did occur it was "in play"
Because Mr. Groves had been around Branden before and nothing like that had ever
Happened. After his release from Rivendell, Branden refused to answer questions
About the incident. Thus the report could not be substantiated.
See CFC, 03491-03496


**Branden has EEG--abnormal results**
BB is 10, with dx: of ADHD and intermittent explosive disorder
Hx of head trauma requiring stitches, inhalant use, rage episodes,
Poor impulse control and rapid mood swings; nonresponsive to Ritalin and Cylert
Difficulty with hyperactivity, poor attention and concentration
EEG: moderate amount of EMG artifact throughout the record
Impression: "markedly abnormal" EEG--"the presence of generalized slow
waves, paroxysmally derived on two separate occasions during hyperventilation, is
Diagnostic of epilepsy, anti-seizure medications were "strongly suggested"
**neurometric analysis:** 48--2.5 second epochs of 22 channel artifact-free EEG
were selected for analysis: note of caution--meds. can alter results.
**absolute power:** generalized decrease in total absolute power was present
**Relative power:** no statistically significant elevations of delta activity were
evident, although when compared with other regions, there was increased
activity in left temporal, central and parieto-occipital regions
generalized increases in theta activity greatest in front temporal and left

JA 6734

parieto-occipital regions. Increased alpha activity in front temporal regions, L>R.
**power asymmetry**: significant asymmetries were present with reversals.
Parieto-occipital and temporal regions were characterized by generalized, R>L
Hemispheric asymmetries, greatest in alpha frequency bands with reversals,
Although minor in front temporal and central regions.
**coherence**: statistically significant hypocoherences were in parieto-occipital
Alpha activity in bipolar measures with monopolar measures amplifying
Delta/ theta/ alpha hypo coherences in temporal regions
**Impression**: abnormal neurometric analysis; significant deviations were
Present although the pattern and magnitude of deviation did not allow confident
Discriminant classification.
**Cognitive P300**: suggestive of intact attention/ concentration.
**Brain stem auditory evoked potential**: auditory thresholds
and interpeak latencies were within normal limits w/ minimal
latency asymmetries
**visual evoked potential**: atypical visual evoked response with abnormal
Waveform morphology, decreased amplitude and asymmetrical topographical
Presentations.


**In Summary**: routine EEG was abnormal, diagnostic of epilepsy
Work-up needs to include neurology eval, eval. of electrolytes,
endocrine function, and neuro-imaging. Anti-seizure medication
Is strongly suggested…reversals in hemispheric power asymmetries
suggest significant history of head trauma; marked hypo coherences
along with these reversals suggest etiology other than medication effect;
With abnormalities in parieto-occipital regions, one must r/o language
processing problems.
When correlated with the visual evoked potential, marked asymmetries
were present suggestive of an abnormality in parieto-occipital regions.
See RAYDC/ DJJ, DD 5421-5429

---

9/25/91       -       **Rivendell psychological report on Branden.**
Referred by parents for sleep and behavioral problems, with teachers
And peers. Dysfunctional and negative family environment, in which

JA 6735

Parents encouraged negative aggressive conduct; showed low frustration
tolerance, caught huffing gas with his sister earlier this year, admitted
Smoking, denied alcohol use, attention was short, spoke to himself
As he did his tests, was "a little homesick"
WISC-R--full scale (88) 83-93; verbal (85) 79 to 91, perform. (93) 85 to 101;
Low-average range, 1st grade reading level--specific learning disability in reading
Drawings of house-tree-person indicated poor planning skills,
Lack of insight, immaturity, insecurity and poor self-concept;
Limited capacity to recognize consequences of his behavior,
Limited judgment, prominent conflicts in home environment
"Piers-Harris" reflected "confused and dissatisfied" child
With feelings of rejection and associated anxiety, felt smart but not well
Liked by peers, nervous and worried over causing problems in family
Problems with interpersonal relationships, anxiety and self-image
Trouble dealing with affective material.
See Methodist Home records, DD02322-02326, Rivendell Hospital
DD 03811-03815

| | | |
|---|---|---|
| 10/2/91 | - | **Rivendell Discharge Summary on Branden** |

DX: ADHD, intermittent explosive disorder, oppositional definant
Disorder, seizure disorder per EEG
Family noted as dysfunctional, parents part of Branden's behavioral
Issues--defiant, oppositional, aggressive, disrespectful,
Is hyper, "Jekyl and Hyde" type according to Mom
Teachers noted Branden **staring off for periods of time,**
During which he **did not respond to external cues**
Mother refused trial of tergretol for Branden, which was
Proposed due to his outbursts of agression, etc.
The family is "overenmeshed"  Mother removed him from
Hospital against medical advice, she also gave him her Prolixin, but
Refused to allow MD to give Tegretol

See Methodist Home Records, DD02319-02321; also Rivendell
Hospital Records, DD03794-03796

JA 6736

| | | |
|---|---|---|
| 11/24/91 | - | **Kathy Basham has acute bronchitis**<br>Rx: proventil inhaler<br>**Charlotte is also seen for asthmatic bronchitis.**<br>Cough and congestion noted; was encouraged to quit smoking<br>See Trover Medical Records, DD, pg. 01109; 07850 |
| 12/5/91 | - | **Kathy gets Prolixin, trouble sleeping**<br>Cough is improved, has been out on inhaler<br>See Pennyroyal, DD13697 |
| 1992 | - | **Branden is assessed during this school year.**<br>Social adaptation lists the following behaviors: speaking without permission,<br>Destroys property, comes to class without materials, loses materials, His daily living skills<br>Are not age appropriate, he does not maintain personal hygiene<br>Uses profanity, hits self or others, inconsistent behavior<br>See Hopkins Cty. Bd. Of Ed., DD 1282-1284, 01397<br><br>**Charlotte is in 10th grade, passes all courses except English**<br>This is her last reported school year.<br>See Hopkins School, DD10739 |
| 2/24/92 | - | **At the request of his teachers, Branden is given a shortened school day**<br>His "condition" necessitating this change was "LD w/ maladaptive and aggressive<br>Behaviors"<br>See Hopkins Cty Bd of Educ., DD01319 |
| 3/19/92 | - | **Kathy has follow-up**<br>Trouble sleeping, depressed, nervous<br>Doxepin added to her Prolixin<br>See Pennyroyal, DD13697 |
| 3/30/92 | - | **Kathy is investigated for child abuse re: Charlotte.**<br>Charlotte drove the family car and when she returned home Kathy<br>Hit her in the head with a pair of scissors and then cut her hair;<br>there were previous reports of spouse abuse, neglect and physical abuse (5/88)<br>(also see 8/16/92 below--the scissors treatment was a regular form of "discipline") |

66257

Charlotte was interviewed and admitted to taking the car without permission
Charlotte's hair was noticeably short on top, but left long in back
Charlotte laughed it off and denied that her mother hit her in the head
Kathy got upset over the investigation, but calmed down and said she
She had tried other forms of punishment but nothing worked--
so she went after the only thing that Charlotte cared about--her hair.
The social worker discussed alternative forms of punishment.
Assault was deemed unsubstantiated, and alternatives to hair cutting were discussed
no case was opened.
See CFC, DD03497-03500

| 3/31/92 | - | **Kathy Basham treated for astigmatism**<br>Current meds include Prolixin, Doxepin,<br>And Estrogen<br>See Trover Medical Records, DD, pg. 1109 |
| 4/14/92 | - | **Charlotte seen for chronic back pain**<br>See Trover, DD07848<br><br>**Jimmie has acute bronchitis**<br>See Trover, DD08063 |
| 4/22/92 | - | **Branden's Rx: Methylphenidate 20 mg, x3**<br>Hopkins Cty Bd of Educ., DD 01353 |
| 5/3/92 | - | **Charlotte is seen for candida vulvitis.**<br>She is 15 and sexually active, has had similar itching<br>And symptoms several years ago.<br>See Trover, DD07849-07850 |
| 5/7/92 | - | **Kathy's Doxepin was doubled, doing better**<br>Allowed extra Prolixin too<br>See Pennyroyal, DD13698 |
| 5/12/92 | - | **Branden is maintained in LD, special class, conference--Kathy no-show**<br>with the following identified needs/problems: behavior disorders, written expression, basic |

66258

Reading skills, reading comprehension, mathematics calculation, and reasoning,
See Hopkins Cty Bd of Educ., DD01323

| | | |
|---|---|---|
| 5/27/92 | - | **Charlotte seen for ear pain, dr. discovers suspicious broken nose**<br>Charlotte came up with story about how it happened--ball hit her nose<br>Has external otitis and TMJ<br>See Trover, DD07847 |
| 5/28/92 | - | **Charlotte is seen for outpatient f/u following traumatic injury**<br>**Septal and nasal deformity.**<br>Trover, DD07731 |
| 5/29/92 | - | **Branden has psycho-education report.** 3 yr. Reassessment.<br>Branden was taking Methylphenidate 20 mg., 3x per day for poor impulse<br>Control, impulsivity, and short attention span. His home life is described as "basically<br>Dysfunctional" Parents are divorced, and he lives w/ his father.<br>A prior Rivendale report cited his huffing fumes, having learning deficits, low frustration<br>Tolerance, and blaming others. Branden had "extreme highs and lows" in maintaining<br>emotional and behavioral stability. He has physical and verbal outbursts, w/ other students<br>He uses profanity and physically resist his teachers, he is defiant and seeks control, he avoids<br>Responsibility, and disrupts class.<br><br>His IQ test results were deemed "virtually meaningless" due to the discrepancy between the<br>Performance IQ of 112 and verbal IQ of 90.<br>He did show avg. to above avg. strength in applied mathematics, whereas written language<br>Is his weakest area.<br>Learning/self-control and inappropriate behavior are "considered areas of great concern"<br>When his home life becomes unstable, his aggression and inattentiveness increase.<br>Branden's "global adaptive behavior functioning" was "well below average to below avg."<br>He has fewer social skills, more problem behaviors, and poorer functioning than his peers.<br><br>The examiner summed it up thusly "Branden is basically an unhappy child who continues to<br>Grieve over his parents divorce and the significant losses that accompany such an event. Branden is<br>Seeking structure in his world and desperately needs more consistency to allow him to trust it."<br>Branden is found to be in continued need of special education as an Emotional-behavioral disabled<br>Student with a "secondary handicapping condition of being learning disabled in the area of written |

66259

Expression (language)"

See Hopkins Cty Bd of Educ., DD 01344-1348
**Charlotte in hospital for deviated nasal septum**
Rhinoplasty for internal and external deformities
Hit in face 1 yr ago, baseball injury 3 yrs. Ago
15 yoa, skin and head shows several well-healed scars
She was anxious
See Regional Medical Ctr., DD06982

| | | |
|---|---|---|
| 6/8/92 | - | **Kathy Basham has asthmatic bronchitis**<br>Admits smoking, told to stop<br>Rx: Proventil Nebulizer<br>See Trover Medical Records, DD, pg. 01108<br>**Charlotte is seen for post-op re: nose break**<br>Doing well<br>See Trover, DD07846 |
| 6/18/92 | - | **Kathy d'c'd Doxepin, increased Prolixin**<br>Said she was doing much better, BB was with her and<br>Agreed she was much nicer to be around since the change<br>See Pennyroyal, DD13698 |
| 6/23/92 | - | **Charlotte is anemic, has strep**<br>See Trover, DD07846 |
| 7/20/92 | - | **Charlotte has sore throat, stomach ache**<br>Probable virus<br>See Trover, DD07845 |
| 8/16/92 | - | **Cabinet for Families and Children (CFC) investigates Kathy for Child Abuse.**<br>A fight between Kathy and Charlotte over Kathy's attempt to spank Charlotte led<br>To Charlotte biting Kathy on the hand and Kathy grabbing a pair of scissors and trying to<br>Cut Charlotte's hair, with charlotte then being thrown to the ground. Charlotte's offense<br>Was to drive the family car without a driver's license. Kathy complained both |

66260

JA 6740

Branden and Charlotte want to sleep all day and "roam the streets at night." Charlotte
Said she jumped on Charlotte to spank her but Charlotte fought back. Kathy said
She will give custody of both children to Jimmie. Jimmie accepted custody.
Charlotte was interviewed and gave same basic account, except she said her mom let her
Drive the car.
The caseworker found this was not abuse, but an isolated incident in which both Kathy and
Charlotte acted inappropriately, and that the solution was to give custody to Jimmie.
See CFC Records, DD 03409-03410

| 8/19/92 | - | **Kathy Basham treated for**<br>**"reactive airway disease"**<br>Rx: Proventil<br>Advised to quit smoking<br>See Trover Clinic Medical Records, DD, pg. 01107 |
|---|---|---|
| 8/20/92 | - | **Kathy two weeks late for psych. Appointment**<br>Forgot to take medication regularly, and her<br>"temper and irritability came back with a vengeance"<br>When she went back to two prolix in a day it<br>Smoothed out.<br>See Pennyroyal, DD13699 |
| 8/27/92 | - | **Child abuse complaint filed against Kathy re: Branden**<br>Branden went to school with marks from a switch, which Kathy<br>Said were made as a result of Branden attacking her.<br>Branden was uncooperative about the investigation, and did not<br>want to talk about the abuse or show the marks on his back<br>Branden said he would beat up whoever reported the incident to social services<br>The social worker advised the Bashams to get professional help because<br>Things were out of control--Branden was not on medication, and worker advised he needs to<br>Be put on something. Kathy blamed Branden's teachers for his school problems.<br>The social worker deemed the report unsubstantiated.<br>See CFC, DD03484-03487 |
| 9/2/92 | - | **Branden is in a BD--Behavioral Disordered--Classroom--Kathy no-show for conference** |

66261

See Hopkins Cty Bd of Educ., DD 01312-01315, 01339

| | | |
|---|---|---|
| 9/28/92 | - | **Charlotte is sexually active 16 yr old with Gardnerella vaginitis**<br>See Trover, DD07844 |
| 10/14/92 | - | **Charlotte is pregnant**<br>See Trover, DD07843 |
| 10/22/92 | - | **Branden has school conference w/ school psychologist**<br>Branden's father agrees to seek addl. Medicine to "calm" him. Agreed to keep<br>Branden in a restricted classroom.<br>See Hopkins Cty Bd of Educ., DD 01318 |
| 10/26/92 | - | **Branden has right inguinal hernia.**<br>At this time he is on no medication.<br>He was scheduled for hernioplasty.<br>See Pennyroyal Hospital, DD02138 |

**A petition is filed on Charlotte for 1st degree criminal trespass**
Charlotte snuck over to Buddy Morris' house and was hiding in his
Closet when she was found by the dad.; this same thing had happened
Before and Charlotte was told not to do it anymore.
Prior juvenile petitions for Charlotte involve: beyond control of school authorities,
Truancy, theft under $100. Charlotte has little job experience, but did work for
Branden's "Big Bro" named Barry McGaw.
Charlotte was living with Jimmie in a trailer, had just moved there 2 days prior
Kathy was living in different trailer in same park along with Branden
Charlotte bounces back b/t parents, and had been living with Jimmie
For 2.5 months after an altercation involving Charlotte using the car (see above)
Charlotte said Buddy,III, asked her over to his house, and that they were planning
On getting married. Charlotte admitted to being there without permission, and
Promised not to do it again. She was given probation
DD11845-11853

| | | |
|---|---|---|
| 11/5/92 | - | **Kathy ran out of medication**<br>Affect was bright, doing well |

66262

See Pennyroyal, DD13699

| | | |
|---|---|---|
| 12/18/92 | - | **Kathy seen for psycho-social update**<br>Continues on Prolixin<br>See Pennyroyal, DD13686 |
| 1/14/93 | - | **Charlotte finds out she is pregnant.**<br>See Hopkins County Health Dept., DD10750 |
| 1/19/93 | - | **Charlotte misses prenatal appointment**<br>See Hopkins County Health Dept., DD10751 |
| 1/23/93 | - | **Charlotte is signed up for WIC prenatal certification and counseling**<br>See Hopkins County Health Dept., DD10751 |
| 1/25/93 | - | **Charlotte has bronchitis, 2 mos. Pregnant**<br>Says cut down on smoking to 5 per day<br>See Trover, DD07842 |
| 2/1--3/8/93 | - | **Branden continues to have behavioral problems in school.**<br>A series of reports identify continuing behavioral outbursts and inappropriate<br>Behavior, including back-talk, cursing, screaming, climbing on furniture, fighting,<br>Refusing to cooperate, throwing materials, reacting violently to teachers.<br>Branden also got in trouble on the school bus.<br>See Hopkins Cty Bd of Educ., DD 1371-1378. |
| 2/2/93 | - | **Charlotte has bronchitis, smells "strongly" of tobacco**<br>Claims to smoke only 1-2 per day, hacking cough with rhonci<br>3 months pregnant; also around this time, charlotte says she will<br>Quit "today" but "does not sound very convincing"<br>See Trover, DD07842, 07907 |
| 2/11/93 | - | **Branden writes apologies to two teachers for various insults**<br>Branden writes to "Ms. Debby" and Ms. Smith," apologizing for a variety<br>Of misdeeds, much of which involved profanity and sexually inappropriate comments.<br>See Hopkins Cty bd. Of Educ., DD 01363-01364 |

JA 6743

| | | |
|---|---|---|
| 3/1/93 | - | **Branden's parents are notified of his truancy.**<br>Given 24 hours to rectify the situation.<br><br>On this same date, a school report was filed indicating Branden was<br>At school, and behaving badly--was out of supplies (continuing problem)<br>And physically acting out--kicking, screaming, threatening to bite, refusing medications<br><br>See Hopkins Cty Bd of Educ., DD01382; CFC, 03464 |
| 3/5/93 | - | **Report filed alleging physical abuse of Brandon by teachers.**<br>Alleged teacher held Brandon while another jerked his head and scratched him.<br>Source alleged teachers were removing children's shirt and shoes; alleged Brandon<br>Is being set up to scream and then accused of acting bad. Kathy appears to be<br>The source of the report.<br>See CFC, DD03453-03454 |
| 3/8/93 | - | **Daily school report on Brandon is poor:** he started off doing fine, but then<br>Began pacing, talking back, leaving his assigned area, was put in time-out forcibly<br>Began beating walls, etc. Was "violent during lunch" and denied lunch.<br>See CFC, DD 03461 |
| 3/12/93 | - | **"Fact s" regarding Brandon**<br>A "fact sheet" regarding Brandon indicated<br>On-going behavioral problems with school: truancy, spoke of a "gun" or "BB" gun<br>Was threatening and physically assault with instructors, repeatedly refused medicine,<br>Was a "run away"<br>See Hopkins Cty Bd. Of Educ., DD 01360 |
| 3/24/93 | - | **Charlotte misses her WIC appointment.**<br>See Hopkins Health Dept., DD10751 |
| 3/26/93 | - | **Jimmie has allergy, chronic bronchitis, laryngitis, acute low back**<br>**Strain, and headache**<br>See Trover, DD08062 |

66264

**JA 6744**

| 4/5/93 | - | **Branden continues to have problems in school** |
| | | Branden hurt his finger with a nail and was bleeding all over himself |
| | | Appears self-abuse was intentional, he was sleeping during class, |
| | | Smarting off, beating on doors and walls, yelling and kicking |

**Charlotte becomes "ob" patient**
See CFC, DD03462, 07841

| 4/6/93 | - | **Brandon is written up for bad behavior on school bus.** |
| | | He used obscene language, was disobedient, and arguing. |
| | | See Hopkins Cty Bd of Educ., DD 01379 |

| 4/12/93 | - | **Brandon receives poor report on school behavior.** |
| | | Initially was acting appropriately, then began complaining of a headache |
| | | From this point on things went downhill--was acting out, smarting off, |
| | | Hiding from teachers, went to time-out by request. |
| | | See CFC, DD 03463 |

| 4/13/93 | - | **Abuse report was filed against Brandon's teacher.** |

It was alleged Brandon was placed in time-out after alleging he had a headache
And asking for Tylenol. Addly. Alleged he was denied lunch and given his
"hyper" medication which made him sick, and also told he was a "dirty little boy."

The teacher's version of events was different: That Brandon was out of control and
Sent to time out; that he later reported a headache and asked for Tylenol--which the
School does not give unless the parent sends some to school. The teacher did
Comment to Branden that his arm was filthy because it was, and Branden was laying
On the floor. The teacher said Branden did not want to go home because
His mom had no phone to call and he did not want his dad to know.
The teacher said Branden never got sick.
The teacher also reported Branden tore the timeout room apart and that he was
Known to curse and say sexually inappropriate things to her, including
Some very explicit remarks about her and black men. Numerous reports
have been filed concerning Branden's behavior--screaming, yelling, beating walls,
Smarting off, poking himself and bleeding, refusing to cooperate or eat lunch.
Branden admitted to saying sexual things about Ms. Haley, but feels he is treated

66265

Overly rough by school.
Reports of Branden being violent with the teacher's aide.
Ms. Basham agreed to take Branden for mental health counseling, stating she can no
Longer handle him.
See CFC, DD03455-03457

**Jimmie has acute bronchitis**
See Trover, DD08063

| 4/24/93 | - | **Charlotte is sent notice of fair hearing due to non-participation in WIC**<br>Prenatal program.<br>See Hopkins County Health Dept., DD10751 |
| --- | --- | --- |
| 4/28/93 | - | **Brandon is written up for bad behavior on school bus**<br>Was loud, disobedient, using obscene language and disturbing others<br>See Hopkins Cty Bd of Educ., DD01380 |
| 5/10/93 | - | **Charlotte makes WIC appointment, has transportation problems**<br>She has only seen a doctor once during her pregnancy<br>See Hopkins County Health Dept., DD10751-10752<br><br>**Kathy out of meds, worried BB is being abused at school**<br>He is being picked on for small things, emotionally torn by<br>This treatment, she was angry and discouraged<br>See Pennyroyal, DD13700 |
| 5/11/93 | - | **Kathy treated for asthma**<br>Has wheezing, Rx: Proventil<br><br>**Charlotte treated for otitis externa, left side**<br>See Trover Medical Records, DD, at pg. 01107, 07841 |
| 5/17/93 | - | **Branden's IEP notes considerable problems with personal/social skills.**<br>His weak areas are controlling anger, accepting authority, conflict resolution,<br>And use of profanity.<br>See Hopkins Cty Bd of Educ., DD01386 |

66266

| 5/18/93 | - | **Branden gets psycho-social evaluation at PennyRoyal** |
| | | He is 11 yoa, seen for behavioral problems, accompanied by mother |
| | | Whose primary purpose was to get a note from MD advising home-bound |
| | | Instruction. She claimed current teacher was rough with Branden |
| | | And left marks on his body, principal and school superintendent |
| | | Were unhelpful, Branden was being treated for ADHD, on methyl- |
| | | Phenidate which was effective and made a "noticeable difference" |
| | | Medication was not provided in timely fashion at school, leading |
| | | To erratic behavior. MD refused to get involved with school issue. |
| | | See Methodist Home records, DD02316-02318; |
| | | Also See Pennyroyal Records, DD01944-01946 |
| 5/30/93 | - | **Branden is continued in LD/BD classroom.** |
| | | See Hopkins Cty Bd of Educ., DD01324 |
| 7/1/93 | - | **Child Abuse report filed because Kathy having sex in front of the children:** |
| | | Report alleged Kathy would bring her boyfriend home when ex-husband Jimmie |
| | | And the children were home, and after having sex with the boyfirend, Kathy would |
| | | Then come into the living room and have sex with Jimmie in front of the children. |
| | | The report was deemed unsubstantiated because the family denied it. |
| | | Branden was interviewed and it was noted he knew a great deal about sex, which he says |
| | | He learned from other people, as well as from his sister who was pregnant at the time. |
| | | See CFC, DD03468-03472 |
| 7/9/93 | - | **Charlotte has prenatal appointment--smoking 3-6 cigs. per day** |
| | | Says she is eating regular meals. |
| | | See Hopkins County Health Dept., DD10752-10753 |
| 7/13/93 | - | **Brandon is 11 yoa, accompanied by Jimmie for emergency appt.** |
| | | B. and his dad were concerned about school year, and teacher abusing him. |
| | | They said this has happened last 2 years and nothing has been done about it. |
| | | Jimmie is living in a trailer, but is back in the home b/c of the heat |
| | | Charlotte is 16 and pregnant--and left Kathy's care after Kathy tried to |
| | | Stab her with a pair of scissors--Kathy claimed she was going to cut her hair |
| | | As punishment. Jimmie and Kathy also used to fight a lot and throw |

JA 6747

Dishes, and B. would jump in the middle of it, the parents get along better now
Jimmie has chronic back pain, takes pain-killers and drinks a 6-pack per day
See Pennyroyal Hospital, DD01970-01971

| | | |
|---|---|---|
| 8/2/93 | - | **Brandon, Charlotte Mom and Dad have family appt.** |

Numerous family problems, the family reports Brandon is being abused by the
Special ed. Teacher and they want a home tutor.
Jimmie agrees to do more, and Charlotte says her relationship with
Branden is not so good b/c of his behavior; he enjoys making Char. Mad
Because she makes funny faces; Charlotte says B. is better on meds, but
Ritalin makes him sick.  Medication was therefore being given in an erratic
Manner.
See Pennyroyal Hospital, 01969-01970

| | | |
|---|---|---|
| 8/9/93 | - | **Kathy having god days, bad days** |

Good days are very good,  than bad days she gets depressed
Did not want anti-depressant's because in past made her
suicidal
See Pennyroyal, DD13700

| | | |
|---|---|---|
| 8/12/93 | - | **Basham family has out-pt. Appointment** |

They said things were going a little better, and they
Were all happy to hear Branden would have a new teacher.
See Pennyroyal Hospital, DD01968

| | | |
|---|---|---|
| 8/20/93 | - | **Kathy fails to attend family appt.** |

A rescheduled appointment was made for the following week,
But apparently not kept.
See Pennyroyal Hospital, DD01968

| | | |
|---|---|---|
| 9/5/93 | - | **Charlotte has term pregnancy delivery.** |

She was unaccompanied by Brittney's father, her Aunt (?) Ena Morris
was with her, says she quit smoking though, charting nurse
was skeptical about this plan
Trover, DD07731, 06655-06728

66268

| | | |
|---|---|---|
| 9/17/93 | - | **Branden gets in trouble on school bus**<br>Bosses another child around, and says he wont get in trouble<br>See Hopkins Cty Bd of Educ., DD01381 |
| 9/23/93 | - | **Kathy is seen for psychosocial update**<br>Kathy was stable on Prolixin, was having trouble with BB<br>At school, otherwise no changes<br>See Pennyroyal, DD13685 |
| 10/19/93 | - | **Charlotte has pregnancy post-op**<br>Doing well<br>See Trover, DD07840 |
| 10/25/93 | - | **Charlotte does not shop up for WIC appointment, baby's name unknown**<br>Agency wants to send letter, but no idea how to do so.<br>See Hopkins County Health Dept., DD10753 |
| 11/5/93 | - | **Charlotte qualifies for WIC postpartum certification**<br>Under age 17, substance abuse, inadequate diet, was counseled<br>On need to increase all food groups<br>See Hopkins County Health Dept., DD10753-10754 |
| 11/6/93 | - | **Kathy Basham treated for asthma**<br>Rx: Proventil<br>See Trover Medical Records, DD, pg. 01106 |
| 11/8/93 | - | **Kathy is having anxiety attacks, to point of feeling faint**<br>She is preoccupied with cancer because her brother is terminal<br>She has a painful lump in her cheek, which she is told to have<br>checked; she was teary talking about her dead and sick siblings<br>She was given Prolixin and Cogentin<br>See Pennyroyal, DD13701 |
| 1/5/94 | - | **Letter of concern sent to Charlotte re: non-participation in WIC.**<br>See Hopkins County Health Dept., DD10754 |

66269

| Date | | Entry |
|---|---|---|
| 1/7/94 | - | **Kathy has asthmatic bronchitis**<br>Rx: Proventil inhaler<br>See Trover Medical Records, DD, pg. 01106 |
| 2/16/94 | - | **Charlotte sent letter re: hearing to terminate WIC**<br>See Hopkins County Health Dept., DD10754 |
| 2/23/94 | - | **Kathy having suicidal ideation**<br>Wants to starve herself, trembling, heart flutters, etc.<br>No delusions or perceptual disturbances<br>See Pennyroyal, DD13702 |
| 3/1/94 | - | **Charlotte calls to say she is no longer interested in WIC program**<br>See Hopkins County Health Dept., DD10754 |
| 4/6/94 | - | **Jimmie treated for hearing loss and ear infection, allergic rhinitis**<br>See Trover, DD08058-08059 |
| 5/4/94 | - | **Abuse and neglect investigation re: Branden is opened.**<br>Source reported Branden was locked inside a trailer<br>with no parent in attendance.  This occurred regularly, and a padlock<br>Was placed on the outside of the trailer.<br>There was a previous DSS case concerning Branden.<br>Branden explained he was home sick that day, and<br>Kathy said she saw Branden twice that day.<br>Branden said the padlock was on the door when he left.<br>The caseworker found the report unsubstantiated.<br>See CFC, DD 03441-03444 |
| 5/13/94 | - | **Kathy Basham treated for asthma**<br>BP 110/60, wt 119 lbs.<br>Rx: proventil inhaler<br>See Trover Medical Records, DD, pg. 01105 |
| 5/18/94 | - | **Kathy has follow-up, not taking all medications**<br>Irregular medication compliance, wants to be eventually |

66270

Off all medications, but agrees to take fluphenazine,
Benztropine was d'c'd because she was not taking it
See Pennyroyal, DD13702

| | | |
|---|---|---|
| 5/20/94 | - | **Branden's IEP for 94-95 school year is completed on this date.** |

Branden's "cognitive functioning" is below peer level, although his
Personal and social weaknesses are by far the biggest problem for him
His "weaknesses" are following rules, accepting consequences,
Controlling anger/ aggression, and ignoring.
Jimmie agrees to enter Branden in the "home parent" program
Branden meet reqs, for "Emotional and Behavioral Disability," which
Are "severe deficiencies in social competence which impair interpersonal relationships
With adults or peers"
See Hopkins Cty Bd of Educ., DD 01407, 01418, 01420

| | | |
|---|---|---|
| 5/23/94 | - | **Kathy upset over BB's school situation** |

Says teachers calling BB names in front of other kids
Not dating, but still has relationship with Jimmie
Interested in counseling
See Pennyroyal, 13703

| | | |
|---|---|---|
| 6/11/94 | - | **Kathy has candida vaginitis,** |

and a UTI, she is advised to practice "safe sex"
Drink plenty of fluids.
Rx: Pyridium, 200 mg., Septra
See Trover Medical Records, DD. 01104

| | | |
|---|---|---|
| 6/28/94 | - | **Kathy has follow-up** wants to become nursing asst, |

Get off SSI if possible, worried about losing benefits
Had a fight with Jimmie, she has BB a lot of time,
Kathy made arrangements for a "neighborhood boy" to
Watch BB so she can have time to herself, Kathy
Does not know what to do about Jimmie--wants to be on own
See Pennyroyal, DD13703-13704

| | | |
|---|---|---|
| 6/30/94 | - | **Jimmie treated for itchiness under foreskin--probable monilial irritation** |

66271

See Trover, DD08057

| | | |
|---|---|---|
| 7/25/94 | - | **Investigation into Branden being raised by a 20 yr. old mentally handicapped man Jim Hill.:** Hill allegedly allowed Branden to ride his bike from Earlington to Madisonville. Hill came to care for Branden because Branden's parents did not Want to care for him themselves. See CFC, DD03433 |
| 8/3/94 | - | **Kathy, Brandon and Jim Hill are interviewed by DSS.** Kathy reported that Branden lived with Hill during the week, and with Her and Jimmie during the weekend. She said this arrangement is best for Branden because Mr. Hill can do things with him that she And Jimmie cannot, especially because Jimmie is disabled and she works. Jim Hill enjoyed taking care of Branden, and said they rode bikes together And enjoyed the same things. He grounded Branden when he rode his bike without permission. Based on the investigation a child protective services cases was not opened. See CFC, DD03433-03434 |
| 8/13/94 | - | **Kathy Basham has bronchitis** Rx: Celestone I.M., Amoxicilin, 400 mg. See Trover Medical Records, DD. 01103 |
| 9/7/94 | - | **Kathy wants to go off Prolixin and get on prozac** she had anxiety feelings, was told to make appointment See Pennyroyal, DD13704 |
| 10/2/94 | - | **Kathy Basham has asthma.** Current meds are Prolixin, Premarin Rx: Proventil inhaler. See Trover Medical Records, DD. 01103 |
| 10/7/94 | - | **Branden has a school conference concerning headaches and sleeping in class.** |

JA 6752

Branden was not taking his medication. Parents reported he was "huffing"
It was agreed that "West Ky." would evaluate him.
See Hopkins Cty Bd of Educ., DD01424

| | | |
|---|---|---|
| 9/7/94 | - | **Kathy wants to go off Prolixin and get on prozac**<br>she had anxiety feelings, was told to make appointment<br>See Pennyroyal, DD13704 |
| 10/20/94 | - | **BB stole from Wal-Mart--cassette tape**<br>See Ky-DJJ, DD04670 |
| 10/26/94 | - | **Kathy afraid of being killed:** lost ten pounds, was loud<br>But relevant, afraid of being killed because a lot of people<br>were getting killed<br>See Pennyroyal, DD13705 |
| 11/7/94 | - | **Kathy goes to mental health center**<br>Current dx: adjustment disorder, mixed emotional features<br>Currently takes fluphenazine, she is living with BB and "has<br>maintained no parental responsibility for this child"<br>Maintains contact with ex-husband<br>Prompt for appointments<br>See Pennyroyal, DD13684 |
| 11/26/94 | - | **Kathy Basham has laryngitis.**<br>Admits smoking pack a day.<br>Dx: Acute Bronchitis<br>Rx: Amoxil, 500 mg., Chloraseptic<br>See Trover Medical Records, DD. 01102 |
| 11/29/94 | - | **Branden has well-child exam, needs dental and vision screen.**<br>He is 13 years old, 56" tall and weighs 80 pounds<br>He reports severe headaches, neck and back pain,<br>His appearance was "very dirty," had missed school<br>In order to help his father repair a car, does not like school,<br>Was given a toothbrush; was on Ritalin but did not take it correctly |

See HCHD, DD13667 - 13672

**Charlotte treated for shoulder strain due to lifting child**
See Trover, DD07839

| | | |
|---|---|---|
| 12/6/94 | - | **Kathy Basham has gastroenteritis** |

Rx: phenegran, 25 mg.
BP 102/68, wt. 109
Cultures reveal no "suspicious colonies"
No campylobacter, no salmonella,
See Trover Medical Records, DD, pg. 01101, 1202-1204

| | | |
|---|---|---|
| 12/13/94 | - | **Branden gets (cursory) neurological exam.** |

Dr. Desai assessed him as "highly intelligent" with no significant
Historical indicators, however, he did note the head injury due to fall
From tree, and that he was unable to sit still during the exam. He assessed
Head injury as insignificant, and schedule no neurological follow-up
See Methodist Home records, DD02315

| | | |
|---|---|---|
| 12/27/94 | - | **Quentin Basham cited for intoxication** |

Quentin was involved in a car wreck and was seen fleeing the scene
He later alleged he was running to get help, but after one hour had not
Returned to the scene and his only calls were to relatives, he was intoxicated
And had been a passenger in the car.
See DD11817

| | | |
|---|---|---|
| 1/04/95 | - | **Kathy has follow-up** |

Doing better, just got married (L. Pentecost) and wants to be
on less medications, taking Fluphenazine in morning
See Pennyroyal, DD13705

| | | |
|---|---|---|
| 2/2/95 | - | **A school conference for Branden is held to discuss "medical considerations"** |

Mostly illegible report, discussed ADHD and switch of meds from Ritalin to ?.
See Hopkins Cty. Bd. Of Educ., DD 01425

| | | |
|---|---|---|
| 3/12/95 | - | **Kathy Basham has sore throat.** |

66274

BP 102/64, weight 117 lbs.
Dx: acute pharyngitis
Rx: EES 400, qid.
See Trover Medical Records, DD, pg. 01101

| 3/29/95 | - | **Kathy (Pentecost) Basham has follow-up** |

Doing fine, no sleep or eating problems,
Some depression, but not as bad as it used to be
See Pennyroyal, DD13706

| 4/3/95 | - | **Kathy seen at ER for scapular pain** |

Dx: muscoskeletal pain, possible URI
See Trover, DD06098-06105

| 4/29/95 | - | **Kathy Basham seen for asthma.** |

Lungs have rhonci, and wheezing present.
Rx: proventil.
See Trover Medical records, DD, pg. 01100

| 5/1/95 | - | **Branden's psychoeducational report compiles 6 yrs of performance information.** |

1989, Branden evaluated for academic and behavioral reasons, where he was assessed in the
Low-average to average range of functioning. Deficits were noted in maturity and social and interpersonal
Stimulation. In 9/89, Branden was referred again, where he was assessed as having a
Severe deficit in reading and written language. He was determined to have a specific learning
Disability, and placed in EBD classroom due to "repeated physical and verbal outbursts."
In 9/91, Branden, at age 10, was sent to Rivendell Children's hospital for hyperactivity, sleep disturbance,
Defiant/oppositional behavior. Low-average intellectual functioning, with aggression, oppositional
Behavior, ADHD, separation anxiety, dysfunctional family environment, poor peer relations,
And solvent sniffing. 1992 reevaluation noted significantly higher nonverbal to verbal skills.
Emotional, behavioral and social skills showed noted weakness. ADHD continued to be a problem.
3/93, a "Beyond reasonable control" complaint was filed due to "physical aggression, teacher assaults,
Vulgar and abusive language, failure to complete work, threats of harm and death, refusal of medication,
Excessive absences, and failure to follow school rules. Branden was retained 1993-1994 school year.
10/1994 Neurological exam was normal, and psychiatric exam revealed Methylphenidate alone was
Ineffective, so Clonidine was prescribed.
The most noteworthy problem with Branden was not staying on task.

66275

alcohol, drugs and huffing were reported "in the past"

Branden expressed wishing he could be "normal" and saying other kids were mean to him.

Branden's self-assessment and that of him by others included various concerns, including

Branden's concern about his delinquent and aggressive behavior. Parents and teachers listed as concerns

For him: withdrawn, somatic complaints, depressed, social problems, thought problems, attention

Problems, delinquent and aggressive behavior.

"Mr. Jay" reported Branden loved children and animals, has a wonderful personality and was likeable

Ms. Mefford reported Branden was concerned about the less fortunate and was very loving

Brandon's concerns were: he does not like special educ., gets picked on by peers, his father drank too much,

His mother does not have custody, and feels school is a waste of time. His best report of self was that he

Is friendly.

Branden suffers from severe allergies and headaches

Written language was Branden's weakest skill, math skills were in borderline range, reading skills were

Borderline to low range, "global intellectual functioning" was in the borderline range.

Branden's full scale IQ was 77, Verbal 64, Performance 82.

See Hopkins Cty. Bd. Of Educ., DD01442-01452.

| | | |
|---|---|---|
| 5/18/95 | - | **Branden's IEP for 1995-1996 school year.** |

His weaknesses were as follows: allergies, headaches, verbal reasoning,
short on task time, reading comprehension, multiplication and division problem
Solving, extremely sloppy handwriting, impulsive, hyperactive and shot span of
Attention. His strengths included enjoying group, hands-on-task work
See Hopkins Cty Bd of Educ., DD01426

| | | |
|---|---|---|
| 5/23/95 | - | **Buddy Ray Morris, III charged with criminal mischief** |

**Buddy became Charlotte's 1st husband and father of Brittney**
This incident occurred when Buddy busted the back window out of
Jimmie Basham's car
See DD11832-11834

| | | |
|---|---|---|
| 7/3/95 | - | **Jimmie has probable chronic obstructive pulmonary disease.** |

Reported high blood sugar, but apparently misused glucometer, as sugar was normal
Smokes 2 packs per day, currently on no medications
See Trover, DD08056

| | | |
|---|---|---|
| 7/19/95 | - | **Kathy is stressed out, moody to new husband** |

JA 6756

Hears voices telling her to leave her new husband
She was prescribed Zoloft
See Pennyroyal, DD13706

| | | |
|---|---|---|
| 9/13/95 | - | **Kathy has follow-up:** |

Claims to be fine, but sleeping a lot during day
She and Larry talked of divorcing, when depressed she
Just wants to die, Zoloft and fluphenazine are d/c'd
See Pennyroyal, DD13707

| | | |
|---|---|---|
| 9/16/95 | - | **Kathy Pentecost (aka Basham) charged with growing pot, possession** |

**Of marijuana and paraphernalia, and having handgun in home**
Cops found hemostats, roaches, scales, cultivating lamp, rolling papers
DD11842

| | | |
|---|---|---|
| 10/7/95 | - | **Charlotte has hemophilus vaginilis infection** |

Severe foul discharge
See Trover, DD07839

| | | |
|---|---|---|
| 10/16/95 | - | **Kathy Basham** seen for lung pain. |

Continues to smoke despite MD advice.
Rx: proventil inhaler
*See* Trover Medical records, DD, pg. 01099

| | | |
|---|---|---|
| 11/4/95 | - | **Charlotte treated for left inguinal sprain** |

Was injured at work while moving chair
See Trover, DD07838

| | | |
|---|---|---|
| 11/22/95 | - | **Kathy does not feel well, frequent mood swings, hearing voices,** |

that argue and make fun of her and tell her things
About her husband that make her jealous, depressed,
Gets real angry real easily, loses temper easily.
Agreed to take Zoloft
See Pennyroyal, DD13707

| | | |
|---|---|---|
| 12/13/95 | - | **Kathy scheduled for medication follow-up:** |

66277

Taking medication as prescribed, feels better,
Less anxious, less paranoid, able to sleep
Still has problem with ex-husband, agreed to attend
Co-dependency group
See Pennyroyal, DD13708

| 12/21/95 | - | **Kathy came to mental health center, stormed out** |
| | | After telling psychologist that she wanted to work on |
| | | "losing her temper" and did not want individual therapy |
| | | She stormed out of the office |
| | | See Pennyroyal, DD13683 |

| 12/27/95 | - | **Kathy Basham seen for rash.** |
| | | Dx: Favre-Racouchet. |
| | | Rx: Retin-A |
| | | See Trover Medical records, DD, pg. 01099 |

| 1/22/96 | - | **Branden has a school conference to discuss excessive absences, failure to take meds., etc,.** |
| | | Branden was referred for neuro-psychiatric testing, and sleep clinic, a truancy petition was |
| | | Filed due to absences.  Summer school was required.  Jimmie Basham attended. |
| | | See Hopkins Cty Bd of Educ., DD 01437 |

| 1/24/96 | - | **Kathy has follow-up:** |
| | | Maintained on Prolixin and Zoloft, feels well, better able to |
| | | control temper, less depressed, dating ex-husband |
| | | Prolixin and Zoloft continued |
| | | See Pennyroyal, DD13708 |

| 2/5/96 | - | **BB charged with terrorist threatening of teacher** |
| | | Threatened to kill him' Mr. Jay thought Brandon was a |
| | | Danger to the children and himself |
| | | See Ky-DJJ, DD04669 |

| 2/20/96 | - | **Branden has a school conference to discuss discipline--parents do not attend.** |
| | | The committee decided that the behavioral problems were not part of his disability, |
| | | But rather a choice Branden was making to not follow rules. |

66278

Parents did not attend, despite notice being given.
See Hopkins Cty Bd of Educ., DD01438

| | | |
|---|---|---|
| 2/21/96 | - | **Jimmie charged with failure to send child to school--**<br>**Charged later dropped after discovery he had been expelled**<br>See DD11843-11844<br><br>**Jimmie has acute severe tonsillitis**<br>See Trover, DD08055 |
| 2/28/96 | - | **BB stolen $28.65 worth of goods from store**<br>Charged with TBUT<br>See Ky-DJJ, DD04668 |
| 3/4/96 | - | **Charlotte goes to ER after punching hand through window**<br>She and then-husband in a fight, he locked her out the home and she<br>Banged on a window until it broke, wrist and hand cuts were dressed and stitched<br>See Trover, DD06492-06493 |
| 3/7/96 | - | **Charlotte complains of gyn. Infection**<br>no evidence of infection noted.<br>See Trover, DD07837 |
| 3/12/96 | - | **Dr. Alexander writes letter to disability division re: Jimmie**<br>Jimmie quit work last November due to shortness of breath<br>He was smoking three packs per day but is now down to one pack<br>Wears a hearing aid; constant joint aching, history of bursitis,<br>Has had 3 car wrecks during his lifetime, including one in which<br>a car fell over on him and caused a fracture. One wreck left<br>him in the hospital for six days; vision is 20/40 and 20/25 with glasses<br>Impression: smoker, COPD, hearing deficit, possible hypertension<br>Exogenous obesity<br>See Trover, DD08116-08119 |
| 3/18/96 | - | **Branden's IEP is amended to include 2 hours per wk homebound,**<br>**and 2 hrs/wk school based.** |

66279

See Hopkins Cty Bd of Educ., DD01440

| | | |
|---|---|---|
| 3/21/96 | - | **Kathy Basham seen for asthma.**<br>She is still smoking.<br>Rx: proventil<br>*See* Trover Medical records, DD, pg. 010<br><br>**A letter was sent on Jimmie's behalf re: disability determination**<br>See Trover, DD08055 |
| 4/17/96 | - | **Jimmie has moderately severe mixed hearing loss bilaterally.**<br>See Trover, DD08112-08113 |
| 4/25/96 | - | **Psychological evaluation of Branden for placement purposes.**<br>Done at request of Peggy Woods, Branden came in with his father,<br>Who was described as "ineffective" and an "alcoholic"<br>Branden was respectful and "socially astute," his father said nothing<br>The reporter knew the "entire family is dysfunctional," knew Branden's<br>Substance and school problems, etc.  The plan was to conduct a "complete eval"<br>See Methodist Home records, DD 02313-02314 |
| 5/1/96 | - | **Brandon was unable to complete the MMPI-A--reading level too low.**<br>See Trover Clinic, DD03622 |
| 5/2/96 | - | **BB was questioned re: harassment, pot and rolling papers found**<br>See Ky-DJJ, DD04667 |
| 5/7/97 | - | **Thomas Basham charged with sexual abuse 2nd degree**<br>Incident involved Thomas putting his hands in his 14-yr. Old son's<br>Pants and fondling his genitals<br>DD11835-11838 |
| 5/9/96 | - | **Brandon's IEP for school year 1996-1997**<br>Indicates strengths in hands-on tasks, addition and subtraction, printed writing<br>And dictation, enjoys groups.  Weaknesses noted are allergies, headaches, verbal reasoning,<br>Comprehension, on-task , reverses subtraction ?, division and multiplication, |

66280

Impulsive, short attention, hyperactive, cannot get along for extended time period

See Hopkins Cty Bd of Educ., DD01463

**Trover Clinic conducts a psychological evaluation on Brandon**
Branden has street values, but does not appear to be a "hard core" delinquent
He is attractive, personable, fluent in superficial relationship skills,
Learning disabilities were previously diagnosed.
MMPI could not be administered due to slow reading and low comprehension
WISC full scale IQ was 86
Branden was suspicious of others, and defensiveness as indicated on Rorschach
Explosive impulses and oppositional defiant behavior in evidence
Poor impulse control and poor control over emotions
Very poor socialization, some problems with reality testing
(examiner did not credit this as psychotic, but rather from "lack of adult monitoring")
Mild clinical depression observed
ADHD, major depression and conduct disorder were in evidence
Needs long-term structured environment, for 1 to 2 years

See Methodist Home records, DD02303-02307

| 5/18/96 | - | **Brandon is treated for ivy dermatitis.**<br>See Trover Clinic, DD03615 |
|---|---|---|
| 5/21/96 | - | **Charlotte is treated at the health department for "family planning"**<br>She was negative for venereal infection.<br>Hopkins County Health Dept., DD 10742-10746 |
| 5/22/96 | - | **Brandon is referred to the Methodist Home.**<br>His referral is from Hopkins Cty., reason drug use and<br>Accidental fire setting--when Branden very young (8 or 9).<br>DSS worker is Peggy Wood, FSOS is Pam Nichols<br>Referral info: delinquency, beyond parental control,<br>But is personable, attractive and wants to please<br>He threatens, hits and fights, and was frequent run away<br>Requires very structured environment, is impulsive, |

JA 6761

Explosive, depressed, manipulative and has academic problems
Mother removed him against advice from Rivendell in 9/91
Huff gas, uses alcohol and drugs
His hx of abuse was positive physical, emotional, and "neglect"
**interviewer suspected sexual abuse-**
Branden has asthma, takes Claritin D, Maxair inhaler,
refuses mental health medication--has ADHD, major depression, conduct
Disorder. His IQ was assessed at verbal-88, performance-77, full scale 86

See Methodist Home records, DD02206-2207; 2211-2212

| 5/31/96 | - | **Charlotte has irregular PAP smear**<br>See Hopkins County Health Dept., DD10754 | |
|---|---|---|---|
| 6/14/96 | - | **Branden has a "pre-admission" interview at the Methodist Home**<br>Peggy Wood, Julie Brown and Connie Baker were present<br>Branden's mom called and told them Branden had stolen his sister's ring<br>He denied stealing it, but later said he was borrowing it and would<br>Return it after the interview.<br>Ms. Wood reported Branden "has had no supervision his entire life, and<br>Thus has attached to a delinquent peer group<br>At this time, Branden has drug-related charges, and<br>school charges--that he is beyond control, he is also accused of threatening<br>And criminal mischief. Branden indicates his huffing ceased 2 yrs. Ago<br>As a small child he was alone playing with a lighter in the woods and<br>Accidentally set a fire. This was a one time incident.<br>Branden's temper is "explosive" and he is "hyper"<br>Father is an alcoholic and mother is a "nut"<br>Ms. Wood reported Branden's mother was<br>"very abusive" to him<br>Branden said marijuana made him calm, suspected<br>"self-medication" due to his hyperactivity.<br>See Methodist Home records, DD 022130-2215 | This report is<br>almost unreadable! |
| 6/17/96 | - | **BB was charged with marijuana possession**<br>Was trading a CD player for a moped, had dope on him | |

66282

See Ky-DJJ, 04666

| | | |
|---|---|---|
| 6/18/96 | - | **BB charged with drug possession**<br>See KY-DJJ, DD04665 |
| 6/19/96 | - | **Kathy Basham gets inhaler refill.**<br>Rx: Proventil Inhaler<br>*See* Trover Medical records, DD, pg. 01097<br><br>**Kathy has follow-up:** reports stopping medication<br>Then restarting it after she got worse, placed on prolix in<br>And Zoloft, will be checked in 3 months<br>See Pennyroyal, DD13709 |
| 6/24/96 | - | **BB adjudicated delinquent on drug charges, paraphernalia**<br>See Ky-DJJ, DD04663 |
| 6/27/96 | - | **Methodist Home Comprehensive Assessment of Branden.**<br>Physically and emotionally abused, suspected sexual abuse.<br>Personable, can be honest, likes to help others, but volatile<br>EBD classroom; developmental history includes "mother<br>overdosed during her pregnancy" (?)<br>Dx: conduct disorder, intermittent explosive disorder, poly-sub.<br>Abuse (r/o ADHD), (r/o seizure disorder), hx of smoking induced asthma<br>Physical and emotional neglect<br>See Methodist Home records, DD02301-02302 |
| 6/28/96 | - | **Branden is admitted to Methodist Home**<br>Basis: no parental supervision, delinquency<br>Present: Peggy Wood, April Fugate, Theresa Boykin,<br>Brenda Shaner, Connie Baker, Julie Brown<br>Only one prior placement 9/91 hospitalization.<br>Currently on no medications, was in EBD class<br>Was personable, good social skills, could be honest, enjoys<br>Helping others; but volatile, chronic school problems<br>He was admitted to sweazy cottage. |

66283

Social hx: fights, hits and threatens, often leaves home without permission
Mom abused both Branden and his sister, both parents emotionally
neglectful, abusive; unsubstantiated sex abuse report--worker wonders whether
Other incidents occurred.
Has superficial relationship skills, is manipulative; Branden's special ed
Teacher took interest in him, and his father took his to appointments
Home was "unstable, dysfunctional" mom abusive, "nerve" problems
dad a drunk, neither able to provide adequate support/structure, Dad
Loves Branden, but no control over him, views him as a problem.

Branden has sleep problems, headaches, and needs glasses to see
Asthma is a problem, too. Rivendell dx: seizure dx, based on EEG

**In a nutshell**..Branden is picked on for his size, and reports
Always being "different" He is volatile and fights, he says
nobody in his family will help him "and that is fairly accurate"
His dad is a deaf alcoholic, whom Branden takes care of much of the time,
Branden is "socially and culturally deprived," no supervision, "sad" life
with father in a sparsely furnished trailer, situated in a "high-crime trailer
Park," he is personable, and can be cooperative, helpful to others
Branden admits bad habit of stealing stuff, delinquent value system
Pretty much no parental training. Branden resents his father, wants
To be with mother, who can not take care of him, on SSI and
has psych. Probs. Branden on SSI, needs "structure, consistency and TLC"
He needs to wear glasses, refuses to take meds, and is defiant and oppositional

See Methodist Home records, DD02216-02225

| 7/2/96 | - | **Branden gets first weekly progress report.** |

Good first day, and second day. Third day had negative encounter
With peer, but managed to walk away.
See Methodist Home records, DD 02397-02398

**Jimmie has chest pain.** Chronic smoker, denies alcohol or drug abuse
Dx: presumptive early angina

66284

JA 6764

See Trover, DD08051-08052, 08053

| | | |
|---|---|---|
| 7/5/96 | - | **Jimmie has negative EEG.**<br>Seen in ER for chest pain<br>See Trover, DD08132, 06466-06468 |
| 7/9/96 | - | **Branden's weekly progress note indicates following:**<br>Very energetic, problems with peers and staff, trouble remembering rules<br>And remembering names of staff<br>Problems adjusting to placement, handles punishment well,<br>Responds well to redirection, headaches, problems with school,<br>See Methodist Home Records, DD 02395-02396 |
| 7/10/96 | - | **Kathy had requested decrease in Prolixin**<br>Became worse, now wants two tablets<br>See Pennyroyal, DD13709 |
| 7/12/96 | - | **Dr. Rivard files a report on Branden.**<br>Family is chaotic, Mom is clining to Branden, yet negligent in<br>Follow-through with meds. Etc., she has a nerve problem, Dad is distant<br>And alcoholic, parents divorced but getting back together, which pleases<br>Him. "overly active" motor activity, has memory gaps he believes<br>are due to drug use, denied depressive symptoms, denies self harm<br>Or thoughts of harm to others, but will fight if provoked<br>evidence of "minor gaps" in cognitive function<br>Insight and judgment were poor--said if he found<br>wallet he would probably take the money and buy marijuana<br>1990 full-scale IQ-100, 1991 full-scale IQ-88<br>Branden denied alcohol use, but admitted marijuana habit<br>And use of met amphetamine (crank) several times, experimented<br>With other drugs.<br>See Methodist Home records, DD02273-02275 |
| 7/13/96 | - | **Incident report:** Branden teased peer, and then got into<br>Physical altercation with him, was sent to room.<br>See Methodist Home records, DD 02627 |

66285

JA 6765

| | | |
|---|---|---|
| 7/14/96 | - | **incident report:** Branden was reprimanded for horseplay<br>Branden left his room and pushed by staff<br>During an early bedtime restriction.<br>See Methodist Home records, DD 02625-02626 |
| 7/15/96 | - | **incident report** Branden pushed another peer during<br>An argument, quietly went to detention on his own<br>See Methodist Home records, DD 02624 |
| 7/16/96 | - | **Branden's weekly report indicates the following:**<br>Hit another peer, got in trouble. Trouble with rules and authority figures<br>Hyper, with poor peer relations, bad behavior in church<br>See Methodist Home Records, DD 02393-02394 |
| 7/21/96 | - | **Incident report:** Branden threatened a staff person.<br>Branden was pushed by another peer, and he raised his fist<br>At the child, then withdrew after staff intervention.<br>See Methodist Home records, DD 02622-02623 |
| 7/22/96 | - | **Incident report:** Branden was pretending to kick another<br>Resident, then got mad and walked away, tried hit staff person<br>And was threatening, shoved staff person into a wall after they<br>Approached him; threw a vacuum cleaner, picked up a chair<br>And table, threw things on ground, said he was going to leave<br>And backup was called, he picked up a stick and swung it,<br>Continued aggression, later placed in detention at school<br>Branden had attempted to run away earlier<br>Was disruptive and uncooperative, attempted to push out<br>Ceiling tiles.<br>Later, Branden refused to stop throwing a tennis ball at a<br>ceiling fixture<br>Was aggressive and threatening with staff, threw beads (?)<br><br>**Branden writes letter to "Ms. Julie" stating he will not**<br>**Run away and that he loves her** |

66286

See Methodist Home records, DD 02608-02611, 02618-02621

| 7/23/96 | - | **Branden's weekly report indicates:** |

Incident involving Branden stealing socks from another; resident,
and another in which he pulled a peers shorts down in front of
staff, non-compliant and disrespectful, admitted "smuggling"
Gatorade from staff office. Makes sexually inappropriate remarks,
Looks up shorts of staff, makes a "penis" out of a pink balloon, and licks
It inside chapel
**incident report**-Branden involved in horseplay

See Methodist Home Records, DD 02391-02392, 02607

| 7/24/96 | - | **Branden has made some progress at Methodist Home.** |

He is more accepting of his placement, but still has behavior problems
Is impulsive, manipulative, angry, short attention span, lying

**21 day review:** adjusting to cottage life, negative relations with peers,
Aggressive with staff and peers., difficulties at school
Branden has almost daily problems at school, but tries to correct the situation
Quickly; Branden will try different ways of handling situations, eager to learn
New coping skills, Branden is anemic, has short attention span, and needs
Redirection often. Lots of problems: peers, staying on task, completing chores,
Chapel behavior acceptable, except for taking a balloon in once.
Adjustment has been difficult.
See Methodist Home Records, DD 02349, 02417-02420

| 7/26/96 | - | **incident report:** Branden tried to leave his class and go to another |

Began trying to push past staff person, struggled until subdued.
**incident report:** Branden attempted to run away, was uncooperative
And disruptive; acting out, tried to kick ceiling tiles and leave room

See Methodist Home records, DD 02606

66287

| | | |
|---|---|---|
| 7/30/96 | - | **Branden became object of physical assault by other peers.**<br>During this week, Branden was in conflict with other peers,<br>Very hyper, problems at school, Branden stole food from staff office,<br>During horseplay hit another peer, had home visit for 3 days.<br>See Methodist Home Records, DD 02389-02390 |
| 7/31/96 | - | **incident report:** noncompliant with am routine, cussing at staff<br>Shoving and kicking staff, threatening.<br>Tried to walk away from teacher, caused both of them to fall to ground<br>Pushed hit and kicked staff and walls; Branden made comments related to<br>suicide<br>See Methodist Home records, DD02603-02605 |
| 8/2/96 | - | **Dr. Rivard files a report on Branden.**<br>Says an EEG was done, which was normal in response to a<br>"markedly abnormal" one done in 1992. Woodford Memorial<br>Hospital performed the 2nd EEG, Dr. Vincent Taormina read the test.<br>Branden denied seizures, but indicated he has "uncontrollable outbursts"<br>And sudden onset headaches, which began at around age 5, they are 1-sided<br>Behind the eye, usually resolved by sleep, can become nauseated, and<br>Sometimes he prefers to avoid noise, associated w/ heat and flushing,<br>Sensations travel from stomach up into his chest, possible "migraine<br>Prodromal aura"<br><br>ADHD, as assessed on Connor scales x3, with scores of 25, 28, and 25<br>Traits: impulsive, unpredictable, motor hyperactivity<br>Ritalin, Dexedrine and Cylert = "like a zombie," low energy, slowed down<br>Does not want stimulant medications b/c of his small size--85 pounds, 4'10<br>Depression symptoms: sudden crying jags w/o cause, poor sleep, poor concentration,<br>Friends recent suicide by hanging, denies homicidal or suicidal ideation<br><br>Rx: Imipramine 25 mg., EKG--normal, CBC-normal, negative urine drug screen<br><br>See Methodist Home records, DD02271-02271 |
| 8/3/96 | - | **Incident report:** Branden came after another resident, was spitting; |

66288

JA 6768

Went after staff after CD player was taken
hitting, biting and spitting, head-butting,
Tried to cut self with thermometer that he broke with his foot.
See Methodist Home records, DD02587-02598,02601-02602

| | | |
|---|---|---|
| 8/4/96 | - | **Incident report**: Branden aggressive toward staff, pushing |

Fell asleep before getting his 8:00 p.m. meds.
Later, Branden pulled the fire alarm off of the ceiling
See Methodist Home records, DD02595-02596, 02599

| | | |
|---|---|---|
| 8/5/96 | - | **Kathy Basham has chest pain.** |

She continues to smoke, and
Currently takes Zoloft (anti-depressant)
And Prolixin.  She ignores advice to get
Mammogram and pap-smear.
Lungs have rhonci.
Rx: proventil
*See* Trover Medical records, DD, pg. 01097

**Incident report**: Branden has severe acting out, including attempting
To leave the cottage without permission, he was cursing and insulting staff
Was aggressive toward staff
See Methodist Home records, DD02593-02594

| | | |
|---|---|---|
| 8/6/96 | - | **Branden gets poor report for this week.** |

Non-compliant, negative, sexually abusive comments
Toward female staff person, instigated peer problems,
Appeared motivated to fight and yell, some good behavior
Followed by the "usual", hyper, negative,  admitted having marijuana
On the unit, but got rid of it
**incident report**: refused to give up inappropriate tape,
And then grabbed a beeper from staff person who confiscated it
Later was clmbing shelves and threatening staff
See Methodist Home Records, DD 02387-02388, 02589-02590-02591

| | | |
|---|---|---|
| 8/7/96 | - | **Analysis of Branden by Methodist Home** |

66289

**Director, Dewey Sanders, Ph.d.:**
Initially staff thought branden was a conduct disordered youth,
But then the staff realized Branden had "little or no control
Over his explosions and did not seem able to stop them"
He "cries and is emotionally upset" talks about "having been beaten
Or otherwise abused" **He is very sensitive about food…having been**
**Starved in the past. Most of the numerous incidents**
**Involving Branden in some way involve his**
**"primitive attempts to meet his needs or …safety"**
**"It would appear that Brandon's explosive behavior is**
**Beyond his control and does not reflect conduct disorder."**

**Branden admitted to Columbia Hospital, Paris, Ky.**
2 weeks of increasingly volatile, assault behavior
Began after pass home, discovered friend committed suicide
By hanging, brought marijuana back to Methodist Home, got caught
Past psych. Hx: mom has had breakdowns, dad is alcoholic,
Rivendell at age 10, special ed for hyperactivity
Abnormal EEG is noted, but not explored, Branden denies
Alcohol use but admits smoking dope
Branden was "macho" but pleasant, responded to gentle redirection
Since his admission, he used a good deal of foul language, mood was euthymic
Affect full and denied thoughts of harm to self or others

**rx:** Tylenol 650 mg., Ativan 2 mg., for agitation

See Methodist Home records, DD02269-02270, 02308-02309;
Bourbon Hospital, Stoner Creek DD01502

**Columbia Hospital admission notes on Branden:**
Branden's chief complaint "I am out of control"
Believed to be potential harm to himself or others
Cannabis found in his urine.
Zoloft was started despite Branden's reluctance
Branden continued to be hyper kinetic, impulsive and pressured in speech
He required seclusion for disruptive behavior

JA 6770

he complained of thoughts racing and he often exhibited what appeared
to be flight of ideas. Very distractable to internal and external stimuli;
Was preoccupied with sexual issues. Episodes of crying and isolating himself,
Depressed with hypersomnia, followed by episodes of expansive mood, jocularity
and making frequent sexual jokes.
Activity level cycled from hypomotoric to hyperactive and impulsive;
At times his sleep needs were greatly decreased,; Branden was prone
to grandiosity in which he greatly overestimates his intellect and strength
relative to others, at times he is egocentric and overestimates his influence on others
Lythium was started and increased to 150 mg., with no side effects and
Significant improvement for Branden, his behavior was better and his speech less pressured
His affect was less labile, thoughts better organized and the sexually inappropriate comments
And jokes "disappeared completely"
Discharge dx: Bipolar I, most recent episode hypomanic, axis 4--severe, axis 5--55
Prognosis was guarded

A psychiatric report generated on this date indicates following symptoms:
Paranoid, angry, irritable, agitated, constricted, suicidal "I don't care if I die"

See Stoner Creek/Bourbon Community Hospital, DD 01488-01491, 01513

**Jimmie treated for multiple somatic complaints, breathing problems
and possibly related to depression**
Has been under increasing stress, possible lower extremity arthritis
Given Zoloft, and Naprelan
See Trover, DD08050

| | | |
|---|---|---|
| 8/8/96 | - | **Branden's EKG is normal.**<br>He required redirection and was agitated, but later in day participated in group.<br>See Stoner Creek/Bourbon Community Hospital, DD 01494; 01530. |
| 8/9/96 | - | **Branden said parents' separation was due to dad's violence and drinking.**<br>Last home visit reported as "unstructured" resulting in no other<br>Visits for quite some time, Branden "honeymooned" for 2 weeks<br>Thereafter and then began challenging staff, became "unable to slow self down"<br>And anger escalated to point of needing restraint |

JA 6771

See Bourbon Community Hospital, Stoner Creek DD01532, 01535

| 8/10/96 | - | **Branden given Zoloft 50 mg.**<br>Cussed and spit. Apologized to female patient for rude behavior<br>Later was cheerful<br>See Stoner Creek, Bourbon Community Hospital DD01504, 01534 |
| 8/11/96 | - | **Branden was placed on maximum precautions.**<br>Branden made sexually inappropriate comments to another patient,<br>Was mocking his peers for attention<br>See Stoner Creek, Bourbon Community Hospital DD01505, 01536-01537 |
| 8/12/96 | - | **Branden was having trouble with rules**, was using an aggressive posture<br>Externalizes blame, very little insight.<br>Nail biting constantly.<br>See Bourbon Community Hospital, Stoner Creek DD01538-01539 |
| 8/13/96 | - | **Branden's weekly report indicates following:**<br>Only 2 days reported, prior to hospitalization at Stoner Creek<br>He was physically restrained, and threatened Ambulance<br>personnel with a chair; Branden also reported learning of friends death<br>While on a home visit and then using pot to "forget everything"<br>Affective lability, impulsivity and aggression<br>Was placed on Zoloft on this date, had increasing impulsivity;<br>Apologized for bad behavior but showed little or no insight<br>See Methodist Home Records, DD 02385-02386<br>See Bourbon Community, Stoner Creek, DD01540-1542 |
| 8/14/96 | - | **Branden's Ativan was d/c'd, Zoloft added 25 mg.**<br>Branden appeared to try and obey rules, and was regretful<br>When he got redirected; after speaking with his mother he was<br>Tearful and argumentative and blamed her for his not being<br>Able to return home, both mother and Branden<br>raised their voice at each other.<br>See Stoner Creek, Bourbon Community hospital DD01506 |

66292

| | | |
|---|---|---|
| 8/15/96 | - | **Branden continued to be loud and "pressured in speech"**<br>He refused to take medicine<br>Expansive affect, very intrusive<br>Reported his sexual abuse by houseguest--Branden did not want this<br>Even to be recorded in his permanent record and was very guarded about<br>Discussing it.   At one point he tore up notes about the abuse,<br>And said he would deny the abuse it questioned about it.<br>His Methodist home therapist indicated Branden went through cycles<br>Crying--isolated--depressed--sleeping a lot; then can't sleep, staying<br>Up til 2:00 a.m., being hyper, making sexual gestures, and jokes,<br>being aggressive with racing thoughts.<br>Therapist Julie Brown was updated on the abuse, and as he had said<br>Branden denied it when questioned.<br><br>He began this day grouchy and out of sorts and then improved through-<br>out the day and after lunch  he continued to be easily distracted and to joke<br>About things that "may be very sensitive for him" like being in custody.<br><br>See Bourbon Community Hospital, Stoner Creek, DD01546-01548 |
| 8/16/96 | - | **Branden was d/c'd on Zoloft, placed on lithium carb. 150 mg.**<br>Branden had had a few "good days" but still seemed potentially explosive<br>He was still easily frustrated and impulsive<br>Methodist Home therapist noted his cycles included becoming hyper kinetic<br>And discussing sexual issues, during which he would be allowed to run around<br>The building in order to settle him down (?)  Had rapid and pressured speech<br>Was explosive and grandiose about his ability<br>The goal was to persuade Branden to go on a trial of lithium<br>After a team meeting Branden was sad and quiet during group session,<br>Branden said he felt like being told to take medicine was the equivalent of<br>being told he was a "bad person."<br>See Stoner Creek, Bourbon Community Hospital, DD 01506, 01550 |
| 8/17/96 | - | **Branden discussed his cocaine history** which he began after<br>Being involved in a social setting with the drug.<br>Branden became addicted and stole to pay for his habit |

JA 6773

He said he used to cry because of the guilty he felt over
Stealing.
He also reported he could not eat while taking Ritalin
Branden was very hyper, questioned everything
See Bourbon Community Hospital, Stoner Creek, DD01551-01552

| | | |
|---|---|---|
| 8/18/96 | - | **Branden reported his family was most important thing to him,**<br>Keeping it together and having a good relationship with his family<br>Worth more than "all money in the world."<br>See Bourbon Community Hospital, Stoner Creek DD01553 |
| 8/19/96 | - | **Branden d/c'd from Stoner Creek**<br>He was stable at d/c, on lithium 150 mg., x3/day<br>He was demonstrating increased control, decreased<br>Hyperactivity, **no aggressive or threatening behavior!**<br>Able to verbalize appropriately<br>Dx: ADHD, conduct disorder--intermittent explosive disorder<br>See Methodist Home records, DD02268<br>Bourbon Community/Stoner Creek Hospital, DD01586 |
| 8/20/96 | - | **Branden returns from Stoner Creek.**<br>Only one day reported for this week, and he had trouble<br>Was inappropriate, non-compliant and negative.<br><br>**incident report:** Branden refused to return to his room<br>After being instructed to do so<br><br>See Methodist Home records, DD 02383-02384, 02582 |
| 8/22/96 | - | **Incident report:** Branden left room after lights out and<br>Created a disturbance, during which staff inadvertently<br>Stepped on his foot--no serious injury; refused to give up radio<br>Which he lost due to behavior, after radio taken, he began to<br>Punch and kick, refused to return to room couple of times<br>Continued noncompliance<br>Branden told staff he had not taken his lithium, later tried to throw |

66294

A chair.
See Methodist Home records, DD02581, 02583-02587

| 8/23/96 | - | **Dr. Rivard files report on Branden.**<br>Branden started on lithium during Stoner Creek stay<br>Says it helps him, and he wants to take it<br>Headaches appear to be migraine, and continue on Lithium<br>Branden expressed "bravado" and was curious about other peers<br>Reading notes until told to stop doing so.<br>Dx: ADHD, conduct disorder<br>See Methodist Home records, DD02257<br><br>**Jimmie has moderate mixed hearing loss and abnormal middle ear function**<br>See Trover, DD08049 |
|---|---|---|
| 8/26/96 | - | **incident reports:** non-compliant, later angry and<br>Tossed a chair and a desk, was angry and vulgar<br>See Methodist Home records, DD 02579-02580 |
| 8/27/96 | - | **Branden receives mixed reports for this week**<br>One day he interacted well, the next he was noncompliant.<br>He had at least one positive interaction with a peer who was<br>Leaving.  Placed on restriction for poor conduct.  Refused meds<br>Lost privileges.<br>**incident report:**  Branden was disruptive in the time-out room<br>See Methodist Home Records, DD02381-02382, 02578 |
| 8/29/96 | - | **incident report:**  Branden left time out without permission<br>Was upset over lunch "lost" he calmed down and went back<br>See Methodist Home records, DD02577<br><br>**Jimmie seen for hearing loss and TMJ**<br>Works around loud noise, and farming machinery for twenty years<br>One pack per day smoker, also has allergic rhinitis<br>See Trover, DD08046-08047 |

66295

JA 6775

| | | |
|---|---|---|
| 8/30/96 | - | **Incident report:** Branden breaks his glasses in his hand<br>Branden is disciplined for having possession of another<br>Residents' CDs<br>See Methodist Home records, DD 02574-02576 |
| 9/3/96 | - | **Branden's weekly report indicates following:**<br>Threatened a peer, but took word of caution from staff well<br>Some bad peer interactions, but behavior not notably bad, until later in week<br>When he cursed at staff and became very noncompliant<br>**incident report:** disruptive behavior, pushing staff in chest, tripped<br>Staff and fell to the floor with them; another incident when Branden<br>Would not leave another resident's room<br>See Methodist Home records, DD 02379-02380, 02571-02573<br><br>**Discharge summary--Columbia Hospital:**<br>Branden's chief complaint at admission was that he was "out of control"<br>There was concern he could be a threat to himself or others<br>Drug screen was positive for cannabis.<br>Branden's course was as follows: he was hyper kinetic, impulsive<br>And pressured in speech, he required quiet time and seclusion for<br>being disruptive, he complained of thoughts racing and exhibited flight of ideas,<br>His speech was pressured and rapid, very distractable by internal and external<br>stimuli, somewhat preoccupied by sexual issues and made inappropriate<br>Jokes; he has "cycles" isolating himself, crying, depressed with<br>Hypersonia, followed by bouts of expansive mood, jocularity, and<br>frequent sexual jokes, |
| 9/4/96 | - | **Branden briefly runs away from Methodist Home**<br>Returned after 3 hours on his own . He got in trouble<br>For aggression with staff. He had been doing better since<br>His return from the hospital.<br>**numerous incident reports:** Branden pushes two staff people after<br>being told he could not visit with another resident;<br>Later, threatened and pushed staff, spitting on staff;<br>later cussed at staff after being refused chance to get<br>belongings from hallway floor, kicked a desk; later left |

66296

Detention room without permission
See Methodist Home Records, DD 02348, 02531-02534, 02570

| 9/5/96 | - | **Incident report:** Branden was slamming door despite warning By staff not to do so, was cussing at staff; Later, Branden was on Runaway watch and was noncompliant, aggressive posture toward Staff members, head-butted staff in the chest. See Methodist Home records, DD02530 |
| 9/6/96 | - | **Incident reports:** Branden left room without permission, and Was escorted back. Later, Branden went to sleep at school, Missed part of lunch time, and then wandered off and disturbed the Detention room See Methodist Home Records, DD 02525, 02527-02528 |
| 9/9/96 | - | **Incident Report:** Branden threatened and lunged at "Will" Got in face of staff, pushed in chest See Methodist Home Records, DD02526 |
| 9/10/96 | - | **Branden's weekly report indicates following:** Non-compliant, on run-away watch, school difficulty continues See Methodist Home Records, DD 02377-02378 |
| 9/12/96 | - | **Kathy Basham has chest pain.** Chronic lung problems, w/ rhonci X-ray is clear, told to stop smoking Rx: Naprosin, 500 mg. *See* Trover Medical records, DD, pg. 01096, 01198 |
| 9/17/96 | - | **Branden's weekly report indicates mixed reviews.** He was upset by failure of his parents to visit, and had some good and Some bad days, had some difficulty getting to sleep See Methodist Home Records, DD 02375-02376 |
| 9/19/96 | - | **Incident report:** Branden is noncompliant and threatening To hit people, pushed staff, tried to climb on dresser to get away from staff |

66297

Spitting at staff, tried to slit wrist with metal edge of picture frame;
placed on suicide watch, threw furniture.
See Methodist Home records, DD02520-02521

| 9/24/96 | - | **Branden's weekly report indicates report of attempted self-harm:** |
|---|---|---|

He attempted to cut his wrists with a picture frame, he also "hurt" a staff
Member.  Later on Branden made considerable effort to be appropriate
After a home visit, Branden's behavior was disruptive with both peers and staff
See Methodist Home Records, DD 02372-02373

| 9/27/96 | - | **Dr. Rivard files report on Branden:** |
|---|---|---|

Lithium was beneficial, but is currently at low level
His behavior has been volatile lately, so will increase dosage
Pressured speech v. distractibility considered
Trying to determine whether bipolar is correct dx.
See Methodist Home records, DD02255

| 10/1/96 | - | **Branden's weekly notes indicate following:** |
|---|---|---|

After Branden's home visit his behavior was notably improved
One report indicated he had a "wonderful day," and was pleasant to
Be around, another said he had a "stellar day"  The following day was
Not as good.
See Methodist Home records, DD 02370-02371

| 10/2/96 | - | **Branden's progress report is mixed.** |
|---|---|---|

"highest weekly average" this month, but continues
To receive disciplinary reports from school, still
In trouble with behavior--"meddling," "manipulating"
"lying" and not answering staff when addressed.
See Methodist Home Records, DD 02347

| 10/3/96 | - | **incident reports:** Branden was disruptive in class, and |
|---|---|---|

Would not listen to teacher
Branden jumped over staff and fell while
Leaving detention center, refused to return, hid from staff,
And was playing with a door.

66298

Later, Branden got in trouble for taking pencil from his
Teacher and lying about it, later admitted his guilt
Later, Branden crawled out of the detention room on his knees,
And refused to return
Later, Branden was causing a distraction in the hallway
Finally, Branden was non-compliant with early bedtime;
Created a ruckus with staff--kicking, hitting, tripping; encouraged
Another resident to assist in his resistance to staff
See Methodist Home Records, DD 02513-2519

| 10/4/96 | - | **Branden has "normal" EKG**<br>"normal sinus rhythm; incomplete right bundle branch block pattern"<br>See Bourbon Community Hospital, Stoner Creek Hospital, DD 01621 |
| 10/8/96 | - | **Branden's weekly notes indicate following:**<br>Continued non-compliance, inappropriate behavior,<br>Alleged pot smoking, poor school behavior<br>**incident report:** Branden made hacky sac<br>out of socks and would not quit playing with it<br><br>See Methodist Home Records, DD 02368-02369, 02569 |
| 10/9/96 | - | **incident report:** non-compliant, disrespectful, told staff<br>How much he hated them, angry over being on "watch,"<br>Chased staff person who removed a cap from his room,<br>Struggled and was aggressive with staff, yelling, cussing<br>And threatening staff, touched staff, pulled shirt and<br>hair clip,<br>See Methodist Home records, DD 02539-02543 |
| 10/10/96 | - | **Incident report:** branden hit windows and tried to leave room<br>During detention; initiated incident over resident's stocking cap,<br><br>See Methodist Home Records, DD 02535, 02538 |
| 10/11/96 | - | **incident reports:** Branden attempted to hit "Rich" |

66299

Branden refuses to go to room and is
Physically aggressive with staff.

Branden wont go to room, resists staff
With pushing and spitting; he eventually calmed down

Branden attempted to go into another
Peer's room, where that peer was being restrained.

Branden gets upset over losing a "town trip"
Due to prior incident this evening, eventually calmed down

Branden hit windows and refused to stop, was
Aggressive, struggled with staff,

Left detention without permission
Observed banging head

See Methodist Home records, DD02508-02512, 02536-02537, 02551

| | | |
|---|---|---|
| 10/12/96 | - | **incident report**: Branden gets time out for hitting peer, Not taking responsibility for it, became aggressive and ran into Another peers room and "tried to" attack him. See Methodist Home records, DD02507 |
| 10/13/96 | - | **Branden reported being threatened by other peers Who said they were going to hit him at night.** |

**incident report**:  Branden refused to comply with staff
Direction to return to room

**incident report**:  Branden antagonized staff by knocking hat
Off of head, sticking hands in their faces, and refusing to quit
Was disrespectful

66300

JA 6780

incident report: Branden threw a chair and ran out of room
In study hall, continued to try to get past staff

incident report--Branden was in wrong area of building, and was
Resistant to intervention

See Methodist Home Records, DD 02412, 02500-02501, 02504-02506

| 10/14/96 | - | **Incident report--Branden refused to return to room** <br> **Incident report--Branden was non-compliant with staff** <br> See Methodist Home records, DD02502-02503 |
| 10/15/96 | - | **Branden's weekly notes report following:** <br> Inappropriate with peers and staff, excessive profanity <br> Told staff how much he hated them, poor nighttime routine <br> Hard to get to sleep, difficult to wake up, at one point <br> He was on "watch" for suicide/runaway concerns <br><br> incident report: Branden gets detention for playing <br> Hackey sack in restroom <br><br> incident report: Branden refuses to give up a balloon, which <br> He then stuck in his pants; became upset when Staff discussed <br> Removing it--was later advised staff would never reach into his pants <br><br> Rx: Tergretol 100 mg., po. TID <br><br> See Methodist Home records, DD 02366-02367, 02497, 02498-02499 <br> Bourbon Community Hospital, Stoner Creek Psychiatric Hospital DD01637 |
| 10/18/96 | - | **Incident report--Branden complains about sex advances by peers** <br> And sex among peers in cottage; police were called, and <br> Branden was questioned. <br> See Methodist Home records, DD 02493 |

66301

| 10/21/96 | - | **Branden reports being approached for oral sex**<br>**To his treatment manager Angela Lovell.**<br><br>incident report:  disrespectful to staff, disturbing others<br><br>See Methodist Home records, DD 02410, 02495-02496 |

| 10/22/96 | - | **Branden's weekly report notes following:**<br>Peer conflict, non-compliance, manipulative,<br>Dishonest, hyper, morning routine is going well/better than pm<br><br>incident report:  Branden was inappropriate and disruptive<br>Hitting window with fists, head and feet<br>See Methodist Home, DD 02364-02365, 02494 |

| 10/23/96 | - | Incident report: Branden hit kicked, and spit on staff.<br>While on suicide watch after using a plastic tape dispenser<br>To scratch his arm.<br><br>incident report: Branden on suicide/runaway watch;<br>Tried to climb on ceiling panels, and on top of door frame<br><br>Branden's lithium was d/c'd on this date<br><br>**Branden is readmitted to Stoner Creek for increasing verbal and physical**<br>**Aggression towards self and others.**<br>Increasing conflicts with his peers,  being provocative and verbally aggressive<br>October 18, 1996, Branden's lithium was d'c'd because it was ineffective<br>And gave him itchy skin.<br>**Branden gave credible report of sexual activity among cottage boys--eventually**<br>It was investigated by the police and they discovered two males were having sex, and<br>It was unclear what involvement Branden had in this.<br>The sexual issues resulted labile behavior and emotion; physical acting-out<br>Resulted in a need to restrain **Branden--who threatened to blow his own head**<br>**Off and then tried to strangle himself with a shirt, which staff used scissors**<br>**to cut off of him, during which  Branden tried to stab himself with** the scissors |

66302

Branden's mental status exam said he was bright and cheerful, extremely
Talkative, fidgety, restless and distractable, somewhat blunted affect, his eyes
Darted from object to object.

****Branden made a suicide attempt
By swallowing a watch pin. He said he was not really trying to kill himself
But was angry when staff took things out of his room; admitted to hitting a staff
Member who grabbed him. Branden admitted to being hopeless, depressed, sad
And angry
See Methodist Home records, DD 02468-02469, 02491-02492, 02648;
Bourbon Community Hospital/ Stoner Creek DD01598-1599, 01645, 01660

---

| 10/24/96 | - | **Branden has psycho-social assessment at Stoner Creek.** |

He was referred to Stoner Creek for suicidal gestures.
"Angela" from the Methodist Home verified Branden had reported "Ron" for pulling
His pants down and exposing himself to Branden.
Branden's therapist was reported for not reporting the allegations of sex abuse
Branden's version of events is as follows:
He resided at Sweezy Cottage, along with Ron, TJ, Eric, Brandon, and Nic.
TJ and Ron were roommates until Ron touched TJ, who reported the touch
To Julie Brown. Ron then went to room with Nick, who eventually threw him
Out of the room, thereupon Ron then went to live with Eric, which was "OK"
The problem then became the fact that "Ron had bad gas," which caused Eric to
Physically throw Ron out of his room, leaving Ron to then room with Branden
Ron revealed to Branden that he too had been molested. After Branden
went to the hospital the first time, everyone got their own room. A big
fight occurred, and then Ron and Branden ran away during which
Branden got wet and changed clothes in front of Ron who touched his "butt"
Which resulted in a physical fight, after which they returned to the Methodist Home
Ron's "touch" caused Branden to have flashbacks of his prior molestation
After their return, Angela became Branden's treatment manager.
Ron and TJ became pals, and Branden walked in on Ron having anal sex with TJ
He reported this to Angela, who did not investigate, which made Branden angry
Branden walked into TJ's room and saw Ron sucking on TJ's penis. Ron later
Approached Branden for oral intercourse, which B. refused and hit Ron.
Branden later caught TJ having anal intercourse with TJ who was crying.

JA 6783

It appeared to be rape, so Branden pushed Ron off of TJ. Branden then told Brenda
Who immediately contacted Connie, who called the cops.
TJ admitted what happened and Ron ran away, but was later caught.
Branden told Angela on three occasions and got more angry and hyper as a result
Of the sex abuse; he also no longer felt safe.
When confronted Angela gave a conflicting version of events, mainly to do with
The timing of when she knew about the abuse, but admitted knowing about Ron.
Ultimately, DSS decided to investigate the allegations.

Lab work: high protein in urine, high glucose, high bun, low anion gap, RBC was low,
MCH--high
Branden's behavior was labile--depressed one minute hyper the next
Rx: Tylenel and Calamine lotion for itching; Tegretol 100 mg., PO, TID
Tegretol was started because lithium was deemed unhelpful
See Bourbon Community Hospital, Stoner Creek DD01604-01612, 01637, 01661, 01663

**Branden's case review report states following:**
Continued poor relations with peers and staff, some progress with am routine
Motivation is key with Branden, needs constant 1 on 1 supervision
See Methodist Home records, DD 02653-02654

**Dr. Daniel Cordona reports following:**
2nd admission at Stoner Creek for aggression at Methodist Home
BB's most recent dx: was Bipolar I, most recent episode hypomanic
He was discharged to Home on lithium carbonate 150 mg., tid
Angela Covell described BB as better after discharge then increasing conflicts
Brandon was provocative, and he was teased by peers, his self-esteem dropped and
He began having angry outbursts, become more defiant and oppositional, cursed teachers
Itchy skin caused Dr. Rivard to discontinue lithium, and BB got worse
He accused a male peer of sexual impropriety, which was later credited as true
When another boy confirmed it, not clear to what extent BB involved ins ex acts
At one point Brandon threatened to blow his own head off, another time he tied a
Shirt around his own neck, which prompted the admission
No evidence of psychosis or current drug use
MSE--BB alert, pressured speech, talkative, flight of ideas, no evidence of delusions, h/a
No plans of self harm, cheerful though affect blunted, fidgety, restless, and distractable

66304

Fleeting eye contact, extremely active, cognition and memory grossly intact
See RAYDC/ DJJ, DD11715-11717

**Kathy doing well, but has bad days**
Rx: Prolixin 5 mg., Zoloft 50 mg.
See Pennyroyal, DD13170

| | | |
|---|---|---|
| 10/26/96 | - | **Branden's Rx: hydrocortisone cream**<br>Branden denied he was trying to kill self with shirt--said he just wanted everyone to go away<br>And leave him alone; staff noted Branden glorified drug use; picked on some of the female<br>Patients, and bossed staff re: what rules were during his last admission<br>See Bourbon Community Hospital, Stoner Psychiatric Hospital DD01637 |
| 10/27/96 | - | **Branden's progress notes**: refused a.m. blood draw, called out during his sleep<br>(apparent nightmare); patient hyper, impulsive, questioning staff redirection,<br>Sent out of group for being disruptive, loud and bossy with peers;<br>Later allowed lab work to be drawn.<br>See Bourbon Community Hospital/ Stoner Creek Psych. Hospital, DD01666 |
| 10/28/96 | - | **Branden's Rx: tegretol 200 mg, po, am,**<br>**Tergretol 100 mg., 1:00 pm., and 6:00 p.m.**<br>Branden reported abuse at Methodist Home--whelp on leg from being hit by a staff<br>Person--Branden said staff there liked to fight with patients.<br>Branden did not report any improvement on Tegretol and was still motorically and verbally<br>Impulsive, speech still pressured, more expressive of feelings, still having wild mood swings<br>No middle ground with his mood<br>**Tegretol was increased to 400 mg.,** questioned whether residential treatment<br>Facility was better than group home because more treatment would be available<br>According to peers, negative attention seeking--"picking scabs" and passing gas<br><br>See Bourbon Community Hospital, Stoner Creek Psychiatric DD01637, 01666-01668 |
| 10/29/96 | - | **Branden continues to have pressured speech,** excitable during conversation<br>Needs lots of redirection--could not stay in room as directed<br>Branden reported intense itching as a problem of his for "years"<br>Branden was sent to his room for sexually inappropriate comments, without |

66305

Taking responsibility for his actions, eventually did as told and stayed in his room
See Bourbon Community Hospital, Stoner Creek Psychiatric Facility, DD01668-01670

**A psychosocial assessment was performed on BB by Sheila Schwartz:**
Mostly a recap of info given on 10/23 and 10/24 (see above) re: Methodist Home
Sex abuse; however, addl. Information was as follows:
During a meeting between Sheila and Angela, Angela said she reported the allegations
To "Julie" who gave a report to "Connie," that "Ron" had been accused of sodomy in
The past but the charges were dropped, that BB did not tell her of the anal/oral sex
Between Ron and TJ, or Ron touching him until the Sunday after the police were called
She verified BB told her Ron exposed himself, but Ron denied it and the staff was
Unable to verify. During the meeting Susie Samuel of DSS said an investigation
Would begin, and that someone from Bourbon County DSS would take BB's statement on 10/30.
DSS requested the meeting with Angela be terminated.
See Cardinal Treatment Center, DD 11573-11576

| 10/30/96 | - | **Branden continues to have pressured speech and flight of ideas.** |

No psychosis was noted. Agreed that Branden needed more psych. Care than that
Available at the Methodist Home
See Bourbon Community Hospital, Stoner Creek DD01671

**Kathy's dx was adjustment disorder, possibly**
**With borderline and hystrionic traits**
Zoloft gave her headaches, feels better, no longer
Irritable and angry except when she does not get meds.
Rx: Prolixin
See Pennyroyal, DD13710

| 10/31/96 | - | **Branden is loud with pressured speech, lacks sense of time--** |

When having fun thinks time is shorter than it is, when bored thinks it is longer (?)
Hyperactive and impulsive, cannot sit still when required to do so, emotions labile
But sometimes Branden has lack of emotion in dealing with emotion laden issues;
Loud and pressured speech, non-compliant on unit, intrusive during group;

Recommendation from Dr. Cardona was for Branden to be placed in a psychiatric

66306

JA 6786

Residential treatment facility.

See Bourbon Community Hospital, Stoner Creek, DD01674-01675, 01715

| 11/1/96 | - | **Branden is given Tergretol** 200 mg., po, TID |

Argumentative and unable to follow directions, angry and was asked to leave group
Branden reported splitting his head open at age 5 when he fell out of a tree for which
Vaseline ointment was the only treatment used; neurological exam was normal--no asymmetries
Tegretol was increased today
See Bourbon Community Hospital, Stoner Creek Psych. Hospital, DD01640, 01676-01678

| 11/2/96 | - | **Branden's Rx:** Clonidine .05 mg. For agitation and depression |

Externalizes blame on to other peers, redirection for speaking during quiet time
Branden separated from other children for safety reasons, until h is impending
transfer could be complete--Branden was making sexually inappropriate comments
See Bourbon Community Hospital, Stoner Creek Hospital DD01634, 01678-01680

| 11/3/96 | - | **MD notes transfer is appropriate as soon as arrangements can be made.** |

Branden was unable to stay in room, was threatened with a code;
Did better later in the day--then got worse, threatened to throw water, etc.
Branden notably calmer after clonidine takes effect then gets progressively worse
As medication wears off.
See Bourbon Community Hospital, Stoner Creek Hospital DD01634, 01681-01682

| 11/4/96 | - | **Clonidine was changed to .05 mg., po qid.** |

Branden is considered for placement at Methodist Home, behavior problems continue
See Bourbon Community Hospital, Stoner Creek Hospital DD01635, 01683-01684

| 11/5/96 | - | **A Second EKG report is filed on Branden.** |

Interpretation was normal sinus rhythm at rate of 82, Normal EKG
Rx: Branden's Tegretol was increased to 200/200/400 mg., on tid schedule
Fidgety, talks non-stop, restless, can not sit still,
refusing Clonidine--says it makes him sick to stomach;
Was found to be cheeking Clonidine; branden reported about to "go off"
See Bourbon Community Hospital/ Stoner Creek Psychiatric Hospital,
DD01623, 01635, 01685-01686

66307

| 11/6/96 | - | **Discharge summary from Stoner Creek Center/ Columbia Hosp. Paris** |

Bipolar 1 was admitting diagnosis, intermittent explosive disorder and PTSD were also considered
he was admitted due to increasing
Verbal and physical aggression toward himself and others
Blood-work within normal limits
Fidgety, restless, hyper kinetic, verbally and behaviorally impulsive throughout his stay
extremely sensitive to external stimuli, interrupted others, became anxious
When discussing emotionally laden issues, needed constant limit setting and redirection
Placed in time-out numerous times,
Tegretol produced no "observable" benefit
Branden's itchiness was treated well with Claritin
Branden's therapy revolved around impulse control and sexual abuse, during which
He reported sex abuse at the Methodist Home
Despite concern over returning BB to the Home, DSS said that was their intention
During his last few days, BB became increasingly impulsive, labile and hyper kinetic
To the point of needing physical and mechanical restraints
The decision was made to send BB to another in-patient facility
BB was wheeled off the unit in a gurney, kicking screaming and cursing staff
Discharge rx: Tegretol 200 mg., t.i.d
See RAYDC/DJJ, DD 11711-11713

**Branden transferred from Stoner Creek to**
**Children's Psych. Hospital:** Branden at
discharge was belligerent, pushing limits, uncooperative
recommendations were for MRI secondary to head injury at 5
Branden was yelling and cursing staff, threatening them at discharge
He was crying while on the phone with his mom, then told her he loved her
At discharge Branden was given an extremely severe rating for grandiosity,
Disorganized thought, hostility, uncooperativeness, tension and excitement

**Paul Gillingham files report on Branden.**
Branden was transfer pt. from Stoner Creek,
Where a social worker was able to confirm part of
Branden's story about sexual encounters among

66308

JA 6788

Residents, which were not "promptly reported by
The program staff to higher authorities"
Branden reported having a daughter, but then said not sure if
Child was his or not, there were unconfirmed reports of
sexually inappropriate behavior at Stoner Creek
possible "grandiose thinking" related to high mood
Related to frequent reporting of exaggerated or untrue info.
Identified as severe management problem, presents with
Severe conduct problems; rage at homosexual acts
At Methodist Home could be related to early sex abuse
possible PTSD
Rx: Ativan 1 mg., po.
See Methodist Home records, DD02294-02296, 02299, 02343;
Bourbon Community Hospital, Stoner Creek Psychiatric DD01636,
01688-01690, 01700-01703; CPH 07575-07577

**Gillingham's admission note:** sexual abuse by other boys at Home prompted admission
Long history of behavioral problems, extensive drug hx., largely out of school,
Allergic to lithium and cylert, largely raised by his father, who is an alcoholic, mom depressed
Sister considered a success for marrying richest man in county
Dr. questions whether Brandeni s Bi-polar or his grandiosity is more related
To telling false stories (lying), which is frequently observed even when he is in a
normal mood, not certain whether Clonidine and Tegretol helped him
BB does not acknowledge being in wrong re: Methodist Home incidents
 No independent source to confirm what happened there;
BB's strengths are "frankly limited"--history of antisocial behavior and drug use
Some academic skills, but is far behind his age level, BB described a "transient loss of consciousness"
During a restraint at the Home, though it was not believed to be a medical problem.
BB appeared to be quite immature in expectations and conduct--though Gillingham opined
Some of the behaviors more antisocial than immature. BB reported having a daughter who
Lived with him, but there was no evidence to support this.
Severe management problem
Dx: conduct disorder, r/o PTSD and anxiety disorder, probable substance abuse;
AXIS 2: r/o learning disability or borderline intelligence, personality disorder
With histrionic and probably borderline features; Axis 3: allergies causing dermatitis,
Axis IV: severe--little structure in home, sex abuse as childhood, alcoholic father

66309

Axis 5: 20, prognosis guarded to poor
The plan was to assess BB for possible paranoid traits, rage may be due to early
Sex abuse--so PTSD signs were to be looked out for, BB was both untruthful and probably
Highly suggestible
See RAYDC/ DJJ 11718-11720

**Children's Psyc. Hospital of Ky. (CPH)** receives Branden, notes following
Very fidgety, picks on other kids, out of control, volatile, long-term behavioral problems
Branden was treated without psychotropic meds.
Homosexual acts between peers set him off, though other
Problems noted--they stated antisocial behaviors, though did not make that dx.
He was able to stabilize at CPH
Has a tattoo on end of his penis
Numerous symptoms indicated on admission--danger to self/others/property
Defiant, sexual misconduct, substance abuse, anxiety...
When "he's good, very good, when he's bad, he's horrible"
See WSH, DD07568;
See also CPH, 07571-07572; 07595, 07605, 07611

| | | |
|---|---|---|
| 11/7/96 | - | **Fred Stine MD files report on Branden** |

Volatile, tried to kiss another boy the other day, easily out of
Control,  sexually active since age 9, asthma and alcoholism run in
Family, admits to alcohol and drug use; possible allergy to cylert and
Lithium
See Methodist Home records, DD02297-02298; CPH 07578-07579

| | | |
|---|---|---|
| 11/8/96 | - | **Branden deemed at risk for anti-social personality disorder.** |

Dr. Gillingham.  Branden got in trouble for behavior, and placed
On room restriction.  At one point, he cried about it, then later denied
it had happened, long-standing conduct disorder--dishonest and short-focus
See CPH, DD07628

| | | |
|---|---|---|
| 11/9/96 | - | **Branden pushes limits,  denied knowing "the rules"** |

Avoided discussing problems, and drug use, etc.
See CPH, DD07630-07631

66310

| | | |
|---|---|---|
| 11/11/96 | - | **Connie Nolan files a report on Branden.**<br>Branden reported 2 boys were having anal and oral sex with him,<br>Had PTSD symptoms, went to Columbia Hospital first, where he<br>Was intrusive and required restraint, disruptive, silly,<br>Fidgety, described as ready to explode.<br>Branden "is disturbing to observe" and needs a very structured setting.<br>His behavior at CPH continues as before--Chatty with staff, but also<br>Disruptive, testing limits<br>See Methodist Home records, DD02292-02293;<br>See also CPH 07573-07574, 07640, 07642-07643 |
| 11/12/96 | - | **Branden did something to the heat register, then denied it.**<br>Bragged about his act to peers, then denied it next day, given a timeout<br>Called staff member a "Bitch"<br>He exposed himself to another patient, sneaky, testing limits, no responsibility<br>See CPH, DD07644, 07648 |
| 11/13/96 | - | **Branden on no meds--"treating him as strictly conduct disorder."**<br>Sheila Swartz of Stoner Creek gave Branden negative report<br>Would go into other patients' rooms, and tried to kiss girls<br>Dr. Cordona was treating him as bipolar--lithium was d/c'd<br>Due to itching and high blood level<br>See Methodist Home records, DD 02632, 02636<br><br>At CPH, Branden screamed profanity at staff person, said she<br>Treated him like he was retarded, was increasingly disruptive<br>Later in the evening tried to make sincere effort at behaving<br>See CPH, 07651-07652 |
| 11/14/96 | - | **Branden in trouble for excessive talking in group**<br>Instigates problems<br>Given a timeout, later returned and did better.<br>See CPH, DD07645, 07655 |
| 11/15/96 | - | **Branden did better and was cooperative.**<br>A separate report noted he was in trouble for being disruptive |

66311

See CPH, 07645; 07659-07660

| | | |
|---|---|---|
| 11/16/96 | - | **At times, Branden is a joy to be around.**<br>Then he does disruptive defiant things, this went on for last<br>4 days of his stay<br>See CPH, DD07662-07676 |
| 11/20/96 | - | **Branden's discharge summary from Children's psych. Hospital:**<br>Upon transfer from Stoner Creek, Branden was quite distressed.<br>Mainly due to observing 3rd party sexually abused by another boy<br>Branden was calm for most of his stay, relatively quick to stabilize<br>He was on no medication while at this facility.<br>See Methodist Home records, DD02290-02291 |
| 11/22/96 | - | **Dr. Rivard files medical report on Branden:**<br>Recent Stoner Creek admission due to sexual abuse report on another<br>Peer at Methodist Home. Once he divulged info his behavior<br>Escalated, he was under stress at the time, but believes he did right<br>By "ratting" out the other person.<br>Currently doing well at Methodist Home, off of medication<br>And is proud of this fact, showing increased self-esteem,<br>B. wants to stay off meds., has been back 48 hours, staff<br>Confirms he is doing quite well<br>MD believes this is a "honeymoon" phase for Branden<br>See Methodist Home records, DD02253 |
| 11/23/96 | - | **Incident report-Branden gets angry over pizza.**<br>Became angry when one group got their pizza ordered<br>First, then would not go to room. Had to be physically restrained.<br>Later Branden admitted making wrong choice.<br>See Methodist Home records, DD 02439-02440 |
| 11/27/96 | - | **Branden's weekly progress as follows:**<br>Continued loud voice, disruptive behavior, difficulty with<br>Peers, unruly, etc. The week started out okay after his return from hospital<br>See Methodist Home records, DD 02356-02357 |

66312

| | | |
|---|---|---|
| 11/28/96 | - | **Incident report--Branden refuses to leave gym, and then throws a pool ball at peer, causing bruise to his hand** Placed on restriction and counseled. |

**incident report**: Branden placed on restriction, and began tearing up things
In his room, tried to kick a window out with his foot and with clock.
Eventually Branden was able to be talked out of his threat to swallow
A bolt, and he apologized for his behavior.

See Methodist Home records, DD 02433-02434, 02460-02461, 2463-2464

| | | |
|---|---|---|
| 11/29/96 | - | **Incident report--Branden refuses to serve restriction, lashes out** Became combative after refusing to serve restriction Destroyed property, hit at staff. Was subdued, but then grabbed items off a dresser to defend himself, including a lightbulb. |

**incident report**: head-butted staff, tried to get into another resident's room
Hit and spit on staff, kicked staff in groin, bit staff and scratched staff,
Destroyed blinds, picture frame and ceiling tiles

See Methodist Home, DD 02435-02438, 02443-02445

| | | |
|---|---|---|
| 11/30/96 | - | **Incident report-Branden ripped a peers coat.** Had to be restrained For several minutes, during which time he tried to tie staff person's shoelaces together. |

**incident report**: Branden held on to a chair that was
Being removed from his room, had to be physically pried out of
His hands.

**incident report**: Branden refused when asked to leave staff office.

**incident report**: Branden ran out of his room while on restriction
And unintentionally caused minor wrist pain to staff person pursuing him

66313

JA 6793

**incident report:** Branden spit on staff, kicked and threw a cereal bowl

See Methodist Home, DD 02424, 02441-02442, 02449, 02452

| 12/2/96 | - | **Incident report--Branden bangs window.**<br>When told to stop hitting a window, Branden cursed and refused<br>Staff responded by removing items from his room, and<br>Branden then became threatening, and aggressive,<br>Kicking and screaming Branden was restrained.<br>Eventually he calmed down and spoke of being upset that<br>"Ms. Angela" was not there to speak with and about peer problems<br><br>**incident--branden breaks door latch** after slamming door in anger.<br>**incident report--**Branden refuses to go to his room as instructed, was<br>Non-compliant<br><br>See Methodist Home, DD 02429-02430, 02447, 02462 |
|---|---|---|
| 12/3/96 | - | **Incident report-Branden barricades self in bathroom.**<br>Had to be physically restrained.<br><br>**incident report:** Branden refused to take shirt off of his head<br>And was physically subdued, during which he bit 2 staff members.<br>Bruises to Branden may have resulted.<br><br>**incident report:** Branden instigated trouble with peers, would not<br>Follow directions from staff, head butted staff<br><br>**incident report:** Branden yelling and cussing at staff, noncompliant, angry about<br>Restriction of prior evening, was threatening<br><br>**Branden seeks more one on one time to help him calm down.**<br><br>See Methodist Home records, DD 02409, 02427, 2431-2432, 2453-2456 |
| 12/4/96 | - | **Branden's Rx: Clonidine, .1 mg., Depakote, 125 mg., Benadryl, 25 mg. Tenex** |

JA 6794

Branden is also given Mylanta, Cepacol, Tylenol, Iburprofen and Benadryl during his
Stay at Charter Ridge, pain relievers were administered almost daily, sometimes more often.

**Branden gives "life story" (handwriting virtually illegible--looks like a 5 yr. olds)**
Born "September 1981" in Madisonville, Ky., says family "very loving"
"no favorites in family," grandma is least favorite because she is "mean"
Favorite childhood memory--rocky mountains with mom, dad and sister
Least favorite memory--sexual abuse at age 6-7 yoa--"it hurt me very bad"
"First friend" was very nice to him
Family is very loving and trustworthy
Would change his and his mother's problems
He is most like his mother, because they share the same problems
He continues his life story with the following.....was good as a little kid, but then he
fell out of a tree and doesn't remember much, but has not done good since, was molested
At age 6-7 by a guy that he knew. Something about thinking about it when he
Goes to bed. Got put in a group home for doing drugs and not following rules.
Identifies drugs as major problem in his life.

Branden's behavior slipped after returning from psychiatric facility on 11/20.
He has been acting out aggressively, hitting staff. He was discharged from
Methodist home for increasing behavior problems.

**incident report:** Branden used profanity and threatened staff, he was on suicide watch.
**incident report:** Branden tried to run out of cottage and get past staff, he kicked staff
And threatened staff

**academic performance:** bad before hospital, much better afterward with one on one
Set-up, made several "100%" Teacher was very positive. As for behavior, it was
much improved after his 2nd hospitalization

See Charter Ridge records, DD00410, 00411, 00418-00422, 00526, 00625-00633
02345; Methodist Home Records, DD 02346, 02457-02459, 02646-02647

---

12/5/96            -            **Branden has lab work/ blood work profile.**
Creatinine was high at 1.5, White blood cell county was low at 4.2,

JA 6795

Urinalysis was positive for protein +1, mucus threads 3+, calcium oxalate 2+
Negative for drugs.

**Branden's admission note:** Dx: atypical bipolar disorder, Axis-4, severe, GAF: 20
Admitted for acting out behavior, escape from ER, aggressive behavior towards
Children and staff at Methodist Home, **no known psychiatric hx in blood relatives**
Lithium was deemed ineffective, **no evidence of learning impairment** (apparently,
they were not given educ. records)

Related note indicates head injury as a child--tree fall

Substance hx: alcohol in excess, marijuana, daily, crack/cocaine many times,
Huffing gas, LSD x1
He refused to discuss physical and sexual abuse, but did note specific
Instances involving "Roy Graves" when he was 13, and assault by 19-20
When he was 8 or 9
Recent losses included 2 recent suicides, denies self-harm, has sleep problems
Has gained 20 lbs. In 6 months
Branden reported having a 1 year old daughter (?)
Mom has history of depression, takes Prolixin, father is alcoholic

**Branden's school progress is evaluated over one week period, beginning 12/5.**
12/5, Ms. Lesshafft notes Branden is "very submissive" toward authority, and has much difficulty learning
He is "a little" squirmy, demanding, sensitive to criticism, distractible, restless, impulsive, unaccepted
By group, easily led by other children, lacks leadership,
fails to finish tasks, childish and immature.
By 12/10, Branden's behavior was assessed as much more severe and difficult.
By 12/11, Branden was deemed "verbally abusive"
During this same time-frame, Branden was evaluated on
the Tourette Syndrome Symptom list
On a 1-5 scale, Branden was given a "2" on the following symptoms:
arm, finger and kicking leg movements,
Touching body parts and objects, picking at things.
Branden was a "4" on: lack of inhibition, and obscene words, argumentative, anger,
Poor frustration control--no diagnosis was made, or ruled out.

66316

**Branden is placed on a closed unit, and a "precaution record"
is maintained during this time.**
This is maintained thru 12/9, on which date Branden was noted to be
aggressive with staff, kicking door
And yelling for approximately 25 minutes.
Brandon was on a

Branden noted he was picked on at Methodist Home
due to his size, and that he was on drugs while there.
He used to steal for money for drugs, but no longer using drugs.

See Charter Ridge records, DD00389-00393, 00403-00407, 408-409,
428-451, 00619, 00665-00667, 00668-00679, 00733

| | | |
|---|---|---|
| 12/6/96 | - | **Branden discharged.** MSW Nolan reported lots of ASPD traits, |

Could be charming and then turn around and do stuff later, says family
Involvement critical is he is to improve.

**Branden is upset over possible transfer for long term care.**
He had problems at the Methodist home, where he bit a staff person
In group, told story of running away "not fun"
Loud, attention-seeking, eager to fit-in, make friends
Told of friend who hanged self--made him very sad
Wants to work toward getting shoes back, and attaining next level (#3)

**Branden scores slightly above average for clinical depressive symptoms**

See Charter Ridge records, DD00617-00618, 00622, 00680;
Children's Psychiatric Hospital, DD07570

| | | |
|---|---|---|
| 12/7/96 | - | **Branden's behavior starts to become oppositional** |

Needs redirection to focus, is restless, verbally aggressive
Toward a sarcastic peer, shows poor impulse control, with help
Was eventually able to deal with staff help
**Branden was administered Woodcock-Johnson achievement test:**
Scored as follows: letter word ID--92 (grade level 7.1),

JA 6797

passage comprehension--92 (grade level 6.9)
Calculation 79 (low)(grade score 4.7)
Applied problems 89 (grade level 6.3)
Dictation 57 (grade level 2.6)
Writing samples 94 (grade level 7.0)

**Branden's master treatment plan lists following problems:**
Acting out, aggressive outbursts, sexual abuse victim, chemical
abuse, difficulty following limits, anger outbursts, homicidal threats
His Dx: Bipolar, NOS, Depressive Dx, NOS, Axis 4--severe,
Axis 5--moderate impairment,
"active" problems included, hx: of explosive, aggressive episodes
Presenting risk of danger to self/others, hopelessness and sadness,
Continued drug addiction, emotional distress secondary to sexual abuse
See Charter Ridge records, DD00624, 00686-00696

| | | |
|---|---|---|
| 12/8/96 | - | **Branden continues to be "somewhat oppositional"** Difficulty taking responsibility, had a time out See Charter Ridge Records, DD00624, 00642 |
| 12/9/96 | - | **Branden's valproic acid level is 17.** Rx: Tenex, .5, Benadryl 25 mg. Branden does not want to take his Depakote which "he needs" Received a time out for inappropriate conduct, second to 2 new boys on unit Branden admitted stealing is what got him sent to Methodist Home Sent out for disruptive behavior in group See Charter Ridge records, DD00394, 00528, 00642-00643, 00649 |
| 12/10/96 | - | **Branden discusses sexual abuse.** He indicates a migrant worker Employed by his father was the assailant. Saw sex abuse at Methodist home brought back memories, so he began assaulting the Methodist home molester. This same person came into his room a Few nights later and solicited oral sex, so Branden beat him up A second time. He told staff, and they did not believe him. Branden did art depicting how he coped with his abuse--like drinking. |

Branden was argumentative today,
And had difficulty with impulse control
See Charter Ridge records, DD00647-00648, 00810

| 12/11/96 | - | **Dr. Aug recommends long-term psychiatric residential care For Branden.** Based on continued outbursts and behavioral problems, as per weekly staffing summary. Branden was promoted to level 3, but with a formal warning re behavior Branden defended his parents, and said he was at fault for Getting in trouble; staff says "rescuing parents" |
|---|---|---|

**Juvenile complaint and petition are filed on this date.**
Alleging Branden bit two people

See Charter Ridge records, DD00697-00700, 00811, 00814;
Methodist Home Records, DD02226-02229

| 12/12/96 | - | **Branden is disruptive, having difficulty with control.** Laughing and yelling in group, difficulty accepting responsibility. Peggy Woods was asked to Talk with Branden about taking his Depakote, and long-term Care recommendation. Branden cried when he watched a video on "self esteem" Acknowledged he had low self-esteem. Says his esteem Is better around family, wants to go back to Methodist home See Charter Ridge records, DD00807-00808, 00812 |
|---|---|---|

| 12/13/96 | - | **Branden is disruptive, gets time-outs in group and school But later works it out with other patient.** distracting peers, noncompliant, etc. 1 on 1 Branden says he "would do anything to stay out of trouble" At some point, he was laughing uncontrollably (manic?) He remembered being "stone drunk" last Friday 13th, "would rule" to be at home with his family, not getting |
|---|---|---|

66319

In trouble would also be a good day
He was denied an advance in his level, and was upset
See Charter Ridge records, DD00802-00805

| 12/14/96 | - | **Branden's behavior was poor on this day.**<br>Depression noted; disruptive<br>Began taking his Depakote again today--feared diarrhea<br>See Charter Ridge records, DD00798, 00800, 00803 |

| 12/15/96 | - | **Branden says he wants to work on behavior and coping skills**<br>Realizes Group Home and Charter weren't so bad<br>He was tearful discussing missing his family, trying<br>To control aggression; refusing his Depakote--complains<br>Of diarrhea and stomachache, bragged when MD said he would<br>Quit giving it, then got mad when this did not happen<br>Was then sent to time-out for behavior, was sad and teary over<br>Having no roommate and being alone<br>See Charter Ridge records, DD00794, 00796-00799 |

| 12/16/96 | - | **Branden expresses desire to be with family.**<br>He was mad because he did not want medication, but happy<br>Also b/c no timeouts. MD Heffron<br>believes Branden may have legitimate concerns over<br>Diarrhea caused by medication. MD Aug disagrees and<br>Is mad at Branden for changing his story about whether he even<br>Took the medication.<br>See Charter Ridge records, DD00755-00756, 00795<br><br>Dr. Aug writes following to Peggy Wood: BB has atypical bipolar,<br>Manifested by general behavior style, impulsive and aggressive behavior<br>Strong wish to control others; he recommends one year or more in a<br>Psychiatric facility for BB.<br>See CE, DD13558-13559 |

| 12/17/96 | - | **Branden admits to telling lie about incident with another pt.**<br>he said he lied a lot in the past, and that usually he ends up telling |

66320

The truth in the end; mentions missing his family and expecting
To see them at Christmas.  Branden relayed a story about his parents
Tying him to a tree after they found him with pot, when the
Cops came they said to leave him there until his calmed down
Staff thinks he is lying about this.
Branden accused of stealing other pt.'s clothes, which were found
In his dresser.  He said staff must have placed in wrong basket
Branden feeling depressed, worthless, unliked, picked on,
Frustrated, wants to be home, with better self-esteem, change things
In the past

Dr. Wm. Heffron thinks need to reevaluate Depakote--B. not responding

See Charter Ridge records, DD 00757-00759, 00764

| 12/18/96 | - | **Branden's weekly staffing report notes:** His mood swings |

Are frequent, has outbursts,  avoids discussions about his
Sadness; low self-esteem is evident, tries to joke around
In group discussion, seeks attention

Branden was "grounded" for stealing clothes, protests he is not guilty
Upset about the incident
See Charter Ridge records, DD 00701-00704, 00762

| 12/19/96 | - | **Branden's valproic acid level is 32.** |

Rx: increased Depakote to 250 mgm, AM, 125 mid-day, and 250 evening x3 days
Then change to 375 mgm AM, 250 mgm noon, and 250 mgm evening
Brandenis finally taking his Depakote.  Intent is to raise dosage
"aggressively" because he has pressured speech, is irritable and grandiose
MD will not give lithium because "risk of real tubular damage"

Branden had a dream about some guy trying to unzip his
Pants, his dad did nothing, but his mom went after the guy.
Branden said he wants to go back to the Methodist Home

See Charter Ridge records, DD00396, 00530, 00765

66321

| 12/20/96 | - | **Branden is assessed as having a "distorted perception"** |
|---|---|---|

Got into shoving match with another patient, he believed was
Merely being assertive, doesn't understand alternative methods of dealing
Was not playing well with peers, "cheating," was building up to explode
Sees himself as "caged up."
See Charter Ridge records, DD00770

| 12/21/96 | - | **Branden continues to be impulsive, irritable** |
|---|---|---|

No overt problems noted however.
Other notes are across the board--good humor, but cheating at game,
"good insight" at group
See Charter Ridge records, DD00774-00776

| 12/22/96 | - | **Branden is calmer today, still requires "redirection"** |
|---|---|---|

He is frustrated about not having a roommate, was compliant
Attended group, upset over the need for DSS approval to get a pass
To visit with family
See Charter Ridge records, DD00777-00779

| 12/23/96 | - | **Branden's continuous motion noted.** His body is always moving |
|---|---|---|

Always talking or moving, has difficulty waiting. His family has not
Visited due to car problems. Hasn't seen them in 4 months
Branden disclosed his rape at age 8-9 by a man working for his Dad
He told the people at Stoner Creek, but not his family
Feels guilt and fear of reaction, says would kill assailant if he saw
Him again
Related his previous passes did not go well because of drug use
He "felt bad" about this; stated dad began drinking after divorce
See Charter Ridge records, DD00780-00782

| 12/24/96 | - | **Peggy Wood is replaced by Cecilia Russell as Branden's SW** |
|---|---|---|

At first he was upset, then became happy thinking new SW
might let him go home.
Branden said he realized he did not accept help from Charter
And Methodist home, until recently. Trying to avoid problems

Branden had a very good visit, was tearful upon return
See Charter Ridge records, DD 00785-00788

| 12/25/96 | - | **Branden's weekly staffing report notes:** aggressive, impulsive |

took ½ hour pass with mom, got new social worker--Cecilia Russell
Who is searching for long-term facility, Branden gets tearful talking
About family issues, "much difficulty trusting adults to meet his needs"
Does not take group seriously, and is disruptive
Branden later was happy and appreciative to get calls from staff
Of Methodist Home and from his family
Has difficulty loving self, does not think he will ever be completely happy
Meds changed: Clonidine .1 mg., Tenex .5 mg., Depakote 375 mg.
See Charter Ridge records, DD00705-00708, 00754, 00791

| 12/26/96 | - | **Branden's valproic level is 74.** |

Depakote increased to 375 mgm.
MD believes helpful for Branden to have pass to see his parents,
Branden gave heartfelt feedback on his visit with them.
See Charter Ridge records, DD00395, 00531, 00753.

| 12/27/96 | - | **Branden discusses problems with Methodist Home.** |

He blamed himself for getting kicked out.  He was happy and
Excited about getting a pass on 12/28.
Branden then thought he would not get a pass
and was grief-stricken, says he would try not to argue,  said his
Meds help., feels "almost ready to blow"
Later described as hyper and attention-seeking,
Told story about friend killing self while Branden
and friend's mom getting high
Branden was obsessing and hyper, needy, demanding
Struggling not to lose temper, several time outs
Later in the evening, Branden did his laundry and was
Not disturbing others, compliant
See Charter Ridge records, DD00745-00748

| 12/28/96 | - | **Branden has difficulties with staff**, is argumentative, was |

66323

JA 6803

Placed in seclusion, his mother reported he did well on a
Four hour pass with her.
See Charter Ridge records, DD00744

| | | |
|---|---|---|
| 12/29/96 | - | **Branden's HIV negative.** |

Branden's behavior is difficult today, he was argumentative with staff.
Branden denied his behavior was aggressive, he had "poor insight" into
His own situation
See Charter Ridge records, DD00398, 00539, 00544

| | | |
|---|---|---|
| 12/30/96 | - | **Branden's valproic acid level is 99.** |

Over 100 is "potentially toxic"
Branden's behavior was disruptive, and he was removed from group, he "would not focus"
"once he gets over-stimulated, it is very difficult to calm him down"
He felt staff was "picking" on him; staff believed Branden did not take his situation
Seriously.
See Charter Ridge records, DD00397, 00542, 00543, 00545, 00550

| | | |
|---|---|---|
| 12/31/96 | - | **Branden was sick, and kept isolated on this date.** |

Branden was isolated from group on this date also for behavior (?)
Handwritten note from Branden reads:
**"I am going to try to do better in working with others.**
**So I can go home with my family. I would change my mom and dad divorced (sic) and I**
**Would change that we are poor. I would change myself by not doing drugs and not following directions**
**So I can be home with my family. I am going to try a lot harder. It just seems like forever in here I**
**Would like to move on with my life."**

**Weekly staffing reports:**
Same behavioral problems, still looking for long-term facility
Med changes: Clonidine .1 mg., Tenex .5 mg., Depakote 375 mg.
See Charter Ridge records, DD00546-00547, 00549, 00551, 00709-00712

| | | |
|---|---|---|
| 1/1/97 | - | **Branden's strep A test is negative.** |

Branden was sent out of group. He was not paying attention in group, joking around
And disruptive. Branden got in trouble for leaving his door open when told not to do so
See Charter Ridge records, DD00399--401, 00553, 00556

JA 6804

| 1/2/97 | - | **Branden's evening Depakote upped to 500 mgm.** |

Branden was punished for argumentativeness. He admitted having a lot of anger
And wanting to punch walls or cry, some of which was related to his sexual abuse
He was frustrated because his medicine "isn't working"
Staff noted his Valproic acid level is 99, but "will push it higher" due to continued
Impulsiveness and poor control of anger/aggression
Branden got in trouble for lying about whether he could get his shoes (?)
Branden's feelings were hurt b/c people made fun of his shoes, and feels
Bad about being a slow learner
Branden was anxious to leave and go to another facility
He was very frustrated, felt everyone against him, never had rules and cant learn
them that quick; has a lot of built up anger
Another nurse told Branden about the fable of crying wolf and he agreed he
Had been dishonest about hiss hoes, and he also took responsibility for erasing sentenced
From a a blackboard
See Charter Ridge records, DD00532, 00557-00561

| 1/3/97 | - | **Branden's rx: Clonidine .1 mg.** |

He was "decertified" by Medicaid, and DSS is looking into placement options
Carotoss is being looked into. Branden was segregated on this date--he was swearing at staff
And kicking door; poor impulse control, easily instigated, "distorted perception of events"
See Charter Ridge records, DD00533, 00562, 00565-00566

| 1/4/97 | - | **Kathy Basham treated for** |

**Asthma.** Proventil inhaler
Refilled. *See* Trover Clinic records, DD, pg. 01095

**Branden is placed in seclusion 3x on this date for aggressive behavior.**
A "precaution record" is kept during this time. During a 48-hour pd.,
Branden was noted to be yelling only once,
Rx: Inapsine 2.5 mg., noon, Cogentin 1 mg., po, IM
See Charter Ridge records, DD00381, 00454-463, 00533, 00566

| 1/5/97 | - | **Branden is placed in seclusion 4x on this date for aggressive behavior.** |

66325

He calls his mom and dad and cries during the telephone conversation
Underlying sadness; mostly compliant with staff
He is also given Risperdal .5 mg.
See Charter Ridge records, DD00382-00383, 00567-00568

| 1/6/97 | - | **Branden's valproic level is 120**, which falls in the high, potentially toxic range. |

Branden has discussion with his MD re: 3 days of out-of-control behavior
See Charter Ridge records, DD00402, 00568

| 1/7/97 | - | **Branden begins to meet protocol set for him.** He |

Has been mostly compliant, and trying hard to comply
He was depressed and frustrated
He began to argue, and then stopped himself, so he could sleep in his room
Continued to be mad because he would not be going home
Staff identified his explosiveness as stemming from past abuse (00580)
See Charter Ridge records, DD00575, 00578, 00580

| 1/8/97 | - | **Branden is issued temporary pass** for court on today's date. |

Branden agreed not to tun away during his court appearance.
Branden protested strip search upon return, but finally agreed.
Was upset and crying, raging about his "protocol," but later calmed
Down and accepted the limits imposed.

**weekly staffing notes:**
Meds: Clonodine .1 mg., Tenex .5 mg., Depakote 375 mg., po, bid
Depakote 500 po, qhs, Risperdol, .5 mg., qhs
Behavioral problems worsened past week, more outbursts, has been
Tearful and sad at times, has brightened somewhat since taken off seclusion
See Charter Ridge records, DD00384, 00578-00579, 00584, 00713-00716

**Jimmie has nummular psoriasis**

**Kathy sleeping better, quite animated**
Trouble with her 15 year old son, out of control
Angry at her mother for mistreatment of her as opposed to
Her treatment of sibs.; sisters "use" her, everybody uses her

JA 6806

Rx: Prolixin
See Pennyroyal, DD13711

| 1/9/97 | - | **Branden is tearful about wanting to go home.** He was uncooperative In group, then later broke down in tears during individual session. Cecilia Russell of DSS informed that Branden had been denied entry into State juvenile residential centers due to "psy" (?) problems. Branden applied for Higher level, and was denied, but took the news well. Branden assessed as feeling helpless secondary to expecting failure See Charter Ridge records, DD00586-00588-00589 |
|---|---|---|
| 1/10/97 | - | **Branden's MD notes cognitive difficulties**, which impair his Ability to transfer one set of behaviors and outcomes to another situation. Doctor believes secondary to drug use and part of his pathology. Advises structured environment and consistent consequences. Branden was promoted to his next level with a formal warning To watch his behavior. He was compliant, did get into trouble for leaving room, But complied with his "sentences" as a punishment. See Charter Ridge records, DD00590, 00594 |
| 1/11/97 | - | **Branden's behavior varies wildly on this date.** Early note says his behavior was very bad--manipulative, etc, Later note, by different staffer, says he was compliant and interacted well With his peers, and appropriate. Other notes on this date indicated Branden was Working on being assertive rather than aggressive, and he ½ way achieved this goal. See Charter Ridge records, DD00595-00598 |
| 1/12/97 | - | **Branden gets mixed reviews for behavior on this date** Again, 2 different staffers give very divergent accounts--one says he's doing Well in the system, the other that he is testing limits. No overt incidents are Noted on this date. Defined assertiveness as throwing a pary when his mom was out of house, Tearing up home and dating a person he really didn't like (?) His level was demoted today See Charter Ridge records, DD00599, 00601, 00602 |

66327

| | | |
|---|---|---|
| 1/13/97 | - | **Branden's medication "Tenex" is increased** to 1.0 mg. |

Aggressive behavior was reported over the weekend, and his level was demoted.
He used profanity and was angry over this., felt like his teachers were against him
He was happy to be going to Jeffersonville, but mad he wasn't going to a group home
Scared about going to court
Continued outbursts are noted
See Charter Ridge records, DD00385, 00599-00600, 00603, 00605

| | | |
|---|---|---|
| 1/14/97 | - | **Branden worried about court date, wants to go home** |

Branden is anxious about long term placement, happy he will be closer to parents,
Felt certain he would be home soon. Branden was concerned about going to "real jail"
And wanted to learn how to function in society
C. Hornfeld noted Branden saw himself as "a disease" all dirt, rotten, always in trouble,
Messing up, isolated from peers
Treated for minor hand injury-bruise

See Charter Ridge records, DD00607-00608, 00612, 00731;

| | | |
|---|---|---|
| 1/15/97 | - | **Branden is taken to court for a hearing** |

He reported being upset by having to testify to seeing
a peer molested at a group home

**weekly staffing report notes:**
Med. Changes: Depakote 375 mg., Clonidine .1 mg.,
Depakote 500 mg., Tenex .5 mg., Risperdal .5 mg. Bid
Danger to self or others, spoke with family on phone
Disruptive in classroom, was separated from peers and/or removed
See Charter Ridge Records, DD00386, 00466, 00721-00722

| | | |
|---|---|---|
| 1/16/97 | - | **Branden's rx: Tenex is decreased to .5 mg., Cogentin 1.0 mg.,** |

**He is referred to a pediatrician. Branden has "slight cogwheeling"?**
Branden's DSS worker Cecilia Russell was to have a meeting today about him?
**Branden's happiest day was going home to fish with his family, and saddest was when he**
**Was sent away at age 14.**
After leaving group in a huff, Branden took responsibility for his actions.

66328

**Another note on the same date** says he did not take responsibility
Treated for flu-like symptoms
See Charter Ridge records, DD00386, 00467, 00468, 00470, 00472, 00732

| | | |
|---|---|---|
| 1/17/97 | - | **Branden is acting aggressively with peers**<br>See Charter Ridge Records, DD00472-00475 |

| | | |
|---|---|---|
| 1/18/97 | - | **Branden expressed his feelings with "C.Hornfeld"**<br>He felt like crying, acting out, lots of mixed feelings, he is worried and afraid<br>Of placement--wishes he could go back in time and have a different life,<br>Wishes he had never been sent off.<br>Says he used drugs secondary to incidents in his life, he has difficulty with limits<br>Is afraid people would look at him differently if they knew of abuse<br>Is upset over score on self-esteem quiz, showed he looks at himself in a degrading manner<br>He was promoted to level 3, was observed biting nails, and conversing with others<br>During which he frequently repeated self. Got in trouble during group,<br>was dismissive of other people's abuse. |

Progress notes indicated less aggressive behavior, and effort to be promoted to
"level 3" He was trying to please staff, and had low self-esteem, was thought to
"manipulate"
See Charter Ridge records, DD00476, 00477, 478, 480-481

| | | |
|---|---|---|
| 1/19/97 | - | **Branden is leaving Charter Ridge.** Was happy and scared. Got in trouble<br>For arguing. Family life noted to be "troubled" with alcohol and drug problems<br>His mom can't cope with society, Branden believed to be a lot like her.<br>Later, he was counseld, and started crying about his "lost childhood" and how<br>He used anger and drugs to cope with sex abuse<br>See Charter Ridge Records, DD00482-00484 |

| | | |
|---|---|---|
| 1/20/97 | - | **Branden gets demoted for aggression.** He was disappointed about not getting<br>out on 1/19 and acted out. "argumentative, disruptive, poor impulse control"<br>See Charter Ridge records, DD00489, 00496 |

| | | |
|---|---|---|
| 1/21/97 | - | **Branden was counseled about behavior.** He shared his frustration re: not being<br>Transferred for long-term treatment |

66329

Branden was isolated because he was having trouble with school time.
See Charter Ridge Records, DD000490-00492, 00496

| | | |
|---|---|---|
| 1/22/97 | - | **Branden is allowed a 3 hour pass.**<br>Branden is acting out after he was denied his promotion to higher level<br>Still scared about transfer to another Charter<br>His behavior is erratic--follows rule one minute, then not the next<br><br>**weekly staffing report notes:** no medication changes noted,<br>Continued impulsiveness and disruptive behavior, still unable to stay<br>In classroom for entire period, no explosive outbursts, but some aggression<br>Anxious and sad over placement concerns, homesick and tearful and needy for<br>Attention, can be very manipulative<br>See Charter Ridge records, DD00387, 00493-00494, 00497, 00498,<br>00725-00728 |
| 1/23/97 | - | **Branden's Cogentin is increased to 2 mg.**, Depakote is 250 mg.,<br>**Luvox 25 mg bid is started**, Tenex is dropped to .5 mg.<br>Branden gets "kicked out" of school for arguing with teacher<br>In the afternoon (after his Cogentin was upped) his behavior<br>was calmer and he completed assignments.<br>See Charter Ridge records, DD00388, 00498-00500 |
| 1/24/97 | - | **Branden feels poorly, misses school.** Branden's MD noted Branden<br>Said he was over-sedated due to the medication increase and had back stiffness<br>He was given motrin.<br>Branden's fitness and sports instructor noted a lot of improvement in him this week<br>See Charter Ridge records, DD00502-00504 |
| 1/25/97 | - | **Branden is placed in seclusion for verbal/physical aggression.**<br>Branden had increased behavior problems--disruptive, not on task, demanding<br>See Charter Ridge records, DD00388, 00507-00509, 00512, 00516 |
| 1/26/97 | - | **Branden 's behavior varies a good bit this day.**<br>Early on was following limits, but later was testing limits<br>He was denied promotion to next level. |

66330

suicide attempt with shoe string around neck!
See Charter Ridge records, DD00513-00514, 00742

| | | |
|---|---|---|

1/2797 -

**Branden is discharged to DSS for transfer to Charter Evansville.**
His mood is noted to change fast, and was focused on trying to get a pass
To visit the Methodist home
RX: Depakote, 250 mg. tid, Risperdol, 1.0 ½ tab bid., Luvox, 50 mg., Cogentin 2 mg., bid
See Charter Ridge records, DD00388, 00520, 00524

1/28/97 -

**Branden's academic report is poor.**
The teacher commented his behavior stood in the way, and that he
Was unable to stay in class more than 2 hours/day.
Math was 57, science 40, social studies 45, language arts 42,
Reading 55.
See Charter Ridge records, DD00683

**Branden was unable to drive a car at age 15** (CE, DD13640)

**Branden's discharge summary:**
Brought in b/c out of control requiring emergency room treatment, he ran away from
ER, and was then sent to Charter. He assaulted and threatened staff
and other children. He has expressed suicidal thoughts, and once tied
a shoelace around his own neck in an apparent "gesture"
3 prior psych. Admissions in past fall.
Past dx(s) are ADHD and bipolar. Bipolar included only lithium,
Not Depakote, and prior lithium treatment was deemed ineffective
**they were provided no psych., addiction or suicide hx on any blood
relative**
Branden denied suicidal thoughts, but told of 4 friends who recently committed
Suicide, and this was on his mind. He noted problems over being short
In relation to same sex peers. He was oriented, no hallucinations or delusions
Reported, his behavior fluctuated throughout his stay.
D/C Dx: Bipolar, NOD, Axis 4--severe, Axis V: Gaf, highest last year 55, at discharge 35
**Rx: Depakote, 250 mg., Risperdal, .5 mg., Luvox, 50 mg.**
Condition on discharge was somewhat improved, prognosis guarded
See Charter Ridge, DD00661-00664

| Date | | |
|---|---|---|
| 1/28--4/29/97 | - | **Branden consistently ate everything given to him during his stay.** Sometimes he would eat addl. Servings of what was available.<br><br>Psychiatric **Admission Note:** sent for out of control behavior<br>Admitting diagnosis Dysthymia, Generalized Anxiety Disorder,<br>Obsessive-compulsive disorder.<br>Branden's poor relationship with his father is noted as an area to be addressed<br>Low self-esteem and self-critical<br>See CE, DD 12329-12368; 13629-13630<br><br>**BB's grades for school at Charter**<br>No passing grades, highest was 57, lowest 42<br>Was careless, argumentative, manipulative, disruptive<br>See Ky-DJJ, DD04914 |
| 1/29/97 | - | **Branden was positive for diphenhydramine, had low valproic acid level**<br>Branden's picture showed following: impulsiveness, inability to<br>Express feelings and emotions, lack of support and stability, which<br>Is how Branden described his home life.<br>See CE, DD 12236, 12238, 12649 |
| 1/30/97 | - | **Branden's Depakote was discontinued**<br>See CE, DD13646 |
| 2/2/97 | - | **Branden's Clonidine and Depakote are discontinued on this date.**<br>See Charter Ridge records, DD00412 |
| 2/6/97 | - | **Branden reported roommate's sexual advances**, when confronted both<br>Branden and roommate gave own versions; BB admitted to exposing himself<br>To his roommate; BB's roommate threatened to break his nose if he would not<br>Perform oral sex on him.<br>SEE CE, DD 13629, 12631 |
| 2/7/97 | - | **Branden reported his roommate asked him for oral sex** |

66332

the evening prior, Branden refused and told staff, room change
Was made, Branden said no actual contact was made.
Branden had an outburst, with pressured speech, fighting with staff,
Banging head
See CE, DD 12623, 12627

| | | |
|---|---|---|
| 2/9/97 | - | **Branden is placed in seclusion and restraints for**<br>Refusing to comply with staff orders.<br>Thought processes were illogical, impulses and attention span impaired<br>See CE, DD12222, 12618 |
| 2/10/97 | - | **Branden cursed and threatened worker when asked to give back pencil**<br>Was given 72 hour restriction; flat affect<br>See CE, DD12617 |
| 2/12/97 | - | **Branden has flat affect.**<br>See CE, DD12611 |
| 2/13/97 | - | **Branden's Tenex is discontinued on this date.**<br>Branden is said to be both the abused and the abuser re: sex<br>Numerous behavior problems noted past week<br>Flat Affect<br>See Charter Ridge records, DD00412;<br>CE, DD13497, 12617 |
| 2/14/97 | - | **Branden requires much redirection**<br>Was verbally aggressive with staff and peers<br>See CE, DD12609 |
| 2/15/97 | - | **Branden is demanding and attention seeking**<br>See CE, DD12607 |
| 2/16/97 | - | **Branden has flat affect**<br>See CE, DD12605 |
| 2/17/97 | - | **Branden is placed in seclusion for threatening a staff with a pencil** |

cursed at teacher over getting his snack, and grabbed it from her
He was then given Vistaril I/M
See CE, DD12223, 12603

| | | |
|---|---|---|
| 2/18/97 | - | **Branden is verbally abusive, cursing**<br>Had threatening posture, clenched fists<br>Knuckles later noted to be swollen<br>See CE, DD12598, 12599 |
| 2/19/97 | - | **Branden placed in seclusion for running and refusing orders**<br>he has bruised knuckles, but no fracture<br>Branden was accused by a peer of inappropriate sexual contact<br>Branden denied the allegation, but changed his story and was not believed<br>Due to recent behaviors, Branden was considered an elopement risk<br>See CE, DD12224, 12249, 12592 , 12594 |
| 2/20/97 | - | **Kathy Basham treated for herpes.**<br>Oral  type, recurrent.<br>Rx: Famvir, 500 mg.<br>*See* Trover Medical Records, DD, pg. 01095<br><br>**Branden has flat affect**<br>SEE CE, DD12587 |
| 2/21/97 | - | **Branden's Cogentin is discontinued on this date.**<br>See Charter Ridge records, DD00414 |
| 2/24/97 | - | **Branden's Luvox is discontinued on this date.**<br>See Charter Ridge records, DD00414 |
| 2/25/97 | - | **Branden disruptive in school, calling teacher a b****.**<br>Had flat affect<br>See CE, DD12573 |
| 2/27/97 | - | **Branden's behavior past week included: behavior and sexual acting out**<br>However, at the same time Branden began to "get in touch" with his feelings |

JA 6814

Re" past sexual abuse. Asked Charlotte to come to therapy with him **because**
**She witnessed the abuse** (ultimately she refused to do so)
Branden also said he was "concerned" because Charlotte would have observed his
Penis size
See CE, DD13500-13501, 13540

| 3/1/97 | - | **Branden has flat affect**, no behavior problems noted this day<br>See CE, DD12565 |
| 3/2/97 | - | **Branden very excited about visit with family.**<br>Had lunch with them; Kathy made excuses for Charlotte not being able<br>To come to the family session due to her having a family and 2 jobs.<br>See CE, DD12562 |
| 3/5/97 | - | **Branden is frustrated by family session**<br>Name calling and pushing, placed in time-out; name calling<br>See CE, DD12554 |
| 3/6/97 | - | **Branden was placed on locked seclusion**<br>Patient said Branden was scaring him saying these about<br>His grandmother having a knife, then a gun, and coming after him<br>See CE, DD 13423, 12550 |
| 3/7/97 | - | **Branden--attention seeking, inappropriate use of flatus**<br>Poor impulse control, kicked walls<br>See CE, DD12548 |
| 3/8/97 | - | **Branden gets into physical scuffle with male peers**<br>Branden later spoke with his advocate who reported Branden's<br>Acting-out was related to his parents "discounting" his need to deal<br>With past physical abuse.<br>See CE, DD12546 |
| 3/9/97 | - | **BB spit on peer during an altercation, denied doing it**<br>See CE, DD 12985 |

66335

| | | |
|---|---|---|
| 3/13/97 | - | **Charlotte refuses to come to therapy, denies having seen the abuse And wants no part of it.**  Family session was cancelled anyway due to flooding Of parents' home See CE, DD13503 |
| 3/15/97 | - | During family session on this date, BB and his parents discussed his sexual abuse; unclear what was said See CE, DD 12971 |
| 3/18/97 | - | **Brandon discussed anger he felt against his sexual perpetrator.** See CE, DD12961 |
| 3/19/97 | - | **Brandon in seclusion for defiance, profanity, pushing limits** BB also **made suicidal attempt/gesture**--tied shirt around his own neck and Head which then had to be cut off by staff, after which he was taken to time-out Where he continued to bang his head on the floor and threaten self-harm BB was eventually taken to restraint area. Mom called and sent her love to BB, BB was putting led pencil in his ear See CE, DD12225, 12953, 12955 |
| 3/20/97 | - | **Brandon was self-critical for getting in trouble day before.** See CE, DD12389 |
| 3/21/97 | - | **Brandon showed ineffective individual coping** See CE, DD12387 <br><br> **Jimmie seen for right shoulder bursitis and elevated hypertension** See Trover, DD 08043 |
| 3/22/97 | - | **Brandon showed poor impulse control and was argumentative** See CE, DD12385 |
| 3/23/97 | - | **Brandon was hording candy for self** See CE, DD12383 |
| 3/24/97 | - | **Brandon was in an excellent mood after 1 on 1 with therapist** |

66336

See CE, DD12379

| 3/25/97 | - | **Brandon got in time out, tore pictures off wall**<br>See CE, DD12377 |

| 3/26/97 | - | **Branden took food from another patient's plate.**<br>See CE, DD12369 |

| 3/27/97 | - | **Branden attempted asphyxiation with shirt.**<br>Also during past 7 days BB admitted a co-patient reminds him of the sexual perp.<br>BB began working on feelings of abandonment re: sister<br>Not wanting to discuss molester, and she also denied that their mom does drugs.<br>BB said he was worried about getting back in to drugs if released back to his home.<br>Got into physical altercation with a peer<br>See CE, DD13505; 13542, 12371 |

| 3/29/97 | - | **Branden has swollen hand from hitting wall**<br>See CE, DD12390 |

| 3/31/97 | - | **Kathy called concerning Branden's SSI check.**<br>Branden had outburst this day--tore up Bible, threw cologne,<br>Wrecked his room and cursed staff, Branden was talking about suicide<br>So his shoes were removed; Branden said he just wanted to "fit in"<br>See CE, DD12394-12396 |

| 4/1/97 | - | **Branden in seclusion for throwing chair down hallway**<br>**After being given a timeout for cussing**<br>Branden discussed how isolated he felt, and asked for help<br>**Later incident--Branden tied waistband around his neck--went off**<br>Ripped his shorts off, hit and kicked door and window.<br>Branden was taken to the time out room, and his room was searched<br>See CE, DD12226, 12227, 12398, 12401, 12403 |

| 4/3/97 | - | **Branden was both defiant and apathetic**<br>Found eating jelly beans he had hidden in pant leg<br>See CE, DD12407 |

66337

| Date | | Entry |
|---|---|---|
| 4/8/97 | - | **Branden has 1st dentist appointment in 6 years**<br>Kathy called concerning the cost, when she found out how much she<br>Cancelled the appointment (rescheduled for 4/14/97)<br>See CE, DD12420-12422 |
| 4/9/97 | - | **Kathy worried about BB--impulse problems**<br>Like her in this way; she is doing well<br>She declined therapy<br>Rx: Prolixin<br>See Pennyroyal, DD13712 |
| 4/10/97 | - | **Branden doing some school work, attitude is better**<br>See CE, DD13506 |
| 4/14/97 | - | **A consultation report is made re: Branden by Michael Eatmon**<br>Branden had little success in altering negative behavior, conflicts<br>Would quickly escalate to either verbal or physical aggression<br>described as a "power based" individual using threats to ward off things<br>He does not want, described as seeing self as "victim" rather than<br>"perpetrator" "in touch with real life situations" (huh?) Branden<br>does not want therapy. Recommendation was to send him home<br>and place him on probation.<br>Branden had a good visit with his family<br>Branden later discussed flashbacks to his sexual abuse<br>After hearing another patient discuss similar abuse<br>See CE, DD12257, 13602, 12444; RAYDC/DJJ DD11706-11707 |
| 4/15/97 | - | **Branden discussed being happy over new shoes,** went on<br>Home visit for dental appointment<br>Branden admitted name of patient is same as name of<br>A second molestor in his childhood, and he did not realize<br>That he had been acting out towards others because of this<br>See CE, DD12446-12448 |
| Spring/summer 1997 | - | **Branden received straight "F" s in school for spring** |

66338

2nd semester spring got Ds and Fs, and summer 1st semester
Received 3 Fs, 1 B, 1 C, and 1D.
School notes indicate inconsistent progress, with a lot of behavior
Trouble and/or redirection--lots of staring around, burping, passing gas inappropriately
And other distracting and attention-seeking behavior.
See CE, DD12259- 12317

| 4/16/97 | - | **Branden admitted wanting to hurt himself and** |

**having the means to do so in his room.**
Also admitted to "lipping" his medication, which was found in the
Time-out room
See CE, DD13433, 12450

| 4/17/97 | - | **Branden was placed in restraints after refusing to go to school** |

Was defiant, resistant, etc.
Branden reported he could get erect but could not ejaculate, and was
Not having wet dreams, Luvox was d/c'd as possible source of problem

Branden reported asking a neighbor child to perform oral sex
On him, which the child refused to do, and then ran home and
Told his mother. Branden denied it to the mother, but now feels bad
That he did so.

Kathy was consulted about Branden's sexual abuse problems
Which she blew off, and said he should be focusing on "education"
See CE, DD12228, 12452, 12455

| 4/19/97 | - | **Kathy canceled family meeting due to "truck" problems** |

Branden was very upset and agitated; later that pm he "blew up"
Was disruptive, loud and arguing, more aggressive
Hit walls with fist, tried to choke self with a shoelace, passed out
An abrasion was seen around his neck.
See CE, DD12461, 12463, 12465

| 4/20/97 | - | **Branden's parents refused to see him until his behavior improved.** |

See CE, DD12467

66339

| | | |
|---|---|---|
| 4/22/97 | - | **Branden was sent to time-out, where he began kicking walls.**<br>See CE, DD 12544 |
| 4/23/97 | - | **Kathy Basham treated for**<br>**Difficulty breathing.** Takes Prolixin<br>Rx: Proventil Inhaler.<br>*See* Trover Clinic records, DD, pg. 01094 |
| 4/24/97 | - | **Branden has difficult week,** lots of aggression, seclusion,<br>Placed in physical holds, self-mutilating behavior<br>Mom cancelled family session due to car problems.<br>See CE, DD13508-13509 |
| 4/25/97 | - | **Branden has flat affect, but did better with behavior this day.**<br>See CE, DD12534 |
| 4/27/97 | - | **Branden called staff "retarded" and used profanity ("FU")**<br>Got in trouble, made to write sentences<br>See CE, DD12530 |
| 5/1/97 | - | **Branden's behavior shows dramatic improvement**<br>Notes indicate Branden has only been redirected 7 times in past two<br>Days, whereas it used to be 7 times an hour<br>See CE, DD12522 |
| 5/3/97 | - | **Branden became upset when discussing education issues with mom**<br>During family session, session ended on positive note.<br>See CE, DD12518 |
| 5/4/97 | - | **Branden in trouble for spitting, throwing water on peer**<br>Sent to time-out room, processed well, then apologized.<br>Branden's mood is noted to be wildly variable--up and down, cooperative<br>Then defiant, irritable then cheerful<br>See CE, DD12514, 12515 |

66340

| | | |
|---|---|---|
| 5/5/97 | - | **Branden's chemical dependency assessment form indicates following:**<br>History started at age 9 huffing, smoking pot, moved on to crack and crank<br>Admits to shooting drugs, withdrawal symptoms include shaking, black-outs,<br>Hallucinations while using, paranoia from cocaine and pot<br>See CE, 13634-13635 |
| 5/9/97 | - | **Branden was excited about a "dance"**<br>Where he participated well<br>See CE, DD12495 |
| 5/11/97 | - | **Branden is defiant, noncompliant, etc.**<br>See CE, DD12492 |
| 5/12/97 | - | **Branden has swollen, but unfractured, right hand**<br>See CE, DD12250<br><br>**Branden's molester is a man named Eddie Cowan.**<br>Branden felt intimidated about the possibility of retaliation<br>By Cowan or his friends, also concerned for Eddie's son and others<br>Who could be harmed by Eddie.<br>Branden opened up to the group about sex abuse issues,<br>concerns, said he may not really want to go home because<br>He does not feel totally safe, although he loves his parents, he<br>Thinks neighborhood kids will hurt him and nobody will be there<br>To protect him.<br>See CE, DD12483, 12487 |
| 5/13/97 | - | **Branden gives taped interview re:**<br>**molestation by Eddie Cowan**<br>He spoke with Mary Lyn Clark from Family Services<br>and Det. Tim Davis (502) 821-1720,<br>Branden said he did not want anyone else to be hurt by the man<br>See CE, DD12486<br><br>**Details of interview:** incident occurred 7/4/96, across street<br>From BB's home; BB had spent night out, after lying to parents about |

JA 6821

Spending night with friends; 3 a.m. too late to go home
So he went to Eddie and Ruth's to sleep on the couch
Cowan woke BB up by touching his private parts
Cowan asked BB if he felt good, BB said no get away
Ruth was in the other room, and told Cowan to stop doing "that"
BB thought Eddie had done this before, but he did not know for sure
Felt like a "low" person after it happened; BB was not sure what he wanted
To happen to Cowan, was worried about Cowan' son, wants Eddie to get
help or punished; was willing to talk with County Attorney, he and Cowan were drunk
BB was wearing leather pants and vest without a shirt at the time; could not recall whether
Eddie succeeded in putting his fingers in BB"s anus
See Twist, DD14035

| 5/15/97 | - | **Branden has another difficult week--mom unable to say anything positive** |

**About him, when asked,** many headaches, was discovered sleeping totally nude one evening
CPS was investigating "Eddie" the neighbor BB said molested him;
**Kathy was "intimidating" BB not to prosecute** his abuser
Staffing team said contact with Kathy would be limited
if she continued to discourage BB from
filing charges, specifically Kathy told Branden he did not need to be
"the hero" so we "don't lose our house when this guy gets out and hurts
Us or burns it down" Branden was very upset, and said "My mom
cares for the neighbor and herself than my safety"
See CE, DD13510-13511; 13545, 12477, 12482

**Kathy and Jimmie were interviewed by police re: Cowan incident**
Kathy was agitated and outspoken, upset about the whole thing, did not want
To pursue criminal charges
See Twist, DD14036

| 5/17/97 | - | **Branden has chronic daily headaches** |

See CE, DD13440

| 5/18/97 | - | **Branden is volatile, pushing limits. Was restrained** |

Sent to time out, candy found under his mattress
Asked peer to "help" him during restraint

JA 6822

Tried to take game, batteries, and candy in his room, put game down his
Pants when staff asked to see it, eventually handed it over
See CE, DD12922, 12923

| | | |
|---|---|---|
| 5/19/97 | - | **Kathy upset with Brandon for reporting sexual abuse**<br>BB acted out after learning of Mom's disapproval and of her split up with Jimmie<br>BB said he likes to wrestle with staff and it is "fun"<br>BB also said his parents told him they would spend more time with him<br>After his release, and do things like fishing, etc.<br>BB said his Dad drinks "just a little"<br>See, DD 13926 |
| 5/20/97 | - | **Brandon trying to do better, wants to move up to new level**<br>See CE, DD 15928-15929 |
| 5/23/97 | - | **Brandon has flat affect.**<br>See CE, DD12932 |
| 5/25/97 | - | **Brandon ties self to his bed during unit lockdown**<br>BB broke his bed and hid things under it; all his belongings were<br>Taken due to this 2nd destruction of property<br>See CE, DD12938 |
| 5/26/97 | - | **Brandon in trouble for threatening staff** with his fists<br>See CE 13442 |
| 5/27/97 | - | **Brandon's problem list is as follows: aggression, depression, substance abuse and "impaired family"**<br>Among the family problems noted was the fact that Branden's<br>Parents were unable to come up with one positive attribute for him<br>This makes BB feel hopeless, states "I don't care"<br>Says suicidailty and aggression due to in ability to handle emotions<br>He has anger related to depression, his family is not involved in<br>Treatment, and there is a hx of family drug abuse<br><br>**BB's sex abuse case was "dropped by mother's request"** |

JA 6823

BB later acknowledged pushing away staff who cared because
It was hard for him to accept he was worth caring for.
He became tearful and anxious while discussing this.
See CE, DD13482-13496, 12940, 12941

| 5/28/97 | - | **BB hostile toward staff, clenched fists.**<br>See CE, DD 12943 |
| 5/29/97 | - | **Brandon's parents unable to say one positive thing about him**<br>**Kathy told CPS investigator not to prosecute because the molester was**<br>**The next-door neighbor.**<br>BB in trouble for removing braces from a wall (?)<br>See CE, DD13546, 12944 |
| 5/30/97 | - | **Brandon destroyed his sweats then complained about it.**<br>He was made to wear them for the day.<br>See CE, DD 12946 |
| 5/31/97 | - | **BB's parents informed him during a family session that they may have**<br>**Sold some of his things in a yard sale.** They told him he could have new things<br>When he got out; BB was crying and said he wanted to go home and<br>Have a normal life.<br>See CE, DD12949 |
| 6/1/97 | - | **Brandon having emotional problems**<br>Says he is "going to go off," clenching fists<br>Told would be taken off unit if he did<br>Brandon began commiserating with another patient<br>About confrontation with staff<br>See CE, DD12986 |
| 6/2/97 | - | **Brandon continues to be aggressive toward staff**<br>Handed over a plastic bag to staff, says got it with his things I<br>a.m. He was checked every 15 minutes, acting sneaky with<br>A cereal box (?); refused to go to group, claimed not feeling |

66344

**JA 6824**

well, then asked to go outside
no suic/homic. Ideations, attended gym and drug education
Later in day did well, attended group, cooperative, compliant
"happy" took responsibility for behavior, redirected during
Aerobics class for arguing, worked harder than usual
See CE, DD12988-12991
Brandon is "sneaky" at times
See CE, DD12858

| 6/3/97 | - | **Report on sex abuse of BB assigned to Mary Clark and Det. Davis.**<br>Madisonville police handled investigation<br><br>**Kathy was contacted by Mark Clark re: Cowan**<br>Both Kathy and Jimmy said they wanted BB to get on with his life<br>Not live in the past, Kathy acknowledge receiving a phone call from BB<br>And said may not have handled it right, flew off handle,<br>Clark explained to Kathy that she had sabotaged his progress at Charter,<br>Kathy said she was sorry, and would call BB; no legal action was taken<br>At the request of Kathy and Jimmie Basham<br>See Twist Records, DD14035; Twist, DD14036 |
| --- | --- | --- |
| 6/4/97 | - | **Brandon—high energy, poor attention**, insults others<br>Attention seeking, using foul language, agitated in gym,<br>Restive in aerobics, encouraged to work out frustration,<br>Played basketball with a peer; in trouble for playing with food<br>Had to eat dinner in his room<br>**Brandon is agitated, threatening, physically aggressive and hyper.**<br>Agitated, threatening, physically aggressive, hyper<br>See CE, DD12854<br>See CE, DD12995-12997 |
| 6/5/97 | - | **Brandon drew self as a "bleeding heart"** stating he was in<br>love, and needed to be on the other side to be with true love<br>Was angry with Dad, wrote "73669" which spells "Penny"<br>On the telephone; compliant in am, restless in relaxation<br>therapy—played with shoestrings; had some romantic |

66345

notations on art work and on his folder
See CE, DD13019-13021

| | | |
|---|---|---|
| 6/6/97 | - | **Brandon did not attend 2 group sessions today**, was angry After returning from one group on room restriction, worked On anger management assignment at night, note on his door "don't antagonize me;" sent to room from school for "misbehavior;" did not want to go to group, went to lie down Took his shirt off, flexed chest muscles and said come get me Was red-faced, cooperated with staff gong to time-out, but cussing, yelling, name calling, refused his vistaril, kicked Processed poorly, blamed others, destroyed property, rude, Threatening behavior toward staff See CE, DD13016-13018 |
| 6/7/97 | - | **Brandon was appropriate, with excellent participation In basketball.** Labile mood, commented he was "going to kill" another peer, the peer had a plastic bone which had been on Brandon's wallet which went missing, wallet was searched for BB had lunch with family, and was asking for candy sack they brought ; appropriate during group, though monopolized And distracted others toward end of group See CE, DD13006; 13009-13010 |
| 6/8/97 | - | **Brandon was argumentative, needed many redirections** Generally cooperative, but defiant at times Discussed what he wanted his family to be like; Built a teepee like barricade in his room, was advised had to take down, proceeded to argue about it

See CE, DD13002-13004; 13008 |
| 6/9/97 | - | **Brandon gets into fist fight when peer makes fun of his sex abuse**--had to be separated, minimized his role; Brandon later Hit the wall instead of hitting the peer, taken for x-ray Attempted to intervene b/t patient and staff person, sent to |

JA 6826

timeout--was non-compliant, did not accept responsibility
Kicked staff on way to restriction,
asked peer to "come get this mother fuckin staff"
See CE, DD12998-13000, 13023
**Brandon placed in seclusion--disruptive, kicking and hitting**
Negative, defiant, pushing limits
See CE, DD12216, 12844

| | | |
|---|---|---|
| 6/10/97 | - | **Brandon was forcibly held, kicking, crying, screaming**<br>incident arose after being noncompliant with room restriction<br>**Brandon aggressive, noncompliant with restriction**<br>Required 5 minute physical hold on floor, contusion on eye<br>Agitated, yelling, crying during hold; splint put on finger,<br>swollen, edematous, fractured (from 6/9)<br>Told to stay out of bed so could sleep at night,<br>Appropriate in group self-expression<br>See CE, DD13022; 13024-13027<br>See CE, DD12218 |
| 6/11/97 | - | **Brandon was rambling, but coherent, agitated, labile**<br>**Brandon asked to leave group--disruptive**<br>Brandon returned from MD appointment with a cast<br>New caseworker did not view home as a good placement<br>Attention-seeking<br>See CE, DD13029, 13031<br>See CE, DD12840 |
| 6/12/97 | - | **Brandon injures right hand**<br>Was seen at ER<br>**alternatives to returning BB are seriously considered:**<br>BB was "very depressed" blunted affect<br>Last family session Jimmie did not speak to BB.<br>**Brandon not wearing bandage, left eye still swollen**<br>Interrupting during group, was compliant, did not attend<br>Group due to restriction, later group session was asked to leave for<br>laughing and disruption, much input in anger mgmt. Class |

66347

Room restriction extended for another day due to disrespect,
See CE, DD13030, 13032, 13034-13036, 13039

| 6/13/97 | - | **Brandon had to be directed to put his hand brace/wrap on**<br>Time-out in school, pushing limits, oppositional, defiant,<br>Referred to bandage as his "new toy"<br>See CE, DD13038<br>See CE DD13446; 13515-13517; 13547, 12836 |
| 6/14/97 | - | **Brandon tries to trade his old shoes for another pt's new**<br>**ones**--redirection, repeated the behavior again<br>Making peers upset; incident involving throwing water cup<br>and yelling; agreed to take his Vistaril 50 mg.<br>See CE, DD13040, 13043 |
| 6/15/97 | - | **Brandon loses one phone call due to marking on**<br>**The phone call board.**<br>BB participated well in outdoor activities, was respectful<br>Appropriate; upon return BB said he hurt his hand again,<br>Group leader saw nothing that would have caused this<br>See CE, DD13044-13045 |
| 6/16/97 | - | **Brandon participated in program, interacting well**<br>Needed much redirection in anger management<br>Caseworker approved Mom to take on eye Dr. appointment<br>Later placed on bedrest and became argumentative<br>Left room making gagging noises, but not puking<br>See CE, DD13046-13047 |
| 6/17/97 | - | **Brandon is positive for phenylpropanolamine**<br>And THC metabolites were in "high" range<br>Branden needed glasses, was to collect in 6-8 weeks<br>Notes: impulsive, anxious, labile, defiant, pushing limits<br>**Brandon gets out on pass**<br>Pushing limits, anxious, upon return from pass<br>tried to hide candy in his underpants, gave urine sample |

66348

Pulled cuticle from right toe, caused bleeding
See CE, DD13048-13051
See CE, DD12247, 12248, 13604, 12826

| | | |
|---|---|---|
| 6/18/97 | - | **Brandon was impulsive with short attention span, but cooperative with treatment** |

**Brandon gets timeout for teasing**, not responding to
redirection; BB said he saw drugs yesterday during his pass
Said he does not want to go back to using drugs, explained
What happens when you use cocaine
See CE, DD13052
See CE, DD12824

| | | |
|---|---|---|
| 6/19/97 | - | **Brandon placed in a physical hold after threatening staff member with chair** |

This occurred during a room restriction Branden was serving for pushing
Another patient into a window, his affect was blunted
**BB defiant, oppositional, timeout during school**
Appropriate in group, talking out and disruptive in
classroom,
Sang loudly, disruptive, asked to leave
Did not attend later group due to sleeping, was "homesick"
Pushed peer's head into a window--24 hours timeout given
Came out of time out in a threatening manner, yelling, placed
in a physical hold, then calmed down and processed well
See CE, DD13054-13057
See CE, DD12220, 12822

| | | |
|---|---|---|
| 6/20/97 | - | **Branden has flat affect, is oppositional, pushing limits** |

**BB active but manipulative by being overly enthusiastic
in group.** Oppositional and pushing limits, flat affect,
compliant with redirections, defiant,
See CE 13059
See CE, DD12820

| | | |
|---|---|---|
| 6/21/97 | - | **BB began screaming, cussing crying about going to group** |

Labile mood, angers easily, argumentative and negative

66349

Defiant, sent in early from group , kept taking shirt off
Outside later refused to attend group
See CVS, DD13060-13062

| 6/22/97 | - | **BB redirected for aggressive, behavior, manipulation** and use of foul language, not compliant with redirection See CVS, DD13065 |

| 6/23/97 | - | **Branden is irritable, agitated, defiant, pushing limits** **BB non-compliant with meds, says prozac not helping** Agreed to keep taking it to see if it will work, Positive drug screen, denied smoking pot, said a man In McDonald's was smoking it, but he didn't have any See CE, DD13064, 13066-13067 See CE, DD12814 |

| 6/24/97 | - | **Branden is pushing limits, oppositional, defiant.** he was agitated and emotionally labile See CE, DD12812 **BB has insomnia, says prozac making him hyper** Having nightmares, BB thought related to the medication Irritable, pushing limits, oppositional, defiant, argumentative, Noncompliant with room restriction; SW notified of drug screen; prozac d/c'd, Paxil started; disruptive in group Did well watching documentary See CE, DD13069-13072 |

| 6/25/97 | - | **Branden was labile, irritable, agitated, oppositional, defiant** **BB defiant, oppositional, pushing limits, throwing spit** **balls in school,** not doing work, on restriction, loud, rude, Removed from school, BB's speech is "always pressured" Very high energy when with peers; BB refused to give up necklace--put it in his mouth; was promised it would be kept safe, then BB finally admitted having it and gave it up; On way to his bedroom BB threw cup of water at a peer Placed on 2 days restriction, BB laughed as though a joke |

66350

See CE, DD13073-13076
See CE, DD12810

| Date | | Notes |
|---|---|---|
| 6/26/97 | - | **Branden comes back with pos. screen for marijuana after a home visit** |
| | | With Kathy; placement in a foster home is possibility |
| | | Branden was agitated, oppositional, pushing limits, defiant |
| | | **BB pushing limits, oppositional, defiant, argumentative** |
| | | In both group and school settings |
| | | Itchy rash believed due to Paxil allergy, paxil dc'd |
| | | See CE, DD13077-13079 |
| | | See CE, DD13520-13521; 13549, 12808 |
| 6/27/97 | - | **Branden is agitated, pushing limits, labile, irritable** |
| | | **Brandon will not get Paxil or other SSRIs** |
| | | He is not doing a good job with problem solving |
| | | Defiant re: spending school time in time-out room |
| | | Demanding and manipulative, BB spoke with caseworker |
| | | Complained about staff, angry raised voice, then became |
| | | Tearful and went to his room crying |
| | | BB was sent out of group for disruptive behavior |
| | | See CE, DD13080-13082 |
| | | See CE, DD12806 |
| 6/28/97 | - | **Kathy Basham treated for Asthma.** |
| | | Rx: Proventil. |
| | | *See* Trover Clinic records, DD, 01094 |
| | - | **Brandon was on restriction, did not attend group** |
| | | Complained of headache, itching, compliant with restriction |
| | | See CE, DD13084 |
| 6/29/97 | - | **Brandon demonstrated excellent "teamwork" in gym** |
| | | Mother visited, brought new pair of shoes |
| | | See CE, DD13086 |
| | | **Branden is doing well, was participating in treatment this date.** |
| | | See CE, DD12802 |

66351

| | | |
|---|---|---|
| 6/30/97 | - | **Branden has swelling in his 3rd right hand finger**<br>blunted affect<br>**Brandon had x-ray of hand**, working on school in timeout<br>Was still somewhat manipulative, and pushing limits<br>Active participant in anger management group<br>BB admitted smoking dope while out on pass,<br>Said he felt both good and bad about fessing up<br>Says he smoked dope to change how he felt about self<br>Loud, defiant, negative, pushing limits in pm<br>See CE, DD13087-13088<br>See CE, DD12252 |
| 7/1/97 | - | **Brandon pushes limits, sneaky, defiant, loud**<br>Argumentative, no sense of responsibility,<br>In trouble for grabbing food tray from nurses station<br>Noncompliant with timeout<br>Very "somatic" today, rope marks on his arm--says came<br>from Gym the night before; slept through school time, did not<br>attend Group; defiant, argumentative, noncompliant, negative<br>See CE, DD13089-13091 |
| 7/2/97 | - | **Branden is grandiose, expects special privileges**<br>Agitated, somatic, oppositional, pushing limits,<br>Isolative, seclusive, apathetic depressed, anxious,<br>Defiant, negative.<br>**Brandon discussed his home, unpredictability, abuse**<br>Agitated, verbally aggressive, called staff names, cursed<br>When could not get his hair gel, refused to see caseworker<br>Then later agreed, was very agitated, blows up quickly,<br>Ms. Swindle and Ms. Durham discussed his progress; BB<br>Became agitated in group, then returned to discussion;<br>Mouthy and loud with peers when doesn't get his way,<br>Was fairly cooperative in p.m.<br>See CE, DD13094-13095<br>See CE, DD12798 |

66352

| | | |
|---|---|---|
| 7/3/97 | - | **Brandon was compliant calm in am, then got louder**<br>Required redirection, was redirected 6 times in group, then<br>Made to leave for attention-seeking behavior<br>Took quarter away from another peer, teasing him, was<br>Agitating peer, said he was just playing, told to watch it<br>Required redirection in group for distracting peers;<br>Loud and intrusive during group, disruptive during dictionary<br>Game, argued and conflicts with others<br>See CE, DD13096-13098 |
| 7/4/97 | - | **Brandon was itching, given benadryl, BB did not think**<br>Marijuana was that harmful, redirected, physically aggressive<br>with peer; Brandon denied aggression ,<br>See CE, DD13099-13101 |
| 7/5/97 | - | **Brandon's affect was blunted, bland mood**<br>Fairly compliant, some limit pushing,<br>Later disruptive, oppositional defiant, pestering peers<br>Claimed peer bit him, not sure whether it happened<br>Given room restriction for noncompliance<br>Tearful but complied<br>See CE, DD13102-13104 |
| 7/6/97 | - | **Brandon excited about family visit**<br>Difficulty completing tasks in group<br>Patient bit his finger, blood coming out, both<br>Brandon and the peer were disciplined<br>Compliant with room restriction<br>See CE, DD13108-13109 |
| 7/7/97 | - | **Brandon** pushing limits, questioning,<br>Argumentative, threw chalk at brick wall<br>Cooperative but made excuses for behavior<br>See CE, DD13125 |
| 7/8/97 | - | **Brandon** needed much redirection, had contraband |

66353