No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

## JOINT APPENDIX AND INDEX
## VOLUME 23
## PART I

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for*
*Defendant-Appellant Basham*

# Jack Swerling Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Jimmie and Kathy Basham | 7/15/2003 | Parents | "I went by and saw Jimmy and Kathy Basham and spent some time with them." | 7651 |
| Dr. Lana Houston | 7/16/2003 | Pennroyal Mental Health | BB antisocial but engaging. | 8011 |
| Clifford Jay | 7/16/2003 | Teacher's Aid at James Madison | Complained about lack of money to help BB. BB once came up to him w/ a knife and knocked him down, yelling out a racial slur. BB is all talk, no action, and would have defended anyone. Has anger problems. | 41529 |
| Dr. Hasnaim Sadiq | 7/16/2003 | Pennroyal Mental Health | Feels BB has antisocial personality disorder, narcissistic in nature. No psychosis, not necessarily bipolar. "The doctor had said he was a psychopath, which is actually now according to the doctor an antisocial diagnosis." | 8285 |
| Dr. Seuss | 7/16/2003 | Trover Clinic | BB is a follower. Dx: schizoaffective, psychotic, mood elevation, attention difficulties, antisocial. Said "I can get away with it because I'm mentally ill." | 8365; 8698 |
| Dian H. Blair | 9/30/2003 | On duty during escape from Hopkins Co. Jail. | Had his address, located residence, but nobody was home. | 7681 |
| James Hawkins | 9/30/2003 | Victim | Attempted to interview. Not home. | 7986 |
| Major Chris Schaffer | 9/30/2003 | Hopkins Co. Jail | BB a follower, but not violent - mouthy and pushy like a child. BB probably had ADD issues. No book sense, but "200% common sense." Not "smart," but able to do things like take toilet paper tubes and make speakers for his radio. Doesn't know much about Fulks. Doesn't see BB as a cold-blooded killer, but is capable of crime. Knows right from wrong. Generally not violent. Called in on the search for Fulks and BB. | 8289-8292 |
| Bill Jenkins | 11/6/2003 | Logan County Jailer | BB listed as an escape risk when he first arrivved. BB cried a lot and was a follower. Doesn't believe BB could have planned the escape and travel over several states. Doesn't know Fulks. | 8027-8028 |
| Detective Scott Smith | 11/11/2003 | Kentucky State Police | One of the main investigators in receiving stolen prop charge and criminal sexual conduct charge against Fulks. Also worked escape case and Hawkins abduction. Not aware of anything that might help BB. | 8339 |
| Det. Brad Stevenson | 11/19/2003 | Kentucky State Police | Involved in Hawkins case. No independent recollection. Will talk when he has the report. | 8355 |
| Veronica Evans | 11/25/2003 | Fulks' ex-wife | Interviewed her, memo to follow. | 8441 |

GOVERNMENT EXHIBIT 175

PENGAD 800-631-6989

JA 6974 Swerling

# Jack Swerling Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Dr. Tora Brawley | 1/5/2004 | Psychiatrist | Sent a list of all tests administered to BB 5/20/2003. | 8509 |
| Tina Severance | 1/18/2004 | With Fulks and BB on crime spree | Fulks and BB "both in charge." Fulks smarter than BB. BB in charge of guns and checkbook stolen from a car, Fulks in charge of everything else. BB stole a necklace in MI, added a heart-shaped ring after W.Va. | 8307-8311 |
| Gary Collias | 2/25/2004 | Basham's WV attorney | Relayed to Jack that Greg Cook told him that Lisa Nickson said that McGuffin claimed to have been present when Fulks and Basham killed Samantha Burns | 32183 |
| Andrea Roddy | 3/16/2004 | Was with BB and Fulks on part of crime spree | "Branden [sic] was too stupid to think of anything." BB always paranoid, now she realizes that's probably b/c of the alleged murders. BB clearly the follower, Fulks clearly the leader. BB typically had a gun, freaked out when he didn't. Never saw him pull the gun or point at anyone aggressively, but he did take it out when he thought the police were coming to their hotel room in MI. Fulks was the leader of the spree. Believed BB was aggressive/violent, but not Fulks. Apparently saw a ring after W.Va and BB told her he stole it from a car. | 8253-8256 |
| Brandon Basham (conducted by Dr. Capehart) | 7/19/2004 | Defendant | Talked about Rivendell and about Jeremy Barber's attempted suicide in Hopkins Co. Jail. Likes Narcotics Anonymous. Capehart said Brandon can focus on things when he wants to do so. | 7642; repeated at 7785 |
| Brandon Basham (conducted by Dr. Capehart; two residents from Duke U sat in) | 7/21/2004 | Defendant | Talked about Methodist Home, thought it was okay except the school work. Claimed he acted out, was defiant to get attention. Had anxiety attacks. Got aggressive. Talked about Stoner Creek where alleged sexual abuse happened, said he didn't fit in. Back to Methodist - more sexual abuse. Had thoughts he was gay, being aggressive/verbal makes him feel more manly. Talked about his preferences in women. "He could not kill animals, could not hurt. He would cry because they're so pretty." | 7643-7644; repeated at 7787-7788 |
| James King | 7/23/2004 | | No trouble w/ BB, no threats. No real info. | 8064 |
| Roger and Wanda Tapp | 7/24/2004 | Know BB | BB would stay at their house occasionally when younger. Wish they had taken him in. BB should be put in a mental health facility. BB always showed them respect. | 8716-8718 |

**JA 6975** Swerling

# Jack Swerling Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Marvin & Peggy Phillips | 7/25/2004 (email sent) | Marvin - Retired from HCDC, part-time Chaplin there now; Peggy - Retired from HCDC, was dietician | Basham worked for Peggy in kitchen at one time. Described him as disturbed, mischievious, child-like, very low IQ, good nautred. Marvin stated "he has dealt with a lot of mean people in jail, … BB was not a mean person." Might be subpoenaed | 7617 |
| Jeremy Barber | 7/25/2004 (email sent) | in jail w/ BB at old HCDC jail | Said Brandon saved his life when he attempted to hang himself. Heard him gasping for breath and woke up, held him up to keep pressure off of neck until a guard arrived. Might be subpoenaed. | 7617 |
| Dr. Donna Schwartz-Watts | 7/26/2004 | Psychiatrist | Received/evaluated info provided and is confident previous DX correct. Added dx: history of substance abuse of crack cocaine, marijuana, inhalants. | 8418 |
| Danny Stringfield/Dan Springfield | 7/27/2004 | Cardinal | BB immature, needy, attention-seeking, but also respectful. Zero self-control. Believes BB has genetic predisposition for mental illness. | 8360-8362 |
| Dr. Aug | 7/28/2004 | UK Dept. of Psychiatry | Believes Brandon was a follower and shouldn't get the death penalty. Hard for Brandon to make choices, especially b/c of the drugs. | 7613-7614; 8461-8462 |
| Tommy Basham and Sumner | 7/28/2004 | Cousin | Hasn't seen BB in a while. BB not very bright. | 8499 |
| Dr. Cheryl Rivard | 7/28/2004 | Methodist Home | Can only dx ADHD if someone is substance-free b/c symptoms are similar. Abnormal EEG in 1991 significant even if unique b/c it may indicate serious injury to brain; also related to impulsive and aggressive tendencies. Huffing destroys cognitive function. Lower verbal end performance is an indication of a learning disorder. When she treated BB, she saw mostly conduct disorder problems, maybe intermittent explsoive disorder. He was a follower - people w/ ADHD can't plan long-term. Has the potential to be dangerous. | 8252 |
| Lisa Claire | 7/29/2004 | KY Public Defender | Not likely BB could come up with ideas on his own. Couldn't focus on anything, easily distracted. Had thought disorder and hyper focus. Has ADHD, is emotionally needy. | 8540 |
| Susan Davenport | 7/29/2004 | Cardinal | BB had a bubbly personality, friendly, angry at times. Never aggressive towards her. Definitely a follower. Emotionally disturbed. | 8539 |

JA 6976 Swerling

# Jack Swerling Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Leon Farley | 7/29/2004 | Superintendent of Rice Audobon | Gave a general description of how RA facility worked. Thinks BB had ADHD and anger control problems. BB emotion, easily upset. Always denied everything - someone else's fault. BB was a follower. As far as planning, BB wouldn't know what do do with a car after stealing it. | 7922 |
| Brenda Shaner | 7/30/2004 | Methodist Home | Not safe for BB or others to let him out of prison. Not sure if he's mentally retarded or mentally ill. Easily manipulated. Problems with authority. | 8235-8236 |
| Dr. Edward Walker | 7/30/2004 | | BB's planning ability short. BB ADHD - impulsive, hyperactive, distracted. Speaks before he thinks. Can will away 15-20% of his impulses. | 8409 |
| Diane Blair | 8/5/2004 | On duty during escape from Hopkins Co. Jail. | GH/PT also present. Described Fulks as being evil, devious, could control his eyes. Brandon doesn't know where "that woman" is. Lighthearted, humorous, tenderhearted, respectful, child-like. Not capable of planning, very simple. | 7682 |
| Michael Eatmon | 8/5/2004 | Contract social worker for Charter. | Explained that "power based" is a defense mechanism for the problems BB was having - comes from being abused (Ex: If someone told him no, he'd fight them). BB couldn't see himself as wrong. BB needs a mentor and structure in his life. Not surprised BB got involved w/ Fulks. BB couldn't plan a breakout. Brandon bonds to abusers, not a sociopath. Said BB not a malingerer. | 7897-7898 |
| Michael Eatmon | 8/5/2004 | Contract social worker for Charter. | BB couldn't see himself as wrong. BB seemed oppositional and defiant. Doesn't think BB is a sociopath. BB wouldn't have done this on his own - more likely he's an abused person who's bonding to an abuser (Fulks). | 8555-8556 |
| Clifford Jay | 8/5/2004 | Teacher's aide at James Madison | BB ADHD and hyperactive. Believed BB suffered from Fetal Alcohol Syndrome. Protected those who were less fortunate. Familiar w/ BB's head injury. Angry against women. | 8597; 41544 |
| Roger and Wanda Tapp | 8/5/2004 | Know BB | "My notes from the interview are on the memo of their prior interview." | 8715 |

# Jack Swerling Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Penny Titzer | 8/5/2004 | Charter of Evansville | BB functioned below age 9. BB's teacher would intentionally trigger responses from him. She lost custody of her own children. She had a loto f interaction w/ BB. Kathy didn't visit BB much. BB didn't want to go home. BB would sabotage his development b/c he didn't want to leave. He got very upset when she told him she was leaving Charter. Kathy asked her to adopt him, but she said no. She wasn't afraid of BB, was afraid of Fulks. BB couldn't follow a map. | 8726-8728 |
| Dr. Seuss | 8/6/2004 | Trover Clinic - Psychiatrist | No consistency in care/dx of BB. Dx BB as ADHD, anti-social. Said early treatment of BB's ADHD could've prevented a lot of conduct. | GH1283 |
| Lisa Ann Potts | 8/9/2004 | Cardinal | She conducted a psych assessment on BB at Cardinal. BB had anger problems. He needed treatment b/c he used people and women. If she thought he was antisocial, she would not have recommended he stay at Cardinal. He was just manipulative. | 8230-8231 |
| Esther Chambers | 8/10/2004 | Pennroyal Mental Health | BB personable, respectful, nevera cted out. Never aggressive. | 8531 |
| Dr. Lunceford | 8/10/2004 | Western State Hospital - psychiatrist | No independent recollection of BB. Hanging incident - suspicion of manipulativeness. No psychotic symptoms. Dx changed to abuse, then psychosis NOS. Nothing worth bringing him to court for. | 8626 |
| Dr. Seuss | 8/10/2004 | psychiatrist | Thinks one of BB's problems is multiple placements, no continuity. KY just didn't work for BB, he fell through the cracks. Should have step-down facilities. Brain impairment impairs the ability to do the right thing. ""Branden could not get past the front door if he was huffing." | 8697 |
| Deputy Paul Arison | 8/11/2004 | HCDC | BB tried hard on GED exam. Didn't have a long attention span. Notes on PT's memo 8586. | 8459; 8586 |
| Beverly and Tommy Basham - Notes | 8/11/2004 | BB's aunt and uncle | Basically just background on Basham family, bashing Kathy most of the time. Kathy wouldn't give BB his meds. | 8494-8498 |
| Dr. Bruce Capehart w/ Brandon Basham | 8/11/2004 | Psychiatrist and Defendant | BB abused at Methodist Home. Talked about mental health, voices, anxiety, hallucinations. | 8523 |

JA 6978 Swerling

# Jack Swerling Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Major Chris Schaffer | 8/11/2004 | Hopkins Co. Jail | BB acted out, wanted attention. Doesn't believe BB would have initiated escape b/c he was almost out. Not ordinarily violent, but had a lot of anger. Was compassionate. Fulks was more cunning, of average intelligence, whereas BB was not. BB was impressionable. Planning escape beyond his ability. BB is like a can. | 8703 |
| Brandon Basham (conducted by Dr. Capehart) | 8/15/2004 | Defendant | Claimed he did the best he could at Charter of Evansville, thought he had the most success there. Likes one-on-one therapy as opposed to group. Talked about sexual abuse in his past. Talked about his friend who committed suicide, saw him hanging. Twins who were killed after they fell asleep on RR tracks. Talked about jail in Hopkins and how he wasn't getting the proper meds. | 7641; repeated at 7786 |
| Marie Purcell | 8/15/2004 | Columbia Care | Didn't have a lot to say. NO clear recollection of his characteristics. Doesn't remember if he was malingering or had mental illness. | 8235 |
| Clifford Jay (James) | 8/16/2004 | Certified Instructional Aid to Monte Mefford | BB had ADHD and possible Fetal Alcohol Syndrome. BB was a protector. **"Defendant told him when he called on the phone from jail that 'we killed her.'"** | 8025 |
| Patricia Blake | 8/17/2004 | Brandon's aunt | Describes Kathy as a mess, a real nut who does drugs. Apparently Kathy screamed with the kids all the time and left Jimmie with the kids. Didn't really nuture kids. Never saw Kathy give kids drugs, but let them do whatever they wanted. | 7697 |
| Tommy Blake and Becky Jarvis | 8/17/2004 | Brandon's maternal aunt and uncle | Both are estranged from Blake family. Tommy thinks Brandon's a nut - no intellectual capacity, very low intelligence. Never had guidance re: right/wrong. Brandon started doing drugs around 9 or 10 b/c of mother's influence. Had to literally force him to take his meds. Kathy didn't know how to show Brandon she loved him. Brandon incapable of planning, probably had mental problems since birth. Tommy agreed to come to trial if someone went and got him. | 7702-7704 |
| Jewel Dickerson | 8/17/2004 | In jail w/ BB | Stated BB needed attention, wasn't smart. BB "like a dog, if there was a reward he would do it." "Defendant would not have left. Defendant not capable of planning an escape, not smart enough." Claimed BB needed mental treatment, not jail time | 7849 |

JA 6979 Swerling

## Jack Swerling Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Adeline Gordon | 8/17/2004 | BB's prior babysitter | Hasn't heard from BB in over 19 years. | 7951 |
| Dr. Lana Houston | 8/17/2004 | Pennroyal Mental Health | Didn't work much w/ BB. He was a follower, impulsive. Described him as a sociopath - no conscience. | 8009 |
| Dr. Hasnaim Sadiq | 8/17/2004 | Pennroyal Mental Health | Believes BB has ADHD/poly-substance dependent (Axis 1); antisocial (Axis 2). BB narcissistic. Saw BB off-and-on from the time he was 8 until Dec. 6, 2000. | 8283 |
| Kelly Mullins | 8/18/2004 | Cottage Parent - Methodist Home | Thought BB had ADD. Impulse problems. Follower. | 8188 |
| Dr. Paul Phillips | 8/27/2004 | Trover Clinic | No independent recollection of BB. Apparently Trover hadn't sent all records, b/c Phillips' aren't in there. LW will follow-up | 8220 |
| Dr. Dewey Sanders | 8/23/2004 (date of memo) | Methodist Home | BB will never learn from his mistakes. BB looks more like an emotional disorder, he's not a sociopath who hurts someone and does not care. Doesn't think BB was bipolar. IQ was low - would have difficulty planning on hiding a body. Depression drives an IQ down. | 8288 |
| James King | 9/7/2004 | Columbia Care | Doesn't recall having trouble w/ BB, but nothing stands out. Never felt threatened. | 8613 |
| Kelly Mullins | 9/7/2004 | Cottage Parent - Methodist Home | BB better controlled if people asked, rather than told, him what to do. He had low self-esteem, likely sexually abused. Thought he was ADD. Didn't like rules. Would act out and then apologize. Follower. Emotionally disturbed. | 8651 |
| Marie Purcell | 9/7/2004 | Columbia Care | Only knows dx by history. She was only involved in verbal warnings and redirection. Didn't have a clear recollection of his characteristics. Didn't know if he was malingering or had mental illness. | 8665 |
| Penny Titzer | 9/7/2004 | Charter | Kathy asked her to adopt BB. Fearful when he escaped b/c of "the co-defendant and what he could do so she called the FBI." Couldn't read. Remembered at 13 yo he functioned at third grade level. Bashams were the "most dysfunctional family she ever saw." | 8721 |

# Greg Harris Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Dr. Hasnaim Sadiq | 7/16/2003 | Pennroyal Mental Health | Saw BB for evaluation 8/23/00 on recommendation of jail. BB seems to fall in Low Average range of intelligence. Apparently, Dr. Sadiq "did not seem to be interested in the full picture and seemed to concur with Dr. De la Rocha's take on Branden, which is an opinion based on fear and not actually from seeing the big picture." | 8284 |
| Assistant Chief Ratliff | 12/8/2003 | Ashland (KY) Police Dept. | Recalled nothing specific about Brandon's arrest, headed up command post during search for Brandon. Refused to allow interviewing of other officers b/c the case is still open. Other officers: Det. Bear; Brunty; Matthew Davis; Sgt. Forest DeLong; Acting Capt. Kelly; Acting Capt. Patrella; Det. Dan Mooney; Lt. Slone. | 7609 |
| Boyd County Sheriff's Office | 12/9/2003 | | All deputies acted merely as backup during search/arrest of Brandon. | 7609 |
| James Stephens | 12/9/2003 | KY State Trooper, Post 14 | Declined an interview unless subpoenaed or deposition arranged thru Commonwealth Attorney. | 7609 |
| AUSA Scott Schools | 12/10/2003 | Prosecutor | Contact re: interviewing FBI agents. Advised that all interviews must be pre-arranged thru Schools b/c he wants to be present. Will interview: Cicarelli, Patrick J. Maley, Frank S. Vito, Carl Christensen | 7609-7610 |
| Andrea and Deanna Francis | 12/10/2003 | Potential abduction victims | Mrs. Francis wanted to speak to someone before speaking to LW/GH. Not returning calls. | 7940 |
| Various | 12/8/2004- 12/10/2004 | Ashland PD, FBI, Boyd Co. S.O. | Asst. Chief Ratliff (Ashland PD) recalled nothing specific re: arrest, refused to allow interviewing of other APD officers (Det. Bear; Brunty; Matthew Davis; Sgt. Forest DeLong; Acting Capt. Kelly; Acting Capt. Patrella; Det. Dan Mooney; Lt. Slone). Boyd Co. deputies simply backup. AUSA Schools to be present at all interviews of FBI agents (Cicarelli; Patrick J. Maley; Frank S. Vito; Carl Christensen) | 7941-7942 |



PENGAD 800-631-6989

GOVERNMENT EXHIBIT 176

JA 6981   Harris

## Greg Harris Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Brandon Basham | 12/15/2003 | Defendant | Brandon denied discussing many facts w/ Barbara McGuire, Brian Hewlett, Richard Hughes. Adamant that only involvement in AD murder was presence at scene of sexual assualt/murder by Fulks. Claims he was outside car smoking a cigarette. Maintained he had nothing to do w/ kidnapping, sexual assault, or murder of SB - again claimed that he remained in the parking lot all night for Fulks. When confronted w/ inconsistent timeline re: SB disappearance, upset that his story didn't match the factual timeline. Advised Brandon that he needed to be completely honest. | 7626-7627 |
| Kathleen Bush Daughtery, Carolyn Webster, Diana Fain, Lee Shotton | 1/13/2004 | Ex or current employees of Methodist Home | Methodist Home doesn't use medication to control youth - use a physical holding technique called "managing" and behavioral modificatono. Helped ID workers that would have had the most interaction w/ BB: James Meadows and Brenda Shaner. Shaner felt close to BB - took him fishing and he pushed her into the water. CW said BB was hyperactive, wanted to fit in, would do anything to fit in, but not mean or violent. DF said BB got away with a lot and had lots of outbursts, he was manipulative, but that was learned from being institutionalized. | 7862-7864 |
| Suzanne Walker, RN | 1/13/2004 | Charter Ridge of Lexington | Didn't recognize BB, but gave general info re: processing of youth into facility. | 8419-8421 |
| Dr. Robert Aug | 1/18/2004 | UK Dept. of Psychiatry | "[Q]uite the expert in the area of juvenile psychiatric treatment in Kentucky - inadequate at best." Potentially will testify based upon 7 week window of observation and records - Brandon is a follower. Impulsivity is a symptom of bipolar. Brandon doesn't know how to consider consequences or rules. | 7611-7612 |
| Tina Severance | 1/18/2004 | With Fulks and BB on crime spree | Fulks and BB "both in charge." Fulks smarter than BB. BB in charge of guns and checkbook stolen from a car, Fulks in charge of everything else. BB stole a necklace in MI, added a heart-shaped ring after W.Va. | 8307-8311 |

JA 6982    Harris

# Greg Harris Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Dr. Capehart's interview with Brandon Basham | 1/27/2004 | Psych expert | Went to Butner to observe interview. Brandon housed under "three man hold" status - required presence of three hospital staffers at all times -- b/c of his prior escape and charge. Capehart noted Dr. Brawley's tests, indicated defense should share results/raw data w/ Dr. Pyant (forensic psychologist). Wanted to perform EEG/MRI. Capehart requested list of Brandon's family and contact info, as well as all reports currently generated. Discussed Brandon's past drug use; home and family life. Said everyone in his family takes meds for psych issues. Discussed his education. Brandon said he doesn't know how to drive, no driver's license. **Gives a solid account of the story Brandon told Capehart and GH.** | 7747-7757; repeated at 7774-7784 |
| Dr. Capehart | 2/2/204 | Psychiatrist - Butner | Butner wanted to give Brandon tests such as MMPI Version II, TOMM, SIRS. GH spoke with Schwartz-Watts and Brawley, requested that Capehart object to any personality disorder testing b/c Brandon's cognitive impairments will prevent himf rom giving valid or reliable results. Also wanted to object to VIP test b/c it is "contraindicated in patients with an IQ < 70. Dr. Brawley's findings indicate that Branden's full scale IQ is 68." Waiting to hear back from Capehart. | 7716-7717; repeated at 7772-7773 |
| Dr. Schwartz-Watts | 2/2/2004 | Psychiatrist | BB can't take a 500 question test - result would be skewed. | 8416-8417 |
| Dr. Capehart's interview with Brandon Basham | 2/17/2004 | Psych expert | Allegedly "Tommy" is a voice Brandon hears, telling him to do things - only cutting helped prevent Tommy from coming. Also wanted to "end it all." Heard "Tommy's" voice after escape, but before being arrested. Also discussed testing that had occurred over the past two weeks - tests made Brandon "feel bad." Depressed often. Capehart asked a series of mental health questions. Brandon said "I love setting things on fire..." "I have a bad temper." "About these charges I feel bad. I should have shot Chad. Everything happened so fast. I was chicken. I couldn't have killed Chad though and he would have killed me. At the time, I had messed up so bad I was in the middle of it. Chad was the only person that could help me." Denied knowing about "the girl in West Virginia until later." Fulks apparently told him he'd abducted a girl in WVa. | 7758-7771 |

## Greg Harris Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Betty "Beth" McGuffin | 3/15/2004 | Knew BB and Fulks in W.Va. | Fulks' team apparently told her BB implicated her in the crime spree. Told LW she would turn over BB's letters. Grew up w/ Fulks, gave his family history. Fulks and BB had guns when they got to her house. Intimate w/ BB - he gave her a ring, which she put under her pillow, but it was gone when BB left. Fulks was the brains; BB not a killer. Story of bloody clothing being hidden under a house in Huntington is a lie. Betty was high and made the story up. Also provides a timeline of BM's recollections of time w/ Fulks and BB. | 8128-8136 |
| Andrea Roddy | 3/16/2004 | Was with BB and Fulks on part of crime spree | "Branden [sic] was too stupid to think of anything." BB always paranoid, now she realizes that's probably b/c of the alleged murders. BB clearly the follower, Fulks clearly the leader. BB typically had a gun, freaked out when he didn't. Never saw him pull the gun or point at anyone aggressively, but he did take it out when he thought the police were coming to their hotel room in MI. Fulks was the leader of the spree. Believed BB was aggressive/violent, but not Fulks. Apparently saw a ring after W.Va and BB told her he stole it from a car. | 8253-8256 |
| Brandon Basham | 5/28/2004 | | Said he'd been placed on restriction for assaulting a guard. Other inmates will say guard was the aggressor. Has been told repeatedly to stop arguing with guards. | 8468 |
| Lt. White | 5/28/2004 | Corrections officer | Charlotte could visit Memorial Day, BB placed on disciplinary hold. | 7984 |
| Brandon Basham | 6/1/2004 | | Attempted to get handcuffs from back to front so he could "beat the shit out of Lee." Stressed importance of taking meds and attempting to get along w/ jail personnel. | 8467 |
| James Hawkins | 6/2/2004 | Victim | Said he thought Fulks wanted to kill him and would have given the opportunity. | 7987 |
| Anthony Cremeans (CM's notes) | 6/6/2004 | Testified in Fulks Trial - present at Tomblin's house in Nov. 2002 when Fulks/Basham showed up in Alice Donovan's BMW | Fulks did all the talking, Brandon shy. Fulks said he bought the BMW with cash from a settlement for a job injury. Thinks everything Fulks told him was a lie; Fulks was a habitual liar and it's hard to tell when he's telling the truth. | 7813 |

JA 6984    Harris

# Greg Harris Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Larry Tomblin | 6/9/2004 | Testified in Fulks Trial | Grew up with Fulks. Fulks "always in control." Saw Fulks Nov. 2002 - showed up at his house driving a BMW. BB in the car. Wanted to sell/trade BMW and a gun. | 8379 |
| Dr. Tora Brawley | 7/26/2004 | Psychiatrist | Opinion hasn't changed since Jan. 20th notice to government. Will pull all previous psych/neurological testing and provide it to her. | 8508 |
| Dr. Bruce Capehart | 7/26/2004 | Psychiatrist | Unhappy w/ how SH handled himself at a conference w/ BB. SH took issue w/ two matters Capehart wanted to discuss - objected to a question and tried to force Capehart to answer one of BB's questions. Capehart believes only JBS or GH can control BB. | 8522 |
| Dr. Donna Schwartz-Watts | 7/26/2004 | Psychiatrist | Received/evaluated info provided and is confident previous DX correct. Added dx: history of substance abuse of crack cocaine, marijuana, inhalants. | 8418 |
| Diane Blair (JBS notes) | 8/5/2004 | On duty during escape from Hopkins Co. Jail. | GH/PT also present. Described Fulks as being evil, devious, could control his eyes. Brandon doesn't know where "that woman" is. Lighthearted, humorous, tenderhearted, respectful, child-like. Not capable of planning, very simple. | 7682 |
| Michael Eatmon | 8/5/2004 | Contract social worker for Charter. | Explained that "power based" is a defense mechanism for the problems BB was having - comes from being abused (Ex: If someone told him no, he'd fight them). BB couldn't see himself as wrong. BB needs a mentor and structure in his life. Not surprised BB got involved w/ Fulks. BB couldn't plan a breakout. Brandon bonds to abusers, not a sociopath. Said BB not a malingerer. | 7897-7898 |
| Clifford Jay | 8/5/2004 | Teacher's Aid at James Madison | Thought BB was a fetal alcohol baby. Was compassionate. "CJ has superhero powers because he can tell what is wrong with people. It is a gift from God." Q: "We killed her?" A: "No, he said 'We killed them.'" | 8598-8600 |
| Penny Titzer | 8/5/2004 | Charter | BB was 14, but lowest level of all other kids ages 9-16. Charter didn't accommodate BB's learning disabilities. Had a good heart, was compassionate. Didn't have coping skills. "Will testify in great detail about mother trying to keep him from speaking to police about abuse." After Hawkins info publicized, called FBI and asked for protection from Fulks. | 8722-8723 |

JA 6985   Harris

# Greg Harris Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Dr. Suess | 8/6/2004 | Trover - psychiatrist | KY mental health system is awful, failed in BB's case. "My belief is that Branden never had consistency in treatment or diagnosis." BB didn't have sophistication to commit acts alleged. | 8699 |
| Jerome McKechnie | 8/7/2004 | | BB was a thief and a liar, had no regard for other people. | 8633 |
| Dr. Lunceford and Paula Halcomb | 8/10/2004 | Western State Hospital | 100-200 new admissions per month, about 2/3 of which for 72-hr court order eval. BB admitted to Dr. Pasquin's care. Planned escape before leaving. Easy to walk off. No real planning. Never observed psychotic behavior. Dx changed to Psychosis NOS. | 8700 |
| Dep. Paul Arison | 8/11/2004 | HCDC | BB calm when on meds. Almost done with time. No contact w/ Fulks. BB really just wanted to get out of his cell. BB and Fulks cooperated together to escape. | 8460 |
| Bobby Jewel Blake | 8/11/2004 | | BB wouldn't harm people, but would steal. Thinks BB has mental problems. Kathy let BB get away with everything. "Couldn't have planned his way out of a paper bag. He couldn't get out of chicken coop. That other boy must have put him up to breaking out." | 8501 |
| Major Chris Schaffer | 8/11/2004 | Hopkins Co. Jail | BB acted out, wanted attention. Doesn't believe BB would have initiated escape b/c he was almost out. Not ordinarily violent, but had a lot of anger. Was compassionate. Fulks was more cunning, of average intelligence, whereas BB was not. BB was impressionable. Planning escape beyond his ability. BB is like a can. | 8703 |
| Lt. Kathy Terrell | 8/11/2004 | Hopkins Co. Jail | Fulks "was smooth." "Didn't care for him. I felt like he was trying to CON me." "Branden was not a CON. He was sneaky and a brat, but not a CON." BB was intellecutally a 1st grader, socially like an 11-year-old. | 8720 |
| Jimmy Hill | 8/12/2004 | Knew BB/took him in | BB was a follower. BB had little common sense, some book smarts. Hasn't seen BB since he was 16. | 8583 |
| Suzanne Mayes | 8/12/2004 | BB's 2nd grade teacher | Disruptive. Felt sorry for BB. Limited attention span. The second-most difficult child she's had in her 31-year career. Capable of violence, but not looking for it. Not devious. Wanted to be a male stripper because his dad's friends would give him quarters to strip and dance. | 8641 |

JA 6986   Harris

# Greg Harris Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Wendy Watts | 8/12/2004 | | Will speak to Tora Brawley. Provided with testing for BB. Agreed to look for notes from meetings with him. Doesn't remember much about his group sessions. | 8744 |
| Roy Basham | 8/17/2004 | Uncle (?) | BB desrves to be executed. "Branden is smarter than we think." | 8491 |
| Vicky Gary | 8/17/2004 | Knew BB | BB never got violent, always hyper. Would like to tell a jury re: BB's poor supervision, nobody taught him right from wrong. Didn't have it in him to kill. | 8574 |
| Tom Gary | 8/17/2004 | Knew BB | BB not smart, was a follower. Seemed like he had a mental problem. BB couldn't have planned the escape. BB drove a car at age 15. | 8575 |
| Cindy Rogalny (Rogainy?) | 8/17/2004 | Knew Kathy and Charlotte | Doesn't know much about BB growing up - only info about him is from 2-6 yo. "The Bashams have a temper." | 8683 |
| Ruby Watson | 8/17/2004 | Knows Kathy | Noticed Kathy's problems after she got out of the Army. On drugs when BB born. Always thought BB was retarded. "Didn't act like a normal child." | 8739 |
| Sallie Gray | 8/18/2004 | HCDC - gave BB meds | Could tell BB wasn't "all there." Didn't seem educated. Doesn't remember antyhing about Fulks other than what VE said. | 8577 |
| Buddy and Edna Morris | 8/18/2004 | Charlotte's former in-laws | Basically just info on Charlotte and Buddy Jr., their relationship and daughter. Kathy attempted to extort money from them. | 8650 |
| Peggy Wood | 8/18/2004 | | No independent recollection of BB even after seeing picture. Vaguely remembers taking a 13 yo to Methodist Home. Said that on 5/5/97, Mary Lynn Clark investigated sexual assault of BB two years prior. Has to be the Eddie Cowen case. Doesn't remember much even after reading her own reports. | 8747 |
| Regina Moore | 8/19/2004 | HCDC '96-'01; video store | BB would come to video store and steal CDs to sell b/c he was hungry. Fed him every night for a year, took him to Salvation Army for clothes. Caught up to him when he went to jail. Would do okay until people messed with him. Was bipolar, but never attacked anyone. Fulks used BB b/c he knew the area. Intellectually, only on 5th grade level, but street smart. He wouldn't have known how to get so far after escaping if he were by himself. Fulks was arrogant, thinks he knows everything. "Branden's assignment to Fulks' room was bad luck." | 8645-8646 |

JA 6987   Harris

# Greg Harris Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Richard Hughes | 8/20/2004 | Appointed to BB | BB was trying to help FBI find body. Constantly advised BB of rights before interviewing him. Called Scott Vito and said "The girl is deceased… Body placed in water between Huntington and Galopolice Bridge." Galopolice - Guyandotte | 8590-8592 |
| Barbara McGuire | 8/20/2004 | Visited BB after arrest | BB told her "They were expendable." Never told her AD dead, but that's what she took from the conversation. Fulks picked the SC woman. They waited for the "right women" for two hours in W.Va. | 8632 |
| Sgt. Charles DeVeaux | 10/22/2004 | Alvin S. Glenn | Officers only dispute w/ BB b/c he runs his mouth. Never had to get physical w/ BB. | 32326 |
| Officer Joseph Garvin | 10/22/2004 | Alvin S. Glenn | Has had several incidents w/ BB. All you have to do is talk to him. BB doesn't take "no" well. | 32328 |
| Officer Raymond Hilliard | 10/22/2004 | Alvin S. Glenn | Whenever there's an incident, it's b/c BB believes guards are doing something to hurt him. BB showed him a picture of AD. BB tries to manipulate people and will throw a temper tantrum. | 32325 |
| Officer Paul Jarvis | 10/22/2004 | Alvin S. Glenn | If BB is upset about something, Jarvis will reason with him and leave him alone. BB knows who to agitate. | 32324 |
| Officer Leon McMillian | 10/22/2004 | Alvin S. Glenn - Night Shift | Other officers treat BB differently (mistreat him). With the extra towel incident, McMillian helped BB back to his cell w/o any physical altercation | 32322 |
| Officer Felipe Millhouse | 10/22/2004 | Alvin S. Glenn - Day Shift | No problems w/ BB - no physical or verbal confrontations. BB typically complies with those who talk to and reason with him. | 32323 |
| Officer Scott Woods | 10/22/2004 | Alvin S. Glenn - Day Shift | Never had a problem w/ BB. BB is "sneaky smart and plots things." | 32327 |
| Charlene Hickman | undated | Nurse at Columbia Care | "Not a very good witness for us." BB was violent, had to be restrained. Just a matter of time before he attempted to escape. Never got a good feeling about him. | GH0050 |

# Paige Tarr Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Danny Dees | unknown | Probation Officer of Madisonville Office of Probation and Parole | Only remembers BB's name and face. Wrote PSR on BB before he was sent to Logan Cty. Mike Ruschell was his Public Advocate. Said BB maybe sent to KY Correctional Psychiatric Center for evaluation. Should've been sent there, considering history. Need to doublecheck BB's info in courthouses. | 7846 |
| Kathy Basham | 5/15/2003 | Brandon's mother | Got some background info on Kathy and the family. Apparnetly some law students from NY came around and asked questions about Brandon, asking people if they knew him.  Family refused to speak with them, but apparently some people at Ferrell's Hamburgers (restaurant) spoke with them. They tried to speak w/ Larry Pentecost (Kathy's ex-husband from 1994), but he refused as well.  Gave some ideas as to who to talk to: Hester Chambers, Molly and Barry McGaw, Ms. Freida, Shelia Mills, Helen Dobbs, Monte Mefford.  Tree story: Basham didn't show signs of hyperactivity until after a bad fall from a tree at four or five.  Hit his head very hard and had a nasty gash, but she didn't take him to the doctor.  Her mother didn't believe in going to the doctor and raised her the same way. She put a bunch of vaseline on the wound and let him go to sleep right away. | 7628-7629 |
| Charles and Helen Dobbs | 5/15/2003 | BB's maternal grandmother | Called BB a "syndrome baby." Uncontrollable. Denied that there was any kind of mental illness or addition running through her or her first husband's family. Kathy had problems, BB inherited those. Finally admitted: one of 1st husband's brothers was mentally retarded and another died in mental institution. A sister went mad after 3 children, placed in mental hospital until she did. Another brother's midlife crisis drove him mad. | 7873-7874 |

GOVERNMENT EXHIBIT 177
PENGAD 800-631-6989

# Paige Tarr Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Scott Littleton, MD | 7/ /2003 | Rivendell | Read BB's abnormal EEG in 1991. Didn't recall much else. Shocked to find out no follow-up on abnormal results. | 8093 |
| Clifford Jay | 7/1/2003 | Certified Instructional Aid to Monte Mefford | Had a soft spot for BB. BB in time out often, where CJ would check on him. At one time, BB swung a knife at CJ when he woke him up. Knew BB used cocaine. If BB was his son, would have him institutionalized for the rest of his life. | 8023-8024 |
| Dr. Launa Houston, Ph.D. | 7/16/2003 | Pennroyal Mental Health | BB appeared anxious and depressed, w/in Low Average range of functioning. Dx: Depression NOS, Mixed Personality Disorder w/ Dependent and Antisocial Characteristics, Polysubstance Dependence. Thinks BB has strong narcissistic traits. Manipulativeness probably rose to level of full-blown Antisocial Personality Disorder. | 8587 |
| Dr. Hasnaim Sadiq | 7/16/2003 | Pennroyal Mental Health | Saw BB for evaluation 8/23/00 on recommendation of jail. BB seems to fall in Low Average range of intelligence. Apparently, Dr. Sadiq "did not seem to be interested in the full picture and seemed to concur with Dr. De la Rocha's take on Branden, which is an opinion based on fear and not actually from seeing the big picture." | 8284 |
| Dr. Lawrence Suess, DO | 7/16/2003 | Trover Clinic | Treated BB while he was in HCDC. BB's Dx: ADHD, Psychotic and Mood Disorder, Polysubstance Abuse, Personality Disorder w/ Antisocial Features, possibly schizoaffective. A follower. | 8363 |
| Randy and Susie Bolinger | 10/8/2003 | Neighbors (?) | Randy befriended Brandon when Brandon was 11-12 and Randy 26-27. Brandon is very slow, certain something's wrong with him. Follower. Never had a chance. Wanted to visit Brandon b/c they didn't think his family would, nobody else showing him support. Didn't think Brandon knew how to drive, didn't think Brandon could concoct this plan. | 7708-7709 |

     **JA 6990**   Tarr

## Paige Tarr Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Tim Garry | 10/8/2003 | Neighbor | Son was in school w/ BB. Considered BB to be mentally retarded (or close to it). No ability to think for himself. Not violent | 7946 |
| Jim Lantrip | 10/8/2003 | Jailer, HCDC | After the escape, found a letter addressed to Fulks w/ TS' return address. TS had recently visited. Fulks likely en route to make contact w/ TS. Also advised BB might hide out in a school bus belonging to Joe Jones. | 8077-8078 |
| Kent Leslie | 10/8/2003 | Charter of Evansville Anger Management and MAD training counselor | Unable to meet w/ PT, but interested in helping BB. | 8088 |
| Molly McGaw | 10/8/2003 | BB's special ed reading teacher | Also BB's Big Brother-Big Sister. Brandon "called her from Columbia Care Center in December and told her he didn't do it. He said he had gotten caught up with that guy and was really into some deep trouble because of him." | 8118 |
| Sue O'Bannon | 10/8/2003 | Tim Garry's sister/lived across the street from Bashams | Didn't have anything bad to say about BB. Felt sorry for him. | 8196 |
| Penny Titzer | 10/9/2003 | Counselor at Charter of Evansville | Assumed BB sent to Charter b/c of substance abuse problem and mental/emotional troubles. BB was very dependent on her - Kathy tried to give her custody of BB. Low functioning, intellectually. Doesn't think BB would be invovled in something like this on his own. | 8384-8385 |
| Monte Mefford | 10/10/2003 | BB's special ed teacher | Wants to help BB, willing to testify on his behalf. | 8164 |

# Paige Tarr Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Deputy Barnett | 10/13/2003 | Hopkins Co. Detention Center - 1st shift | Was shift commander on evening of the escape and was apparently reprimanded and received a demotion because of it. Brandon described as aggravating, immature, mouthy - like a child. Also described "as being wily and conniving, a follower, with no common sense in his decisions." Most problems b/c of Brandon's mouth. "BB not intelligent enough to plan all the events that unfolded." Considered Fulks the brains of the operation. | 7635-7636 |
| Deputy Samuel Dillingham | 10/13/2003 | Hopkins Co. Detention Center - 2d shift | No problems w/ BB, BB a follower, not intelligent, but street smart. Personally assisted in search immediately following escape. Dogs tracked Fulks/BB to rear of facility northwood to an empty cornfield. | 7870-7871 |
| James Hawkins | 10/13/2003 | Victim | Attempted to interview. Not home. | 7985 |
| Tammy Wiles | 11/1/2003 | Secretary to Hopkins Co. Shelia Mills of Bd. Of Education | Set up a time to meet w/ Shelia Mills. Doesn't know BB or his records. | 8170 |
| Ena Morris | 11/4/2003 | Charlotte's former mother-in-law | Not a lot of interaction w/ BB. | 8177-8180 |
| Buddy Ray Morris, Jr. | 11/4/2003 | Charlotte's former father-in-law | On the night of escape, saw BB walking down Highway 630. | |
| Mark Phebus | 11/5/2003 | Charlotte Basham's (sister's) boyfriend | Only limited contact w/ Brandon, including Brandon asking him for money. Thinks the reason why Brandon turned out as he did is b/c of Kathy - "Kathy created the monster that Brandon has become." PT will interview him again b/c Mark is likely not telling everything he knows. Doesn't want to come to SC to testify, will be a hostile witness if called. | 7645-7646 |
| Cynthia Vaught | 11/5/2003 | Manager of Colonial Motel, Madison KY | Doesn't know BB, never heard of him. He's not in the paper records. | 8396 |

JA 6992    Tarr

# Paige Tarr Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Tammy Wiles | 11/5/2003 (date of interview; memo undated) | Hopkins Co. Board of Education | Set up a time to meet w/ Shelia Mills. Doesn't know BB or his records. | 32581 |
| Rebecca Blake Jarvis | 11/6/2003 | Kathy's sister | Kathy gave BB drugs from the time he was in diapers. | 8019 |
| Richard Lunsford | 11/14/2003 | MD at Western State Hospital | BB's admitting dx 12/18/00 was Depressive Disorder; changed to Psychotic Disorder NOS with some Antisocial Personality traits. Wary of BB, won't trust him. Also present were Paula Halcomb, MA, and ken Guessto, MA. | 7964 |
| Sheila (sometimes Shelia) Mills | 11/14/2003 | Head of Special Ed for Hopkins Co. Bd. Of Ed. | Gave an accounting of BB's various school-related psych evaluations. Discussed various names that came up in BB's school records and provided contact info. Said that Bill Nettles and John Rebold tried illegally to obtain BB's Special Ed records. | 8171 |
| Peggy Phalen | 11/14/2003 | Developmental Therapist at James Madison MS | Taught BB in Special Ed summer school. Can't recall much about him. | 8213 |
| Sharon Watkins | 11/14/2003 | BB's 1st grade teacher - before Special Ed | Overreacted to everything,w as angry most of the time. Knew he needed to be evaluated for special ed. Held him back. | 8426 |
| Linda Hayes | Dec. 2003 (date unknown) | Head of Cabinet for Families and Children in Hopkins Co. (retired) | Familiar w/ Basham family, but no personal knowledge/contact. | 7988 |
| Roy Basham | 12/1/2003 | Brandon's paternal uncle | To sum up the Basham family's troubles, Roy simply says "Kathy." Whenever Brandon was around people to expected him to behave, he was fine, but Kathy tought him to threaten people by saying he'd call the police if he didn't get his way. Kathy drank and used drugs while she was pregnant and gave Brandon/Charlotte durgs and alcohol when they were babies. Jimmie doesn't handle Kathy well, once cut his throat when Kathy ran off with another man. | 7659 |

**JA 6993**    Tarr

# Paige Tarr Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Hester Chambers | 12/3/2003 | Administrative Assistant at Pennroyal Mental Health Center | Familiar w/ Basham family, but no personal knowledge of his specific problems. He was always nice to her. "People like Brandon [mentally ill] can be led astray so easily if they aren't kept under close supervision." | 7815 |
| Dr. Shirley Spence | 12/3/2003 | Trover Clinic | Couldn't remember treating BB. Records don't reflect her exact role. | 8353 |
| Dr. Roger Laird | 12/3/2003 | Trover Clinic | Only thing that stood out in his mind is that BB controlled the conversation, even though his father was present. Would be an excellent witness b/c he's testified in death penalty cases before. Will follow-up. | 8621-8622 |
| Ellis McKechnie | 12/9/2003 | BB's uncle | Doesn't know much about BB. | 8155 |
| Annabelle Pentecost | 12/9/2003 | Kathy's former mother-in-law | Was on the phone w/ Kathy 10/14/03 when BB called to wish her a happy birthday. | 8207 |
| Tommy Blake | 12/10/2003 | Brandon's maternal uncle | Kathy is a whore, drug addict, completely insane. Not surprised Brandon has had such a hard time b/c he and Charlotte raised themselves. Brandon turned loose by 8, hard time surviving on his own. All Blake siblings have severe learning disorders. Mental disorders, addictions, learning disorders rampant in the Blake family. The only sharing done in Kathy's household was a joint or some crack. | 7699-7701 |
| Dr. Capehart and Dr. Pyant | 12/10/2004 | Butner FMC | Discussed psychological tests that had been administered to BB by Dr. Brawley. Would like to administer the MMPI-2, but unsure if that was encompassed by court order. | GH0079 |

JA 6994    Tarr

## Paige Tarr Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Billy Basham | 12/11/2003 | Brandon's paternal uncle | Feels it is "no surprise what has happened to Branden considering he had no parents at all... He is definitely a product of the environment that produced him and ... never really had a chance to make it." Brandon's not book smart, but has a gifted mechanical mind. Kathy ruined the family and has only concern for herself. Kathy gave the kids drugs from the time they were young. Doesn't think Brandon will get DP b/c he was an "obvious follower." | 7639 |
| Bobby Jewel Blake | Jan. 2004 | Brandon's oldest maternal uncle | Didn't really want to speak to her - argued, got loud, became agitated. Said Brandon was always ornery and had obvious mental problems even at a young age. Kathy let him do anything b/c she was too concerned w/ herself. Jimmie didn't help b/c he was an alcoholic. Kathy gave Brandon sharp, dangerous objects to play with - Bobby told her he was going to hurt himself or someone else. Brandon ran his mouth about wanting to fight. Bobby suffered from severe learning disorders, as did all of his siblings - likely also had attention and hyperactivity disorders. Bobby's estranged son apparently in jail for killing his wife. Some incest between his aunt Ada Blake and uncle Claude Blake (both ended up at Western State Hospital) | 7694-7696 |
| Nancy Clayton | 1/13/2004 | Hopkins Co. Health Dept. | Read through Brandon's Health Dept. records and indicated what different things meant. On one day each year the Bd. Of Ed would bring the Special Ed kids down for the Special Olympics exam. She didn't recall Brandon or remember seeing him come through for screenings. Identified various individuals who might eventually be interviewed. | 7827 |

**JA 6995**   Tarr

## Paige Tarr Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Cecilia Russell | 1/13/2004 | DSS Caseworker | Doesn't recall much about BB. Recalls PT calling her months ago and speaking to her about BB's records. Looked into what she might have on him, coulnd't find anything. | 8278 |
| Scott Littleton, MD | 1/14/2004 | Rivendell | Said he didn't recall BB. Accordingly, couldn't speak to the EEG results in file. Unusable as a witness at this point. | 8094 |
| Ken Holder, MD | 1/21/2004 | Kathy's physician at Trover Clinic-Providence | Doesn't know much about her, seems uneasy that he's writing prescriptions for her w/o follow-up. | 8004 |
| Phyllis Kennedy | 1/21/2004 | Nurce at Hopkins Co. Health Dept. | Doesn't recall anything about BB or remember speaking to him. | 8056 |
| Wendy Vaness | 3/12/2004 | Hopkinsville Pennroyal Mental Health Center - Social Worker | Doesn't recall much about BB. Looked at his file, but no independent memory of him. | GH1424 |
| Dr. Manuel de la Rocha, MD | 3/31/2004 | Pennroyal Mental Health - psychiatrist | Saw BB for Dr. Sadiq on a few occasions, bu t not his primary. No memory of BB even after reviewing records. | 8682 |
| Irene Pasquin, MD | 4/20/2004 | Western State Hospital | BB sent to WSH after attempting suicide in Hopkins Co. jail. She changed his dx to Psychotic Disorder NOS. Broke her heart to find out BB facing death penalty, esp. since he's mentally ill. | 8203 |
| Judy Long | 5/19/2004 | Former teacher at Christ the King Catholic School - taught BB 3rd grade | Molly McGaw, Big Brother-Big Sister sponsor, paid for him to go to get more individualized teaching, though she denies it now. Carol Richardson (office mgr) says Judy had difficulty managing BB. She only vaguely remembers BB. | 8623 |
| Dr. Bindu Desai, MD | 5/25/2004 (date of email) | Neurologist - tested BB on behalf of Hopkins Co. Board of Education | Either fails to return calls or claims she does not remember BB at all. | 8552 |

**JA 6996**    Tarr

# Paige Tarr Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Deputy Paul Arson | 6/23/2004 | Hopkins County Detention Center | Arson in charge of commissary, also runs GED program, which entails ~4 hrs/week. Anyone interested is tested to establish education level. Can take pre-GED test for practice if they score at 10th grade or above. Brandon tested at 3rd grade level. "On top of the low educational level, Branden's limitemd attention span made it even more difficult for him to learn anything." Arson apparently didn't think Brandon was truly mean and had some legitimate impairments. | 7608 |
| Pastor Herman | 1/26/2004 (email written about him) | Counseling Fulks | Herman sees Fulks in jail. Refers to Fulks as "the accomplice to the more guilty codefendant." Will likely be used as a mitigation witness. | 32599 |
| Lt. Kathy Terrell | 6/28/2004 (date of email) | HCDC | In charge of inmate classification and management. BB disruptive, disrespectful, and a rule-breaker, but not dangerous. Follower. Only there on a misdemeanor charge. Mentally ill. Fulks needed BB to get him out of Madisonville b/c BB knew the area. | 8378 |
| James King | 7/23/2004 | | No trouble w/ BB, no threats. No real info. | 8064 |
| Lois Ann Cummings | 8/2/2004 | Former Guidance Counselor at James Madison MS | No personal contact w/ BB/family. Said his teacher at the time called the shots - special ed teachers could direct meetings and assist w/ reports issued. | 7840 |
| Dr. James Rozelle | 8/2/2004 | Comprehensive Care | Recalled working at [Comprehensive Care] mental health center as a volunteer. Appears to have some sort of dementia, so slim chances he'll remember BB. Said he doesn't remember any patients and reading records won't help. | 8273 |
| Diane Blair (JBS notes) | 8/5/2004 | On duty during escape from Hopkins Co. Jail. | GH/PT also present. Described Fulks as being evil, devious, could control his eyes. Brandon doesn't know where "that woman" is. Lighthearted, humorous, tenderhearted, respectful, child-like. Not capable of planning, very simple. | 7682 |

# Paige Tarr Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Major Chris Schaffer | 8/11/2004 | Hopkins Co. Jail | BB acted out, wanted attention. Doesn't believe BB would have initiated escape b/c he was almost out. Not ordinarily violent, but had a lot of anger. Was compassionate. Fulks was more cunning, of average intelligence, whereas BB was not. BB was impressionable. Planning escape beyond his ability. BB is like a can. | 8703 |
| Marie Purcell | 8/15/2004 | Columbia Care | Didn't have a lot to say. NO clear recollection of his characteristics. Doesn't remember if he was malingering or had mental illness. | 8235 |
| Patricia Blake (JBS notes) | 8/17/2004 | Brandon's aunt | Describes Kathy as a mess, a real nut who does drugs. Apparently Kathy screamed with the kids all the time and left Jimmie with the kids. Didn't really nuture kids. Never saw Kathy give kids drugs, but let them do whatever they wanted. | 7697 |
| Tommy Blake and Becky Jarvis (JBS notes) | 8/17/2004 | Brandon's maternal aunt and uncle | Both are estranged from Blake family. Tommy thinks Brandon's a nut - no intellectual capacity, very low intelligence. Never had guidance re: right/wrong. Brandon started doing drugs around 9 or 10 b/c of mother's influence. Had to literally force him to take his meds. Kathy didn't know how to show Brandon she loved him. Brandon incapable of planning, probably had mental problems since birth. Tommy agreed to come to trial if someone went and got him. | 7702-7704 |
| Dr. Lana Houston | 8/17/2004 | Pennroyal Mental Health Center | BB was w/in the Low Average range of functioning. Dx: Depression NOS, Mixed Personality Disorder w/ Dependent and Antisocial Characteristics. | 8010 |
| Dr. Hasnaim Sadiq | 8/17/2004 | Pennroyal Mental Health | Believes BB has ADHD/poly-substance dependent (Axis 1); antisocial (Axis 2). BB narcissistic. Saw BB off-and-on from the time he was 8 until Dec. 6, 2000. | 8283 |

## Paige Tarr Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| James King | 9/7/2004 | Columbia Care | Doesn't recall having trouble w/ BB, but nothing stands out. Never felt threatened. | 8613 |
| Marie Purcell | 9/7/2004 | Columbia Care | Only knows dx by history. She was only involved in verbal warnings and redirection. Didn't have a clear recollection of his characteristics. Didn't know if he was malingering or had mental illness. | 8665 |
| Jermone McKechnie | undated | BB's cousin | Basically gave an overview of BB's childhood and family history. | 8157-8158 |
| Kerry Smith | undated | Learning and Behavior Disabled teacher at James Madison Middle School | Was Debbie Haley's Instructional Assistant when BB was in 5th grade. BB functioned at low academic level. Not mean, but a puppet. | 8336 |
| Richard Stanley | undated | Former Principal at Nortonville Elementary | Doesn't recall much about BB. Did remember Sharon Watkins (guidance counselor) taught BB. | 8354 |
| Dr. Lawrence Suess, DO | undated | Trover/PeeWee Valley Mental Health | BB incapable of conceptualizing or carrying out a plan like this. | 8364 |
| Brenda Thompkins | undated | School psychologist | Tested BB in 2nd grade. Recalls that his attention span was impaired and needed to be in special ed. | 8383 |
| Peggy Woods | undated | BB's Juvenile Probation Officer | Only vaguely remembers him. Doesn't recall invovlement as a social services worker. Hasn't had contact w/ BB since he was 14. | 8444 |

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Oleita Hyman | 9/29/2003 | Car stolen by BB and Fulks | Stolen 11/14/02 appx. 2 pm. Apparently had gone to Margaret Moore's house prior to coming to her house, asking for a ride and to use the phone. | 8013 |
| Margaret Moore | 9/29/2003 | Fulks/BB knocked on her door, Conway, SC | Fulks/BB asked her for a ride, asked to use her phone. Saw them hide behind a tree when a car went by, so she called 911. Saw them steal Hyman's car. Daughter later found duffel bag. | 8175 |
| Helen Cook | 9/30/2003 | Lives in neighborhood where Fulks and Basham spotted driving dark green minivan Nov. 13, 2002 | Stood by statement given to law enforcement, nothing new to add. | 7834 |
| Brandy Davis | 9/30/2003 | Cashier at Dodge City Amoco | Was working when Fulks and Basham stopped for gas/drinks on Nov. 14, 2002. Driving dark BMW, purchased carwash. Nothing to add or delete from stmt given to law enforcement. Recalled that a male bought two rolls of tape. | 7865; 35380-35381 |
| Tonya Richardson | 9/30/2003 | Lives in neighborhood where Fulks and Basham spotted driving dark green minivan Nov. 13, 2002 | Stood by statement given to law enforcement, nothing new to add. | 7834 |
| David Cooper | 10/1/2003 | | Saw the two men in Mrs. Hyman's white Ford truck w/ both doors open, looked like they were switching drivers. Didn't know LEOs looking for them until later. | 7833; repeated at 7835 |

10/4/2012 — Page 1 — McNair



GOVERNMENT EXHIBIT

178

PENGAD 800-631-6989

JA 7000

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Mark Cooper | 10/1/2003 | Saw Fulks/Basham in Severance's van | Saw a dark green van come down his dead end road at a high rate of speed w/ a blonde-haired man driving. Cooper parked his car where he could see the van. Heard someone attempting to break into the Williamson residendce, armed himself with a pistol, called 911. The two men in the van saw him, attempted to drive through the field behind the Williamson residence, but the van got stuck.  Later the two men went to a Mrs. Moore's house and stole a white Ford truck from Mrs. Hyman. | 7833; repeated at 7835 |
| Vincent Driggers | 10/1/2003 (says he contacted him 10/5/2003) | Present at Bee Tree Farms | With Don Watkins and David Hall at Bee Tree Farms Road and saw a dark-colored BMW 11/14/2002. Saw two men and one woman, the woman was "very much alive."  If AD's body was dumped off Bee Tree Farms Road, deer hunters would have found it by now. | 7878 |
| Carl Jordan | 10/1/2003 | Witness from Conway, SC | Saw a vehicle behind son's residence - dark green Ford van. Basically caught Fulks breaking into his son's house. BB and Fulks fired at him, so he left. Thinks BB and Fulks raped and mutilated AD -  they should have to suffer the same treatment. If BB wanted to shoot him, he easily could have. Fulks intended to kill him. | 08046-08047 |
| Joe Ludlam | 10/1/2003 | Conway SC resident | On 11/15/02 between 2-4 pm, was driving and saw a dark-colored BMW occupied by 2 white males come up behind him. Dirt road dead ends at a boat landing - unusual to see a nice car on the road. Never told LEOs there were more people at landing. | 8099 |
| Billy Martini | 10/1/2003 | | Saw a blonde-haired white male driving a dark green Ford minivan | 7833; repeated at 7835 |
| David Hall and Don Watkins | 10/1/2003- 10/6/2003 | | Were stadning w/ Vincent Driggers when BMW turned around at hunting lodge on Bee Tree Rd. | 7977 |

JA 7001

## Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Ronald Perdue | 10/6/2003 | Lives on Bee Tree Farms Rd. in Winnabow, NC | 11/14/02: Saw a dark-colored BMW come down the road btwn 4:30 and 5:30. Two white males in car, one in backseat. Driver had dark hair, backseat passenger had light-colored hair. Never saw a female in the car. If AD's body in the area, deer hunters would've found it. | 8208 |
| Lt. Charles Sessions | 10/13/2003 | Conway PD | Advised nothing new on Fulks/BB case. All leads have been followed-up and reports turned over to prosecutors, including those re: AD's body. No new news. | 8298 |
| Sgt. Addison | 10/14/2003 | Conway PD | Was advised not to discuss the Fulks/Basham case w/o solicitor involvement b/c of pending death penalty case. | 7606 |
| Det. Domogauer | 10/14/2003 | Conway PD | Was advised not to discuss the Fulks/Basham case w/o solicitor involvement b/c of pending death penalty case. | 7876 |
| Chief Sam Hendrick | 10/14/2003 | Conway PD | Did not wish to discuss case w/o solicitor involvement b/c of pending death penalty case. | 8000 |
| VAO Hipp | 10/14/2003 | Conway PD | Was advised not to discuss the Fulks/Basham case w/o solicitor involvement b/c of pending death penalty case. | 8001 |
| SA Jeff Long | 10/14/2003 | FBI Agent | US Atty Gasser advised against agreeing to an interview. Should submit questions to Gasser for review & response. | 35362 |
| Sgt. Parker | 10/14/2003 | Conway PD | Was advised not to discuss the Fulks/Basham case w/o solicitor involvement b/c of pending death penalty case. | 8200 |
| Sgt. Perrit | 10/14/2003 | Conway PD | Was advised not to discuss the Fulks/Basham case w/o solicitor involvement b/c of pending death penalty case. | 8211 |
| Det. Randy Rizzo | 10/14/2004 | Conway PD | Verified info received from Lt. Sessions. Served warrants on BB at Effingham CI and was told that BB was in a cell w/ only his clothes and a mattress. BB apparently used mattress stuffing and shirt to make a pillow. Smarter than people give him credit for. Asked about discovery material w/ ~100 leads generated by Conway PD. CM only has 76 lead sheets. Rizzo said all of them were turned over to Jeff Long | 8272 |

JA 7002

## Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Capt. Schilling | 10/14/2003 | Conway PD | Was advised not to discuss the Fulks/Basham case w/o solicitor involvement b/c of pending death penalty case. | 8296 |
| Det. Staples | 10/14/2003 | Conway PD | Was advised not to discuss the Fulks/Basham case w/o solicitor involvement b/c of pending death penalty case. | 8351 |
| Sgt. Wilkerson | 10/14/2003 | Conway PD | Was advised not to discuss the Fulks/Basham case w/o solicitor involvement b/c of pending death penalty case. | 8438 |
| SA Dwight Ellisor | 10/21/2003 | FBI Agent | SA Long advised against agreeing to an interview. | 35360 |
| SA Jeff Long | 10/21/2003 | FBI Agent | Gasser didn't want Long to be interviewed at this time. | 8095 |
| SA Jeffrey Newton | 10/21/2003 | FBI Agent | Left a message. Received a return call denying interview request. | 35359 |
| SA Maurice Kelliher | 10/22/2003 | FBI Agent | Left voicemail. AUSA Gasser told him not to talk to defense investigators. | 8055 |
| SA Clyde Merryman | 10/23/2003 | FBI Agent | Interviewed Barry Donovan, Carl Jordan, Helen Cook, Margaret Moore, Mark Cooper, Oleita Hyman. Participated in searches for AD. Nothing he could add about Fulks or BB. Said BB was jerking them around when he took them to Winnabow area to search for AD. Thinks BB knows where AD's body is. | 8165-8166 |
| Veronica Evans | 11/13/2003 | Fulks' ex-wife | Met Fulks at strip club. He assaulted her for the first time 2-3 months prior to their marriage. Fulks was controlling and isolated her from her family. They'd gone to MB together previously. On way to MB, Fulks posed as a cop and robbed 2 men in a camper. Said she could show them the pocketbook dump site. Fulks told her many times that water washes away fingerprints and other evidence. Thinks Fulks did something to cause son's (Nathaniel) death. | 7913-7914 |

JA 7003

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Barbara Massey Campbell | 11/14/2003 | Neighbor | Brandon was a "good kid." This isn't the Brandon she knew. Never saw him get mad or have a bad temper. Everyone in his family drank or used drugs. Hard to believe he'd physically hurt anyone. Never had a weapon, great personality. Lots of mental/physical abuse in the household. Brandon not smart enough to break out of jail or plan something like what's occurred. | 7727 |
| Crystal Massey | 11/14/2003 | Knows Brandow | She remembers him doing drugs, getting picked on. Said he'd perform oral sex for money. Used to do drugs with the entire Basham family, essentially. BB is a follower. | 8108 |
| Tracey Davis | 11/17/2003 | Knows Brandon | Met him through Carla Gibson, never associated w/ him. Doesn't know re: drug usage. | 7868 |
| Carla Gibson | 11/17/2003 | Knew BB for 10-11 years | Dated for about 2 weeks, caught BB having sex w/ Bucky Emory. BB was a follower. No driver's license. | 7947 |
| Charlotte Basham Morris | 11/17/2003 | Brandon's sister | 2nd cousin beat to death 6 years ago. Basically just gave brief overview of family history. Will be cooperative. | 8176 |
| Veronica Evans | 11/18/2003 | Fulks' ex-wife | Fulks wrote her a letter that she got 2 days after escape, spelling out plans for escape and indicating "he was going to do something the whole world would remember him for." She destroyed letter. Two inmates read letter. | 7906 |

JA 7004

## Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Veronica Evans | 11/18/2003 | Fulks' ex-wife | Recounted her history w/ Fulks. They went to Myrtle Beach on their honeymoon. Fulks would leave for the day under the auspices of looking for a job, but would actually be breaking into cars. Notes meeting Heather Goodman, Beth McGuffin. Said she was scared of Fulks. Another woman told her about the death of Fulks' 6-month old son (she already knew from talking to Amber Fulks). Allegedly raped and threatened to kill her. Allegedly threatened to shoot her. Severance told Fulks to get rid of Evans. Threatened Evans' family if she didn't come back to him - she complied. Apparently served Fulks broccoli and cheese with Dcon rat poisoning in it - admittedly trying to kill him. Threatened to cut her throat. **Memory jumps forward a week**. Fulks allegedly beat Evans' son. Fulks tells Evans to use a stolen CC to buy a necklace in Walmart. She walks in and calls the police. **Parallels to AD case: (1)** Fulks put a gun in her mouth, told her to call her mother and say she was okay; **(2)** Fulks always washed the car - Fulks washed AD's car; **(3)** Fulks followed same route he and Evans toook to MB after his escape - same motels, same people, **"robbed, raped, stole, and killed his way across 5 states."** She thinks he'd have disposed of AD's body as quickly as possible. | 7909-7912 |
| Jessica Stokes | 11/19/2003 | Knew BB | Has seen BB in possession of marijuana, crystal meth, and acid. BB sold crack to get money. Doesn't know much else about him. | 8357 |
| Ruby Spence Watson | 11/19/2003 | Deanne's mother - knows Basham family | Called BB retarded and mentally slow. | 8434 |

JA 7005

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Deann Gardner | 11/23/2003 | Aunt of BB's cousin | BB's second cousin, Brad, killed by gang. BB and Brad never hung out, hardly knew each other. BB wanted attention, would do anything to get it. Was a follower. Always on meds. | 7945 |
| Nancy Andrews | 12/1/2003 | In jail w/ Veronica Evans | Said that Veronica would always talk about Fulks and how much she loved/missed him. Veronica said that Chad beat her, raped her, assaulted her and her children, etc. After Fulks escaped, sent V a letter in jail, which she let other inmates read. Letter was sent by Fulks from Hopkins Co. Jail before he escaped, spelled out the escape and what he planned to do after. | 7604 |
| Raymond "Bucky" Emory | 12/1/2003 | Friend of BB | BB got him hooked on crack, would do anything to buy crack, including perform sex acts. BB not violent, but sneaky. Doesn't trust BB, but he's not capable of killing anyone. BB not very bright. | 7899 |
| Veronica Evans | 12/1/2003 | Fulks' ex-wife | Could not be located. Both addresses vacated. On 12/2 received a mesasge with new address. Relayed what she remembered from Fulks' letter: "I want you to make something of yourself. Go to school, become the attorney like you always dreamed. And just be careful. Everything is not as it seems. Take care of yourself and get your kids back. I know your life's empty without them. I am going to do anything to make sure you go home. Fuck these people, I'll show them and the whole world will see." | 7907 |
| Basil Jones | 12/1/2003 | Knows BB | Never knew BB to have a job. Never saw BB drive, didn't know if he had a license. | 8043 |
| Shawn Blanton | 12/2/2003 | Inmate at Hopkins Co. Jail - knew Brandon | Brandon was known as "anyone's bitch" b/c he would do anything, including sex acts on other inmates, to get cigarettes or anything he needed. Brandon always in lock up. Didn't know anything about the escape. | 7705 |

JA 7006

## Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Charica Davis | 12/2/2003 | Tracey Davis' sister | Doesn't know BB. Boyfriend, Donnie Durham, knew BB, in Hopkins Co jail when BB was there. | 7867 |
| Mark Phebus | 12/2/2003 | Charlotte's boyfriend | BB has low IQ, no driver's license. Denies picking up Fulks/BB after their escape. | 8216 |
| Lindsey Clan | 12/3/2003 | Was in Christen Co. jail w/ Veronica Evans | Read letters Fulks sent Veronica, onlyl remembers one letter which was received after Fulks escaped. Said: "I'm sorry. I have got to go." Veronica told her how Fulks treated her. | 7826 |
| Donnie Durham | 12/3/2003 | In Hopkins Co. Jail w/ BB | BB wanted to fit in. BB is "easily manipulated and always a follower." Inmates all talked about escape plans, Fulks/BB escaped using one of the talked-about plans. | 7891 |
| Major Randy Hargis | 12/3/2003 | Madisonville, KY PD | Unable to locate report concerning Det. Johnson's arrest of BB 2/2/01. Agreed to honor request for police reports, investigative reports, arrest reports, etc. | 7998 |
| Alishia Sharpe | 12/3/2003 | Knows BB | She basically loves BB. Heard about BB escaping, but didn't know about the murders. Never had a driver's license. Always a follower. | 8332 |
| Carol Sharpe | 12/3/2003 | Knows BB | Felt sorry for him. Never seen BB drive. | 8333 |
| Major Brad Boyd | 12/4/2003 | Christen Co. Jail | Supplied Mjr. Boyd w/ a release form for med/jail records on Veronica Evans. Recordsindicate V was arrested 9/30/02 and released 11/15/02. Charged w/ 2 counts of receiving stolen goods and 1st degree criminal child abuse. Also received a list of phone #s V called between 11/01/02 and 11/15/02 | 7711 |

JA 7007

## Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Nancy Andrews | 12/7/2003 - email sent regarding Andrews | In jail w/ Veronica Evans | Veronica apparently told Nancy the following story after being on the phone with Fulks: "… Chad was have'n sex with one of the woman in the back seat, and d ude was driving and Chad was chocking, the woman while he was having sex with her, and the guy I don't know his name , was upset and Chad supposedly choked her till she passed out , and dude was telling him to stop and Chad started stabbing the girl , i want to say when he got through , she was wrapped up in something, not sure, Damn , they took her somewhere, he kept her with them for a while I am certain of that, I know I am.then they took her some where , I don't know but , how I know of this one of her letters told her to call somewhere and she talk ed to him , on the phone , she was upset , because she knew the woman was hurt , , and Veronica got a letter next telling her she was > part of it now because , she knew what happened to the lady ...." | 7602-7603 |
| Linda McCoy | 12/9/2003 | Was in jail w/ Nancy Andrews | Doesn't remember Veronica Evans. | 8116 |
| Tammy Simmons | 12/9/2003 | Knows Veronica Evans | Allowed VE and another woman to use her three-way calling on her home phone. Connected VE to Robert Stallard. Never connected VE to Fulks. | 8335 |
| Veronica Evans | 12/10/2003 | Fulks' ex-wife | Received a letter from Fulks after he escaped. She never talked to hima fter he escaped and never told Nancy Andrews anything pertaining to the murders. Said Nancy read about it in the paper. Check of papers between 11/4/2002 and 11/20/2002 did not reveal any article that stated the particulars received from Nancy Andrews. | 7903 |
| Sgt. Paul Johnson | 12/11/2003 | Madisonville, KY PD | Arrested BB for forgery. Doesn't think BB was smart enough to escape from jail on hiw own. He's a follower, easily manipulated.  Would testify if subpoenaed. | 8040 |

JA 7008

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Angel Eicholz McCoy | 12/12/2003 | Was in Hopkins Co. Jail 7/18/01-04/24/03 | BB got into fights for attention, just wanted love. Never talked to her about plans to escape or Fulks. | 8113 |
| Denise Benson | 12/15/2003 | Tina Severance's friend | Tina told her re: robbery in Conway and shooting at Carl Jordan. Tina cleared out Fulks' trailer after he escaped b/c he told her too (incl. Veronica's stuff). Allegedly left w/ Fulks b/c he wanted to marry her in Wva. Fulks and Veronica lived in IN under assumed name. "Tina was very popular with inmates at Westville. She would bring them home with her after they got out of jail." Tina told her about how after the AD murder, Fulks/Basham were staying at an unknown girl's house in WVA and let her drive the BMW around. Andrea Roddy would set up sexual encounters for money on the internet. | 7679-7680 |
| Tammy Perez | 12/15/2003 | Lived next door to TS | Thinks TS and AR know more about Fulks/BB crime spree than they're letting on. Might even know where bodies are. | 8210 |
| Dina Babar | 12/16/2003 | Veronica Evans' aunt by marriage | Dina was a stripper, Veronica picked her up from work and that's how she met Fulks. Veronica also a stripper, but stopped dancing when she met Fulks. Dina and Tina went to get Veronica from IN when Fulks beat her up in the past, but Veronica would always go back. Christian's father allegedly beat V and put her head through a wall. V not stable enough to have/take care of ch ildren. V accused father of raping her. Kicked out of foster care for having sex with foster father. Will write a detailed statement later. From Addendum dated 4/16/04: Possibility of a videotape of Evans perfoming a sex act on a black male. Veronica is a habitual liar. Joe Jones allegedly videotaped Veronica performing sex acts on him. | 7619-7620 |

JA 7009

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Joe Jones | 12/16/2003 (estimate) | Sex tape w/ Veronica Evans | Said Veronica knew he was taping her and allowed it. Destroyed all but one tape. Gave the 8 mm tape to Carolyn Graham. | 7619 |
| Debbie Cincoski | 12/17/2003 | Porter Co. Probation & Parole (Severance's PO) | Has notes of conversations w/ Tina and in her notes are statements re: Fulks and Basham. Tina told her Fulks/Basham talked in front of her about what they did with the women they kidnapped. Will share these notes and all other info but will need a subpoena to do so. | 7822-7823 |
| Mary Jo Jarvis | 12/17/2003 | Knew TS | During Nov/Dec 2002, TS called her a number of times collect from MB. TS told her Fulks and BB would drug them and leave motel in her van. TS wanted Jarvis to come get her or send her money to get away. TS said she was afraid BB would kill her and Andrea b/c they knew too much. | 8018 |
| Tina Severance | 1/12/2004-1/13/2004 | With Fulks and BB on crime spree | She wasn't home 1/12, so they went back 1/13. Said on 11/6/02, after Fulks and BB escaped, Fulks sent BB to TS' door to ask for her. [Same story she told to LEOs in 2002] Fulks allegedly in contact w/ VE. Fulks and BB both told her they escaped. Fulks brought up idea of stealing guns from Talsma. BB in charge of weapons, but Fulks was the leader. Said BB threatened her with a gun. Fulks said BB wanted TS gone. Said they could take her letters pertaining to Fulks, Dwayne, and VE. | 8303-8305 |
| Marsha Berger | 1/14/2004 | Director of HR Coachman RV in Middlebury, IN | Verified that Fulks worked at Coachman from May 15, 2002 to May 20, 2002. Dwayne Fulks (brother) currently employed there. | 7828 |
| Tina Severance | 1/18/2004 | With Fulks and BB on crime spree | Fulks and BB "both in charge." Fulks smarter than BB. BB in charge of guns and checkbook stolen from a car, Fulks in charge of everything else. BB stole a necklace in MI, added a heart-shaped ring after W.Va. | 8307-8311 |
| Allen Ludwig | 1/20/2004 | | Left voicemail. No contact as of 1/22. | 8102 |

JA 7010

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Chief Joe Plummer | 1/20/2004 | Mattoon, IL PD | Familiar w/ Veronica, Dina, Amanda, Crystal. Bill Nettles served a subpoena on him requesting VE's records. Would give the records upon subpoena. | 8229 |
| Rob Smith | 1/20/2004 | IN State Trooper | Only involvement was assistance to FBI w/ location of area. FBI conducted interviews. | 8337 |
| James Williams | 1/20/2004 | Police Officer - Eastern Illinois University | On-and-off sexual relationship w/ VE 2000/2001. Wouldn't trust anything VE said. | 8440 |
| Denise Benson | 1/21/2004 | Friend of Tina Severance | Attached a handwritten statement from Denise Benson - what she recalls from her conversations with Tina Severance during the period Severance was in MB. Saw on the news that two people had escaped from KY jail, knew it was Fulks, went to talk to Tina. Apparently Tina knew it was Fulks and knew Fulks would come see her. Tina told her daughter that she was going to Ohio with Fulks to get married. Police took custody of Tina's daughter. A few days later Tina called Benson's sister (Tammy) and asked where her daughter was. Tina apparently said that Flks has had her drunk for days and she wants to come home but had no idea where she was. Didn't want Fulks to catch her talking on the phone. A week later Tina calls Benson crying, says she just woke up, Fulks/Basham aren't there - thought Fulks/Basham drugged her and Andrea. In another called, Tina relayed that Fulks told her to stay away from Brandon b/c Fulks thought Brandon was up to something. At one point, Fulks and Basham returned to where Tina was and were driving a black car, allegedly because her van broke down, but she had seen the news about the AD carjacking/kidnapping and thought they did it. Called police and reported her van stolen. | 7669-7678 |
| Donna Bunch | 1/21/2004 | | Attempted to contact by phone. Left a message. | 7723 |

**JA 7011**

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Beth Stills and Mike Dumbauld | 1/21/2004 | Asst. Mgr. and Mgr. of Flying J Restaurant/Truck Stop | TS worked for Flying J. No employment records. Terminated for not showing up to work. | 7930 |
| Lynn Fleck | 1/21/2004 | Property Mgr. for Woodland Village MHP | Supplied copy of TS's eviction notice and trespass notice. | 34247 |
| Neil Hannon | 1/21/2004 | KY Probation | His office unable to honor subpoena for probation records of TS b/c they're protected under state law. Will have to subpoena Debbie Cincoski if he wants to speak w/ her. | 7970 |
| Joe Jones | 1/21/2004 | Ex-boyfriend of Veronica Evans | She's a liar. Asked if he had any videos of Veronica - said he did, gave them to team (VE performing oral sex). | 8044 |
| Freddie Kinman and Veronica Evans | 1/21/2004 | Fulks' ex-wife and her new boyfriend | Workers for Fulks defense contacted FK - he told them what she was going to show BB's investigators in SC. | 8067 |
| Robert Talsma | 1/21/2004 | IN Dept. of Corrections | Knows TS, but denies having a relationship with her. Fulks and BB stole checks from him. Two weeks before TS disappeared, she said she had to go out of town to pick up personal items for a friend. Doesn't recall Fulks. | 8372-8373 |
| Deputy Brent Houser | 1/22/2004 | LaGrange Co. S.O. (IN) | Only involvement was escorting FBI around LaGrange Co. to interview Fulks' family members. | 8008 |
| Rick Potts | 1/22/2004 | Mgr. Travel America (TS' Boss) | Looking for Jeremiah Townsell. Potts doesn't know him. Potts subpoenaed to testify before GJ 2/25/03. | 8232 |
| Jeremiah Townsell | 1/22/2004 | Former boyfriend of TS | Unable to locate. | 34245 |
| Ron Yoder | 1/22/2004 | | Left a message. Will continue to attempt contact. | 34243 |
| Wayne Co. SO | 1/24/2004 | Looking for Mark Bradshaw | Said Mark Bradshaw never employed as LEO in Wayne Co. | 34252 |
| Amber Fowler | 2/2/2004 | Fulks' ex-wife | Son Devon died at 5 1/2 months suspiciously. They lived in MB for awhile. Subsequently lived in Conway. Fulks was controlling, assaultive. Told CM/GC about al ocation off of Guyann River Rd. in Huntington, W.Va. Nothing found there. | 7939 |
| Chance Grimes | 2/2/2004-2/5/2004 | | Unable to locate. GC will follow up | 7963 |
| Bobby McDaniels | 2/2/2004-2/5/2004 | | Unable to locate. GC will follow up | 8117 |

JA 7012

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Che McCoy | 2/3/2004 | Knows Fulks | Received a call in Nov 2002 re: .22 cal pistol Fulks wanted to sell or trade. Che drove to Larry's house, met BB. Fulks wanted to trade guns, finally offered Che $200 for his 9mm, didn't happen. | 8115 |
| Jason Paynter | 2/3/2004 | | Saw Fulks/BB at Larry's house Nov. 2002. In a BMW. Nothing unusual. Fulks had a 22-cal pistol he wanted to sell or trade. | 8202 |
| Larry Tomblin | 2/3/2004 | Testified at Fulks Trial - Beth McGuffin's brother | Saw Fulks summer 2002 driving a Dodge Intrepid. Nov 2002 Fulks was driving a BMW and had BB w/ him. BB was nervous, but not acting like they'd just killed 2 people. Wanted to sell/trade a gun. | 8380 |
| Mrs. Tomblin | 2/3/2004 | Beth McGuffin's grandmother | Hasn't heard from beth in awhile. All of Beth's children are with their fathers. | 8381 |
| Sgt. A.H. Arnold | 2/4/2004 | West Virginia State Police | Said Fulks could show him were Samantha's body is, wants another opportunity to interview Fulks face-to-face. Did not know Liz Johnson or her report pertaining to bra & panties found near Samantha's car. Fulks told him Brandon knew how drive, but Arnold unsure of this - if Brandon can't, he got in the car w/ Samantha and forced her to follow Fulks to the location where they killed her and burnt hercar (Haney's Branch Rd.). Allegedly put her body in the van, subsequently dumped it in the river. Should be evidence of her body being in van. Fulks has called him 2x crying, saying he wants to cooperate but his atty won't let him. During convos, Fulks said Brandon's crazy. Burns family would agree to life sentence for Fulks and Basham if they reveal whereabouts of body, prosecutors said no. | 7605 |
| Heather Goodman | 2/4/2004 | | Tried to contact Heather Goodman. Spoke to Garnett Goodman (mother), who said she doesn't know where Heather is. Will follow-up | 7949 |

JA 7013 cNair

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Sonja Johnson | 2/4/2004 | | Observed vehicle fitting description of SB's and a pick-up on Cemetary Rd. off Haney Branch. No add'l info. | 8032 |
| Mrs. Thacker | 2/4/2004 | Stacy Workman's mother | Doesn't know where Stacy is. Will contact CM or GC if she finds out. | 8411 |
| David "Nooner" Woodyard | 2/4/2004 | Knows Beth McGuffin | Contacted in an attempt to find McGuffin. Said she's at her father's house in TN. | 8442 |
| Garnett Goodman | 2/5/2004 | Heather Goodman's mother | No new info. Will contact CM or GH if changes. | 32518 |
| Mrs. Holley | 2/5/2004 | Ref Rob Holley | No new info. Will contact CM or GH if changes. | 32518 |
| Mrs. Thacker | 2/5/2004 | Ref Stacey Thacker Workman | No new info. Will contact CM or GH if changes. | 32518 |
| Larry Tomblin | 2/5/2004 | Ref Beth McGuffin | No new info. Will contact CM or GH if changes. | 32518 |
| Mrs. Tomblin | 2/5/2004 | Beth McGuffin's grandmother | No new info. Will contact CM or GH if changes. | 32518 |
| Officer Rish | 2/16/2004 | Alvin S. Glenn Detention Center Records Custodian | CM wanted to obtain records from Rish | 1095-1097 |
| JD Brooks | 2/19/2004 | Met Fulks at Atlantic Sands Motel | Mrs. Brooks said JD was in hospital, semi-conscious b/c of elevated blood pressure. She said she didn't like Fulks, he and V used them/stole from them. Fulks + V stayed with them a couple of nights summer 2002. Asked them to leave b/c they weren't interested in helping w/ bills. Reeturned the next day and broke into her house to get their stuff. | 7721 |
| Gina Moore | 2/19/2004 | Normans Cleaners - Conway, SC | Found duffel-type bag a few days after Fulks/BB incident. Contained cigarettes, jeans, socks, men's underwear, a gun, and a camo mask. | 8124 |
| Larry McQueen | 2/19/2004 | Mgr. of Beachwalk Motel (MB, SC) | Doesn't recall seeing Fulks or BB, saw TS and Roddyy. | 8126-8127 |
| Andrea Roddy | 3/15/2004 | W/ BB and Fulks | Interviewed her. Memo of interview from JBS and GH. | 32483 |

JA 7014

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Detective Allen | 3/23/2004 | Hopkins Co. Ky. Sheriff's Dept. | Had allegedly charged Basham w/ armed robbery in the past. Advised that, as far as he could remember, Basham was a juvenile at the time and was ssentenced as such, sent to Davis County JV Facility. Any records pertaining to arrest would have been sent to Davis County facility which has been closed. Advised to contact Connie Kirkwood to help get these records. | 7599 |
| Det. Randy Chapman | 3/23/2004 | Vanderbaugh Co. (IN) Sheriff's Dept. | Showed CM/CG where BB and Fulks allegedly tied Hawkins to a tree (10 miles from Sheriff's Office). Area not well known to outsiders, BB and Fulks must've been familiar w/ the area. | 7814 |
| Harold Tosh and Jerry Tosh | 3/23/2004 | | CM had been told by Mark Phebus that Jimmy Basham would go to FL to transport drugs for Harold. Harold allegedly serving time in fed institution. No records pertaining to Harold or Jerry (son). Phebus said Harold Tosh recently deceased, Jerry Tosh released from FL fed prison. | 8386 |
| Connie Kirkwood | 3/24/2004 | Hopkins Co. Ky. Sheriff's Dept. | Following a lead from Det. Allen, contacted Mrs. Kirkwood to try and get records from Davis County facility. She advised to contact Billy Hatfield in Frankfurt for assistance. | 7599 |
| Billy Hatfield | 3/24/2004 | Hopkins Co. Ky. Sheriff's Dept. | Following a lead from Connie Kirkwood. Hatfield said that any JV records going back as far as those at issue have been destroyed | 7599 |
| Amber Brooks | 3/24/2004 | At Western State Hospital around same time as Brandon | Knew him for 2-3 weeks in Jan 2001. Denied being his GF. Doesn't want contact with him. Maybe called her collect once, she didn't accept. | 7720 |
| Not an interview - records check | 3/24/2004 | Davis Co. Ky. Courthouse | Conducted records check on BB, Fulks, Evans. Found nothing. Also conducted records check w/ Owensboro PD, nothing. | 7851 |
| Donna Ferrell | 3/24/2004 | Hopkins Co. Jail CO | BB was a follower. | 7931 |

**JA 7015**

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Sharon Link | 3/25/2004 | Nurse at HCDC | BB was a troublemaker and a manipulator. Surprised he escape b/c he wasn't smart enough to plan the escape on his own. | 8091 |
| Regina Moore | 3/25/2004 | Worked in booking at HCDC | Was off the day BB and Fulks escaped. BB is a follower. | 8122 |
| Charlotte Basham Morris | 3/25/2004 | BB's sister | Accompanied her to pick up records from various places. | 8123 |
| Nancy Hoffman | 3/26/2004 | HCDC - Lt. in charge of shift | Knew BB and Fulks. BB knew right from wrong, but was a follower. Was a manipulator. | 7991 |
| Jewel Dickerson | 3/29/2004 | Inmate at Hopkins Co. Jail - knew Brandon | Didn't know Fulks. BB never did things on his own - people put him up to things. BB singled out. BB like a six yo. Surprised BB charged w/ murder. | 7850 |
| Glenn Goodsell | 3/29/2004 | Sgt. At HCDC | BB was a follower. Goodsell was off the day of the escape. BB liked to "play the system." | 7950 |
| Daryl Gossett | 3/29/2004 | HCDC employee | Was off the day of the escape. Knew BB and Fulks. "It didn't take a smart person to figure out a way to escape from HCDC." | 7954-7955 |
| Jeremy Witherspoon | 3/29/2004 | | BB was a troublemaker in jail. Disrespectful toward correctional officers. No one liked him. | 8443 |
| Lisa & Scott Franks; Sally Gray; Karen Hayes; Deputy Jay | 3/29/2004-4/5/2004 | HCDC employees | Unable to establish contact with the employees. | 7933 |
| Phyllis "Cookie" Raines | 4/4/2004 | Knows TS | AR told her Fulks and TS were the ringleaders of the crime spree. TS told her LEOs found body after dragging the river in Huntington and Fulks hysterical b/c that's the same area as where they dumped SB. AR told her one of the women Fulks/BB kidnapped was forced to jump off a bridge. "[A]s far as she is concerned Brandon killed those women, not Chad." | 8240-8241 |

JA 7016

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Dave Gustofason | 4/5/2004 | Reporter with Charleston, WVA Gazette | Used to work for Sun News in MB. Interviewed TS after Donovan carjacking. Needed to clear any convo w/ Sun News' attorneys. | 7960 |
| Eileen J. Hosick | 4/12/2004 | TS' friend | Last saw TS 12/2003. No info about the incident or about TS. Concerned about Cassandra. | 7997 |
| William Michael Kalina | 4/12/2004 | TS' former fiance | He left her b/c she moved in with a Latin King member. He's a former member of Gangster Disciples, now in the Marines. Saw TS late summer 2003 - bragging about involvement w/ Fulks. He thinks she's proud of her part in the crime spree. | 8053-8054 |
| Trinity Milner | 4/12/2004 | Knows TS | Spoke w/ Trinity's sister. Knows nothing about Tina. | 8120 |
| Jennifer Long | 4/13/2004 | Listed on visitation roster at Westville CI for Fulks as a family friend | Unable to locate her. | GH1398 |
| Veronica Evans | 4/16/2004 (date of Memo) | Married to Fulks | Disclosed that Fulks took naked pictures of her and she thinks Tina Severance may have taken them or Madisonville, KY PD had them. No other pictures/videos/etc. that could be used to discredit her. When she found out about the video from Jones, she became very defensive and wanted it mailed to her. CM told her only he and Carolyn Graham knew about it and it couldn't be used against her. | 7619 |
| Brian Fleming | 4/19/2004 | Inmate at Hopkins Co. Jail - knew Brandon | Had nothing to say re: Fulks and BB. | 7932 |
| Henry Hardy | 4/19/2004 | In RCDC w/ BB and Fulks | BB "gullible." BB smart, but no common sense. BB is a follower, Fulks is "the ringleader." | 7982-7983 |
| James Hawkins | 6/2/2004 | Victim | Said he thought Fulks wanted to kill him and would have given the opportunity. | 7987 |

JA 7017

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Anthony Cremeans | 6/6/2004 | Testified in Fulks Trial - present at Tomblin's house in Nov. 2002 when Fulks/Basham showed up in Alice Donovan's BMW | Fulks did all the talking, Brandon shy. Fulks said he bought the BMW with cash from a settlement for a job injury. Thinks everything Fulks told him was a lie; Fulks was a habitual liar and it's hard to tell when he's telling the truth. | 7813 |
| Larry Tomblin | 6/9/2004 | Testified in Fulks Trial | Grew up with Fulks. Fulks "always in control." Saw Fulks Nov. 2002 - showed up at his house driving a BMW. BB in the car. Wanted to sell/trade BMW and a gun. | 8379 |
| Carol Hunter | 7/20/2004 | Lives in DeFatte's old house | Doesn't know the DeFatte's. | 8551 |
| Amy Jenkins | 7/20/2004 | | BB said Amy Jenkins lives in the last mobile home on the left in Chateau MHP. Actually the spot of Marsha Williams, who moved June 2002. | 8603 |
| Brad and Tori Defatte | 7/21/2004 | Thomas Dafatte's son and daughter-in-law | Tori: Doesn't know Basham family and unaware of relationship Thomas had with them. Brad doesn't know of father's relationship with Bashams; Brad knows Larry Basham. | 7845 |
| Jason Rittenhouse | 7/21/2004 | Went to elementary school w/ BB | BB not very smart, always getting into trouble. Doesn't know why BB would call him "the person who cares about him the most." | 8243 |
| Brian Wiles | 7/21/2004 | HCDC | Never had contact w/ BB or Fulks. Left HCDC before escape. | 8415 |
| Off. Gene Zell | 7/21/2004 | Henderson, KY Police Dept. | Worked at HCDC until May 2002. Aware of "scheme" where BB and Barber attempted to pull off an escape while at old jail. Says BB is: disruptive, disrespectful, manipulative. | 8451 |

JA 7018

## Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Jeremy Wayne Barber | 7/22/2004 | Friend/Cellmate of Basham | Has known Brandon since they were 9. Brandon allegedly saved his life in Hopkins Co. Jail. Correctional officers beat Brandon and treated him badly -- would put him in solitary for no reason for days at a time. Said that Amanda Churchwell, Bucky Emory's niece, caught Basham and Bucky having sex in Bucky's car. | 7618 |
| Sally Gray | 7/22/2004 | Booking officer at HCDC | BB was sneaky, a follower, uneducated. Not smart enough to escape from jail. | 7956 |
| Timothy Allen Hardy | 7/22/2004 | Knew BB from HCDC | Not much to say. Doesn't think BB did the killing, Fulks did all the killing. | 7975 |
| Marvin & Peggy Phillips | 7/22/2004 | HCDC workers (retired) | They want to help BB. Describe him as disturbed, mischevious, child like, very low IQ, good natured. | 8217; 8219 |
| Jimmy Hill | 7/23/2004 | Knew BB when they were younger | BB would do anything to get something he wants. Never seen him drive. | 7971 |
| Trooper Brent Hunter | 7/30/2004 | Ohio State Trooper | No add'l info re: Fulks other than initla report. Never had contact w/ BB, only Fulks. | 8012 |
| Trooper Malo | 7/30/2004 | Ohio State Trooper | Left message. No contact. Will follow-up. | 8012 |
| Aaron Carlos | 8/3/2004 | Christen Co. Public Defender's Office | Wanted to speak with him, no longer there. Obtained an address and passed it on to Steve Hisker. | 7731 |
| Margie Woods Jimenez | 8/3/2004 | Knew BB | Had on-and-off relationship w/ BB until she moved. BB took her car w/o permission one time. BB is a manipulator and a follower. BB is a compulsive liar. Doesn't want to testify | 8030-8031 |

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Patricia Sue Blake | 8/4/2004 | Brandon's aunt | Married to Bobby Blake for 2 years, divorced for 15. Patricia GROVES Blake was married to Darryl Blake (deceased). Bobby and Darryl are Kathy's brothers. As long as she's known Jimmie and Kathy, Jimmie was an alcoholic and Kathy was a drug user. The entire family will lie for each other. Doesn't have a single good thing to say about the Blake family. Charlotte and Brandon both out of control. Brandon never had a real parental figure to loko up to. Kathy complained Brandon was a problem child. Not surprised that Brandon's in trouble. | 7698 |
| Barbara Massey Campbell | 8/4/2004 | Neighbor | Willing to testify if needed. | 7727 |
| Lindsey Everly | 8/4/2004 | BB's schoolmate | Didn't know BB or the people he hung around with. | 7915 |
| Sgt. Paul Johnson | 8/4/2004 | Madisonville, KY PD | Nothing new to add. | 8041 |
| Crystal Massey | 8/4/2004 | Knows Brandon | Willing to testify if needed. | 8109 |
| Keith Virgin | 8/4/2004 | Hopkins County Public Defender's Office | Located at PD's Office, not Madisonville Police Dept. Hisker will follow-up. | 8397 |
| Ellis McKechnie | 8/5/2004 | BB's uncle | BB never had a chance. | 8156 |
| Misti Dame Reynolds | 8/5/2004 | CO at HCDC | BB wouldn't have thought of escape on his own. He's a follower. BB would do whatever he was told to do. | 8242 |
| Sgt. Tim Davis | 8/9/2004 | Madisonville, KY PD | No reference of Eddie Cowan sexually assaulting BB. Involved in an interview w/ BB at Charter (Evansvillle); BB a suspect in sexual assault on Suggs Street. | 7843-7844 |
| William R. "Bill" Gray | 8/10/2004 | Was married to Kathy Basham in 1970 | Didn't know BB was Kathy's son | 7959 |
| Dean Latham | 8/10/2004 | Kathy's 1st Husband | Hasn't seen or heard from Kathy since their divorce more than 35 years ago. | 8080 |
| Eddie Cowan | 8/11/2004 | Neighbor | Brandon was a good kid, "mother and father weren't worth a shit." Brandon given drugs and alcohol at a young age. | 7732-7733 |

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Adeline Gordon | 8/11/2004 | BB's babysitter | Agreed to talk to JBS, but doesn't want to be involved or subpoenaed to testify. | 7953 |
| Barbara Smith | 8/11/2004 | Married to Randall Basham for 7 years (40 years ago) | No contact w/ Basham family in over 40 years. | 8338 |
| Patricia Moore Whitescarver | 8/11/2004 | | Not at listed address. She wouldn't be a cooperating witness. | 8413-8414 |
| Kevin Carlisle | 8/12/2004 | Medical Center Ambulance, Madison, KY | Transported Brandon on 2 occasions from Hopkins Co. Jail to medical facility after suicide attempts. Brandon wanted pen/paper in ER, wrote that he faked the hanging by taking a shoestring or cord of some type and rubbing it across his throat to cause a burn. | 7729-7730 |
| Deputy Samuel Dillingham | 8/12/2004 | Hopkins Co. Detention Center - 2nd Shift | Follow-up to 8/12/04 w/ LW/PT. Nothing changed since that interview. | 7871-7872 |
| Paul Arisan | 8/12/2004 | HCDC | Served subpoena for BB's educational records. Obtained and turned over to GH. | 8007 |
| Tommy Blake and Becky Jarvis (JBS notes) | 8/17/2004 | Brandon's maternal aunt and uncle | Both are estranged from Blake family. Tommy thinks Brandon's a nut - no intellectual capacity, very low intelligence. Never had guidance re: right/wrong. Brandon started doing drugs around 9 or 10 b/c of mother's influence. Had to literally force him to take his meds. Kathy didn't know how to show Brandon she loved him. Brandon incapable of planning, probably had mental problems since birth. Tommy agreed to come to trial if someone went and got him. | 7702-7704 |
| Sgt. Tim Davis | 8/17/2004 | Madisonville, KY PD | Follow-up to 8/9 interview. No evidence concerning alleged sexual assault committed by or against Cowan or BB. | 7843-7844 |
| Scott Ford | 8/17/2004 | Neighbor (?) | Doesn't remember BB, knows Charlotte. Girlfriend (Teresa Parker) knows BB, hasn't heard from him in years. | 7935-7936 |

JA 7021

## Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Kim Sizemore Mortellaro | 8/18/2004 | Lived next door to BB and father | Knows BB and Charlotte, but no help otherwise. | 8125 |
| Bobby Rymal | 8/18/2004 | Knew BB | BB used to huff. Hasn't seen Basham family in a long while. | 8279-8280 |
| Brender Dwyer Zeller | 8/18/2004 | Knew BB | BB didn't do drugs in front of her. She will testify if needed. | 8452 |
| Denise Baker | 8/19/2004 | Hopkins Co. Detention Center | Worked there for less than 2 years, wasn't there in Nov. 2002 at time of escape. Remembers Brandon as an inmate, no direct dealings with him. No dealings with Fulks. | 7616 |
| Alishia and Carol Sharpe | 8/19/2004 | Knew BB | Alishia doesn't want BB to get death penalty and will testify on his behalf. Couldn't get in touch w/ Carol. | 8334 |
| Rebecca "Becky" Morgan | 8/20/2004 | Cousin | Charlotte said Becky would be helpful in contacting Patricia Moore. She wasn't cooperative and was no help. | 8648 |
| Major Chris Schaffer | 8/20/2004 | HCDC | Asked if 8/30/02 contraband charge would result in BB serving add'l time. Response was yes, but would be served concurrent w/ whatever time he had remaining. | 8293-8294 |
| Betty Burroughs | 9/7/2004 | Alvin S. Glenn Medical Staff | Conducted initial interview w/ BB when he arrived at Alvin S. Glenn. No follow-up, no other contact. | 35173 |
| Terry Gilley | 9/7/2004 | Alvin S. Glenn | Attempted to contact. | 35184 |
| Ronald Hayes | 9/7/2004 | Alvin S. Glenn | BB acts his age, is a leader and has an aggressive personality. BB is of normal intelligence. | 35179 |
| Arnetra Hayward | 9/7/2004 | Alvin S. Glenn | Attempted to contact. | 35182 |
| Manwello Mack | 9/7/2004 | Alvin S. Glenn | BB knows who he can manipulate and who he cannot manipulate - suggests he's a leader and a manipulator. BB has street smarts and institutional smarts. He's not that stupid, can handle himself. | 35174 |
| Micah Rogers | 9/7/2004 | Alvin S. Glenn | Attempted to contact. | 35194 |
| Sgt. Jeanne Schull | 9/7/2004 | Alvin S. Glenn | BB is immature, cuts himself for attention. BB is a follower, but has street and institutional smarts. | 35180 |
| Kimberly Spence | 9/7/2004 | Alvin S. Glenn | Attempted to contact. | 35181 |

JA 7022

## Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Robin Terry | 9/7/2004 | Alvin S. Glenn | Attempted to contact. | 35183 |
| Sgt. Christine Watkins | 9/7/2004 | Alvin S. Glenn | BB is "juvenile" acting, but seems to be intelligent and cunning, easily able to manipulate others. | 35176 |
| J.C. Weston | 9/7/2004 | Alvin S. Glenn | BB doesn't appear harmful to others, doesn't know BB well enough to assess whether he's a leader or follower. | 35178 |
| Scott Woods | 9/7/2004 | Alvin S. Glenn | BB has a wild side. BB is a follower, but is "sneaky smart" and does a lot of plotting. | 35177 |
| Sgt. Curtis Bufford | 9/8/2004 | Alvin S. Glenn | Likes attention. BB thinks of himself as a leader, knows who he can control. BB has common sense, street smarts, institutional smarts. | 35191 |
| Eric Dash | 9/8/2004 | Alvin S. Glenn | BB is a follower, but is not stupid - can handle the system. | 35185 |
| Sgt. Paul Jarvis | 9/8/2004 | Alvin S. Glenn | BB is immature, can be harmful to others. Is a leader - "knows exactly what he is doing and how to get people to do things for him." Not stupid. A fighter. | 35190 |
| Jimmy Kinsey | 9/8/2004 | Alvin S. Glenn | BB immature, but is a leader. BB knows how to manipulate the system. | 35187 |
| Dean Morgan, LPN | 9/8/2004 | Alvin S. Glenn (night nurse) | BB is calmer on medication. BB was a different person before he met Fulks - wouldn't hurt anyone. BB is a follower, Fulks used him. BB's not stupid. | 35175 |
| John Reid | 9/8/2004 | Alvin S. Glenn | Had little, if any, contact w/ BB. Can't remember any problems w/ BB. | 35186 |
| Robert Waters | 9/8/2004 | Alvin S. Glenn | BB is immature, definitely not a leader. BB has high tolerance for pain - can take and give it. | 35189 |
| Jimmy White | 9/8/2004 | Alvin S. Glenn | BB is immature, likes to be in control. May be a leader - has no problem surviving in prison. No book smarts, but has street smarts and institutional smarts. Has screwed up priorities - wanted to leave Daniel Goldberg (who was reading him discovery) to go play cards w/ friends. | 35192 |
| Bruce Wright | 9/8/2004 | Alvin S. Glenn | BB is immature, is a loner. Not stupid, has street smarts. | 35188 |

# Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Kenneth Brown | 9/9/2004 | Alvin S. Glenn | BB is immature, harmful to others b/c he's unpredictable. BB is a follower, not very intelligent. | 35170 |
| Antwane Goldwire | 9/9/2004 | Alvin S. Glenn | BB is immature, a follower, but has street smarts and institutional smarts. | 35171 |
| David Silliman | 9/9/2004 | Alvin S. Glenn | Didn't have contact w/ BB, doesn't remember any problems. | 35172 |
| Sgt. Clarence Stutts | 9/9/2004 | Alvin S. Glenn | If BB or any other inmate bit, punched, hit, kicked, spit, gouged, scratched, etc. a correctional officer or anotherinmate, there would be a disciplinary report. | 35168 |
| Francis Elwood | 9/15/2004 | Butner FMC | Never had physical contact w/ BB. Monitored a phone call btwn BB and his mother, wherein BB told his mother how to smuggle in money for him. | GH0064 |
| Lt. Eddie Ledford | 9/15/2004 | Butner FMC | BB overreacts, but can be calmed w/ time and patients. BB is an instigator, disruptive, needs to be isolated. BB is smart and is capable of hurting or killing someone. "Basham is very aggressive and manipulative." | 41395 |
| Det. Addison | 9/20/2004 | Conway PD | Remembered talking to Clifford Jay. Written report from 12/24/2002 records conversation w/ Clifford Jay. Nothing more to add. | 8457 |
| Tommy Blake | 9/20/2004 | BB's uncle | Didn't think he could come to SC to testify. BB not capable of doing the things he's accused of, but might've been there when they happened. Will make arrangements for him to come to SC. | 8469 |
| Costello Dobey | 9/20/2004 | Alvin S. Glenn | Has never personally been able to calm BB down by talking to him. Could be harmful to self/others, but only for attention. Can't say if he's a leader or a follower. Doesn't know if he's smart or not. Considers BB one of the worst inmates in Zulu. | GH1124 |

JA 7024

## Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Sgt. Roy Johnson | 9/20/2004 | Alvin S. Glenn | BB overreacts about everything. Harmful to others, likes himself too much to commit suicide. Could be a leader or a follower, depending on the situation. BB has institutional smarts. He's a constant problem. | GH1122 |
| Preston Moore | 9/20/2004 | Alvin S. Glenn | Acts childish. Could be harmful to others and himself. Would be a leader on the streets. "Sneaky intelligent smart" - knows who he can manipulate. | GH1127 |
| David Morris | 9/20/2004 | Hopkins Co. Sheriffs Dept. | Doesn't remember Clifford Jay telling him BB stated "We killed them." He contacted Det. Addison (Conway PD) Jay's information. Didn't write a report or ask Jay questions. | 8649 |
| David Riley | 9/20/2004 | Alvin S. Glenn | BB would be harmful to others b/c he's sneaky. Would never consider him a elader. Not very smart, but is strong and can take people in a fight. Hard to deal with. | GH1126 |
| Doris Samuels | 9/20/2004 | Alvin S. Glenn | Only had contact when BB attempted suicide and she served as a negotiator. Her services were not needed. | GH1125 |
| Jerome Wells | 9/20/2004 | Alvin S. Glenn | Told prosecution's interviewer that BB was a follower, no worse than other inmates, more concerned with what other inmates think of him. | 41202 |
| John Whittleton | 9/20/2004 | Alvin S. Glenn | BB overreacts all the time, especially when he doesn't get his way. More harmful to himself than to others. Will do what he wants to do and gets others to do things for him - could be a leader. He's intelligent and has common sense. | 41236 |
| Nicholas Daniels | 9/27/2004 | Alvin S. Glenn | BB overeacts. Doesn't act his age, immature. Would be harmful to others. Follower. No book smarts. | 32441 |
| Volomac Hamilton | 9/27/2004 | Alvin S. Glenn | No contact or altercations w/ BB. | 32438 |
| Sgt. Keith Karn | 9/27/2004 | Alvin S. Glenn | BB immature at times, harmful to others, a follower. Very manipulative, but no common sense. | 32439 |
| Leon McMillian | 9/27/2004 | Alvin S. Glenn | BB has a lot of hostility and is harmful to others. BB has common sense, just doesn't know how to use it. | 32440 |
| Micah Rogers | 9/27/2004 | Alvin S. Glenn | No firsthand knowledge of BB. | 32436 |

JA 7025

## Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| James Smith | 9/27/2004 | Alvin S. Glenn | BB is immature, harmful to others. Could be a leader or a follower. | 32437 |
| Lt. Robin Terry | 9/27/2004 | Alvin S. Glenn | Could talk to him and calm him down. He's immature. He'd be harmful to others. BB is a leader. "A wolf in sheep clothing." Intelligent, manipulating. | 32442 |
| Cheryl Denny | 9/28/2004 | Nurse at Columbia Care Center/Part-time at Alvin S. Glenn | Caught BB hoarding meds. | 32443 |
| Travis Felder | 9/28/2004 | Alvin S. Glenn | BB would be harmful to himself and others. BB has street smarts. BB is strong, will fight. | 32430 |
| Mr. Gaston, RN | 9/28/2004 | Alvin S. Glenn | BB no different from other inmates. | 32444 |
| Raymond Hilliard | 9/28/2004 | Alvin S. Glenn | BB immature, harmful only to himself. Could be a leader. Fairly smart - has common sense. Has shown remorse as far as family of AD concerned - has pictures of them. | 32435 |
| Francis Kirkland | 9/28/2004 | Alvin S. Glenn | BB would be harmful to others. Is a wanna-be leader, but really just a follower. Has some book smarts, a lot of street smarts. | 32431 |
| Robert McEachern | 9/28/2004 | Alvin S. Glenn | BB would harm others before himself. Can be a leader. Very intelligent as far as street smarts are concerned. | 32434 |
| Ernest Simmons | 9/28/2004 | Alvin S. Glenn | BB acts like an adult, has street smarts. Tlaks a big game. Causes his own problems. | 32432 |
| Sgt. Walter Smith | 9/28/2004 | Alvin S. Glenn | BB is immature, a follower. Has street smarts. | 32433 |
| Kimberly Spence | 9/28/2004 | Alvin S. Glenn | Filed a report b/c BB masturbated in front of her. | 32445 |
| Floyd Wilson | 9/28/2004 | Alvin S. Glenn | BB overreacts. Doesn't see a difference in him on or off his meds. BB not a leader. Book smarts. | 32428 |
| Teddie Whaley | 9/29/2004 | Alvin S. Glenn | BB harmful to others and himself. Could be a leader, depending on the circs. BB can hold his own. Not smart or intelligent, but street smart. | 32429 |
| Shellie Anderson | 10/8/2004 | Butner FMC | Only one issue w/ BB - didn't want to give up his underwear. Talking to him doesn't work. | 32446 |

JA 7026

## Carlisle McNair Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Cheriss White | 10/8/2004 | Alvin S. Glenn | BB exposed himself to her 4 times. A lot of inmates have issues w/ women. | 32447 |
| Det. Tony Allen | 10/11/2004 | Myrtle Beach PD | Remembered arresting Fulks and Heather Goodman. Nothing to add to police report. | 37257 |
| Arnetra Hayward | 10/11/2004 | Alvin S. Glenn | Inmates would expose themselves to her. Not interviewed by prosecution. | 32448 |
| Kimberly Saunders | 10/11/2004 | Alvin S. Glenn | Resigned from Alvin S. Glenn b/c of medical problem. Cannot find her address w/o a subpoena. Director Myers will send her a letter asking her to contact CM. | 37256 |
| James Boston | 10/13/2004 | Alvin S. Glenn | BB overreacts, causes problems by running his mouth. BB can be a leader and a follower. No different from other inmates - has good days and bad days. | GH1185-1186 |

**JA 7027**

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Brandon Basham | 9/10/2003 | Defendant | Revealed he was a witness in a sexual abuse case from Methodist Home. Also indicated sexual abuse by Mr. Carl at Cardinal Center. Lisa Claire was an attorney for him in the past, she took him home with her and he played with her son and dog until his mom picked him up. | 7625 |
| Lisa Claire | 9/16/2003 | Dept. of Public Advocacy Attorney | Represented Brandon when he was 16 on a habeas matter. Brandon had been in psych facility in Evansville, IN and was denied appearance in court proceeding in KY (no atty). Judge furious, released Brandon. Lisa took him home w/ her until his mom could come get him. Brandon was on same development level as her 7/8 year old sons. Didn't see Brandon as violent or threatening. He's a follower w/ a psych/mental handicap. Gave info on another juvenile atty that represented BB. | 7824-7825 |
| Tim Arnold | 9/17/2003 | Juvenile Attorney (?) | Conflicted off of a case b/c Brandon fought w/ another client. Looked up Brandon in DPA case tracking system. Said Peggy Sturgill (no longer w/ DPA, bad circs) represented Brandon for ~5 days, made a couple of phone calls re: release, but he turned 18 so rep ceased. She noted client was mentally ill, wanted to go home. Umeka Foreman rep Brandon on charged for which he was incarcerated. No longer w/ DPA. Stressed getting all DJJ records to see what they say re: mental/psych health. | 7607 |
| Dian H. Blair | 9/30/2003 | On duty during escape from Hopkins Co. Jail. | Had address, located residence, but nobody was home. | 7681 |
| James Hawkins | 9/30/2003 | Victim | Attempted to interview. Not home. | 7986 |
| Major Chris Schaffer | 9/30/2003 | Hopkins Co. Jail | BB a follower, but not violent - mouthy and pushy like a child. BB probably had ADD issues. No book sense, but "200% common sense." Not "smart," but able to do things like take toilet paper tubes and make speakers for his radio. Doesn't know much about Fulks. Doesn't see BB as a cold-blooded killer, but is capable of crime. Knows right from wrong. Generally not violent. Called in on the search for Fulks and BB. | 8289-8292 |

GOVERNMENT EXHIBIT 179
PENGAD 800-631-6989

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Randy and Susie Bolinger | 10/8/2003 | Neighbors (?) | Randy said Brandon was retarded, Kathy drew disability for Brandon. Don't know that Brandon ever drove a car. Brandon would commit petty theft. Kathy was a severe cocaine user, Charlotte a prostitute. Offered to drive and see Brandon in SC when he was first arrested. | 7706-7707 |
| Jim Lantrip | 10/8/2004 | Jailer, HCDC | After the escape, found a letter addressed to Fulks w/ TS' return address. TS had recently visited. Fulks likely en route to make contact w/ TS. Also advised BB might hide out in a school bus belonging to Joe Jones. | 8077-8078 |
| Mike Lantrip | 10/9/2003 | Madisonville PD, son of Jim Lantrip (Hopkins Co. Jailer) | Described BB as borderline mentally retarded, non-violent, and crafty. No opinion as to follower v. leader. BB didn't have mental capacity for the crimes he and Fulks allegedly committed. | 8072-8074 |
| Deputy Barnett | 10/13/2003 | Hopkins Co. Detention Center - 1st shift | Was shift commander on evening of the escape and was apparently reprimanded and received a demotion because of it. Brandon described as aggravating, immature, mouthy - like a child. Also described "as being wily and conniving, a follower, with no common sense in his decisions." Best to use simplified questions needing only simplified answers to alk to Brandon. Most problems b/c of Brandon's mouth. "BB not intelligent enough to plan all the events that unfolded." Considered FUlks the brains of the operation. | 7635-7636 |
| Deputy Samuel Dillingham | 10/13/2003 | Hopkins Co. Detention Center - 2d shift | No problems w/ BB, BB a follower, not intelligent, but street smart. Personally assisted in search immediately following escape. Dogs tracked Fulks/BB to rear of facility northwood to an empty cornfield. | 7870-7871 |
| James Hawkins | 10/13/2003 | Victim | Attempted to interview. Not home. | 7985 |
| Bill Jenkins | 11/6/2003 | Logan County Jailer | BB listed as an escape risk when he first arrivved. BB cried a lot and was a follower. Doesn't believe BB could have planned the escape and travel over several states. Doesn't know Fulks. | 8027-8028 |

JA 7029   Watson

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Detective Scott Smith | 11/11/2003 | Kentucky State Police | One of the main investigators in receiving stolen prop charge and criminal sexual conduct charge against Fulks. Also worked escape case and Hawkins abduction. Not aware of anything that might help BB. | 8341-8342 |
| Det. Brad Stevenson | 11/19/2003 | Kentucky State Police | Involved in Hawkins case. No independent recollection. Will talk when he has the report. | 8355 |
| Urban Greubel | 11/18/2003 | Overseer of Rossi Farm | Greubel and Raymond saw Hawkins tied to tree in IN. | 7961-7962 |
| Dian Blair | 12/3/2003 | On duty during escape from Hopkins Co. Jail. | Because of the escape and subsequent fallout, she's on meds and can't get a job. Members of Fulks' defense team had been there to interview her. Apparently Fulks' team had been informed by inmates that she and Brandon were having a sexual relationship ("preposterous"). Does not recall a time where Brandon wasn't in corrections. Doesn't recall having interactions w/ Fulks, doens't believe Brandon knew Fulks prior to incarceration. Remembers BB as a little kid who didn't have control or consistency in his life. He would try to hide his meds and not take them. He was a follower, childish, not capable of forming a long-term plan. Not capable of murder. Relayed that many staff used aggressive/confrontational treatment of inmates in an effort to engage them in combative behavior. This isn't the only escape that's occurred. Construction going on at the time of escape. Two weeks before the escape, she noted that one of the cameras in the corner of the rec yard wasn't facing the proper way. Apparently nothing was done about it and that's where the escape eventually occurred. On the evening of the escape, facility was short-staffed. The guard in the control tower had a habit of sleeping on the job. Blair allowed Fulks and Basham to go out to the rec yard and they subsequently escaped. | 7683-7689 |

JA 7030   Watson

## Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Assistant Chief Ratliff | 12/8/2003 | Ashland (KY) Police Dept. | Recalled nothing specific about Brandon's arrest, headed up command post during search for Brandon. Refused to allow interviewing of other officers b/c the case is still open. Other officers: Det. Bear; Brunty; Matthew Davis; Sgt. Forest DeLong; Acting Capt. Kelly; Acting Capt. Patrella; Det. Dan Mooney; Lt. Slone. | 7609 |
| Boyd County Sheriff's Office | 12/9/2003 | | All deputies acted merely as backup during search/arrest of Brandon. | 7609 |
| James Stephens | 12/9/2003 | KY State Trooper, Post 14 | Declined an interview unless subpoenaed or deposition arranged thru Commonwealth Attorney. | 7609 |
| AUSA Scott Schools | 12/10/2003 | Prosecutor | Contact re: interviewing FBI agents. Advised that all interviews must be pre-arranged thru Schools b/c he wants to be present. Will interview: Cicarelli, Patrick J. Maley, Frank S. Vito, Carl Christensen | 7609-7610 |
| Andrea and Deanna Francis | 12/10/2003 | Potential abduction victims | Mrs. Francis wanted to speak to someone before speaking to LW/GH. Not returning calls. | 7940 |
| Various | 12/8/2004-12/10/2004 | Ashland PD, FBI, Boyd Co. S.O. | Asst. Chief Ratliff (Ashland PD) recalled nothing specific re: arrest, refused to allow interviewing of other APD officers (Det. Bear; Brunty; Matthew Davis; Sgt. Forest DeLong; Acting Capt. Kelly; Acting Capt. Patrella; Det. Dan Mooney; Lt. Slone). Boyd Co. deputies simply backup. AUSA Schools to be present at all interviews of FBI agents (Cicarelli; Patrick J. Maley; Frank S. Vito; Carl Christensen) | 7941-7942 |
| Jimmie Basham - conducted by Jan Vogelsang, LW took notes | 1/6/2004 | Brandon's father | At start of interview, two men wanted to come in and make a phone call, Jimmie got into a physical altercation with one of them, they came in and were present for the entire interview. Kathy was sick and came out of the bedroom several times - when she did, she "looked like death warmed over." Gave background on family history, including highlights of Brandon's development (tree story). Said Brandon was never aggressive toward him other than defending himself when Jimmie would discipline him. Jimmie went to therapy w/ Brandon, didn't get much out of it. | 7630-7634 |

JA 7031   Watson

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Dori Branson | 1/10/2004 | Brandon's Mental Health Counselor (2nd Shift) at Charter of Evansville | Brandon was personable, likeable, and cute little boy who made the wrong choices. Suffered from intermittent explosive disorder. Dealt a bad deck, easily angered. Was remorseful when he made mistakes or acted out. Wanted to be liked. Had a chance if he'd stayed in a program and got continued nuturing/support. No significant neurological problems, but might've been bipolar. Willing to testify if necessary. | 7712-7713 |
| Kathleen Bush Daughtery, Carolyn Webster, Diana Fain, Lee Shotton | 1/13/2004 | Ex or current employees of Methodist Home | Methodist Home doesn't use medication to control youth - use a physical holding technique called "managing" and behavioral modificatono. Helped ID workers that would have had the most interaction w/ BB: James Meadows and Brenda Shaner. Shaner felt close to BB - took him fishing and he pushed her into the water. CW said BB was hyperactive, wanted to fit in, would do anything to fit in, but not mean or violent. DF said BB got away with a lot and had lots of outbursts, he was manipulative, but that was learned from being institutionalized. | 7862-7864; 7919-7921 |
| Suzanne Walker, RN | 1/13/2004 | Charter Ridge of Lexington | Didn't recognize BB, but gave general info re: processing of youth into facility. | 8419-8421 |
| Dr. Daniel Cardona | 1/14/2004 | Stoner Creek | Tried to arrange appt, wouldn't return calls w/o a release, wanted to know if he'd be paid for speaking to them. Faxed a release to him, no return call . Went to his office to see if he'd review the file and state whether he remembered BB. Waited two hours, came out and said he didn't have "ten minutes, five minutes, or even one minute to speak with [them]." Agreed to look at a file and told LW to call back next Wed or Fri. | 7800; repeated at 7803-7804 |
| Brenda Shaner | 1/16/2004 | Methodist Home | BB wouldn't have anything to do with a murder unless someone was leading him in that direction. Wants to write to him. | 8323-8324 |

JA 7032    Watson

## Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Dr. Robert Aug | 1/18/2004 | UK Dept. of Psychiatry | "[Q]uite the expert in the area of juvenile psychiatric treatment in Kentucky - inadequate at best." Potentially will testify based upon 7 week window of observation and records - Brandon is a follower. Impulsivity is a symptom of bipolar. Brandon doesn't know how to consider consequences or rules. | 7611-7612 |
| Haroletha Klausing, RN | 1/18/2004 | Independent Wellness Consultant | Attempted to ID BB by his picture - she didn't remember him. She has lots of info re: juvenile justice and social services systems in KY. Worked at Charter Ridge, Methodist Home, the Ridge. | 8068 |
| James Meadows | 1/18/2004 | House Parent at The Methodist Home | BB was very non-compliant. Thought only of the immediate, nothing of future consequences. Poor impulse control. Always lied when caught. | 8161-8162 |
| Dr. Dixie Moore | 1/18/2004 | Charter Ridge | Believes she had no contact w/ BB, only oversaw the work of Carol Bolt Baker. | 8172 |
| Dr. William G. Platz | 1/18/2004 | Stoner Creek | Can't seem to find him. Will keep looking. | 8228 |
| Dr. Chris [sic] Rivard | 1/18/2004 | Methodist Home | No luck finding her at this point. | 8251 |
| Dr. Vincent Taormina | 1/18/2004 | | Left messages - no response. | 8374 |
| Dr. Dixie Moore | 1/30/2004 | Charter Ridge | Unsuccessful in locating Carol Bolt Baker. Records indicate she never saw BB. | 8173 |
| Dr. Daniel Cardona | 1/30/2004 | Stoner Creek | Says he doesn't remember BB's face but records reflect BB had rough time in hospital. BB needed to be in locked facility until stabilized, incl step-down progression to a long-term psych facility. Would take 6-12 months to become stable b/c of bipolar dx. Characteristics of a follower and a leader. | 7801 |
| Clifford Jay | 2/3/2004 | Teacher's Aid at James Madison | Said he'd be happy to help in any way he can. | 41527 |

JA 7033   Watson

## Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Tommy Basham, Jr. and Summer Basham Ruley | 2/4/2004 | Brandon's extended family (cousins?) | Brandon was a wild child, hyperactive, always doing things he shouldn't have been doing. Kathy allowed him to smoke marijuana. Kathy would smack Brandon around and was mean to him. Brandon would come and go as he pleased. Jimmie never seen using physical force on either child.  Brandon didn't get in as much trouble when he was in Jimmie's care. Tommy, Jr.'s adoptive father sexually abused him at 13 (fondling). Summer says Kathy was a "druggie" who used crack and marijuana on an almost daily basis.  Both described Brandon as not intelligent enough to get out of town or operate an ATM. Brandon was a wild child with a rough life, Kathy gave drugs to Charlotte, Brandon, and Summer. Brandon is an absolute follower. | 7665-7667 |
| Anita Mattingly, RN | 2/9/2004 | Worked at Northern Kentucky Children's Psychiatric Hospital when Brandon was there | Related that Brandon was one of the children that "never had a chance." None of Brandon's caregivers are still at the facility. Gillingham in Ohio.  Connie Nolan has own business, believed she lived in Independence, KY | 7601 |
| Joan Andress | 2/9/2004 | Worked at Northern Kentucky Children's Psychiatric Hospital when Brandon was there | Related that Brandon was one of the children that "never had a chance." None of Brandon's caregivers are still at the facility. Gillingham in Ohio.  Connie Nolan has own business, believed she lived in Independence, KY | 7601 |

JA 7034 Watson

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Connie Baker and Brenda Shaner | 2/9/2004 | Brenda - multi agency state coordinator for social services; Connie - Worked at Methodist Home | Brenda remembers Brandon and is tearful when she talks about him. Food a big trigger for Brandon. When Brandon was in system, money was major factor in long term placements, no true long term placement facilities for children. Brandon never aggressive toward either of them, strong signs of depression. Lied when caught doing something to avoid consequences of his actions, but would eventually admit. Would act out in confined spaces. Reacted best to those who talked and listened. Does not have mental ability to verbalize. Never afraid of or threatened by Brandon. Story about Brenda's sister with CP - Brandon was very compassionate and had great empathy, great relationship w/ sister. Brenda thinks Brandon is a follower and a victim of someone w/ greater intelligence and influence. | 7621-7624 |
| David Mink | 2/13/2004 | BB was using his ID @ arrest | Attempted to locate him. Apartment vacant. | 8182 |
| Umeka Foreman | 2/18/2004 | Now with Public Defender. | Doesn't remember specifics of BB's case, but remembers he didn't have a good family life. Saw no manipulation, BB polite, not aggressive. He thanked her for her representation | 7937 |
| Lane Stonecipher | 2/26/2004 | Methodist Group Home - Youth Counselor | BB extremely impulsive. Saw sociopathic traits b/c BB never showed remorse. No long range planning abilities. Could be a leader or a follower based on the situation. "[I]n retrospect, BB clearly shows the signs of Fetal Alcohol Syndrome." | 8358-8359 |
| Mike May | 2/27/2004 | Methodist Group Home - Education Supervisor | Never afraid of BB. Assisted on many of the incident reports b/c he was male. Not capable of long-range planning; impulsive; aneither a follower nor a leader. | 8111-8112 |
| Bill Craft | 3/2/2004 | Charter School Coordinator | No recollection of BB. Only administered educational assessment to BB upon arrival. | 7837 |
| Mary Williams Davis, RN | 3/2/2004 | Charter Nursing Supervisor | No recollections of BB. | 7866 |
| Sandra Shuburg, RN | 3/2/2004 | Charter of Louisville | Didn't remember BB. Doesn't appear in his records often. | 8330 |
| Dr. Chris [sic] Rivard | 3/5/2004 | Methodist Home | LW provided records to Dr. Rivard 3/2/2004. Scheduled a meeting for 3/8/04 to discuss her recollections/impressions. | 8250 |

JA 7035   Watson

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Dr. Dewey A. Sanders | 3/5/2004 | Methodist Home | Reports indicate he found BB did not suffer from behavioral problems, but from emotional problems. Unable to speak w/ him at this point b/c he is walking across America for the United Methodist Children's Homes. He will contact LW. LW noted that the team needs to follow-up re: effect of malnutrition on someone w/ BB's genetic problems and environmental problems. | 8286-8287 |
| Leon Farley | 3/9/2004 | Worked for DJJ; after retiring, worked at Louisville day Treatment Center in 2000 | Remembered Brandon and reviewed his records - immature, on psychotropic meds. Attention-seeking; emotional problems caused behavioral problems. Brandon always pleasant and cooperative, never saw him in group setting. Extremely impulsive, a follower and scapegoat. Unusual gait, seemed downtrodden/pitiful. Emotional problems were the root of anti-social traits | 7789-7790; repeated at 7806-7807; repeated at 7852-7853 |
| Barabara Donaghue | 3/9/2004 | Principal at Louisville Day Treatment Center | No specific recollection of BB. | 7790; repeated at 7807; 7853 |
| Gayle Miller | 3/9/2004 | Computer Lab Teacher at Rice Audubon School | Only saw BB for 1hr/week, no specific recollections | 7790; repeated at 7807; 7853 |
| Joann Lenahan | 3/9/2004 | DJJ Central Office Psychologist | Remembers BB, reviewed Lisa Ann Potts' report -- Elevated score on MMPA 4 very high (measures psychopathic deviate tendencies) - almost off thescale. BB had lots of problems, did art therapy. Immature, definitely not a leader. Had neurological issues, emotional issues. Impulsiveness was a problem - would prevent him from making a long-range plan. | 7790-7791; repeated at 7807-7808; 7853-7854 |
| Denille Johnson | 3/9/2004 | Math teacher at Rice Audubon | BB is volatile, knew he acted out, but never any problems in her class. Would stay on task with constant redirection. Considered dangerous, set off by little things. Wasn't disruptive. Problems were emotional, not behavioral. Work was very elementary - low performance level. He was a leader for himself. Doesn't have an opinion re: whether he could carry out long-term planning. | 7791-7792; repeated at 7808-7809, 7854-7855 |

JA 7036   Watson

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Dr. Edwin Walker | 3/9/2004 | DJJ Central Office Psychiatrist - oversees all facilities | BB was hyperactive, diagnosed him w/ aggression and AWOL propensity. Questioned re: abnormal EEG - 20% of EEGs are abnormal, but the issue should've been followed up on. Discussed why Brandon was recommended for long-term care but never placed there. Found it remarkable that BB wasn't placed in proper facility and was sent home so many times. Had genetic factors as well as abusive past. ADHD + chronic disorder + substance abuse created criminal propensity. Indicators of PTSD. Very impulsive, no ability to make long-range plans. | 7792-7794; repeated at 7809-7811, 7855-7857 |
| B.J. Snider | 3/9/2004 | Kitchen worker at Cardinal Treatment Center | Doesn't remember BB. | 7794; repeated at 7811; 7857 |
| Rebecca Cecil | 3/9/2004 | Receptionist at Cardinal | Remembers BB, no interaction . By the time he was there, she was no longer allowed to have much contact w/ kids. | 7794; repeated at 7811; 7857 |
| Dr. Cheryl Rivard | 3/10/2004 | Methodist Home | Records reflect she recommended following up on the abnormal EEG and EKG. This was done, and notes show that results were normal. These results should be in BB's Methodist Home file. Recalls BB as impulsive, but bright. Decline in IQ over time due primarily to drug use (specifically huffing). She does not recall thinking BB had FAS. He would be capable of segmented planning motivated/dictated by need. BB a follower in a group, but a leader for himself. | 8244-8245 |
| Betty "Beth" McGuffin | 3/15/2004 | Knew BB and Fulks in W.Va. | Fulks' team apparently told her BB implicated her in the crime spree. Told LW she would turn over BB's letters. Grew up w/ Fulks, gave his family history. Fulks and BB had guns when they got to her house. Intimate w/ BB - he gave her a ring, which she put under her pillow, but it was gone when BB left. Fulks was the brains; BB not a killer. Story of bloody clothing being hidden under a house in Huntington is a lie. Betty was high and made the story up. Also provides a timeline of BM's recollections of time w/ Fulks and BB. | 8128-8136 |

JA 7037   Watson

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Dr. William G. Platz | 3/16/2004 | Bourbon General/Stoner Creek | Saw BB at admission and on a nweekend. Only vaguely recollects BB b/c of news coverage of crime. Couldn't really give opinions b/c of lack of recollection. Opened to being questioned again. | 8223-8224; 8226 |
| Betty "Beth" McGuffin | 3/21/2004 | Knew BB and Fulks in W.Va. | Really just calling to check-in. | 8150 |
| Kelly Mullins | 4/22/2004 | Methodist Home Cottage Parent | BB needed nurturing, but she wasn't afraid of him. Was a follower, at lower level of functioning. Doesn't recall that he said he heard voices, but remembers reference to molestation by "Tommy." Observed FAS characteristics in him. | 8654 |
| Kelly Mullins | 5/27/2004 | Methodist Home Cottage Parent | BB was a follower. "She observed FAS [Fetal Alcohol Syndrome] characteristics in BB, wide set eyes and thought processing problems." | 8185-8186 |
| David Brown | 6/21/2004 | LCSW (Penny Royal) | Didn't have any actual contact w/ Brandon, simply signed off on treatments. Steve Hisker said he had gotten Brown's name from records personnel at Penny Royal - was a counselor w/ a lot of interaction w/ Brandon. Vogelsang said the same thing. Need to assess whether he should be interviewed or not | 7722 |
| Danny Dees (w/ Vogelsang) | 6/21/2004 | Probation Officer | No recollection of BB. Looked up Tommy Basham, Sr.'s charges. Drugs a significant problem in the area at the time of his escape. Helpful and informative for Jan. | 7847 |
| Brenda Shaner | 6/21/2004 | Methodist Home | BB truly suffered from mental problems and was emotionally disturbed. | 8317 |

JA 7038   Watson

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Dian Blair (with Vogelsang) | 6/22/2004 | On duty during escape from Hopkins Co. Jail. | Apparently watched Hawkins' testimony and gave him a ride home from airport when they finished testifying. Brandon's compassion came out during Hawkins' testimony - Hawkins is alive b/c of Brandon. Asked FBI Agent Brunning if they'd taken Brandon to find the bodies - he said either Brandon didn't know where they were or couldn't remember. Relayed that Rhoadin worked in med room even though he failed EMT testing. Sharon Link, RN, hired after Dian left. Kim Troutman hired in med room w/ no med training. Deputy Beers was deputy who failed to show up for work the night of the escape. Bashan was like a 10 or 12 yo doing "kid things." Brandon was picked on by other inmates, was cocky, had small man complex. Fulks was in supermax when she came on duty. Never afraid of Brandon - she gave and demanded respect. Doesn't remember Tommy Basham, Jr. being in jail at same time. | 7691-7693 |
| Vernol Hall | 6/23/2004 | Deaconess Cross Pointe/Charter of Evansville | Never afraid of BB, but he was conniving. No escape attempts. | 7978-7979 |
| Kent Leslie | 6/23/2004 | Charter of Evansville | BB had a potential for aggressive behavior. Never tried to escape. Was a follower and an instigator. | 8089-8090 |
| Pam Nichols | 6/23/2004 | Cabinet for Families & Children, Madisonville Supervisor | Feigned ignorance of anything about BB or family, no recollections. Directed LW to contact Theresa King (Social worker) and her husband. Another social worker interrupted the interview and relayed that the entire office had pictures of BB when he escaped. | 8191 |
| Sharon Watkins | 6/24/2004 | BB's 1st grade teacher | BB was socially and academically behind peers. Was at the lowest academic level. | 8427-8428 |

JA 7039   Watson

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Tommy Basham, Jr. and Summer Basham Ruley (interview conducted by Vogelsang in Watson's presence) | 6/28/2004 | Members of Basham's extended family (cousins?) | Brandon never played with them as a child. He was uncontrollable, had used crack in their presence since he was 10. Kathy provided marijuana to Summer and Charlotte, would have Brandon inhale marijuana smoke when he was 5 or 6. "Scummy, yucky men" would come to Kathy's house and go into her bedroom on a frequent basis. Kathy not mentally stable. Neither Tommy nor Summer were ever afraid of Brandon. The one time he stayed with them he set fire to the field behind their house. All the Bashams had alcohol problems. Tommy said "Brandon could not have been in his right mind when he escaped because he was so close to release." Heard that Brandon might be homosexual. Someone in the family said that Kathy would chain Brandon to a tree. | 7662-7663 |
| Crystal Massey | 6/28/2004 | | Attempted contact, left messages. No return calls. | 8107 |
| Carrie Hall | 6/29/2004 | Records Archives in Frankfort | LW discovered that the copy of the CFC file the team has doesn't have all the proper documentation. Contacted CH, advised that what they have is a copy of the master file. Master file kept at originating office. Might have to subpoena CFC/DSS in Madisonville for copy or ability to review. Requested color reprints of photos of Brandon's bruises. | 7726 |
| Gary Family (w/ Vogelsang) | 6/30/2004 | Neighbors (?) | Reiterated disbelief in Brandon's participation in hurting anyone. Brandon had told Mr. Gary that Kathy abused him and was cruel to him. Heard Kathy locked Brandon outside in the snow while several boys beat him up. | 7710 |
| Chad Boze | 6/30/2004 | Neighbor (?) | Brandon wandered the streets, etc. | 7710 |
| Adeline Gordon | 6/30/2004 | BB's babysitter | Atttempted contact. Didn't want to be involved. | 7952 |
| Theresa King, MSW | 6/30/2004 | Madisonville CFC | Pam Nichols was unpressional - filing very poor, records lost. Never assigned to BB's case (Charlotte's). | 8065-8066 |
| Brenda Thompkins | 6/30/2004 | School psychologist | Doesn't remember BB. | 8382 |
| Joe Jones | 7/15/2004 | Owner of bus | Just info about him. Unsure if he needs to be interviewed. | 8604-8605 |
| Rebecca Stevens | 7/15/2004 | District Public Defender's Office | Simply obtained contact information for SH to utilize. | 8711 |
| Deanna Gardner/Ruby Watson | 7/20/2004 | Deanna's sister (Kim) married to Larry Basham | Helpful in trying to give as much contact info as possible. | 8571 |

JA 7040   Watson

## Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Carol Ann Jones | 7/20/2004 | Widow of Ray Jones (son of Sylvia McElwain) | Unaware of any mental illness in McElwain family, except one person who suffers from Pick's Disease (presenile dementia due to atrophy of frontal and temporal lobes). | 8607 |
| Rebecca Morgan | 7/20/2004 | Cousin | Attempted to locate and interview. Wasn't cooperative. | 8647 |
| Jearldean (Judy) Rager | 7/20/2004 | Daughter of Lester McElwain | Gave background on Blake family. | 8676-8679 |
| Cecilia Russell | 7/20/2004 | Madisonville DJJ | Limited recollections of BB other than seeing him in juvenile court. Other than that, nothing. | 8686 |
| Barbara Sutton Smith | 7/20/2004 | Randall Basham's widow | Attempted to contact, never home. | 8707 |
| Penny Titzer | 7/20/2004 | Charter of Evansville | Gave contact info for other personnel. Left Charter b/c she'd finished her Master's and gotten a position as a junior high counselor. | 8725 |
| Roger and Wanda Tapp | 7/21/2004 | Tapp Welding Shop/Knew BB | At one point BB begged them to let him stay there - they regret not letting him stay. BB should be in a mental health facility. Want to help in any way possible. | 8370-8371 |
| Jeremy Wayne Barber | 7/21/2004 | | Tried to locate, not there. CM interviewed him 7/22/2004. | 8465 |
| Scotty Basham | 7/21/2004 | Son of Billy and Linda Basham - Cousin (?) | Very little contact w/ BB. Hasn't seen him in 10-15 years. | 8492-8493 |
| John England | 7/21/2004 | Son of Ada Blake England | Most helpful historian of Blake family. | 8559-8561 |
| Dr. Michael Howard | 7/21/2004 | Treated Kathy at Trover | Saw Kathy only 1x. No recollections of her otherwise. If he remembers anything, will talk to them again. | 8589 |
| Amy Melton | 7/21/2004 | Social Worker | Evaluated BB 12/06/00 pursuant to court order for drug and alcohol treatment. No specific recollections other than he was in a hurry. Diagnoses based on the interview and chart. Doesn't know if he was a follower or a leader. Dx: ADHD - hyperactive/impulsive, Polysubstance abuse and dependence; Depressive Disorder NOS; Personality Disorder NOS; depression | 8642-8643 |
| Effie Lou England Benton | 7/22/2004 | Daughter of Ada Blake England | Not at home. | 8500 |
| David Blake | 7/22/2004 | Son of Bill Blake | Helpful w/ family history. Confirmed previously learned family history. Blake offspring might have hearing problems and/or mental illness. | 8502-8505 |

JA 7041   Watson

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Betty Lacy | 7/22/2004 | Ex-wife of Roy Basham | Gave background on Basham family. Only interacted w/ BB when Jimmy had custody, so BB under age 3. BB totally out of control, hyperactive, no discipline, no guidance. | 8618-8620 |
| Jerome McKechnie | 7/24/2004 | | Didn't understand why his family wouldn't cooperate. Would try to get his dad to cooperate. Willing to help however he can. | 8635 |
| Martha Dean Richards | 7/24/2004 | Social Worker | Does not have a current license in KY. Can't locate her. | 8680 |
| Susan Schwindell | 7/24/2004 | | Attempted to contact in person. Nobody home. | 8693 |
| Susan Schwindell | 7/24/2004 | | Follow-up. Spoke to her daughter and husband. Spoke to Ms. Mayhew will try to contact her for the team. | 8694 |
| Roger and Wanda Tapp | 7/24/2004 | Know BB | BB would stay at their house occasionally when younger. Wish they had taken him in. BB should be put in a mental health facility. BB always showed them respect. | 8716-8718 |
| Janice Walker | 7/25/2004 | Social worker | No current license w/ social worker board, meaning she's not in private practice. Will attempt to locate her. | 8738 |
| Dr. Emmanuel Nieva | 7/26/2004 | | Attempted to contact, number no longer in service. Will follow-up. | 8657 |
| Susan Schwindell | 7/26/2004 | DJJ | Remembered BB when she saw the escape on the news. Doesn't recall any family cntact. She couldn't say for sure, but she thinks he's a follower. He did not need to go to a home, he needed treatment. BB wouldn't have had the ability to form the type of plan carried out. Set up an in-person interview. "I think she is someone that JBS/GH need to see." | 8695-8696 |
| Danny Stringfield/Dan Springfield | 7/27/2004 | Cardinal | BB immature, needy, attention-seeking, but also respectful. Zero self-control. Believes BB has genetic predisposition for mental illness. | 8360-8362 |
| Dr. Aug | 7/28/2004 | UK Dept. of Psychiatry | Believes Brandon was a follower and shouldn't get the death penalty. Hard for Brandon to make choices, especially b/c of the drugs. | 7613-7614 |
| Tommy Basham and Sumner | 7/28/2004 | Cousin | Hasn't seen BB in a while. BB not very bright. | 8499 |

JA 7042   Watson

# Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Dr. Cheryl Rivard | 7/28/2004 | Methodist Home | Can only dx ADHD if someone is substance-free b/c symptoms are similar. Abnormal EEG in 1991 significant even if unique b/c it may indicate serious injury to brain; also related to impulsive and aggressive tendencies. Huffing destroys cognitive function. Lower verbal end performance is an indication of a learning disorder. When she treated BB, she saw mostly conduct disorder problems, maybe intermittent explsoive disorder. He was a follower - people w/ ADHD can't plan long-term. Has the potential to be dangerous. | 8252 |
| Lisa Claire | 7/29/2004 | KY Public Defender | Not likely BB could come up with ideas on his own. Couldn't focus on anything, easily distracted. Had thought disorder and hyper focus. Has ADHD, is emotionally needy. | 8541 |
| Susan Davenport | 7/29/2004 | Cardinal | BB had a bubbly personality, friendly, angry at times. Never aggressive towards her. Definitely a follower. Emotionally disturbed. | 8539 |
| Brenda Shaner | 7/30/2004 | Methodist Home | Not safe for BB or others to let him out of prison. Not sure if he's mentally retarded or mentally ill. Easily manipulated. Problems with authority. | 8235-8236 |
| Dr. Edward Walker | 7/30/2004 | | BB's planning ability short. BB ADHD - impulsive, hyperactive, distracted. Speaks before he thinks. Can will away 15-20% of his impulses. | 8409 |
| Dr. Dewey Sanders | 8/2/2004 | Methodist Home | Checked and found his original report - consisted of the two pages the team already had. Thirty minute interview, definitely on point w/ recollections about BB. | 8644 |
| Lisa Ann Potts | 8/3/2004 | Cardinal Treatment Center - Psychologist | BB was a follower, immature, gullible, impulsive. Had a conduct problem b/c of emotional issues. BB would be manipulative, but then would show remorse. He wasn't a killer or violent to this degree. Someone must have influenced him into engaging in this behavior. | 8528-8530 |

## Lesa Watson Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Michael Eatmon | 8/5/2004 | Contract social worker for Charter. | Explained that "power based" is a defense mechanism for the problems BB was having - comes from being abused (Ex: If someone told him no, he'd fight them). BB couldn't see himself as wrong. BB needs a mentor and structure in his life. Not surprised BB got involved w/ Fulks. BB couldn't plan a breakout. Brandon bonds to abusers, not a sociopath. Said BB not a malingerer. | 7897-7898 |
| Esther Chambers | 8/10/2004 | Pennroyal Mental Health | BB personable, respectful, nevera cted out. Never aggressive. | 8531 |
| Dr. Dewey Sanders | 8/23/2004 (date of memo) | Methodist Home | BB will never learn from his mistakes. BB looks more like an emotional disorder, he's not a sociopath who hurts someone and does not care. Doesn't think BB was bipolar. IQ was low - would have difficulty planning on hiding a body. Depression drives an IQ down. | 8288 |
| Joy Hazwell | 8/25/2004 | Art Therapist at Cardinal Treatment Center | Not able to establish communication | 7989 |
| Brandon Basham | 8/27/2004 | | Does not want to plead b/c he can't say what he has to say b/c it's not true. Upset over Dr. Morgan being called as a witness. JBS and GH made judgment to call Dr. Morgan b/c he's treating BB. Promised to do his best to control himself in trial. | 8433 |

# Carolyn Graham Interviews

| Witness Name | Date Interviewed | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Nancy Andrews | 12/1/2003 | In jail w/ Veronica Evans | Said that Veronica would always talk about Fulks and how much she loved/missed him. Veronica said that Chad beat her, raped her, assaulted her and her children, etc. After Fulks escaped, sent V a letter in jail, which she let other inmates read. Letter was sent by Fulks from Hopkins Co. Jail before he escaped, spelled out the escape and what he planned to do after. | 7604 |
| Raymond "Bucky" Emory | 12/1/2003 | Friend of BB | BB got him hooked on crack, would do anything to buy crack, including perform sex acts. BB not violent, but sneaky. Doesn't trust BB, but he's not capable of killing anyone. BB not very bright. | 7899 |
| Basil Jones | 12/1/2003 | Knows BB | Never knew BB to have a job. Never saw BB drive, didn't know if he had a license. | 8043 |
| Shawn Blanton | 12/2/2003 | Inmate at Hopkins Co. Jail - knew Brandon | Brandon was known as "anyone's bitch" b/c he would do anything, including sex acts on other inmates, to get cigarettes or anything he needed. Brandon always in lock up. Didn't know anything about the escape. | 7705 |
| Charica Davis | 12/2/2003 | Tracey Davis' sister | Doesn't know BB. Boyfriend, Donnie Durham, knew BB, in Hopkins Co jail when BB was there. | 7867 |
| Mark Phebus | 12/2/2003 | Charlotte's boyfriend | BB has low IQ, no driver's license. Denies picking up Fulks/BB after their escape. | 8216 |



GOVERNMENT EXHIBIT
180

JA 7045 Graham

# Carolyn Graham Interviews

| Witness Name | Date Interviewed | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Dian Blair | 12/3/2003 | On duty during escape from Hopkins Co. Jail. | Members of Fulks' defense team had been there to interview her. Does not recall a time where Brandon wasn't in corrections. Doesn't recall having interactions w/ Fulks, doesn't believe Brandon knew Fulks prior to incarceration. Remembers BB as a little kid who didn't have control or consistency in life. He was a follower, childish, not capable of forming a long-term plan. Not capable of murder. Staff used aggressive/confrontational treatment of inmates in an effort to engage them in combative behavior. Two weeks before the escape, she noted that one of the cameras in the corner of the rec yard wasn't facing the proper way. Apparently nothing was done about it and that's where the escape eventually occurred. On the evening of the escape, facility was short-staffed. The guard in the control tower had a habit of sleeping on the job. Blair allowed Fulks and Basham to go out to the rec yard and they subsequently escaped. | 7683-7689 |
| Lindsey Clan | 12/3/2003 | Was in Christen Co. jail w/ Veronica Evans | Read letters Fulks sent Veronica, onlyl remembers one letter which was received after Fulks escaped. Said: "I'm sorry. I have got to go." Veronica told her how Fulks treated her. | 7826 |
| Donnie Durham | 12/3/2003 | In Hopkins Co. Jail w/ BB | BB wanted to fit in. BB is "easily manipulated and always a follower." Inmates all talked about escape plans, Fulks/BB escaped using one of the talked-about plans. | 7891 |
| Major Randy Hargis | 12/3/2003 | Madisonville, KY PD | Unable to locate report concerning Det. Johnson's arrest of BB 2/2/01. Agreed to honor request for police reports, investigative reports, arrest reports, etc. | 7998 |
| Alishia Sharpe | 12/3/2003 | Knows BB | She basically loves BB. Heard about BB escaping, but didn't know about the murders. Never had a driver's license. Always a follower. | 8332 |
| Carol Sharpe | 12/3/2003 | Knows BB | Felt sorry for him. Never seen BB drive. | 8333 |
| Major Boyd | 12/4/2003 | Christen Co. Jail | Supplied w/ a release form for med/jail records on Veronica Evans. Recordsindicate V was arrested 9/30/02 and released 11/15/02. Charged w/ 2 counts of receiving stolen goods and 1st degree criminal child abuse. Also received a list of phone #s V called between 11/01/02 and 11/15/02 | 7711 |

JA 7046 Graham

# Carolyn Graham Interviews

| Witness Name | Date Interviewed | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Nancy Andrews | 12/7/2003 - email sent regarding Andrews | In jail w/ Veronica Evans | Veronica told Nancy after being on the phone with Fulks: "... Chad was have'n sex with one of the woman in the back seat, and d ude was driving and Chad was chocking, the woman while he was having sex with her, and the guy I don't know his name , was upset and Chad supposedly choked her till she passed out , and dude was telling him to stop and Chad started stabbing the girl , i want to say when he got through , she was wrapped up in something, not sure, Damn , they took her somewhere, he kept her with them for a while I am certain of that, I know I am.then they took her some where , I don't know but , how I know of this one of her letters told her to call somewhere and she talk ed to him , on the phone , she was upset , because she knew the woman was hurt , , and Veronica got a letter next telling her she was > part of it now because , she knew what happened to the lady ...." | 7602-7603 |
| Tina Severance | 1/12/2004-1/13/2004 | With Fulks and BB on crime spree | She wasn't home 1/12, so they went back 1/13. Said on 11/6/02, after Fulks and BB escaped, Fulks sent BB to TS' door to ask for her. [Same story she told to LEOs in 2002] Fulks allegedly in contact w/ VE. Fulks and BB both told her they escaped. Fulks brought up idea of stealing guns from Talsma. BB in charge of weapons, but Fulks was the leader. Said BB threatened her with a gun. Fulks said BB wanted TS gone. Said they could take her letters pertaining to Fulks, Dwayne, and VE. | 8303-8305 |
| Marsha Berger | 1/14/2004 | Director of HR Coachman RV in Middlebury, IN | Verified that Fulks worked at Coachman from May 15, 2002 to May 20, 2002. Dwayne Fulks (brother) currently employed there. | 7828 |
| Tina Severance | 1/14/2004 | With Fulks and BB on crime spree | When she told Fulks BB's defense team spoke with her, he got pissed off and told her not to speak with them. She told him she was going to tell the truth to whomever came asking questions. | 8300 |
| Dwayne Fulks | 1/17/2004 | Chad's brother | Spoke to him when looking for TS. He cursed CG out and hung up on her. | 8299 |

**JA 7047** Graham

## Carolyn Graham Interviews

| Witness Name | Date Interviewed | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Tina Severance | 1/17/2004 | With Fulks and BB on crime spree | Dwayne had threatened to kill her and kill CG if TS continues to talk to BB's team. TS called police and told them about Dwayne's guns. Agreed to meet w/ GH, JBS, CM, and CG shortly. | 8302 |
| Tina Severance | 1/17/2004 | With Fulks and BB on crime spree | Said she called the police, who came to the apartment and found ammo, but no guns, in the basement where Dwayne Fulks is living. Ammo is known as "cop killer bullets." Dwayne has her car, police looking for him. | 8301 |
| Tina Severance | 1/18/2004 | With Fulks and BB on crime spree | Fulks and BB "both in charge." Fulks smarter than BB. BB in charge of guns and checkbook stolen from a car, Fulks in charge of everything else. BB stole a necklace in MI, added a heart-shaped ring after W.Va. | 8307-8311 |
| Chief Joe Plummer | 1/20/2004 | Mattoon, IL PD | Familiar w/ Veronica, Dina, Amanda, Crystal. Bill Nettles served a subpoena on him requesting VE's records. Would give the records upon subpoena. | 8229 |
| Rob Smith | 1/20/2004 | IN State Trooper | Only involvement was assistance to FBI w/ location of area. FBI conducted interviews. | 8337 |
| James Williams | 1/20/2004 | Police Officer - Eastern Illinois University | On-and-off sexual relationship w/ VE 2000/2001. Wouldn't trust anything VE said. | 8440 |

# Carolyn Graham Interviews

| Witness Name | Date Interviewed | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Denise Benson | 1/21/2004 | Friend of Tina Severance | Attached a handwritten statement from Denise Benson - what she recalls from her conversations with Tina Severance during the period Severance was in MB. Saw on the news that two people had escaped from KY jail, knew it was Fulks, went to talk to Tina. Apparently Tina knew it was Fulks and knew Fulks would come see her. Tina told her daughter that she was going to Ohio with Fulks to get married. Police took custody of Tina's daughter. A few days later Tina called Benson's sister (Tammy) and asked where her daughter was. Tina apparently said that Flks has had her drunk for days and she wants to come home but had no idea where she was. Didn't want Fulks to catch her talking on the phone. A week later Tina calls Benson crying, says she just woke up, Fulks/Basham aren't there - thought Fulks/Basham drugged her and Andrea. In another called, Tina relayed that Fulks told her to stay away from Brandon b/c Fulks thought Brandon was up to something. At one point, Fulks and Basham returned to where Tina was and were driving a black car, allegedly because her van broke down, but she had seen the news about the AD carjacking/kidnapping and thought they did it. Called police and reported her van stolen. | 7669-7678 |
| Donna Bunch | 1/21/2004 | | Attempted to contact by phone. Left a message. | 7723 |
| Beth Stills and Mike Dumbauld | 1/21/2004 | Asst. Mgr. and Mgr. of Flying J Restaurant/Truck Stop | TS worked for Flying J. No employment records. Terminated for not showing up to work. | 7930 |
| Lynn Fleck | 1/21/2004 | Property Mgr. for Woodland Village MHP | Supplied copy of TS's eviction notice and trespass notice. | 34247 |
| Neil Hannon | 1/21/2004 | KY Probation | His office unable to honor subpoena for probation records of TS b/c they're protected under state law. Will have to subpoena Debbie Cincoski if he wants to speak w/ her. | 7970 |
| Joe Jones | 1/21/2004 | Ex-boyfrienf of Veronica Evans | She's a liar. Asked if he had any videos of Veronica - said he did, gave them to team (VE performing oral sex). | 8044 |

**JA 7049** Graham

## Carolyn Graham Interviews

| Witness Name | Date Interviewed | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Freddie Kinman and Veronica Evans | 1/21/2004 | Fulks' ex-wife and her new boyfriend | Workers for Fulks defense contacted FK - he told them what she was going to show BB's investigators in SC. | 8067 |
| Robert Talsma | 1/21/2004 | IN Dept. of Corrections | Knows TS, but denies having a relationship with her. Fulks and BB stole checks from him. Two weeks before TS disappeared, she said she had to go out of town to pick up personal items for a friend. Doesn't recall Fulks. | 8372-8373 |
| Deputy Brent Houser | 1/22/2004 | LaGrange Co. S.O. (IN) | Only involvement was escorting FBI around LaGrange Co. to interview Fulks' family members. | 8008 |
| Rick Potts | 1/22/2004 | Mgr. Travel America (TS' Boss) | Looking for Jeremiah Townsell. Potts doesn't know him. Potts subpoenaed to testify before GJ 2/25/03. | 8232 |
| Jeremiah Townsell | 1/22/2004 | Former boyfriend of TS | Unable to locate. | 34245 |
| Ron Yoder | 1/22/2004 | | Left a message. Will continue to attempt contact. | 34243 |
| Wayne Co. SO | 1/24/2004 | Looking for Mark Bradshaw | Said Mark Bradshaw never employed as LEO in Wayne Co. | 34252 |
| JD Brooks | 2/19/2004 | Met Fulks at Atlantic Sands Motel | Mrs. Brooks said JD was in hospital, semi-conscious b/c of elevated blood pressure. She said she didn't like Fulks, he and V used them/stole from them. Fulks + V stayed with them a couple of nights summer 2002. Asked them to leave b/c they weren't interested in helping w/ bills. Reeturned the next day and broke into her house to get their stuff. | 7721 |
| Detective Allen | 3/23/2004 | Hopkins Co. Ky. Sheriff's Dept. | Had allegedly charged Basham w/ armed robbery in the past. Advised that, as far as he could remember, Basham was a juvenile at the time and was ssentenced as such, sent to Davis County JV Facility. Any records pertaining to arrest would have been sent to Davis County facility which has been closed. Advised to contact Connie Kirkwood to help get these records. | 7599 |
| Det. Randy Chapman | 3/23/2004 | Vanderbaugh Co. (IN) Sheriff's Dept. | Showed CM/CG where BB and Fulks allegedly tied Hawkins to a tree (10 miles from Sheriff's Office). Area not well known to outsiders, BB and Fulks must've been familiar w/ the area. | 7814 |

JA 7050 Graham

## Carolyn Graham Interviews

| Witness Name | Date Interviewed | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Harold Tosh and Jerry Tosh | 3/23/2004 | | CM had been told by Mark Phebus that Jimmy Basham would go to FL to transport drugs for Harold. Harold allegedly serving time in fed institution. No records pertaining to Harold or Jerry (son). Phebus said Harold Tosh recently deceased, Jerry Tosh released from FL fed prison. | 8386 |
| Connie Kirkwood | 3/24/2004 | Hopkins Co. Ky. Sheriff's Dept. | Following a lead from Det. Allen, contacted Mrs. Kirkwood to try and get records from Davis County facility. She advised to contact Billy Hatfield in Frankfurt for assistance. | 7599 |
| Billy Hatfield | 3/24/2004 | Hopkins Co. Ky. Sheriff's Dept. | Following a lead from Connie Kirkwood. Hatfield said that any JV records going back as far as those at issue have been destroyed | 7599 |
| Amber Brooks | 3/24/2004 | At Western State Hospital around same time as Brandon | Knew him for 2-3 weeks in Jan 2001. Denied being his GF. Doesn't want contact with him. Maybe called her collect once, she didn't accept. | 7720 |
| Not an interview - records check | 3/24/2004 | Davis Co. Ky. Courthouse | Conducted records check on BB, Fulks, Evans. Found nothing. Also conducted records check w/ Owensboro PD, nothing. | 7851 |
| Donna Ferrell | 3/24/2004 | Hopkins Co. Jail CO | BB was a follower. | 7931 |
| Sharon Link | 3/25/2004 | Nurse at HCDC | BB was a troublemaker and a manipulator. Surprised he escape b/c he wasn't smart enough to plan the escape on his own. | 8091 |
| Regina Moore | 3/25/2004 | Worked in booking at HCDC | Was off the day BB and Fulks escaped. BB is a follower. | 8122 |
| Charlotte Basham Morris | 3/25/2004 | BB's sister | Accompanied her to pick up records from various places. | 8123 |
| Nancy Hoffman | 3/26/2004 | HCDC - Lt. in charge of shift | Knew BB and Fulks. BB knew right from wrong, but was a follower. Was a manipulator. | 7991 |
| Jewel Dickerson | 3/29/2004 | Inmate at Hopkins Co. Jail - knew Brandon | Didn't know Fulks. BB never did things on his own - people put him up to things. BB singled out. BB like a six yo. Surprised BB charged w/ murder. | 7850 |
| Glenn Goodsell | 3/29/2004 | Sgt. At HCDC | BB was a follower. Goodsell was off the day of the escape. BB liked to "play the system." | 7950 |
| Jeremy Witherspoon | 3/29/2004 | | BB was a troublemaker in jail. Disrespectful toward correctional officers. No one liked him. | 8443 |

## Carolyn Graham Interviews

| Witness Name | Date Interviewed | Who is this witness? | What is this witness's significance? | IPRO # |
|---|---|---|---|---|
| Lisa & Scott Franks; Sally Gray; Karen Hayes; Deputy Jay | 3/29/2004-4/5/2004 | HCDC employees | Unable to establish contact with the employees. | 7933 |
| Phyllis "Cookie" Raines | 4/4/2004 | Knows TS | AR told her Fulks and TS were the ringleaders of the crime spree. TS told her LEOs found body after dragging the river in Huntington and Fulks hysterical b/c that's the same area as where they dumped SB. AR told her one of the women Fulks/BB kidnapped was forced to jump off a bridge. "[A]s far as she is concerned Brandon killed those women, not Chad." | 08240-08241 |
| Dave Gustofason | 4/5/2004 | Reporter with Charleston, WVA Gazette | Used to work for Sun News in MB. Interviewed TS after Donovan carjacking. Needed to clear any convo w/ Sun News' attorneys. | 7960 |
| Eileen J. Hosick | 4/12/2004 | TS' friend | Last saw TS 12/2003. No info about the incident or about TS. Concerned about Cassandra. | 7997 |
| William Michael Kalina | 4/12/2004 | TS' former fiance | He left her b/c she moved in with a Latin King member. He's a former member of Gangster Disciples, now in the Marines. Saw TS late summer 2003 - bragging about involvement w/ Fulks. He thinks she's proud of her part in the crime spree. | 8053-8054 |
| Trinity Milner | 4/12/2004 | Knows TS | Spoke w/ Trinity's sister. Knows nothing about Tina. | 8120 |
| re: Debbie Cincoski | 4/19/2004 | Severance's Probation Officer | Apparently told CM in her initial interview that TS gave info re: kidnapping and her notes in Severance's file would refelct this. | 7821 |
| Tommy (no last name) | 8/26/2004 | Data Trace Unit, Bell South | Records of incoming/outgoing calls at Basham household no longer exist for November 2002 | 7966 |
| Darren Prioetti | 8/26/2004 | Triton PCS | Any record of incoming/outgoing calls from Nov 2002 on Alice Donovan's cell phone no longer exist. | 7967 |

GOVERNMENT EXHIBIT 181
PENGAD 800-631-6989

## Harrison Saunders Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Mark Phebus | 11/5/2003 | Charlotte Basham's (sister's) boyfriend | Criminal record - convicted of trafficking cocaine, did 2 years in prison. Only limited contact w/ Brandon, including Brandon asking him for money. He pays the bills, only allows Charlotte to take 1 call from Brandon/week. Thinks the reason why Brandon turned out as he did is b/c of Kathy - "Kathy created the monster that Brandon has become." PT will interview him again b/c Mark is likely not telling everything he knows. Doesn't want to come to SC to testify, will be a hostile witness if called. | 7645-07646 |
| Cynthia Vaught | 11/5/2003 | Manager of Colonial Motel, Madison KY | Doesn't know BB, never heard of him. He's not in the paper records. | 8396 |
| Tammy Wiles | 11/5/2003 | Hopkins Co. Board of Education | Set up a meeting w/ Ms. Mills to talk about BB's school records and getting into contact w/ teachers. | |
| Tommy Blake (PT's notes) | 12/10/2003 | Brandon's maternal uncle | Kathy is a whore, drug addict, completely insane. Not surprised Brandon has had such a hard time b/c he and Charlotte raised themselves. Brandon turned loose by 8, hard time surviving on his own. All Blake siblings have severe learning disorders. Mental disorders, addictions, learning disorders rampant in the Blake family. The only sharing done in Kathy's household was a joint or some crack. | 7699-7701 |
| Scott Littleton, MD | 1/14/2004 | Rivendell | Said he didn't recall BB. Accordingly, couldn't speak to the EEG results in file. Unusable as a witness at this point. | 8094 |
| David Basham | 2/12/2004 | Brandon's cousin | Didn't know Brandon well, Brandon worked for him for a little while about 10 years ago, but didn't know how to work. Stole clothes of clothesline while working. Kathy's not a good mother, thinks she's a drug user. Neither Kathy nor Brandon "have a lot going on upstairs." John Blume and team came by asking questions, didn't tell him much b/c they were asking about Jody Jones - neighborhood thug. Doesn't know Brandon as aggressive/violent. Follow-up interview would help loosen him up. Allegedly had sex with Charlotte. | 7648 |
| Cris Crowley | 2/12/2004 | Coordinator of Adult Education Program - Hall Street | Test of Basic Adult Education tests (2) given to BB (3/3/1998 and 1/25/1999). She doesn't know him, but based on his records he "is not dumb" and is capable of getting a GED. | 7838-7839 |
| Cindy Dye | 2/12/2004 | Teacher at Madisonville, North Hopkins High | Couldn't reach Ms. Dye. Spoke w/ Jim Martin, principal of Madisonville, North Hopkins High - Ms. Dye has no knowledge of BB/doesn't remember him. | 7892 |

**JA 7053**

## Harrison Saunders Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Sonja Ferrel | 2/12/2004 | Big Brother/Big Sister | Provided BB's BB/BS records. BB filled out a questionnaire: "Who cares about you the most?" - "Jason." Noted they need to find out who Jason is. | 7934 |
| Richard Helsley | 2/12/2004 | Direct of Adult Education in Madisonville | No contact w/ BB, didn't know where to get further records. | 7999 |
| Scott Parsons | 2/12/2004 | Adult Education Program | Left message. Will follow-up | 8201 |
| Lt. Roden (Rhodin) | 2/12/2004 | HCDC employee | Said he didn't want to talk over the phone, but was willing to speak to the team. | 8257 |
| Dr. Alan Thorner | 2/12/2004 | Regional Medical Center | BB came into RMC for overdose, Thorner doesn't remember him, but said records suggest he took pills to get out of jail. | 34729 |
| Lisa Watts, RN | 2/12/2004 | Regional Medical Center | ER nurse who did assessment on BB after hanging incident 2/10/01. Said he told her he faked the suicide attempt, recanted a few minutes later. She doesn't remember much. | 8435 |
| Dr. Kent Jones | 2/13/2004 | Trover Clinic | Attempted interview. He treated BB for a cut finger. | 8045 |
| Captain Refo | 3/24/2004 | Alvin S. Glenn | Can only meet w/ clients in the dorms or multipurpose room. Only attys, nobody else. Reading clerk and also come. | 32561 |
| Dr. Edmond Cavazos | 3/29/2004 | Rivendell | Felt Brandon was a stoner w/ no real underyling mental illness, but someone w/ his background, genes, environment COULD develop serious mental issues -- "sociopath waiting to happen." Thinks Brandon's statements about past drug abuse are exaggerated. | 7805 |
| Joyce LaBelle | 3/29/2004 | Rivendell - teacher | Doesn't remember BB. Reviewed weekly educational summaries, but still didn't remember him. | GH1436 |
| Holly Williams | 3/29/2004 | Case Management Supervisor - Rivendell | Doesn't remember BB, no direct contact w/ any children. Recommended getting color copies of abnormal EEG and brain mapping results. | GH1421 |
| BB/Dr. Capehart | 7/20/2004 | Defendant and Butner psychiatrist | BB says everything would've been fine if he hadn't listened to Fulks and the voice in his head. Talked about the voices BB heard for awhile. Said voice influenced his escape - voice said Fulks would lead him, show him different things. | 41696-41703 |
| Danny Basham, Jr. | 8/5/2004 | Brandon's cousin | Hasn't seen Brandon in 6 or so years. Never really hung out w/ Brandon much, thought he was crazy. Cussed all the time, was a trouble maker. Didn't know of any mental illnesses in the family. | 7647 |

JA 7054

# Harrison Saunders Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Harold Basham | 8/5/2004 | Basham's uncle | Hasn't seen Brandon in ~4 yrs but sees Jimmie on a regular basis. Limited contact w/ Brandon while growing up, cussed like a sailor even at 6 or 7. Kathy wears the pants in the relationship, Jimmie loves her. Heard she's a drug abuser. No knowledge of mental illness in family. Impression: Trying to protect Jimmie. | 7650 |
| Larry and Kim Basham | 8/5/2004 | Basham's aunt and uncle (?) | Haven't seen Brandon in awhile. Their son was killed bgy a gang. Before that, he and Brandon weren't close. Brandon would try to push him off the trampoline and start fights. Thought Brandon was jealous of their son b/c he didn't have loving parents and a good home life like their son. Jimmie was a good man, Kathy did a lot of drugs. They have a grudge against Brandon b/c, after their son died, Brandon said he got what he deserved. They think he has no conscience, was violent, always trying to pick fights, disrepectful. They don't think he knows how to drive, "doesn't have enough knowledge to get himself out of the county." Never heard Jimmie or Kathy tell Brandon they loved him. Can't think of any mental illness in the family. | 7655-7656 |
| Billy Jo Basham | 8/15/2004 | Jimmie's sister-in-law, Brandon's aunt | Hasn't seen Brandon in 2-3 years, hasn't seen Kathy in a long time. Brandon is a wild kid, didn't listen to adults. Doesn't know anything about being violent. Thinks Jimmie is a good man and tried w/ Brnadon. Heard about Kathy doing drugs, doesn't know firsthand. Kathy's not a good mother. ex: When Charlotte had a car accident, Billy Jo took care of her and Kathy rarely around. | 7640 |
| Dr. John Ewing | 8/19/2004 | Regional Medical Center | Doesn't remember Kathy Basham. Reviewed his records of her. | 7916 |
| Gwen McCoy-Kik | 8/19/2004 | Case worker w/ Big Brother-Big Sister in Madisonville | Doesn't remember BB, heard about him in the news. BB terminated from the program in 1992. | 8063 |
| Officer Charles Baltimore | 9/2/2004 | SC DOC; RCDC | Doesn't believe BB will get physical. BB is mixed up, will do anything to be accepted, has lots of built up anger and distrust. | GH1199 |
| Jacie Weston | 9/7/2004 | Alvin S. Glenn | Involved w/ two BB incidents: (1) found contraband in BB's cell; (2) BB refused to give up sock and paper gown. BB not violent, compliant, and intelligent. | 41216 |
| Michael Dresher | 9/27/2004 | Shift Sgt. SC DOC - Columbia Care | Believes that the time BB ripped a screen was an escape attempt. No physical violence, but verbal violence. BB is more immature than Fulks, but both capable of violence. | GH1259 |

JA 7055

# Harrison Saunders Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Officer Clara Duffy | 9/27/2004 | Columbia Care | BB one time apparently crossed over to B wing when he wasn't supposed to. Doesn't remember BB being verbally abusive, nor does she remember him being inappropriate in any way. Acts like a child. | GH1260 |
| Brandon Basham | 10/5/2004 | Defendant | Said Henry Handy offered him a canteen for a screw from his cell. Never gave HH the screw. Also advised he was cutting his wrist. | 41186; 41200 |
| Charlene Hickman | 10/7/2004 | Nurse, Columbia Care | BB apologized to her after being verbally abusive and disruptive, was never sexually inappropriate. | GH0051 |
| Officer Lee James | 10/9/2004 | Alvin S. Glenn | BB grabbed him and ripped his shirt in response to an incident. Whenever BB doesn't get his way, he's "set off." BB knows what he's doing, sometimes displays leadership, very intelligent (street smarts, book smarts, institution smarts). Don't underestimate BB. BB will use whatever he can against you. | GH0057-0058 |
| Brandon Basham | 10/11/2004 | Defendant | Claims guards were going to move him to a different cell for no reason, so he started to comply and pack his stuff when they came in and slammed him to the ground. Also advised that an Officer James promised him that when another inmate left Zulu, BB could trade his canteen for inmate's New Balance shoes. James apparently tried to prevent the trade and pushed BB, prompting BB to grab James and rip his shirt. | 41201; 41251 |
| Sgt. Bufford | 10/17/2004 | Alvin S. Glenn | Best thing he can say about BB is that he's good with his hands. Worst thing he can say about him is that BB can fly into fits of rage. Never seen BB to be physically violent. | GH1188 |
| Scott Woods | 10/18/2004 | Alvin S. Glenn | BB never much of a problem, but throws tantrums. BB speaks his mind, can be disruptive. But BB is a "time bomb" and would harm someone if given the chance. | 41252 |

JA 7056

# Steve Hisker Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Michael Ruschell | 12/2/2003 | Hopkins Co. Public Defender | BB was polite, but highly agitated. Should have had him evaluated. Before BB, clients would sit unshackled in front of judge. BB attempted to escape from the court room, found him hiding in a dumpster. Now clients are shackled. BB has a low IQ, not capable of leadership. Fulks was probably the planner. | 8684-8685 |
| Dr. Shirley Spence | 12/3/2003 | Trover Clinic | Couldn't remember treating BB. Records don't reflect her exact role. Suggested reading Truman Capote's In Cold Blood b/c it follows 2 people who go on a crime spree - 1 is a leader and the other mentally challenged. | 8353; 8701 |
| Dr. Roger Laird | 12/3/2003 | Trover Clinic | Only thing that stood out in his mind is that BB controlled the conversation, even though his father was present. Would be an excellent witness b/c he's testified in death penalty cases before. Will follow-up. | 8621-8622 |
| Major Chris Schaffer | 12/3/2003 | Hopkins Co. Jail | BB was immature, acted tougher than he was. Acted like a smart-ass. Believed he had ADD. BB was a follower, always tried to impress others and fit in. Doesn't recall interaction w/ Fulks. | 8704 |
| Jamie Marcut | 12/16/2003 | Knew Andrea Roddy | Roddy used to babysit her child for ~4 years. Sometimes sends Christmas cards and birthday presents. CM will follow-up in person. | 8639-8640 |
| Jimmie Basham | 1/6/2004 | Basham's father | Two men came and wanted to use the phone, forced their way in, listened to conversation -- "[A]pparent that these men were on some sort of mission at the Basham home." Admitted that he and Kathy didn't know enough about taking care of kids - almost said they shouldn't have had kids. Brandon fell out of a tree and cracked head on an iron rail - wasn't taken to hospital. After accident, Brandon became destructive, smashing toys, beating toys with a hammer. Destructive boy next door may have had an influence. Was only aggressive towards parents when provoked. | 7652-7654 |



PENGAD 800-631-6989

GOVERNMENT EXHIBIT

182

JA 7057　Hisker

| Name | Date | Relationship | Notes | Bates |
|------|------|-------------|-------|-------|
| Roy Basham | 1/6/2004 | Basham's uncle (youngest of Jimmie's brothers) | Family of "moderate drinkers," but Jimmie is an alcoholic. Describes Kathy's family as "a bunch of nuts," all of the men in her family are alcoholics. Apparently Jimmie tried to kill himself over Kathy - cut his own throat (noted the need to check hospital records). Thinks Kathy was married when she was 14, not sure. "Widely known" that Kathy gave Brandon marijuana as an infant. Kathy's sister once shot Jimmie in the leg. Roy's daughter, Debbie Bryant, close in age w/ Brandon, spent time w/ him growing up. | 7657-7658 |
| Samual Towers | 1/8/2004 | Lives in Bashams' neighborhood | Kathy regularly smokes pot, Jimmie is a drinker and a weak father figure. Family totally dysfunctional. Describes BB as stupid, no understanding of right and wrong - primitive. Would be willing to testify | 8729-8730 |
| Debbie Bryant | 1/13/2004 | Cousin | Spent time w/ Charlotte who was not happy, never smiled. Cousin Tommy told her that he saw Kathy give marijuana to Brandon as an infant. Recalled constant neglect. Brandon completely out of control by 4 or 5. Said that they should talk to her mother, Betty Lacy. | 7719 |
| Brandon Basham | 1/14/2004 | Defendant | Met w/ BB at RCDC to review discovery. | 34254-34256 |
| Det. Greg Jones | 2/9/2004 | KY State Police | Didn't have anything to do with this case. | 8042 |
| Dr. Sean Maguire | 2/9/2004 | | Originally couldn't remember BB, but after reviewing his chart remembered him - saw BB after he tried to hang himself. Did not present typical hanging symptoms. Did not remember anything about BB's attitude, intelligence. | 8638 |
| Hester Chambers | 2/10/2004 | Administrative Assistant at Pennroyal | Served subpoena on her, going to contact when records can be picked up. Going to have Kathy sign a release. Brandon "a doll, who just made very poor decisions." Not the type to hurt someone, no reason to break out of jail. Discussed various doctors that worked there. | 7816 |
| Deanna Dunkin | 2/10/2004 | DSS (KY) | Knows of BB, doesn't recall working with him. She wasn't his case worker. Around 1996, BB's case handled by Peggy Wood. Also discused Teresa King, David Klem, Linda Hayes, Jan Jenngings, Mary Lynn Crice. Noted need to serve Pam Nichols w/ subpoena b/c she's the one who had the most contact w/ BB. | 7887-7888 |
| Cheryl Durham | 2/10/2004 | DJJ Caseworker | Met Brandon July 1997, doesn't remember much about him w/o her notes. BB on an individual treatment plan. Thought BB was of average intelligence, impulsive behavior. | 7890-7891 |
| Jimmy Lynn Hill | 2/10/2004 | Knew BB, close with Charlotte | BB was a good kid. Believes BB was coached into doing everything by Fulks. Nobody taught him right from wrong. | 7972-7973 |

| | | | | |
|---|---|---|---|---|
| Dr. De La Rocha | 2/10/2004 | | Unable to speak to SH even w/ court order and subpoena b/c release doesn't specifically name SH. | 8071 |
| Dr. Edmond Cavazos | 3/22/2004 | Rivendell | Attempted to contact. Left message. | 32674 |
| Dr. Leslie Breiwa | 3/29/2004 | Rivendell | Didn't remember BB, but reviewed chart. Mentioned that team should cnsider the issue of medication - some meds have been found to have adverse pyschological effects. | GH1445 |
| Dr. Edmond Cavazos | 3/29/2004 | Rivendell | Felt Brandon was a stoner w/ no real underyling mental illness, but someone w/ his background, genes, environment COULD develop serious mental issues -- "sociopath waiting to happen." Thinks Brandon's statements about past drug abuse are exaggerated. | 7805 |
| Ollie Dennis | 3/29/2004 | Doctor (unknown employer) | Attempted interview. Dr. Dennis stated he would look over records and return the call. | 7848 |
| Cheryl Hooper | 3/30/2004 | Pennroyal Therapist | Couldn't remember anything about BB. Having a mental breakdown, wouldn't be very credible. Gave David Brown's name as potentially helpful. | 7992 |
| Shea Simons | 3/30/2004 | Nurse - Western State Hospital | Said that if the team needs to speak with any WSH doctors, should call ms. Lenita Mitchell, the medical staff secretary. Did not remember looking at records and thinking it was odd that someone BB's age had such drug dependency. | GH1500-1501 |
| Brandon Basham and Bruce Capehart | 7/20/2004 | Defendant and psychiatrist | Voice in his head influenced him to escape with Fulks. Said he never used rope, tie, handcuffs, pantyhose to tie someone up. | 8477-8484 |
| Brandon Basham and Bruce Capehart | 7/26/2004 | Defendant and psychiatrist | BB had an altercation w/ guards 7/23. Q: "Have you ever pulled a knife on someone?" A: "Not when angry, no." Q: "What about when you were not angry?" A: "Not that I can tell you about." Q: "When you pulled a knife on Hawkins, what made you do it?" A: "I didn't want to. I was kinda forced by Chad." | 8471-8476 |
| Phyllis Raines | 8/2/2004 | Knows TS | Was going to let Fulks live w/ her b/c she didn't want a convict living w/ Cassandra. Roddy told her Fulks was the ringleader, TS was 2nd in command. TS knows more about what Fulks and BB were doing than she lets on. Fulks called on the shots. BB was completely irrational and got nervous when police were around. Fulks scares her - if he ever escapes he'll kill TS or Cassndra b/c TS testified against him. Fulks is evil and cunning. BB has problems, but shouldn't be executed. Fulks dumped body in river. | 8675 |
| Keith Virgin | 8/14/2004 | Public Defender | Appointed to represent BB, but no contact w/ him or his family. | 8398 |

JA 7059   Hisker

# Greg Cook Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Beth McGuffin | 10/20/2003 | W/ BB and Fulks in Wva | Reviewed her file at the Cabell County Courthouse. Will attempt to find and contact her. | 32206 |
| Beth McGuffin | 10/28/2003 | Knew BB and Fulks in W.Va. | Tried to contact her. She's not where she's supposed to be. | 8153 |
| Sgt. Adkins | 12/15/2003 | Worked at South Central Jail | Was there when Fulks was housed in C-Pod (12/2/03-12/24/03). | 7597 |
| Lt. Olsen | 1/20/2004 | Marshall University PD | Received info from Burns family and Sgt. Arnold of WV State Police re: questions concerning Brad Fulks (SB's boyfriend). Brad hadn't seen SB since the week before her disappearnce. | 8197 |
| Ron Copley | 1/21/2004 | Huntington Fire Dept. | Contacted FD re: Copley, who believed he may have seen the victim at a Speedway gas station. Copley retired from FD, left the area. Hopefully someone knows how to contact him. | 7836 |
| Donna Evans | 1/26/2004 | | Heard screaming from Harris River front, the area during the disappearance of the victim (SB). Saw a dark colored vehicle leaving the area after she heard several screams, but didn't see anyone. | 7900 |
| Alenda and Jennifer Lucas | 1/26/2004 | | Thought she saw the victim's (which?) car being followed by another vehicle. Later stated that this is not the correct vehicle because she has seen it since and did not see the victim. | 8097 |
| Heather Goodman | 1/26/2004 | | Attempted contact. No return call. Will follow-up. | 7948 |
| Liz Johnson | 1/26/2004 | | Attempted to locate. Phone disconnected and no address. | 8608 |
| Sonya Johnson | 1/26/2004 | | Attempt to contact. No return call. Will follow-up | 8609 |
| Officer Madison | 1/26/2004 | Tri-State Airport Security | Might've seen the victim (SB) after her disappearnce dropping someone off at the airport. No video footage. | 8105 |
| James Ed McCallister | 1/26/2004 | Engaged to SB at one point | Attempted contact. Phone disconnected. Will follow-up as time permits | 8629 |
| Chief Deputy Jim Schediler | 1/26/2004 | Cabell Co. SD | Has info re: Chance Grimes - he's an informant. Left a message for Schediler, will follow-up. | 8295 |
| Shane Fulkerson and Jeffrey Young | 1/28/2004 | Incarcerated - South Central Jail | Young: Doesn't really recall Fulks, but didn't talk to him. In on drug-making, so memory not very good. Fulkerson: Only remembers Fulks saying that his partner was crazy. | 8567 |



GOVERNMENT EXHIBIT

18 3

PENGAD 800-631-6989

JA 7060

# Greg Cook Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| Amber Fowler | 2/2/2007 | Fulks' ex-wife | Son Devon died at 5 1/2 months suspiciously. They lived in MB for awhile. Subsequently lived in Conway. Fulks was controlling, assaultive. Told CM/GC about a location off of Guyann River Rd. in Huntington, W.Va. Nothing found there. | 7939 |
| Chance Grimes | 2/2/2004-2/5/2004 | | Unable to locate. GC will follow up | 7963 |
| Che McCoy | 2/3/2004 | Knows Fulks | Received a call in Nov 2002 re: .22 cal pistol Fulks wanted to sell or trade. Che drove to Larry's house, met BB. Fulks wanted to trade guns, finally offered Che $200 for his 9mm, didn't happen. | 8115 |
| Jason Paynter | 2/3/2004 | | Saw Fulks/BB at Larry's house Nov. 2002. In a BMW. Nothing unusual. Fulks had a 22-cal pistol he wanted to sell or trade. | 8202 |
| Larry Tomblin | 2/3/2004 | Testified at Fulks Trial - Beth McGuffin's brother | Saw Fulks summer 2002 driving a Dodge Intrepid. Nov 2002 Fulks was driving a BMW and had BB w/ him. BB was nervous, but not acting like they'd just killed 2 people. Wanted to sell/trade a gun. | 8380 |
| Mrs. Tomblin | 2/3/2004 | Beth McGuffin's grandmother | Hasn't heard from beth in awhile. All of Beth's children are with their fathers. | 8381 |
| Sgt. A.H. Arnold | 2/4/2004 | West Virginia State Police | Said Fulks could show him were Samantha's body is, wants another opportunity to interview Fulks face-to-face. Did not know Liz Johnson or her report pertaining to bra & panties found near Samantha's car. Fulks told him Brandon knew how drive, but Arnold unsure of this - if Brandon can't, he got in the car w/ Samantha and forced her to follow Fulks to the location where they killed her and burnt hercar (Haney's Branch Rd.). Allegedly put her body in the van, subsequently dumped it in the river. Should be evidence of her body being in van. Fulks has called him 2x crying, saying he wants to cooperate but his atty won't let him. During convos, Fulks said Brandon's crazy. Burns family would agree to life sentence for Fulks and Basham if they reveal whereabouts of body, prosecutors said no. | 7605 |
| Heather Goodman | 2/4/2004 | | Tried to contact Heather Goodman. Spoke to Garnett Goodman (mother), who said she doesn't know where Heather is. Will follow-up | 7949 |
| Sonja Johnson | 2/4/2004 | | Observed vehicle fitting description of SB's and a pick-up on Cemetary Rd. off Haney Branch. No add'l info. | 8032 |
| Mrs. Thacker | 2/4/2004 | Stacy Workman's mother | Doesn't know where Stacy is. Will contact CM or GC if she finds out. | 8411 |

JA 7061   Cook

## Greg Cook Interviews

| Witness Name | Date(s) of Interview(s) | Who is this witness? | What is this witness's significance? | IPRO |
|---|---|---|---|---|
| David "Nooner" Woodyard | 2/4/2004 | Knows Beth McGuffin | Contacted in an attempt to find McGuffin. Said she's at her father's house in TN. | 8442 |
| Lisa Nickson (Nixon) | 2/25/2004 | | Called and asked if Cook was looking for Betty (Beth McGuffin). She said Betty and Nick Smith a/k/a Philip Adkins were in Jiles County Jail (TN). Betty apparently told Nick and Lisa that that she was asked for help from the victims, Betty was high on cocaine at the time and smiled at them, and refused to help them in any way. Also relayed that the victim's clothes were buried under the residence in Huntington. | 8142 |
| Beth McGuffin | 3/7/2004 | W/ BB and Fulks in Wva | In jail on fugitive from justice. Needs to be interviewed to discredit her in case she's used as a witness. | 8114 |
| Stacy Workman | 8/14/2004 | | Felt neither BB nor Fulks in charge - both went their own way. BB more nervous. Confirmed all previous statements as true/accurate. No further info. | 8410 |

JA 7062    Cook

622                    TAX LIEN                3-50157278  TXPRC108

## State of South Carolina
## Department of Revenue
### 301 Gervais Street, P.O. Box 125, Columbia, South Carolina, 29214

220008

COUNTY: SPARTANBURG

SID/SUFFIX:                         TAX LIEN NUMBER:  3-50157278-6
                                   FILE NUMBER:      17045959
                                   PERIOD COVERED:   12/97-12/97

WILSON        GREGORY L
WILSON        CYNTHIA G
151 TYMBERBROOK DR
LYMAN SC 29365-9218

TAX TYPE: INDIVIDUAL INCOME TAX

| DIST CODE | PERIOD COVRD | RECEIVABLE NUMBER | DATE ASSESSED | TAX DUE | PENALTY DUE | INTEREST DUE | TOTALS |
|---|---|---|---|---|---|---|---|
| 0801 | 12/97 | 00664984-0 | 07/98 | 1,556.00 | 41.90 | 75.04 | 1,672.94 |
| | | SUBTOTALS: | | 1,556.00 | 41.90 | 75.04 | 1,672.94 |
| | | COURT COSTS: | | | | | 88.65 |
| | | TOTAL: | | | | $ | 1,761.59 |

==========================================================================

To: Any authorized representative of the SC Department of Revenue
The party named in this tax lien is liable for the assessed taxes set out
above, along with the penalties and interest established by law for failure
to pay such taxes when due.  Such being established, you are directed by
distraint powers to levy upon and sell as is allowed by law so much of the
tangible or intangible personal property, rights to such property or choses
in action of the party necessary to satisfy the tax, penalty and interest
owed by the party, plus the fees, cost and expenses of the levy.  If these
found assets are not sufficient to satisfy the amount set out in this tax
lien, you are directed to seize and sell so much of the real estate of
the party as is necessary to satisfy the amount owed.
        Dated and signed under the seal of the SC Department of Revenue
        10/12/98

                                        JANET L KEY
                                        ADMINISTRATOR

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* THE TAX LIEN HAS BEEN SATISFIED BY THE SC DEPARTMENT OF REVENUE.     *
* REQUEST IS MADE FOR APPROPRIATE ENTRIES ON YOUR RECORDS.             *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

    JOHN P SULLIVAN III                 03/02/00
    SENIOR REVENUE MANAGER              DATE
W-131 (REV 02/90)

MARK HAMMOND

2000 MAR 17 AM 10: 33

CLERK OF COURT
SPARTANBURG COUNTY
FILED

A CERTIFIED COPY

M. Hope Blackley
CLERK OF COURT
SPARTANBURG COUNTY
BY: _____ D.C.
DATED  7-11-__

GOVERNMENT
EXHIBIT
184
CARDELS 800-783-0399

JA 7063

186403

Period Ended  DEC 94

Amount of **INDIVIDUAL INCOME TAX** ▶ $ 565.00
Amount of Penalty ▶ $ 19.81 STD
Amount of Interest ▶ $ 29.65
Total Tax, Penalty and Interest ▶ $ 614.46
Costs (5% of the above total or $3.00 whichever is greater plus $5.00) ▶ $ 35.72

Section 12-54-40 Section 12-54-150 requires additional penalties and interest to accrue.

Total ▶ $ 650.18

FOR OFFICE USE ONLY

NAME  WILSON    GREGORY L
DBA    WILSON    CYNTHIA G

151 TUMBERBROOK DR
LYMAN          SC  29365

254293742
249318880

F-14046073 9   NRPR     SPARTANBURG      W-71482500 9

9903 0071482500 9 9412 9903 0071482500 9 9412

14046073 9   NRPR          SPARTANBURG              71482500 9
Division Serial No.                County                      Warrant No.

TO:  Any duly authorized representative of the South Carolina Department of Revenue

WHEREAS, in pursuance of the provisions of Title 12, South Carolina Code of Laws and acts amendatory thereto, the above named person or persons is or are liable to pay the tax or taxes assessed against him, or them, in the amount or amounts named herein, together with penalties and interest prescribed by law for failure to pay said tax or taxes when the same became due; and whereas ten days have elapsed since same became due and since notice was served and demand made upon said person or persons for payment of said tax or taxes; and whereas said person or persons still neglect or refuse to pay same, **you are hereby commanded** in accordance with the provisions of the aforementioned Code of Laws and acts amendatory thereto, to levy upon a persons compensation or by distraint, and to sell so much of the goods, chattels, effects, or other property or rights to property, including stocks, securities, and evidences of debt, of the person or persons liable as aforesaid or on which a lien exists for the tax or taxes; and by virtue of Article 1, Chapter 53, of Title 12, Code of Laws of 1976 to attach, levy upon, or seize bank deposits and all other choses in action on property incapable of manual levy or delivery belonging, owing, or to become due to the above named person or persons, as may be necessary to satisfy the tax or taxes, with penalty and interest as required by law and set forth in schedule above; and also such further sum as shall be sufficient for the fees, costs, and expenses of the levy; and if sufficient goods, chattels, effects or other aforementioned properties are not found, then you are hereby commanded to seize and sell in the manner prescribed, so much of the real estate or said person or persons, as may be necessary for the purposes aforesaid. You will do all things necessary to be done in the premises and strictly comply with the requirements of law, and for so doing this shall be your warrant.

Date of Notice and Demand  _____ SEP 01, 1995 _____

Witness my Hand and the seal of the South Carolina Department of Revenue, South Carolina,

this _____ 18 _____ day of _____ OCT _____, 19 95

(SEAL)

This Warrant for Distraint has been   SATISFIED
by the South Carolina Department of Revenue   03-06-96

96 MAR 11 PM 1:52

SC DEPARTMENT OF REVENUE

CLERK OF COURT
FILED

J. GLENN BECKHAM   Chief Revenue Officer

Director   WILLIAM F. BRAY

W-131  (Rev. 6/95)  2047

A CERTIFIED COPY

M. Hope Blackley

CLERK OF COURT
SPARTANBURG COUNTY
BY: _____ D.C.
DATED _____

GOVERNMENT
EXHIBIT
185

PENGAD 800-631-6989

JA 7064

# BRENNAN SULLIVAN & McKENNA LLP
### ATTORNEYS AT LAW

*week of 08-31*

6305 IVY LANE, SUITE 700
GREENBELT, MARYLAND 20770
TELEPHONE 301.474.0044
FAX 301.474.5730

TIMOTHY J. SULLIVAN*
TSULLIVAN@BSM-LEGAL.COM
*ADMITTED IN MARYLAND & D.C.

January 14, 2008

**VIA FACSIMILE AND REGULAR MAIL**

Jack B. Swerling, Esquire
1720 Main Street, Suite 301
Columbia, South Carolina 29201

RE: *United States v. Brandon Basham*

Dear Mr. Swerling:

As you are aware, I have been appointed, together with Melissa Meister of Jenner & Block, by the United States Court of Appeals for the Fourth Circuit to represent Mr. Basham in his direct appeal.

Greg Harris has advised me that you are in possession of the defense "master set" of files, pleadings, and records relating to Mr. Basham's case. By this letter, I am requesting that you either provide me with a complete "master set" or, alternatively, provide access to the "master set" so it can be inspected and copied. This request includes all records, of any nature whatsoever, relative to your representation of Mr. Basham in the District of South Carolina.

Depending on scheduling issues, Mr. Basham's new attorneys hope to be in Columbia during the beginning of next week and would like access to Mr. Basham's file and the opportunity to meet with you and discuss relevant issues pertaining to the pending appeal.

Thank you for your assistance in this matter. If you have any questions, please feel free to contact me.

Very truly yours,

Timothy J. Sullivan

RECEIVED JAN 1 7 2008

TJS:mn
cc: Melissa Meister, Esq.

GOVERNMENT
EXHIBIT
186
PENGAD 800-631-6989

73435

JA 7065

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 4:02-992-JFA |
| | : | |
| BRANDON BASHAM | : | ORDER ON ACCESS |
| | : | TO COURT RECORDS BY |
| Defendant | : | APPELLANT COUNSEL |

This matter comes before the court to permit access to certain documents in the file which have heretofore been sealed or to which access has otherwise been restricted. The court finds that in order to properly fulfill their functions as counsel for the defendant, Brandon Basham, in pursuit of the direct appeal pending in the United States Court of Appeals for the Fourth Circuit (Record No. 05-5), attorneys Timothy J. Sullivan, Melissa Meister and any other attorneys working for them need to look at all documents in the record, including ex parte matters. Therefore, the court hereby directs the clerk of the court to provide Mr. Sullivan and Ms. Meister and other attorneys working for them access to all documents which are reflected in the docket as sealed or otherwise restricted.

IT IS SO ORDERED.

Joseph F. Anderson Jr.

January 14, 2008                         Joseph F. Anderson, Jr.
Columbia, South Carolina                 United States District Judge


GOVERNMENT
EXHIBIT
187

JA 7066

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**FILED**

APR 1 8 2008

U.S. Court of Appeals
Fourth Circuit

UNITED STATES OF AMERICA          :

    Plaintiff-Appellee          :

                       :

v.          :          Record No. 05-5

                       :

BRANDON BASHAM          :

    Defendant-Appellant          :

### CONSENT MOTION FOR EXTENSION OF TIME

The defendant-appellant, Brandon Basham, by and through his counsel, Timothy J. Sullivan and Melissa A. Meister, respectfully moves that this Court permit an extension of time in which to prepare and file the Brief of Appellant and any Joint Appendix in the above-captioned matter. As grounds thereof, it is stated as follows:

1.    This appeal arises from a federal capital prosecution where the defendant-appellant, Brandon Basham (hereinafter referred to as "Mr. Basham") was sentenced to death on February 14, 2005, in the United States District Court for the District of South Carolina.

2.    On November 16, 2007, the Court appointed Melissa A. Meister as second counsel for Mr. Basham.

3.    On December 17, 2007, this Court entered a Briefing Order requiring the Brief of Appellant and any Joint Appendix to be filed by February 29, 2008.

4.    On February 12, 2008, this Court entered a Briefing Order requiring the Brief of Appellant and any Joint Appendix be filed by April 29, 2008.

5.    Neither Mr. Sullivan nor Ms. Meister participated in the proceedings in the United Sates District Court for the District of South Carolina.


GOVERNMENT
EXHIBIT
188

U.S. COURT OF APPEALS
FOURTH CIRCUIT

2008 APR 18 PM 4:

RECEIVED

**JA 7067**

6.    The trial transcript of Mr. Basham's trial consists of over 11,000 pages and the district court docket lists over 1,050 docket entries for this case. Consequently, it has taken counsel a considerable amount of time to review the record and all motions filed below in their entirety.

7.    A review of the entire trial transcript and motions available on PACER revealed that many documents important to Mr. Basham's appeal were filed under seal. In order to access those pleading, on January 14, 2008, counsel filed a motion with the district court for access to all sealed documents in the record.

8.    Counsel personally visited the district court in Columbia, South Carolina on January 30-31, 2008 to review the record including the sealed record which amounted to approximately twelve folders. However, once counsel began drafting the brief, it became readily apparent that extensive portions of the sealed record were not contained in the twelve folders. A subsequent request for sealed documents was made to the district court during the week of March 24, 2008 by telephone and by e-mail during the week of March 31, 2008. On April 2, 2008, the clerk's office e-mailed over fifty (50) additional filings pertaining to this case to Ms. Meister.

9.    Additionally, Mr. Sullivan was able to meet with trial counsel Jack Swerling, Esq., on January 30, 2008 and was advised that there were approximately fifty (50) boxes of materials in the possession of trial counsel pertaining to their representation of Mr. Basham. Under the circumstances, Ms. Meister returned to Columbia, South Carolina and reviewed those boxes in Mr. Swerling's office on April 3, 2008.

2

**JA 7068**

10. The delay in receiving significant portions of the sealed record as well as the delay in having the opportunity to review trial counsel files has delayed counsel's ability to investigate, research, and prepare significant issues on appeal.

11. Counsel represents to this Court that both counsel for Mr. Basham have been working diligently on this matter. However, one final extension of time is necessary.

12. The purpose of the motion is not to cause delay, but rather is intended only to permit the necessary and adequate time for co-counsel to represent Mr. Basham's interests fully in this federal capital direct appeal.

13. Counsel for Mr. Basham are respectfully requesting a fourteen (14) day extension of time to file any Brief of Appellant and Joint Appendix until May 13, 2008.

14. The government is now represented by Tom Booth with the United States Department of Justice. On April 17, 2008, the government consented to the relief sought herein.

WHEREFORE, the defendant-appellant, Brandon Basham, respectfully requests that the Court grant a fourteen (14) day extension of time in the above-captioned matter.

Respectfully submitted,

Timothy J. Sullivan
6305 Ivy Lane Suite 700
Greenbelt, Maryland 20770
301-474-0044

Melissa A. Meister /TJS
Melissa A. Meister
JENNER & BLOCK
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
202-639-6034

3

JA 7069

# Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Wednesday, April 02, 2008 11:28 AM
**Subject:** Fw: Melissa Meister

Please run copy and put on my desk.
------Original Message------
From: Kellie Switzer2
To: Jack Swerling
Sent: Mar 25, 2008 12:19 PM
Subject: Melissa Meister

Please call re: Basham appeal @ 1-202-281-5172.

------------------
Never miss a thing. Make Yahoo your homepage.
<http://us.rd.yahoo.com/evt=51438/*http://www.yahoo.com/r/hs>

Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059


GOVERNMENT
EXHIBIT
189

4/2/2008

**JA 7070**

63896

From: Meister, Melissa A. <MMeister@jenner.com>
To: jacklaw@aol.com
Subject: Basham Appeal
Date: Thu, 27 Mar 2008 7:45 pm

Jack,

Just insuring that you got the items below and checking in to see whether it would be easier for you to have someone look through the files, or whether it would be easier for you to have me send myself or someone else down early next week to look through your files for the relevant documents. Please let me know.

Thanks,
Melissa

---

**From:** Meister, Melissa A.
**Sent:** Wednesday, March 26, 2008 2:15 PM
**To:** jacklaw@aol.com
**Cc:** Timothy J. Sullivan
**Subject:** Items Needed for Basham Appeal
**Importance:** High

Jack,

Pursuant to our conversation today, here is a list of the items that I need from your Basham files. As time is of the essence in this appeal, I would appreciate it if you could find as many of the items as you can by Monday, March 31, and have them shipped Fed Ex Overnight. Certainly, to the extent that you can find them earlier, that would be very helpful. Alternatively, if you feel that this request is too burdensome to mail, I am happy to fly down and visit your offices on Monday, March 31st, and make copies of the following documents. Let me know which you prefer.

Having spoken with the Court, my understanding is that many of the items I have asked for may be housed by the district court in an off-site facility in Georgia, and so would take quite a while to retrieve. Hence, it would be easier to locate in your files. For Fed Ex purposes, my address is

Melissa A. Meister
Jenner & Block LLP
601 13th Street NW
Suite 1200 South
Washington, DC 20005

and the Fed Ex number to use is 1049-2600-2. Here are the documents I need:

(1) The videotape of the Basham scuffle from 9/20/2004. We could not locate this item in the sealed portion of Basham's file.

(2) Any and all motions regarding the disqualification of Monckton and Littlejohn. These items are not listed on PACER, though we know them to exist.

(3) The following motion, which should be in Littlejohn's files:

| 12/11/2002 | 22 | MOTION by Branden L Basham for determination of mental competency (amil) Modified on 12/13/2002 (Entered: 12/11/2002) |
|---|---|---|

(4) Any psychological report filed with the Court on behalf of Basham, including Dr. Schwartz-Watts' report.

(5) Any transcript that you have of the following docket entry:



GOVERNMENT EXHIBIT
190
PENGAD 800-631-6989

**JA 7071**

63915

| 10/07/2004 | 775 | TRANSCRIPT OF MOTION HEARING/ with sealed envelope of sealed portion of hearing as to Brandon L Basham for dates of 8/2/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/07/2004) |
|---|---|---|

(6)   Any transcript or notes that you have of the Government's closing argument at the guilt phase of Fulks' trial, which was on 6/29/2004.

I also have a number of motions from the Fulks' trial that I would appreciate, to the extent you have them.  They are as follows:

4:02-cr-00992-JFA-1

| 10/09/2003 | 176 | MOTION by Chadrick E Fulks for Bill of Particulars , and Renewal Motion for Disclosure of intent to use evidence of other crimes, wrongs or acts under Rule 404(b) (mflo) (Entered: 10/09/2003) |
|---|---|---|
| 12/31/2003 | 214 | MOTION by Chadrick E Fulks in limine to exclude evidence of unadjudicated offenses or in the alternative to establish procedure for pretrial determination of admissibility of such evidence and for specified burden of proof to be sustained by the Government with respect to unadjudicated offenses offered at the sentencing phase (mflo) (Entered: 12/31/2003) |
| 12/31/2003 | 219 | MOTION by Chadrick E Fulks to preclude or place substantive limitations on and establish procedural protections for the admissibility and consideration of victim impact evidence (mflo) (Entered: 12/31/2003) |
| 05/10/2004 | 560 | RE-FILED MOTIONS by Chadrick E Fulks to preclude or place substantive limitations on and establish procedural protections for the admissibility and consideration of victim impact evidence , to allow allocution without cross examination during penalty phase , in limine to exclude evidence of unjudicated offenses, or in the alternative to establish procedure for pretrial determination of admissibility of such evidence, and for specified burden of proof to be sustained by the government with espect to unadjudicated offenses offered at the sentencing phase , to strike and/or limit aggravating factors , to strike (mflo) (Entered: 05/10/2004) |
| 05/24/2004 | 581 | MOTION by Chadrick E Fulks in limine to exclude the government from referring in opening statement to any unadjudicated prior offenses and from introducing evidence of such offenses prior to a realiability hearing (mflo) (Entered: 05/24/2004) |
| 05/24/2004 | 583 | MOTION by Chadrick E Fulks in limine to exclude for the government from relying upon evidence of certain alleged prior bad acts due to non complaince with notice requirement |

JA 7072

63916

| | | |
|---|---|---|
| | | (mflo) (Entered: 05/24/2004) |
| 05/26/2004 | 597 | RESPONSE by USA as to Chadrick E Fulks re [583-1] motion in limine to exclude for the government from relying upon evidence of certain alleged prior bad acts due to non complaince with notice requirement (mflo) (Entered: 05/26/2004) |
| 05/27/2004 | 599 | MOTION HEARING as to Chadrick E Fulks held before Chief Judge Joseph F. Anderson Jr ORAL ORDER tentative denied [589-1] motion in limine to prohibit evidence of the abuse of Myles Evans as to Chadrick E Fulks (1), under advisement [588-1] motion for appropriate limitations on admission and consideration of evidence in support of non statutory aggravating factors as to Chadrick E Fulks (1), granted in part and denied in part [586-1] motion in limine to exclude to redact portions of letters as to Chadrick E Fulks (1), denying [585-1] motion for John Blume and William Nettles to withdraw as attorney as to Chadrick E Fulks (1), under advisement [584-1] motion in limine to exclude to limit admission and consideration of evidence in support of future dangerousness to information showing that defendant poses a future danger within the confines of a Federal Prison as to Chadrick E Fulks (1), denied [583-1] motion in limine to exclude for the government from relying upon evidence of certain alleged prior bad acts due to non complaince with notice requirement as to Chadrick E Fulks (1), mooting [582-1] motion for Disclosure of exculpatory material information as to Chadrick E Fulks (1), denied in part and tentative granted in part [581-1] motion in limine to exclude the government from referring in opening statement to any unadjudicated prior offenses and from introducing evidence of such offenses prior to a realiability hearing as to Chadrick E Fulks (1), mooting [566-1] motion to preclude the Government from utilizing jailhouse snitch testimony as to Chadrick E Fulks (1), mooting [565-1] motion for Disclosure of Government communications with witnesses presently exposed to criminal liability as to Chadrick E Fulks (1), under advisement [560-1] motion to preclude or place substantive limitations on and establish procedural protections for the admissibility and consideration of victim impact evidence as to Chadrick E Fulks (1), under advisement [560-2] motion to allow allocution without cross examination during penalty phase as to Chadrick E Fulks (1), under advisement [560-3] motion in limine to exclude evidence of unjudicated offenses, or in the alternative to establish procedure for pretrial determination of admissibility of such evidence, and for specified burden of proof to be sustained by the government with espect to unadjudicated offenses offered at the sentencing phase as to Chadrick E Fulks (1), under advisement [560-4] motion to strike and/or limit aggravating factors as to Chadrick E Fulks (1), |

JA 7073

63917

terminated [560-5] motion to strike as to Chadrick E Fulks (1); detailed order to be filed on these rulings; Court Reporter: Gary Smith. (mflo) Modified on 05/28/2004 (Entered: 05/27/2004)

05/28/2004    600    ORDER NO. 43 as to Chadrick E Fulks remains under adisement [589-1] motion in limine to prohibit evidence of the abuse of Myles Evans, denied [588-1] motion for appropriate limitations on admission and consideration of evidence in support of non statutory aggravating factors, denied [585-1] motion for John Blume and William Nettles to withdraw as attorney, denied [584-1] motion in limine to exclude to limit admission and consideration of evidence in support of future dangerousness to information showing that defendant poses a future danger within the confines of a Federal Prison, denied [583-1] motion in limine to exclude for the government from relying upon evidence of certain alleged prior bad acts due to non complaince with notice requirement, mooting [582-1] motion for Disclosure of exculpatory material information, granted in part and denied in part [581-1] motion in limine to exclude the government from referring in opening statement to any unadjudicated prior offenses and from introducing evidence of such offenses prior to a realiability hearing, mooting [566-1] motion to preclude the Government from utilizing jailhouse snitch testimony, mooting [565-1] motion for Disclosure of Government communications with witnesses presently exposed to criminal liability, denied in part and deferred in part until trial [560-1] motion to preclude or place substantive limitations on and establish procedural protections for the admissibility and consideration of victim impact evidence, denied [560-2] motion to allow allocution without cross examination during penalty phase, denied in part and granted in part [560-3] motion in limine to exclude evidence of unjudicated offenses, or in the alternative to establish procedure for pretrial determination of admissibility of such evidence, and for specified burden of proof to be sustained by the government with espect to unadjudicated offenses offered at the sentencing phase, remains under advisement [560-4] motion to strike and/or limit aggravating factors, terminated [560-5] motion to strike (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 05/28/2004)

06/18/2004    632    TRANSCRIPT OF MOTIONS HEARING as to Chadrick E Fulks, Branden L Basham for dates of 1/15/03 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Jack Clarke (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 06/18/2004)

05/24/2004    584    MOTION by Chadrick E Fulks in limine to exclude to limit admission and consideration of evidence in support of future dangerousness to information showing that defendant poses

JA 7074

63918

> a future danger within the confines of a Federal Prison (mflo)
> (Entered: 05/24/2004)

Thank you for your time and energy, Jack. I appreciate it.

Melissa A. Meister

---

**Melissa A. Meister**
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

JA 7075

63919

From: Meister, Melissa A. <MMeister@jenner.com>
   To: jacklaw@aol.com
Subject: One other thing I could not find
   Date: Mon, 31 Mar 2008 11:03 pm

The written Order by the judge that disqualified Monckton and Littlejohn. If you could add that to the list, it would be very helpful.

Thanks,
Melissa

**Melissa A. Meister**
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.



GOVERNMENT
EXHIBIT
191

JA 7076

63920

From: Meister, Melissa A. <MMeister@jenner.com>
To: jacklaw@aol.com
Subject: RE: Status of Basham requests
Date: Mon, 31 Mar 2008 9:01 pm

Thank you.

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Monday, March 31, 2008 8:42 PM
To: Meister, Melissa A.
Subject: Re: Status of Basham requests

They did not. I have been in fla and am just returning tonight. Did not
understand the urgency like that. Will get with staff in am Jack B Swerling cell
803-237-6300 office 803- 765-2626 fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Mon, 31 Mar 2008 20:38:19
To:<jacklaw@aol.com>
Subject: Status of Basham requests


Jack,

I hope you had a nice weekend. I hate to be a nuisance, but I would like to
find out the status of the records I requested from Basham's file. As I said,
if it is too onerous, I can send someone down this week to make copies of the
necessary records. Please let me know whether the records requested went out by
Fed Ex today. Thanks,

Melissa
----------------


Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
www.jenner.com <http://www.jenner.com/>

CONFIDENTIALITY WARNING: This email may contain privileged or confidential
information and is for the sole use of the intended recipient(s). Any
unauthorized use or disclosure of this communication is prohibited. If you
believe that you have received this email in error, please notify the sender
immediately and delete it from your system.

----------------

GOVERNMENT
EXHIBIT
192

PENGAD 800-631-6989

# FAX TRANSMITTAL          JENNER&BLOCK

Jenner & Block LLP          Chicago
601 Thirteenth Street, NW   Dallas
Suite 1200 South            New York
Washington DC, DC  20005    Washington, DC
Tel  202 639-6000
www.jenner.com

| | | | |
|---|---|---|---|
| Date: | April 1, 2008 | | |
| To: | Jack B. Swerling, Esq. | Fax: | 803 799-4059 |
| | | Voice: | |
| From: | Melissa A. Meister | Fax: | 202 661-4805 |
| | mmeister@jenner.com | Voice: | 202 639-6034 |
| Employee Number: | | Client Number: | 63020-10004 |

**Important:** This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is attorney work product, privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via postal service. Thank you.

**Message:**
Please read the enclosed letter.  Thank you.

Total number of pages including this cover sheet: 7          Time Sent:

If you do not receive all pages, please call: 202 639-6000          Sent By:

Secretary:          Extension: 6034

GOVERNMENT
EXHIBIT
193
PENGAD 800-631-6989

JA 7078

63900

# JENNER & BLOCK

April 1, 2008

Jenner & Block LLP            Chicago
601 Thirteenth Street, NW     New York
Suite 1200 South              Washington, DC
Washington, DC 20005
Tel 202-639-6000
www.jenner.com

**VIA FACSIMILE**

Melissa A. Meister
Tel  202 639-6034
Fax  202 661-4805
mmeister@jenner.com

Jack B. Swerling, Esq.
1720 Main Street
Suite 301
Columbia, SC 29201

Re:     *United States v. Brenden Basham* **Trial Files**

Dear Mr. Swerling:

This letter is to follow up on the numerous requests that my co-counsel, Timothy J. Sullivan, and I have made for the trial files of our client, Branden Basham. I understand that you are no doubt busy with other matters, but as you are aware, we have a firm deadline of April 29, 2008, by which to file Mr. Basham's appeal, and his trial files are essential to our ability to do so. Therefore, if I do not receive the files that I requested on Wednesday, March 31st, by 5:00 p.m. on Friday, April 4th, I will file a motion with the United States Court of Appeals for the Fourth Circuit, asking for court-ordered production of the files.

I appreciate your work-load and resources, but you have known of our need for the files since at least January 14, 2008, when Mr. Sullivan wrote you a letter requesting that you provide him with a set of Basham's trial files, or permit him access to the files in person. Additionally, Mr. Sullivan met with you in person on January 29, 2008, and again requested Basham's files, which you stated that you would provide. It is my understanding that Mr. Sullivan attempted to follow up on his requests via phone after the meeting, but was unable to reach you.

I contacted you via phone on March 26, 2008, and in an effort to be conciliatory and speed up the production of relevant files, I requested a list of specific items from Basham's trial files. I then provided you with a written list of these items via e-mail on March 26, 2008, along with a Federal Express number so that neither you nor your firm would have to bear the expense of producing these documents. I also informed you that I needed the items delivered to me by March 31st. Alternatively, I offered to fly down to South Carolina on Monday, March 31st to retrieve relevant items myself, so as to avoid unnecessary burden on your resources. I e-mailed you again on Thursday, March 27, 2008, to insure that you received the list of items necessary and you assured me via e-mail that you would "get someone on it." When I did not receive any files on March 31st, I e-mailed you again to ask for production of the files and you stated that you "did not understand the urgency" and would "get with staff in am."

I am sure you understand the grave nature of a death penalty appeal and the necessity for a person facing imposition of the death penalty to be represented by able and informed counsel. Basham's trial files are essential to our ability, as counsel on appeal, to represent Basham ably and effectively. I therefore hope that you can locate and provide, as quickly as possible, the

63901

Jack B. Swerling, Esq.
April 1, 2008
Page 3

items that I requested last Wednesday (a list of which is attached to this letter). Conversely, if it is more administratively feasible for you, you are welcome to Federal Express all of Basham's trial files to me and I will go through them for the relevant materials. Thank you.

Sincerely,

Melissa A. Meister
Attorney

Enclosures

cc:    Tim Sullivan

JA 7080

63902

From: jacklaw@aol.com
To: tsullivan@bsm-legal.com; jacklaw@aol.com
Subject: Fwd: Letter Dated April 1, 2008
Date: Tue, 1 Apr 2008 5:17 pm

-----Original Message-----
From: jacklaw@aol.com
To: MMeister@jenner.com; Jacklaw@aol.com
Sent: Tue, 1 Apr 2008 5:10 pm
Subject: Re: Letter Dated April 1, 2008

your letter was totally unneccessary in its tone and content. i am sorry that you are under a deadline by april 29,2008,,but don't try and pass off the fault to me.
when you contacted me on wednesday, i told you i was on my way out of town. you asked about certain documents and you were willing to try and get them from the court or other sources, but in an effort to make it easier on you i said we would help and that is what we are doing.
when i spoke with you and when i spoke with tim i made it perfectly clear that the files were here and that they were extensive. NO request has been made of me to provide you with anything until last week and that was volunteered on my part. i told tim when he was here that the files were available to him or anyone else and copies could be made of whatever was wanted. he said he would get back with me as to how he wanted it done i repeat NO request was made of me for any contents of the file until we spoke last week.
i arrived home from florida on monday evening and i am trying to get what you want

-----Original Message-----
From: Meister, Melissa A. <MMeister@jenner.com>
To: jacklaw@aol.com
Cc: Timothy J. Sullivan <tsullivan@bsm-legal.com>
Sent: Tue, 1 Apr 2008 4:50 pm
Subject: Letter Dated April 1, 2008

Jack,

This letter was also sent to you via fax, but I wanted to shoot it to you via e-mail as well.

Thank you,

Melissa

**Melissa A. Meister**
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

Planning your summer road trip? Check out AOL Travel Guides.

Planning your summer road trip? Check out AOL Travel Guides.

GOVERNMENT
EXHIBIT
194
PENGAD 800-631-6889

JA 7081
63907

## Linda Brown

| | |
|---|---|
| **From:** | "Jack B Swerling" <jacklaw@aol.com> |
| **To:** | "Linda Brown" <linda@swerlinglaw.com> |
| **Sent:** | Tuesday, April 01, 2008 5:57 PM |
| **Subject:** | Fw: Letter Dated April 1, 2008 |

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Tue, 1 Apr 2008 21:53:59
To:"Meister, Melissa A." <MMeister@jenner.com>
Cc:tsullivan@bsm-legal.com, "Jack Swerling" <jacklaw@aol.com>
Subject: Re: Letter Dated April 1, 2008


You may come down whenever you wish and may copy whatever you want. By the way there hasn't been any miscommunication- no one asked me for anything. The files are and have been available for rev iew and copying. Had you not waited until march 26th, With a deadline of march 31 ( especially when i volunteered to help) perhaps we could have helped even more
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Tue, 1 Apr 2008 17:42:32
To:<jacklaw@aol.com>
Cc:<tsullivan@bsm-legal.com>
Subject: RE: Letter Dated April 1, 2008


Jack,

I understand your position, and as I said on the phone, I do apologize if there was a


GOVERNMENT
EXHIBIT
195

PENGAD 800-631-6989

4/2/2008

JA 7082

63880

miscommunication between Mr. Sullivan and myself, or between Mr. Sullivan and you. I am not trying to pass off my deadlines on to you, and I appreciate your offer to make the files available to me on such short notice. I certainly would have been down sooner had I known that was the case.

I am available to come down this Thursday to look through all the files, make copies of what is necessary for the appeal, and send the copies back to my office. Hopefully, this will be the least inconvenience to you and anyone in your office. I will let you know, via e-mail as you requested, as soon as I confirm flight times, as you said that anytime will work with your schedule.

Thank you.

Melissa

---------------

From: jacklaw@aol.com [mailto:jacklaw@aol.com]
Sent: Tuesday, April 01, 2008 5:32 PM
To: Meister, Melissa A.; Jacklaw@aol.com
Cc: tsullivan@bsm-legal.com
Subject: Re: Letter Dated April 1, 2008


in the event you deem it necessary to file a motion in the fourth circuit as you threatened to do, please be advised that my position is that until last wednesday march 26, no request was made of me as to any specific document from the file. in fact i offered to try and assist you in retrieving the documents you were seeking rather than have you run around in circles looking for them. i have never refused to make the file available to anyone whether it be for the purpose of review or copying. your letter appears to be an effort to pass on to me some blame for your running short on the time for filing your brief. i will not accept that.


-----Original Message-----
From: Meister, Melissa A. <MMeister@jenner.com>
To: jacklaw@aol.com
Cc: Timothy J. Sullivan <tsullivan@bsm-legal.com>
Sent: Tue, 1 Apr 2008 4:50 pm
Subject: Letter Dated April 1, 2008

JA 7083

63881

Jack,

This letter was also sent to you via fax, but I wanted to shoot it to you via e-mail as well.

Thank you,

Melissa

------------------

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com <mailto:MMeister@jenner.com>
www.jenner.com <http://www.jenner.com/>

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

------------------

------------------

Planning your summer road trip? Check out AOL Travel Guides
<http://travel.aol.com/travel-guide/united-states?ncid=aoltrv000300000000015> .

JA 7084

63882

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Wednesday, April 02, 2008 12:51 PM
**Subject:** Fw: Letter Dated April 1, 2008

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Wed, 2 Apr 2008 12:28:27
To:<jacklaw@aol.com>
Cc:<tsullivan@bsm-legal.com>
Subject: RE: Letter Dated April 1, 2008

Jack,

Thank you very much for taking the time out of your day to have that done. As I am already scheduled to fly down tomorrow morning, the Fed Ex shipment and I would miss each other, so if you could, I'd appreciate it if you could set those motions aside. I can thus quickly look through them when I get in tomorrow, and overall, it will probably shorten my file review. Again, much appreciated.

I am scheduled to land at roughly 10:30 a.m. tomorrow. I will head directly to your office and work through the Basham trial files as quickly as possible. I have all day, and all evening, if necessary, tomorrow. I will also connect with a local copy service so that your office does not incur any unnecessary expense.

Should I ask for you when arriving or should I ask for an assistant to just show me to the boxes? Again, I appreciate your help and would like to remain as out of your hair as possible. If there has been any index created as to the boxes, that would be very helpful and would probably lead to less questions.

Melissa



GOVERNMENT
EXHIBIT
196
PENGAD 800-631-6989

4/2/2008

**JA 7085**

63877



Melissa A. Meister

Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

-----Original Message-----

From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Wednesday, April 02, 2008 9:09 AM
To: Meister, Melissa A.; Jack Swerling
Cc: tsullivan@bsm-legal.com
Subject: Re: Letter Dated April 1, 2008

The fulks motions and orders are being copied and can be sent fed ex today. Please advise your pleasure Jack B Swerling cell 803-237-6300 office 803- 765-2626 fax 803-799-4059

JA 7086    63878

*Law Offices of*
*Jack B. Swerling*

*1720 Main Street, Suite 301*
*Columbia, South Carolina 29201*

*Telephone 803-765-2626*
*Fax 803-799-4059*

April 2, 2008

Melissa A. Meister
Jenner & Block, LLP
601 Thirteenth Street, N.W.
Suite 200 South
Washington, DC 20005-3823

     Re:   Brandon Leon Basham

Dear Ms. Meister:

     Enclosed is the CD "Basham Court Fight" that you requested. If you need anything further, do not hesitate to contact me.

                 Very truly yours,

                 Jack B. Swerling

JBS:lhb
Enclosure



GOVERNMENT
EXHIBIT
197

JA 7087

63876

Law Offices of
Jack B. Swerling

1720 Main Street, Suite 301
Columbia, South Carolina 29201

Telephone 803-765-2626
Fax 803-799-4059

April 2, 2008

Melissa A. Meister, Esquire
Jenner & Block, LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005

**RE:** **United States v. Brandon Basham**

Dear Ms. Meister:

Enclosed herewith are copies of the following:

1. All motions from our Motions Notebooks numbered 1, 2 and 3 regarding Brandon Basham;
2. All motions regarding Chadrick Fulks; and
2. All orders from our files numbered 1, 2 and 3 regarding Brandon Basham.

If you have any questions, do not hesitate to contact me.

Very truly yours,

Jack B. Swerling

JBS:kas
Enclosures



GOVERNMENT
EXHIBIT
198

JA 7088

63875

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Friday, April 04, 2008 10:47 AM
**Subject:** Fw: Confirmation of Document Arrangements

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Fri, 4 Apr 2008 13:20:21
To:"Melissa Meister" <meisterjd@gmail.com>, "Jack Swerling" <jacklaw@aol.com>
Subject: Re: Confirmation of Document Arrangements


You are welcome. Just so you will know i don't let files out my office without knowing what's going or being copied by me first. I have had a couple of bad experiences. If you need anything further just ask and we will try to accommodate
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Melissa Meister" <meisterjd@gmail.com>

Date: Thu, 3 Apr 2008 22:10:32
To:jacklaw@aol.com
Subject: Confirmation of Document Arrangements


Jack,

I just wanted to send you an e-mail confirming the box arrangements we made this evening. After a review of all of Basham's trial files, I had pulled two boxes' worth of materials to be copied and shipped to me. Those boxes were handed off to Brandon at Document Technologies Inc. to be copied and shipped. However, after learning that you did not want the boxes to be stored out of your office overnight, I made arrangements to



GOVERNMENT EXHIBIT 199

4/4/2008

JA 7089

63872

have the boxes returned to your office (which I understand they were at approximately 5:30 p.m.), and to have Document Technologies pick those two boxes back up at 8:30 a.m. from your office to be copied off-site, the originals returned to you, and the copies sent to me in D.C.

I will be checking in with Document Technologies tomorrow to make sure everything goes smoothly, and I made a list of everything I loaded into the boxes, so that if something should get lost in the shuffle, we'll know what it is. If you have any questions or concerns, feel free to e-mail me, as I'll be checking my Blackberry.

Thanks again for the unfettered access on such short notice.

Melissa A. Meister

4/4/2008

JA 7090

63873

From: jacklaw@aol.com
To: MMeister@jenner.com; Jacklaw@aol.com; greg@harrisgasserlaw.com
Subject: Re: Question on Competency
Date: Tue, 15 Apr 2008 5:58 pm

OUR OWN PSYCHIATRISTS SAID HE WAS COMPETENT.


——Original Message——
From: Meister, Melissa A. <MMeister@jenner.com>
To: jacklaw@aol.com <jacklaw@aol.com>
Sent: Tue, 15 Apr 2008 5:29 pm
Subject: RE: Question on Competency

Jack,

Sorry, but I didn't get any text in your message.

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Tuesday, April 15, 2008 5:27 PM
To: Meister, Melissa A.
Subject: Re: Question on Competency


------Original Message------
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 15, 2008 3:58 PM
Subject: Question on Competency

Jack,

Quick question...I noticed that Littlejohn and Monckton filed for a competency
hearing, and later, so did the Government, which was never granted because you
and Harris objected.  Just curious why you didn't want him assessed for
competency?  We're making some arguments regarding the Judge's ordering him to
Butner for the Government's rebuttal of mitigation testimony and understanding
the trial team's thinking on competency will help.  Thanks much.

Melissa


Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential
information and is for the sole use of the intended recipient(s). Any
unauthorized use or disclosure of this communication is prohibited. If you
believe that you have received this email in error, please notify the sender
immediately and delete it from your system.

GOVERNMENT
EXHIBIT
200
PENGAD 800-631-6989

JA 7091

63987

**From:** Meister, Melissa A. <MMeister@jenner.com>
**To:** jacklaw@aol.com <jacklaw@aol.com>; greg@harrisgasserlaw.com <greg@harrisgasserlaw.com>
**Subject:** RE: Question on Competency
**Date:** Tue, 15 Apr 2008 6:39 pm

Thanks for the quick response.

Melissa

**From:** jacklaw@aol.com [mailto:jacklaw@aol.com]
**Sent:** Tuesday, April 15, 2008 5:58 PM
**To:** Meister, Melissa A.; Jacklaw@aol.com; greg@harrisgasserlaw.com
**Subject:** Re: Question on Competency

OUR OWN PSYCHIATRISTS SAID HE WAS COMPETENT.

-----Original Message-----
**From:** Meister, Melissa A. <MMeister@jenner.com>
**To:** jacklaw@aol.com <jacklaw@aol.com>
**Sent:** Tue, 15 Apr 2008 5:29 pm
**Subject:** RE: Question on Competency

Jack,

Sorry, but I didn't get any text in your message.

Melissa

------Original Message------
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Tuesday, April 15, 2008 5:27 PM
To: Meister, Melissa A.
Subject: Re: Question on Competency

------Original Message------
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 15, 2008 3:58 PM
Subject: Question on Competency

Jack,

Quick question...I noticed that Littlejohn and Monckton filed for a competency hearing, and later, so did the Government, which was never granted because you and Harris objected. Just curious why you didn't want him assessed for competency? We're making some arguments regarding the Judge's ordering him to Butner for the Government's rebuttal of mitigation testimony and understanding the trial team's thinking on competency will help. Thanks much.

Melissa

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805

GOVERNMENT
EXHIBIT
201
PENGAD 800-631-6969

4/15/2008

JA 7092

63983

**Linda Brown**

From: "Jack B Swerling" <jacklaw@aol.com>
To: "Linda Brown" <linda@swerlinglaw.com>
Sent: Thursday, April 24, 2008 5:56 PM
Subject: Fw: Statements made by Basham re Burns case

Please run copy and put on my desk.

------Original Message------
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 16, 2008 7:24 PM
Subject: Statements made by Basham re Burns case


Jack,

Were there ever any exhibits regarding Basham's statements, to the FBI, regarding the Burns carjacking and murder? I have Fulks' statements, but they're rather incriminatory toward Branden, and I'm guessing he said something different? Anyway, to the extent there is anything that was filed in the record, could you let me know? Thanks much.


Melissa

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

GOVERNMENT EXHIBIT
202
PENGAD 800-631-6989

4/25/2008

JA 7093

63968

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Thursday, April 24, 2008 5:55 PM
**Subject:** Fw: Items from Basham file

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Thu, 17 Apr 2008 11:43:01
To:"Meister, Melissa A." <MMeister@jenner.com>,        "Jack Swerling"
<jacklaw@aol.com>
Subject: Re: Items from Basham file


There would be a 302 for every witness they interviewed. Can you give me an idea of
what you are looking for. Also may need a disclosure order- i would need to check with
the judge
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Wed, 16 Apr 2008 22:45:58
To:"jacklaw@aol.com" <jacklaw@aol.com>
Subject: Items from Basham file


I was wondering if it's possible to get all of the FBI statements (the agent reports) from
Basham's file? I don't recall those when I was down in your office, but given the amount
of paper, I could have easily missed them.

Melissa



GOVERNMENT
EXHIBIT
263

PENGAD 800-631-6989

4/25/2008

JA 7094

63966

Melissa A. MeisterJenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
www.jenner.com <http://www.jenner.com/>

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

From: Angela_Snipes@scd.uscourts.gov [mailto:Angela_Snipes@scd.uscourts.gov]
Sent: Wednesday, April 02, 2008 1:54 PM
To: Meister, Melissa A.
Subject: #63

Thanks,
Angie
(803) 253-3489

4/25/2008

JA 7095

63967

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Thursday, April 24, 2008 5:55 PM
**Subject:** Fw: Statements made by Basham re Burns case

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Thu, 17 Apr 2008 09:15:22
To:"jacklaw@aol.com" <jacklaw@aol.com>
Subject: RE: Statements made by Basham re Burns case


Well, I'm bound by whatever is in the record, so the extent that there were 302s
introduced by the Government regarding Basham's statements to FBI about Burns and
Donovan, I'm looking for those. Does that help?

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Thursday, April 17, 2008 7:46 AM
To: Meister, Melissa A.; Jack Swerling
Subject: Re: Statements made by Basham re Burns case

There we're statements. Are you referring to a physical statement introduced ?
------Original Message------
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 16, 2008 7:24 PM
Subject: Statements made by Basham re Burns case


Jack,

Were there ever any exhibits regarding Basham's statements, to the FBI, regarding the


GOVERNMENT
EXHIBIT
204

4/25/2008

**JA 7096**

63963

Burns carjacking and murder? I have Fulks' statements, but they're rather incriminatory toward Branden, and I'm guessing he said something different? Anyway, to the extent there is anything that was filed in the record, could you let me know? Thanks much.

Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

JA 7097

63964

From: Jack B Swerling <jacklaw@aol.com>
To: Meister, Melissa A. <MMeister@jenner.com>; Jack Swerling <jacklaw@aol.com>
Subject: Re: Statements made by Basham re Burns case
Date: Fri, 18 Apr 2008 2:30 pm

I was in a trial when you asked and i am off today. Did i answer you. I do not have an exhibit list or docket sheet but if there is an indication a statement was entered let me know and i will try and find it.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Thu, 17 Apr 2008 09:15:22
To:"jacklaw@aol.com" <jacklaw@aol.com>
Subject: RE: Statements made by Basham re Burns case

Well, I'm bound by whatever is in the record, so the extent that there were 302s introduced by the Government regarding Basham's statements to FBI about Burns and Donovan, I'm looking for those. Does that help?

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Thursday, April 17, 2008 7:46 AM
To: Meister, Melissa A.; Jack Swerling
Subject: Re: Statements made by Basham re Burns case

There we're statements. Are you referring to a physical statement introduced ?
-----Original Message-----
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 16, 2008 7:24 PM
Subject: Statements made by Basham re Burns case

Jack,

Were there ever any exhibits regarding Basham's statements, to the FBI, regarding the Burns carjacking and murder? I have Fulks' statements, but they're rather incriminatory toward Branden, and I'm guessing he said something different? Anyway, to the extent there is anything that was filed in the record, could you let me know? Thanks much.

Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any

GOVERNMENT
EXHIBIT

PENGAD 800-631-6989

JA 7098

63973

From: Meister, Melissa A. <MMeister@jenner.com>
To: jacklaw@aol.com <jacklaw@aol.com>
Subject: RE: Statements made by Basham re Burns case
Date: Fri, 18 Apr 2008 2:33 pm

Thanks for getting back to me...I have the testimony from Vito and Long re the statements Basham made to authorities about Donovan, but I have no statements regarding Burns, yet he pled guilty in WV. To your knowledge, is there any record of Basham relating the events of the Burns' murder to authorities that would be in the Basham or Fulks' record? If not, I'll go with what I have, but obviously, Fulks made some pretty damning statements about Basham's behavior in the Burns case and I'd like to insert Basham's account to the extent it's on the record. Thanks.

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Friday, April 18, 2008 2:29 PM
To: Meister, Melissa A.; Jack Swerling
Subject: Re: Statements made by Basham re Burns case

I was in a trial when you asked and i am off today. Did i answer you. I do not have an exhibit list or docket sheet but if there is an indication a statement was entered let me know and i will try and find it.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Thu, 17 Apr 2008 09:15:22
To:"jacklaw@aol.com" <jacklaw@aol.com>
Subject: RE: Statements made by Basham re Burns case


Well, I'm bound by whatever is in the record, so the extent that there were 302s introduced by the Government regarding Basham's statements to FBI about Burns and Donovan, I'm looking for those. Does that help?

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Thursday, April 17, 2008 7:46 AM
To: Meister, Melissa A.; Jack Swerling
Subject: Re: Statements made by Basham re Burns case

There we're statements. Are you referring to a physical statement introduced ?
-----Original Message-----
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 16, 2008 7:24 PM
Subject: Statements made by Basham re Burns case


Jack,

Were there ever any exhibits regarding Basham's statements, to the FBI, regarding the Burns carjacking and murder? I have Fulks' statements, but they're rather incriminatory toward Branden, and I'm guessing he said something different? Anyway, to the extent there is anything that was filed in the



GOVERNMENT
EXHIBIT
205
PENGAD 800-631-6989

JA 7099

63975

record, could you let me know?  Thanks much.

Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

JA 7100

63976

From: Jack B Swerling <jacklaw@aol.com>
To: Meister, Melissa A. <MMeister@jenner.com>; Jack Swerling <jacklaw@aol.com>
Subject: Re: Statements made by Basham re Burns case
Date: Fri, 18 Apr 2008 3:18 pm

---

I know there are statements from w va but i do not recall if anything physically entered in the record.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Fri, 18 Apr 2008 13:32:41
To:"jacklaw@aol.com" <jacklaw@aol.com>
Subject: RE: Statements made by Basham re Burns case


Thanks for getting back to me...I have the testimony from Vito and Long re the statements Basham made to authorities about Donovan, but I have no statements regarding Burns, yet he pled guilty in WV. To your knowledge, is there any record of Basham relating the events of the Burns' murder to authorities that would be in the Basham or Fulks' record? If not, I'll go with what I have, but obviously, Fulks made some pretty damning statements about Basham's behavior in the Burns case and I'd like to insert Basham's account to the extent it's on the record. Thanks.

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Friday, April 18, 2008 2:29 PM
To: Meister, Melissa A.; Jack Swerling
Subject: Re: Statements made by Basham re Burns case

I was in a trial when you asked and i am off today. Did i answer you. I do not have an exhibit list or docket sheet but if there is an indication a statement was entered let me know and i will try and find it.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Thu, 17 Apr 2008 09:15:22
To:"jacklaw@aol.com" <jacklaw@aol.com>
Subject: RE: Statements made by Basham re Burns case


Well, I'm bound by whatever is in the record, so the extent that there were 302s introduced by the Government regarding Basham's statements to FBI about Burns and Donovan, I'm looking for those. Does that help?

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Thursday, April 17, 2008 7:46 AM
To: Meister, Melissa A.; Jack Swerling
Subject: Re: Statements made by Basham re Burns case

http://webmail.aol.com/36162/aol/en-us/Mail/PrintMessage.aspx

GOVERNMENT
EXHIBIT
206
PENGAD 800-631-6989

4/21/2008

JA 7101

63977

There we're statements. Are you referring to a physical statement introduced ?
------Original Message------
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 16, 2008 7:24 PM
Subject: Statements made by Basham re Burns case

Jack,

Were there ever any exhibits regarding Basham's statements, to the FBI,
regarding the Burns carjacking and murder?  I have Fulks' statements, but
they're rather incriminatory toward Branden, and I'm guessing he said something
different?  Anyway, to the extent there is anything that was filed in the
record, could you let me know?  Thanks much.

Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential
information and is for the sole use of the intended recipient(s). Any
unauthorized use or disclosure of this communication is prohibited. If you
believe that you have received this email in error, please notify the sender
immediately and delete it from your system.

---

Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

JA 7102
63978

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Thursday, April 24, 2008 5:38 PM
**Subject:** Fw: Missing Motion

Please run copy and put on my desk.
------Original Message------
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 23, 2008 5:12 PM
Subject: Missing Motion


Jack,

There is a December 20, 2002, motion that is missing from the court's docket, as well as from the Fulks' motions that you gave me. It's the December 20, 2002, Motion for Disclosure of Intent to Use 404(b) Evidence. There was a renewal motion filed later, which is on the docket, but the December 20th motion is missing. Might you have this motion somewhere in your boxes of treasure?

Thanks,
Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

GOVERNMENT
EXHIBIT
207
PENGAD 800-631-6889

4/25/2008

**JA 7103**

63971

## Linda Brown

From: "Jack B Swerling" <jacklaw@aol.com>
To: "Linda Brown" <linda@swerlinglaw.com>
Sent: Sunday, April 27, 2008 10:36 AM
Subject: Fw: Thanks for getting back to me

Please run copy and put on my desk.
------Original Message------
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 25, 2008 2:57 PM
Subject: Thanks for getting back to me

As we're missing some docket entries, it appears, can you recall any dates or motions in which you challenged the district court's "intrinsic act" ruling (the ruling where all the evidence from Brandon's escape to Fulks' capture came in). We have some of the hearings, but if you could help pinpoint anymore, that would be great.

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059



GOVERNMENT
EXHIBIT
208

4/28/2008

JA 7104

63972

**Linda Brown**

| | |
|---|---|
| From: | "Jack B Swerling" <jacklaw@aol.com> |
| To: | "Linda Brown" <linda@swerlinglaw.com> |
| Sent: | Tuesday, April 29, 2008 8:44 PM |
| Subject: | Fw: Thanks for getting back to me |

Please run copy and put on my desk.
------Original Message------
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 25, 2008 2:57 PM
Subject: Thanks for getting back to me

As we're missing some docket entries, it appears, can you recall any dates or motions in which you challenged the district court's "intrinsic act" ruling (the ruling where all the evidence from Brandon's escape to Fulks' capture came in). We have some of the hearings, but if you could help pinpoint anymore, that would be great.

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059



GOVERNMENT
EXHIBIT
209

PENGAD 800-631-6989

4/30/2008

JA 7105

63952

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Wednesday, April 30, 2008 9:24 PM
**Subject:** Fw: Intrinsic Acts Issue

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Wed, 30 Apr 2008 17:18:58
To:"Meister, Melissa A." <MMeister@jenner.com>,      "Haren, Eric R."
<EHaren@jenner.com>
Cc:"Jack Swerling" <jacklaw@aol.com>
Subject: Re: Intrinsic Acts Issue

Off the top of my head and. Conference with greg harris, we believe we objected. It
might have been a joint motion with fulks. Will check further.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Wed, 30 Apr 2008 10:37:22
To:"jacklaw@aol.com" <jacklaw@aol.com>, "Haren, Eric R." <EHaren@jenner.com>
Subject: Intrinsic Acts Issue

Jack,

Below, please find an e-mail from Eric Haren, an attorney who is working with me on
Basham's appeal. If you could respond to both of us, that would be great.

Melissa



GOVERNMENT EXHIBIT 210

5/1/2008

JA 7106

63950

-------------------------------------------------------------------------------------
----------------

Hello Jack,

My name is Eric Haren; I am an attorney working with Melissa Meister and others on the Basham appeal. Nice to communicate with you, after seeing your name in the transcript for many months.

I wanted to touch base with you about the 404(b)/"intrinsic acts" issue. It is not evident from the transcripts in the case whether we ever challenged the government's interpretation of "intrinsic acts." At a motions hearing on February 25, 2004, the issue came up in the context of whether the government would provide the notice required by Rule 404(b). The government claimed all of the evidence from between Basham's escape and Fulks's capture was "intrinsic," and thus not subject to 404(b), but that it would provide notice anyway. In a March 5, 2004, ruling from the motions hearing, the court agreed with the government's interpretation of "intrinsic acts."

The issue next came up at a pretrial conference on August 4, 2004, when the government provided notice that it planned to introduce the Burns killing into evidence. It claimed the evidence was "intrinsic," and that notice was not required, but that it wanted to provide notice anyway. Here, the court asked whether the defense planned to object, and whether the defense could provide authority for the proposition that this evidence was not "intrinsic." The defense indicated it would look into the matter, but did not object at that point.

The issue came up again during trial, when we specifically objected to the introduction of Basham's outburst at the motel in Sturgis, Michigan (where he gets paranoid and says he will shoot a cop) and to the K-Mart incident with the teenagers.

The issue came up again during jury instructions, when we asked the court to strike the "completes the story of the crime" language from the charge. The court obliged.

Any guidance you can provide on this issue would be extraordinarily helpful and much appreciated, as we prepare to file our opening brief very soon.

Many thanks,

Eric Haren

-------------------------------------------------------------------------------------

5/1/2008

JA 7107

63951

## Linda Brown

From:     "Jack B Swerling" <jacklaw@aol.com>
To:       "Linda Brown" <linda@swerlinglaw.com>
Sent:     Sunday, May 04, 2008 9:46 PM
Subject:  Fw:

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Mon, 5 May 2008 01:24:43
To:"Meister, Melissa A." <MMeister@jenner.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>, "Jack Swerling" <jacklaw@aol.com>
Subject: Re:


I have left message with blume to see if they know where the issue was raised. Will let
you know
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Sat, 3 May 2008 14:21:48
To:"jacklaw@aol.com" <jacklaw@aol.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>
Subject:


Jack,

I am quite sure that you have other matters on your plate, but finding a place where you
and Harris explicitly challenged the Government's "intrinsic acts" position is critical to
Brandon's appeal.  Have you found anything yet on this issue?  I know that you



GOVERNMENT
EXHIBIT
211

5/5/2008

JA 7108

639.30

mentioned a joint motion with Fulks. We have not found anything, unfortunately.

Also, to the extent that you can find anything that was introduced by Basham regarding the Burns matter, that would also be very helpful.

Unfortunately, time is running short for filing this appeal, so the sooner you can get back to me, the better.

Thank you,

Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

Please note the Washington office of Jenner & Block will be moving. Effective May 24, 2008 our new address will be 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412. Our telephone numbers will remain unchanged.

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

JA 7109

63931

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Monday, May 12, 2008 7:32 PM
**Subject:** Fw:

Please run copy and put on my desk.

Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Sat, 3 May 2008 23:06:27
To:"Meister, Melissa A." <MMeister@jenner.com>,          "Jack Swerling"
<jacklaw@aol.com>
Subject: Re:


Here is the problem. You have the transcripts and i don't. I'm trying to do this by recall. I
spoke with harris. We remember arguing the issue but can't tell you where or when there
does not appear to be a motion or memorandum and i can't find it in any notes. Greg
seems to remember that there were motions argued with fulks before the severance- this
may be one of them. If i were you i would check with greg or john blume- again, i don't
have those transcripts. If you would like me to track john down i will if you have not
already spoken to him. Let me know.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Sat, 3 May 2008 14:21:48
To:"jacklaw@aol.com" <jacklaw@aol.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>
Subject:



GOVERNMENT
EXHIBIT
212

PENGAD 800-631-6989

5/13/2008

**JA 7110**

63937

Jack,

I am quite sure that you have other matters on your plate, but finding a place where you and Harris explicitly challenged the Government's "intrinsic acts" position is critical to Brandon's appeal. Have you found anything yet on this issue? I know that you mentioned a joint motion with Fulks. We have not found anything, unfortunately.

Also, to the extent that you can find anything that was introduced by Basham regarding the Burns matter, that would also be very helpful.

Unfortunately, time is running short for filing this appeal, so the sooner you can get back to me, the better.

Thank you,

Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

Please note the Washington office of Jenner & Block will be moving. Effective May 24, 2008 our new address will be 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412. Our telephone numbers will remain unchanged.

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

5/13/2008

JA 7111

63938

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Monday, May 12, 2008 7:31 PM
**Subject:** Fw:

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Sun, 4 May 2008 12:27:12
To:"Meister, Melissa A." <MMeister@jenner.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>, "Jack Swerling" <jacklaw@aol.com>
Subject: Re:


I seem to remember that when fulks and basham were still joined we were allowed to join in each others motions. Do you have all the transcripts from those hearings ?
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Sat, 3 May 2008 14:21:48
To:"jacklaw@aol.com" <jacklaw@aol.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>
Subject:


Jack,

I am quite sure that you have other matters on your plate, but finding a place where you and Harris explicitly challenged the Government's "intrinsic acts" position is critical to Brandon's appeal. Have you found anything yet on this issue? I know that you


GOVERNMENT
EXHIBIT
213

5/13/2008

JA 7112

63935

mentioned a joint motion with Fulks. We have not found anything, unfortunately.

Also, to the extent that you can find anything that was introduced by Basham regarding the Burns matter, that would also be very helpful.

Unfortunately, time is running short for filing this appeal, so the sooner you can get back to me, the better.

Thank you,

Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

Please note the Washington office of Jenner & Block will be moving. Effective May 24, 2008 our new address will be 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412. Our telephone numbers will remain unchanged.

---

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

JA 7113

63936

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Monday, May 05, 2008 6:26 PM
**Subject:** Fw:

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Mon, 5 May 2008 22:18:18
To:"Meister, Melissa A." <MMeister@jenner.com>, EHaren@jenner.com
Cc:"Jack Swerling" <jacklaw@aol.com>
Subject: Re:


I have checked my notes and have not found references to the intrinsic evidence issue. I
have not heard back from blume
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Sat, 3 May 2008 14:21:48
To:"jacklaw@aol.com" <jacklaw@aol.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>
Subject:


Jack,

I am quite sure that you have other matters on your plate, but finding a place where you
and Harris explicitly challenged the Government's "intrinsic acts" position is critical to
Brandon's appeal.  Have you found anything yet on this issue?  I know that you



5/6/2008

JA 7114

63944

mentioned a joint motion with Fulks. We have not found anything, unfortunately.

Also, to the extent that you can find anything that was introduced by Basham regarding the Burns matter, that would also be very helpful.

Unfortunately, time is running short for filing this appeal, so the sooner you can get back to me, the better.

Thank you,

Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

Please note the Washington office of Jenner & Block will be moving. Effective May 24, 2008 our new address will be 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412. Our telephone numbers will remain unchanged.

---

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Monday, May 12, 2008 7:31 PM
**Subject:** Fw:

Please run copy and put on my desk.

Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Mon, 5 May 2008 01:24:43
To:"Meister, Melissa A." <MMeister@jenner.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>, "Jack Swerling" <jacklaw@aol.com>
Subject: Re:


I have left message with blume to see if they know where the issue was raised. Will let
you know
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Sat, 3 May 2008 14:21:48
To:"jacklaw@aol.com" <jacklaw@aol.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>
Subject:


Jack,

I am quite sure that you have other matters on your plate, but finding a place where you
and Harris explicitly challenged the Government's "intrinsic acts" position is critical to


GOVERNMENT
EXHIBIT
215

5/13/2008

**JA 7116**

63932

Brandon's appeal. Have you found anything yet on this issue? I know that you mentioned a joint motion with Fulks. We have not found anything, unfortunately.

Also, to the extent that you can find anything that was introduced by Basham regarding the Burns matter, that would also be very helpful.

Unfortunately, time is running short for filing this appeal, so the sooner you can get back to me, the better.

Thank you,

Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

Please note the Washington office of Jenner & Block will be moving. Effective May 24, 2008 our new address will be 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412. Our telephone numbers will remain unchanged.

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Tuesday, May 06, 2008 9:53 AM
**Subject:** Fw:

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Tue, 6 May 2008 13:42:44
To:"Meister, Melissa A." <MMeister@jenner.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>, "Jack Swerling" <jacklaw@aol.com>
Subject: Re:


John blume got back to me. He has no specific recollection nor does he have transcripts.
He suggested you contact the 2255 attys- beattie ashmore of greenville or bill watkins of
columbia. If you need my assistance  let me know.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Sat, 3 May 2008 14:21:48
To:"jacklaw@aol.com" <jacklaw@aol.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>
Subject:


Jack,

I am quite sure that you have other matters on your plate, but finding a place where you
and Harris explicitly challenged the Government's "intrinsic acts" position is critical to



GOVERNMENT
EXHIBIT
216

5/6/2008

JA 7118

63948

Brandon's appeal. Have you found anything yet on this issue? I know that you mentioned a joint motion with Fulks. We have not found anything, unfortunately.

Also, to the extent that you can find anything that was introduced by Basham regarding the Burns matter, that would also be very helpful.

Unfortunately, time is running short for filing this appeal, so the sooner you can get back to me, the better.

Thank you,

Melissa

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

Please note the Washington office of Jenner & Block will be moving. Effective May 24, 2008 our new address will be 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412. Our telephone numbers will remain unchanged.

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

5/6/2008

JA 7119

63949

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Thursday, May 08, 2008 11:00 PM
**Subject:** Fw: Re:

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Fri, 9 May 2008 02:39:23
To:"Meister, Melissa A." <MMeister@jenner.com>,     "Jack Swerling"
<jacklaw@aol.com>
Subject: Re: Re:


I will be in the jail all morning but will be available on cell phone all afternoon and
weekend. Call me. 803-237-6300
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Fri, 9 May 2008 02:36:29
To:"Meister, Melissa A." <MMeister@jenner.com>
Subject: Re: Re:


Sorry i was not available one hour hearing turned to four
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----

GOVERNMENT EXHIBIT 217

5/9/2008

73246
73246

JA 7120

From: "Jack B Swerling" <jacklaw@aol.com>

Date: Wed, 7 May 2008 01:35:40
To:"Meister, Melissa A." <MMeister@jenner.com>
Subject: Re: Re:


Yes around 11 or 4
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Tue, 6 May 2008 19:09:02
To:"jacklaw@aol.com" <jacklaw@aol.com>
Cc:"Cox, Melissa A." <MelissaCox@jenner.com>
Subject: RE: Re:


Jack,

Thanks so much for getting back to us. We think we may have found something on the
record that will work.

Do you have time for 5 or 10 minutes tomorrow to talk with myself and another attorney
on my team, Melissa Cox, re juror selection issues? We just want to make sure we're not
missing something. Thanks, Jack.

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Tuesday, May 06, 2008 9:43 AM
To: Meister, Melissa A.
Cc: Haren, Eric R.; Jack Swerling
Subject: Re:

John blume got back to me. He has no specific recollection nor does he have transcripts.
He suggested you contact the 2255 attys- beattie ashmore of greenville or bill watkins of
columbia. If you need my assistance let me know.
Jack B Swerling

5/9/2008

73247
JA 7121
73247

cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Sat, 3 May 2008 14:21:48
To:"jacklaw@aol.com" <jacklaw@aol.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>
Subject:


Jack,

I am quite sure that you have other matters on your plate, but finding a place where you and Harris explicitly challenged the Government's "intrinsic acts" position is critical to Brandon's appeal. Have you found anything yet on this issue? I know that you mentioned a joint motion with Fulks. We have not found anything, unfortunately.

Also, to the extent that you can find anything that was introduced by Basham regarding the Burns matter, that would also be very helpful.

Unfortunately, time is running short for filing this appeal, so the sooner you can get back to me, the better.

Thank you,

Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

Please note the Washington office of Jenner & Block will be moving. Effective May 24, 2008 our new address will be 1099 New York Avenue, NW, Suite 900, Washington, DC

5/9/2008

73248
**JA 7122**
73248

20001-4412. Our telephone numbers will remain unchanged.

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

73249

JA 7123

73249

| | |
|---|---|
| Subj: | **US v. Basham (D SC)** |
| Date: | 12/12/2002 10:44:04 AM Eastern Standard Time |
| From: | david@brucklaw.com |
| To: | robert@brucklaw.com, dick@burrandwelch.com, freedman99@earthlink.net, judyclarke@attglobal.net, michael.burt@prodigy.net, lsgant@aol.com, kmcnally@dcr.net, mod@dcr.net |
| CC: | camlittlejohn@yahoo.com, williammonckton@aol.com |

*Sent from the Internet (Details)*

Kevin: I spoke yesterday with Billy Monckton, and discussed the importance of avoiding a non-confidential, court-ordered psychiatric eval., etc. The client is quite mentally ill, carrying diagnoses of schizophrenia, ADD and depression (and is on meds for all of them). However, I indicated that I'd been consulting with Bill Nettles, who represents Fulks, and despite the fact that there is presently no active prospect of a plea agreement for anyone, the Ds' positions are antagonistic, so it made sense for Billy to be in touch with Kevin rather than me so as to avoid any risk of conflict.

Project materials should go to Billy and to Cam Littlejohn. Contact info:

William H. Monckton VI
843-946-6556
fax 843-946-6996
williammonckton@aol.com
1300 Professional Drive
Suite 102
Myrtle Beach SC 29577

Cameron B. Littlejohn, Jr.
803-799-1888
fax 803-799-5888
1720 Main Street
Suite 202
Columbia SC 29201
camlittlejohn@yahoo.com


David Bruck
Federal Death Penalty Resource Counsel
P.O. Box 11744
Columbia SC 29211
(1247 Sumter Street, Suite 201,
Columbia SC 29201)
Telephone: 803-765-1044
Fax: 803-765-1143



JA 7124

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

**FILED**

NOV 2 2004

LARRY W. PROPES, CLERK
COLUMBIA, SC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:02-992 (JFA, Jr.) |
| | ) | |
| vs. | ) | |
| | ) | **SPECIAL VERDICT FORM** |
| BRANDON LEON BASHAM | ) | |
| | ) | |

## COUNT 2 – KIDNAPPING RESULTING IN DEATH

### I.    AGE OF DEFENDANT

*Instructions:* *Answer "YES" or "NO":*

1.    Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that:  Brandon Leon Basham was eighteen years of age or older at the time of the offense (kidnapping resulting in death)?

☑ YES        ☐ NO

*Cynthia Wilson*
Foreperson

*Instructions:* *If you answered "NO" with respect to the determination in this Section, then stop your deliberations, skip over Sections II, III, IV, V and VI of this form, and proceed to Section VII. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the court that you have reached a decision.*

*If you answered "YES" with respect to the determination in this Section I, proceed to Section II which follows.*

Count 2

GOVERNMENT EXHIBIT 219

Page 1  806

**JA 7125**

## II.    THRESHOLD INTENT FACTOR

*Instructions:*    *Select below the Threshold Intent Factor, if any, you unanimously find that the government proved beyond a reasonable doubt. You may not select more than one.*

☐    1.    Brandon Leon Basham intentionally killed Alice Donovan.

☐    2.    Brandon Leon Basham intentionally inflicted serious bodily injury that resulted in the death of Alice Donovan.

☐    3.    Brandon Leon Basham intentionally participated in an act, contemplating that the life of Alice Donovan would be taken or intending that lethal force would be used in connection with Alice Donovan, and Alice Donovan died as a direct result of the act.

☑    4.    Brandon Leon Basham intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to Alice Donovan, such that participation in the act constituted a reckless disregard for human life, and Alice Donovan died as a direct result of the act.

☐    5.    The government failed to prove a threshold intent factor beyond a reasonable doubt.

*Cynthia Wilson*
Foreperson

*Instructions:*    *If you did not find any Threshold Intent Factor, then stop your deliberations, skip over Sections III, IV, V, and VI of this form, and proceed to Section VII. Each juror should carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the court that you have reached a decision.*

*If you found one of the Threshold Intent Factors in this Section II, proceed to Section III which follows.*

Count 2

Page 2

JA 7126

## III. STATUTORY AGGRAVATING FACTOR

*Instructions:* *For the following Statutory Aggravating Factor, answer "YES" or "NO":*

1. Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the death of Alice Donovan, or the injury resulting in the death of Alice Donovan, occurred during Brandon Leon Basham's commission or attempted commission of, or during his immediate flight from, his commission of a kidnapping?

    ☑ YES      ☐ NO

    *Cynthia Wilson*
    Foreperson

*Instructions:* *If you answered "NO" with respect to the Statutory Aggravating Factor in this Section, then stop your deliberations, skip over Sections IV, V and VI of this form, and proceed to Section VII of this form. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the court that you have reached a decision.*

*If you found the requisite age in Section I, the Threshold Intent Factor in Section II, and answered "Yes" with respect to the Statutory Aggravating Factor in this Section III, proceed to Section IV which follows.*

JA 7127

## IV. NON-STATUTORY AGGRAVATING FACTORS

*Instructions:* *For each of the following Non-Statutory Aggravating Factors, answer "YES" or "NO":*

I.    Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant, Brandon Leon Basham:

1.    Escaped from a detention facility in Hopkins County, Kentucky on November 4, 2002, where he was serving a five-year sentence related to forgery convictions?

☑ YES         ☐ NO         *Cynthia Wilson*
                                      Foreperson

2.    Subsequent to his escape, participated in a carjacking and kidnapping that resulted in the death of Samantha Burns, a 19-year-old woman in Huntington, West Virginia?

☑ YES         ☐ NO         *Cynthia Wilson*
                                      Foreperson

3.    Subsequent to his escape, participated in a first-degree burglary and other criminal conduct that resulted in the assault with intent to kill Carl Jordan, a citizen of Conway, South Carolina?

☑ YES         ☐ NO         *Cynthia Wilson*
                                      Foreperson

4.    Subsequent to his escape, participated in the kidnapping and carjacking of James Hawkins, a citizen of Hanson, Kentucky?

☑ YES         ☐ NO         *Cynthia Wilson*
                                      Foreperson

5.    Subsequent to his escape, participated in the attempted murder of a police officer in Ashland, Kentucky?

☑ YES         ☐ NO         *Cynthia Wilson*
                                      Foreperson

JA 7128

If you find that one or more of the acts in 1-5 occurred beyond a reasonable doubt, do you find, further, that this factor or factors is aggravating?

☑ YES          ☐ NO          *Cynthia Wilson*
                                            Foreperson

II.     Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant, Brandon Leon Basham, would be a danger in the future to the lives and safety of other persons, including, but not limited to, inmates and correctional officers in an institutional correctional setting, and that this factor is aggravating?

☐ YES          ☑ NO          *Cynthia Wilson*
                                            Foreperson

III.    Do you, the jury, unanimously find that the government has established beyond a reasonable doubt the effect of the death of Alice Donovan on her family, including the extent and scope of the injuries and losses suffered by Alice Donovan and her family, and that this factor is aggravating?

☑ YES          ☐ NO          *Cynthia Wilson*
                                            Foreperson

*Instructions:  Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in this Section IV, proceed to Section V, which follows.*

JA 7129

## V. MITIGATING FACTORS

*Instructions: For each of the following Mitigating Factors, indicate in the space provided, the number of jurors, if any, who have found it proved by a preponderance of the evidence and that it is mitigating.*

*A finding with respect to a Mitigating Factor may be made by one or more of the members of the jury, and any member of the jury who finds the existence of a Mitigating Factor must consider such a factor in considering whether to impose a sentence of life in prison without the possibility of release or a sentence of death, regardless of the number of other jurors who agree. Further, any juror may also weigh a Mitigating Factor found by another juror, even if he or she did not also find that factor to be mitigating:*

Statutory
Mitigating Factors:

Number of Jurors Finding
the Mitigating Factor:

1.    Impaired capacity.  Brandon Leon Basham's capacity to appreciate the wrongfulness of his conduct or to conform conduct to the requirements of law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge, and this factor is mitigating.    ___4___

2.    Duress.  Brandon Leon Basham was under unusual and substantial duress, regardless of whether the duress was of such a degree as to constitute a defense to the charge, and this factor is mitigating.    ___0___

3.    Minor participation. Brandon Leon Basham is punishable as a principal in the offense, which was committed by another, but his participation was relatively minor, regardless of whether the participation was so minor as to constitute a defense to the charge, and this factor is mitigating.    ___0___

4.    Brandon Leon Basham did not have a significant prior history of other criminal conduct, and this factor is mitigating.    ___0___

5.    Disturbance.  Brandon Leon Basham committed the offense under severe mental or emotional disturbance, and this factor is mitigating.    ___1___

JA 7130

| Non-Statutory Mitigating Factors: | Number of Jurors Finding the Mitigating Factor: |
|---|---|

1.    Brandon Leon Basham played a lesser role than Chadrick Evan Fulks in the kidnapping and carjacking of Alice Donovan, and this factor is mitigating.    _0_

2.    Brandon Leon Basham's family, including both his maternal and paternal sides, has a history of violence, substance abuse, and mental illness, including schizophrenia, psychosis, depression, delusions, paranoia, and suicide, including numerous suicide attempts by Brandon's mother, and this factor is mitigating.    _12_

3.    Brandon Leon Basham's mother abused alcohol and illegal drugs while she was pregnant with him and had a negative attitude towards prenatal care, and this factor is mitigating.    _6_

4.    Brandon Leon Basham's parents spent most of the family's money on drugs and alcohol and Brandon frequently saw both parents intoxicated or under the influence, and this factor is mitigating.    _5_

5.    Brandon Leon Basham's mother entertained strange men at her home for drugs and sex, sometimes kicking Brandon, Jimmie, and Charlotte out of the house on such occasions, and sometimes allowing the family to remain, resulting in Brandon Leon Basham occasionally seeing his mother involved with these strange men, and this factor is mitigating.    _5_

6.    Brandon Leon Basham was sexually abused by men, and this factor is mitigating.    _6_

7.    Brandon Leon Basham's parents often engaged in physical, verbal, and emotional violence towards each other and towards Brandon and his sister Charlotte, and this factor is mitigating.    _12_

8.    Brandon Leon Basham's parents did not know how to take care of a special needs child and never concerned themselves with his education or treatment, and this factor is mitigating.    _0_

9.    Brandon Leon Basham's parents and family failed to show up for visits or conferences at hospitals and institutions, and this factor is mitigating.    _0_

10.    Brandon Leon Basham had inconsistent and inefficient nutrition provided to him in his home, and this factor is mitigating.          *0*

11.    Brandon Leon Basham's home was often filthy and infected with roaches, and this factor is mitigating.          *1*

12.    Brandon Leon Basham's mother removed him from appropriate care facilities, refused to follow recommendations of doctors and counselors, and refused to give him his prescribed medication for his mental illness, but gave him illegal drugs instead, and this factor is mitigating.          *4*

13.    Brandon Leon Basham's mother encouraged him to steal to support their drug habits, and this factor is mitigating.          *11*

14.    Brandon Leon Basham began huffing gasoline, smoking marijuana, and smoking crack cocaine at a young age, and this factor is mitigating.          *10*

15.    Brandon Leon Basham was diagnosed with ADHD [Attention-Deficit/Hyperactivity Disorder] as a young child, was placed in a mental hospital for the first time at age 10, and was subsequently placed in several mental health facilities and institutions, and this factor is mitigating.          *2*

16.    Brandon Leon Basham has received inconsistent care and has been prescribed an ever-changing mix of medicines, including antipsychotics, anxiolytics, antidepressants, and anticonvulsants, and this factor is mitigating.          *4*

17.    Brandon Leon Basham suffers from emotional, behavioral, and learning disabilities and was placed in special education classes in early elementary school, and this factor is mitigating.          *1*

18.    Brandon Leon Basham shows signs of neurological damage due to head trauma and substance abuse, which has inhibited his ability to process information and inhibit impulses, and this factor is mitigating.          *1*

19.    Brandon Leon Basham suffers from dementia due to multiple etiologies, inhalant induced psychosis with hallucinations, and anxiety disorder not otherwise specified and ADHD, combined type, and this factor is mitigating.          *1*

20.    Brandon Leon Basham has a mental condition that causes him to reject prescribed medications and self-medicate with other non-prescribed substances such as illegal drugs and alcohol, and this factor is mitigating.          *0*

JA 7132

21.   Brandon Leon Basham is unable to operate a car, an ATM machine, or a phone card, and this factor is mitigating.

_0_

22.   Brandon Leon Basham has suffered from low self esteem, sadness, and hopelessness from a young age, and this factor is mitigating.

_0_

23.   Brandon Leon Basham has attempted suicide several times, and this factor is mitigating.

_0_

24.   Brandon Leon Basham's intelligence scores have been deteriorating due to head injuries and substance abuse at an early age, and his I.Q. level is now in the low 70s, and this factor is mitigating.

_0_

25.   Brandon Leon Basham is easily influenced and led by others, and this factor is mitigating.

_4_

26.   At the time of the offenses, Brandon Leon Basham was suffering from severe mental and emotional disturbances, and this factor is mitigating.

_0_

27.   At the time of the offenses, Brandon Leon Basham was not on his prescribed medication, and this factor is mitigating.

_0_

28.   At the time of the offenses, Brandon Leon Basham was under the influence of alcohol and drugs, and this factor is mitigating.

_0_

29.   Brandon Leon Basham has never harmed anyone in a correctional facility with or without a weapon, and this factor is mitigating.

_0_

30.   No one has escaped from a high security federal prison since 1993, and this factor is mitigating.

_0_

Count 2

JA 7133

## VI. DETERMINATION OF SENTENCE

**Life in prison without possibility of release**

We unanimously conclude that Brandon Leon Basham shall be sentenced to life imprisonment without possibility of release.

_____
Foreperson

_____
Date

*If you answer that a sentence of life in prison without possibility of release shall be imposed, then you must proceed to Section VII.*

**OR**

JA 7134

**Death**

We, the jury, as to Brandon Leon Basham, unanimously find beyond a reasonable doubt that the aggravating factor(s) proved in this case outweigh(s) the mitigating factor(s) so as to justify a sentence of death; or, in the absence of any mitigating factor, that the aggravating factor or factors alone justify a sentence of death. We, therefore, unanimously conclude that Brandon Leon Basham shall be sentenced to death.

_____    _____

_____    _____

_____    _____

_____    Tony Holbrook

_____    _____

_____    _____
                             Foreperson

                             November 2, 2004
                             Date

*If you answer that a sentence of death shall be imposed, then you must proceed to Section VII.*

Count 2

JA 7135

## VII.  CERTIFICATION STATEMENT

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant, Brandon Leon Basham, or the victim, Alice Donovan, was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime or crimes in question regardless of the race, color, religious beliefs, national origin, or sex of the defendant or the victim.

_David L. Stone_

_Joyce B. Hartsoe_

_Suzanne Henson_

_Shianne Burnett_

_Marcus L. Ralston_

_Cy          Pi_

_Allen_

_June H. Robertson_

_Shelly Ruhl_

_Tony Hollis_

_Wendy U. Goby_

_Millie Wilson_
Foreperson

_November 2, 2004_
Date

JA 7136

UNITED STATES DISTRICT COURT

**FILED**

FOR THE DISTRICT OF SOUTH CAROLINA

NOV 2   2004

FLORENCE DIVISION

LARRY W. PROPES, CLERK
COLUMBIA, SC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:02-992 (JFA,Jr.) |
| | ) | |
| vs. | ) | |
| | ) | **SPECIAL VERDICT FORM** |
| BRANDON LEON BASHAM | ) | |

## COUNT 1 – CARJACKING RESULTING IN DEATH

### I.    AGE OF DEFENDANT

*Instructions:  Answer "YES" or "NO":*

1.    Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that:  Brandon Leon Basham was eighteen years of age or older at the time of the offense (carjacking resulting in death)?

☑ YES        ☐ NO                  *Cynthia Wilson*
                                        Foreperson

*Instructions:  If you answered "NO" with respect to the determination in this Section, then stop your deliberations, skip over Sections II, III, IV, V and VI of this form, and proceed to Section VII. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision.  You should then advise the court that you have reached a decision.*

*If you answered "YES" with respect to the determination in this Section I,  proceed to Section II which follows.*

Count 1

GOVERNMENT EXHIBIT 220

Page 1    805

JA 7137

## II.    THRESHOLD INTENT FACTOR

*Instructions:  Select below the Threshold Intent Factor, if any, you unanimously find that the government proved beyond a reasonable doubt.  You may not select more than one.*

❑    1.    Brandon Leon Basham intentionally killed Alice Donovan.

❑    2.    Brandon Leon Basham intentionally inflicted serious bodily injury that resulted in the death of Alice Donovan.

❑    3.    Brandon Leon Basham intentionally participated in an act, contemplating that the life of Alice Donovan would be taken or intending that lethal force would be used in connection with Alice Donovan, and Alice Donovan died as a direct result of the act.

☑    4.    Brandon Leon Basham intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to Alice Donovan, such that participation in the act constituted a reckless disregard for human life, and Alice Donovan died as a direct result of the act.

❑    5.    The government failed to prove a threshold intent factor beyond a reasonable doubt.

*Cynthia Wilson*
Foreperson

*Instructions:  If you did not find any Threshold Intent Factor, then stop your deliberations, skip over Sections III, IV, V, and VI of this form, and proceed to Section VII. Each juror should carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the court that you have reached a decision.*

*If you found one of the Threshold Intent Factors in this Section II, proceed to Section III which follows.*

Count 1                                                                                                          Page 2

**JA 7138**

## III. STATUTORY AGGRAVATING FACTOR

*Instructions:* *For the following Statutory Aggravating Factor, answer "YES" or "NO":*

1. Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the death of Alice Donovan, or the injury resulting in the death of Alice Donovan, occurred during Brandon Leon Basham's commission or attempted commission of, or during his immediate flight from, his commission of a kidnapping?

   ☑ YES        ☐ NO        *Cynthia Wilson*
                            Foreperson

*Instructions:* *If you answered "NO" with respect to the Statutory Aggravating Factor in this Section, then stop your deliberations, skip over Sections IV, V and VI of this form, and proceed to Section VII of this form. Each juror should then carefully read the statement in Section VII, and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the court that you have reached a decision.*

*If you found the requisite age in Section I, the Threshold Intent Factor in Section II, and answered "Yes" with respect to the Statutory Aggravating Factor in this Section III, proceed to Section IV which follows.*

Count 1

Page 3

**JA 7139**

## IV. NON-STATUTORY AGGRAVATING FACTORS

*Instructions:* For each of the following Non-Statutory Aggravating Factors, answer "YES" or "NO":

I.  Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant, Brandon Leon Basham:

1.  Escaped from a detention facility in Hopkins County, Kentucky on November 4, 2002, where he was serving a five-year sentence related to forgery convictions?

    ☑ YES    ☐ NO

    *Cynthia Wilson*
    Foreperson

2.  Subsequent to his escape, participated in a carjacking and kidnapping that resulted in the death of Samantha Burns, a 19-year-old woman in Huntington, West Virginia?

    ☑ YES    ☐ NO

    *Cynthia Wilson*
    Foreperson

3.  Subsequent to his escape, participated in a first-degree burglary and other criminal conduct that resulted in the assault with intent to kill Carl Jordan, a citizen of Conway, South Carolina?

    ☑ YES    ☑ NO

    *Cynthia Wilson*
    Foreperson

4.  Subsequent to his escape, participated in the kidnapping and carjacking of James Hawkins, a citizen of Hanson, Kentucky?

    ☑ YES    ☐ NO

    *Cynthia Wilson*
    Foreperson

5.  Subsequent to his escape, participated in the attempted murder of a police officer in Ashland, Kentucky?

    ☑ YES    ☐ NO

    *Cynthia Wilson*
    Foreperson

JA 7140

If you find that one or more of the acts in 1-5 occurred beyond a reasonable doubt, do you find, further, that this factor or factors is aggravating?

☒ YES    ☐ NO

*Cynthia Wilson*
Foreperson

II. Do you, the jury, unanimously find that the government has established beyond a reasonable doubt that the defendant, Brandon Leon Basham, would be a danger in the future to the lives and safety of other persons, including, but not limited to, inmates and correctional officers in an institutional correctional setting, and that this factor is aggravating?

☐ YES    ☒ NO

*Cynthia Wilson*
Foreperson

III. Do you, the jury, unanimously find that the government has established beyond a reasonable doubt the effect of the death of Alice Donovan on her family, including the extent and scope of the injuries and losses suffered by Alice Donovan and her family, and that this factor is aggravating?

☒ YES    ☐ NO

*Cynthia Wilson*
Foreperson

*Instructions:  Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in this Section IV, proceed to Section V, which follows.*

Count 1

Page 5

**JA 7141**

## V.  MITIGATING FACTORS

*Instructions: For each of the following Mitigating Factors, indicate in the space provided, the number of jurors, if any, who have found it proved by a preponderance of the evidence and that it is mitigating.*

*A finding with respect to a Mitigating Factor may be made by one or more of the members of the jury, and any member of the jury who finds the existence of a Mitigating Factor must consider such a factor in considering whether to impose a sentence of life in prison without the possibility of release or a sentence of death, regardless of the number of other jurors who agree. Further, any juror may also weigh a Mitigating Factor found by another juror, even if he or she did not also find that factor to be mitigating:*

Statutory                                                                 Number of Jurors Finding
Mitigating Factors:                                                  the Mitigating Factor:

1.      Impaired capacity.  Brandon Leon Basham's capacity to appreciate the wrongfulness of his conduct or to conform conduct to the requirements of law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge, and this factor is mitigating.      6

2.      Duress.  Brandon Leon Basham was under unusual and substantial duress, regardless of whether the duress was of such a degree as to constitute a defense to the charge, and this factor is mitigating.      0

3.      Minor participation. Brandon Leon Basham is punishable as a principal in the offense, which was committed by another, but his participation was relatively minor, regardless of whether the participation was so minor as to constitute a defense to the charge, and this factor is mitigating.      0

4.      Brandon Leon Basham did not have a significant prior history of other criminal conduct, and this factor is mitigating.      0

5.      Disturbance.  Brandon Leon Basham committed the offense under severe mental or emotional disturbance, and this factor is mitigating.      1

Count 1                                                                                                    Page 6

**JA 7142**

| Non-Statutory Mitigating Factors: | Number of Jurors Finding the Mitigating Factor: |
|---|---|

1.    Brandon Leon Basham played a lesser role than Chadrick Evan Fulks in the kidnapping and carjacking of Alice Donovan, and this factor is mitigating.    0

2.    Brandon Leon Basham's family, including both his maternal and paternal sides, has a history of violence, substance abuse, and mental illness, including schizophrenia, psychosis, depression, delusions, paranoia, and suicide, including numerous suicide attempts by Brandon's mother, and this factor is mitigating.    12

3.    Brandon Leon Basham's mother abused alcohol and illegal drugs while she was pregnant with him and had a negative attitude towards prenatal care, and this factor is mitigating.    8

4.    Brandon Leon Basham's parents spent most of the family's money on drugs and alcohol and Brandon frequently saw both parents intoxicated or under the influence, and this factor is mitigating.    8

5.    Brandon Leon Basham's mother entertained strange men at her home for drugs and sex, sometimes kicking Brandon, Jimmie, and Charlotte out of the house on such occasions, and sometimes allowing the family to remain, resulting in Brandon Leon Basham occasionally seeing his mother involved with these strange men, and this factor is mitigating.    7

6.    Brandon Leon Basham was sexually abused by men, and this factor is mitigating.    7

7.    Brandon Leon Basham's parents often engaged in physical, verbal, and emotional violence towards each other and towards Brandon and his sister Charlotte, and this factor is mitigating.    12

8.    Brandon Leon Basham's parents did not know how to take care of a special needs child and never concerned themselves with his education or treatment, and this factor is mitigating.    0

9.    Brandon Leon Basham's parents and family failed to show up for visits or conferences at hospitals and institutions, and this factor is mitigating.    0

JA 7143

10.    Brandon Leon Basham had inconsistent and inefficient nutrition provided to him in his home, and this factor is mitigating.

_O_

11.    Brandon Leon Basham's home was often filthy and infected with roaches, and this factor is mitigating.

_O_

12.    Brandon Leon Basham's mother removed him from appropriate care facilities, refused to follow recommendations of doctors and counselors, and refused to give him his prescribed medication for his mental illness, but gave him illegal drugs instead, and this factor is mitigating.

_10_

13.    Brandon Leon Basham's mother encouraged him to steal to support their drug habits, and this factor is mitigating.

_12_

14.    Brandon Leon Basham began huffing gasoline, smoking marijuana, and smoking crack cocaine at a young age, and this factor is mitigating.

_12_

15.    Brandon Leon Basham was diagnosed with ADHD [Attention-Deficit/ Hyperactivity Disorder] as a young child, was placed in a mental hospital for the first time at age 10, and was subsequently placed in several mental health facilities and institutions, and this factor is mitigating.

_2_

16.    Brandon Leon Basham has received inconsistent care and has been prescribed an ever-changing mix of medicines, including antipsychotics, anxiolytics, antidepressants, and anticonvulsants, and this factor is mitigating.

_3_

17.    Brandon Leon Basham suffers from emotional, behavioral, and learning disabilities and was placed in special education classes in early elementary school, and this factor is mitigating.

_O_

18.    Brandon Leon Basham shows signs of neurological damage due to head trauma and substance abuse, which has inhibited his ability to process information and inhibit impulses, and this factor is mitigating.

_O_

19.    Brandon Leon Basham suffers from dementia due to multiple etiologies, inhalant induced psychosis with hallucinations, and anxiety disorder not otherwise specified and ADHD, combined type, and this factor is mitigating.

_1_

20.    Brandon Leon Basham has a mental condition that causes him to reject prescribed medications and self-medicate with other non-prescribed substances such as illegal drugs and alcohol, and this factor is mitigating.

_O_

JA 7144

21.    Brandon Leon Basham is unable to operate a car, an ATM machine, or a phone card, and this factor is mitigating.

0

22.    Brandon Leon Basham has suffered from low self esteem, sadness, and hopelessness from a young age, and this factor is mitigating.

0

23.    Brandon Leon Basham has attempted suicide several times, and this factor is mitigating.

0

24.    Brandon Leon Basham's intelligence scores have been deteriorating due to head injuries and substance abuse at an early age, and his I.Q. level is now in the low 70s, and this factor is mitigating.

0

25.    Brandon Leon Basham is easily influenced and led by others, and this factor is mitigating.

6

26.    At the time of the offenses, Brandon Leon Basham was suffering from severe mental and emotional disturbances, and this factor is mitigating.

1

27.    At the time of the offenses, Brandon Leon Basham was not on his prescribed medication, and this factor is mitigating.

0

28.    At the time of the offenses, Brandon Leon Basham was under the influence of alcohol and drugs, and this factor is mitigating.

0

29.    Brandon Leon Basham has never harmed anyone in a correctional facility with or without a weapon, and this factor is mitigating.

0

30.    No one has escaped from a high security federal prison since 1993, and this factor is mitigating.

0

JA 7145

## VI. DETERMINATION OF SENTENCE

**Life in prison without possibility of release**

We unanimously conclude that Brandon Leon Basham shall be sentenced to life imprisonment without possibility of release.

_____
Foreperson

_____
Date

*If you answer that a sentence of life in prison without possibility of release shall be imposed, then you must proceed to Section VII.*

**OR**

JA 7146

**Death**

We, the jury, as to Brandon Leon Basham, unanimously find beyond a reasonable doubt that the aggravating factor(s) proved in this case outweigh(s) the mitigating factor(s) so as to justify a sentence of death; or, in the absence of any mitigating factor, that the aggravating factor or factors alone justify a sentence of death. We, therefore, unanimously conclude that Brandon Leon Basham shall be sentenced to death.

Foreperson

November 2, 2004
Date

*If you answer that a sentence of death shall be imposed, then you must proceed to Section VII.*

JA 7147

## VII. CERTIFICATION STATEMENT

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant, Brandon Leon Basham, or the victim, Alice Donovan, was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime or crimes in question regardless of the race, color, religious beliefs, national origin, or sex of the defendant or the victim.

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    Foreperson

November 2, 2004
Date

JA 7148

Notes For: Basham, Branden L. (Federal)
Client ID: 02-CRM-0206 (A)

Matter ID: Federal


Re: Beginning of Representation

I was initially contacted to represent, Branden Basham by United States
Magistrate Tom Rogers. Tom Rogers called me on Wednesday November 27, 2002, the
day before Thanksgiving and told me that they were going to appoint me as second
chair on a Federal Death Penalty case with the first chair being Cam Littlejohn,
Jr. out of Columbia. Tom told me that my client had confessed that he wanted to
assist in the search of the body and was being transported back down to South
Carolina from the State of Kentucky to aide in that search. Tom wanted Mr.
Basham to have lawyers appointed to assist him in that matter. He also stated
that it will probably been a case where the gov't will make a deal with Brandan.
I left MB went to the Federal Courthouse in Florence and met with Rose Mary
Parham along with Cam Littlejohn to get an update on the case. It was revealed
to us that our client had kidnapped the Donavan woman from the Walmart parking
lot in Conway, South Carolina. There was apparently a videotape of the abduction
and our client was seen with Ms. Donavan at a convenience store and at a hunting
camp in Brunswick County, North Carolina. It was revealed that our client had
confessed to being involved in the kidnapping and abduction of Ms. Donavan and
that she was in fact dead. She apparently had been duck taped to some degree,
killed, drugged into the woods somewhere off a dirt road in Brunswick Co. North
Carolina and Mr. Fulks fearing that she may still be alive went to her and slit
her throat. This was the information given to us by the US Attorney Rose Mary
Parham prior to us ever meeting with our client Mr. Basham. We met with Mr.
Basham and he was still intent on aiding in the search of Ms. Donavan. I spoke
on a conference call with Rose Mary Parham and the FBI Agent Jeff Long while I
was still at the US Attorney's Office we arranged to travel with our client
Branden from Darlington Co, SC to Brunswick Co, NC to aide in the search of Ms.
Donavan. I drove up with Jeff Long from MB, SC while Cam Littlejohn drove with
the Agents and Branden from Darlington. When I arrived in Brunswick Co. I went
to a recreational facility meeting hall where there was assembled approximately
40 to 60 Police Officers from the FBI and the local Sheriffs office and police
departments. I was introduced as Branden's attorney and that I was aiding in the
search for Ms. Donavan. After that meeting I was driven along with a female FBI
Agent and FBI Agent Jeff Long to a place called Bee Tree Farms. While I was at
Bee Tree Farms I again conversed with Jeff Long as well Agents of the Brunswick
Co. Sheriffs office and the lead FBI Agent from Wilmington, NC. There were
numerous officers at this hunting camp and I advised them that they needed to
stay out of sight of Branden due to the fact that I think, he would be spooked
by seeing so many officers. Sometime later the Sheriff of Brunswick Co arrived
along with a white van carrying 2 other FBI Agents Cam Littlejohn, Branden
Basham 2 officers from Conway Police Department. There were also a couple of
tail cars that included other FBI agents and the Chief of Police of Conway, Det
Larry Schilling and Det Rob Sessions. It was agreed that the only people that
would actually ride the roads in the search would be Det. Rizzo, Sheriff Hewitt,
Cam Littlejohn, myself, Jeff Long, another agent of the Conway Police and
Branden. In a trail car was an FBI Agent whom I believe was Clyde Merrymen and
Chief of Police Sam Hendricks. We attempted to negotiate the roads at the
directions of Branden with the leadership of Sheriff Hewitt trying to identify
areas that had been searched and areas where they had been. It came apparent
that all the roads in this area especially the dirt roads look the same and are



GOVERNMENT
EXHIBIT
221

all lined by pine trees. The information that we had from the US Attorneys office that our client confessed to dragging Ms. Donavan into the woods approximately 50 feet. There were no identifiable landmarks other than some type of a park sign. After driving around we did turn down one dirt road in which Branden became visibly upset, crying believing that we were on the correct road. We drove for quite some time down this dirt road and I identified a metal stake that had been revealed to us by the US Attorney's office. I asked the van to stop and they did a cursory search of the area but located nothing. We then drove to a cemetery, which it was identified to us by Sheriff Hewitt that the BMW had been seen which was down from the hunting club. It was obvious to the party that the cemetery had recently been cleaned up as there were rake marks on the ground where the leaves had been removed. Sheriff Hewitt confirmed that the graveyard was not in the same condition as it was the night Branden was seen in the area and in fact had been cleaned up due to the fact Sheriff Hewitts office had actually dug up what they believed was a possibly a shallow grave. We then drove to another graveyard close by which there was no indication to believe that this was the correct one. For all intense and purposes it was believed that the first cemetery we were in was the correct cemetery. We continued to drive around again looking at numerous dirt roads but again nothing apparently stood out as there were no definite identifiable landmarks. We returned back to the cemetery when Branden stayed in the van and myself, Littlejohn, Sheriff Hewitt, Capt. Sam Hendricks, Jeff Long, and one or two other FBI Agents and a Detective with Conway Police Department were standing in a circle. It was revealed to us for the first time the officers did not believe Branden was cooperating they informed Mr. Littlejohn and us that Branden had drawn a map and had been quite explicit that Ms. Donavan's body had been dumped in the Savannah Bluff area of Conway to the point that an exact map had been drawn. One of the FBI Agents whom I believe was Clyd Merrymen actually stated that we had been in the water up to his chest in waders searching this area for approximately 2 days and he was quite irritated at the search efforts as of this date. Capt. Sam Hendricks relayed although I don't remember the exact words, something to the effect that they may believe that Branden was just yanking their chain. Cam and I not having the benefit of any statements or what had been told to the police had no idea exactly what statements Branden had actually made other than those relayed by the U.S. Attorney Rose Mary Parham and FBI Agent Jeff Long. We went and spoke with Branden in an attempt to get a better handle of what was going on and to attempt to bolster Branden's credibility so that he could possibly be used as a witness in the future in this case. After returning back to the officers Cam informed the officers "okay, hypothetically, and again reiterated the word hypothetically, because there was some laughter among the officers oh, okay, I understand 'hypothetically' and Cam began to give information in a hypothetical situation as what may have happened. This hypothetical is somewhat relayed in Paragraph 4 on Jeff Long's 302 transcribed 12/4/02. However, it is wrong in its details. The statement that is definitely not related to the FBI was starts with "some point between leaving the cemetery and dumping Donavan's body Fulks stabbed Donavan and slit her throat at no time in Mr. Littlejohn's hypothetical was it ever stated that Fulks stabbed Donavan. Also, it was never stated that Basham recalled Fulks taking the knife and placing it between Fulks thigh and driver seat in the BMW. It was relayed in the Hypothetical that Fulks gave Basham the knife and that Basham put the knife under his leg and the seat of the BMW and threw it out down the road also in Paragraph 5 of the same 302 Donavan's panties were disposed after leaving the area where they dumped the body. The panties and stuff in the back were apparently dumped in the State of West Virginia. The entire 302 doesn't mention the work "Hypothetical" and has some material misrepresentations in it and the majority of the information is a re-compilation of the information provided to us by AUSA Rose Mary Parham. At no time were the police allowed to question or interview Branden concerning this

incident. In fact they were advised that they would not be allowed to interview Branden in any way, shape or form other than for the search of Donavan. The hypothetical given to Cam was trying to assist the officers and possibly seeking out other information that could be collaborated by Branden's testimony if in fact they wanted him to testify. Rose Mary Parham was asked if she would be attending the search on Thanksgiving Day she said that she would not be able to attend due to the fact that she had family coming in for Thanksgiving but would be available to be contacted by phone. Throughout this entire process from the day we got appointed the intent was to negotiate a plea by removing the death penalty from the table and allowing Branden to be used as a witness against Fulks. Cam Littlejohn and I were told by Rose Mary Parham that we needed to help find the body because Columbia would do the right thing. At no time did we intend act as agents of the FBI or to question our Client and reveal details to them in a manner that would inculpate him. At no time did our client authorize us to make any statements, which would inculpate him.

MONCKTON FILES_00049

JA_7151_00049

11/27/02   <u>Brandon Basham</u>

① Com Little John
② <u>Billy Monckton</u>

<u>Interview</u>

① Mr. Richard Hughes appt. to represent
him in Ashland, Kentucky.

Richard A. Hughes
1116 Bath Avenue
Ashland, Kentucky 41101

(606) 325-8399
FAX: (606) 324-6500

WAL-MART ① ~~This~~ Jumped in backseat + told
Donovan to drive. Basham
thought steal credit cards, get
money, + ~~then~~ leave. Basham
thought Same thing as
Mr. Hawkins.

Chad did rape Ms. Donovan.


GOVERNMENT
EXHIBIT
222
PENGAD 800-631-6989

Been under Psychiatric care since age 9. Been in Hospitals Psychiatric.

Found Incompetent in a <u>Hospital Psychiatric</u> for 4years.

Bi-Polar, Paranoid, Sychsophrenic, manic Depressent

<u>Mental Illness</u>

**History**

① Riverdale Psychiatric Hospital, Owensboro, Ky.
② Methodist Group Home, Lexington, Ky.
   – attempted suicide
③ Stoner Creek
④ Methodist Group Home.
⑤ Cincinatti Psychiatric Hospital

<u>Need an Evaluation</u>

Psychiatric Review

**Possible** Physical + Sexual Abuse

MONCKTON FILES_00051

JA 7153_00051



① Been off meds since arrested.

<u>Current Medication</u>
① Ridlin          Concerta                          54mg    Morning
② Valium          5's
③ Serquil         600mg Nt.   Hallucinations + Paranoid Sytsophrinia
④ Benedryl        50mg.    (4 x Day)
⑤ Paxil  20mg   Depression   Medication

_____

① Mental Health Center , Hopkins County, Ky

① Kathy Basham ~~###~~ (270)  821-1870
      129  Oakdale  Ave.
      Madisonville,  Ky    42431

→ Mother has mental issues.

(270)821-8874 —
      Dr. Sadiq

MONCKTON FILES_00052

**JA 7154**

11/27/02    <u>Basham Intial Appearance</u>      402-992

① Judge Tom Rogers
② Rose Mary Parham

MONCKTON FILES_00053

**JA 7155_00053**

2/1/02  Branden Bashem / Alias
Darlington County Detention Center

① Review Pictures of Bridge
② Prepare

Joe Chicarelli, FBI, West Virginia
(C) (304) 638-1147
(P) (304) 540-7279
(H) (304) 743-1804

Pictures: The wall looks the same
but there was no
overpass.

---

Wall is tall + skinny with
a flood wall for the river.
There is no overpass.

MONCKTON FILES_00054

JA 7156_00054

① Need a psychiatic evaluation so he can be placed back on the proper medication. Wants to talk to a therapist & can't keep everything inside him.

② Branden still believes the road he went down was the road.

③ No showers, ~~shackle~~ shackled at all times.

---

Branden + Chad

① Need to get inmates records from Hopkins County Jail.
→ Need to get records & write ups.
② Roomates for a month.

③ Goal was to break out & get to Tina's house.

MONCKTON FILES_00055

JA 7157

④ Branden was in jail for 5 yrs for writing about $800 in bad checks.
⑤ Had an attempted escape from court.
⑥ Walking down road w/ Chad + started walking down railroad tracks to Hanson. Chad tried to steal car + it didn't work.
⑦ Chad wants a ride + so does Branden. Branden found somebody to give Chad + he a ride. Chad wanted to go to Evansville, Indiana. Get to Evansville bridge + Chad shows Branden the Knife. Went over Bridge + Chad started saying there is were car was, it must have been towed. ⑧ They went back across Bridge. Branden got out of truck + Branden was pushing him back in. They talk the man into taking them a little further. Chad said pull over "I am going to drive." Tape in floorBoard + they take out tape + tape his hands up. Had an easy going conversation w/ the

MONCKTON FILES_00056

JA 7158

guy. Chad got mad because Branden was talking to him.

⑧ The victim should be able to show Branden was the follower + Chad was pushing everything.

Victim Should be a Good Witness!!

⑨ Drove out to the woods w/ the victim along w/ Chad. Chad is driving. Pulled into a corn field + at first Branden didn't know what was going on. Truck got stuck in 2 wheel drive + came out in 4 wheel drive. Goes into another corn field + they take him out + Branden takes off his jacket + seat cover for the guy to stay warm. Cut intial tape off of hand + then taped the guy to a tree. The whole time Chad is critizing Branden. Branden taped him to the tree and Chad got mad that is wasn't tight enough + taped his hands + legs to the tree. Branden went over to car + gave the guy his jacket. Branden cut seat cover over he cut off for a cover. Branden made sure he could breath before covering him up.

MONCKTON FILES_00057

JA 7159

10. Before starting to tape him up Branden put a ring in his hand. After Branden gave him a jacket. Chad walked over to get a hammer + walked toward victim and Branden took the hammer from him.

11. When they left Branden said where are we going + Chad told Branden they had a four hour drive. They started driving. Sold Chad's wedding ring for gas.

12. At next gas station Branden saw a phone number in truck + called + ID'ed ~~who~~ him or where he was.

13. When they got to Tina's Branden went to house + her big friend Andrea was there. Chad then goes up to the trailer. Andrea didn't know anything at first but Tina did.

14. They then all went to the trailer to get a shower + then got cleaned up. They ate dinner + got on some clean clothes.

15. Chad + Branden jumped up and had to leave. Tina + Andrea both. Knew what was going on.

MONCKTON FILES_00058

JA 7160

16) Chad took truck & parked it up the road. Chad & Brandon walked away & Tina come & picked them up in a Van. Went & got Chad's Jeep. Jeep is all torn up & in bad shape. Got a Motel Room & Branden & Girl messed around. Andrea told Branden they knew Chad & Branden escaped from jail. Chad & Tina kept going in the bathroom to talk. Chad wanted to keep the girls w/ them.

17) They drove into Michigan & boys in van, girls in jeep. Go through a toll road & Van motor starts smoking. They pull over to get van fixed. They leave van & drive off in jeep. Looking for someone to fix the van. Go find somebody to fix van.

18) Branden & Andrea order a pizza Branden writes a check for the pizza.

19) Go to a super K-Mart to cash a check & buy some merchandise.

MONCKTON FILES_00059

**JA 7161**

20) Met some boys outside K-mart & they smoke some weed & go back to motel.

21) Tina Chad's brother come over to the hotel to pick up Branden & Andrea.

W.Va.

1) Chad, Branden, Tina & Andrea come through W.Va. & get a Hotel room. They would go to parking lots & watch to get pocket books & credit cards

2) Need to get somebody to use their credit card to get some real money. Watching a parking lot & they see two girls come out w/ two pursos & Branden walks' toward them. They have little walkie-talkies to keep in

MONCKTON FILES_00060

JA 7162

touch.

(3) Get over by dark spot by a Mall in Huntington, WVa. They see a girl come out & Branden runs over to her & tells her she won't get hurt. Branden showed her a gun & gets in a passenger seat. Branden is holding a gun. Branden has a little 22 pistol.

(4) Drive out to country he stops & pulls out a camoflage mask. He had handcuffs from Tina Severance. He comes to car & puts handcuffs on her & puts her in backseat. He drives car & drive to bank machine. They get money out of the machine & pull off. The girl gives them a cigarette pack & there is a joint. They give the girl a cigarette. Chad ain't saying nothing but drive. The girl smokes the joint a couple of times.

(5) Drive out in the country ~~about~~ around a bunch of firewood. Everybody goes to the restroom. She asked if this is where you are letting me out & Chad said "No" not yet.

MONCKTON FILES_00061

JA 7163

① Chad is in control of everything. They are still smoking cigarettes. Argue about other marijuana in purse. Start smoking marijuana-again. Dive again further into the country. The girl offered to have sex w/ them if they let her go. He (Chad) stops & gets her out of the car. She gets out & gives him head. They then get back in car & smoke a joint. Chad got in back seat w/ her while Branden takes a piss & Chad gets in the back w/ her to have sex. Everything gets quite & Chad gets up front to drive & tells Branden to get in backseat. When Branden gets in backseat he tried to pick her up & she didn't move. Branden jumped out of car & Chad says its over & done. Get back in car & it Branden over tells he will kill him & family.

② They drove off & road around for a little bit. Chad pulled up to a river & they pulled her out & they pulled her down to river & dropped her in.

MONCKTON FILES_00062

JA 7164

Greenish Blue Bridge
Rt or Left
Arch on Bridge
Flood Wall

Turn Left & there a 3 little
pull offs

Walk through leaves down to
river.

Rd to River 20 feet.

① Close to Huntington.

② Crossing Bridge away from Huntington
   (Chad's)
③ Ex-Girlfriend Heather's Boyfriend
   lived in this community.

④ Bridge not even a mile from this
   residence.

MONCKTON FILES_00063

JA 7165

12/6/02   <u>Branden @ Jail</u>
          – very stressed out!

9:30–     – not on his meds yet.
          – Won't do anything until he gets his medication.
          – Landfill / Park / dirt road is
            fairly close. A dirt road is right
            near this area.
          – Landfill on right & rt there
            on the left is a dirt road.
          – Down dirt road <u>not</u> <u>very</u> <u>far!</u>
          – Landfill

<u>"Body in Tree Line"</u>
<u>JUST OFF DOWN DIRT ROAD!</u>
DIRT ROAD

PAVED ROAD
3 to 4 Minutes

GATE  Landfill

MONCKTON FILES_00064

JA 7166

- Long term Psychiatric Hospital for 17 months.
- Draws SSI for disability since the age of 9 yrs. old.

MONCKTON FILES_00065

JA 7167

12/16/02    Meeting w/ Branden Basham
30

     Agenda: ① Med. Auths, ② Status, ③ Other Facilities


→ seems very dazed & confused.
→ may have sent a letter to Beth confessing
to the crime.
→ Concerned about who I spoke with.


① Beth McGuffin             Stop sending
   128 Morris St.            letters!!
   Huntington,   W. Va.    25705


② Needs psychiatrist "ASAP."


③ Notified Marshall's @ 11:01 am concerning
Branden's possible imminent suicide.

MONCKTON FILES_00066    JA 7168

Memo to File 1/16/03

Billy you need to Research 5th and 6th Amendment as well as privilege issues. We need to discuss with Cam about filing a motion to Appeal the Motion to Seal as well as draft a comprehensive motion on the issue of 5th Amendment Rights 6th Amendment Privilege and Agency to rule us out as the witness in the case. Also, you need to get in touch with Judge Anderson's Office and ask him to appoint a lawyer for Basham because we will be dealing with privilege issues and to also appoint us a lawyer. The Article from the hearing on the 15th was in the State newspaper and not in the Sun News here locally in Myrtle Beach. WRNN the local talk radio station down here had a copy of the State paper and read the article on the air. Article concerning all of Branden's statements or basically read the article that was in the State newspaper.

MONCKTON FILES_00067

JA 7169_

Conference Call



① Morgan Martin
② Prof. Freeman
③ Cam Littlejohn, Jr.
④ Billy Monckton

Issues

① Need to clarify 3 days of Mailing + the date of response. Service by mail is 3 day + 15 ALLOWED + 15 CONCESSION.

② Affidavits
   → Privilege is claimed by client + he wants present counsel

③ Affidavits
   → of Plea Negotiations
      → Larry Ellis
      → Greg Hembree
      → Rex Gore

④ CAM will get time Response.

⑤ No waiver of Privilege By Brandan, Cam + Billy.

MONCKTON FILES_00068

JA 7170

① <u>Greg Hembree</u>

– Position

– Prosecuting – Basham

– In Plea Negotiations

★

② <u>Rex Gore</u>

– Position

– Prosecuting Basham

– Plea Negotiations

③ <u>Larry Ellis</u> "USA

– Position

– Prosecuting Basham

– Plea Offer

~~Gov.~~ 13th Prosecutorial District

MONCKTON FILES_00069

**JA 7171**

2/4/03   Meeting on Basham
         ① Prof. Freeman              ⑤ Prof. Wilcox
         ② Cam Littlejohn             ⑥ John Hardaway
         ③ Morgan Martin
         ④ William Monckton


① Hypotheticals to protect a factual situation.
     ABA article


② Plea Negotiations        → Morgan + Billy


③ Affidavits →


④ Miranda
     → No Miranda Warnings were given.
     → No Waiver of 5ᵗʰ Amendment
                "Brandon"
     → No 5ᵗʰ Amendment protections.


⑤ Gov't using Rule 801(2)(d) to
   circumvent 5ᵗʰ Amendment, 6ᵗʰ Amendment
   + Atty. Client Privilege.


⑥ Unscrupulous Police Officers

MONCKTON FILES_00070

JA 7172

<u>Cases</u>

① <u>Shots v. Rosenburg</u>   (4th Cir.)
— Agency Case

MONCKTON FILES_00071

**JA 7173**