RECEIVED NOV 1 3 20...

well gonna go for know. but, I Just
want you to know how much i really
appreiciate every thing that you are doing
for me, and i don't Just mean, the
~~contion~~ money, i mean every thing
you do on my case and, how you, have
helped my family to see me and, to
get me help. all that. I really
mean it Jack. thank you,


Signed
  your
   friend
    and,
    ~~client~~
    client

Leon, Brandon, Basham

JA 7348
BURKE_FILES_00083

first week

| | | |
|---|---|---|
| 1 Pair Tube socks | $1.95 |
| 1 Dove Soap | $1.85 |
| 1 Suave Deodor | $2.86 |
| 1 Book stamp's | $3.70 |
| 20 envelopes | $1.00 |
| 2 Honey Bun's | $1.80 |
| 2 vanilla cookies | $1.50 |
| | $14.60 |

2nd week

| | | |
|---|---|---|
| 1 Dove soap | $1.95 |
| 1 Shampoo 15oz | $2.60 |
| 1 T-shirt XL | $4.35 |
| 2 Honey Bun's | $1.80 |
| 2 vanillo cookies | $1.50 |
| 2 moon pie's | $1.20 |
| 1 Legal pad | $1.00 |
| | $14.40 |

XXL

| | | |
|---|---|---|
| 1 Thermal set | $13.45 |
| 1 tooth brush | $1.00 |
| 1 tooth brush holder | 65¢ |
| | $15.10 |

3rd week.

| | tooth Paste | |
|---|---|---|
| 1 close up | $2.25 |
| 1 pair Boxers under wood Large | $2.95 |
| 3 Honey Buns | $2.70 |
| 2 Snicker's candy bar | $1.40 |
| 2 choc chip cookies | $1.40 |
| 2 vanilla cooke | $1.50 |
| 3 Jolly Ranchers | $3.00 |
| | $15.20 |

4th week

JA 7349
BURKE_FILES_00084

Dear. jock                    9-1-09

        How are you? I am
Ok i guess just trying to
stay out of trouble! I still
cant believe im gonna be 27 year old
this month! I feel like i should
be fifty seven instead of 27 years do
that is sort of why im writing
I was hoping you would send
some money, it being my birthday
and all !!! I have not been
able to get any new clother
and or things i want from
store cause, every time i
do get a little ~~money~~ money
sent in im so. out of everything
all i can afford is ~~hygien~~
hygien and medical supplies !
I have attached a Birthday
wish list! what ever you can
do, I will be most appriction !!!
well ill close for now hope
to hear from you soon

RECEIVED 2009

Govt. Exhibit 247b

JA 7350

73420

Name_____ Number_____ Unit/Cell_____

INMATES ARE ALLOWED TO SHOP ONCE A WEEK AND ONCE AT OPEN HOUSE. SPENDING LIMIT IS $290.00 PER VALIDATION PERIOD. NO REFUNDS OR EXCHANGES ON ANY ITEMS. INMATES ARE RESPONSIBLE FOR FILLING OUT THIS LIST IN A LEGIBLE MANNER. ENSURE THE ITEM YOU MARK IS THE ITEM YOU WANT. UNDER NO CIRCUMSTANCES WILL ADJUSTMENTS BE MADE ON ITEMS NOT CLEARLY NUMBERED OR MARKED. INMATES MAY ONLY SHOP ON THEIR UNIT'S DESIGNATED SHOPPING DAY. SEE CURRENT MEMO IN EACH UNIT FOR DESGINATED UNIT SHOPPING ROTATION

ASTERISKS (*) DENOTE SUGAR-FREE ITEMS.
® DENOTES ITEMS AVAILABLE TO PURCHASE WHILE ON COMMISSARY RESTRICTION.
**ALL PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

### STAMPS/MISCELLANEOUS
**LIMIT OF $26.40 WORTH OF STAMPS**

| | |
|---|---|
| $0.01 ___ | .01 STAMP ® |
| $0.17 ___ | .17 STAMP ® |
| $0.44 ___ | .44 STAMP ® |
| $1.00 ___ | 1.00 STAMP ® |
| $8.80 ___ | BOOK(s) OF 20 / .44 STAMPS ® |
| $7.50 ___ | COPY CARD (LIMIT 3) (® LIMIT 1) |
| $1.00 ___ | PHOTO TICKETS (LIMIT 10) |

### DRINKS
**LIMIT 2 CASES WATER or SODA**

| | |
|---|---|
| $2.15 ___ | DIET PEPSI (6-pk)* |
| $2.15 ___ | PEPSI (6-pk) |
| $2.15 ___ | MOUNTAIN DEW (6-pk) |
| $2.05 ___ | DADS ROOT BEER (6-pk) |
| $1.70 ___ | KLARBRUNN WATER (6-pk) |
| $1.40 ___ | TEA BAGS (100 bags) |
| $1.30 ___ | HERBAL TEA |
| $0.95 ___ | REAL LEMON SQUEEZE |
| $3.15 ___ | KIWI STRAWBERRY MIX* |
| $3.15 ___ | RASPBERRY MIX* |
| $3.15 ___ | PINK LEMONADE MIX |
| $1.90 ___ | HOT COCOA MIX |
| $0.90 ___ | GATORADE ORANGE MIX |
| $0.90 ___ | GATORADE LIME MIX |
| $0.20 ___ | CAPPUCCINO |
| $3.20 ___ | MAXWELL HOUSE COFFEE |
| $7.40 ___ | FOLGERS COFFEE |
| $8.45 ___ | TASTERS CHOICE |
| $3.40 ___ | DECAFFEINATED COFFEE |
| $1.15 ___ | NON-DAIRY CREAMER |
| $3.85 ___ | FRENCH VANILLA CREAMER |

### FOOD

| | |
|---|---|
| $0.30 ___ | RAMEN CHILI SOUP |
| $0.55 ___ | CALIFORNIA VEGETABLE CUP SOUP |
| $0.30 ___ | RAMEN CREAMY CHICKEN |
| $0.30 ___ | RAMEN BEEF SOUP |
| $0.55 ___ | GARLIC BULBS |
| $2.85 ___ | HERSHEYS SYRUP |
| $1.95 ___ | VANILLA PUDDING CUPS |
| $0.50 ___ | HONEY BUNS |
| $2.10 ___ | VANILLA WAFERS |
| $2.10 ___ | LEGEND CHOCOLATE CHIP COOKIES |
| $1.70 ___ | NUTTY BARS |
| $1.80 ___ | PEANUT BUTTER COOKIES |
| $2.05 ___ | OATMEAL CREAM PIES |
| $0.85 ___ | CAKE OF THE MONTH |
| $0.70 ___ | CUPCAKES, VANILLA (2-pk) |
| $0.80 ___ | MILKY WAY |
| $0.90 ___ | SNICKERS |
| $0.90 ___ | TWIX BAR |
| $0.35 ___ | SUNFLOWER KERNELS |
| $1.00 ___ | CASHEWS |
| $1.05 ___ | TROPICAL BLEND |
| $1.40 ___ | BARCELONA PEANUTS |
| $2.75 ___ | MIXED NUTS |
| $1.55 ___ | STARLIGHT MINTS* |

### ******ICE CREAM FLAVORS******

| | |
|---|---|
| $1.85 ___ | CHOCOLATE |
| $1.85 ___ | VANILLA |
| $1.85 ___ | STRAWBERRY |

| | |
|---|---|
| $1.35 ___ | BROWN RICE |
| $0.50 ___ | BAGELS, CINNAMON-RAISIN |
| $1.10 ___ | WHITE RICE |
| $3.20 ___ | JALAPENO CHEESE (SQUEEZE) |
| $1.05 ___ | VELVEETA MAC & CHEESE |
| $2.65 ___ | VELVEETA CHEESE |
| $1.75 ___ | MOZZARELLA CHEESE |
| $1.50 ___ | REFRIED BEANS |
| $2.65 ___ | FLOUR TORTILLAS |
| $5.75 ___ | CARNATION DRY MILK |
| $2.90 ___ | CRUNCH BERRY CEREAL |
| $2.85 ___ | GOLDEN PUFFS CEREAL |
| ___ | RAISIN BRAN CEREAL |
| $3.50 ___ | OATMEAL FRUIT & CREAM |
| $1.75 ___ | QUICK OATS |
| $2.60 ___ | PARMESAN CHEESE |
| $2.40 ___ | MOLLY McBUTTER |
| $1.30 ___ | SALT AND PEPPER |
| $1.15 ___ | SEASONED SALT |
| $2.70 ___ | SAZON GOYA SEASONING |
| $3.90 ___ | MRS. DASH SEASONING |
| $2.45 ___ | MORTON SALT SUBSTITUTE |
| $1.95 ___ | SQUEEZE SALSA |
| $2.00 ___ | CHILI GARLIC SAUCE |
| $1.95 ___ | JALAPENO PEPPERS |
| $1.15 ___ | MUSTARD |
| $2.60 ___ | MAYONNAISE |
| $2.70 ___ | OLIVE OIL |
| $1.10 ___ | SOY SAUCE |
| $0.80 ___ | HOT SAUCE |
| $1.30 ___ | TUNA |
| $3.50 ___ | HOT BEEF SUMMER SAUSAGE |
| $3.75 ___ | REGULAR BEEF SAUSAGE |
| $1.10 ___ | MACKEREL |
| $2.15 ___ | TURKEY LOG |
| $1.05 ___ | BEEF DELI STICKS |
| $2.45 ___ | CLAMS |
| $2.10 ___ | PINK SALMON |
| $2.25 ___ | CHICKEN CHUNKS |
| $3.45 ___ | SHRIMP |
| $1.65 ___ | CHILI WITH BEANS |
| $2.15 ___ | PEPPERONI SLICES |
| $0.30 ___ | RANCH DRESSING |
| $1.35 ___ | SWEET CORN IN A BAG |
| $0.50 ___ | PIZZA KITS |
| ___ | CORN TORTILLA |
| $2.05 ___ | HOT GIARDINIERA PEPPERS |

### HYGIENE

| | |
|---|---|
| $3.65 ___ | NUTRAGENA SOAP ® |
| $0.75 ___ | HERITAGE CLEAR SOAP ® |
| $0.90 ___ | IRISH SPRING SOAP ® |
| $0.60 ___ | PALMOLIVE SOAP ® |
| $1.40 ___ | DIAL SOAP ® |
| $1.95 ___ | DOVE SOAP ® |
| $0.70 ___ | SOAP DISH |

### HYGIENE (con't)

| | |
|---|---|
| $2.75 ___ | COCONUT OIL COND. ® |
| $2.70 ___ | PRO-LINE HAIR FOOD |
| $6.35 ___ | AFRICAN PRIDE MAGICAL FORMULA |
| $3.35 ___ | NEXT-1 STYLING GEL |
| $5.50 ___ | PINK OIL MOISTURIZER ® |
| $9.40 ___ | DARK & LOVELY CURL RELAXER |
| $1.65 ___ | VO-5 SHAMPOO ® |
| $1.65 ___ | VO-5 HAIR CONDITIONER ® |
| $5.15 ___ | PERT PLUS SHAMPOO |
| $6.70 ___ | TRIM SCISSORS |
| $0.90 ___ | FINGERNAIL CLIPPERS |
| $1.15 ___ | TOENAIL CLIPPERS |
| $1.16 ___ | TWEEZERS |
| $2.60 ___ | LOCKER MIRROR |
| $2.35 ___ | DU-RAG |
| $0.50 ___ | AFRO HAIR PICKS |
| $0.50 ___ | PALM BRUSH, PLASTIC |
| $2.20 ___ | BATH/SHOWER POWDER |
| $1.55 ___ | ROLL-ON ANTI-PERSPIRANT ® |
| $1.80 ___ | CLEAR STICK DEODERANT |
| $3.25 ___ | SPORT-TALC ANTI-PER. ® |
| $3.20 ___ | DEGREE EXTREME DEODERANT |
| $2.25 ___ | BIC SHAVERS (10 PK) |
| $4.00 ___ | BODY WASH ® |
| $2.10 ___ | CHARMIN TOILET PAPER ® |
| $2.35 ___ | INSOLE ODOR EATERS |
| $2.70 ___ | SUAVE COCOA BUTTER ® |
| $3.90 ___ | SUNBLOCK SPF 30 |
| $2.90 ___ | MAGIC SHAVE GOLD POWDER ® |
| $4.25 ___ | MAGIC SHAVE CREAM ® |
| $4.20 ___ | BUMP STOPPER |
| $1.90 ___ | ROYAL HAIR DRESSING |
| $2.45 ___ | POMADE PLASTIC |
| $15.55 ___ | GEL INSOLES (SIZE:_____) |
| $16.10 ___ | BLADES, GILLETTE MACH-3 |
| $12.35 ___ | RAZOR, GILLETTE MACH-3 |
| $1.80 ___ | COTTON SWABS |
| $2.20 ___ | COMB/BRUSH SET |
| $2.05 ___ | COCOA BUTTER STICK ® |
| $1.25 ___ | STYPTIC PENCIL |
| $1.35 ___ | REGULAR SCENT AFTER SHAVE |
| $5.55 ___ | KUSH SCENTED OIL |
| $5.55 ___ | OBSESSION SCENTED OIL |
| $5.55 ___ | ISSEY MYAKE SCENTED OIL |
| $1.35 ___ | HAIR TIES |
| $1.60 ___ | SHAVING CREAM |
| $2.55 ___ | BEESWAX |
| $2.25 ___ | AFRICAN CROWN |
| $1.30 ___ | CLEAR CODITIONER |

### OTC MEDS / SUPPLEMENTS

| | |
|---|---|
| $7.55 ___ | HEAD & SHOULDERS SHAMPOO ® |
| $3.30 ___ | SUAVE SHAMPOO AND CONDITIONER |
| $1.30 ___ | CALAMINE LOTION ® |
| $3.85 ___ | SULFUR-8 CONDITIONER ® |
| $1.55 ___ | ASPIRIN ® |
| $2.65 ___ | IBUPROFEN TABLETS ® |
| $3.55 ___ | GOOD SENSE LIQUID ANTACID ® |
| $3.25 ___ | VITAMIN C TABLETS |
| $3.75 ___ | VITAMIN E TABLETS |

| | | |
|---|---|---|
| $0.80 ___ | M & M's CANDY | |
| $2.20 ___ | JOLLY RANCHER ASSORT.* | |
| $0.50 ___ | WILD FRUIT CANDY* | |
| $1.30 ___ | TWIZZLERS | |
| $6.30 ___ | SPLENDA (SUGAR SUB.) | |
| $2.25 ___ | SUGAR TWINS (SUGAR SUB.) | |
| $1.85 ___ | NACHO TORTILLA CHIPS | |
| $1.25 ___ | SOUR CREAM & ONION CHIPS | |
| $1.25 ___ | BBQ CHIPS | |
| $1.25 6 | PLAIN POTATO CHIPS | |
| VAR. ___ | CHIP OF THE MONTH | |
| $2.90 ___ | PREMIUM PLAIN CRACKERS | |
| $0.40 ___ | PEANUT BUTTER CRACKERS | |
| $3.00 ___ | SNACKER CRACKERS | |
| $2.05 ___ | HONEY GRAHAM CRACKERS | |
| $2.90 ___ | PREMIUM UNSALTED CRACKERS | |
| $2.80 ___ | OLIVES | |
| $0.55 ___ | POPCORN (EXTRA BUTTER) | |
| $2.20 1 | PEANUT BUTTER | |
| $3.40 ___ | HONEY (SUGAR-FREE) | |

| | | |
|---|---|---|
| $2.20 3× | AIM TOOTHPASTE ® | |
| $3.05 ___ | COLGATE TOOTHPASTE ® | |
| $2.65 ___ | COLGATE TOOTHPASTE CLEAR ® | |
| $5.10 ___ | EFFERGRIP ® | |
| $6.75 ___ | SENSODYNE TOOTHPASTE ® | |
| $3.50 ___ | DENTURE TOOTHPASTE ® | |
| $4.40 ___ | MOUTHWASH PRO HEALTH ® | |
| $1.45 1 | DENTAL PICKS | |
| $2.15 ___ | FLOSS LOOPS ® | |
| $0.55 ___ | TEK-PRO TOOTHBRUSH ® | |
| $0.95 1 | COLGATE TOOTHBRUSH ® | |
| $1.80 ___ | DENTURE BRUSH ® | |
| $0.50 1 | TOOTHBRUSH HOLDER | |
| $0.80 ___ | DENTURE CUP | |
| $2.45 ___ | HAIR POMADE, MURRAY'S | |
| $1.35 ___ | PETROLEUM JELLY ® | |
| $4.90 1 | JERGENS LOTION | |
| $2.75 ___ | HAND SANITIZER | |

| | | |
|---|---|---|
| $4.10 ___ | ULTREX MULTI-VITAMINS | |
| $2.70 ___ | CALCIUM TABLETS | |
| $2.60 ___ | ANTIFUNGAL FOOT POWDER ® | |
| $2.60 ___ | PROTEIN-29 HAIR GROOM ® | |
| $6.20 ___ | LACTASE (DAIRY) ENZYME ® | |
| $1.85 ___ | SALINE NASAL SPRAY ® | |
| $5.15 ___ | VISINE EYE DROPS ® | |
| $2.25 ___ | ARTIFICIAL TEARS ® | |
| $1.60 ___ | CHAPSTICK LIP BALM ® | |
| $2.15 ___ | BLISTEX LIP OINTMENT ® | |
| $2.25 ___ | TUSSIN COUGH SYRUP ® | |
| $2.35 ___ | NON-ASPIRIN (ACETAMINOPHEN) ® | |
| $5.60 ___ | ALEVE PAIN RELIEVER ® | |
| $3.90 ___ | ZANTAC ACID REDUCER ® | |
| $2.75 ___ | ARTRA SOAP ® | |
| $3.90 ___ | SULFER -8 SHAMPOO ® | |
| $6.70 ___ | T-GEL MEDICATED SHAMPOO ® | |
| $5.90 ___ | AMBI CREAM ® | |
| $6.75 ___ | SEABOND DENTURE ADHESIVE UPPER ® | |
| $6.75 ___ | SEABOND DENTURE ADHESIVE LOWER ® | |
| $1.80 ___ | CLEAR LOTION | |

| | | |
|---|---|---|
| $12.50 ___ | SHORT SLEEVE T-SHIRT 4XL | |
| $11.80 ___ | SHORT SLEEVE T-SHIRT 5XL | |
| $15.60 ___ | MESH SHORTS LG | |
| $14.95 ___ | MESH SHORTS XL | |
| $17.30 ___ | MESH SHORTS 2X | |
| $17.30 ___ | MESH SHORTS 3X | |
| $17.30 ___ | MESH SHORTS 4X | |
| $19.75 ___ | MESH SHORTS 5X | |
| $19.75 ___ | MESH SHORTS 6X | |
| $20.80 ___ | MESH SHORTS 7X | |
| $7.25 ___ | BOXER BRIEFS SM | |
| $7.25 ___ | BOXER BRIEFS MED | |
| $7.25 ___ | BOXER BRIEFS LG | |
| $7.25 ___ | BOXER BRIEFS XL | |
| $7.25 ___ | BOXER BRIEFS 2X | |
| $8.50 ___ | BOXER BRIEFS 3X | |
| $6.35 ___ | TANKTOP LG | |
| $6.35 ___ | TANKTOP XL | |
| $6.35 ___ | TANKTOP 2XL | |
| $10.40 ___ | TANKTOP 3XL | |
| $10.40 ___ | TANKTOP 4XL | |
| $10.40 ___ | TANKTOP 5XL | |
| $6.25 ___ | RIBBED MUSCLE SHIRT LG | |
| $6.25 ___ | RIBBED MUSCLE SHIRT XL | |
| $6.25 ___ | RIBBED MUSCLE SHIRT 2X | |
| $8.35 ___ | RIBBED MUSCLE SHIRT 3X | |
| $7.30 ___ | RIBBED MUSCLE SHIRT 4X | |
| $8.20 ___ | COTTON BASEBALL CAPS | |
| $4.30 ___ | NYLON BASEBALL CAPS | |
| $2.35 ___ | BROWN JERSEY GLOVES | |
| $3.50 ___ | SHOWER SHOES (M-2XL ___ ) | |
| $6.00 ___ | CLEAR SHAVE BAG | |
| $8.95 ___ | MESH DUFFLE BAG | |

| | | |
|---|---|---|
| $46.05 ___ | SONY M-35 CLEAR RADIO | |
| $23.50 ___ | CT-80 DIGITAL RADIO | |
| $34.50 ___ | KOSS CL-20 HEADPHONES | |
| $28.60 1 | KOSS CL-10 HEADPHONES | |
| $11.70 ___ | SONY MDR-J10 HEADPHONES | |
| $4.55 ___ | KOSS CL-3 EARBUD | |
| $13.00 ___ | KOBO SANDALS (SIZE 8-13) | |
| $42.25 1 | TIMEX IRONMAN WATCH | |
| $6.20 ___ | IRONMAN REPLACEMENT BAND | |
| $8.60 ___ | CASIO WATCH | |
| $0.65 ___ | WATCH PINS | |

*REQUIRES AUTHORIZATION FROM CHAPLAIN

| | | |
|---|---|---|
| $18.35 ___ | *RASTAFARIAN HEADWEAR | |
| $33.00 ___ | *RASTAFARIAN CROWN | |
| $7.83 ___ | *KUFI BLACK ___ WHITE ___ | |
| $2.35 ___ | *HEADBAND BLACK ___ RED ___ | |

READING GLASSES

| | |
|---|---|
| $10.40 ___ | STRENGTH 1.50 |
| $10.40 ___ | STRENGTH 1.75 |
| $10.40 ___ | STRENGTH 2.0 |
| $10.40 ___ | STRENGTH 2.25 |
| $10.40 ___ | STRENGTH 2.50 |
| $10.40 ___ | STRENGTH 2.75 |
| $10.40 ___ | STRENGTH 3.0 |
| $10.40 ___ | STRENGTH 3.25 |

I have marked the thin to live and survive can be even you would need . An to live AS you can see to get everything I need send $250.00 to my acco do this for me it would re And it would make th

JA 7352

73422

9-21-06

Dear, Timothy

I am just getting finished tallking to Mr, Ryherd, and, I can't take it No more. I am sick of living like this, I am all screwed up. My medication is being stoped Next week. I am Not going to be on anything at all. I can't do it, I have to have my medication and, You say you don't know when you will be able to get a court order So, I can get my seroquel &, concertro, ~~~~ or even if you can. I Know it take's time to get thing's done but, I Need to know Something very soon. I'm not going to keep living like this, always upset, Not able to focus or concentrat. And, depressed all the time. Not to Mention, the Goverment is taking any and, every little bit of money, I get inn. My Sister sent me 20.00 dollar's (For my B-DAY) Yesterday and they took every bit of it. I had Mr, Ryherd get me a copy of what, I owe, and. I am Putting it inn with this letter, they are taking $60.00 dollar's out of any money, I get inn each Month until what, I owe is paid off. I Mean, what the fuck Am, I supposed to do. I don't even get that much inn a Month. I don't have Nothing inn hear the other day, I had to borrow, A Bag of Razor's and Some washing detergent, Just So, I can Shave and wash my clothe's. I'm sick of it, I'm tired of begging and, doing with out. the thing's, I need to live inn hear. I am not going to be able to do this, Man, I mean it, I have tried, they are taking what little bit of peace of mind. I had away. I NeeD My medicine, I can't keep living this way.

Govt. Exhibit 247c

JA 7353

SULLIVAN SCANS_00030

T_SULLIVAN00000000030

I'm tired, man. I want to know something if, I was to really push for it, and drop all my appeal's, I mean really flip out, start fucken these Guard's up and shit how Quick could you get them to kill me? I mean, I should be able to be done like pretty fast wright? well, write me and let me know cause, I'm not going to keep living like this!!! well, I'm gonne go ~~to be busy for now~~ for Now, hope to hear from you soon.

Signed

L.B.B.



T-SULLIVAN00000000031

JA 7354
SULLIVAN SCANS_00031

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON


UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 3:03-00138-02

BRANDEN LEON BASHAM,
                                      Huntington, West Virginia
            Defendant.               July 25, 2005


        TRANSCRIPT OF GUILTY PLEA AND SENTENCING
        BEFORE THE HONORABLE ROBERT C. CHAMBERS
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:        CHARLES T. MILLER, ESQ.
                          U. S. ATTORNEY'S OFFICE
                          P. O. Box 1713
                          Charleston, WV  25326-1713

For the Defendant:        GARY A. COLLIAS, ESQ.
                          MCINTYRE & COLLIAS
                          P. O. Box 70007
                          Charleston, WV  25301-0007

                          JAY T. MCCAMIC, ESQ.
                          MCCAMIC SACCO & PIZZUTI PLLC
                          56-58 Fourteenth Street
                          Wheeling, WV  26003

Defendant Present in Person.

Probation Officer:        CAROL JAMES

Court Reporter:           TERESA M. RUFFNER, RPR
                          P. O. Box 1570
                          Huntington, WV  25716
                          (304) 528-7583

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription.

GOVERNMENT
EXHIBIT
248

JA 7355

I N D E X

| Government's Witness | Direct | Cross |
|---|---|---|
| JAMES D. HARPER | 15 | -- |

JA 7356

Monday, July 25, 2005, at 9:30 a.m. in open court

THE COURT: All right. Are we ready to proceed in Mr. Basham's case?

MR. MILLER: The United States is ready, Your Honor.

MR. MCCAMIC: Yes, Your Honor.

THE COURT: All right. Mr. Basham, would you please stand, and would counsel also stand. Thank you.

All right. Mr. McCamic, I understand that Mr. Basham has decided to plead guilty to Count One of the indictment; is that correct?

MR. MCCAMIC: That's correct, Your Honor.

THE COURT: All right. Mr. Basham, I'm going to have to ask you a number of questions in this hearing, so my clerk is going to swear you in.

CLERK JUSTICE: Please raise your right hand.

(The defendant was duly sworn.)

THE COURT: I'm going to ask that you speak just a little bit louder, Mr. Basham, so I can hear you.

THE DEFENDANT: Yes.

THE COURT: All right. Mr. Basham, do you understand that you're now under oath and if you answer any of my questions falsely, you could be prosecuted for perjury or for making a false statement?

THE DEFENDANT: Yes, sir.

THE COURT: Would you state your full name.

THE DEFENDANT:  Leon Branden Basham.

THE COURT:  How old are you, Mr. Basham?

THE DEFENDANT:  Twenty-three.

THE COURT:  How much education have you had?

THE DEFENDANT:  About the sixth grade I would say.

THE COURT:  Can you read and write?

THE DEFENDANT:  Yes, sir.

THE COURT:  Have you recently been under the care of a doctor or psychiatrist or other medical professional for any serious physical or emotional illness?

THE DEFENDANT:  Yes.

THE COURT:  Are you taking medication?

THE DEFENDANT:  Yes.

THE COURT:  What medications are you taking?

THE DEFENDANT:  Seroquel and Paxil.

THE COURT:  How long have you been taking those medications?

THE DEFENDANT:  The Seroquel I've been taking probably for -- I don't know -- probably about six years.

THE COURT:  Okay.  And they were prescribed by a doctor?

THE DEFENDANT:  Yes.

THE COURT:  And when you take those medications, do they interfere with your judgment or make it hard for you to concentrate or think?

THE DEFENDANT:  No.  They help me.

THE COURT:  They help you?

THE DEFENDANT:  Yes.

THE COURT:  And you've taken them today?

THE DEFENDANT:  Yes.

THE COURT:  All right.  Do you have any other medical conditions or problems that would interfere with your thinking or cloud your judgment?

THE DEFENDANT:  No, sir.

THE COURT:  All right.  Are you able to understand fully what's going on here in court today?

THE DEFENDANT:  Yes, sir.

THE COURT:  Mr. McCamic, Mr. Collias, do you have any reason to question the competence of your client?

MR. MCCAMIC:  No, Your Honor.

THE COURT:  All right.  Mr. Basham, I find that you're competent and capable of entering an informed plea.

Now, Mr. Basham, have you had enough time to discuss this case fully with your lawyers?

THE DEFENDANT:  Yes.

THE COURT:  Have they been able to answer your questions about what you should do?

THE DEFENDANT:  Yes.

THE COURT:  Are you completely satisfied with the legal advice they have given you?

THE DEFENDANT: Yes.

THE COURT: Mr. McCamic, has Mr. Basham been cooperative with you?

MR. MCCAMIC: Yes, Your Honor.

THE COURT: Have you had enough time to investigate his case and discuss all these matters with him?

MR. MCCAMIC: Yes, sir.

THE COURT: All right. I understand there's a proposed plea agreement. Mr. McCamic, would you summarize the plea agreement.

MR. MCCAMIC: Mr. Collias is going to do that for you.

THE COURT: All right. Mr. Collias, you may do that.

MR. COLLIAS: Thank you, Your Honor. The plea agreement is in the form of a letter dated May 17, 2005, from the U. S. Attorney Kasey Warner and First Assistant U. S. Attorney Charles Miller and addressed to Jay McCamic and to me. It consists of seven pages. Each of the pages is signed on the bottom by Mr. Basham and by Mr. McCamic and by me.

Paragraph 1 of the agreement describes the pending charges against Mr. Basham, Count One being carjacking resulting in death, Count Two being felon in possession of firearms, Count Three being possession of stolen firearms by the defendant, Count Four being interstate transportation of a

stolen motor vehicle.

Paragraph Number 2 of the plea agreement, entitled Resolution of Charges, indicates that Mr. Basham will plead guilty to Count One, which is carjacking resulting in death; and that following disposition, the United States will move to dismiss the other three counts of the indictment.

Paragraph 3 of the agreement provides and indicates that the maximum penalties to which Mr. Basham will be exposed by virtue of his plea is a term of life imprisonment, a fine of a quarter-million dollars or twice the gross pecuniary gain or twice the gross pecuniary loss resulting from the defendant's conduct, whichever is greater, a term of supervised release of not more than five years, a mandatory special assessment of $100, and an order of restitution provided by law.

Paragraph Number 4 provides that Mr. Basham is responsible for the $100 mandatory assessment and that he's submitted certified financial statements reflecting that he doesn't have the money to pay that now, but that he agrees to participate in the Inmate Financial Responsibility Program during his period of incarceration.

Paragraph Number 5 is the standard cooperation paragraph and provides that Mr. Basham will be forthright and truthful with all law enforcement agencies, and he agrees to give sworn statements, trial testimony, grand jury testimony, affidavits, etcetera, and he has the right to have counsel present at all

JA 7361

times except, of course, when he's testifying before the grand jury.

Paragraph 6 is the standard use immunity paragraph, provides that unless this agreement becomes void due to a violation of its terms by Mr. Basham, nothing contained in any statement or testimony given by Mr. Basham pursuant to this agreement will be used against him either directly or indirectly in any further criminal prosecution or in any way to increase his sentencing guidelines.

Paragraph Number 7 is the standard limitation of immunity paragraph that provides that nothing in the agreement restricts the use of any information obtained by the United States from an independent, legitimate source, and that this agreement also represents only these charges in this district. The United States reserves the right to prosecute Mr. Basham for any perjury or false statements that he should give -- perjury or false statements.

Paragraph Number 8 is entitled Waiver of DNA Testing. It provides that Mr. Basham agrees that he's been advised the United States does possess items of physical evidence that could be subject to DNA testing. Mr. Basham agrees to waive his right to have those items tested for DNA in this case, including the right to make a post-conviction request for such testing.

Paragraph Number 9, Mr. Basham agrees not to object to

**JA 7362**

the Court ordering all monetary penalties that are due and owing in the case and that the payments will be subject to immediate enforcement by the United States.  So long as the monetary penalties ordered are due and payable in full immediately, Mr. Basham further agrees not to object to the district court imposing any schedule of payments as merely a minimum schedule of payments and not the only method nor limitation on the methods available to the United States to enforce the judgment.

Paragraph Number 10 provides that Mr. Basham and the United States both agree not to appeal any fine imposed by the Court so long as that fine is within the range provided by the sentencing guidelines.

Paragraph 11 provides that the matter of sentencing is within the sole discretion of the Court and that the United States will make no specific recommendations as to the sentence.  It indicates that the United States, however, does have the right to inform the probation office and the Court of all relevant facts and conduct, to present evidence and argument relevant to the factors set forth in 18 U.S.C. Section 55 -- I'm sorry -- Title 18 U.S.C. Section 3553(a), that the Government has a right to respond to questions raised by the Court, to correct any inaccuracies or inadequacies in the presentence report, to respond to statements made by Mr. Basham or on his behalf by counsel, advise the Court

JA 7363

concerning the nature and extent of Mr. Basham's cooperation, and address the Court regarding the issue of Mr. Basham's acceptance of responsibility.

Paragraph 12 indicates that this plea agreement has been approved by the Attorney General of the United States and that the Government has been authorized to no longer seek the death penalty in this case.

Paragraph 13 provides that if either Mr. Basham or the United States violates the agreement, the other party will have the right to void the agreement. If the Court refuses to accept the agreement for any reason, the agreement will also be considered void.

Paragraph 14 indicates that this written plea agreement consisting of seven pages is the entirety of the agreement between Mr. Basham and the Government. There are no other agreements, understandings, or side agreements.

As I indicated before, this agreement is signed by Kasey Warner, U. S. Attorney, and Charles Miller, First Assistant U. S. Attorney.

THE COURT: All right. Is that a fair summary of the agreement, Mr. Miller?

MR. MILLER: Yes, Your Honor, it is. I have the original and --

THE COURT: All right. You may file the original plea agreement. The Court will consider adopting the plea

JA 7364

agreement at a later time.

Now, Mr. Basham, do you understand what this agreement does and what it requires of you?

THE DEFENDANT: Yes, sir.

THE COURT: Did you go over each of these paragraphs with your lawyers before you signed this plea agreement?

THE DEFENDANT: Yes, sir.

THE COURT: Do you want me to accept the plea agreement?

THE DEFENDANT: Yes, sir.

THE COURT: All right. I'm going to defer accepting the plea agreement until we reach the sentencing portion of this hearing.

Now, Mr. Basham, did you get a copy of the indictment that the grand jury returned against you?

THE DEFENDANT: Yes, sir.

THE COURT: Have you read it?

THE DEFENDANT: Yes, sir.

THE COURT: I'm now going to read to you the charge in Count One and then ask for your plea.

This is styled United States of America versus Chadrick Evan Fulks and Branden Leon Basham. Indictment. The Grand Jury Charges:

Count One (Carjacking Resulting in Death). On or about November 11, 2002, at or near Huntington and Barboursville,

JA 7365

Cabell County, West Virginia, and within the Southern District of West Virginia, defendants Chadrick Evan Fulks and Branden Leon Basham, aided and abetted by each other, with intent to cause death and serious bodily harm, did knowingly take by force, violence, and intimidation from the person and presence of Samantha Burns a motor vehicle that had been shipped, transported, and received in interstate commerce, which taking resulted in the death of Samantha Burns, in violation of Title 18, United States Code, Sections 2119 and 2.

Now, Mr. Basham, how do you plead as to that charge?

THE DEFENDANT: Guilty.

THE COURT: All right. Now, before I accept your guilty plea, I want to discuss several things with you. First, I want to make sure there's a factual basis for your guilty plea. Then I want to make sure that you understand the nature of the charge against you and the consequences of pleading guilty to this charge, that you understand the constitutional and other legal rights you give up when you plead guilty, and that you're pleading guilty voluntarily.

Now, let's go over the charge in some detail, Mr. Basham. You're charged with violating, first, Section 2119. Now, that section states, in part, whoever, with the intent to cause death or serious bodily harm, takes a motor vehicle that has been transported, shipped, or received in interstate commerce from the person or presence of another by force and violence

or by intimidation, or attempts to do so, shall, if death results, be guilty of a crime against the United States.

Now, Mr. Basham, if the Government had to go to trial against you in this case, the Government would have to prove the following elements against you beyond a reasonable doubt:

First, that you took a motor vehicle; second, that motor vehicle had been transported, shipped, or received in interstate or foreign commerce; third, you took the motor vehicle from the person or presence of another individual; fourth, you took the vehicle by force and violence or by intimidation; fifth, at the time of taking the vehicle, you intended to cause death and serious bodily harm; and sixth, that death resulted.

Now, in the alternative, the Government has also charged you with aiding and abetting the commission of taking by force, violence, or intimidation a motor vehicle, as I've just described. Now, that comes from Section 2 of the Code, which states, whoever commits an offense against the United States, or aids or abets its commission, shall be guilty of a crime against the United States.

Now, to establish aiding and abetting, the Government would have to prove these elements beyond a reasonable doubt:

First, that another person actually committed the offense of taking by force, violence, and intimidation a motor vehicle transported in interstate commerce with the intent to cause

JA 7367

death and serious bodily harm and which resulted in death; and second, you knew that offense was to be committed or was being committed; and third, you knowingly did some act to aid the commission of that offense; and fourth, you acted with the intention of causing the crime charged to be committed.

Now, let me give you some definitions of the terms I've used, Mr. Basham.

A motor vehicle is "transported in interstate commerce" if it traveled from one state to another state.

"Taking a vehicle from the presence or person of another individual" means that the individual was nearby when you took the motor vehicle.

"Serious bodily injury" means an injury that involves a substantial risk of death or extreme physical pain or long-term and obvious disfigurement or long-term loss or impairment of a function of a bodily member or organ or the long-term loss or impairment of a mental function.

Now, "to aid or abet" the commission of a crime, you must knowingly and intentionally associate yourself in some way with the crime and knowingly and intentionally seek by some action to help make the crime succeed.

An act is done "knowingly" if it's done voluntarily and intentionally and not because of a mistake or accident or some innocent reason.

An act is done "intentionally" if it's done knowing the

act is one the law forbids and purposefully intending to violate the law.

Now, Mr. Basham, considering this explanation, do you believe you're guilty of the charge in Count One?

THE DEFENDANT: Yes, sir.

THE COURT: All right. You may sit down for a few minutes.

Mr. Miller, I'm going to ask you to summarize or present testimony to show what the Government could prove if it had to go to trial.

MR. MILLER: Your Honor, the Government would present the testimony of Special Agent James Harper.

THE COURT: All right.

MR. MILLER: I'd ask that he be sworn.

CLERK JUSTICE: Please raise your right hand.

JAMES DANIEL HARPER, GOVERNMENT'S WITNESS, SWORN

DIRECT EXAMINATION

BY MR. MILLER:

Q.   Would you state your name and occupation for the record, please.

A.   James Daniel Harper. I'm a special agent with the FBI, assigned to Huntington.

Q.   Agent Harper, were you one of the agents participating in the investigation of the carjacking and subsequent murder of Samantha Burns in November of 2002?

JA 7369

Harper - Direct

A. Yes, I was.

Q. Have you been provided statements made by both of the defendants in that particular investigation, that is, the defendant here, Mr. Branden Basham, and Mr. Chadrick Fulks?

A. Yes, I have.

Q. And have you reviewed those statements?

A. Yes, I have.

Q. Are you aware of the physical evidence that was obtained in connection with the investigation?

A. Yes, I am.

Q. Would you tell the Court what the evidence would be with respect to what happened to Samantha Burns during November of 2002 on this particular occasion.

A. Well, the evidence shows on that evening, that the defendant and Mr. Fulks were staying at the Hollywood Motel or Hotel in the Ceredo-Kenova area west of Huntington. And the evidence shows that they left there late in the afternoon. Both of them were wearing camouflage clothing similar to what you would wear when you go hunting.

The evidence also shows that our victim, Samantha Burns, was at the Barboursville Mall on that evening, and we were able to show a financial transaction that she did at approximately 6:30 that evening. Based on the statements from the defendants, it shows that our victim, Samantha Burns, was abducted as she was leaving the mall, going to her vehicle,

Harper - Direct

and subsequently she left the area, and the two defendants ended up in her vehicle with her. And sometime between 8:00 and 8:30 there were several attempts -- and some successful, some not -- to remove money from banks on the West End of Huntington using her ATM card.

Subsequently, the victim, Samantha Burns, was killed that evening, and later her car was found burned in a rural area of Wayne County.

Q. With respect to the abduction of Miss Burns at the Barboursville Mall, do the evidence or the statements indicate which of the two defendants actually committed the abduction?

A. Yes. The statements show that the defendant, Branden Basham, was actually the one who used a firearm and forcibly took Samantha and her vehicle from that location.

Q. What type of vehicle was she driving?

A. It was a Chevy Cavalier.

Q. Do you know whether or not there are any Chevrolet Cavaliers manufactured in the State of West Virginia?

A. No, there are not.

Q. That vehicle was transported in interstate commerce to arrive here?

A. Yes.

Q. With respect to the use of the ATM cards, is there physical evidence that supports either of the two defendants using her ATM card at approximately 8:00 or 8:30 on that

JA 7371