UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,      :

     :

      Plaintiff-Appellee      :

     :

      v.      :     No. 13-9

     :

BRANDON L. BASHAM,      :

     :

      Defendant-Appellant.      :

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

The United States respectfully moves this Court to enter an order extending the due date for its response brief by 60 days, to December 5, 2014. In support of this motion, the government states the following:

1. This is an appeal from an order denying a capital defendant relief under 28 U.S.C. § 2255 in the United States District Court for the District of South Carolina. This Court granted several extensions of time for the filing of Basham's opening brief. Basham filed an oversized opening brief on September 3, 2014. The government's response brief is currently due on October 6, 2014.

2. Basham was convicted of, among other things, carjacking and kidnapping that resulted in the death of Alice Donovan and sentenced to death. His convictions were affirmed on direct appeal. United States v. Basham, 561 F.3d 302 (4th Cir. 2009), cert. denied, 560 U.S. 938 (2010).

3. Basham filed a motion under 28 U.S.C. § 2255 raising multiple claims of trial error and ineffective assistance of counsel. The district court denied the motion. On appeal, Basham has filed an 88-page brief that raises six distinct claims, including claims that Basham was incompetent to stand trial, the government presented false testimony at trial, and counsel were ineffective in various respects.

4. Government counsel will need additional time to respond to the issues raised in this case. The record is unusually lengthy because it consists of the capital trial record and the Section 2255 trial record. A response to Basham's fact-intensive claims will require a relatively lengthy statement of the facts after an extensive review of both records. The legal arguments are also expected to be lengthy. As a result, government counsel anticipates that it will need to file an oversized brief to respond to Basham's multiple claims.

5. Michael Burke, counsel for Basham, consents to this motion.

Because this motion is made in good faith and not for purposes of delay, the government respectfully requests that the Court extend its deadline to file a response brief to December 5, 2014.

Respectfully submitted,

LESLIE R. CALDWELL
Assistant Attorney General

SUNG-HEE SUH
Deputy Assistant Attorney General

/s/Thomas E. Booth
THOMAS E. BOOTH
Attorney
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-5201
Thomas.booth@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2014, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

Michael Burke
Sarah Stone
850 West Adams Street
Phoenix, AZ 85007

Counsel for Brandon Basham

/s/Thomas E. Booth