UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____


UNITED STATES OF AMERICA

            Plaintiff - Appellee

v.

BRANDON LEON BASHAM

            Defendant - Appellant



_____

O R D E R
_____

        The court grants an extension of the briefing schedule as follows:

    Response brief due: 12/05/2014

    Any reply brief: 14 days from service of response brief.

                        For the Court--By Direction

                        /s/ Patricia S. Connor, Clerk