UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,　　　　　:

　　　　　　:

　　　　Appellee　　　　　:

　　　　　　:

　　v.　　　　　:　　No. 13-9

　　　　　　:

BRANDON L. BASHAM,　　　　　:

　　　　　　:

　　　　Appellant.　　　:

**MOTION TO EXCEED THE LENGTH LIMITATIONS FOR BRIEFS**

The United States respectfully moves this Court to enter an order allowing the government to file a brief not in excess of 21,000 words. In support of the motion, the government states the following:

1.　　This is an appeal from an order denying a capital defendant relief under 28 U.S.C. § 2255 in the United States District Court for the District of South Carolina. Basham filed an oversized opening brief on September 3, 2014. The government's response brief is currently due on December 5, 2014.

2.　　Basham was convicted of, among other things, carjacking and kidnapping that resulted in the death of Alice Donovan, and was sentenced to death. His convictions were affirmed on direct appeal. United States v. Basham, 561 F.3d 302 (4th Cir. 2009), cert. denied, 560 U.S. 938 (2010).

3. Basham filed a motion under 28 U.S.C. § 2255 raising multiple claims of trial error and ineffective assistance of counsel. The district court denied the

motion. On August 19, 2014, this Court granted Basham's motion to file a brief not in excess of 21,000 words. Basham's opening brief contains 20,568 words. The brief raises six distinct claims, including claims that Basham was incompetent to stand trial, the government presented false testimony at trial, and counsel were ineffective in various respects.

4. Government counsel needs 21,000 words to fully respond to the issues raised by Basham on appeal. The record is unusually lengthy because it consists of the capital trial record and the Section 2255 trial record. A response to Basham's fact-intensive claims will require a relatively lengthy statement of the facts after an extensive review of both records. The legal arguments will also be lengthy.

5. Michael Burke, counsel for Basham, consents to this motion.

Because this motion is made in good faith and not for purposes of delay, the government respectfully requests that the Court grant its motion to file a brief not to exceed 21,000 words.

Respectfully submitted,

LESLIE R. CALDWELL
Assistant Attorney General

SUNG-HEE SUH
Deputy Assistant Attorney General

/s/Thomas E. Booth
THOMAS E. BOOTH
Attorney
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-5201
Thomas.booth@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2014, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

Michael Burke
Sarah Stone
850 West Adams Street
Phoenix, AZ 85007

Counsel for Brandon Basham

/s/Thomas E. Booth