FILED:  November 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON LEON BASHAM

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the motion to exceed the length limitations for briefs,

the court grants leave to file a response brief not in excess of 21,000 words.

For the Court

/s/ Patricia S. Connor, Clerk