# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Appellee, | : | |
| | : | |
| v. | : | No. 13-9 |
| | : | |
| BRANDON L. BASHAM, | : | |
| | : | |
| Appellant. | : | |

## MOTION TO FILE SUPPLEMENTAL APPENDIX

The United States respectfully moves this Court to enter an order allowing the government to file a supplemental appendix of 37 pages.

1.  This is an appeal from an order denying a capital defendant relief under 28 U.S.C. § 2255 in the United States District Court for the District of South Carolina. The joint appendix filed by the parties exceeds 7,000 pages and includes excerpts from the trial record and the proceedings under Section 2255.

2.  In preparing its response to Basham's opening brief on appeal, the government determined some of the record facts from Basham's trial necessary to support its legal arguments were inadvertently omitted from the joint appendix. The government's supplemental appendix remedies that problem by including those important facts for the Court's consideration.

3.  Michael Burke, counsel for Basham, consents to this motion.

Because this motion is made in good faith and not for purposes of delay, the government respectfully requests that the Court grant its motion to file a supplemental appendix.

Respectfully submitted,

LESLIE R. CALDWELL
Assistant Attorney General

SUNG-HEE SUH
Deputy Assistant Attorney General

/s/Thomas E. Booth
THOMAS E. BOOTH
Attorney
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-5201
Thomas.booth@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2014, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

Michael Burke
Sarah Stone
850 West Adams Street
Phoenix, AZ 85007

Counsel for Brandon Basham

/s/Thomas E. Booth