No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

## UNOPPOSED MOTION FOR AN EXTENSION OF 25 DAYS
## TO FILE REPLY BRIEF OF APPELLANT

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH E. STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for Defendant-Appellant*

Defendant-Appellant Brandon Leon Basham ("Appellant"), through undersigned counsel, respectfully requests that the Court grant an extension of time of 25 days in which to file his Reply Brief. If this motion is granted by the Court, Appellant's Reply Brief, which is currently due on December 19, 2014, will be due on January 13, 2015. Thomas E. Booth, counsel for Plaintiff-Appellee United States Government, consents to this request for an additional 25 days in which to file Defendant-Appellant's Reply Brief. This motion is being filed more than 10 days prior to the due date for the Reply Brief. In support, Appellant states the following:

1. Counsel Michael Burke, who is lead counsel for Appellant, is lead counsel in eight capital habeas corpus proceedings at different stages of litigation. He is co-counsel on a ninth capital case. In addition to various on-going obligations in these cases, Mr. Burke will be participating, on behalf of amicus curiae, in the Ninth Circuit Court of Appeal's en banc oral argument in *McKinney v. Ryan*, No. 09-99018, on December 15, 2014. In addition, Mr. Burke has a reply brief due to the Ninth Circuit on January 7, 2014, in a federal habeas corpus appeal. *See Smith v. Ryan*, No. 14-99008.

2. Co-counsel Sarah Stone will be filing a federal habeas corpus petition in a capital case on December 19, 2014, the current due date for the Reply Brief in this appeal. *See Dixon v. Ryan*, CV-14-00258-PHX-DJH (D. Ariz.).

WHEREFORE, Appellant respectfully requests that the Court grant this unopposed request for a 25-day extension and set a new filing deadline for Appellant's Reply Brief of January 13, 2014.

Respectfully submitted this 8th day of December, 2014.

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
T: (602) 382-2818; Fax: (602) 889-3960

Attorneys for Defendant-Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2014, I electronically filed the attached

document with the clerk of Court using the CM/ECF System which will send

notice of such filing to the following registered CM/ECF users:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530

s/Stephanie King
Legal Assistant