FILED: December 8, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

BRANDON LEON BASHAM

        Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 01/13/2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk