No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

## SECOND UNOPPOSED MOTION FOR AN EXTENSION OF 31 DAYS
## TO FILE REPLY BRIEF OF APPELLANT

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH E. STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for Defendant-Appellant*

Defendant-Appellant Brandon Leon Basham ("Appellant"), through undersigned counsel, respectfully requests that the Court grant an additional extension of time of 31 days in which to file his Reply Brief. If this motion is granted by the Court, Appellant's Reply Brief, which is currently due on January 13, 2015, will be due on February 13, 2015. Thomas E. Booth, counsel for Plaintiff-Appellee United States Government, consents to this request for an additional 31 days in which to file Defendant-Appellant's Reply Brief. This motion is being filed more than 10 days prior to the due date for the Reply Brief. In support, Appellant states the following:

1. Counsel Michael Burke, who is lead counsel for Appellant, is lead counsel in eight capital habeas corpus proceedings at different stages of litigation. He is co-counsel on a ninth capital case. In addition to various on-going obligations in these cases, Mr. Burke has a reply brief due to the Ninth Circuit on January 7, 2015, in a capital federal habeas corpus appeal. *See Smith v. Ryan*, No. 14-99008. Mr. Burke is sole counsel in *Smith v. Ryan*.

2. Mr. Burke also has an initial case management conference scheduled for January 16, 2015. *Boggs v. Ryan*, CV 14-02165-PHX-GMS (D. Ariz.). Prior to January 9, 2015, Mr. Burke is required by court order to "substantially complete review of prior counsel's files and records from the state court proceedings" and to file a joint pleading with the Arizona

Attorney General addressing several substantive and procedural issues. *Id.* at Dkt. No. 5. Mr. Burke is sole counsel in *Boggs v. Ryan*.

3. On January 23, 2015, pursuant to a remand from the United States Court of Appeals for the Ninth Circuit, Mr. Burke has briefing due to the United States District Court for the District of Arizona in *Djerf v. Ryan*, CV 02-0358-PHX-JAT (D. Ariz.), a capital habeas corpus proceeding, addressing the ineffective assistance of the petitioner's state post-conviction counsel as cause for procedural default pursuant to *Martinez v. Ryan*, 132 S. Ct. 1309 (2012). *See* CV 02-0358-PHX-JAT (D. Ariz.), Dkt. No. 115

4. On February 6, 2015, pursuant to a remand from the United States Court of Appeals for the Ninth Circuit, Mr. Burke has briefing due to the United States District Court for the District of Arizona in *Kayer v. Ryan*, CV 07-2120-PHX-DGC (D. Ariz.), a capital habeas corpus proceeding, addressing the ineffective assistance of the petitioner's state post-conviction counsel as cause for procedural default pursuant to *Martinez v. Ryan*, 132 S. Ct. 1309 (2012). *See* CV 07-2120-PHX-DGC (D. Ariz.), Dkt. No. 64.

5. Co-counsel Sarah Stone is lead counsel on four capital cases and co-counsel on three. She was recently appointed to *McKenna v. Baker*, 2:11-CV-0091-JCM-PAL, a capital case out of Nevada, after prior counsel resigned from the office. That case has been remanded to state court for a hearing in

*McKenna v. Nevada*, No. C044366, and has a status conference set on January 12, 2015.

6. In addition, Ms. Stone is co-counsel in *Jones v. Ryan*, CV-01-00592-FRZ (D. Ariz.). a capital habeas corpus proceeding. Pursuant to a remand from the United States Court of Appeals for the Ninth Circuit, Ms. Stone has briefing due to the United States District Court for the District of Arizona on January 23, 2015, addressing the ineffective assistance of the petitioner's state post-conviction counsel as cause for procedural default pursuant to *Martinez v. Ryan*, 132 S. Ct. 1309 (2012). *See* CV-01-00592-FRZ (D. Ariz.), Dkt. No. 163.

WHEREFORE, Appellant respectfully requests that the Court grant this unopposed request for a 31-day extension and set a new filing deadline for Appellant's Reply Brief of February 13, 2015.

Respectfully submitted this 31st day of December, 2014.

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
T: (602) 382-2818; Fax: (602) 889-3960

Attorneys for Defendant-Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2014, I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530

s/Stephanie King
Legal Assistant