No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

---

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

---

## CAPITAL CASE

## UNOPPOSED MOTION OF DEFENDANT-APPELLANT TO FILE AN OVER-LENGTH REPLY BRIEF

---

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH E. STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for Defendant-Appellant*

Pursuant to Fed. R. App. P. 32(a)(7)(B)(ii) and Fourth Circuit Local Rule 32(b), Defendant-Appellant Brandon Leon Basham ("Appellant"), through undersigned counsel, respectfully requests leave to file an over-length Reply Brief in this capital case, not to exceed 10,000 words. Thomas E. Booth, counsel for Plaintiff-Appellee United States Government, consents to Appellant's filing of an over-length Reply Brief.

In support of this Motion, Defendant-Appellant submits that, by permission of this Court, both the Opening Brief and the Brief for the United States in this capital case exceeded 20,000 words. *See* Dkt. 36 and 52. To respond adequately to the arguments advanced in the Brief for the United States, Appellant anticipates that he will need to exceed the 7,000 word limit of Fed. R. App. P. 32(a)(7)(B)(ii). He further anticipates that his Reply Brief will not exceed 10,000 words. Accordingly, Appellant respectfully requests that the Court grant this unopposed motion for leave to file a Reply Brief not to exceed 10,000 words.

Respectfully submitted this 2nd day of February, 2015.

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Voice: (602) 382-2818; Facsimile: (602) 889-3960
Attorneys for Defendant-Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2015, I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530

s/Stephanie King
Legal Assistant