No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

## CAPITAL CASE

## UNOPPOSED MOTION OF DEFENDANT-APPELLANT TO FILE APPELLANT'S SUPPLEMENTAL APPENDIX

JON M. SANDS
Federal Public Defender
MICHAEL L. BURKE
SARAH E. STONE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
michael_burke@fd.org
sarah_stone@fd.org

*Attorneys for Defendant-Appellant*

Defendant-Appellant Brandon L. Basham ("Basham") moves this Court for an order permitting him to file Appellant's Supplemental Appendix of 25 pages.

1. This is an appeal from an order denying a capital defendant relief under 28 U.S.C. §2255 in the United States District Court for the District of South Carolina. The joint appendix filed by the parties exceeds 7,000 pages and includes excerpts from the trial record and the §2255 proceedings.

2. To adequately reply to arguments raised by the Government in its responsive brief, Basham seeks to include eight brief excerpts from the trial transcripts that were inadvertently omitted from the joint appendix.

3. Thomas Booth, counsel for the Government, does not oppose this motion.

Because this motion is made in good faith and not for purposes of delay, Basham respectfully requests that the Court grant his motion to file Appellant's Supplemental Appendix.

Respectfully submitted this 13th day of February, 2015.

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Voice: (602) 382-2818; Facsimile: (602) 889-3960
Attorneys for Defendant-Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2015, I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530

s/Stephanie King
Legal Assistant