Office of the
# FEDERAL PUBLIC DEFENDER
for the District of Arizona
**Capital Habeas Unit**

**Jon M. Sands**
Federal Public Defender

**direct line**: 602-382-2816
**email**: michael_burke@fd.org

March 12, 2015

Patricia S. Connor, Clerk of Court
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

      RE:    *United States v. Basham*, No. 13-9
               (Scheduled for argument March 25, 2015)

Dear Ms. Connor:

Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, Petitioner-Appellant Brandon Leon Basham respectfully submits the following citation of supplemental authority: *McManus v. Neal*, 2015 WL 667466 (7th Cir. Feb. 17, 2015). Like this appeal, the Seventh Circuit's recent opinion in *McManus* involved a habeas petitioner's claim that he was denied due process because he was forced to proceed to trial while incompetent. (Br. at 8-30.) Although the Seventh Circuit in *McManus* addressed a procedural competency claim, as opposed to a substantive competency claim like that raised by Basham, the court's conclusion that the state courts misapplied federal due process standards is nevertheless relevant to Basham's case. Both Basham and the petitioner in *McManus* faced complex mental health issues that were exacerbated by the stress of trial. *McManus*, 2015 WL 4667466, at *3-*8. Further, as in this case, the trial court in *McManus* failed to base its decision to proceed with trial on a proper application of the *Dusky* standard, but rather on an expressed desire to press forward with the case. *See McManus*, 2015 WL 4667466, at *20-*22; *see Dusky v. United States*, 362 U.S. 402 (1960).

                                  Sincerely,

                                  *s/Michael L. Burke*
                                  Assistant Federal Public Defender
                                  Capital Habeas Unit

MB/rs