No. 13-9

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

BRANDON LEON BASHAM, Defendant-Appellant.

---

Appeal from the United States District Court
for the District of South Carolina
Hon. Joseph F. Anderson, Jr., District Judge, Presiding
D.C. No. 4:02-cr-992-JFA-2

---

## CAPITAL CASE

## APPELLANT'S MOTION TO STAY MANDATE
## PENDING PETITION FOR WRIT OF CERTIORARI

---

JON M. SANDS
Federal Public Defender
SARAH E. STONE
MICHAEL L. BURKE
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816   voice
(602) 889-3960   facsimile
sarah_stone@fd.org
michael_burke@fd.org

*Attorneys for Defendant-Appellant*

Appellant moves to stay this Court's mandate pending his filing of a petition for writ of certiorari.  In support of this motion, Appellant states as follows:

1. This is a capital habeas proceeding brought by a death-sentenced federal prison under 28 U.S.C. § 2255.

2. Appellant pled guilty and was sentenced to death in the United States District Court for the District of South Carolina; this Court affirmed on direct appeal.  561 F.3d 302 (4th Cir. 2009), *cert. denied*, 560 U.S. 938 (2010).

3. Appellant timely sought habeas relief under § 2255.  The District Court denied relief after holding an evidentiary hearing.  This Court affirmed on June 15, 2015.  *United States v. Basham*, No. 13-9 (4th Cir., Jun. 15, 2015).

4. Absent a stay of the mandate, this Court's mandate will issue on August 6, 2015.  *See* FRAP 41; Local Rule 41.

5. After careful consideration, undersigned counsel determined that the panel would not grant rehearing in this case, and decided not to pursue *en banc* consideration, choosing instead to present Appellant's arguments to the United States Supreme Court in a petition for writ of certiorari.  Under the Supreme Court's rules, Appellant's certiorari petition is due on September 14, 2015.

6. Appellant seeks a stay of the mandate pending certiorari review.

7. Counsel respectfully submit that this case presents significant matters that are worthy of the Supreme Court's consideration. A stay of this Court's mandate is needed to maintain the status quo while Appellant seeks certiorari review.

**WHEREFORE**, Appellant respectfully requests that this Court stay its mandate.

Respectfully submitted this 27th day of July, 2015.

s/ Sarah E. Stone
Sarah E. Stone (Arizona Bar No. 022713)
Michael L. Burke (Arizona Bar No. 013173)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
sarah_stone@fd.org
michael_burke@fd.org
Voice: (602) 382-2818;
Facsimile: (602) 889-3960
Attorneys for Defendant-Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2015, I electronically filed the attached document with the clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF users:

Thomas E. Booth
Department of Justice
950 Pennsylvania Avenue, Room 1511
Washington, DC 20530

s/Robin Stoltze
Legal Assistant