# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 28, 2015

_____

## RESPONSE REQUESTED
_____

No.  13-9,  US v. Brandon Basham

4:02-cr-00992-JFA-2, 4:11-cv-70079-JFA

TO:  Robert Frank Daley
Thomas Ernest Booth

RESPONSE DUE: 08/07/2015

Response is required to the motion to stay the mandate. Response(s) must be filed by the response due date shown in this notice.

RJ Warren, Deputy Clerk
804-916-2702