UNITED STATES OF AMERICA,      :

          Appellee,      :

          v.      :      No. 13-9

BRANDON L. BASHAM,      :

          Appellant.      :

## GOVERNMENT'S RESPONSE TO MOTION TO STAY MANDATE

Basham has moved for a stay of the mandate pending the filing of a petition for a writ of certiorari in the United States Supreme Court. By an order dated July 28, 2015, the Court has directed the government to respond to the motion.

1. Basham was convicted of, among other things, carjacking and kidnapping that resulted in the death of Alice Donovan, and was sentenced to death. His convictions were affirmed on direct appeal. United States v. Basham, 561 F.3d 302 (4th Cir. 2009), cert. denied, 560 U.S. 938 (2010).

2. Basham filed a motion under 28 U.S.C. § 2255 to vacate his sentence. The district court denied relief. On June 15, 2015, this Court affirmed. United States v. Basham, 789 F.3d 358 (4th Cir.). Basham did not file a petition for rehearing in this case. His petition for a writ of certiorari is therefore due on September 14, 2015.

3. Absent a stay of the mandate, the Court's mandate will issue on August 6, 2015. See Federal Rules of Appellate Procedure 41. Under Fed. R. App.

41(d)(2)(A), a party can move a court of appeals to stay its mandate pending the filing of a certiorari petition in the Supreme Court if that party can show that the petition would present a substantial question and there is good cause for a stay.

After review of Basham's motion, the government does not oppose his motion for a stay of the mandate pending the filing of a certiorari petition in the Supreme Court.

Respectfully submitted,

LESLIE R. CALDWELL
Assistant Attorney General

SUNG-HEE SUH
Deputy Assistant Attorney General

/s/Thomas E. Booth
THOMAS E. BOOTH
Attorney
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-5201
Thomas.booth@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2015, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

Michael Burke
Sarah Stone
850 West Adams Street
Phoenix, AZ 85007

Counsel for Brandon Basham

/s/Thomas E. Booth