UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9
(4:02-cr-00992-JFA-2)

(4:11-cv-70079-JFA)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON LEON BASHAM

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to stay mandate pending petition for writ of certiorari, the court grants the motion.

Entered at the direction of Judge King with the concurrence of Chief Judge Traxler and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk