# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 16, 2015

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Brandon Leon Basham
             v. United States
             No. 15-6560
             (Your No. 13-9)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 14, 2015 and placed on the docket October 16, 2015 as No. 15-6560.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst